UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Ultima Services Corp.

      Plaintiff,

v.                                       Case No.

U.S. Dept. of Agriculture, et al.

      Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Plaintiff Ultima Services Corp.**          ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  **Iowa, Illinois, Ohio, and District of Columbia**

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **03/02/2020**

*Michelle A Scott*

(Signature–hand signed)

Name: **Michelle A. Scott**

Firm:  **Center for Individual Rights**

Address:

    **1100 Connecticut Ave., NW, Suite 625, Washington, DC 20036**

Email address: **scott@cir-usa.org**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

# MICHELLE ANN SCOTT

was, on the ___6th___ day of ___November___ A.D. ___2006___ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___19th___ day of ___February___

A.D. ___2020___.



**ANGELA D. CAESAR,** CLERK

By: _____

**Deputy Clerk**