UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Ultima Services Corporation,
    Plaintiff,

v.                                            Case No. 2:20-cv-00041

U.S. Department of Agriculture, U.S. Small Business
Administration, Secretary of Agriculture, and
Administrator of the Small Business Administration

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for  Ultima Services Corporation ,

certify to the best of my knowledge and belief:

☐    My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☒    My client has the following parent corporation(s):

    LUSA Associates, Inc. owns 100% of Ultima Services Corporation.

☐    The following publicly held corporation(s) own 10% or more of my client's stock:
    None.

                                                    s/Dale Conder Jr.
                                                    (Signature of Counsel)

                                                      03/05/2020
                                                      (Date)