UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-0041 |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Plaintiff has filed Motions for admission of Michael E. Rosman, Esq, and Michelle A. Scott, Esq., *pro hac vice* in this action [Doc. 2, Doc. 3]. The Motion is **GRANTED**. Counsel *MUST* register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge