UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
-----------------------------------------------------------------------------x

ULTIMA SERVICES CORPORATION,                :

    Plaintiff,                                                      :

       -against-                                         :    No. 2:20-cv-00041-DCLC-CRW

U.S. DEPARTMENT OF AGRICULTURE,             :
U.S. SMALL BUSINESS ADMINISTRATION,
SECRETARY OF AGRICULTURE, and ADMINISTRATOR :
OF THE SMALL BUSINESS ADMINISTRATION,
                                            :
    Defendants.
                                            :
-----------------------------------------------------------------------------x

## PROOF OF SERVICE

Michael Rosman states:

1.    I submit this statement to describe service of the summons and complaint. I am over the age of 18 and not a party to this action.

2.    On March 10, 2020, I sent a copy of the complaint and the relevant summons or summonses by certified mail to (1) the Attorney General of the United States, (2) the United States Attorney for this district, and (3) each of the defendants.

3.    The online tracking system on the United States Postal Service's website indicates that each of the packages sent was received on March 13 (for the U.S. Attorney of this district) or March 16 (all of the others).

I state under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2020

                                  */s/ Michael E. Rosman*
                                  Michael E. Rosman