IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:20-cv-00041 |
| ) | Hon. Clifton L. Corker |
| U.S. DEPARTMENT OF AGRICULTURE, ) | Maj. Judge Cynthia R. Wyrick |
| et al., ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Notice is given that Taryn Wilgus Null, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Defendants in the above-captioned case.

                                                Respectfully Submitted,

                                                */s/ Taryn Wilgus Null*
                                                TARYN WILGUS NULL
                                                (D.C. Bar No. 985724)
                                                Employment Litigation Section
                                                Civil Rights Division
                                                United States Department of Justice
                                                950 Pennsylvania Ave., N.W.
                                                Washington, D.C. 20530
                                                (202) 616-3874
                                                taryn.null@usdoj.gov

Dated: April 24, 2020

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 24, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                    */s/ Taryn Wilgus Null*
                                    TARYN WILGUS NULL
                                    (D.C. Bar No. 985724)
                                    Employment Litigation Section
                                    Civil Rights Division
                                    United States Department of Justice
                                    950 Pennsylvania Ave., N.W.
                                    Washington, D.C. 20530
                                    (202) 616-3874
                                    taryn.null@usdoj.gov