IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendants hereby move the Court to extend their deadline for responding to the Complaint by sixty (60) days, up to and including July 11, 2020. In support of this request, the undersigned counsel represent that they need additional time to confer with the Small Business Administration and the United States Department of Agriculture, to obtain and review pertinent materials and information, and to evaluate the issues raised in the Complaint in order to properly respond. The undersigned counsel have contacted plaintiff's counsel with regard to this extension, and he has represented that plaintiff does not oppose the requested relief.

Dated: April 30, 2020

                                                    Respectfully submitted,

                                                    DELORA L. KENNEBREW
                                                    Chief
                                                    Employment Litigation Section
                                                    Civil Rights Division
                                                    United States Department of Justice

1

ANDREW BRANIFF (IN Bar No. 23430-71)
Special Litigation Counsel


By: */s/ Juliet E. Gray*
Juliet E. Gray (D.C. Bar No. 985608)
Taryn Wilgus Null (D.C. Bar No. 985724)
Senior Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-1600
Juliet.Gray@usdoj.gov
Taryn.Null@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2020, I electronically filed the above document with the Clerk of Court using the ECF System, which will send notification of such filing to all counsel of record.

                                                  */s/ Juliet E. Gray*
                                                  Juliet E. Gray
                                                  Senior Trial Attorney