UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | **2:20-CV-41** |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants' counsel has filed an Unopposed Motion to Extend Time to File Answer [Doc. 14] wherein counsel requests additional time to file an Answer or Response to the Complaint [Doc. 1] filed in this cause until July 11, 2020. Defendants' counsel avers that more time is needed to confer with the Small Business Administration and the United States Department of Agriculture, to obtain and review pertinent materials, and to evaluate the issues raised in the complaint.

The Court finds the motion well taken and not made for the purpose of delay; therefore, the motion is **GRANTED**. Defendants are ORDERED to file a response to the Complaint [Doc. 1] on or before **Saturday, July 11, 2020**.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge