UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-00041-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 4, 2020, the parties filed their Rule 26(f) Discovery Plan [Doc. 17]. The parties indicated a conflict on the timing of initial disclosures. As such, the Court shall set a telephonic status conference in this case on **Wednesday, June 17, 2020 at 1:30 p.m.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge