UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) 2:20-CV-00041-DCLC |
| | ) |
| vs. | ) |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et el., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Plaintiff has filed a Motion to File Supplemental Brief [Doc. 27], as well as the proposed brief [Doc. 27-1]. Plaintiff states, among other things, that Defendants' reply brief addresses a new argument involving 15 U.S.C. § 634(b)(1). Upon review of Plaintiff's short supplemental brief, the Court finds this motion well-taken and therefore shall **GRANT** the motion. Plaintiff shall file its supplemental brief as its own document in CM/ECF by **Friday, August 21, 2020**. Defendants shall file any response to the supplemental brief within 7 days after service of the brief and shall be limited to no more than 5 pages, in accordance with Local Rule 7.1(d).

SO ORDERED:

s/ Clifton L. Corker
United States District Judge