UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | )<br>) |
| Plaintiff, | )<br>) 2:20-CV-00041-DCLC<br>) |
| vs. | )<br>)<br>) |
| U.S. DEPARTMENT OF AGRICULTURE,<br>et al., | )<br>)<br>)<br>) |
| Defendants. | |

**ORDER**

As the Court has resolved Defendants' Motion to Dismiss, the stay of discovery in this case is now lifted. *See* [Doc. 31]. Therefore, a telephonic scheduling conference is set for **Thursday, April 8, 2021 at 1:30 p.m. EST.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge