IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Notice is given that K'Shaani Smith, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Defendants in the above-captioned case.

Respectfully Submitted,

*/s/ K'Shaani Smith*
K'SHAANI SMITH
(N.Y. Bar No. 5059217)
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 598-6856
k'shaani.smith@usdoj.gov

Dated: May 25, 2021

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 25, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        */s/ K'Shaani Smith*
        K'SHAANI SMITH
        (N.Y. Bar No. 5059217)
        Employment Litigation Section
        Civil Rights Division
        United States Department of Justice
        950 Pennsylvania Ave., N.W.
        Washington, D.C. 20530
        (202) 598-6856
        k'shaani.smith@usdoj.gov