IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Notice is given that Taryn Wilgus Null, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, is withdrawn as attorney of record for Defendants. The remaining attorneys of record for Defendants will continue their representation.

Dated: October 19, 2021         Respectfully submitted,

By: */s/ Taryn Wilgus Null*
Taryn Wilgus Null (D.C. Bar No. 985724)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 532-3560
Taryn.Null@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                          */s/ Taryn Wilgus Null*
                          Taryn Wilgus Null (D.C. Bar No. 985724)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 532-3560
Taryn.Null@usdoj.gov