IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING COMPUTER CODE USED IN DEFENDANTS' EXPERT REPORT**

Defendants United States Department of Agriculture, the Secretary of Agriculture, the United States Small Business Administration, and the Administrator of the United States Small Business Administration ("Defendants"), by its attorneys, request that the Court enter the attached Protective Order Regarding Computer Code Used in Defendants' Expert Report in the above-captioned case. The parties have conferred regarding the proposed Protective Order and agree to its terms. In support of this motion, Defendants state as follows:

1. Defendants have submitted an expert by report by Daniel Chow.

2. In response to a discovery request served by the Plaintiff, Defendants have agreed to disclose the computer code used by Mr. Chow in performing his statistical analysis and forming his opinions.

3. The computer code relied upon by Mr. Chow in preparing his expert report contains sensitive proprietary information of Mr. Chow and his employer, the Department of Commerce.

4. In addition, a significant amount of Mr. Chow's and the Department of Commerce's intellectual property is contained in the computer code. The computer code has commercial value, and Mr. Chow would be harmed if his code is permitted to be used outside of this litigation.

5. The Parties agree to the entry of a protective order pursuant to Rule 26(c).

6. A proposed Protective Order Regarding Computer Code Used in Defendants' Expert Report is attached.

THEREFORE, the Parties request that the Court enter the attached proposed Protective Order.


Dated: April 28, 2022

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KAREN D. WOODARD<br>Chief<br>Employment Litigation Section<br>Civil Rights Division |
| OF COUNSEL: | United States Department of Justice |
| Karen Hunter<br>Senior Trial Attorney | ANDREW BRANIFF (IN Bar No. 23430-71)<br>Deputy Chief |
| David A. Fishman<br>Assistant General Counsel for Litigation | By: */s/ Christine T. Dinan*<br>Juliet E. Gray (D.C. Bar No. 985608) |
| Eric S. Benderson | K'Shaani Smith (N.Y. Bar 5059217) |

| | |
|---|---|
| Associate General Counsel for Litigation | Christine T. Dinan (D.C. Bar 979762) |
| U.S. Small Business Administration | Senior Trial Attorneys |
| | Employment Litigation Section |
| Amar Shakti Nair | Civil Rights Division |
| Attorney Advisor | United States Department of Justice |
| | 150 M Street, N.E. |
| Ashley Craig | Washington, D.C. 20002 |
| Attorney Advisor | (202) 598-1600 |
| U.S. Department Of Agriculture | Juliet.Gray@usdoj.gov |
| | K'Shaani.Smith@usdoj.gov |
| | Christine.Dinan@usdoj.gov |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2022, I electronically filed the above document and attached Stipulated Confidentiality and Protective Order with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

                                    */s/ Juliet E. Gray*
                                    Juliet E. Gray
                                    Senior Trial Attorney