IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## [proposed] ORDER

Upon consideration of the Parties' Joint Motion to Extend Time to File Dispositive Motions and Daubert Challenges, the Motion is hereby GRANTED. The Parties are ORDERED to file dispositive motions and Daubert Challenges on or before Tuesday, June 21, 2022 and responses to Daubert challenges on or before Tuesday, July 5, 2022.

SO ORDERED.

_____
The Honorable Clifton L. Corker
United States District Judge