IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Parties' Joint Motion to Extend Time to File Dispositive Motions and Daubert Challenges [Doc. 52], the Motion is hereby **GRANTED**. The Parties are ORDERED to file dispositive motions and Daubert Challenges on or before Tuesday, June 21, 2022, and responses to Daubert challenges on or before Tuesday, July 5, 2022. These extensions shall not serve as a basis for requesting the extension of any other deadline and all deadlines contained in the Scheduling Order [Doc. 34] previously entered in this cause which are not altered herein shall remain in effect.

SO ORDERED.

/s Cynthia Richardson Wyrick
United States Magistrate Judge