IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) |
| Defendants. | ) |

## **STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS**

The parties to the above-entitled action, having met and conferred, and upon determining that good cause exists for the foregoing, hereby stipulate as follows:

Documents produced to a party to this action by another party or a third party in response to compulsory process (*e.g.*, subpoena), a document request served upon a party pursuant to Fed. R. Civ. P. 34, or otherwise in connection with Plaintiff's lawsuit shall be deemed authentic for the purposes of this lawsuit only, absent good cause. Good cause would include issues relating to the completeness of the document (*e.g.*, missing or incomplete pages) or any conditions in the actual document or the manner in which it was produced that brings into question whether the document was actually generated by the relevant party or third party.

For all documents to which this stipulation applies, the Parties further stipulate that the requirement for identification and authentication under Rule 901 of the Federal Rules of Evidence is satisfied. All other grounds for objection to the admissibility of these documents are preserved.

SO STIPULATED.

Dated: May 19, 2022

KAREN WOODARD
Chief
Employment Litigation Section
Civil Rights Division
United States Department of Justice

ANDREW BRANIFF (IN Bar No. 23430-71)
Deputy Chief

| /s/ Juliet E. Gray | /s/ Michael Rosman |
|---|---|
| Juliet E. Gray (D.C. Bar No. 985608) | Michael Rosman |
| K'Shaani Smith (N.Y. Bar No. 5059217) | Michelle Scott |
| Christine T. Dinan (D.C. Bar No. 979762) | Center for Individual Rights |
| Senior Trial Attorneys | 1100 Connecticut Ave., NW, Suite 625 |
| Employment Litigation Section | Washington, DC 20036 |
| Civil Rights Division | rosman@cir-usa.org |
| United States Department of Justice | scott@cir-usa.org |
| 150 M Street, N.E. | |
| Washington, D.C. 20002 | Dale Conder |
| (202) 598-1600 | Rainey Kizer Reviere & Bell PLC |
| Juliet.Gray@usdoj.gov | 209 E. Main Street |
| K'Shaani.Smith@usdoj.gov | Jackson, TN 38301 |
| Christine.Dinan@usdoj.gov | dconder@raineykizer.com |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

OF COUNSEL:

Karen Hunter
Senior Trial Attorney

David A. Fishman
Assistant General Counsel for Litigation

Eric S. Benderson
Associate General Counsel for Litigation
U.S. Small Business Administration

Amar Shakti Nair
Attorney Advisor

Ashley Craig
Attorney Advisor
U.S. Department of Agriculture

## CERTIFICATE OF SERVICE

   I hereby certify that on May 19, 2022, I electronically filed the above document with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

              */s/ Juliet E. Gray*
              Juliet E. Gray
              Senior Trial Attorney