UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court is in receipt of parties' Joint Motion to Extend Page Limitations. [Doc. 56]. Parties specifically request leave to file briefs in support of and in opposition to dispositive motions that consist of up to and including 35 pages. Parties acknowledges this is over the typical limit enforced by the Court. Given the gravity and complexity of issues being addressed, the Court will permit the request. As such, the Motion is **GRANTED**. Counsel is instructed to carefully consider the necessity of each page over 25 pages.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge