UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
-------------------------------------------------------------------------x
ULTIMA SERVICES CORPORATION,

  Plaintiff,

    -against-

      No.2:20-cv-00041
      DCLC-CRW

U.S. DEPARTMENT OF AGRICULTURE,
U.S. SMALL BUSINESS ADMINISTRATION,
SECRETARY OF AGRICULTURE, and
ADMINISTRATOR OF THE SMALL BUSINESS
ADMINISTRATION,

  Defendants.
-------------------------------------------------------------------------x

## PLAINTIFF'S MOTION TO EXCLUDE
## TESTIMOMY OF DEFENDANTS' EXPERT DANIEL CHOW

Plaintiff Ultima Services Corporation ("Ultima") hereby moves, pursuant to Fed. R. Civ. P. 26(a)(2)(B)(ii) and Fed. R. Evid. 702 to exclude testimony of Defendants' proffered expert, Mr. Daniel Chow.

In support of this motion, Ultima relies upon the accompanying memorandum of law and the statements of Michael Rosman and Dr. Jonathan Guryan.

Respectfully submitted,

*/s/ Michael E. Rosman*
Michael E. Rosman
Michelle A. Scott
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW, Ste. 625
Washington, D.C. 20036
(202) 833-8400

M. Dale Conder, Jr.
RAINEY KIZER REVIERE & BELL PLC
209 E. Main St.
Jackson, TN 38301