# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TENNESSEE
 2

      -------------------------------:
 3    ULTIMA SERVICES CORPORATION,    :
                                      :
 4              Plaintiff,            :
                                      :
 5         vs.                        : Case No.:
                                      : 2:20-cv-00041-
 6    U.S. DEPARTMENT OF AGRICULTURE,:  DCLC-CRW
      et al.,                         :
 7                                    :
                Defendants.           :
 8    -------------------------------:
 9
10
11           REMOTE DEPOSITION OF DANIEL CHOW
12
13    DATE:            March 10, 2022
14    TIME:            10:06 a.m.
15    LOCATION:        Rockville, Maryland
16    REPORTED BY:     Shari R. Broussard, RPR, CSR
                       Reporter, Notary
17
18
19
20
21            Veritext Legal Solutions
              1250 Eye Street, NW, Suite 350
22              Washington, D.C. 20005
```

Page 58

1  arithmetic, but I'm still not understanding why
2  they're not more industry observations. If we're
3  counting every NAICS code of an individual firm
4  and every firm has at least one NAICS code, why
5  aren't there more industry observations than
6  registration observations?
7     A   There may be some data that are not
8  reported by the firms and if that data wasn't
9  reported, maybe those observations weren't
10 included in its given industry. So perhaps they
11 didn't report the number of employees, for
12 instance. So the condition may be set that -- a
13 condition may occur where it wasn't included in
14 that particular set of NAICS industries, so you'd
15 get fewer -- fewer observations in the -- in the
16 NAICS -- among NAICS industries, the distribution.
17    Q   Okay. So at the end of the day in
18 Table 3 in your Pooled Regression Results, you
19 indicated about a half a million observations,
20 right?
21    A   Correct, 504,000 or so.
22    Q   Yes. Tell me what those observations

Page 59

1  are.
2     A   Well, these are observations that are --
3  excuse me while I look it up.
4         So these are the observations that have
5  some value in regards to the 18 or so
6  characteristics that were shown in Table 3. So
7  these are the ones that have data that allow a
8  regression analysis to occur and also they're a
9  result of some collapsing or aggregating of data
10 after some filtering out of duplicates and so on
11 and so forth.
12    Q   Okay. Okay. I want to move on to the
13 variables.
14        You combined 42 variables from the SAM
15 database -- well, let's start with that.
16        You said that the SAM registrant data
17 have 42 variables, right?
18    A   Forty-two that were used, correct.
19    Q   Okay. And give me some examples of what
20 they were.
21    A   DUNS number would be the, like, address
22 of the firm, maybe the firm's employment number,

Page 60

1  receipts. I don't have the entire list in front
2  of me.
3     Q   Okay. And the same question for the
4  FPDS database where I think you indicated that
5  there were 55 variables.
6     A   Yes. So those would -- they include
7  things like variables such as whether it was a
8  Veteran owned, the type of organization, the --
9  whether it was women owned, minority owned, those
10 kinds of things. Again, I -- I don't have the
11 entire list in front of me.
12    Q   That's fine.
13        And then you combine them into 64
14 variables I believe; is that right?
15    A   Yes.
16    Q   Okay. And tell me how you combined the
17 42 variables from the SAM database and the 55
18 variables from the FPDS database into 64
19 variables.
20    A   Well, I used the Stata code and merged
21 by DUNS or CAGE depending on the step in the
22 process and this allowed me to remove any

Page 61

1  variables that were not necessarily needed for the
2  study.
3         I took a more conservative approach by
4  including possible variables that might be useful
5  and I chose those variables because I did not have
6  the code provided to me at the time, so I did an
7  educated guess as to which of the most important
8  variables were needed. So by the time I received
9  the code and was able to do the correct and proper
10 merges, a number of variables were -- were safely
11 dropped.
12        So 64 was the number. And that's --
13 that might have included a couple of variables
14 that I still kept in case I needed to backtrack
15 and rerun something.
16    Q   Okay. Let me see if I understand it.
17 Did you do the merging of the variables prior to
18 getting the databases?
19    A   No, I -- I don't get databases, I get
20 datasets.
21    Q   Fair enough. Datasets.
22    A   So I did not merge -- do any merging

Page 98

1  and ethnicity categories.
2  Q  Okay. Did you do any analysis to
3  determine why minority-owned firms had lower odds
4  ratios?
5  A  Not for this study, no, I -- I did not
6  get into that level of detail.
7  Q  Well, do you have an expert opinion as
8  to whether you can attribute the lower ratios that
9  you found through discrimination by a particular
10 actor?
11 A  "By a particular actor." Can -- can you
12 clarify that?
13 Q  Sure. Let's use the Federal Government
14 as our particular actor.
15    Do you have an expert opinion as to
16 whether or not your study of lower ratios can be
17 attributed to discrimination by the Federal
18 Government?
19 A  No.
20 Q  Okay. And if I understand the analysis
21 correctly, one variable that was not used was
22 failure to bid, right?

Page 99

1  A  Correct, I have nothing in here about
2  bidding.
3  Q  Okay. And so some of these odds might
4  be attributable to the fact that different groups
5  bid less often or more often?
6  A  Might be attributable, yes.
7  Q  Okay. There's nothing in your analysis
8  that would eliminate that possibility; is that
9  right?
10 A  Correct.
11 Q  Okay.
12    MR. ROSMAN: So, Christine, I'm not too
13 far from being done, but if you have a significant
14 amount of cross, then maybe we should take lunch
15 now and then come back and finish up in an hour or
16 so. I just wanted to take your opinion about
17 that.
18    MS. DINAN: I'm not sure. I need to
19 look at my notes and I'd like to take a break
20 regardless before we do the cross, so the question
21 is whether you want to finish up and then take a
22 break or you want to take a break now.

Page 100

1     MR. ROSMAN: Why don't we take our lunch
2  break. And Andrew is shaking his head up and
3  down, so I'm going to go --
4     MS. DINAN: He's pro lunch break.
5     MR. ROSMAN: We can either come back at
6  2:00 or just come back at 1:45 or 1:50 or 1:55,
7  whatever people favor.
8     MS. DINAN: I'm fine. I mean, go ahead,
9  Andy.
10    MR. BRANIFF: I think 1:45 is good.
11    MR. ROSMAN: All right. 1:45 it is.
12 Let's be back at 1:45 and we'll finish up. Thank
13 you.
14    MS. DINAN: Sounds good. Thank you.
15    (Whereupon, at 12:51 p.m., a
16    luncheon recess was taken.)
17          *  *  *  *  *

Page 101

1         A F T E R N O O N   S E S S I O N
2                  (1:45 p.m.)
3  Whereupon,
4            DANIEL CHOW
5  was called for continued examination, and having
6  been previously duly sworn, was examined and
7  testified further as follows:
8       RESUMED EXAMINATION BY COUNSEL FOR
9       PLAINTIFF
10 BY MR. ROSMAN:
11 Q  All right. Homestretch.
12    Mr. Chow, I'm just going to ask you to
13 interpret some of the numbers in your report.
14    In Table 3 the odds ratio you identify
15 for 8(a) firms is 2.606.
16    Does that mean that the odds of winning
17 a contract for an 8(a) business is more than two
18 and-a-half times greater than for a business that
19 is not an 8(a) business?
20 A  Well, it's greater than one and it's
21 twice -- twice as likely, but it is a -- yes, it
22 is a -- larger than -- larger than one, correct.

26 (Pages 98 - 101)