# EXHIBIT 3

Page 118

Veritext Legal Solutions
1250 Eye Street, Northwest
Suite 350
Washington, D.C. 20005
(202) 857-DEPO

E R R A T A   S H E E T

Case Name: Ultima Services Corporation vs. U.S. Department of Agriculture, et al.

Witness Name: DANIEL CHOW

Deposition Date: Thursday, March 10, 2022

Job No.: 5117567

Page No.    Line No.    Change/Reason for Change

See attached declaration

_____    05/17/2022
Signature                         Date

# DECLARATION OF DANIEL CHOW

1. My name is Daniel Chow. I am over 18 years of age and a resident of Rockville, Maryland.

2. I am employed as a Senior Economist with the U.S. Department of Commerce, Minority Business Development Agency.

3. I prepared an expert report on behalf of the Defendants in *Ultima Services Corporation v. U.S. Department of Agriculture, et al.*, Case No. 2:20-cv-00041-DCLC-CRW, which was finalized on February 7, 2022 [hereinafter "expert report"].

4. As I describe in the "Data Availability" section on page three of my expert report, I was provided with several datasets by the Small Business Administration (SBA) in order to complete my analysis: one dataset from SAM.gov, and two datasets from the Federal Procurement Data System (FPDS), one for small businesses and one for non-small businesses.

5. The dataset from SAM.gov contains 7,466,447 observations and 42 variables. It was contained in a file labeled "SAM_1904_2009_SB_D."

6. As I describe in my report, I combined the two FPDS datasets and removed redundant and extraneous observations to create one file which contains 5,659,740 registration observations and 64 variables. This file was labeled "Awards_Combined_FY19FY20_SBNonSB."

7. I then merged the combined FPDS dataset with the SAM.gov dataset and collapsed, sorted, matched, and removed duplicates to create a file that contains 1,259,129 observations and 50 variables. This file is labeled "FPDS_SAM_PPIRS_2019_2020_matching_Test4."

8. On March 10, 2022, I was deposed by Plaintiff's counsel, Michael Rosman.

9. In responding to questions from Mr. Rosman about the merging of datasets, I mistakenly agreed that I had combined the 42 variables from the SAM.gov dataset with the 55 variables from the FPDS dataset, resulting in a merged dataset that contained approximately 5.6 million observations and 64 variables, *see* Chow Deposition, 50:4-11, 59:12-61:15, when in fact, the dataset that contains approximately 5.6 million observations and 64 variables consists only of combined FPDS data, not SAM.gov data.

10. There were several steps in my analysis in which I combined datasets. Without the benefit of the documents and datasets that I relied upon to complete my analysis in front of me during the deposition, I could not recall with exact specificity the number of observations in each combined dataset or the titles of each file containing the relevant

datasets, and I misspoke. I did not intend to cause any confusion in explaining my process.

11. Before my expert report was produced to Plaintiff's counsel, it was peer reviewed by Elizabeth Perlman, Ph.D., Economist at the Center for Economic Studies, U.S. Census Bureau. Dr. Perlman concluded that my methodology and statistical analysis were sound.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/17/2022__.

_____
Daniel Chow