# EXHIBIT
# 5

1            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TENNESSEE
2                GREENEVILLE DIVISION
3    - - - - - - - - - - - - - - - :
                                    :
4    ULTIMA SERVICES CORPORATION,   :
                                    :
5            Plaintiff,             :   CASE NO.
                                    :
6            vs.                    :   2:20-cv-00041
                                    :
7    U.S. DEPARTMENT OF             :
     AGRICULTURE, et al.,           :
8                                   :
             Defendants.            :
9                                   :
     - - - - - - - - - - - - - - - :
10
11           DEPOSITION OF JONATHAN GURYAN
12
13   DATE:              April 27, 2022
14   TIME:              9:30 a.m.
15   LOCATION:          Via Zoom Videoconference
16
     REPORTED BY:       Constance H. Rhodes
17                      Reporter, Notary
18
19
20
21
22   Job No. CS5185100

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 2 of 36
www.CapitalReportingCompany.com
PageID #: 737
202-857-3376

A P P E A R A N C E S

On behalf of Plaintiff:
      MICHAEL ROSMAN, ESQUIRE
      MICHELLE SCOTT, ESQUIRE
      Center for Individual Rights
      1100 Connecticut Avenue, Northwest
      Suite 625
      Washington, DC 20036
      Rosman@cir-usa.org

On behalf of Defendants:
      CHRISTINE T. DINAN, ESQUIRE
      JULIET GRAY, ESQUIRE
      United States Department of Justice
      Employment Litigation Section
      150 M Street, Northeast
      Washington, DC 20002
      (202) 598-1600
      Christine.dinan@usdoj.gov

            * * * * *

C O N T E N T S

EXAMINATION BY:                          PAGE
   Counsel for Defendants              4
   Counsel for Plaintiff              238


      E X H I B I T S

1  Expert Report of Jonathan Guryan        22
2  Expert Report of Jon Wainwright        129
3  Update to the Assessment of Contracting
   Outcomes for Small Disadvantaged
   Businesses                            209

(*Exhibits attached to transcript.)

P R O C E E D I N G S

WHEREUPON,

            JONATHAN GURYAN

called as a witness, and having been first duly

sworn, was examined and testified as follows:

      EXAMINATION BY COUNSEL FOR DEFENDANTS

BY MS. DINAN:

      Q   Good morning.  My name is Christine

Dinan.  I'm an attorney with the Department of

Justice and I represent the defendants in this

matter.  This deposition is being taken pursuant

to the Federal Rules of Civil Procedure.

      Dr. Guryan, can you please state and spell

your full name for the record?

      A   Jonathan Guryan, J-O-N-A-T-H-A-N,

G-U-R-Y-A-N.

      Q   I understand you have been deposed

before; is that right?

      A   That's correct.

      Q   Approximately how many times have you

been deposed?

      A   I think approximately 25 to 30 times.

      Q   Since you've been deposed before, I'm

not going to spend time going over all the rules

and reminders, but I do want to go over just a few

things.

      First, if I ask you a question that you

don't understand, please ask me to rephrase or

clarify before answering.  If you answer the

question I will assume that you understood it.

      Second, are you on any medications that

might affect your ability to give complete and

accurate testimony today?

      A   No.

      Q   Is there anything else that might affect

your ability to give complete and accurate

testimony today?

      A   No.

      Q   And I'd also like to ask for your

agreement to certain things since this deposition

is being taken remotely via Zoom.  Will you agree

that you not make a recording of any kind of

today's deposition?

      A   I do.

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 3 of 36
PageID #: 738
2 (Pages 2 - 5)
www.CapitalReportingCompany.com

1  case in which your opinions have been, I would
2  say, excluded or stricken or limited by the court?
3      A   Yes.
4      Q   Have you ever been an expert in a case
5  involving the Small Business Administration's 8(a)
6  business development?
7      A   I believe so.
8      Q   Are you familiar with the Small Business
9  Administration's 8(a) business development
10  program?
11      A   I have made myself familiar with it over
12  the course of working on this case.
13      Q   What did you do to become familiar with
14  it while working on the case?
15      A   Well, I had conversations with counsel,
16  and then I also reviewed information on the web on
17  the -- about the -- that described the rules of
18  the program.  And then I read the filings in this
19  case.
20      Q   Which filings in the case have you read?
21      A   I read a copy of the complaint and then
22  I've also -- maybe this is not a filing, but I've

1  read descriptions of it in other expert reports.
2      Q   The other experts in this case?
3      A   Yes.
4      Q   You said you read materials on the web.
5  Do you recall what those websites were?
6      A   I don't think I could tell you the --
7  like the web address, but they were -- I believe
8  they were websites, government websites, from the
9  Small Business Administration that describe the
10  8(a) program and the process of different ways to
11  become, you know, registered for the 8(a) program
12  and the rules.
13      Q   So what is your understanding of the
14  8(a) program?
15      A   My understanding of the 8(a) program is
16  that it's a program that is intended to increase
17  the share of government contracting dollars that
18  go to small businesses, in particular small
19  businesses that are economically disadvantaged --
20  economically and socially disadvantaged, I
21  believe; that the different government agencies
22  can -- I'm not sure I'll get the exact details of

1  the contracting right, but they contract with the
2  Small Business Administration and designate some
3  contracts to be 8(a) contracts that would give
4  preferences to small businesses that are deemed to
5  be 8(a) eligible to win those contracts.
6          My understanding is that there are certain
7  groups of businesses that become eligible, are
8  presumed eligible, and then other -- but there are
9  other ways to become eligible to participate in the
10  8(a) program.
11      Q   Do you have any opinions about the 8(a)
12  program?
13          MR. ROSMAN:  Objection to the form of the
14  question.  You may answer.
15          THE WITNESS:  Are you asking if I am
16  offering an opinion as an expert in this case about
17  the 8(a) program?
18  BY MS. DINAN:
19      Q   Sure.  Let's go with that.
20      A   I'm -- I don't -- I'm not offering any
21  opinions on any legal matters because I'm not a
22  legal expert, and I'm -- I'm not -- I don't plan

1  to offer any opinion about the 8(a) program other
2  than to the extent that it informs the opinions
3  that I've laid out in my report.
4      Q   I understand you are not offering an
5  expert about the 8(a) program.  Do you have any
6  personal opinions about the 8(a) program?
7      A   None that I intend to offer in this
8  case.
9      Q   Okay.  When were you first contacted by
10  the plaintiff about getting involved in this case?
11      A   I believe it was either January or
12  February of this year.
13      Q   Of 2022?
14      A   Yes.
15      Q   And what were you asked to do?
16      A   I was told there would be expert reports
17  filed by defense, and I was asked to review those
18  expert reports and to provide my opinion of the
19  methods used in those reports and of the
20  conclusions that those -- and opinions that those
21  experts offered.
22      Q   Were you contacted before or after

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 4 of 36
PageID #: 739
6 (Pages 18 - 21)
www.CapitalReportingCompany.com

1    A   He helped in the drafting of parts of
2  it.  I write the first pass of everything, and
3  then he sometimes will edit and revise.  But all
4  of the opinions in the report are mine.
5    Q   Other than Dr. Reck -- you said you had
6  a team at Charles River Associates.  Do you recall
7  anyone else who worked on this report with you?
8    A   Yeah.  Sorry if I wasn't clear.
9  Typically, when I work on cases I put together a
10  team.  In this case I believe it was just me --
11  just Dr. Reck.
12    Q   And is Dr. Reck a consultant with
13  Charles River Associates?
14    A   He is a full-time employee of Charles
15  River Associates.  He has his PhD in economics and
16  has worked at Charles River Associates his -- and
17  maybe one other similar firm for his entire
18  career.
19    Q   What is his PhD in?
20    A   Economics.
21    Q   Did you use any software other than a
22  word processing program to create the report?

1    A   Well, I reviewed documents in -- that
2  were PDFs, so I used, I think, Adobe or some other
3  PDF viewer to read those documents.  I reviewed
4  data, and so I used Excel and Stata to look at the
5  data.  But I didn't perform any statistical
6  analyses or calculations on which I based my
7  opinion.
8    Q   To your knowledge, did Dr. Reck perform
9  any statistical analyses or calculations when
10  working on this report?
11    A   I don't believe so.
12    Q   I think I know the answer, but I'll ask.
13  In this case did you collect any data of your own?
14    A   No.
15    Q   Did Dr. Reck collect any data of his own
16  in working on this report?
17    A   I don't believe so, no.
18    Q   And as you just testified, did you
19  perform any original tests or statistical analysis
20  on the data that was relied upon by defendants'
21  experts in this report.  I believe you said that
22  you did not; is that correct?

1    A   Sorry.  I didn't hear the beginning of
2  the question.  Can you say it again?
3    Q   Did you perform any original tests or
4  statistical analysis on the data that was relied
5  upon by defendant's experts in their reports?
6    A   No, I don't believe so.  With Mr. Chow's
7  data I did look through the dataset, and, as I
8  noted in my report, found that all of the -- that
9  there's a variable that is called something like
10  award or IDV.  And so I assessed whether there
11  were any records that had a value other than award
12  or IDV.  So that wasn't on a regression analysis,
13  but that did require doing a calculation I
14  suppose.
15    So I guess that -- taking your question
16  literally and precisely, that was the one
17  calculation or statistical analysis that I did.  But
18  other than that I don't believe so.
19    Q   And to your knowledge did Dr. Reck
20  perform any original test or statistical analysis
21  on the data that was relied upon by defendant's
22  experts?

1    A   Again, other than what I just said, he
2  did the same counting tabulation that I did of
3  Mr. Chow's data, and we also wanted to see whether
4  we had the data that Dr. Wainwright and Mr. Chow
5  had used.  And so we did some looking at the
6  datasets, which does involve doing some --
7  calculating some statistics as you look at a
8  dataset and try to figure out what's in it and
9  whether it matches the description in the report.
10    So we did some work along those lines.
11    Q   But you mentioned you never ran a
12  regression analysis on any of that data; is that
13  correct?
14    A   I did not.
15    Q   You mentioned that you used Stata in
16  looking at some of the data.  Can you just -- it
17  may be what you just described, but just to be
18  clear, for what purpose did you use Stata in
19  preparing this report?
20    A   Both to open up a dataset that was
21  provided in Stata format and to do some of the
22  exploratory looking at the data to try to see

Case 2:20-cv-00041-DCLC-CRW     Document 59-5     Filed 06/21/22     Page 5 of 36
PageID #: 740
8 (Pages 26 - 29)
www.CapitalReportingCompany.com

1  whether we had the full dataset that was described
2  in the two different reports and to do the
3  assessment of that variable that I mentioned from
4  Mr. Chow.
5     Q   Have you used Stata on any other expert
6  reports that you've produced to your best
7  recollection?
8        MR. ROSMAN:  Objection to the form of the
9  question.  You may answer.
10       THE WITNESS:  Yes.
11 BY MS. DINAN:
12    Q   For what purposes have you used Stata in
13 other expert reports?
14    A   So sometimes I and my team use Stata and
15 sometimes we use another program which is similar
16 called SAS.  Having not reviewed the details of
17 other reports I've written over the years in
18 preparation for this deposition, I'm not sure I
19 can say specifically which statistical program we
20 used for which analysis.  But I do use Stata
21 regularly both in my work as an expert and in my
22 research and in teaching a class on statistics.

1     Q   When you use it in other expert reports,
2  would that include using it to open up datasets
3  and look at data as you've described?  Well, I'll
4  ask that question first.
5     A   I certainly have done that in the course
6  of working on other expert reports.
7     Q   When you worked on other expert reports
8  have you used Stata or SAS I think you said?  Is
9  that S-A-S-S?
10    A   S-A-S.
11    Q   S-A-S -- to run any statistical analyses
12 such as regressions?
13    A   Yes.
14    Q   Now, I'd like to start going through
15 your report, try to sort of go chronologically
16 section by section.  As I understand it, you start
17 with some general criticisms and then raise some
18 concerns specific to each of our expert's reports.
19       In the first section of your report you
20 state that disparities and discrimination are not
21 the same thing.  Can you explain what you mean by
22 that?

1        MR. ROSMAN:  Christine, could you just
2  identify what you're characterizing as the first
3  section?
4        MS. DINAN:  Sure.  Beyond the background
5  and qualifications and summary, so getting into
6  paragraph 5 on page 7.
7        MR. ROSMAN:  Thank you.
8        MS. DINAN:  The first substantive portion.
9        THE WITNESS:  Okay.  So we are on section
10 five, which is titled "Disparities and
11 Discrimination are not the Same Thing."
12 BY MS. DINAN:
13    Q   Correct.
14    A   I'm sorry.  I've lost what the question
15 is.  Could you just repeat the question?
16    Q   Sure.  In the first section of your
17 report you state that disparities and
18 discrimination are not the same thing.  Can you
19 explain what you mean by that?
20    A   Well, again, I would just -- just
21 clarify that there is substance of the report
22 before we get to section five, some of which is a

1  summary of my opinions.  Some of it is my
2  background.
3        But in this section that is section five,
4  which is titled "Disparities and Discrimination are
5  not the Same Thing," you know, I attempt to explain
6  what I mean by that.  So I'll incorporate everything
7  that's in that section into my answer.  But what
8  I -- in addition to that, what I mean is that a
9  disparity is a difference in some outcome between
10 two groups.
11       If there's a difference the outcomes, are
12 disparate.  And those differences can be caused by
13 discrimination or they can be caused by other
14 things.  And so the existence of a disparity does
15 not necessarily mean that that disparity was caused
16 by discrimination.
17    Q   So in your testimony you talked about
18 causation.  Here it says that disparities and
19 discrimination are not the same thing.  Is your
20 point there that there is not necessarily a causal
21 relationship, or are you trying to say something
22 different?

