# EXHIBIT 7

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF TENNESSEE

 3                    GREENVILLE DIVISION

 4   _____

 5   ULTIMA SERVICES CORPORATON,

 6            Plaintiff,

 7       v.                       Case No.

 8   U.S. DEPARTMENT OF           2:20-cv-00041-DCLC-CRW

 9   AGRICULTURE, ET AL.,

10            Defendants.

11   _____

12               DEPOSITION OF CELESTE BENNETT

13   DATE:          Wednesday, March 16, 2022

14   TIME:          9:34 a.m.

15   LOCATION:      Remote Proceeding - DC

16                  Virtual Zoom

17                  Washington, DC 20005

18   REPORTED BY:   Shondra Dawson, Notary Public

19   JOB No.:       5106847

20

21

22
```

Case 2:20-cv-00041-DCLC-CRW   Document 59-7   Filed 06/21/22   Page 2 of 9
PageID #: 783
www.CapitalReportingCompany.com
202-857-3376

Page 2

1        A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF:
3     MICHAEL E. ROSMAN, ESQUIRE
4     Center for Individual Rights
5     1100 Connecticut Avenue NW, Suite 635
6     Washington, DC 20036
7     rosman@cir-usa.org
8     202-833-8402
9
10  ON BEHALF OF DEFENDANTS:
11     JULIET GRAY, ESQUIRE
12     Department of Justice Civil Rights Division
13     Employment Litigation Section
14     150 M Street, NE
15     Washington, DC 20530
16     Juliet.gray@usdoj.gov
17     202-598-1600
18
19  ALSO PRESENT:
20     K'Shaani Smith, Counsel for Plaintiff
21     Michelle Scott, Counsel for Defendant
22

Page 3

1            I N D E X
2                              PAGE
3  By Ms. Gray                    11
4
5            E X H I B I T S
6  NO.      DESCRIPTION              PAGE
7  Exhibit 1    Lusa SAM.gov Entry        35
8  Exhibit 2    3/16/18 Email from Ms. Bennett
9             To NRCS              149
10 Exhibit 3    4/20/18 Email to
11            NRCS South Dakota        153
12 Exhibit 4    Complaint             158
13 Exhibit 5    Plaintiff Initial Disclosure   170
14 Exhibit 6    3/28/18 USDA Memorandum   174
15 Exhibit 7    2016 to 2021 Financial
16            Documents for Ultima and Lusa   185
17 Exhibit 8    Spreadsheet           206
18 Exhibit 9    5/30/20 Wells Fargo
19            Credit Application       222
20
21        (*Exhibits attached.)
22

Page 4

1            P R O C E E D I N G S
2         REPORTER:  This is an audio test of
3  5106487.  This is an audio test.  Ultima Services
4  Corporation versus U.S. Department of Agriculture, et
5  al.  This is an audio test.  This is a second audio
6  test.  This is a second audio test.
7         ELECTRONIC FEMALE VOICE:  Recording in
8  progress.
9         REPORTER:  Good morning.  My name is
10 Shondra Dawson.  I am the reporter assigned by
11 Veritext to take the record of this proceeding.  We
12 are now on the record at 9:34 a.m.  This is the
13 deposition of Celeste Bennett/Ultima Services
14 Corporation taken in the matter of Ultima Services
15 Corporation versus the U.S. Department of Agriculture,
16 et. al, on March 16, 2022, remote via Zoom.
17         I am a notary authorized to take
18 acknowledgements and administer oaths in the District
19 of Columbia.  Parties agree that I will swear in the
20 witness remotely outside of his or her presence.
21         Additionally, absent an objection on
22 the record before the witness is sworn, all parties

Page 5

1  and the witness understand and agree that any
2  certified transcript produced from the recording
3  virtually of this proceeding is intended for all uses
4  permitted under applicable, procedural and evidentiary
5  rules and laws in the same manner as a deposition
6  recorded by stenographic means and shall constitute
7  written stipulation of such.
8         At this time, will everyone in
9  attendance, please identify yourself for the record?
10        MS. GRAY:  My name is Juliet Gray, and
11 I represent the defendants in this matter.
12        MR. ROSMAN:  My name is Michael Rosman.
13 I represent the plaintiff and the witness in this
14 matter.
15        MS. SMITH:  My name is K'Shaani Smith -
16 - sorry.
17        THE WITNESS:  Pardon me, K'Shaani.
18        MS. SMITH:  My name is K'Shaani Smith.
19 I represent the defendant in this matter.
20        THE WITNESS:  And I'm Celeste Bennett,
21 and I represent the plaintiff in this matter.
22        MS. SCOTT:  I'm Michelle Scott, and I

Page 42

1  to say that there is overlap between a lot of the
2  NAICS codes?
3     A   Not always.  It depends.
4     Q   Okay.  But what it sounds like you're saying
5  is that work that you perform could potentially fall
6  under many different NAICS codes.
