```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
---------------------------------------------------------------------------x
                                                    :
ULTIMA SERVICES CORPORATION,                        :
                                                    :
        Plaintiff,                                  :
                                                    :
        -against-                                   :   No. 2:20-cv-00041-
                                                        DCLC-CRW
U.S. DEPARTMENT OF AGRICULTURE,                     :
U.S. SMALL BUSINESS ADMINISTRATION,                 :
SECRETARY OF AGRICULTURE, and ADMINISTRATOR         :
OF THE SMALL BUSINESS ADMINISTRATION,                   MOTION
                                                    :
        Defendants.                                 :
                                                    :
---------------------------------------------------------------------------x
```

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ultima Services Corporation ("Ultima") hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on its claim that defendants have violated the Fifth Amendment to the United States Constitution, entitling Ultima to declaratory relief and an injunction precluding defendants from reserving contracts for administrative and technical support to the 8(a) program described in the accompanying papers.

In support of its motion, Ultima relies upon the accompanying memorandum of law and the statements of Celeste Bennett and Michael Rosman.

Respectfully submitted,

*/s/ Michael E. Rosman*
Michael E. Rosman
Michelle A. Scott
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW, Ste. 625
Washington, D.C. 20036
(202) 833-8400

M. Dale Conder, Jr.
RAINEY KIZER REVIERE & BELL PLC
209 E. Main St.
Jackson, TN 38301
(731) 426-8130