# EXHIBIT 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
-----------------------------------------------------------------------------x
ULTIMA SERVICES CORPORATION,                              :

        Plaintiff,                                        :

             -against-                                    :     No. 2:20-cv-00041-
                                                                DCLC-CRW
U.S. DEPARTMENT OF AGRICULTURE,                           :
U.S. SMALL BUSINESS ADMINISTRATION,
SECRETARY OF AGRICULTURE, and ADMINISTRATOR               :
OF THE SMALL BUSINESS ADMINISTRATION,
                                                          :
        Defendants.
                                                          :
-----------------------------------------------------------------------------x
```

**PLAINTIFF'S ADDITIONAL SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26 and 33, Plaintiff Ultima Services Corporation ("Ultima") provides the following additional supplemental responds to Defendants' First Set of Interrogatories. Plaintiff incorporates all of the Objections set forth in its initial set of responses.

<u>Supplemental Responses to Interrogatories</u>

4.   Identify all other businesses that are or have been involved in federal contracting, whether as a prime contractor or subcontractor, in which the owners, officers, and/or shareholders of such business also have an ownership interest in Ultima, are part of the board of directors of Ultima, are employed by Ultima, or are executives of Ultima, and describe the ownership percentage(s) held.

<u>Response</u>: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Without waiving these objections, Plaintiff states that its owner, Celeste Bennett, also owns all of the equity of Lusa Associates, Inc., which has also been involved in federal

contracting. Jason Bennett no longer has any ownership interest in Lusa.

6. Describe plaintiff's organizational structure, including the identity and duties of its officers, shareholders, managers, and owners, the ownership percentage held by each owner, the number of full-time employees, the number of part-time employees, and any interconnection, interrelationship and/or affiliation plaintiff has with any other business, including, but not limited to, sharing owners, employees, equipment, managers, officers, office space with another business.

Response: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Plaintiff is owned by Celeste Bennett, who is also its President, Vice-President, Treasurer and Secretary, and is the individual responsible for its operations. Currently, Plaintiff has one part-time employee. Celeste Bennett is also an officer of Lusa Associates, Inc.

7. For each year of the relevant time period, state plaintiff's total annual receipts, as determined in 13 C.F.R. § 121.104, gross profits, and net profits from all sources, by source, including the source and portion of each of these categories that are derived from USDA-funded contracts.

Response: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Without waiving any of these objections, Plaintiff is providing a revised exhibit to these supplemental responses that will supplement the previous information provided in response to this interrogatory.

9. Identify all federal contracts and subcontracts awarded to plaintiff during the relevant time period. For each such contract and subcontract, state when the work was or will be performed and plaintiff's estimated or actual gross receipts.

Response: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Without waiving any of these objections, Plaintiff is providing a revised exhibit to these

2

supplemental responses that will supplement the previous information provided in response to this interrogatory.

10. Describe the organizational structure of each and every business identified in response to Interrogatory No. 4, including the identity and duties of its officers, shareholders, managers, and owners, the ownership percentage held by each owner, the number of full-time employees, the number of part-time employees, and any interconnection, interrelationship and/or affiliation such business has with any other business, including, but not limited to, sharing owners, employees, equipment managers, officers, office space with another business.

Response: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Lusa Associates' ownership is set forth in the supplemental response to Interrogatory No. 4. Celeste Bennett is the President, Vice-President, Treasurer and Secretary of Lusa Associates, and is the individual responsible for its operations. Currently, the number of full-time employees is 24, and the number of part-time employees is 7.

11. For each and every business identified in response to Interrogatory No. 4, state for each year of the relevant time period such business's total annual receipts, as determined in 13 C.F.R. § 121.104, gross profits, and net profits from all sources, by source, including the source and portion of each of these categories that are derived from USDA-funded contracts.

Response: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Without waiving any of these objections, Plaintiff is providing a revised exhibit to these supplemental responses that will supplement the previous information provided in response to this interrogatory.