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 6 of 36
PageID #: 741                                            9 (Pages 30 - 33)
www.CapitalReportingCompany.com

1 caused by, and you list several things.
2    A   I did not run -- as we stated earlier, I
3 did not run statistical tests myself.  My point
4 here is that if one is trying to test for
5 discrimination one must rule out factors other
6 than discrimination before drawing a conclusion
7 that discrimination is the reason for disparity.
8       If one is trying to test for
9 discrimination in a particular market or over a
10 certain recent and current time period, one must
11 also rule out factors other than discrimination in
12 that market and over that recent and current time
13 period.
14    Q   Right.  But my question is specific to
15 this case.  It sounds like you are saying it could
16 be a possibility that one of these factors is
17 involved, but you haven't tested so you can't be
18 sure that one of these factors was the cause of
19 the disparities identified by Dr. Wainwright; is
20 that correct?
21    A   Not exactly.  My point is that
22 Dr. Wainwright can't be sure.  And because

1 Dr. Wainwright can't be sure based on the analysis
2 that he did, it's inappropriate for him to
3 conclude that his -- that based on his analysis
4 that discrimination exists.
5    Q   Well, since you didn't run any tests of
6 your own, what are you basing that conclusion on
7 that Dr. Wainwright can't be sure?
8    A   The logic of testing for discrimination
9 as I've described in my report as the National
10 Academy of Sciences has stated is the proper way
11 to do this, as other economists and social
12 scientists who study discrimination have said is
13 the proper way to perform these tests.
14    Q   And the same question for Mr. Chow's
15 report?  And I assume I know the answer but just
16 to get it on the record.  Did you run any tests to
17 see whether any of these factors caused the
18 disparities identified in Mr. Chow's report?
19    A   I didn't.  And just as for
20 Dr. Wainwright, my point is that neither did
21 Mr. Chow.  So it's inappropriate for him to draw a
22 conclusion of discrimination without ruling out

1 alternative explanations other than
2 discrimination.
3    Q   And to be clear, again, you're basing
4 this -- what are you basing this conclusion on?
5 Because you haven't run any tests on his data.
6       MR. ROSMAN:  Objection.  It's been
7 answered by prior testimony.  You may respond.
8       THE WITNESS:  Again, the conclusion that
9 I'm offering is that as a matter of proper
10 methodology, as a matter of logic, it's
11 inappropriate to draw a conclusion that
12 discrimination caused the disparity without
13 considering and testing for alternative factors
14 other than discrimination.
15 BY MS. DINAN:
16    Q   And you believe that Dr. Wainwright and
17 Mr. Chow have failed to test for alternative
18 factors?
19    A   In many of the analyses that they did --
20 well, let's go and take them separately.  In many
21 of the analyses that Dr. Wainwright did, he didn't
22 test for any nondiscriminatory factor at all.

1 There are some analyses in his report that hold
2 constant some factors, some nondiscriminatory
3 factors, which I have, you know, specified
4 specifically in my report.  And in those analyses,
5 he does not consider all of the
6 nondiscriminatory -- potential nondiscriminatory
7 factors.
8       In Mr. Chow's analysis he does not control
9 for or consider any potential nondiscriminatory
10 factor, and there are other flaws in his analysis
11 that make the conclusions from that analysis
12 unreliable as well that I have outlined in my
13 report.
14    Q   Okay.  And again, we'll discuss those in
15 more specifics a little bit later.
16       If you were to test to see whether any of
17 these factors were the cause of the disparities, to
18 use proper methodology as you have described it, how
19 would you do so?
20    A   Well, it would depend on the specific
21 context, and I would want to make sure I
22 understood the particular market that I was

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 7 of 36
PageID #: 742
14 (Pages 50 - 53)
www.CapitalReportingCompany.com

1  studying before I laid out a particular -- a
2  particular test. But I would try to use one of
3  the newer methods that I've listed in this -- in
4  my report rather than try to run a regression and
5  hold things constant. Because as I've described
6  and as the National Academy of Sciences report
7  lays out, the method of trying to hold other
8  factors constant using data that, you know, an
9  analyst is likely to have in a dataset is flawed
10 because it's very unlikely that the analyst would
11 have data on all the other potential
12 nondiscriminatory factors that you would have to
13 hold constant.
14    Q   You said you've used one of the newer
15 methods. And again, I take it you are referring
16 to audit studies, correspondence studies, field
17 experiments and the like; is that correct?
18    A   Yes.
19    Q   Why didn't you do that here? Why didn't
20 you run one of those studies?
21    A   I was not asked to provide an opinion on
22 that matter. In this case I wasn't asked to

1  perform a study, and so I didn't put in the --
2  it's just not something that I did.
3     Q   Do you have an opinion as to what type
4  of disparities would exist if there were
5  discrimination in a particular marketplace?
6     A   That's too broad of a question to answer
7  in the specific.
8     Q   Have you ever done an expert report or a
9  study that found that discrimination could be a
10 source of disparities identified in a particular
11 market?
12    A   Yes.
13    Q   Can you recall any examples of studies
14 or expert reports you're submitted on that?
15    A   I have published a study on the role
16 that racial prejudice plays in determining or
17 contributing to differences in pay between black
18 and white workers.
19    Q   And in that study did you use a
20 regression analysis or a different technique?
21    A   A different technique. There is a
22 regression that is run, but the method is -- the

1  point of the paper is that it is an alternative
2  method based on economic theory that is not the
3  standard regression analysis that holds things
4  constant.
5     Q   What was the other method than the
6  regression analysis?
7     A   That analysis is based on the model
8  written by Gary Becker, who wrote a book called
9  The Economics of Discrimination, which is the
10 basis for much of the economic analysis of
11 discrimination.
12        And that -- what the paper does is it
13 points out that if the form of discrimination that
14 Becker describes is happening in markets, it has
15 implications for the relationship between wage gaps
16 and particular percentiles of the racial prejudice
17 distribution. And so we gathered data measuring
18 racial prejudice and how it varied across different
19 areas of the country and how the distribution of
20 that prejudice varied and developed tests that are
21 based on the predictions of the theoretical economic
22 model.

1     Q   Just to be clear, were you -- in that
2  study were you testing for the presence of
3  discrimination in a particular market or markets?
4     A   I was testing for the effects of racial
5  discrimination, racial prejudice, on differences
6  in pay in labor markets.
7     Q   Would you consider that discrimination
8  inside the market or outside the market?
9     A   Inside the labor market.
10    Q   And how did you differentiate between
11 any racial prejudice inside the labor market and
12 other differences outside the market?
13    A   So the way that I did it is as I
14 described. It's based on the predictions of this
15 economic model suggests that there will be
16 relationships -- if there is discrimination inside
17 the market of the form that is described by this
18 standard theory in economics, that there will be
19 relationships between wage gaps and particular
20 percentiles of the prejudice distribution that you
21 would not see if other factors other than
22 discrimination in that market of that form were

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 8 of 36
PageID #: 743
15 (Pages 54 - 57)
www.CapitalReportingCompany.com

1 to use sources like the current population survey
2 or the decennial census to test for
3 discrimination?
4     A   I agree with the conclusions of the
5 National Academy of Science's panel when they say
6 that datasets like the current population survey
7 and the decennial census -- and I would include
8 the American community survey -- are unlikely to
9 have in the datasets variables on all of the
10 factors other than discrimination that you would
11 need to hold constant in order for that test to
12 actually measure discrimination.
13     Q   Have you ever used the current
14 population survey or decennial census in any of
15 your studies when you've tested for
16 discrimination?
17     A   I used the current population survey to
18 measure wage gaps in the study that I talked about
19 earlier.  I didn't only use the current population
20 survey, and I didn't run a regression of the type
21 that Dr. Wainwright ran to try to test for
22 discrimination.  I combined that data with data

1 that measured racial prejudice and how it varied
2 across different areas of the country to run the
3 types of tests that I described earlier.
4     Q   Did Dr. Wainwright use only the ACS in
5 his analyses as a data source?
6     A   In the analysis where he's using the
7 ACS, he used only the ACS to perform those
8 regression analyses.  He also performed other
9 regression analyses on other datasets.
10     Q   What about Mr. Chow?  To your knowledge
11 did he use either the CPS or decennial census in
12 his analyses?
13     A   No.
14     Q   What would you suggest is a better data
15 source that you believe Dr. Wainwright should have
16 used?
17         MR. ROSMAN:  Objection to the form of the
18 question.  You may answer.
19         THE WITNESS:  I don't know of a specific
20 data source that I could name that Dr. Wainwright
21 could have used or should have used to perform a
22 regression analysis of the type that he did.  My

1 suggestion is that he should have done a different
2 type of analysis, not only used a different dataset.
3         My criticism is if one is going to try
4 to test for discrimination using a regression
5 analysis that tries to hold things constant, the
6 dataset has to all of the other nondiscriminatory
7 factors that could potentially be the reasons
8 for or contribute to the disparity.  And the
9 dataset that Dr. Wainwright used doesn't have all
10 of those factors.
11         I don't know that there is another
12 dataset that he could have used.  It's possible,
13 but that's -- that's not the full scope of my
14 opinion.
15 BY MS. DINAN:
16     Q   Other than the census surveys used by
17 Dr. Wainwright, including the ACS as well as the
18 SPO and APS -- I'm using acronyms here as
19 referenced in his report -- are you aware of any
20 other large data sources that include the race of
21 a business owner?
22     A   It isn't something I've looked into

1 recently, so off the top of my head I don't -- I
2 don't know.  But I -- it's not something that I
3 searched for in preparation for this deposition.
4 So it's possible that there are, but I can't say
5 one way or the other.
6         MS. DINAN:  Okay.  This is a good spot to
7 break.  We've gone for about two hours now.  So why
8 don't we do that.
9         (Whereupon, a brief recess was taken.)
10 BY MS. DINAN:
11     Q   Turning now to, I guess, section 6.1.1
12 of your report starting on page 12, under "Omitted
13 variable bias."
14         Can you explain what your understanding of
15 what omitted variable bias is?
16     A   Well, in general, omitted variable bias
17 is what happens if you are running a regression
18 and you fail to control for some variable that is
19 both correlated with a variable of interest and
20 that also has its own independent effect on the
21 outcome variable.  When that happens, and you omit
22 a variable as a control, it causes bias in your

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 9 of 36
PageID #: 744                        22 (Pages 82 - 85)
www.CapitalReportingCompany.com

1 the economy as a whole?"
2  Q  I mean if what you're testing for is
3 whether there is discrimination, as in this case,
4 in contracting -- in the contracting across the
5 country nationwide, do you believe that if you
6 find disparities in a number of different markets
7 and the results consistently show disparities that
8 that would give you greater confidence in the
9 validity of your results if what you're testing
10 for is the presence of discrimination nationwide?
11      MR. ROSMAN:  Objection to form.  You may
12 answer.
13      THE WITNESS:  If you are trying to test
14 for discrimination in contracting markets, then
15 discrimination in non-contracting markets doesn't
16 necessarily tell you whether there's discrimination
17 in contracting markets.
18      Separately, if you are trying to test
19 for discrimination in contracting markets and you
20 do a national analysis, if your goal is to assess
21 whether there is discrimination in any part of the
22 market nationally, that might be informative.  But

1 if your goal is to try to figure out whether there
2 is discrimination in a particular part of the
3 contracting market, then doing it nationally
4 doesn't necessarily tell you that there is
5 discrimination in one part of the contracting
6 market as opposed to another.
7 BY MS. DINAN:
8  Q  Next, I want to talk about some of the
9 other methods that you've been talking about and
10 you identify in your report that you believe are
11 better ways to test for discrimination.  So that's
12 starting on page -- 6.2 starting on page 13.
13 That's just for reference.  That's where I'm
14 getting these types of settings, but I'm not
15 quoting from it.
16      First, you mention as a potential method
17 of study an audit study.  How would you describe an
18 audit study?
19  A  So there are different types of audit
20 studies, but an example of an audit study would
21 be, say, an audit study in a labor market.
22 Whoever is running the audit study would train

1 pairs of people to go and apply for jobs, and the
2 audit study would have a purpose of testing for
3 discrimination of a certain type.  So it might,
4 say, test for discrimination on the basis of
5 gender.  If it did that there would -- you would
6 get pairs of people, one male and one female, and
7 you would train them to -- you'd give them similar
8 resumes and you'd train them to interview in
9 similar ways.
10      And these people would be sent out to
11 apply for jobs and interview for jobs, and the audit
12 study would measure the rate at which the male
13 versus the female auditors were either offered jobs
14 or would go to the next round of the employment
15 process.
16  Q  Have you used audit studies to test for
17 discrimination before?
18  A  I personally have not, no.
19  Q  Are you aware of any audit studies that
20 measure discrimination in contracting?
21  A  Not that I can think of off the top of
22 my head.