7     A   Yes, it could.
8     Q   Okay.  Could you generally describe this
9  engineering services contract in Yuma, Arizona?  What
10 is the basic work that you're performing there?
11    A   So, we are a subcontractor.  So, we are one
12 of many subcontractors to a large business.  And this
13 contract is a full and open competition.  So, we're
14 just one of the subs.  So, our work doesn't comprise
15 all of the work under the contract.  It provides, I
16 guess, discrete sections that the prime has allocated
17 to us.  Specifically, we help with inventory
18 management.  We help with what's called data
19 collection.  We have heavy equipment mechanics.  We
20 have people who put sensors on things to test --
21        Let me back up.  That contract is
22 established to test anything that someone in the

Page 43

1  infantry might use in the field.  So, before, let's
2  say, a DOD company contractor makes a missile or a
3  drone or anything or like a vehicle that might be
4  deployed to the field, then this field contract -- and
5  there are multiple types of contracts like this -- is
6  used to test all of that in the environment it's meant
7  to be used in to make sure that it's safe and
8  effective for the soldiers who would use it on the
9  battlefield.
10       So, we're assisting in some capacity on
11 those tests, but it can change, because tests change.
12    Q   And is this the contract with TRAX
13 International?
14    A   Yes.  TRAX is the prime contractor, and then
15 we're one of the subcontractors.
16    Q   How long has Lusa had this contract?
17    A   We've had it for maybe since 2018, or we've
18 been working on it, like when we were given some work.
19    Q   So, when you say, for example, you have
20 heavy equipment mechanics, you just recruit and hire
21 people with that specific experience.  Right?
22    A   Yeah.  So, either they have people on site,

Page 44

1  and then we'll take them over -- I'm not sure if
2  you're familiar with large contracts in this way.  But
3  if you have what's called a full and open competition
4  in the government -- so, it's not set aside for
5  veterans or whatever.  A lot of times, they have the
6  set-aside requirements fall under the prime.  So, I'm
7  sorry.  I'm getting a brain fart.  What was your
8  question?  Because it's important that I tell you.
9        So, the prime will have the responsibility
10 for the work, but the government requires that they
11 have so much of the prime maybe revenue dollars
12 distributed among different socioeconomic small
13 business set-asides.  And so, sometimes, the prime has
14 people already there, and then I might assume them,
15 either from the prime or from another subcontractor.
16 So, I don't always assist in recruiting.  It just
17 depends on what's happening.
18    Q   One of the NAICS codes you have listed here
19 is for the postal service.  What kind of work does
20 Lusa do in that industry?
21    A   So, Ultima has performed that work for Fort
22 Riley, Kansas.  So, Lusa can perform that same work.

Page 45

1  So, we've actually performed a postal operations
2  contract for the Army under Ultima.
3     Q   Okay.  So, as long as one of your businesses
4  has performed the work, you feel that you can
5  represent that you have the capabilities to perform
6  for the other business to perform that work?
7     A   Not necessarily, because I might have
8  something on here that we've never done, but I feel
9  like we could do.  You have to understand when
10 contracting officers sometimes assign a NAICS code…
11 I'll give you an example of NASA.  NASA has a NAICS
12 code for a contract I was interested in that says it's
13 like -- I don't know -- biological research or
14 something.
15       But when you talk to the contracting
16 officer, they say, "No.  This is just like a…"  It
17 would be more like a 541641.  It's just they pick it
18 because that's the group where the people are doing
19 the work.  So, it can just depend.  So, you don't want
20 to be overlooked because some contracting officer puts
21 it under this NAICS code, but the work actually
22 matches what you can do.  Does that make sense to you?

Page 62

1  A  Yes.
2  Q  Is there a maximum number of people you
3 think Lusa could employ based on your current business
4 operation?
5  A  I would employ as many people as I could,
6 because that's more work. So, I want to be
7 successful. There are some instances where you might
8 not want to do that. So, you might want to maintain
9 your size. So, there are some cases where maybe I