13. Identify all federal contracts and subcontracts awarded to each and every business identified in response to Interrogatory No. 4 during the relevant time period. For each such contract and subcontract, state when the work was or will be performed and plaintiff's estimated

3

or actual gross receipts.

<u>Response</u>: Plaintiff incorporates the objections to this interrogatory set forth in its initial response to it.

Without waiving any of these objections, Plaintiff is providing a revised exhibit to these supplemental responses that will supplement the previous information provided in response to this interrogatory.

Respectfully submitted,

*/s/ Michael E. Rosman*
Michael E. Rosman
Michelle A. Scott
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW, Ste. 625
Washington, D.C. 20036
(202) 833-8400

M. Dale Conder, Jr.
RAINEY KIZER REVIERE & BELL PLC
209 E. Main St.
Jackson, TN 38301
(731) 426-8130

4

## Verification

I am the President of Plaintiff Ultima Services Corporation. I have reviewed the foregoing supplemental answers to interrogatories, and Plaintiff's business records relevant to those responses. The responses are true to the best of my knowledge, information, and belief.

I state under penalties of perjury that the foregoing is true and correct. Executed on May 6, 2022.

*/s/ Celeste Bennett*
Celeste Bennett

Certificate of Service

I certify that I served this response on May 6, 2022 by email to counsel for defendants.

>  /s/ Michael E. Rosman
>  Michael E. Rosman

# EXHIBIT 1
# (Int. Nos. 7, 11)

| Company | Year | Customer | Sales |
|---|---|---|---|
| LUSA | 2016 | CSC | $9,552.27 |
| | | CTS | $1,199,770.85 |
| | | Goddard – TRAX | $77,396.73 |
| | | NRCS – California | $1,242,539.01 |
| | | **Total Sales** | **$2,529,258.86** |
| | | **Gross Profit** | **$321,073.13** |
| | | **Net Income** | **-$383,998.53** |
| LUSA | 2017 | CTS | $644,070.56 |
| | | Goddard – TRAX | $71,508.53 |
| | | NRCS – California | $490,262.24 |
| | | TRAX - NASA | $162,895.69 |
| | | **Total Sales** | **$1,368,737.02** |
| | | **Gross Profit** | **$147,624.59** |
| | | **Net Income** | **-$504,488.97** |
| LUSA | 2018 | CTS | $1,259,877.90 |
| | | TRAX - NASA | $923,031.53 |
| | | **Total Sales** | **$2,182,909.43** |
| | | **Gross Profit** | **$186,406.35** |
| | | **Net Income** | **-$495,751.41** |
| LUSA | 2019 | CTS | $1,024,674.53 |
| | | MTSS | $685,524.54 |
| | | NRCS - DC | $30,640.36 |
| | | NRCS - Illinois | $85,743.57 |
| | | NRCS - New Mexico | $35,475.67 |
| | | NRCS - South Dakota | $478,530.56 |
| | | TRAX - NASA | $828,697.53 |
| | | **Total Sales** | **$3,169,286.76** |
| | | **Gross Profit** | **-$567,846.49** |
| | | **Net Income** | **-$1,219,103.23** |
| LUSA | 2020 | CTS | $701,760.75 |
| | | MTSS | $949,181.17 |