1  Q  I take it you did not conduct such a
2 study here; is that right?
3  A  I did not.
4  Q  If you were to design such a study, how
5 would you do so?
6  A  Well, I first would want to study the
7 particular contracting market that I was designing
8 a study for.  If the way the contracting bidding
9 works didn't involve face-to-face interactions, I
10 probably wouldn't use an audit study.  I would
11 probably use something that was more like a
12 correspondence study.
13  Q  Can you think of a way to use an audit
14 study here where we're talking about contracting
15 in a way that wouldn't involve submitting false
16 information?
17  A  Again, if the particular contracting
18 market that we're hypothetically trying to test
19 for discrimination in doesn't commonly involve
20 face-to-face interviews, then an audit study
21 probably wouldn't be the right way to test for
22 discrimination in that market.  It would involve

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 10 of 36
PageID #: 745                                          28 (Pages 106 - 109)
www.CapitalReportingCompany.com

1  something more like a correspondence study.
2      Q.   Okay.  And if the particular market
3  we're looking at is nationwide, again, would you
4  think an audit study would be an appropriate
5  vehicle to measure for discrimination nationwide?
6      A    If we're talking about a market where
7  there is commonly face-to-face interactions as
8  part of the selection process and so an audit
9  study could be appropriate, then you could do an
10  audit study that was nationwide.
11     Q.   How would you describe that?
12     A    Well, again, I would want to -- first, I
13  would need to know what was the market I was
14  trying to test for discrimination in.  But I would
15  study that market and the way that people interact
16  in that market and the process that is used that I
17  was trying to test for discrimination in.  And
18  then I would do what I described earlier, where I
19  would find pairs of -- I'd hire pairs of auditors,
20  and I would try to train them to interact in that
21  market in the same way and then measure the
22  success rates that they had in their interactions

1  in that market.
2      Q.   Just to be clear, when you are training
3  auditors, they are trained actors who aren't in
4  fact applying for the job or bidding on a
5  contract.  Right?  So they are necessarily playing
6  a part in submitting false information.
7      A    I need to know the specifics of exactly
8  the market that we are studying, but yes.  I don't
9  know if people who have run audit studies have
10  figured out ways of doing it where there actually
11  people who are not submitting false information.
12  But yes, the common version of an audit study is
13  with actors, and they are basing their information
14  on, you know, other real people.  But they are
15  not -- they are acting to try to be exactly the
16  same.
17        I think if one was created, you could
18  design an audit study where there was -- where you
19  could limit the amount of deception where people
20  were telling the truth about themselves, or you
21  could pick auditors who had very similar
22  characteristics on all the types of things that are

1  likely to come up in an interview.  So if you could
2  pick auditors who had very similar characteristics
3  themselves where the only way they varied was based
4  on their gender, for instance, you could train
5  people to give answers in the same way but they
6  would always be telling the truth about themselves.
7        But again, I haven't designed an audit
8  study myself, so this is, you know, not something
9  that I have thought through all of the planning
10  details of that level of specificity.
11     Q.   Right.  I guess what I'm trying to get
12  at is if, as here, you are trying to measure
13  discrimination in contracting markets, which
14  requires you to -- you know, doing an audit study
15  to have auditors submit bids, if they don't in
16  fact intend to submit those bids or aren't
17  business owners, that would be fraudulent.  So I
18  don't think it's feasible.
19     A    I don't know legally whether it would be
20  allowed or not, and I don't know whether the
21  government would have some scope to be able to run
22  a study like that in a way that a private

1  researcher wouldn't.  I don't know.  You are
2  asking legal questions I don't know the answer to.
3      Q.   Well, I'm just exploring the feasibility
4  of using -- you've identified, you know, a
5  superior method of testing for what we're testing
6  for here.
7      A    And other things have been conducted --
8        MR. ROSMAN:  I don't think she's asked a
9  question.  Do you have a question?
10        MS. DINAN:  No.  I do have a question on
11  another topic, which I'll move on to.
12  BY MS. DINAN:
13     Q.   Moving on, you've described -- you've
14  discussed another method is a correspondence
15  study.  How would you describe a correspondence
16  study?
17     A    In a correspondence study -- like an
18  example of a correspondence study would also be in
19  a labor market where the researcher creates
20  resumes that are based on the information on real
21  resumes, but they're changed.  And they are
22  changed in a way that they have the same

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 11 of 36
PageID #: 746
29 (Pages 110 - 113)
www.CapitalReportingCompany.com

1  information -- they're versions of the resumes

2  that have the same information on everything other

3  than information about either the race or the

4  gender, if that's what you're trying to test for,

5  of the applicant.

6         And the researcher sends out the resumes

7  to jobs that are selected in a representative way.

8  And then the call-back rates are measured and

9  compared between the resumes that signal, you know,

10  that the job applicant is male or female or African

11  American or white or whatever the differences are

12  that they are trying to test for.

13     Q    Have you used correspondence studies to

14  test for discrimination?

15     A    I have not myself, no.

16     Q    Are you aware of any correspondence

17  studies that measure discrimination in

18  contracting?

19     A    I'm not.

20     Q    Did you conduct such a study here?

21     A    No.

22     Q    If you were to design a study to measure

1  discrimination in contracting, correspondence

2  study, how would you do that?

3     A    Again, I'd want to study the specifics

4  of the bidding process, but once I understood

5  that, I think I would design bids that could be

6  submitted where the bids were the same in all

7  substantive ways other than a signal of the -- you

8  know, whether the owner was from a racial minority

9  group or not, and I would measure the rates at

10  which those bids were accepted.

11     Q    Again, can you think of -- you talk

12  about designing bids, so that's based on falsie

13  information, not actual bids.  Can you think of a

14  way to do a correspondence study that wouldn't

15  require submitting false information as part of

16  that study?

17     A    Again, I haven't planned out the study,

18  so I haven't gone through all the specifics of the

19  logistics, but I think you probably could recruit

20  businesses to submit real bids.  And you could

21  probably work with them to make sure the bids were

22  similar and paired in ways that the bids were

1  similar in all substantive ways other than that

2  one was by a minority-owned business and one was a

3  white-male-owned business.  And you could actually

4  have them actually bid on contracts and then

5  measure the rates at which those paired-up

6  businesses who had similar bids but were only

7  different in the ownership structure -- identity

8  of the owner, and measure the rates at which they

9  received contracts.

10     Q    I take it one of the benefits you see in

11  a correspondence study is the fact that you can

12  essentially control for, you know, all relevant

13  factors -- have two resumes that are identical,

14  for instance, except for the race or gender of the

15  person who is applying.  If you are using real

16  business owners, do you think it's possible to do

17  that?

18     A    So in a correspondence study the one

19  thing you know is you know all the information

20  that is shared with the decision maker because

21  it's on a piece of paper, and so you can assess

22  the information that is shared.  And so it gives

1  you a better chance of trying to hold constant the

2  information that the decision maker receives than

3  in another setting.

4     Q    So you could imagine a scenario in which

5  you think you could design such a study, a

6  correspondence study, and measure whether there's

7  discrimination in contracting nationwide?

8     A    I wasn't asked to design a study like

9  that, so I haven't spent the time to think through

10  all of the logistical details and look into all

11  the issues of feasibility.  But I think it is

12  possible that something like that could be done.

13  But I can't say for sure without, you know, going

14  through all the details of trying to plan it out.

15     Q    How would you describe a field

16  experiment?

17     A    A field experiment refers to a situation

18  where a researcher randomly assigns something, but

19  does it in the field as opposed to in a

20  laboratory.  So it's something that takes place

21  within the context of a particular market

22  operating.

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 12 of 36
PageID #: 747                                                          30 (Pages 114 - 117)
www.CapitalReportingCompany.com

1    Q   Can you give an example of one?  I'm
2  just not sure exactly what you mean.
3    A   So there are examples by -- so a
4  researcher named John List has done a series of
5  field experiments where he would go to markets --
6  like some of the studies that he did took place in
7  markets where people were trading baseball cards,
8  buying and selling and trading baseball cards.  So
9  he ran experiments randomly assigning the types of
10  bids that he would offer to different sellers, and
11  he designed the variation in the way that he would
12  bid and the way that -- or the way that people
13  would negotiate to try and test for different
14  forms of discrimination.
15    Q   Have you used field experiments to test
16  for discrimination?
17    A   No.
18    Q   Are you aware of any field experiments
19  that measure discrimination in contracting?
20    A   I don't believe so.
21    Q   Did you conduct such a study here?
22    A   No.

1    Q   And again, how would you design such a
2  study, if you were to do so, to measure
3  discrimination in contracting nationwide?
4    A   It's not something that I've thought
5  through, so I -- I don't know exactly how I would
6  do it.  There's lots of ways one can design field
7  experiments, so I think if somebody were to put
8  their mind to it and be creative, there probably
9  are field experiments that could be run that would
10  be informative.  But I have not thought that
11  through.
12    Q   So you think it would be feasible
13  potentially to use a field experiment to study
14  discrimination in contracting?
15    A   When you say I think it could be
16  feasible, I haven't -- I'm not -- I can't be sure
17  one way or the other, but I think it would be
18  feasible.
19    Q   Okay.  You've also listed a natural
20  experiment as another alternative method.  How
21  would you describe a natural experiment?
22    A   So a natural experiment is something

1  where there is either randomization or something
2  that approximates randomization that happens not
3  as a result of the researcher choosing to
4  randomize, but that happens because of something
5  -- some part of a process that happens naturally.
6    Q   Can you give an example of a natural
7  experiment?
8    A   So there's lots of different types of
9  natural experiments.  Some natural experiments are
10  for situations where you are, for instance, trying
11  to measure the effect of going to a particular
12  type of college on future earnings.  And let's say
13  you know the way that the college makes decisions
14  about how to choose who to admit and they have
15  some score that they give students, and everyone
16  above a certain threshold gets in and everyone
17  below that threshold does not get in.  That's a
18  research design that's called a regression
19  discontinuity.  And that by looking at people just
20  above and just below that threshold, you get
21  applicants who are very similar.  They just, one,
22  happen to fall just on one side of the threshold

1  versus just on the other side of the threshold,
2  but they end up with very different outcomes.
3  Some got into the college and some didn't.  And so
4  that variation is not exactly the same as random
5  assignment but it is -- it mimics random
6  assignment but it's naturally occurring.  So
7  that's an example of a natural experiment.  Others
8  are -- well, I could -- I teach a whole class on
9  this, so I could talk about this for a long time.
10  We don't have to go into it now.
11    Q   That's fine.
12    A   There's other types of variation that
13  are not the same as random assignment but that
14  are -- that have features that are similar to
15  random assignment and that you can use to measure
16  the causal effect of some variable or another.
17    Q   Have you used natural experiments to
18  test for discrimination before?
19    A   I don't believe I have.
20    Q   Okay.  Are you aware of any natural
21  experiments that measure discrimination in
22  contracting?

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 13 of 36
PageID #: 748
31 (Pages 118 - 121)
www.CapitalReportingCompany.com

1    A   It's a hard question to answer.  I
2  don't -- I'm not aware of a natural experiment
3  that somebody has used to measure discrimination
4  in contracting.  The nature of natural experiments
5  is that they exist out in the wild and the
6  researcher goes and finds them.  So there may be
7  natural experiments that one could use to measure
8  and try to test for discrimination in contracting.
9  I just -- I'm not -- I didn't do a search on this,
10  so I can't say one way or another, but I'm not
11  aware of a study that has used natural experiments
12  to try to test for the presence of discrimination
13  in contracting.
14    Q   Just to be clear, you said you didn't
15  search for one and you also didn't conduct one
16  here.  Is that accurate?
17    A   That's correct.
18    Q   I could ask how would you design such a
19  study or I guess how would you search for such a
20  study if, as you say, you sort of find them in the
21  wild?
22        If you were trying to use a natural

1  experiment to test for discrimination in contracting
2  nationwide, what would you be looking for?
3    A   I would -- there are different ways to
4  try to find natural experiments, but one way is to
5  try to learn as much as you can about underlying
6  institutions and details of the market that you
7  are trying to study.  And sometimes in doing that
8  research you can learn about changes in rules that
9  have happened or other things that generate
10  variation and how decisions are made or selections
11  are made, and that can sometimes uncover a natural
12  experiment.
13        So I would -- I would start by trying to
14  learn as much as I could about, you know, different
15  features of the contracting market to try to find
16  whether there was a natural experiment that could be
17  used to try to test for discrimination.
18    Q   And if you're -- what you're testing for
19  is whether there's discrimination in contracting
20  nationwide, you would need to find a number of
21  those natural experiments out in the wild, so to
22  say, correct?

1    A   I think that's fair.  Yeah.
2    Q   How would you describe a marginal
3  outcome test?
4    A   So the idea of a marginal outcome test
5  is that -- so one idea in economics is that
6  decisions are made on the margin, and so one
7  implication of a market that has discrimination
8  versus one that does not have discrimination is
9  that in a market where there is discrimination at
10  work, you might expect to see differences in
11  success rates or the productivity of the marginal
12  people from the discriminated group versus the
13  non-discriminated group that were selected.
14        If there's nondiscrimination then when you
15  are looking at the marginal people selected or
16  businesses selected, you should not see differences
17  in their outcomes.  That's different from whether
18  you should expect to see average differences;
19  because, on average, there could be other factors
20  that determine, you know, production or success.
21  But once you -- if you can isolate your focus to
22  people who are selected on the margin, the last ones

1  to be selected, that is a way of essentially holding
2  constant other factors.  And it basically asks
3  whether the threshold for selection is higher for
4  members of one group than for another.
5    Q   And have you used marginal outcome tests
6  to assess for discrimination?
7    A   The test that I described earlier is
8  related to a marginal outcome test.  I think it's
9  a bit different, but it's related.  It's also
10  based on this idea of decisions being made on the
11  margin.
12    Q   I'm sorry.  Which test are you talking
13  about that you described earlier?
14    A   The paper we were talking about earlier
15  that's based on the Becker model of
16  discrimination.
17    Q   Okay.  You said it's related to a
18  marginal outcomes test, but not purely so?
19    A   Yeah.  I mean --
20        MR. ROSMAN:  Objection to the form of the
21  question.  Go ahead.
22        THE WITNESS:  I wouldn't say it was

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 14 of 36
PageID #: 749
32 (Pages 122 - 125)
www.CapitalReportingCompany.com

1 exactly a marginal outcome test, but it's also not
2 totally different from marginal outcome tests. So
3 which -- I didn't want to say that I've never done
4 marginal outcome tests because someone could argue
5 that that is a version of a marginal outcome test,
6 even though it's not exactly the same.
7 BY MS. DINAN:
8     Q   Are you aware of any marginal outcome
9 tests that measure discrimination in contracting?
10    A   I don't know.
11    Q   Did you conduct such a test here?
12    A   No.
13    Q   Do you think it's feasible to use a
14 marginal outcome test to measure discrimination in
15 contracting?
16    A   I think it could be.
17    Q   How would you design such a study?
18    A   Well, again, I'd have to know more about
19 the way selections were made in different
20 contexts, put if one could do that background
21 research and figure out ways of isolating who were
22 the sort of last marginal selections for contracts