10 wouldn't have done that, or I wouldn't have sought out
11 more work, because I was trying to preserve work that
12 I had and didn't want to lose that in the future. So,
13 that's a kind of, "It depends" answer.
14      If we have the capability to hire more
15 people, yes, we have systems that are scalable, and we
16 are able to do that. It doesn't necessarily mean we
17 would choose to do that.
18  Q  So, what do you mean by maintain your size?
19  A  So, if you have work with an agency that
20 you've done business with for a long time like with,
21 let's say, with NRCS. I had always tried to make sure
22 that we could continue to bid on that type of work,

Page 63

1 because they were such an important client to us. So,
2 that's an example for me.
3      But in general, I'm aware there's some NAICS
4 codes that are not -- The large/small business
5 designation is not based on revenue but based on
6 employee count. I don't know if those apply to me or
7 not, but that's a scenario where a company might not
8 want to increase their size, because it changes the
9 competitive landscape for them.
10  Q  So, is it fair to say that, in some
11 instances at least, the benefits of maintaining your
12 size as a small business are better than increasing
13 your business revenue and size?
14  A  Yes. That would be a decision you would
15 make -- That could be a day-to-day business decision.
16 It really just depends, because size standards are
17 fluid also. So, you could conceivably be out of a
18 size standard today, and in it tomorrow, and I mean
19 that by year. So, it's not something that once you're
20 out of it, you're just out of it. You can always go
21 back to it.
22      And also, size standards also might

Page 64

1 increase. So, you could become smaller and reenter
2 your size standard and be able to compete the size
3 standard you want to compete under, or the size
4 standard can become bigger. And I don't know the
5 methodology for that, but I know that size standards
6 for NAICS codes have increased over time. And so, you
7 can also hope for that, too.
8  Q  Do you think you could scale up your
9 operation if you were successful at winning more bids?
10  A  Yes, I could. All of our operations, for
11 the most part, are Cloud-based. So, that would be
12 very easy to do.
13  Q  What do you mean by Cloud-based?
14  A  Sorry, system. I said operations. Our
15 systems are Cloud-based. So, we could continue to use
16 our existing payroll service. We wouldn't have to
17 change that necessarily. We could use our existing
18 benefits providers. We could use the offices that we
19 have available. We could hire more people. We could,
20 yes, because don't create anything. We have services
21 business, so it is very scalable just by its nature.
22      MS. GRAY: We've been going for about

Page 65

1 an hour and a half. So, why don't we take a short
2 break, about 10 minutes. Does that work for everyone?
3      THE WITNESS: That would be great.
4 Thank you.
5      MS. GRAY: Okay. So, why don't we meet
6 back here at 11:05.
7      THE WITNESS: Do we need to stop video,
8 or do I do anything on my end?
9      MS. GRAY: Probably just mute. You can
10 turn your video off if you want privacy, and then you
11 can come back at 1:05. I mean -- I'm sorry -- 11:05.
12      REPORTER: Okay. We are off the
13 record.
14      (Off the record.)
15      ELECTRONIC FEMALE VOICE: Recording
16 stopped.
17      REPORTER: We are back on the record at
18 11:06 a.m.
19 BY MS. GRAY:
20  Q  Ms. Bennett, do you understand that you're
21 still under oath?
22  A  Yes.

Page 122

1  Q  And was it ever certified as a service-
2  disabled veteran-owned business?
3  A  It was. There is some sort of certification
4  process for some group, and he did receive the
5  certification.
6  Q  And did that business ever have any
7  contracts with the federal government?
8  A  Not to my knowledge, and I kind of doubt it
9  ever will.
10  Q  All right.
11       MS. GRAY: So, I think we're finished
12  with that topic, and I'm ready to move into some other
13  topics. But I think maybe now, before doing that,
14  would be a good time to take a lunch break. Does that
15  work, if we're getting into another good topic?
16       THE WITNESS: So, I can keep going or
17  stop. Whatever you guys want to do.
18       MS. GRAY: Does 45 minutes sound good,
19  or does anybody need a full hour? What would y'all
20  like to do?
21       THE WITNESS: I don't need that much
22  time, personally.

Page 123

1       MS. GRAY: Ms. Dawson, I know --
2       MR. ROSMAN: You let me know what would
3  --