| | | NRCS - Arkansas | $1,044,609.38 |
| | | NRCS - DC | $61,897.64 |
| | | NRCS - Illinois | $502,399.48 |
| | | NRCS - New Mexico | $54,122.85 |
| | | NRCS - NSSC | $110,371.93 |
| | | NRCS - South Dakota | $1,162,231.41 |
| | | NRCS - Wisconsin | $1,255,435.45 |
| | | TRAX - NASA | $801,241.96 |
| | | **Total Sales** | **$6,643,252.02** |
| | | **Gross Profit** | **$418,398.07** |
| | | **Net Income** | **-$321,869.66** |
| LUSA | 2021 | BOR | $19,500.00 |
| | | CTS | $244,995.77 |
| | | MTSS | $1,383,401.22 |
| | | NRCS - Arkansas | $165,523.95 |
| | | NRCS - Illinois | $349,300.77 |
| | | NRCS - NSSC | $78,704.26 |
| | | NRCS - South Dakota | $693,842.51 |
| | | NRCS - Wisconsin | $1,313,070.08 |
| | | TRAX - NASA | $563,339.38 |
| | | **Total Sales** | **$4,811,677.94** |
| | | **Gross Profit** | **$956,054.85** |
| | | **Net Income** | **$930,889.20** |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| | | | |
|---|---|---|---:|
| **Ultima** | **2016** | CD - CT | $126,469.58 |
| | | NRCS - Colorado | $1,010,214.11 |
| | | NRCS - Kansas | $136,466.25 |
| | | NRCS - Minnesota | $2,439,839.36 |
| | | NRCS - Nevada | $83,855.82 |
| | | NRCS - NSSC | $112,368.49 |
| | | NRCS - South Dakota | $485,495.09 |
| | | NRCS - Wisconsin | $948,302.92 |
| | | NRCS - Wyoming | $235,039.93 |
| | | **Total Sales** | **$5,578,051.55** |
| | | **Gross Profit** | **$623,556.28** |
| | | **Net Income** | **$587,686.67** |
| **Ultima** | **2017** | CD - CT | $157,722.36 |
| | | NRCS - Alabama NC | $11,810.88 |
| | | NRCS - Arkansas NC | $94,070.93 |
| | | NRCS - Colorado | $1,143,587.90 |
| | | NRCS - Connecticut NC | $7,124.00 |
| | | NRCS - DC - NC | $38,194.29 |
| | | NRCS - Florida NC | $7,467.54 |
| | | NRCS - Illinois NC | $38,541.94 |
| | | NRCS - Indiana - Easement | $18,474.38 |
| | | NRCS - Indiana NC | $4,699.20 |
| | | NRCS - Indiana NC - (Lafayette) | $13,069.65 |
| | | NRCS - INNC_Ft Wayne | $5,654.62 |
| | | NRCS - Kansas | $95,407.81 |
| | | NRCS - Kansas NC | $96,701.13 |
| | | NRCS - Kentucky NC | $27,724.70 |
| | | NRCS - Mississppi NC | $188,638.19 |
| | | NRCS - Nebraska NC | $47,137.16 |
| | | NRCS - Nevada | $16,041.64 |
| | | NRCS - North Dakota NC | $283,358.64 |
| | | NRCS - NSSC | $295,474.45 |
| | | NRCS - Oklahoma NC | $53,550.09 |
| | | NRCS - South Dakota | $307,056.80 |
| | | NRCS - South Dakota NC | $289,383.49 |
| | | NRCS - Tennessee NC | $38,280.16 |
| | | NRCS - Wisconsin | $459,830.49 |
| | | NRCS - Wyoming | $139,555.96 |
| | | **Total Sales** | **$3,878,558.40** |
| | | **Gross Profit** | **-$175,267.79** |
| | | **Net Income** | **-$219,874.45** |

| | | | |
|---|---|---|---:|
| **Ultima** | **2018** | CD - CT | $71,146.54 |
| | | NRCS - Alabama NC | $119,254.78 |
| | | NRCS - Arizona NC | $32,558.40 |