1 from the different groups and then measure some
2 form of success rate, that would be something that
3 could be done to test for whether the bar or
4 threshold that is being used for selection is
5 different for minority-owned versus
6 nonminority-owned businesses.
7     Q   Do you think you could use a marginal
8 outcome test to test for discrimination in
9 contracting nationwide?
10    A   Again, I haven't planned out an entire
11 study, so I don't know for sure, but there's
12 nothing that tells me that that would be
13 impossible.
14    Q   Would you envision that that would
15 involve running multiple marginal outcome tests if
16 that's what you were testing for?
17    A   It would depend on the specifics of
18 exactly how you would have to run the test, which
19 I haven't figured out because it's not something
20 that I was asked to plan a whole study on.
21    Q   Okay.  Are you aware of any disparity
22 studies that have ever been done that have ever

1 used any of these methods that you've described,
2 starting with audit studies and the ones we've
3 just discussed?
4     A   I don't know.  I mean I -- I couldn't
5 name a specific one that has used any of these
6 methods.
7         MS. DINAN:  Okay.  Next, I want to start
8 going through Dr. Wainwright's report and the
9 specific criticisms of that.  I'm happy to move on,
10 but we've been going about an hour, so we can start
11 that and then take a lunch break; or if folks would
12 prefer, we could take a lunch break now since it's a
13 good breaking point.
14        (Whereupon, at 12:36 p.m., a luncheon
15        recess was taken.)
16             * * * * *
17
18
19
20
21
22

1     A F T E R N O O N  S E S S I O N
2             (1:34 p.m.)
3 WHEREUPON,
4        JONATHAN GURYAN
5 was called for continued examination, and having
6 been previously duly sworn, was examined and
7 testified further as follows:
8     EXAMINATION BY COUNSEL FOR DEFENDANT
9             CONTINUED
10 BY MS. DINAN:
11    Q   Now, I want to discuss Dr. Wainwright's
12 expert report and the critiques you've made of
13 that.  Did you read Dr. Wainwright's expert report
14 that was submitted in this matter?
15    A   I did.
16    (GURYAN Exhibit Number 2 was marked for
17    identification.)
18 BY MS. DINAN:
19    Q   I'm going to introduce it as an exhibit
20 just in case we need to refer to it.  I'm not sure
21 we will but bear with me.
22        Did you read all the appendices to

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 15 of 36
PageID #: 750                                33 (Pages 126 - 129)
www.CapitalReportingCompany.com

1  Dr. Wainwright's report?
2      A   I believe so if what -- you mean the
3  appendix tables?
4      Q   Yes.  It should now be available as a
5  marked exhibit if you want to refer to it, but you
6  are welcome to look at the copy you have if that's
7  easier.
8      A   Well, one thing I'm noticing is that it
9  says corrected April 22nd.  So I have seen the
10  version that was dated April 4th, but I don't
11  believe I've seen a version that was corrected on
12  April 22nd.
13     Q   Understood.  This version corrects some
14  typographical errors we just shared with
15  plaintiff's counsel earlier this week.  We'll
16  refer to this one, but if you want to go ahead and
17  skim through it, it is substantively exactly the
18  same.  It has all the same sections and substance
19  and tables.
20     A   I'll only be able to answer based on the
21  one that I've seen, and I -- unless you want me to
22  read through all 223 pages of this now, I won't be

1  able to.
2      Q   I do not need you to do that.  If you
3  need to refer to it, but I understand that you
4  looked at the previous version.
5          Did you review the data that was the part
6  Dr. Wainwright's report that was produced by the
7  defendants?
8      A   I did review the data that
9  Dr. Wainwright produced, yes.
10     Q   You mentioned that you did some analysis
11  on this data to determine whether you had all of
12  the data.  Did you determine that you had all the
13  data that you needed?
14     A   I guess I'm not sure.  I believe I have
15  the dataset that Dr. Wainwright relied upon.  If
16  that's true, then I have the data.
17     Q   Have you ever performed a disparity
18  study for any federal, state, or local government?
19     A   No.
20     Q   Have you ever performed a disparity
21  study at all?
22     A   If by a disparity study you mean a study

1  that is of the type that Dr. Wainwright reviewed
2  in this report that is for the purpose of
3  justifying the existence of a disadvantaged
4  business enterprise program or other contracting
5  program of that type, then no.
6      Q   Have you ever read any reports or
7  guidelines about how you should conduct a
8  disparity study?
9      A   I have read some of the legal decisions
10  that are referred to in Dr. Wainwright's report.
11  I've read like the uniform guidelines from the
12  EEOC, which is not related to the disparity study
13  but to, you know, guidelines for conducting
14  analyses related to claims of discrimination and
15  the use of employment screens.  I'm not sure
16  whether I've read other guidelines.
17     Q   You mentioned some of the legal
18  decisions referred to in the report.  Which legal
19  decisions did you review?
20     A   I haven't read them recently, so I'm not
21  sure I will be able to list them.  But I, in the
22  course of my experience as a researcher, I have

1  read some of the -- like the Croson decision I
2  believe.  I can't remember if there are others.
3  But I have seen them.
4      Q   Okay.  Have you ever performed any
5  research involving the availability of
6  minority-owned businesses?
7      A   I don't -- I don't believe so.
8  Definitely not for the purpose of calculating
9  anything like a disparity index of the type that
10  is reported in the reports that -- or the studies
11  that Dr. Wainwright performed?
12     Q   Have you ever performed any research
13  involving the ability of minority-owned businesses
14  to perform work?
15     A   I don't believe so.
16     Q   Have you ever performed any research
17  involving business formation generally?
18     A   I don't believe so.  I'm trying to think
19  whether it is a part of some of the research that
20  I've done, but I -- but not specifically where
21  that was the topic of the study.
22     Q   What is your understanding of what

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 16 of 36
PageID #: 751
34 (Pages 130 - 133)
www.CapitalReportingCompany.com

1  you able to identify any variable that you believe
2  should have been controlled for by Dr. Wainwright
3  that affected the average outcomes of the groups
4  that he was measuring that he did not control for?
5      A   As you said, he's conducted multiple
6  analyses that ask different questions using
7  different datasets, so could you be more specific?
8      Q   Well, why don't we talk -- I guess we
9  can take them one by one.  No.  We'll get to that
10 later on.
11         Let's talk about first the disparity
12 studies that Dr. Wainwright reviewed.  In your
13 report you've said that based on your own review,
14 many of the disparity studies that Dr. Wainwright
15 included in his analysis contained flaws that make
16 conclusions regarding the presence or absence of
17 discrimination in relevant markets inappropriate.
18         Did you review all 205 disparity studies
19 that Dr. Wainwright reviewed?
20     A   I didn't review every single one.
21         I'm sorry, Michael, I can't hear you.
22         MR. ROSMAN:  I'm sorry about that.  I

1  muted myself.  I object to the form.  Go ahead.
2  BY MS. DINAN:
3      Q   How many the 205 disparity studies do
4  you think contain flaws that make their
5  conclusions inappropriate?
6      A   I couldn't tell you a specific number of
7  how many, but the methods that they used to
8  calculate disparities in the disparity index that
9  they report that Dr. Wainwright summarizes in his
10 summary of the 205 studies, many of them don't
11 control for anything other -- any other factor
12 other than whether the business was owned by a
13 minority or not.
14         And so to conclude from a -- any statistic
15 of that set of studies that there is discrimination
16 without -- when many, if not all of them, don't
17 control for any factor other than the race of the
18 business owner is inappropriate.
19     Q   How many of the 205 studies did you
20 review?
21     A   I don't know off the top of my head the
22 exact number, but I -- I would say I reviewed -- I

1  looked through the majority of them, not all 200
2  of them, but more than half.  And I -- you know,
3  they are done by different consulting firms or
4  entities and the methods that each firm tends to
5  use tends to be similar.  So I didn't look at all
6  of them once I could see the basic method that
7  each one was using.
8      Q   Can you provide an example of a
9  disparity study that you think is flawed that was
10 included in the study?
11     A   You know, I listed some of them in my
12 report.  I think it's footnote 22 of the -- let me
13 look to be sure that that is correct.  Yes.
14 Footnote 22.  So, for instance, the Mason Tillman
15 study of St. Louis done April 2015, when it's
16 calculating the disparity index, it doesn't
17 control for any factor to assess whether there are
18 other factors besides discrimination that may
19 account for different rates of utilization
20 relative to availability, and it doesn't control
21 for capacity, which is one potential factor, but
22 there could be others.

1          You know, the studies done by NERA that
2  Dr. Wainwright was -- I believe he was involved in,
3  if not all of them, the majority of them, he said
4  himself that in the calculation of the disparity
5  index, he doesn't control for in any way differences
6  in capacity across different types of firms.
7          But even in addition to that, the
8  disparity indices report in the NERA studies don't
9  control for or consider any factor other than
10 discrimination as a potential or possible
11 explanation for the disparity index being less than
12 one.
13     Q   So you've mentioned the NERA studies.  I
14 don't recall exactly how many there are in here.
15 And you've mentioned -- I think there are three
16 specific studies in footnote 22.
17         Can you identify other specific studies
18 that you believe are flawed?
19     A   We could go through other Mason Tillman
20 studies.  We could go through other studies by
21 BBC.  They use similar methods.  These are just
22 examples that I listed.  I didn't -- in my review

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 17 of 36
PageID #: 752                                    36 (Pages 138 - 141)
www.CapitalReportingCompany.com

1 disparity indexes that the disparities were caused
2 by discrimination because other factors were
3 considered.
4        I don't know that it would be possible,
5 given the data that was available, to have
6 controlled for enough in a regression sense to
7 come to that conclusion. That goes back to my
8 earlier criticism of the use of regression to try
9 to test for discrimination.
10        There are specific variables that I did
11 mention in my report that are the types of things
12 that could cause disparities that are not the
13 result of discrimination in the federal
14 contracting market. For instance, differences in
15 bidding choices that participants make or
16 differences in the size or capacity of businesses
17 who are participating in the market and their
18 ability to bid or take on contracts of different
19 size or the number of contracts or awards. Those
20 are just some.
21        I'm not saying that if you were able to
22 control for those two things that then that would

1 necessarily be enough, but my criticism is that
2 Dr. Wainwright draws a conclusion about
3 discrimination based on analyses that don't
4 consider those and any other nondiscriminatory
5 factors that might explain the disparity.
6 BY MS. DINAN:
7        Q   You mentioned bidding choices earlier so
8 let's talk about that again because I asked if you
9 were aware of any evidence of differences in
10 bidding behavior based on the race of the business
11 owner and -- (technical difficulties.)
12        MR. ROSMAN: Christine, somewhere during
13 the course of that question, your voice was breaking
14 up. So maybe you could try it again, please.
15 BY MS. DINAN:
16        Q   Let's talk about bidding choices. You
17 mentioned earlier if I asked if you were aware of
18 any evidence that there were differences in
19 bidding behavior by businesses based on the race
20 of the business owner. As I recall, you weren't
21 aware of any such evidence. So I guess my
22 question is why do you think it's important to

1 control for bidding behavior?
2        A   My criticism is of the conclusions that
3 Dr. Wainwright drew based on the analysis that he
4 did. And what I'm saying is that he has not
5 considered or at least not controlled for
6 nondiscriminatory factors, one of which might be
7 differences in bidding behavior.
8        Dr. Wainwright doesn't know, or at least
9 hasn't offered an opinion, that bidding behavior is
10 the same among the participants in this market. And
11 without knowing that, you can't rule out the
12 possibility that the disparities are the result of
13 differences in bidding behavior.
14        Q   But if Dr. Wainwright believed there
15 were no differences in bidding behavior based
16 on -- businesses based on the race of the business
17 owner, then it wouldn't be inappropriate for him
18 to fail to control for that, right?
19        MR. ROSMAN: Objection to the form of the
20 question. Go ahead.
21        THE WITNESS: I disagree. First of all,
22 Dr. Wainwright has not stated the assumption that

1 he's making -- if he's making the assumption that
2 bidding behavior is the same, that's an assumption
3 that he has not stated he's relying on that for his
4 opinion. It's an assumption that he's relying on
5 that he has not stated. He hasn't done an analysis
6 to support that that assumption is correct.
7        And furthermore, if -- my -- my -- as I
8 described earlier, my opinion is that if you see a
9 disparity, in order to draw a conclusion that that
10 disparity is cause for discrimination, you need to
11 consider the possibility that other factors other
12 than discrimination might have caused it and ruled
13 those out.
14        Dr. Wainwright might believe that there
15 are no differences in bidding behavior, but if you
16 were to just assume that, then the analysis is
17 only as good as that assumption. But that
18 assumption might not be right, and he hasn't done
19 any analysis to show or test whether that
20 assumption is correct.
21 BY MS. DINAN:
22        Q   When you publish a study do you

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 18 of 36
PageID #: 753
38 (Pages 146 - 149)
www.CapitalReportingCompany.com

1  typically include a description of all the
2  variables you did not include and why you didn't
3  include them?
4      Q   When I publish a study I discussed the
5  assumptions that must be made to interpret the
6  estimates in the way that I interpret them.
7      Q   That wasn't my question.
8      A   Well, it is an answer to your question.
9  Sometimes that is about -- those assumptions are
10 what variables must be controlled for in order to
11 draw the conclusion that I draw.  Oftentimes when
12 I do research I have a research design that makes
13 it so that I don't have to control for every
14 variable out there because I think trying to
15 control for all sorts of factors of the types we
16 are talking about can be hard to make sure that
17 you control for everything.
18      That's why oftentimes in my research I
19 rely on random assignment, which makes it so that
20 the thing that I'm measuring the effect of is not
21 correlated with all sorts of other things that would
22 be hard to control for, which means that you don't

1  have to control for them.  That's the power of
2  random assignment in a research design.  Other times
3  I rely on natural experiments that serve a similar
4  purpose.
5      Q   Just to be clear -- I want to make sure
6  I understand your testimony -- you were not aware
7  of any reason to suspect that bidding choices or
8  bidding behavior does differ based on the race of
9  the business owner, but your criticism is based on
10 the fact that Dr. Wainwright did not address this
11 one way or the other in his report.
12      A   I just -- your question is based on a
13 premise that has the logic of statistical analysis
14 backwards.  The way a statistical analysis works
15 is you state a null hypothesis, and then you test
16 whether that null hypothesis can be rejected.
17      And so what I'm saying is that it's
18 inappropriate to draw the conclusion from the
19 statistical analysis that the null hypothesis of no
20 discrimination can be rejected without considering
21 the possibility that some other factor might have
22 caused the disparity.