4       MS. GRAY: Okay. Ms. Dawson, do you
5  have a preference?
6       REPORTER: No, I don't.
7       MS. GRAY: Okay. Why don't we take 45
8  minutes, if that's good for everybody? We can meet
9  back at 1:15.
10       THE WITNESS: Okay, great.
11       MS. GRAY: Great.
12       REPORTER: Okay, fine.
13       MS. GRAY: Thank you.
14       ELECTRONIC FEMALE VOICE: Recording
15  stopped.
16       (Off the record.)
17       REPORTER: You may continue.
18  BY MS. GRAY:
19  Q  Welcome back, Ms. Bennett. You understand
20  that you're still under oath?
21  A  Yes.
22  Q  So, we're going to move into some of the

Page 124

1  other topics now from the 30(b)6. Some of these
2  topics kind of overlap a bit and relate. So, just to
3  be efficient, I'm going to group some of them
4  together. So, I'm going to talk now about Ultima
5  and/or ask you about Ultima and Lusa's finances and
6  sources of profit. So, that's Topics 1 and 2 and also
7  Topic 6 and 7, which is Ultima and Lusa's efforts and
8  ability to bid on federal government contracts.
9       A lot of this stuff overlaps. So, it
10  doesn't make a lot of sense to separate them out. So,
11  I think you said that when you bought Ultima, it had a
12  contract with the U.S. Army for alarm monitoring. Is
13  that right?
14  A  Correct.
15  Q  And do you recall what NAICS code that was?
16  A  No.
17  Q  Do you recall the name of the industry?
18  A  No.
19  Q  And how long after you purchased Ultima did
20  that contract end?
21  A  I don't remember.
22  Q  Did the work on that contract, did the U.S.

Page 125

1  Army continue to seek bids for that work after the
2  contract ended?
3  A  Yes.
4  Q  And did Ultima bid on that work?
5  A  I think so. I think we had it again, but I
6  can't recall exactly if we did or not.
7  Q  Okay. After you purchased Ultima, was it at
8  least a year that you continued to work on that
9  contract?
10  A  I don't know, to be honest. Or I'm being
11  honest, but I don't know.
12  Q  And you don't recall if you won another
13  contract to perform the same work?
14  A  I thought we did, but I can't say. I don't
15  want to say for certain.
16  Q  Okay. Do you know if you bid on that work
17  more than one additional time?
18  A  I don't think so. It may have become civil
19  servant work something.
20  Q  So, how soon after purchasing Ultima did you
21  start bidding on other work for Ultima?
22  A  Like a date? I don't know.

Page 126

1  Q  Was it right away, or did you wait a while?
2  A  It's so far back, I just don't remember when
3  it started bidding on other contracts.
4  Q  Do you recall what the first contract it was
5  that Ultima bid on after you purchased the company?
6  A  I recall having a -- excuse me -- a crossing
7  guard contract.
8  Q  Was that with a city or local government?
9  A  That would have been at Fort Riley, Kansas
10  with the Army.
11  Q  So, you basically recruited crossing guards
12  to work there?
13  A  Correct.
14  Q  How long did that contract last?
15  A  Multiple years from what I remember. I
16  don't recall how many exactly.
17  Q  Was that contract reserved for small
18  businesses?
19  A  Yes. To my recollection, it would have
20  been.
21  Q  So, when does Ultima first bid on a contract
22  with the USDA?

Page 127

1  A  In 2004.
2  Q  And was that for work at NRCS?
3  A  Correct.
4  Q  And how did you learn about that
5  opportunity?
6  A  It was posted online.
7  Q  Were you regularly checking contract
8  websites that post contracts to bid on?
9  A  Yes.
10  Q  At that time, how many contracts would you
11  say you were bidding on in a year for Ultima?
12  A  I have no idea. I just can't remember.
13  Q  So, what was that first contract with NRCS
14  that Ultima bid on?
15  A  It was with the state of South Dakota.
16      REPORTER: I'm sorry. Could you repeat
17  that, Ms. Bennett?
18      THE WITNESS: Sorry. It was with the
19  state of South Dakota. Can you hear me okay?
20      REPORTER: Yes. There's just a bit of
21  a static. When you speak closer into the microphone,
22  there's less of that feedback.

Page 128

1      THE WITNESS: Okay.
2      REPORTER: So, the closer you sit to
3  the microphone.
4      THE WITNESS: Okay.
5  BY MS. GRAY:
6  Q  So, at that time, was that just the one NRCS
7  office that you were competing on work for?
8  A  Can you clarify office?
9  Q  Okay. I'll go back. So, you said it was
10  for the state of South Dakota. Were there multiple
11  NRCS offices in South Dakota?
12  A  Yes.
13  Q  Okay. So, you were bidding on work to staff