| | | NRCS - Arkansas NC | $1,169,988.25 |
| | | NRCS - Colorado | $446,908.62 |
| | | NRCS - Colorado NC | $681,359.23 |
| | | NRCS - Connecticut NC | $69,049.20 |
| | | NRCS - DC - NC | $163,514.15 |
| | | NRCS - Florida NC | $93,243.53 |
| | | NRCS - Georgia NC | $87,838.94 |
| | | NRCS - Hawaii NC | $148,418.75 |
| | | NRCS - Illinois NC | $129,154.47 |
| | | NRCS - Indiana - Easement | $67,431.06 |
| | | NRCS - Indiana NC | $52,278.62 |
| | | NRCS - Indiana NC - (Lafayette) | $36,852.02 |
| | | NRCS - INNC_Ft Wayne | $35,317.42 |
| | | NRCS - Kansas NC | $261,973.11 |
| | | NRCS - Kentucky NC | $268,020.78 |
| | | NRCS - Michigan NC | $39,598.45 |
| | | NRCS - Minnesota NC | $1,974,956.79 |
| | | NRCS - Mississppi NC | $1,510,628.97 |
| | | NRCS - Missouri NC | $573,007.74 |
| | | NRCS - Montana NC | $119,929.55 |
| | | NRCS - Nebraska NC | $358,276.97 |
| | | NRCS - New Mexico NC | $64,850.31 |
| | | NRCS - North Dakota NC | $1,194,952.80 |
| | | NRCS - NSSC | $72,346.13 |
| | | NRCS - Oklahoma NC | $355,391.63 |
| | | NRCS - Oregon Pendleton | $8,593.92 |
| | | NRCS - Oregon Portland | $82,862.69 |
| | | NRCS - Oregon Redmond | $16,105.75 |
| | | NRCS - South Carolina NC | $50,362.57 |
| | | NRCS - South Dakota NC | $494,843.44 |
| | | NRCS - South Dakota NC2 | $772,860.67 |
| | | NRCS - Tennessee NC | $611,919.80 |
| | | NRCS - Texas NC | $141,478.18 |
| | | NRCS - Texas NC2 | $98,479.57 |
| | | NRCS - Utah NC | $74,811.92 |
| | | NRCS - Virginia NC | $90,598.68 |
| | | NRCS - Washington NC | $70,720.73 |
| | | NRCS - West Virginia NC | $366,989.16 |
| | | NRCS - Wisconsin | $1,040,893.48 |
| | | NRCS - Wisconsin NC | $221,071.01 |
| | | NRCS - Wyoming | $21,877.21 |
| | | NRCS - Wyoming NC | $285,487.09 |
| | | **Total Sales** | **$14,648,203.08** |
| | | **Gross Profit** | **$312,490.89** |
| | | **Net Income** | **$170,564.46** |

| | | | |
|---|---|---|---:|
| **Ultima** | **2019** | CD - CT | $28,473.60 |
| | | NRCS - Alabama NC | $218,627.81 |
| | | NRCS - Arizona NC | $35,663.04 |
| | | NRCS - Arkansas NC | $1,379,733.47 |
| | | NRCS - Colorado NC | $543,372.62 |
| | | NRCS - Connecticut NC | $49,507.21 |
| | | NRCS - DC | $14,217.40 |
| | | NRCS - DC - NC | $96,256.50 |
| | | NRCS - DC - NC2 | $72,329.41 |
| | | NRCS - Florida NC | $136,214.50 |
| | | NRCS - Georgia NC | $46,987.85 |
| | | NRCS - Hawaii NC | $148,845.61 |
| | | NRCS - Illinois NC | $73,101.03 |
| | | NRCS - Indiana - Easement | $76,497.77 |
| | | NRCS - Indiana NC | $18,908.51 |
| | | NRCS - Indiana NC - (Lafayette) | $1,351.02 |
| | | NRCS - Kentucky NC | $239,951.45 |
| | | NRCS - Michigan NC | $157,211.05 |
| | | NRCS - Minnesota NC | $547,231.15 |
| | | NRCS - Missouri NC | $42,707.72 |
| | | NRCS - Montana NC | $98,214.12 |
| | | NRCS - Nebraska NC | $388,362.96 |