1      Q   But sitting here today, you are not
2  aware of any evidence to suspect that a factor
3  like bidding behavior could have caused the
4  disparity.
5      A   As I've said many times,
6  Dr. Wainwright's results are -- he's shown
7  evidence of some disparities.  He hasn't
8  considered nondiscriminatory factors or
9  discrimination in other markets in history.  And
10 so because of that, he can't tell the difference
11 from his results or shouldn't be able to tell the
12 difference from his results whether the disparity
13 is caused by current discrimination or something
14 else.
15      Q   But you can't testify that including
16 bidding behavior in his analysis would have
17 changed his results in any way or that it
18 definitely biased his results?
19      A   I cannot say what would have happened if
20 he had controlled for a variable that he didn't
21 control for, and neither can Dr. Wainwright.  And
22 that's the reason why it's inappropriate for

1  Dr. Wainwright to come to a conclusion that the
2  disparity is the result of discrimination as
3  opposed to something else when neither of us know.
4      Q   Well, in considering factors that you
5  think he should have controlled for and he didn't,
6  where does that come from?  How do you pick
7  bidding behavior out of the universe of possible
8  factors as opposed to anything else?
9      A   It comes from, you know, an
10 understanding -- as an economist -- an
11 understanding of how, you know, the market works;
12 and there are choices that have to be made and
13 different factors that can affect outcomes.  As an
14 analyst who is studying the market, it's a
15 responsibility of the researcher or analyst to
16 learn about the market enough and consider factors
17 other than the one that you are trying to test
18 for.  And my opinion is that Dr. Wainwright didn't
19 consider other factors.
20      In some of his analyses he didn't consider
21 any other factors.  In some of his analyses he
22 considered some, but as I've described in my report,

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 59 of 36
PageID #: 754                              39 (Pages 150 - 153)
www.CapitalReportingCompany.com

1 differences in the capacity.

2        How many of the 205 studies that

3 Dr. Wainwright reviewed do you believe failed to

4 control for firm size or capacity?

5     A   I don't know exactly how many, but many

6 of them.

7     Q   How would you measure capacity?

8     A   In the context of calculating a

9 disparity index?

10     Q   No.  In the context of determining the

11 capacity of a business?

12     A   So I couldn't tell you a specific

13 variable that I would use.  This is not a -- I was

14 not -- you know, I didn't design a disparity index

15 or a disparity study myself here, so I haven't

16 gone through all the details of figuring out the

17 exact specifics of how I would try to control for

18 capacity.

19        The idea would be to try to control for

20 differences in the size of firms and features of

21 firms that allow them to take on projects of

22 different size and different numbers of projects at

1 the same time.  That, you know, measuring that may

2 be difficult, so I'm not sure I have an obvious

3 solution about the way that I think that that should

4 be done.

5        But my criticism is different.  My

6 criticism is not -- my criticism is that when one

7 sees the disparity that does not fully or at all

8 control for capacity, it's inappropriate to draw a

9 conclusion that that disparity is the result of

10 discrimination as opposed to differences in

11 capacity.

12     Q   Okay.  So I understand it, your

13 criticism is that capacity should have been

14 controlled for and was not, but you don't have an

15 opinion as to the appropriate way to measure

16 capacity.

17     A   I wouldn't agree with that quite in the

18 way that you said it.  What I would say is that

19 it's inappropriate to draw a conclusion about

20 discrimination given the way that capacity either

21 was not controlled for or controlled for

22 insufficiently.  Your question suggested that I'm

1 saying that the study should have controlled for

2 capacity.  If the goal of the study was to measure

3 disparity without trying to draw a conclusion

4 about whether that disparity was caused by

5 discrimination, then it may not have been

6 necessary to control for capacity.

7        What my opinion is is that given that many

8 of the studies don't control for capacity, it's

9 inappropriate to draw a conclusion based on the

10 calculations of disparities from those studies that

11 there was discrimination.

12     Q   Okay.  You don't have an opinion as to

13 the correct way to measure capacity in that

14 context?

15     A   No, I don't.  I don't have a full

16 solution of how one should fully control for

17 capacity.  I think it's difficult, and partly

18 because it is difficult, it's inappropriate to

19 draw a conclusion that the disparity is the result

20 of discrimination as opposed to capacity, which is

21 either not measured or hard to measure.

22     Q   A few moments ago you mentioned size of

1 the firm is potentially relevant to this.  Do you

2 believe that firms can vary their size based on

3 demand?

4     A   I believe that they can do that to some

5 extent.  I don't believe that's unlimited, and I

6 believe it's costly.  And I believe it's costly to

7 do so quickly.  And the fact there are differences

8 in firm size can contribute to differences in the

9 likelihood that firms will bid on contracts and

10 also could contribute to the likelihood that they

11 might receive or win a bid if decisions about who

12 wins bids are based on beliefs by the decision

13 maker about whether the firm is going to be able

14 to deliver on the contract that they bid on.

15     Q   If you were attempting to measure

16 capacity how would you account for this, you know,

17 the fact that firms can change their size based on

18 demand?

19     A   That's one of the reasons why measuring

20 capacity is difficult, as I said earlier.  But

21 that's also one of the reasons why, because it's

22 difficult to measure, it's inappropriate to draw a

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 20 of 36
PageID #: 755                                                        41 (Pages 158 - 161)
www.CapitalReportingCompany.com

1 conclusion based on a disparity that doesn't fully
2 control for capacity that there is discrimination.
3     Q    Did you perform any calculations to
4 determine the effects of differences in a firm's
5 capacity, if they existed, would have on
6 Dr. Wainwright's analysis?
7     A    I did not.
8     Q    Did you attempt to recalculate any of
9 the disparity indexes in the reports that
10 Dr. Wainwright reviewed accounting for capacity?
11    A    No.
12    Q    Do you believe that any differences in
13 the capacity between minority-owned and
14 nonminority-owned firms could be influenced by
15 discrimination?
16    A    I believe that to the extent there's
17 differences in capacity between minority- and
18 nonminority-owned firms, that can be the result of
19 discrimination in some form.  That's a different
20 question than whether it is the result of
21 discrimination in the contracting -- federal
22 contracting market, and it's also a different

1 question from whether it is the result of current
2 versus historical discrimination.
3     Q    Okay.  But what if the question is just
4 if there is discrimination in the contracting
5 market nationwide and discrimination of any type?
6     A    Again, I refer to discrimination outside
7 of the contracting market.  So the fact that there
8 are differences in capacity, to the extent that
9 that's true, that could be the result of
10 discrimination outside of the federal contracting
11 market.  It could be the result of discrimination
12 in markets that happened in the past.  It could be
13 the result of other factors.  Without an analysis
14 of that, you know, it's not appropriate to draw
15 conclusions about discrimination in the
16 contracting market.
17    Q    Have you performed any tests or analysis
18 to determine whether there is -- whether
19 differences in capacity of minority- and
20 nonminority-owned firms are influenced by
21 discrimination?
22    A    I haven't.

1     Q    In your report you describe a
2 hypothetical industry in which there are many
3 smaller businesses and few -- very few large
4 businesses, and the few large businesses are
5 nonminority-owned.  This is on page 19 of your
6 report, but I'm just paraphrasing.
7         You note that if businesses in this
8 industry bid for contracts that are proportionate to
9 their size and contracts are awarded at equal rates
10 to every business that bids for a contract, the
11 ratio of utilization to availability will be lower
12 for minority than nonminority businesses.
13        My question is what evidence do you have
14 that businesses bid on contracts proportionate to
15 their size?
16        MR. ROSMAN:  I'm going to ask to have just
17 the question, the last sentence, read back.  I
18 didn't really hear it.
19        (Whereupon, the Reporter read the record
20        as requested.)
21        MR. ROSMAN:  I'm going to object to the
22 form of the question then.  Go ahead.

1        THE WITNESS:  So I'm -- this part of the
2 report that you're pointing to, I'm describing a
3 hypothetical example to make -- to illustrate the
4 broader point that without controlling for or
5 considering the role that capacity might play in
6 determining utilization relative to availability,
7 it's inappropriate to draw a conclusion that the
8 difference in the ratio of utilization to
9 availability is caused by discrimination.  And this
10 is a hypothetical example that would be one
11 situation where capacity would play a role that none
12 of -- sorry, I won't say none -- that many of the
13 studies that Dr. Wainwright relied on don't adjust
14 for.
15        And so my opinion is that a summary of
16 all of those studies that include at least some
17 that don't adjust for differences in capacity
18 can't appropriately lead to a conclusion that the
19 disparity and utilization is the result of
20 discrimination.
21 BY MS. DINAN:
22    Q    I understand it's a hypothetical, but my

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 21 of 36
PageID #: 756                                             42 (Pages 162 - 165)
www.CapitalReportingCompany.com

1  question is do you have any evidence that
2  businesses bid on contracts proportionate to their
3  size? Are you aware of any evidence of that?
4      A   I can't think of a study off the top of
5  my head that says one way or the other, but I
6  haven't seen an analysis by Dr. Wainwright showing
7  that it's not true.
8      Q   Do you recall that capacity is a static
9  notion?
10     A   No.  I think firms grow and shrink over
11 time, and they make investments that can change
12 their capacity.
13     Q   Some other criticisms you've made of the
14 disparity studies in your report, you contend that
15 the disparity study that is published by a state
16 or local government as support for a particular
17 DBE program is likely to show disparities that the
18 program is intended to remedy.
19         That's on page 15 of your report.  What is
20 the basis for this assertion?
21     A   My understanding from Dr. Wainwright's
22 report and his deposition is that the way he got

1  these 205 studies is that these are the ones that
2  have been published by the entities that are
3  running DBE programs.  And I'm raising the
4  possibility that if the DBE program exists, that
5  means it has been justified.  And if there are
6  other studies that have been done that didn't show
7  disparities and led to DBE programs not existing,
8  then it's possible that Dr. Wainwright wouldn't
9  see those studies because those studies wouldn't
10 ever be made public.
11     Q   Are you aware of any published studies
12 that show that there were no disparities over all?
13     A   Sorry.  The point of my answer to the
14 last question is that the studies that don't find
15 any disparities overall might not ever be
16 published.
17     Q   I understand.  You are saying might.  I
18 guess I'm saying are you aware of any studies that
19 were not published because they did not show
20 disparities?
21     A   I am not aware of those, and my point is
22 that I would expect that Dr. Wainwright might not

1  be aware of those either.
2      Q   You don't have any actual evidence
3  that's in fact true, that those studies -- you
4  know, studies were not published because they
5  didn't show disparities, correct?
6      A   I couldn't name a specific study, no.
7  I'm talking about the logic of the way that the
8  studies become published so that Dr. Wainwright
9  gets access to them well.
10     Q   Did you review each of the 205 disparity
11 studies that Dr. Wainwright reviewed to determine
12 whether there were disparities overall in the
13 utilization of minority-owned businesses in each
14 of those studies?
15     A   I did not redo Dr. Wainwright's
16 calculations.
17     Q   That wasn't my question.  My question
18 was did you review them specifically to determine
19 whether there were any studies that did not find
20 any disparities?
21     A   I don't believe there are any studies in
22 Dr. Wainwright's sample that show no disparities

1  in any of the markets or submarkets that they
2  evaluated.  But that's a different point from the
3  point I'm making in the section of the report that
4  you are asking about.
5      Q   Right.  I think there are two separate
6  questions.  One is whether there were any that
7  were not published because they didn't have
8  disparities.  We talked about that.
9          The other is whether, of the studies in
10 the sample, the 205 studies in the sample, is it
11 your understanding that each of those studies had a
12 finding -- and I'm not asking about specific
13 markets -- that they all -- each of those studies
14 had results that show that there were disparities
15 overall in the utilization of minority-owned
16 businesses?
17     A   I did not see any that didn't show any
18 disparity at all such that it would -- could be
19 used to justify the existence of a DBE program.
20     Q   You also criticized Dr. Wainwright's
21 analysis of disparities in the industry that
22 plaintiff operates in is not specific enough

Case 2:20-cv-00041-DCLC-CRW     Document 59-5     Filed 06/21/22     Page 22 of 36
PageID #: 757                                                   43 (Pages 166 - 169)
www.CapitalReportingCompany.com

1  essentially.  What is your understanding of the
2  industry in which the plaintiff ultimately
3  operates?
4     A   My understanding is that the plaintiff
5  provides what is referred to as administrative
6  and/or technical support in particular to the US
7  Department of Agriculture and contractors of the
8  US Department of Agriculture to -- yeah.
9     Q   Have you tested for disparities in the
10  administrative and technical support industries?
11     A   I have not.
12     Q   Have you tested for the existence of
13  discrimination in that industry?
14     A   I have not.
15     Q   If you were to design a study to do so,
16  how would you measure whether there is
17  discrimination in all those industries?
18     A   So I wasn't asked to design a study to
19  test for that.  So it's not something that I've
20  planned out and come up with all the details on,
21  so I don't think I could do that off the top of my
22  head.