14  all of the NRCS offices in South Dakota, or just
15  particular ones?
16  A  I think just particular ones.
17  Q  Okay. And Ultima won that contract?
18  A  Yes.
19  Q  Was that contract reserved for small
20  businesses?
21  A  Yes.
22  Q  Was it set aside for HUBZone or any other

Page 129

1  specific type of company?
2  A  No.
3  Q  Do you recall the NAICS code that that
4  contract was in?
5  A  No.
6  Q  So, what was the type of work that Ultima
7  provided?
8  A  I would describe it as administrative and
9  technical services, in a broad sense.
10  Q  Can you just describe it more in like plain
11  language? What were the employees actually doing for
12  NRCS?
13  A  So, they were assisting NRCS with contracts
14  between the landowners and the NRCS itself, and that
15  could be like the lifecycle of a contract --
16  inception, the application, all the way to funding and
17  monitoring it at closeout. They did a lot of audit
18  support. They could have done a lot of special
19  projects or analysis that might be required, depending
20  on what that office was doing.
21      And they might be assisting in the field,
22  which would be sort of a technical, but also

Case 2:20-cv-00041-DCLC-CRW   Document 59-7   Filed 06/21/22   Page 7 of 9
PageID #: 788
33 (Pages 126 - 129)
www.CapitalReportingCompany.com

                           ERRATA SHEET
                    VERITEXT CORPORATE SERVICES
                           800-567-8658
     ASSIGNMENT NO. CS5106487
     CASE NAME: Ultima Services Corporation v. US Department Of
     Agriculture Et Al
     DATE OF DEPOSITION: 3/16/2022
     WITNESS' NAME: Celeste Bennett


     PAGE/LINE(S)/      CHANGE                REASON

     22, 5-6     delete text and change to "No.  I worked on a company
                 (which might never have been incorporated) called
                 NucleNet at some point around or before LUSA was
                 started." Reason:  I misremembered.

     44, 7       delete "a" and replace "fart" with "fog"
                 Reason:  mistranscribed

     45, 18-19   delete "because that's just the group where the
                 people are doing the work"  Reason:  I do not think I
                 said this and it does not make sense.

     73, 5       replace "good" with "sought out" Reason:
                 mistranscribed

     73, 7       replace "know" with "think"  Reason:  I misspoke.

     74, 21      replace "know" with "notify"  Reason:  mistranscribed

     84, 11      replace "541611" with "561110" Reason:  Ultima's
                 correct NAICS code today is 561110.

     85, 13      replace "rewards" with "awards"  Reason:
                 mistranscribed

     85, 13      replace "competitive" with "competition" Reason:
                 mistranscribed

     85, 15      replace "reward" with "award" Reason:  mistranscribed

     104, 13     delete "at our sister organization"  Reason:  We do
                 not have a sister organization and I do not believe I
                 said this.

     106, 16     add "officer" after "contracting"  Reason:
                 mistranscribed

     108, 6-7    replace "we didn't lose" with "if we lost"  Reason:
                 mistranscribed

     109, 4      delete "a proclamation" replace with "the Bureau of
                 Reclamation"  Reason:  mistranscribed

     109, 10     replace "entities" with "areas"  Reason:
                 mistranscribed

| Page, Line | Correction |
|---|---|
| 109, 11-13 | delete "So you're trying to map it, but maybe other companies can map it better." Reason: Must be mistranscribed as I do not believe I said this. |
| 113, 3 | replace "can" with "can't" Reason: mistranscribed |
| 134, 17 | replace "in the Army" with "for the bid" Reason: mistranscribed |
| 135, 7 | delete "Yes, correct." Replace with "No. LUSA won a competitive contract in California." Reason: I misspoke. |
| 169, 11 | replace "got" with "were" Reason: mistranscribed |
| 188, 9-10 | delete "some kind of purchase for them" Reason: Mistranscribed. I do not think I said this. |
| 201, 8-9 | delete all text and replace with "work that falls under the engineering NAICS code" Reason: I misspoke. |
| 261, 16 | replace "program" with "problem" Reason: mistranscribed |
| 266, 12-13 | delete "that's fine. Guess we're not going to change it" replace with "that they weren't going to change the rating." Reason: mistranscribed |
| 266, 22 | replace "Ells" with "Alves" Reason: mistranscribed |

I, Celeste Bennett declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

Signed June 14, 2022.

_____
Celeste Bennett