| | | NRCS - New Mexico NC | $55,966.78 |
| | | NRCS - North Dakota NC | $480,673.51 |
| | | NRCS - NSSC NC | $32,773.67 |
| | | NRCS - Ohio NC | $53,215.99 |
| | | NRCS - Oklahoma NC | $262,594.50 |
| | | NRCS - Oregon Pendleton | $52,642.53 |
| | | NRCS - Oregon Portland | $97,390.81 |
| | | NRCS - Oregon Redmond | $24,680.26 |
| | | NRCS - South Carolina NC | $153,767.95 |
| | | NRCS - South Dakota NC | $190,541.93 |
| | | NRCS - South Dakota NC2 | $338,855.36 |
| | | NRCS - Tennessee NC | $817,025.04 |
| | | NRCS - Texas NC | $10,065.29 |
| | | NRCS - Texas NC2 | $189,997.31 |
| | | NRCS - Utah NC | $76,372.59 |
| | | NRCS - Virginia NC | $90,635.20 |
| | | NRCS - Washington NC | $134,126.35 |
| | | NRCS - West Virginia NC | $187,331.72 |
| | | NRCS - Wisconsin | $1,242,434.71 |
| | | NRCS - Wisconsin NC | $119,820.39 |
| | | NRCS - Wyoming NC | $161,913.50 |
| | | **Total Sales** | **$9,186,591.19** |
| | | **Gross Profit** | **$2,387,250.74** |
| | | **Net Income** | **$2,256,378.69** |

| | | | |
|---|---|---|---:|
| Ultima | 2020 | NRCS - Arkansas NC | $153,662.89 |
| | | NRCS - DC | $94,462.40 |
| | | NRCS - DC - NC2 | $11,663.68 |
| | | NRCS - Florida NC | $53,528.36 |
| | | NRCS - Georgia NC | $24,995.23 |
| | | NRCS - Indiana - Easement | $84,701.58 |
| | | NRCS - Kentucky NC | $240,864.54 |
| | | NRCS - Mississppi NC | $541.94 |
| | | NRCS - Montana NC | $29,113.01 |
| | | NRCS - Nebraska NC | -$1,243.81 |
| | | NRCS - Ohio NC | $18,273.82 |
| | | NRCS - Tennessee NC | $209,265.95 |
| | | NRCS - Texas NC2 | $104,799.77 |
| | | NRCS - Utah NC | $1,430.40 |
| | | NRCS - Virginia NC | $12,296.00 |
| | | NRCS - West Virginia NC | $26,829.82 |
| | | **Total Sales** | **$1,065,185.58** |
| | | **Gross Profit** | **$514,672.86** |
| | | **Net Income** | **$488,367.50** |
| Ultima | 2021 | NRCS - DC | $57,506.20 |
| | | NRCS - Indiana - Easement | $46,556.69 |
| | | NRCS - Montana NC | $10,362.59 |
| | | NRCS - Oregon Redmond | $32,309.54 |
| | | NRCS - Texas NC2 | $117,780.48 |
| | | **Total Sales** | **$264,515.50** |
| | | **Gross Profit** | **$70,031.07** |
| | | **Net Income** | **$266,432.59** |

**Key**

| Company | Customer Acronym | Contract Number |
|---|---|---|
| LUSA | BOR (Bureau of Reclamation) | 140R3021P0002 |
| LUSA | CSC | |
| LUSA | CTS | D-0005-002 |
| LUSA | Goddard – TRAX | NNG12AZ11C-004 |
| LUSA | MTSS | SC19-07 |
| LUSA | NRCS - Arkansas | 12FPC319C0015 |
| LUSA | NRCS – California | AG-9104-D-15-0025, AG9104C120004 |
| LUSA | NRCS - DC | 12FPC219P0094 |
| LUSA | NRCS - Illinois | 12FPC319C0002 |
| LUSA | NRCS - New Mexico | 12FPC319P0107 |
| LUSA | NRCS - NSSC | 12FPC319P0327 |
| LUSA | NRCS - South Dakota | 12FPC219C0007 |
| LUSA | NRCS - Wisconsin | 12FPC319C0013 |
| LUSA | TRAX - NASA | 80GSFC170010-003 |