1     Q   Let's drill down a little more bit
2  specifics, though.  You talked about the NAICS
3  codes specific to Ultima's industries.  If you
4  were just looking to test -- and I understand you
5  don't have a specific study design in mind -- but
6  to test for discrimination in Ultima's industries,
7  would you only look at data reported at the
8  six-digit NAICS code level.
9        And for the court reporter that's
10  N-A-I-C-S.
11     A   It's a hard hypothetical to answer
12  because I haven't planned out the study that I
13  wasn't asked to plan out.  So I can't say for sure
14  exactly how I would conduct the study.
15     Q   So you don't have an opinion on that
16  today?
17     A   No.
18     Q   Are you aware of any available datasets
19  that look at industries at a six-digit NAICS
20  level?
21     A   That's not something I could answer off
22  the top of my head without doing a little bit of

1  background research what datasets include
2  six-digit NAICS codes versus other NAICS codes.  I
3  don't know as I sit here that I could say for sure
4  or confidently.
5     Q   You've said that both professional
6  services and general services, two of the industry
7  categories used by Dr. Wainwright, include
8  numerous types of contracts and firms that are
9  outside of the relevant contracts at issue in this
10  matter.  And you provide an example of what you
11  mean.
12     A   If you -- it would be hard for me to do
13  it off the top of my head without looking at the
14  details of all the different types of businesses
15  that are included in those NAICS codes.  But I
16  listed some of them in my report that there are --
17  that those NAICS codes are broad enough that they
18  include types of businesses that are fairly
19  different from performing services and work that
20  are fairly different from what the plaintiff does.
21     Q   Can you refer to me where in the report
22  you are referring to where you've given those

1  examples?
2     A   I'm not sure I can find every single
3  place, but, for instance, on page 21 I am
4  referring to two-digit NAICS codes.  For instance,
5  NAICS code 56 includes travel agents,
6  telemarketing firms, security and investigation
7  firms, locksmiths, janitorial services firms,
8  landscaping firms, and waste management firms.
9     Q   Do you know if these firms are being
10  included in professional services and/or general
11  services as Dr. Wainwright used them?
12     A   I've not memorized all of the NAICS
13  codes in my preparation, so I'm not a hundred
14  percent sure; but I believe that those would be in
15  general services.
16     Q   Do you believe that a company can pivot
17  to different types of work if demand shifts?
18     A   I do believe that companies can shift
19  what they do to some extent as demand shifts.  I
20  don't believe that that ability is unlimited, and
21  I believe that it can be costly.  And that will
22  vary depending on the business and, you know,

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 23 of 36
PageID #: 758                                              44 (Pages 170 - 173)
www.CapitalReportingCompany.com

1  with lawyers is a little dangerous.  But if you
2  were talking about contracting and meaning federal
3  contracting that people bid on -- businesses bid
4  on, and now I think you've changed it to mean
5  something much broader that involves anything that
6  could be called a contract in law school.
7      Q   I'm not trying to trick you.  I'm trying
8  to understand what you mean by this criticism.  So
9  as you drafted that portion of your report, were
10  you referring to earnings generated only through
11  contracting with the government?
12     A   What I meant was that the ACS does not
13  allow Dr. Wainwright or anybody to distinguish
14  between revenues that a small business owner
15  receives through federal contracting with the
16  government or through any other source.  It's just
17  what are their earnings.
18     Q   Okay.  And you are not aware of any
19  dataset that distinguishes at that level of
20  granularity, correct?
21     A   I'm certainly not testifying that there
22  doesn't exist a dataset of that type, but I

1  couldn't tell you off the top of my head a dataset
2  that would -- that would distinguish.
3      Q   Okay.  You also contend because the ACS
4  data is not limited to individuals involved in
5  federal contracting or seeking federal contracts,
6  the analyses in section four of Dr. Wainwright's
7  report cannot be used to support a conclusion that
8  disparities, much less discrimination, exists in
9  the market for federal contracting.  Do they
10  support a conclusion that disparities exist in the
11  market represented by the data?
12     A   So the ACS is from a random sample of
13  all adults in the United States.  And so when, you
14  know, Dr. Wainwright calculates unadjusted
15  differences in earnings, that does show a
16  disparity in earnings between African Americans
17  and whites.
18     Q   Now, I'm going to get a little more
19  specific.  You criticized, we talked about I think
20  more broadly, the regression analyses that Dr.
21  Wainwright performed in section IV-D of his report
22  as only controlling for a limited set of factors.

1  And I want to talk specifically about what he did
2  control for are and what you think he should have
3  controlled for.
4          So I'm talking now about -- starting on
5  page 58 of his report -- the qualifications and
6  capacities model, if you want to take a look at
7  that.  And let's talk about the variables that
8  Dr. Wainwright did control for starting with his
9  qualifications model.
10         Do you recall what those variables were?
11  Take a moment to look at the report.
12     A   So they include educational attainment,
13  age, geographic location.  Those are the ones I
14  remember off the top of my head.  I believe those
15  are the qualifications-related factors.
16     Q   And that is correct, not that this was a
17  quiz.  But based on the report itself.  What
18  factors do you believe were omitted from the
19  qualifications model that Dr. Wainwright should
20  have included?
21     A   I couldn't possibly come up with a full
22  list, which is exactly the point of the criticism

1  that I levied earlier about using data like the
2  American community survey to try to test for
3  discrimination.
4      Q   But you have listed some in your report.
5  You've listed a number of variables you are going
6  to potentially control for, right?  I think on
7  page 23 and 24 you've listed some, starting with
8  college major, occupation, industry; is that
9  right?
10     A   I believe that's right, but I'm trying
11  to find where in my report that you're -- I see at
12  bottom of page 23 and the top page 24.
13     Q   My pages were off.  The bottom of
14  page 23?  Okay.  Do you believe that these are
15  examples of factors that Dr. Wainwright should
16  have included?
17     A   That would not be how I would
18  characterize it.  My criticism is that because he
19  did not control for those factors and other
20  factors, it's inappropriate to conclude that the
21  disparity that he measures, even after adjusting
22  for what he does adjust, is caused by

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 24 of 36
PageID #: 759
47 (Pages 182 - 185)
www.CapitalReportingCompany.com

1  discrimination as opposed to these factors or
2  other factors that he didn't control for.
3      Q    Again, my question -- I want to get a
4  little bit more understanding why these factors in
5  particular were ones that you identified.
6          Are you aware of data, for example, that
7  includes the college major of business owners?
8      A    So the reason why I listed these is that
9  these were some that I thought of.  This is not
10  meant to be an exhaustive list of every variable
11  that Dr. Wainwright should have controlled for.
12  Part of the point of the criticism is that a
13  dataset like the American community survey is
14  likely not to have variables that measure factors
15  that would need to be controlled for in order to
16  make it appropriate to draw a conclusion of
17  discrimination.  So there -- and that is the point
18  of the criticism in the National Academy of
19  Sciences report and those other studies that I
20  referred to.
21          So there will be variables that would need
22  to be controlled for to make it appropriate to draw

1  a conclusion of discrimination that are not in the
2  American community survey and are likely not in
3  other datasets that would be easily available to a
4  researcher.
5      Q    You've identified these specific
6  variables -- and I guess, you know, drilling down
7  on it a little bit -- for failure to include a
8  variable to have -- to result in omitted variable
9  bias, which is one of your critiques as I
10  understand it, it needs to, as you testified, do
11  two things, contribute to the outcome and be
12  correlated with the variable of interest, right?
13      A    Yes.
14      Q    So I guess what evidence do you have
15  that success in contracting has anything to do
16  with college major?
17      A    I couldn't point you to a specific study
18  that shows that college major is related to
19  success in contracting, but it wouldn't surprise
20  me as a labor economist that there might be a
21  relationship.  You know, engineering, for
22  instance, could be correlated with the likelihood

1  of becoming a business owner who runs a business
2  that contracts with the federal government.  There
3  could be others.
4          But my point is that Dr. Wainwright didn't
5  do an analysis of whether these and other factors
6  contributed to the disparity in earnings or the
7  likelihood of being self-employed.  And so because
8  he didn't do that analysis, it's inappropriate for
9  him to draw a conclusion that the disparity that he
10  measures is the result of discrimination.
11      Q    Are you aware of any evidence suggesting
12  there are differences between the races on average
13  as to the college major chosen?
14      A    There are studies that show differences
15  in college major by race and by gender.  I
16  couldn't cite the specific statistics off the top
17  of my head, but there are studies that document
18  those differences.
19      Q    Was it possible that any of those
20  differences might have been the result of
21  discrimination?
22      A    It is possible that some of those

1  differences were the result of discrimination in
2  an educational testing.  It's possible that they
3  were the result of discrimination in earlier --
4  earlier in children's lives.  It's possible that
5  they were the result of discrimination that
6  affected those children's parents and grandparents
7  historically.  All those things are possible.
8          But again, Dr. Wainwright hasn't done an
9  analysis, and he hasn't done an analysis of whether
10  these differences in these variables or any other
11  variables besides the ones that he happened to
12  control for are the reasons for differences in the
13  outcomes that he measured.  And so as a result it's
14  inappropriate to draw a conclusion that those
15  differences are caused by discrimination.
16      Q    Do you have any evidence that success in
17  contracting has anything to do with the occupation
18  of the business owner?
19      A    I'd give the same answer that I gave
20  about the college major.
21      Q    Are you aware of any evidence suggesting
22  that there are differences between race and

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 25 of 36
PageID #: 760                                           48 (Pages 186 - 189)
www.CapitalReportingCompany.com

occupation, average differences?

A I believe there are differences in the distribution of occupations on average by race, but I couldn't give you a cite of a specific study. I looked at labor market data a lot myself.

Q Is it possible that any differences might have been caused by discrimination?

A I'd give the same answer that I would give for college major.

Q What do you mean by "industry" as a potential variable that needs to be controlled for?

A Well, in this analysis what Dr. Wainwright is calculating is differences in either earnings or the likelihood of being self-employed or earnings among the self-employed, but for the earnings in particular. The earnings vary across industry that people work in, and if there are differences in the industry that African American and white workers work in, that could be the reason for differences in earnings, and that

could be the result of nondiscriminatory factors.

Q Do you have any evidence that success in contracting varies by industry as you've described it?

A Well, it's certainly the case that success in contracting varies by industry because there's more contracting in some industry than others. But I guess I don't understand the question.

And just to clarify my earlier answers, Dr. Wainwright, in the analyses that I think we're talking about, because we're talking about the ACS data, isn't analyzing any outcomes related to contracting. He's looking at earnings among all workers, and he's looking at the share of workers who are self-employed, and then he's looking at earnings among the self-employed. None of those outcomes measure success in contracting.

So, you know, if what you're asking me is a question that's related to my criticism about omitted variables bias, it's not really relevant for the analysis that Dr. Wainwright did whether any of

these variables predict success in contracting. What's relevant is they predict the outcomes that Dr. Wainwright is analyzing in this regression.

Q Fair enough. So a similar question. But you've already testified you believe there are differences in earnings, that those vary across industry. I guess I'm still having a little bit of a hard time understanding how you are defining industry. But you are saying that in a regression trying to measure the impact on business owner -- or measure the outcome of business-owner earnings, you need to control for the industry that that business owner is in; is that correct?

A Again, I'm not endorsing the method that Dr. Wainwright used of using a regression to try to measure these -- measure discrimination. So I actually don't think that there's a way to -- within the method that Dr. Wainwright used, I don't think that there's a way to solve the problem. That's the heart of the critique from the National Academy of Sciences, that the problem is the method and the data source.

But when I'm talking about industry here, for industry in particular, I'm referring more to the analyses that Dr. Wainwright did on earnings that are not just business earnings. He has analyses that are earnings among people that are self-employed or not self-employed. And average earnings vary across the industry that workers work in.

The American community survey is a survey of individuals. It's not a survey of businesses. And individuals report on that survey what industry they work in.

Q Is it possible that any differences in earnings by industry might have been caused by discrimination?

A It is possible that discrimination can contribute to differences in the industry that African American and white workers work in. That's possible. It's possible that some of that discrimination is discrimination that happened far in the past, or some of that discrimination is discrimination that affected these workers when

1 they were children. Yes. But some of the
2 differences in industry are the result of
3 nondiscriminatory factors, like choices in what
4 job people want to take.
5    Q   We've already talked about quality
6 schooling, so I'll skip over that one. But you've
7 also mentioned parents' socioeconomic background.
8 So you are contending that the socioeconomic
9 background of the parents of a worker could have
10 an impact on the earnings of an individual; is
11 that correct?
12    A   Yes.
13    Q   Do you believe that it's possible that
14 any differences caused by parents' socioeconomic
15 background could themselves have been caused by
16 discrimination?
17    A   I think the differences in the
18 socioeconomic background of black and white
19 children when they are adults certainly could have
20 been the result of discrimination in the past that
21 affected their parents or even their grandparents.
22    Q   You also mentioned the desire to be

1 self-employed. How would you measure the desire
2 to be self-employed?
3    A   I'm not sure I could measure the desire
4 to be self-employed. But my point is that if one
5 can't control for the interest in or the choice to
6 be self-employed that you can't rule out that
7 variation, and that could be the explanation for
8 differences in self-employment rates as opposed to
9 discrimination.
10    Q   Are you aware of any evidence that
11 suggests that the desire to be self-employed
12 differs among individuals of different races?
13    A   Not that I can point to, no.
14    Q   Did you run a regression analysis that
15 included any of these variables that you believe
16 should have been controlled for by Dr. Wainwright?
17    A   I didn't run any regressions for the
18 purpose of this matter.
19    Q   So I take it you are not able to testify
20 as to the impact that omitting these variables had
21 on the results, if at all?
22    A   I can't say specifically what would have

1 happened, but I can say that the failure to
2 consider the possibility that these and other
3 variables could be the reason for the disparities,
4 whether unadjusted or adjusted, that
5 Dr. Wainwright measured, you know, the failure to
6 control for them makes it -- the failure to
7 control for them and the failure to consider that
8 they might be the explanation, makes it
9 inappropriate to draw the conclusion that the
10 disparity is the result of discrimination.
11    Q   But you are not able to testify
12 definitively whether omitting any of these
13 variables biased his results, are you?
14    A   No.
15    Q   Other than the variables we've talked
16 about that are on pages 23 and 24 of your report,
17 are there any other variables that you believe,
18 including the ones we talked about earlier today,
19 any other variables that you think Dr. Wainwright
20 should have included but did not in his analysis?
21       MR. ROSMAN: Objection to the form of the
22 question. Go ahead.