| Ultima | CD - CT | none |
| Ultima | NRCS - Alabama NC | 122B4618F0242, AG-2B46-D-17-0113 |
| Ultima | NRCS - Arizona NC | 124D9018F0096 |
| Ultima | NRCS - Arkansas NC | AG-2B46-D-17-0136 |
| Ultima | NRCS - Colorado | AG8B05C130002 |
| Ultima | NRCS - Colorado NC | 124D9018F0118 |
| Ultima | NRCS - Connecticut NC | AG-1A23-D-17-0068 |
| Ultima | NRCS - DC | 12FPC219P0195 |
| Ultima | NRCS - DC - NC | AG-1A23-D-17-0093 |
| Ultima | NRCS - DC - NC2 | 12FPC219F0018 |
| Ultima | NRCS - Florida NC | AG-2B46-D-17-0151 |
| Ultima | NRCS - Georgia NC | AG-2B46-D-17-0161 |
| Ultima | NRCS - Hawaii NC | AG-4D90-D-17-0177 |
| Ultima | NRCS - Illinois NC | AG-3C78-D-17-0141 |
| Ultima | NRCS - Indiana - Easement | AG-1A23-D-17-0073, 121A2318F0208 |
| Ultima | NRCS - Indiana NC | AG-1A23-D-17-0118 |
| Ultima | NRCS - Indiana NC - (Lafayette) | AG-1A23-D-17-0122 |
| Ultima | NRCS - INNC_Ft Wayne | AG-1A23-D-17-0120 |
| Ultima | NRCS - Kansas | AG6215D150005, AG-6215-C-10-0028,AG3C78P160070 |
| Ultima | NRCS - Kansas NC | AG-3C78-D-17-0098 |
| Ultima | NRCS - Kentucky NC | AG-2B46-D-17-0120 |
| Ultima | NRCS - Michigan NC | 121A2318F0177 |
| Ultima | NRCS - Minnesota | AG6322D150019, AG-6322-C-12-0001 |
| Ultima | NRCS - Minnesota NC | AG3C78D170228 |
| Ultima | NRCS - Mississppi NC | AG-2B46-D-17-0099 |
| Ultima | NRCS - Missouri NC | AG-2B46-D-17-0152 |
| Ultima | NRCS - Montana NC | AG-4D90-D-17-0142 |
| Ultima | NRCS - Nebraska NC | AG-3C78-D-17-0122 |
| Ultima | NRCS - Nevada | AG-9327-C-14-0005, AG-9327-D-15-0002 |
| Ultima | NRCS - New Mexico NC | 124D9018F0044 |
| Ultima | NRCS - North Dakota NC | AG-3C78-D-17-0121 |
| Ultima | NRCS - NSSC | AG-4D90-C-16-0020 |
| Ultima | NRCS - NSSC NC | 124D9018F0289 |
| Ultima | NRCS - Ohio NC | 121A2318F0251 |
| Ultima | NRCS - Oklahoma NC | AG-3C78-D-17-0149 |
| Ultima | NRCS - Oregon Pendleton | 124D9018F0013 |
| Ultima | NRCS - Oregon Portland | AG-4D90-D-17-0114 |
| Ultima | NRCS - Oregon Redmond | AG-4D90-D-17-0179 |
| Ultima | NRCS - South Carolina NC | AG-2B46-D-17-0139 |
| Ultima | NRCS - South Dakota | AG-6740-D-15-0005, AG-6740-C-11-0007 |
| Ultima | NRCS - South Dakota NC | AG-3C78-D-17-0095 |
| Ultima | NRCS - South Dakota NC2 | AG-3C78-D-17-0224 |
| Ultima | NRCS - Tennessee NC | NRCS - Tennessee NC |
| Ultima | NRCS - Texas NC | AG2B46D170115 |
| Ultima | NRCS - Texas NC2 | AG-1A23-P-17-0109 |

| Ultima | NRCS - Utah NC | AG4D90D170194 |
|---|---|---|
| Ultima | NRCS - Virginia NC | AG-2B46-D-17-0117 |
| Ultima | NRCS - Washington NC | 124D9018F0090 |
| Ultima | NRCS - West Virginia NC | AG-2B46-D-17-0116 |
| Ultima | NRCS - Wisconsin | AG5F48C140005 |
| Ultima | NRCS - Wisconsin NC | AG-3C78-D-17-0125 |
| Ultima | NRCS - Wyoming | AG8E49C110003 |
| Ultima | NRCS - Wyoming NC | AG-4D90-D-17-0106 |