1       THE WITNESS: I disagree with the premise
2 of the question. As I've said several times over
3 the course of today I don't think that there's a way
4 that Dr. Wainwright could have corrected his
5 analysis, given that he was running a regression
6 with the dataset that he had, to make it so it would
7 have been appropriate to draw a conclusion of
8 discrimination based on the disparities that he
9 measured for the reason that is laid out by the
10 National Academy of Sciences. I can come up with a
11 list of variables that, you know, could potentially
12 be explanations for differences.
13       There are likely others and probably
14 others that I haven't thought of. But the problem
15 is that many of the factors that may contribute to
16 differences other than discrimination are likely
17 not to be in the dataset that Dr. Wainwright would
18 use to run a regression. And so that's why
19 running a regression to test for discrimination is
20 a flawed method.
21 BY MS. DINAN:
22    Q   Lastly, I just want to talk a little bit

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 27 of 36
PageID #: 762
50 (Pages 194 - 197)
www.CapitalReportingCompany.com

1  about the capacities model that Dr. Wainwright
2  ran. And that's on page 59 in his report. I want
3  to talk about the variables he controlled for
4  there.
5         Do you recall what those variables were,
6  what he controlled for?
7     A  Well, I can read them from my report,
8  which I think is a quote from Dr. Wainwright's
9  report. They include indicators of individual
10 financial assets, family structure, mobility,
11 immigration status, military status (veteran),
12 local macroeconomic conditions by state.
13    Q  And what factors do you believe were
14 omitted from the capacities model that
15 Dr. Wainwright should have controlled for but did
16 not?
17    A  Well, all of the factors that we just
18 went through.
19    Q  Okay. Any others?
20    A  You know, I haven't put the missing
21 variables into categories like Dr. Wainwright did
22 of qualifications and core capacities. So I'm

1  thinking of any other factor other than the ones
2  that he's controlled for that might impact
3  earnings or the decision to be self-employed or
4  the earnings of self-employed workers. And you
5  know, I listed some of them here that we went
6  through and described.
7         I'm certainly not testifying that those
8  are the only things that are missing. My testimony
9  is that there are probably lots of other things that
10 could be missing. I don't know that I could come up
11 with a long list of them right now at the end of the
12 day.
13    Q  So sitting here today, those are the
14 only ones that you explicitly identifying. You
15 have not identified any others. I understand you
16 may if given more time to think about, but sitting
17 here today, are there any other variables that
18 come to mind that you believe he should have
19 controlled for and did not?
20    A  Again, I just -- I just -- you've
21 mischaracterized my testimony multiple times as
22 being about whether he should have controlled for

1  and didn't. That's not my testimony. My
2  testimony is that because he can't control for
3  many factors that could contribute to disparities,
4  it's inappropriate to draw a conclusion that the
5  disparity is caused by discrimination.
6         I'm not offering an opinion about what
7  other variables in the American community survey
8  Dr. Wainwright should have included. My opinion is
9  that there's likely lots of variables that aren't in
10 the American community survey that might have
11 contributed to the outcome. And because those
12 variables might have contributed to the outcome, it
13 is inappropriate to draw the conclusion that the
14 differences in the outcomes were the result of
15 discrimination.
16    Q  To be clear, I'm not limiting this
17 question to variables that are in the American
18 community survey. You have said there are other
19 variables that might have impacted the outcome
20 that were not controlled for. And I guess I'm
21 just trying to understand what you think those
22 were.

1         So we've talked about a number of them.
2  My question is, sitting here today, are there any
3  others you believe might have impacted the variation
4  in earnings or the desire -- or self-employment or
5  the desire to be self-employed -- not the desire to
6  be self-employed -- or self-employment earnings,
7  that Dr. Wainwright did not include in his analysis?
8     A  There certainly are lots of other
9  factors that affect people's earnings that are not
10 on that list. You know, I'm not going to try to
11 list every single one of them. But I know I can't
12 list every factor that can affect somebody's
13 earnings. Opportunities are made available to
14 them, the teachers that they meet in their lives,
15 the amount of pollution they are exposed to. You
16 know, things that happen that affect the stress
17 level in their families. There's many, many
18 factors that ultimately affect somebody's earnings
19 eventually.
20        Again, I could go on, but some of those
21 are things that you might be able to control for in
22 a dataset. Others are factors that you are very

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 28 of 36
PageID #: 763                              51 (Pages 198 - 201)
www.CapitalReportingCompany.com

1  unlikely to be able to control for in a dataset.
2  But regardless, because there are factors that could
3  be the reason for differences in outcomes, it makes
4  it very difficult, if not impossible, to test for
5  discrimination without being able to control for all
6  of those nondiscriminatory factors or factors that
7  are affected by discrimination in the market that
8  you are not trying to test for.
9      Q   Just to be clear you have listed some
10  additional variables.  You have not run a
11  regression analysis or any other test using any of
12  these variables to determine whether they would
13  change Dr. Wainwright's results, have you?
14     A   I have not.
15         MS. DINAN:  I think this is a good place
16  for a break.  I've got one more section.  I think I
17  get through it in time after the break for you to go
18  into your questions if you have any, Michael.  I
19  know we're getting later into the afternoon.
20         (Whereupon, a brief recess was taken.)
21  BY MS. DINAN:
22     Q   Before the break we were discussing

1  various variables that may have affected the
2  outcome of Dr. Wainwright's analysis that he
3  should have controlled for.
4      Do you think he should have controlled for
5  the weather on the day off bid was made?
6      MR. ROSMAN:  Objection to the form of the
7  question.  You may answer.
8      THE WITNESS:  Sorry.  I got a little
9  distracted because you told me to tell you if anyone
10  came in.  My dog walked in.
11     MS. DINAN:  Fair enough.  I saw your dog
12  in the background.
13     Could you read back the question?
14     (Whereupon, the Reporter read the record
15     as requested.)
16     THE WITNESS:  So again, I'll object to the
17  premise of the question.  I didn't -- I tried to
18  explain earlier that I'm not -- my opinion is not
19  about what Dr. Wainwright should or should not have
20  controlled for.  My opinion is about the conclusions
21  he should have drawn from the analysis that he did
22  given what he did control for.

1      And so specifically, do I think that
2  weather on the day that the bids were made is
3  something that is a variable that is likely to
4  explain disparities?  No, I don't.  So I don't
5  think that's something -- omitting that variable
6  is likely not a problem.  That's not what my
7  opinion is about.
8  BY MS. DINAN:
9      Q   Do you think he needed to explain in his
10  report, why he was omitting that variable?
11     A   Again, my criticisms are not about the
12  variables that Dr. Wainwright decided to control
13  for or decided not to control for.  My criticisms
14  are about, given what he chose to control for and
15  the analyses that he chose to run, my criticism is
16  about the conclusions that he drew from the
17  analysis.
18     If he thought that, you know, the weather
19  on the date the bid was submitted was an important
20  variable, then he should have discussed that.  I
21  don't think it was.  I don't think that's something
22  that would affect the reasonable conclusions one can

1  draw from his analyses.  So I don't think it's
2  something that we would have to talk about.
3      But given that there are factors that
4  affect the outcomes that he's measuring that could
5  explain the disparities that Dr. Wainwright has not
6  controlled for, it's inappropriate to draw a
7  conclusion from that analysis that discrimination is
8  the reason for the disparity as opposed to some
9  factor.
10     Q   Right.  So as a researcher you've said
11  that if there's an outcome that you think has no
12  bearing on -- I'm sorry -- a variable that has no
13  bearing on the outcome on your results, you both
14  wouldn't control for it and wouldn't explain why
15  you are not controlling for it.
16     Isn't it possible that that's what
17  Dr. Wainwright did here with the variables that he
18  did not include?
19     MR. ROSMAN:  Objection to form.
20     THE WITNESS:  I don't agree with your
21  characterization of my advice about how to do
22  research.  I don't think that's a fair

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 29 of 36
PageID #: 764                                    52 (Pages 202 - 205)
www.CapitalReportingCompany.com

1 characterization of what I've said or I believe.
2 But I'll say it again.
3        My criticism is with the conclusions
4 that Dr. Wainright drew.  He chose to do a
5 particular analysis.  He chose to use a particular
6 set of methods.  He chose to analyze a particular
7 set of data, and he chose to include some control
8 variables.  And he drew a conclusion based on that
9 analysis.  What I'm saying is that, given the
10 analysis that he chose to do, the conclusion is
11 not warranted.
12 BY MS. DINAN:
13    Q   I understand.  You've also testified
14 today about omitted variable bias, and you believe
15 because certain variables were omitted, it may
16 have biased Dr. Wainright's results.
17        We talked a little bit about process and
18 why you would include some variables and not include
19 other variables.  And you've indicated that if a
20 researcher fails to include a variable in their
21 analysis, they need to explain that -- explain that
22 that's their assumption essentially -- I'm

1 paraphrasing, so if you think I'm mischaracterizing,
2 you can correct me -- then it's important -- if a
3 variable has been included because you think it
4 doesn't impact your outcome, that that's part of
5 your assumptions, then that's something that needs
6 to be explained in your report.
7        But if a researcher thinks that a
8 variable, any number of variables in the world that
9 could be controlled for, will have no bearing on the
10 outcome of the results, they wouldn't necessarily
11 put that in their report, correct?
12    A   You have mischaracterized my beliefs and
13 mischaracterized my testimony today.  I didn't say
14 when somebody should or shouldn't explain why they
15 did or didn't control for a variable.  I don't
16 believe that you can find anywhere in my testimony
17 today where I said anything about that.
18        What I've said is, given the set of
19 variables that you choose to control for, you need
20 -- if you are testing for discrimination, you need
21 to assess whether there are potentially other
22 factors that you haven't controlled for other than

1 discrimination that might explain the disparity that
2 you are measuring.
3        In some of Dr. Wainright's analyses he
4 doesn't control for any other factors.  There it
5 seems very clear to me, and I hope clear to others,
6 that it's inappropriate to draw a conclusion that
7 discrimination was the reason for the disparity if
8 you don't control for anything else.
9        In some of his analyses he's controlled
10 for some variables, but there are other factors that
11 he hasn't controlled for, and because he hasn't
12 controlled for some other factors that might cause
13 the disparity, it's always inappropriate to draw a
14 conclusion of discrimination in that analysis as
15 well.
16        Now, omitted variables bias is one of the
17 reasons why it's inappropriate to draw that
18 conclusion, but I haven't said anything about when
19 his -- it's appropriate to explain or not explain
20 what variables you've controlled for or not
21 controlled for.  My opinion is about what conclusion
22 is appropriate given the analysis that one has done.

1    Q   Okay.  Let's move on.  I'd like to talk
2 now about Mr. Chow's report.  Did you review Mr.
3 Chow's expert report that was submitted in this
4 matter?
5    A   I did.
6        MS. DINAN:  I'm going to introduce it as
7 an exhibit.
8        (GURYAN Exhibit Number 3 was marked for
9        identification.)
10 BY MS. DINAN:
11    Q   It should now be available as Exhibit 3.
12    A   I see the file.  Yes.  This appears to
13 be the report that I reviewed.
14 BY MS. DINAN:
15    Q   Okay.  Did you review all the tables in
16 Mr. Chow's report?
17    A   I did.
18    Q   Did you review the data that was a part
19 of that report?
20    A   I reviewed the dataset that Mr. Chow
21 made available to -- that I received.
22    Q   Okay.  Did you make a determination as

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 30 of 36
PageID #: 765                                              53 (Pages 206 - 209)
www.CapitalReportingCompany.com

1 to whether you had all of the data that he relied
2 on?
3     A   As I explained in my report, I have a
4 dataset that has the same number of observations
5 that Mr. Chow reports are in his analysis dataset.
6 I was not given the original data that Mr. Chow
7 manipulated to create his analysis dataset. I was
8 only given the -- a dataset that I believe is the
9 analysis dataset that has the same number of
10 observations that Mr. Chow reports.
11     Q   What is your understanding of what
12 Mr. Chow's report is intending to show?
13     A   I guess I don't know what it's intending
14 to show. I know what Mr. Chow reported doing and
15 the conclusions that he drew from it. He analyzed
16 data from two different datasets. The -- one is a
17 dataset that includes businesses that registered
18 for the federal government for contracting
19 purposes, and the other is a dataset that includes
20 information on awards that were given through the
21 federal procurement system. And he ran logic
22 progressions to relate to the likelihood of --

1 well, to relate a dependent variable, which I
2 believe doesn't measure the thing that he intends
3 it to measure relating that to different
4 characteristics of the small businesses that are
5 in his dataset.
6     Q   Have you conducted a statistical
7 analysis to determine odds ratios before?
8     A   I have.
9     Q   And do you believe that Mr. Chow
10 accurately calculated odds ratios here?
11         MR. ROSMAN: Objection to the form of the
12 question.
13         THE WITNESS: I can't say one way or the
14 other for a couple reasons. One is I asked for but
15 I didn't receive the computer code that Mr. Chow
16 used to run his analyses, so I don't know exactly
17 how he did all of his calculations; and he doesn't
18 describe it in a way that makes it -- makes me sure
19 that I know exactly what he did. So I can't say one
20 way or another whether he calculated the odds ratios
21 correctly or not.
22

1 BY MS. DINAN:
2     Q   Okay. You said you were provided with
3 the data that Mr. Chow used, right?
4     A   I was provided with the data that I
5 believe is the analysis dataset that has the same
6 number of observations. I believe it is the
7 dataset that Mr. Chow used but I -- because I
8 don't have the computer programs that he used, I
9 can't -- I haven't been able to confirm that it is
10 actually the dataset that he used to produce the
11 results that he reports.
12     Q   But using that dataset would you be able
13 to perform a similar analysis as to what Mr. Chow
14 did and determine the odds ratios of various small
15 businesses being awarded a contract?
16         MR. ROSMAN: Objection to the form of the
17 question. Go ahead.
18         THE WITNESS: I do not believe it's
19 possible to use the dataset that I was provided to
20 measure the likelihood that different types of
21 businesses were awarded contracts because there's --
22 the variable that indicates whether businesses

1 received awards shows in that dataset that every
2 business in the dataset received either an award or
3 an IDV -- so I don't believe there's any business in
4 the dataset that received no type of contract from
5 the federal government.
6 BY MS. DINAN:
7     Q   Even assuming that's true, would you be
8 able to replicate the analysis as Mr. Chow
9 performed it using that data?
10     A   I don't know for sure. I don't have his
11 computer code, so I can't be confident that I
12 could replicate the analysis that he performed.
13 And without the computer code I can't know exactly
14 what analysis that he actually performed to
15 produced those results.
16     Q   If you were given the computer code that
17 Mr. Chow used, do you believe you would be able to
18 replicate his analysis?
19     A   If I was given the computer code that
20 Mr. Chow used, I could check whether I could
21 replicate his analysis, but I can't say one way or
22 the other what I would find.

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 31 of 36
PageID #: 766                                      54 (Pages 210 - 213)
www.CapitalReportingCompany.com

1  controlling for in his report.  Yes.

2      Q   Do you recall what those variables were?

3      A   They are variables like the corporate

4  structure of the business and the level of

5  confidential or top secret clearance of the

6  business; the size of the business measured by

7  employment or revenues; how old the business is;

8  whether the business owner is a veteran, disabled

9  veteran; and then whether the business is in the

10 8(a) program or not; whether the business is woman

11 owned or minority owned.  I believe there might be

12 some others.

13     Q   Were you able to identify any variable

14 that you believe should have been controlled for

15 by Mr. Chow that might have affected the average

16 outcomes of the group he was measuring that he did

17 not control for?

18     A   Again, I'll just have to correct that.

19 I'm not offering an opinion about what someone

20 should or should not have controlled for.  I'm

21 offering an opinion about whether the conclusion

22 based on the analysis that was run, that the

1  disparity is the result of discrimination as

2  opposed to some other factor, is appropriate.

3          But with that caveat, as I've described in

4  my report, one type of variable that is not

5  controlled for in Mr. Chow's analysis is whether

6  businesses bid on contracts, the frequency with

7  which they bid on -- bid for contracts, or what

8  their bids were.

9      Q   Now, we've discussed bidding behavior

10 pretty extensively, but, again, as you've

11 testified, I guess, have you seen any evidence

12 that there is a difference in bidding behavior and

13 the frequency of bidding or the number of bids

14 submitted between minority-owned businesses and

15 nonminority-owned businesses?

16     A   I'm not aware of evidence on that.  I

17 don't know.  There might be evidence on that, but

18 my opinion is that without controlling for bidding

19 behavior and without some knowledge that there

20 isn't differences in bidding behavior, it's

21 inappropriate to draw the conclusion that the

22 differences in rates of winning awards is the

1  result of discrimination as opposed to something

2  else like potential differences in the bids that

3  are submitted and the frequency with which

4  businesses submit bids.

5      Q   And if you were to, how would you

6  measure bidding behavior of businesses?

7      A   You would need data on the frequency

8  with which businesses in the sample submitted

9  bids, and what their bids were.  Ideally, you

10 would want other features of the bids to hold

11 constant the -- what they were proposing to do in

12 the work.

13         It might -- you know, exactly what you

14 would want to control for would vary depending on

15 what type of contract was being bid on and the rules

16 of the contracting bid process.  But you'd have to

17 sort of think through all that and learn all of that

18 to design a study that could control those things in

19 the right way.

20     Q   Are you aware of any dataset that

21 includes that type of information?

22     A   There definitely are datasets that

1  include bidding behavior by firms in contracting.

2  There are studies that have used a dataset like

3  this.

4      Q   Okay.  Have you yourself performed any

5  analysis of firms' bidding behavior?

6      A   I have not myself, no.  But I'm aware of

7  studies that have.

8      Q   Okay.  Did you attempt to review

9  Mr. Chow's analysis with bidding behavior

10 included?

11     A   No.

12     Q   Why not?

13     A   I wasn't asked to perform my own

14 analysis.  I was asked to comment on the methods

15 and the conclusions reached by the experts,

16 including Mr. Chow, I also believe that the data

17 that Mr. Chow shared is fundamentally flawed for

18 answering the question, and so I don't believe it

19 would have made sense to try to make changes to

20 the analysis using that flawed data to answer a

21 question about the likelihood of winning

22 contracts.

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 32 of 36
PageID #: 767
56 (Pages 218 - 221)
www.CapitalReportingCompany.com

1  would affect the costs that different firms have
2  and so the likelihood that they could submit low
3  bids -- low-cost bids versus higher-cost bids.
4  And any of those things, to the extent that they
5  were different between minority- and
6  nonminority-owned firms and that those differences
7  were not the result of discrimination in the
8  market that he's testing for discrimination are
9  things that are explanations that he hasn't
10  considered or ruled out.
11     Q   Just to be clear, you have not done any
12  analysis to determine whether any of these factors
13  actually impacted his analysis, correct?
14     A   No.
15     Q   Have you performed any test or analysis
16  to compare the odds of certain small businesses
17  winning federal contracts?
18     A   I have not.
19     Q   What about the market in which Ultima
20  provides services?  Have you done any analysis of
21  the odds of various small businesses winning
22  contracts there?

1     A   I have not.
2     Q   You contend that Mr. Chow's analysis of
3  the industry sector is overly broad because -- the
4  industry sector relative to Ultima -- because the
5  data is broken down by a three-digit NAICS code.
6         If you were designing to see whether there
7  are disparities in the market for Ultima's services,
8  what would you do to address that?
9     A   I'm not sure what I would do.  I might
10  design a very different study than Mr. Chow
11  described.  I might design a study that used one
12  of the other methods that I talked about earlier
13  today.  But my testimony is about the results that
14  are broken down by industry include businesses
15  that do work that is qualitatively different from
16  the work that Ultima does.
17     Q   If you were to look at industries with a
18  three-digit NAICS code versus the six-digit NAICS
19  code, would you expect there would be more data or
20  less data in the dataset.
21     A   It depends what you mean by "look at it
22  at that level."  Do you mean like aggregate the

1  data at that level, or do you mean look for
2  disparities at that level using micro data that is
3  at the individual business level.
4     Q   The latter.
5     A   If it's the latter, then there would be
6  more -- I would expect there to be more data
7  points in an analysis at the three-digit NAICS
8  code than a the six-digit NAICS code.
9     Q   And when you have very small datasets,
10  would you typically have larger standard errors?
11     A   All else equal, the larger the sample
12  size, the smaller the standard errors would be.
13     Q   The larger the sample size the smaller
14  the standard error?
15     A   All else equal that is true.
16     Q   And the smaller the sample size, the
17  larger the standard error.  Is the inverse also
18  true?  All things equal.
19     A   All else equal the larger the sample
20  size, the larger the standard error would tend to
21  be.
22     Q   And having a larger standard of error,

1  what does that mean in terms of the inferences
2  that could be drawn from that data?
3     A   The larger the standard error, the more
4  imprecise the estimates and the -- again, all else
5  equal, the less likely you'll be able to
6  distinguish differences that would occur by chance
7  from differences that are not by chance.
8     Q   But you would expect that there would be
9  more random variation?
10     A   Can you be more specific?
11     Q   I was just trying to paraphrase.  You
12  said that -- you said it's more likely -- less
13  likely that the results can be distinguished from
14  chance.  Is that what you said?
15     A   If the standard errors are larger, then
16  when you estimate a coefficient in a regression or
17  a difference adjusted -- just difference or a odds
18  ratio, the larger the standard error, the less
19  likely that difference is to be statistically
20  significantly different from zero.
21         So what that means is the more likely you
22  are to find a difference, even if there isn't one in

Case 2:20-cv-00041-DCLC-CRW    Document 59-5    Filed 06/21/22    Page 33 of 36
PageID #: 768
58 (Pages 226 - 229)
www.CapitalReportingCompany.com

1  that the observation either received an award or
2  received an IDV.
3      Q   Okay.  So this is set from the one and
4  the zero, correct?
5      A   No.  They are related because Mr. Chow
6  says that the outcome variable, the dependent
7  variable in his regression is whether a company
8  won an award.  And the award or IDV variable has
9  information about whether companies won awards.
10  Those observations that didn't -- that indicate
11  that they -- or those observations that don't
12  indicate they won an award, they indicate the
13  company got an IDV.
14      Q   I guess what I'm struggling with is
15  isn't it possible that if there's a zero, that
16  indicates -- doesn't that usually indicate the
17  lack of a presence of a variable?
18      A   It should, but there are no observations
19  in the dataset where there is the lack of an award
20  and a lack of an IDV.
21      Q   Well, I'm asking about ones or zeros.
22  You said the data was tagged as a one or a zero.

1      A   I'm saying in order to run the logit
2  regression, you need to give Stata a variable that
3  is either a one or a zero.  That's the -- the
4  logit is a regression that deals with what's
5  called binary dependent variables.  That one or a
6  zero is based on information on whether -- it's
7  information about the outcome that you are trying
8  to measure.
9          In this case Mr. Chow says the outcome
10  he's trying to measure is whether a business won an
11  award.  And what I'm saying is that if you were to
12  take the dataset that Mr. Chow provided as his
13  analysis dataset and try to split the observations
14  into ones where some won an award and some didn't,
15  there aren't any observations in the dataset that
16  won no award nor won -- sorry.  That's not a very
17  clear way to say it.  There aren't any observations
18  where a company neither won an award nor won a IDV.
19      Q   Okay.  That's your interpretation of
20  Mr. Chow's data that you received.  But you are
21  not certain whether that dataset is what went into
22  the regression?

1      A   Mr. Chow describes in his report what he
2  calls an analysis dataset that has 5,659,740
3  observations and 64 variables.  I received a
4  dataset that also includes 5,659,740 rows or
5  observations and 64 variables.  In that dataset
6  that I received, which has the exact same number
7  of observations and exact same number of
8  variables, there's a column which is a variable
9  that is labeled award underscore or underscore
10  IDV.  And every single row of the 5,659,740 has
11  entered into that column either the word award or
12  the word -- or the letters IDV.  There are no --
13  none of the 5,659,740 records have any information
14  in that column, that variable, other than either
15  award or IDV.
16      MS. DINAN:  Okay.  Let's take a very short
17  break.  I'm almost done.  I just want to check a few
18  things in my notes, and then I anticipate we will
19  wrap up shortly thereafter.  Can we take ten
20  minutes?
21      (Whereupon, a brief recess was taken.)
22

1  BY MS. DINAN:
2      Q   Dr. Guryan, how many datasets were you
3  given for Mr. Chow?
4      A   I believe only one.
5      Q   Do you recall what it was called?
6      A   I wrote the name of it in my report I
7  believe.  It is in section 8.3 on page 27 at the
8  bottom of the first paragraph.  That's the name of
9  the file.  It says awards combined and some other
10  characteristics.
11      Q   What page of your report are you on?
12      A   Page 27 of my report.
13      Q   Okay.  There is another dataset that you
14  should have been provided with.  I'm not sure why
15  you weren't.  So we will look into that.  I don't
16  think we're going to resolve that today.  There's
17  another one -- I'll confirm the title.  Mr. Rosman
18  and I will follow up on that.  But I don't think
19  there is anything we can do about that sitting
20  here today.  But just to confirm you did only
21  receive one dataset for Mr. Chow?
22      A   That's my recollection.  I'd have to go

Case 2:20-cv-00041-DCLC-CRW     Document 59-5     Filed 06/21/22     Page 34 of 36
PageID #: 769
60 (Pages 234 - 237)
www.CapitalReportingCompany.com

Errata sheet

Jonathan Guryan, deposition of April 27, 2022.  In almost all instances, the reason for the change is that the reporter mistranscribed what I said or misspelled a word.  I may have misspoken for the correction on page 130.

p. 6, l. 12 – "Willamette" s/b "Willmette"

p. 13, l. 17 –  "date" s/b "data"

p. 18, l. 7 – "I believe so" s/b "I don't believe so"

p. 33, l. 11-12 – "are disparate" s/b "there is a disparity"

p. 40, l. 8 – "the about" s/b "the other about"

p. 51, l. 9 – "report as" s/b "report, as"

p. 76, l. 3 – "regression" s/b "regression results"

p. 84, l. 6 - "has to all" s/b "has to have all"

p. 111, l.10 - "where there actually" s/b "where there are actually"

p. 124, l. 14 – "non discrimination" s/b "no discrimination"

p. 130, l. 10 -  "April 4th" s/b "February 4th"

p. 141, l. 8 – "report" s/b "reported"

p. 146, ll. 2-3 -  "other factors were considered" s/b "other factors were not considered"

p. 168, l. 9 "them well" s/b "them"

p. 189, l. 2 "testing" s/b "setting"

p. 210, l. 21 "logic" s/b "logistic"

p. 210, l. 22 "progressions" s/b "regressions"

p. 214, l.12 - "Based my" s/b "Based on my"

p. 223, l. 15 "controls" s/b "controlled"

p. 228, l. 19 "larger" s/b "smaller"

p. 233, l. 12 "progression" s/b "regression"

p. 233, l. 16 "progression" s/b "regression"

1    Ultima Services Corporation  v. US Department Of Agriculture

2    Jonathan Guryan , PhD (#5185100)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Jonathan Guryan , PhD, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   June 10, 2022 _____

12   Jonathan Guryan , PhD                         Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20____.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

Case 2:20-cv-00041-DCLC-CRW   Document 59-5   Filed 06/21/22   Page 36 of 36
PageID #: 779
www.CapitalReportingCompany.com
202-857-3376