# EXHIBIT 2

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF TENNESSEE

3                  GREENVILLE DIVISION

4  _____

5  ULTIMA SERVICES CORPORATON,

6           Plaintiff,

7     v.                       Case No.

8  U.S. DEPARTMENT OF          2:20-cv-00041-DCLC-CRW

9  AGRICULTURE, ET AL.,

10          Defendants.

11 _____

12             DEPOSITION OF CELESTE BENNETT

13 DATE:           Wednesday, March 16, 2022

14 TIME:           9:34 a.m.

15 LOCATION:       Remote Proceeding - DC

16                 Virtual Zoom

17                 Washington, DC 20005

18 REPORTED BY:    Shondra Dawson, Notary Public

19 JOB No.:        5106847

20

21

22

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 2 of 20
                    www.CapitalReportingCompany.com
                          PageID #: 960
                           202-857-3376

Page 2

1           A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF:
3      MICHAEL E. ROSMAN, ESQUIRE
4      Center for Individual Rights
5      1100 Connecticut Avenue NW, Suite 635
6      Washington, DC 20036
7      rosman@cir-usa.org
8      202-833-8402
9
10 ON BEHALF OF DEFENDANTS:
11     JULIET GRAY, ESQUIRE
12     Department of Justice Civil Rights Division
13     Employment Litigation Section
14     150 M Street, NE
15     Washington, DC 20530
16     Juliet.gray@usdoj.gov
17     202-598-1600
18
19 ALSO PRESENT:
20     K'Shaani Smith, Counsel for Plaintiff
21     Michelle Scott, Counsel for Defendant
22

Page 3

1              I N D E X
2                                      PAGE
3  By Ms. Gray                          11
4
5            E X H I B I T S
6  NO.       DESCRIPTION                PAGE
7  Exhibit 1    Lusa SAM.gov Entry       35
8  Exhibit 2    3/16/18 Email from Ms. Bennett
9              To NRCS                   149
10 Exhibit 3    4/20/18 Email to
11             NRCS South Dakota         153
12 Exhibit 4    Complaint                158
13 Exhibit 5    Plaintiff Initial Disclosure   170
14 Exhibit 6    3/28/18 USDA Memorandum   174
15 Exhibit 7    2016 to 2021 Financial
16             Documents for Ultima and Lusa  185
17 Exhibit 8    Spreadsheet              206
18 Exhibit 9    5/30/20 Wells Fargo
19             Credit Application        222
20
21         (*Exhibits attached.)
22

Page 4

1             P R O C E E D I N G S
2          REPORTER:  This is an audio test of
3  5106487.  This is an audio test.  Ultima Services
4  Corporation versus U.S. Department of Agriculture, et
5  al.  This is an audio test.  This is a second audio
6  test.  This is a second audio test.
7          ELECTRONIC FEMALE VOICE:  Recording in
8  progress.
9          REPORTER:  Good morning.  My name is
10 Shondra Dawson.  I am the reporter assigned by
11 Veritext to take the record of this proceeding.  We
12 are now on the record at 9:34 a.m.  This is the
13 deposition of Celeste Bennett/Ultima Services
14 Corporation taken in the matter of Ultima Services
15 Corporation versus the U.S. Department of Agriculture,
16 et. al, on March 16, 2022, remote via Zoom.
17         I am a notary authorized to take
18 acknowledgements and administer oaths in the District
19 of Columbia.  Parties agree that I will swear in the
20 witness remotely outside of his or her presence.
21         Additionally, absent an objection on
22 the record before the witness is sworn, all parties

Page 5

1  and the witness understand and agree that any
2  certified transcript produced from the recording
3  virtually of this proceeding is intended for all uses
4  permitted under applicable, procedural and evidentiary
5  rules and laws in the same manner as a deposition
6  recorded by stenographic means and shall constitute
7  written stipulation of such.
8          At this time, will everyone in
9  attendance, please identify yourself for the record?
10         MS. GRAY:  My name is Juliet Gray, and
11 I represent the defendants in this matter.
12         MR. ROSMAN:  My name is Michael Rosman.
13 I represent the plaintiff and the witness in this
14 matter.
15         MS. SMITH:  My name is K'Shaani Smith -
16 - sorry.
17         THE WITNESS:  Pardon me, K'Shaani.
18         MS. SMITH:  My name is K'Shaani Smith.
19 I represent the defendant in this matter.
20         THE WITNESS:  And I'm Celeste Bennett,
21 and I represent the plaintiff in this matter.
22         MS. SCOTT:  I'm Michelle Scott, and I

Case 2:20-cv-00041-DCLC-CRW    Document 61-2    Filed 06/21/22    Page 3 of 20
PageID #: 961
2 (Pages 2 - 5)
www.CapitalReportingCompany.com

Page 42

1  to say that there is overlap between a lot of the
2  NAICS codes?
3      A   Not always. It depends.
4      Q   Okay. But what it sounds like you're saying
5  is that work that you perform could potentially fall
6  under many different NAICS codes.
7      A   Yes, it could.
8      Q   Okay. Could you generally describe this
9  engineering services contract in Yuma, Arizona? What
10 is the basic work that you're performing there?
11     A   So, we are a subcontractor. So, we are one
12 of many subcontractors to a large business. And this
13 contract is a full and open competition. So, we're
14 just one of the subs. So, our work doesn't comprise
15 all of the work under the contract. It provides, I
16 guess, discrete sections that the prime has allocated
17 to us. Specifically, we help with inventory
18 management. We help with what's called data
19 collection. We have heavy equipment mechanics. We
20 have people who put sensors on things to test --
21         Let me back up. That contract is
22 established to test anything that someone in the

Page 43

1  infantry might use in the field. So, before, let's
2  say, a DOD company contractor makes a missile or a
3  drone or anything or like a vehicle that might be
4  deployed to the field, then this field contract -- and
5  there are multiple types of contracts like this -- is
6  used to test all of that in the environment it's meant
7  to be used in to make sure that it's safe and
8  effective for the soldiers who would use it on the
9  battlefield.
10        So, we're assisting in some capacity on
11 those tests, but it can change, because tests change.
12     Q   And is this the contract with TRAX
13 International?
14     A   Yes. TRAX is the prime contractor, and then
15 we're one of the subcontractors.
16     Q   How long has Lusa had this contract?
17     A   We've had it for maybe since 2018, or we've
18 been working on it, like when we were given some work.
19     Q   So, when you say, for example, you have
20 heavy equipment mechanics, you just recruit and hire
21 people with that specific experience. Right?
22     A   Yeah. So, either they have people on site,

Page 44

1  and then we'll take them over -- I'm not sure if
2  you're familiar with large contracts in this way. But
3  if you have what's called a full and open competition
4  in the government -- so, it's not set aside for
5  veterans or whatever. A lot of times, they have the
6  set-aside requirements fall under the prime. So, I'm
7  sorry. I'm getting a brain fart. What was your
8  question? Because it's important that I tell you.
9         So, the prime will have the responsibility
10 for the work, but the government requires that they
11 have so much of the prime maybe revenue dollars
12 distributed among different socioeconomic small
13 business set-asides. And so, sometimes, the prime has
14 people already there, and then I might assume them,
15 either from the prime or from another subcontractor.
16 So, I don't always assist in recruiting. It just
17 depends on what's happening.
18     Q   One of the NAICS codes you have listed here
19 is for the postal service. What kind of work does
20 Lusa do in that industry?
21     A   So, Ultima has performed that work for Fort
22 Riley, Kansas. So, Lusa can perform that same work.

Page 45

1  So, we've actually performed a postal operations
2  contract for the Army under Ultima.
3      Q   Okay. So, as long as one of your businesses
4  has performed the work, you feel that you can
5  represent that you have the capabilities to perform
6  for the other business to perform that work?
7      A   Not necessarily, because I might have
8  something on here that we've never done, but I feel
9  like we could do. You have to understand when
10 contracting officers sometimes assign a NAICS code…
11 I'll give you an example of NASA. NASA has a NAICS
12 code for a contract I was interested in that says it's
13 like -- I don't know -- biological research or
14 something.
15         But when you talk to the contracting
16 officer, they say, "No. This is just like a…" It
17 would be more like a 541641. It's just they pick it
18 because that's the group where the people are doing
19 the work. So, it can just depend. So, you don't want
20 to be overlooked because some contracting officer puts
21 it under this NAICS code, but the work actually
22 matches what you can do. Does that make sense to you?

1  remember when. Maybe --
2  Q   Did you -- I'm sorry.
3  A   Sorry. Go ahead.
4  Q   Were you finished?
5  A   Yes.
6  Q   Okay. You said someone at the SBA told you
7  to do it that way. Who was that?
8  A   I don't know. It was a lady I talked -- She
9  was an analyst. So, when you apply for the program,
10 you do it online. And then, at some point, they
11 assign you an analyst. And I think I was getting
12 rejected. I didn't understand. So, it was some lady
13 who kind of walked me through what I was doing wrong
14 and how to interpret the HUBZone regulations, because
15 reading them doesn't really make sense to me.
16      But when she told me, "Okay. This is what
17 you have to do. This is what we are looking for, and
18 this is how we interpret it," then that's when I made
19 those changes. I don't remember her name.
20 Q   Okay. Was that someone based in the D.C.
21 headquarters or in one of the field offices?
22 A   I don't know. I don't know.

1  Q   Are you currently the sole owner of Lusa?
2  A   Yes.
3  Q   Have there ever been other owners?
4  A   Yes. So, my ex-husband used to be part
5  owner of Lusa.
6  Q   Okay. And so, I understand that you
7  recently went through a divorce. I'm very sorry about
8  that, but I'm going to have to ask you -- Because I'm
9  sure that's changed some of your assets and finances.
10 So, I'm going to need to ask you sometimes, well, what
11 was it before the divorce? And what is it after the
12 divorce? So, was he the only other person who's ever
13 had an ownership share of Lusa?
14 A   Yes.
15 Q   So, you are now 100 percent owner of Lusa.
16 Right?
17 A   Yes.
18 Q   And as of when?
19 A   Sometime in October of 2021.
20 Q   Can you explain the organizational structure
21 of Lusa?
22 A   So, I guess, what do you mean?

1  Q   So, Lusa's an S-corporation. Is that right?
2  A   Yes.
3  Q   Okay. And has that been since the business
4  was formed?
5  A   It might have been a C-corp at one time, and
6  I changed it to an S-corp, but that would have been I
7  think before we had any business.
8  Q   Is it correct that you are the president,
9  vice president, treasurer, and secretary of Lusa?
10 A   Yes.
11 Q   Are there any other officers of Lusa? I'm
12 sorry. I don't know if you said anything, but I
13 didn't hear it.
14 A   Oh, sorry. No, there are no other officers.
15 Q   Okay. Have there ever been?
16 A   I think my ex-husband was one or more
17 officers early on, but I don't remember what they
18 would have been.
19 Q   Did he ever have any role in the operations
20 or running of Lusa?
21 A   No.
22 Q   How many full-time employees does Lusa have?

1  A   Like as of today?
2  Q   Yes.
3  A   Maybe 20 to 25. Full-time employees? Oh, I
4  don't know. Maybe around 20.
5  Q   Okay. Does that number fluctuate quite
6  often?
7  A   It can, because we lost some contracts at
8  the end of February. So, I'm guessing.
9  Q   Okay. So, when you hire someone to fulfill
10 a contract, they actually become an employee of Lusa?
11 A   Correct.
12 Q   Like they get a W2 and that kind of thing.
13 They're not 1099.
14 A   Yes. Yeah. It's very unusual to have a
15 1099 employee in my experience. I don't think we've
16 ever had one.
17 Q   Does Lusa have any core employees that are
18 there to help you run the business that aren't
19 necessarily tied to specific contracts?
20 A   Yes.
21 Q   And how many of those?
22 A   Maybe six. They're not all full-time.

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 5 of 20
PageID #: 963
14 (Pages 50 - 53)
www.CapitalReportingCompany.com

Page 66

1  Q  So, how did you get Lusa started?
2  A  So, I think my accountant created articles
3  of incorporation, and then I just submitted them to
4  the state of Maryland.
5  Q  How much capital did you need to start Lusa?
6  A  I mean, almost none. I might have needed
7  like a few hundred dollars for the state filing, and
8  then maybe a couple thousand for the accountant. I
9  don't remember. It wouldn't have been a substantial
10 amount of money. It was to me at the time, but it
11 wasn't millions of dollars.
12 Q  Did you need to get a loan to establish
13 Lusa?
14 A  No. I had enough money of my own to
15 establish Lusa.
16 Q  So, you said maybe a couple thousand. Was
17 it less than $5,000.00 to get started?
18 A  I would think so. I can't imagine how it
19 would have been more than that.
20 Q  So, when you started it, did you just start
21 it out of your home?
22 A  I lived in an apartment. I think it was in

Page 67

1  Silver Spring, Maryland at the time. So, yeah, out of
2  there.
3  Q  And you were married at the time?
4  A  Yes.
5  Q  And you were employed, you said, at
6  NationsBank at the time. Right?
7  A  It would have been either NationsBank or
8  Bank of America, which bought NationsBank at some
9  point.
10 Q  What was your salary there?
11 A  I don't remember. I started off I think at
12 like $30,000.00. And then, I think by the time I
13 left, it might have been $70,000.00, somewhere around
14 there.
15 Q  And so, you established Lusa in Maryland.
16 That's right?
17 A  Correct.
18 Q  Did you ever have a physical office in
19 Maryland other than your home office?
20 A  I think I did. Going back to the HUBZone
21 conversation, I think I had an office in Silver
22 Spring, because I had Worku as an employee, and he

Page 68

1  would have had to go there.
2  Q  Okay. So, how did it come about that you
3  came to own Ultima?
4  A  So, I knew the lady who owned Ultima, and I
5  think she was -- I don't know. I'm assuming she was
6  doing what I was trying to do. She was at her job,
7  but she wanted to do her own thing. And then, she
8  decided not to do her own thing. So, she approached
9  me and said if I want to buy it from her, she's
10 willing to sell it, because she knew I was trying to
11 grow my business.
12 Q  How did you meet Ms. Hormell?
13 A  I don't know when I met her. I've known her
14 -- I don't know -- for probably years before that
15 time. So, I don't remember how I met her. I don't
16 know. I just don't remember meeting her.
17 Q  So, you purchased Ultima from her?
18 A  Yes.
19 Q  And when did you purchase Ultima?
20 A  I think it was 2002. I think that might
21 have been when I bought them.
22 Q  And how much did you pay for Ultima?

Page 69

1  A  So, Ultima had one contract. So, I paid
2  maybe $20,000.00 for the value of the contract.
3  Q  Who was the contract with?
4  A  U.S. Army at Fort Riley, Kansas.
5  Q  And what type of work was it for?
6  A  So, that work specifically was for alarm
7  monitoring services where they would sit at a computer
8  and watch different types of alarms that were going
9  off on the base, maybe for arms rooms and -- I don't
10 know -- like barracks. I don't know. I just don't
11 remember. And then, they might dispatch the military
12 police if there was an alarm, because I think it was
13 an alarms monitoring and dispatch contract.
14 Q  Okay. And the employees were already in
15 place working on that contract when you purchased
16 Ultima?
17 A  Yes. At some point, we had hired new
18 employees, but I think when I took it over, they were
19 -- I continued with all of them.
20 Q  How many employees did Ultima have when you
21 purchased it?
22 A  Maybe 10 people, something around there.

Page 70

1  A   Maybe 10 people, something around there.
2  Q   Were they all working on contracts, or were
3  there any core employees?
4  A   So, they were all working on the contract,
5  and one was a lead who was sort of paid a premium but
6  managed the group.
7  Q   And when you purchased Ultima, did you
8  become the sole owner?
9  A   For a time, I think that's correct. And
10 then, I folded it under Lusa.
11 Q   I think Ultima is an S-corporation. Is that
12 right?
13 A   I don't know if it was at the time I bought
14 it, but I would have converted it to an S-corporation
15 at some point.
16 Q   Okay.
17         MR. ROSMAN: I'm sorry. Could I have
18 that last question read back, please?
19         REPORTER: "Was Ultima already an S-
20 corporation?"
21         MR. ROSMAN: Thank you.
22 BY MS. GRAY:

Page 71

1  Q   Ms. Bennett, we learned from your attorney
2  late yesterday afternoon that you'd recently made some
3  changes to the corporate structure of Ultima and Lusa
4  since you had responded to the defendant's discovery
5  request. Is that right?
6  A   Yes.
7  Q   Okay. So, until recently, Ultima was a
8  fully-owned subsidiary of Lusa. Is that right?
9  A   That's correct.
10 Q   And you said that at some point, when you
11 purchased it, you were maybe the sole owner, but then,
12 at some point, you structed it that way. Do you
13 recall when you structured Ultima as a subsidiary of
14 Lusa?
15 A   So, sort of. So, Lusa had to have had some
16 contracts at that point, because I couldn't just keep
17 one company. I had to keep two companies to maintain
18 Ultima's contract. At least, that's how I understood
19 it with the contracting officer at the time. So, I
20 had to buy the entity of Ultima. And Ultima also had
21 a security clearance, whereas Lusa didn't have a
22 security clearance. And Lusa had maybe a HUBZone

Page 72

1  status at the time.
2      I don't know if Lusa had any status, but
3  there were some reasons where I had a reason to have
4  two companies. And then, I think I assumed there
5  would be advantages to putting one as the parent,
6  maybe like tax advantages, sort of systems advantages.
7  Because then, everything can kind of be done under the
8  parent, and then the sub would fall under that.
9      So, I could get an insurance policy under
10 the parent, but it would cover the sub, that kind of
11 thing. So, I had to maintain two different entities.
12 My intent, originally, was just to buy the contract,
13 but I couldn't do that.
14         MR. ROSMAN: I'm sorry. Could I have
15 that question read back as well?
16         REPORTER: "At some point, the sole" --
17 Oh, sorry. "At some point, were you the sole owner of
18 Lusa and then restructured Ultima as a subsidiary?"
19 And when did she do that? I mean why. I'm sorry.
20 Why did she do --
21         MR. ROSMAN: Thank you.
22 BY MS. GRAY:

Page 73

1  Q   Did you receive any kind of advice, like
2  from your accountant or anyone, about how to structure
3  Ultima and Lusa?
4  A   My accountant, I don't know what advice I
5  got. Because I thought I knew a lot of stuff because
6  I worked at banks. So, I might not have good advice.
7  That's what I thought about myself back then. But I
8  know my accountant wrote a letter to the IRS saying
9  that Ultima now was a qualified S-chapter subsidiary
10 company to Lusa. So, maybe. I don't know that we had
11 to do anything else, but maybe that was because we'd
12 start filing consolidated tax returns going forward.
13 Q   And did you structuring Ultima as a
14 subsidiary provide you with any type of benefits?
15 A   I really don't know. Remember how you asked
16 if I had received advice, and I assumed I knew stuff.
17 I've seen a lot of complications from doing that.
18 Because I realized over time, especially when Ultima
19 had a lot of work -- Recently, as I tried to get out
20 of certain states, I have to get out under Ultima and
21 under Lusa. And I also had opened duplicate accounts
22 that I shouldn't have opened.

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 7 of 20
PageID #: 965
19 (Pages 70 - 73)
www.CapitalReportingCompany.com

Page 74

1  So, I've been overpaying some of my taxes.
2 There are some things that I didn't quite understand,
3 just because every state's different. So, I would say
4 it's possible there were tax advantages, and there are
5 definitely some disadvantages as well.
6   Q   Did structuring Ultima to a subsidiary of
7 Lusa affect your liability for Ultima?
8   A   So, this is another thing where I thought
9 there might be a benefit to having the parent-
10 subsidiary relationship. And when I was looking into
11 it, I asked my benefits providers, like insurance and
12 all that. Because both entities are still owned 100
13 percent by me, they basically can have the same plan.
14 I didn't have to amend my 401K plan or my medical
15 benefits plan. And I don't know the legalese of it,
16 but they're basically still affiliated the same as
17 they were before.
18   So, I'm sort of getting the same advantages
19 in that way. I didn't understand if that was true.
20 But to more answer your question, yes, I had to create
21 a new insurance policy for Ultima in Ultima's name,
22 and I just had to know the other benefits companies

Page 75

1 that Ultima's no longer owned by Lusa. I'm sorry if
2 I'm rambling. I'm starting to --
3   Q   You're just talking about -- When you said
4 you had to create a new insurance policy, that's when
5 you made the recent change.
6   A   Yes. So, that is an example of where I
7 would have had to make a change. So, for the
8 benefits, I didn't have to make a change. The
9 insurance, I didn't have to get a new policy
10 underwritten for Ultima starting the date of the
11 change. So --
12   Q   When did you make the change? I'm sorry.
13   A   Oh, it would be 1/1/2022.
14   Q   And what prompted that change?
15   A   Well, it's just administratively easier for
16 me at this point. 1.) At the beginning of our
17 calendar or fiscal year, it's easier for accounting
18 purposes. And then, it's kind of the only time I
19 could make the change, because Ultima used to have
20 like hundreds of employees, and they operated in many
21 different states. And we're here, because I haven't
22 been able to compete for that work. So, that work's

Page 76

1 gone.
2   And now, I only have kind of the shell of
3 the company. I have three people working for Ultima.
4 If I was going to make any structural changes, this is
5 the time to do it.
6   Q   And you mentioned needing to buy a new
7 insurance policy. Have there been any other effects
8 of restructuring Ultima and Lusa?
9   A   Yes. I guess I would say Ultima's business
10 has kind of been decimated. So, it can't afford its
11 own administrative staff, which used to be covered by
12 the parent, like for processing payroll and invoicing
13 and that sort of thing. So, to handle that, I'm not
14 going to hire a new administrative person under Ultima
15 that Ultima, quite honestly, can't afford. So, what I
16 did is I created like a service agreement. So,
17 basically, Ultima contracts with Lusa.
18   And if Ultima has any administrative kind of
19 needs, Lusa can perform that on an hourly basis, and
20 then will bill Ultima probably quarterly. I'm not
21 going to make it a big burden on myself. So, that
22 way, I don't have to incur more costs on Ultima's

Page 77

1 side.
2   Q   Are you the president, vice president,
3 treasurer, and secretary of Ultima?
4   A   Yes.
5   Q   And that was before and after the recent
6 change?
7   A   That's correct.
8   Q   Have there ever been any other officers of
9 Ultima?
10   A   Other than the prior owner, no.
11   Q   But she wasn't an officer after you
12 purchased it. Correct?
13   A   Correct.
14   Q   So, I think you said that it cost you
15 $20,000.00 to purchase Ultima. Is that right?
16   A   Around there. It could have been a little
17 more, a little less. I don't remember.
18   Q   And did you need to get a loan for that, or
19 did you have that kind of money available?
20   A   I wasn't creditworthy at all in terms of my
21 business, but I did get a loan from my father for
22 whatever that amount was.

Case 2:20-cv-00041-DCLC-CRW  Document 61-2  Filed 06/21/22  Page 8 of 20
PageID #: 966
20 (Pages 74 - 77)
www.CapitalReportingCompany.com

Page 78

1  A  Yeah.
2  Q  Did you pay your father back?
3  A  Yes. I don't know when, but I think it was
4  within the first few years, because I didn't even pay
5  myself for like the first five years. So, I don't
6  know when I paid him, but it would have been earlier
7  than the first five years of Lusa.
8  Q  Did he charge you interest?
9  A  I doubt it, but I don't know. I might have
10 paid him interest just to kind of say thanks, like
11 given him some extra money as a thank-you, but I don't
12 recall if he charged me interest or not.
13 Q  Did you pay it all back in a lump sum, or
14 did you make payments over time?
15 A  I don't recall.
16 Q  When you purchased Ultima, where was it
17 incorporated?
18 A  Out of the state of New Mexico.
19 Q  Do you know why Ms. Hormell established it
20 in New Mexico?
21 A  She's from New Mexico.
22 Q  And Ultima's principal place of business is

Page 79

1  Greenville, Tennessee. Is that right?
2  A  That's correct.
3  Q  When you purchased it, was it located in
4  Greenville, Tennessee?
5  A  No.
6  Q  Why did you locate it in Greenville,
7  Tennessee?
8  A  So, remember how I said there was a lead for
9  the contract on the alarm monitoring? Remember the
10 contract? So, over time, I had grown my work out at
11 Fort Riley, and that lead became more of a manager for
12 me. And there was a point a couple of things change.
13 There was a point where her mother got very ill. So,
14 she needed to move to Greenville where her mother
15 lived. So, she was just wonderful for me, and she was
16 very loyal and helpful.
17     So, I said, "Why don't we create something
18 where you can work out of there? And then, I can keep
19 you on." And at that point, I think we had an office
20 in Jacksonville where I was living at the time --
21 Jacksonville, Florida. So, I was fine, and that
22 worked. And I don't know if we had an office then or

Page 80

1  not, or if she just kind of worked from her house.
2  So, then there was a time when my husband got accepted
3  to business school in New York City.
4     And I was like, "What am I going to do? I
5  can't afford -- What are we doing?" So, I was like,
6  "I can't afford rent in New York City. There's no
7  way. I can't afford our apartment in New York City."
8  So, we looked around, and then we got an office space
9  in Greenville, which was so much more affordable. And
10 also, the whole county is a HUBZone.
11     So, if we want to pursue HUBZone or not --
12 which I don't know what we were doing at the time,
13 because it kind of comes and goes. But then, that was
14 a good location for us. And then, I could just work
15 from my apartment, but our office would be in
16 Tennessee. So, we maintained that. Really, to this
17 day, both companies have been based out of there. And
18 that might have been over 10 years ago, at this point,
19 that we did that.
20 Q  Did you purchase the office, or did you
21 lease it?
22 A  We just lease it.

Page 81

1  Q  It's in the same location for around 10
2  years.
3  A  It's been, yeah, for the whole time.
4  Q  Does that employee who was from Greenville
5  still work for you?
6  A  Yes.
7  Q  What is her name?
8  A  She's just part-time now. Oh, Valerie
9  Haubrich. So, she was full-time working out of that
10 location with some other people, and then that changed
11 after COVID, plus when we lost a lot of work. And we
12 had to designate a principal HUBZone location. We had
13 a lot of changes kind of coincide with those things.
14 Q  Have you ever lived in Tennessee?
15 A  No. I mean I would. It's a good place to
16 go if you retire.
17 Q  How long is the lease for, for that
18 building?
19 A  I mean for our office space, it's kind of a
20 strip mall. So, we're not leasing the building.
21 We're leasing sort of a space in the building. It was
22 for a year, but we just kind of go month to month

Page 102

1  You get successful because you've proven
2 your ability as a partner to them. It's not like I'm
3 just putting a price list for buying beakers, and I'm
4 cheapest. So, when they took all that work away, we
5 can bid on things, but it's very hard for us to be
6 successful. Nobody knows us. We managed ourselves to
7 make sure NRCS is our client, and there was no way I
8 could have foreseen this ever happening. I had never
9 in my life seen this.
10  For the better part of 18 years, or since
11 2004, all of my work with NRCS was competed for small
12 businesses. So, I would have never thought that, all
13 of a sudden, it's just going to be taken out of the
14 competitive landscape. It's been very difficult for
15 us.
16  Q  I understand what you're saying. These
17 things that you're describing like the newsletter and
18 the binder that some of your employees created, would
19 you say that those are things that Ultima did that
20 went above and beyond the requirements of the
21 contract?
22  A  I would say they ensured we met the

Page 103

1 requirements of the contract, because they were not
2 required. They were not required in the sense that we
3 didn't have to require them. But if we wanted to win
4 on a best value, we had to show that we were different
5 than other bidders. So, it wasn't really a -- We were
6 still meeting the requirements of the contract. We
7 were just doing the best job at meeting the
8 requirements of the contract.
9  So, it's not like we were out of scope or
10 anything. We were just showing… Anybody can meet
11 basic requirements. You can just put in Joe Schmo,
12 lady off the street, who has basic computer skills.
13 What we were saying is, "We care more, and we're going
14 to do a great job." And from my own personal
15 experience, the agency really benefitted from that
16 approach. So, we just had a very strong customer
17 service approach in meeting the requirements of the
18 contract.
19  Q  So, the newsletter, for example, was that
20 part of the contract for Ultima to create a
21 newsletter?
22  A  No.

Page 104

1  Q  Did Ultima bill NRCS for the work it put
2 into the newsletter?
3  A  No, but we would distribute it to the
4 contracting office or to our clients on occasion.
5 Some of them liked to get it, but we never billed for
6 it.
7  Q  Has Ultima ever contracted with entities
8 other than the federal government?
9  A  Yes.
10  Q  Private companies?
11  A  Private companies performing federal
12 contracts. So, it was to perform government services.
13 But we have on, I think, two occasions contracted with
14 county-level entities at our sister organization sort
15 of on a county level to NRCS, called conservation
16 districts, but those are still intertwined with NRCS
17 in a way.
18  Q  Those are not federal contracts.
19  A  They're not federal contracts, but they
20 might be funded by federal dollars under an agreement,
21 but the money's paid to us by the county.
22  Q  So, would you say that the vast majority of

Page 105

1 Ultima's contracts have been with the federal
2 government?
3  A  Yes. And with NRCS, specifically.
4  Q  What about for Lusa? Does Lusa contract
5 with entities other than the federal government?
6  A  Other than private companies who are doing
7 work for the federal government, no.
8  Q  Lusa has never contracted with state or
9 local governments.
10  A  No, but Lusa has a service agreement with
11 Ultima. So, I don't know if that counts or not.
12  Q  Approximately how many contracts does Ultima
13 bid on each year?
14  A  It really depends. Recently, almost none.
15  Q  Why is that?
16  A  Well, I could never decide what to do,
17 because we have a lawsuit. And our past performance
18 on some of our contracts has started to show up as
19 satisfactory in (inaudible), and that's like a C. And
20 it's satisfactory. We're meeting the requirements of
21 the contract. But if someone else is evaluating you
22 as a potential bidder, they might think, "Oh, well.

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 10 of 20
PageID #: 968
27 (Pages 102 - 105)
www.CapitalReportingCompany.com

Page 106

1 Why isn't it very good?"
2      So, I sort of cringe about how we might be
3 received bidding under Ultima. I think we bid on a
4 state job once, because I was like, "They don't care."
5 And we didn't win. But with the federal government, I
6 have concerns about how we would be received,
7 especially because we have a lawsuit, and they might
8 just not want to work with us. They might think we're
9 awful.
10   Q   You said that some of your performance
11 ratings are coming up as satisfactory. Are you
12 referring to performance ratings for the NRCS
13 contracts?
14   A   Yes.
15   Q   Any others?
16   A   No. We have good reviews for our other
17 contracts. And it depends on the contracting.
18   Q   Is it fair to say that you're kind of
19 holding off a bit on bidding too much to wait and see
20 what happens with this lawsuit?
21   A   No. We've been bidding extensively under
22 Lusa. I just worry about not getting work

Page 107

1 specifically work under Ultima because, let's say, we
2 have a contracting officer who's evaluating our
3 proposal, and they call the one who conducted our
4 CPARS review at NRCS. And then, that person, who may
5 or may not even know me, says something sort of
6 negative. I'm very, very concerned about that,
7 because that would affect our ability to win.
8   Q   Have you ever bid for a contract and learned
9 that you didn't get it because of your CPARS reviews?
10   A   No. But like I said, we haven't bid so much
11 under Ultima just because of the concern I have, too.
12   Q   Do you keep records of Ultima's bids?
13   A   I just have copies of them. I submitted
14 them.
15   Q   Electronic copies?
16   A   Yeah. I might have paper copies, too. I
17 don't know. It depends what state you're asking
18 about.
19   Q   How far back do you have them?
20   A   I don't know. I have a lot of boxes from
21 moving. And so, we don't know what's in that. So, it
22 could be for a long time. It's a mystery.

Page 108

1   Q   Do you keep track of number of bids versus
2 number of contracts Ultima won?
3   A   I don't know. Not formally. I know if we
4 bid stuff and didn't get it. I don't know.
5   Q   So, you don't keep track of Ultima's bidding
6 success rate?
7   A   I mean I just know if we won, or we didn't
8 lose. I don't really keep a spreadsheet of wins and
9 losses, because I'm the one writing them. So, I know
10 if we won them or not.
11   Q   Approximately how many contracts does Lusa
12 bid on each year?
13   A   So, it depends. Since Ultima started losing
14 a lot of work, Ultima's ramped up its bidding a lot.
15   Q   Sorry. You said Ultima ramped up. Did you
16 mean Lusa ramped up?
17   A   Sorry. Thank you for correcting me. Since
18 Ultima started losing all of the NRCS work -- and then
19 even though Lusa got some of that work, but we
20 understand we're not going to compete with that either
21 -- then Lusa has bid on a number of contracts, like a
22 lot. I feel like we were really working a lot,

Page 109

1 especially in 2020.
2      We've bid extensively on almost anything we
3 could find, but it's very hard to win. I think we
4 only won one contract, and it was for a small project
5 with a proclamation. It was only a one-year term.
6 So, I guess that illustrates my point. You can't just
7 go bid on 50 procurements, because it's very hard.
8 You're up against people who really understand the
9 work.
10      You may not quite understand it. It's just
11 it's really hard to pivot into other entities where
12 maybe you don't have direct experience. So, you're
13 trying to map it, but maybe other companies can map it
14 better.
15   Q   So, you said you were bidding extensively.
16 Lusa was bidding extensively. What are some examples
17 of agencies that Lusa was bidding on in 2020?
18   A   So, I know we bid with NOAA, because I would
19 love to work with NOAA. They seem like the nicest
20 people. Some agencies aren't that -- seem that
21 friendly. So, I always want to get in with NOAA. We
22 bid with Department of Energy, which is sort of a

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 11 of 20
PageID #: 969
28 (Pages 106 - 109)
www.CapitalReportingCompany.com

Page 126

1  Q  Was it right away, or did you wait a while?
2  A  It's so far back, I just don't remember when
3  it started bidding on other contracts.
4  Q  Do you recall what the first contract it was
5  that Ultima bid on after you purchased the company?
6  A  I recall having a -- excuse me -- a crossing
7  guard contract.
8  Q  Was that with a city or local government?
9  A  That would have been at Fort Riley, Kansas
10 with the Army.
11 Q  So, you basically recruited crossing guards
12 to work there?
13 A  Correct.
14 Q  How long did that contract last?
15 A  Multiple years from what I remember.  I
16 don't recall how many exactly.
17 Q  Was that contract reserved for small
18 businesses?
19 A  Yes.  To my recollection, it would have
20 been.
21 Q  So, when does Ultima first bid on a contract
22 with the USDA?

Page 127

1  A  In 2004.
2  Q  And was that for work at NRCS?
3  A  Correct.
4  Q  And how did you learn about that
5  opportunity?
6  A  It was posted online.
7  Q  Were you regularly checking contract
8  websites that post contracts to bid on?
9  A  Yes.
10 Q  At that time, how many contracts would you
11 say you were bidding on in a year for Ultima?
12 A  I have no idea.  I just can't remember.
13 Q  So, what was that first contract with NRCS
14 that Ultima bid on?
15 A  It was with the state of South Dakota.
16    REPORTER:  I'm sorry.  Could you repeat
17 that, Ms. Bennett?
18    THE WITNESS:  Sorry.  It was with the
19 state of South Dakota.  Can you hear me okay?
20    REPORTER:  Yes.  There's just a bit of
21 a static.  When you speak closer into the microphone,
22 there's less of that feedback.

Page 128

1    THE WITNESS:  Okay.
2    REPORTER:  So, the closer you sit to
3  the microphone.
4    THE WITNESS:  Okay.
5  BY MS. GRAY:
6  Q  So, at that time, was that just the one NRCS
7  office that you were competing on work for?
8  A  Can you clarify office?
9  Q  Okay.  I'll go back.  So, you said it was
10 for the state of South Dakota.  Were there multiple
11 NRCS offices in South Dakota?
12 A  Yes.
13 Q  Okay.  So, you were bidding on work to staff
14 all of the NRCS offices in South Dakota, or just
15 particular ones?
16 A  I think just particular ones.
17 Q  Okay.  And Ultima won that contract?
18 A  Yes.
19 Q  Was that contract reserved for small
20 businesses?
21 A  Yes.
22 Q  Was it set aside for HUBZone or any other

Page 129

1  specific type of company?
2  A  No.
3  Q  Do you recall the NAICS code that that
4  contract was in?
5  A  No.
6  Q  So, what was the type of work that Ultima
7  provided?
8  A  I would describe it as administrative and
9  technical services, in a broad sense.
10 Q  Can you just describe it more in like plain
11 language?  What were the employees actually doing for
12 NRCS?
13 A  So, they were assisting NRCS with contracts
14 between the landowners and the NRCS itself, and that
15 could be like the lifecycle of a contract --
16 inception, the application, all the way to funding and
17 monitoring it at closeout.  They did a lot of audit
18 support.  They could have done a lot of special
19 projects or analysis that might be required, depending
20 on what that office was doing.
21    And they might be assisting in the field,
22 which would be sort of a technical, but also

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 12 of 20
PageID #: 970
33 (Pages 126 - 129)
www.CapitalReportingCompany.com

Page 138

1  support services for NRCS. Is that right?
2    A   What date did you say?
3    Q   2017.
4    A   Correct.
5    Q   And prior to winning the regional IDIQ
6  contracts, what percentage of Ultima's work was for
7  NRCS?
8    A   It might have been 100 percent.
9    Q   Did Ultima bid on the regional contracts in
10 full and open competition?
11   A   It wasn't full and open. It was total small
12 business.
13   Q   Okay. So, reserved for small businesses,
14 because competed for all small businesses?
15   A   Correct.
16   Q   Had you been awarded an IDIQ contract
17 before, either with Ultima or Lusa?
18   A   Not to my knowledge.
19   Q   And your understanding is IDIQ stands for
20 indefinite delivery, indefinite quantity.
21   A   Correct.
22   Q   And what is your understanding of what that

Page 139

1  means?
2    A   It means you could have multiple orders
3  under a base contract.
4    Q   Prior to your bidding on the contracts in
5  2017, had you ever seen NRCS request bids to provide
6  administrative or technical support services on a
7  regional basis?
8    A   NRCS, you said?
9    Q   Yes.
10   A   Not that I can recall.
11   Q   Had you ever seen them request bids on a
12 national contract to provide administrative or
13 technical services?
14   A   No, not that I can recall.
15   Q   Typically, would the contracts be for a
16 particular state or a particular office in a state?
17   A   For a particular state, is my experience.
18   Q   And so, all four of the regional contracts
19 were in NAICS code 561110. Is that right?
20   A   Correct.
21   Q   And each of the four contracts had a one-
22 year base period with four one-year option periods.

Page 140

1  Is that right?
2    A   Correct.
3    Q   So, they could potentially last up to five
4  weeks. Is that right?
5    A   Correct.
6    Q   And the capacity on each base and option
7  period was $2 million. Is that right?
8        MR. ROSMAN: Objection to form.
9  BY MS. GRAY:
10   Q   You can answer, if you know.
11   A   Capacity for each base and each option.
12 Correct, yes.
13   Q   Okay. So, with one base and four option
14 periods, the maximum capacity on each contract is $10
15 million. Is that right?
16   A   Correct.
17   Q   And is it your understanding that under the
18 terms of the contract, USDA could exercise the options
19 early?
20   A   That depends.
21   Q   Okay. So, in other words, they didn't have
22 to wait a full year and then exercise an option for

Page 141

1  the next year. They could exercise the option early
2  if necessary for some reason. Is that how it worked
3  in your understanding?
4    A   That is how it worked. That was not my
5  initial understanding.
6    Q   Okay. What was your initial understanding?
7    A   My initial understanding during the bid
8  process -- I don't remember how. Anyways, my initial
9  understanding was $2 million per year was all they
10 needed, and the IDIQs would go for 10 years. That was
11 the expectation of the NRCS.
12   Q   You mean five years?
13   A   Or five. I'm sorry. For five years. So,
14 $10 million was the ceiling. You had $2 million per
15 year, and it didn't need -- I had submitted a question
16 if they needed more than that. They said no, and that
17 it would go five years, but that was their
18 expectation.
19   Q   Did NRCS exercise options early?
20   A   Yes.
21   Q   Do you recall how many times?
22   A   No.

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 13 of 20
PageID #: 971
36 (Pages 138 - 141)
www.CapitalReportingCompany.com

Page 210

1 for that contract? Is that because you just haven't
2 gotten paid for that contract yet because it's too
3 new?
4    A   Oh, yeah. So, that contract, we only
5 invoiced one time upon the completion of the work.
6 So, if it says zero, it's because we probably hadn't
7 invoiced or received any payment at the time that this
8 was created.
9    Q   Do you think that the woman-owned small
10 business program discriminates against men?
11    A   I think that any set-aside that's not total
12 small business discriminates against somebody.
13    Q   Do you think set-asides for small business
14 discriminate against businesses that are not small?
15    A   By definition, that would be true.
16    Q   Do you think it's not fair that businesses
17 not owned by men can't bid on certain contracts?
18    A   Do I think it's not fair that men…? I would
19 agree that I think that that's unfair. Yes.
20    Q   So, then why did you apply for the women-
21 owned small business program?
22    A   Because I don't set the rules, and I need to

Page 211

1 play. I have to do what I can to compete in the
2 environment set forth by the government to compete for
3 contracts.
4    Q   So, while Ultima was a subsidiary of Lusa,
5 you understand that Ultima was not eligible to apply
6 for the woman-owned small business program. Right?
7    A   Do I understand that now? Sure.
8    Q   Okay. At the time you structured it that
9 way, you didn't understand that?
10    A   No. Because if you're owned by me and
11 stuff, actually, that everything's women-owned. So, I
12 thought it was sort of a transitive property that
13 extended down to a subsidiary company.
14    Q   Now that you've restructured Ultima so that
15 you're the direct owner, do you plan to apply for the
16 woman-owned small business program for Ultima?
17    A   I'm eligible to do so now. I haven't
18 thought about it because I've been working on all of
19 these other things.
20    Q   Okay. Now, we're going to move into Topic
21 5, which is information related to Ultima's status as
22 a small business as defined by SBA regulations. So,

Page 212

1 you understand that the size standards for small
2 businesses vary based on the NAICS code. Correct?
3    A   I understand that, yes.
4    Q   And is it your understanding that the size
5 standards are based on the business's annual receipts?
6    A   Correct.
7    Q   And when Ultima was a subsidiary of Lusa, do
8 you understand that in determining whether one or the
9 other was a small business, that they had to be
10 combined, that the receipts of both companies were
11 combined?
12    A   It's my understanding that that's true
13 whether or not Ultima is a subsidiary of Lusa or not.
14 Yes.
15    Q   Okay. So, since you've restructured, you
16 don't think that that's changed?
17    A   In terms of their eligibility as small under
18 certain NAICS codes, no. The rules are the same
19 because I own them both.
20    Q   Okay. So, for NAICS Code 561110, do you
21 know what the size standard is?
22    A   In terms of just the NAICS code, like gross

Page 213

1 receipts over the (inaudible), yes.
2    Q   Yeah, okay. Is it $8 million? Is that what
3 you --
4    A   Currently it is, yes.
5    Q   Okay. We had served some requests for
6 admission. I think you provided this back in June,
7 and I understand things can change. But in your
8 response to a request for admission, you admitted that
9 Ultima did not meet the small business size standard
10 for 561110. Do you recall that?
11    A   I don't actually think that's totally
12 accurate.
13    Q   Okay. Why is that?
14    A   Because it really depends on what's going on
15 with the business. So, under our current contracts,
16 we are small under that NAICS code.
17    Q   So, is it accurate to say that there have
18 been times where Ultima has exceeded the small
19 business standard for 561110?
20    A   It depends on what type of contract you're
21 talking about.
22    Q   Okay. Well --

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 14 of 20
PageID #: 972
54 (Pages 210 - 213)
www.CapitalReportingCompany.com

Page 234

1 more capital than me. So, it's conceivable then that
2 they could perform work that I couldn't perform.
3    Q   Have you ever been denied a loan in the last
4 five years?
5    A   Yes.
6    Q   Okay. When?
7    A   I think a few times.
8    Q   Okay. When was the most recent time?
9    A   I don't remember the most recent time when
10 it happened.
11   Q   Was it within the last year?
12   A   No.
13   Q   Within the last two years?
14   A   Two years. No.
15   Q   Within the last three years?
16   A   Yeah. So, I would say within maybe the last
17 three years.
18   Q   Okay. And were you applying for a loan in a
19 personal capacity or for one of your businesses?
20   A   For one of my businesses.
21   Q   Which one?
22   A   Lusa.

Page 235

1    Q   What was the amount that you were seeking?
2    A   I was just seeking an increase to our line
3 of credit.
4    Q   And is that what you referred to? I think
5 in one of your interrogatory responses, you said you
6 were denied a requested increase in a credit line at
7 Wells Fargo.
8    A   Yes.
9    Q   Okay. And you said that the stated reason
10 was inadequate past performance. Do you know what
11 Wells Fargo was referring to by inadequate past
12 performance?
13   A   Yes.
14   Q   What?
15   A   So, basically, if you're a traditional bank,
16 you don't lend on a forward-looking basis. You lend
17 on a past performance basis. And so, we didn't have
18 enough past performance for them to feel comfortable
19 to merit an increase in our line, and they also -- I
20 don't know if we responded to this. They also said I
21 didn't have enough available money as a guarantor to
22 support an increase, because it's an uncollateralized

Page 236

1 loan. So, my guarantee matters more than maybe for
2 other businesses.
3    Q   And what was your line of credit where you
4 sought the increase?
5    A   $350,000.00.
6    Q   What were you seeking to increase it to?
7    A   I didn't have a specified amount. I just
8 wanted to have discussions about increasing it.
9    Q   And were there any other times than that in
10 the last five years?
11   A   In the last five years, no.
12   Q   Any times before the last five years?
13   A   Yes.
14   Q   How many other times were you denied a loan?
15   A   Multiple times with multiple banks over the
16 span of -- I don't know -- from five years ago to
17 maybe 10 years before that. I don't know the dates.
18   Q   Were all of those related to business loans?
19   A   Yes, they were.
20   Q   When you were denied that line of credit
21 increase at Wells Fargo, were you able to obtain that
22 credit anywhere else?

Page 237

1    A   Yes.
2    Q   Where?
3    A   A couple of sources -- three sources. I
4 sought financing from TRAX, which is a large prime
5 company. I sought financing from myself. I sought
6 financing from my father and then also from the bank
7 itself. And then, at some point, I also received a
8 PPP loan, if you're familiar with those. So, I was
9 able to receive financing, and then I had received an
10 approval for financing but didn't use the company or
11 one or two companies that approved me for financing.
12 I didn't use them.
13   Q   Okay. How much was the total financing that
14 you were able to receive at that time?
15   A   All together?
16   Q   Yes.
17   A   It was substantial at times. I would say
18 over $500,000.00.
19   Q   Okay. You said you received some from the
20 bank. Were you referring to Wells Fargo or a
21 different bank?
22   A   It depends on the loan. So, the PPP money

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 15 of 20
PageID #: 973
60 (Pages 234 - 237)
www.CapitalReportingCompany.com

Page 238

1  was not from Wells Fargo. It was from a bank called
2  Middlefield Bank, but the bank does refer to Wells
3  Fargo in our state credit facility.
4      Q    Okay. So, they did you give you some amount
5  of money?
6      A    They just maintained the amount that we had
7  had in the past. They refused to increase the amount.
8      Q    Okay. And you said that you got some for
9  yourself. How much was that?
10     A    I have no idea.
11     Q    More than $100,000.00?
12     A    I don't know. It's possible, but I just
13 have no idea.
14     Q    How much did you get from your father?
15     A    I know that was more than $100,000.00.
16     Q    And when was this?
17     A    I don't know. In the past five years.
18     Q    And have you paid that money back?
19     A    No, not to him specifically, no. I still
20 have it as a liability on my books.
21     Q    Is he charging interest?
22     A    No, not formally.

Page 239

1      Q    What does your father do?
2      A    He's retired.
3      Q    From what business?
4      A    From what government contracting, from doing
5  the same type of business.
6      Q    What kind of industries did he contract for
7  work in?
8      A    I would say they were engineering, like a
9  ton of -- engineering services, logistics, and I don't
10 know what else he would have done. I don't know.
11     Q    What was the name of his company?
12     A    It was TRAX International.
13     Q    And who is the current owner of TRAX?
14     A    A person by the name of Brian -- I'm trying
15 to think. I can't remember his last name. Oh, gosh.
16 I think it's Brian Clark, I think. It might be Brian
17 Smith. There's a few Brians. So, I just can't
18 remember right now.
19     Q    Do you know him in a personal capacity?
20     A    The Brian? No.
21     Q    The current owner of TRAX.
22     A    Oh, no, no. No, no, no. I don't really

Page 240

1  know him. I know the project managers.
2      Q    Okay. Do you still have family who works in
3  that company?
4      A    No. There's no other family.
5      Q    Is he somebody who worked for your dad when
6  he owned the company?
7      A    No. They didn't, to my knowledge, even know
8  each other.
9      Q    So, he just purchased the company from your
10 father?
11     A    Correct.
12     Q    And when you said that you obtained credit
13 from TRAX, was that after your father had retired, or
14 while he was still the owner of the company?
15     A    He was still the owner of the company.
16     Q    And how much did you get from TRAX?
17     A    I just don't remember.
18     Q    Was it more than $100,000.00?
19     A    Yes, yes. I think it was more. I think it
20 was like -- I don't know. At times, it could have
21 been substantial, like I said, like $500,000.00 maybe,
22 but I don't remember, because it was a credit

Page 241

1  facility. So, it would go up and down. It wasn't
2  just like a term loan where it's a set amount of
3  money.
4      Q    Did TRAX charge you interest?
5      A    Yes.
6      Q    Have you paid that back?
7      A    Yes. I had to pay that on a schedule, and I
8  paid all of the principal and interest on time, you
9  know, on schedule until they closed it.
10     Q    When did you get that credit from TRAX?
11     A    It would have been when I had a substantial
12 increase in my business from the IDIQ (inaudible).
13 So, around that time, I just don't recall exactly
14 when.
15     Q    Was it in the last few years?
16     A    I mean it's the last two years, but I think
17 it was sort of coincidental with the big ramp-up of
18 our business with NRCS.
19     Q    Okay. When you say our business, do you
20 mean Lusa or Ultima?
21     A    I mean just me referring to my companies as
22 ours.

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 16 of 20
PageID #: 974
61 (Pages 238 - 241)
www.CapitalReportingCompany.com

Page 246

1  I thought was inappropriate, at least as it applied to
2  facts other than facts related to the businesses that
3  she owns. So, we maintain that objection.
4        MS. GRAY: Okay. I'm just asking for
5  the factual basis you have for some of the
6  allegations.
7        MR. ROSMAN: Right. But there are some
8  allegations in here which were resulting from
9  attorneys' investigation. And so, I'm not sure she'd
10 be able to answer that question entirely without
11 reference to that. So, that's my objection.
12       MS. GRAY: All right.
13 BY MS. GRAY:
14    A   I kind of agree. I feel like I really can't
15 fully answer that.
16    Q   So, Defendants had asked you to produce
17 documents related to this contention, and you
18 responded that you do not have any such documents. Is
19 that right?
20    A   Where did I respond to that?
21    Q   That was in your request for production.
22 You don't have to remember that. But do you have any

Page 247

1  documents that would support this contention that
2  fewer firms would qualify for Section 8A firms without
3  the presumption?
4     A   I feel like the government would have some
5  of these documents.
6     Q   And so, what is your basis for making that
7  allegation that fewer firms would qualify without the
8  presumption?
9         MR. ROSMAN: I'm going to repeat my
10 objection.
11 BY MS. GRAY:
12    A   Well, because if they're not presumed to be
13 that, then they can't receive the contract under the
14 8A program.
15    Q   Well, do you understand that the 8A program
16 currently includes an option for individuals to
17 establish social disadvantage by submitting evidence
18 of disadvantage?
19    A   I understand that, but I know it's a farce.
20 So, technically, I understand that.
21    Q   But if there was no presumption, couldn't
22 those companies just go through the application that's

Page 248

1  already available?
2        MR. ROSMAN: Well, I guess I'll
3  continue to object. If you can answer the question,
4  go ahead.
5  BY MS. GRAY:
6     A   I mean, I don't know, because it's my
7  understanding that those groups are treated
8  differently under the program than white applicants.
9  So, I don't know how they would be treated under the
10 existing structure of the program.
11    Q   Okay. Is it fair to say that -- You know
12 what? Strike that. So, you also said that in the
13 absence of the presumption, far fewer contracts would
14 be reserved for the Section 8A program. Is that
15 right?
16    A   I think that's just a logical question. If
17 there are no company, or companies aren't in the 8A
18 program, then you wouldn't have so many set-asides for
19 the 8A program. I don't really know what the question
20 is.
21    Q   No, that's fine. And okay, that's fine.
22 Okay. And then, in Paragraph 20, it says, "In the

Page 249

1  absence of SBA's presumption, Ultima would have far
2  more opportunities to bid on contracting opportunities
3  with the USDA." Did I read that correctly?
4     A   Yes.
5     Q   And how do you know this to be true?
6     A   Well, because I've had contracts that were
7  set or cancelled, or funds weren't added, or I was
8  stopped from competing because the contracts were
9  given to other 8A firms who were presumed socially
10 disadvantaged, when I am white, and I'm not presumed
11 socially disadvantaged. And I wouldn't be a
12 participant in the 8A program because of that.
13    Q   So, we're going to move down to Paragraph
14 22. So, Ultima's owner is not a member of a racial
15 minority. What is your race?
16    A   White, Caucasian.
17    Q   And have you ever applied for the 8A program
18 for either Ultima or Lusa?
19    A   No.
20    Q   Why not?
21    A   Because I am white, and I would never be
22 accepted into the program. I really view it as kind

Case 2:20-cv-00041-DCLC-CRW   Document 61-2   Filed 06/21/22   Page 17 of 20
PageID #: 975
63 (Pages 246 - 249)
www.CapitalReportingCompany.com



**1250 Eye Street, N.W. - Suite 350, Washington, D.C. 20005**
**Phone: 202-857-DEPO    Fax: 973-629-1287**
**Email: Erratas-CS@veritext.com**

June 14, 2022

To:   Juliet Gray

In Re:   Ultima Services Corporation v US Department Of Agriculture Et Al

Veritext Reference Number:    5106487

Witness:   Celeste Bennett

Deposition Date:   March 16, 2022

Dear Sir/Madam:

Enclosed you will find the executed errata sheet in regards to the matter referenced above.

This is being sent to your office as you handled the direct examination of the witness.

Veritext has saved a copy of the errata and has forwarded copies to all counsel who

received a transcript in this matter.  Please keep this for your records.

If you have any questions, please call the above number and ask to speak with the production

department.

Sincerely,
Production Department

Encl.
CC:   Michael E. Rosman

ERRATA SHEET
VERITEXT CORPORATE SERVICES
800-567-8658

ASSIGNMENT NO. CS5106487
CASE NAME: Ultima Services Corporation v. US Department Of Agriculture Et Al
DATE OF DEPOSITION: 3/16/2022
WITNESS' NAME: Celeste Bennett

| PAGE/LINE(S)/ | CHANGE | REASON |
|---|---|---|
| 22, 5-6 | delete text and change to "No. I worked on a company (which might never have been incorporated) called NucleNet at some point around or before LUSA was started." | Reason: I misremembered. |
| 44, 7 | delete "a" and replace "fart" with "fog" | Reason: mistranscribed |
| 45, 18-19 | delete "because that's just the group where the people are doing the work" | Reason: I do not think I said this and it does not make sense. |
| 73, 5 | replace "good" with "sought out" | Reason: mistranscribed |
| 73, 7 | replace "know" with "think" | Reason: I misspoke. |
| 74, 21 | replace "know" with "notify" | Reason: mistranscribed |
| 84, 11 | replace "541611" with "561110" | Reason: Ultima's correct NAICS code today is 561110. |
| 85, 13 | replace "rewards" with "awards" | Reason: mistranscribed |
| 85, 13 | replace "competitive" with "competition" | Reason: mistranscribed |
| 85, 15 | replace "reward" with "award" | Reason: mistranscribed |
| 104, 13 | delete "at our sister organization" | Reason: We do not have a sister organization and I do not believe I said this. |
| 106, 16 | add "officer" after "contracting" | Reason: mistranscribed |
| 108, 6-7 | replace "we didn't lose" with "if we lost" | Reason: mistranscribed |
| 109, 4 | delete "a proclamation" replace with "the Bureau of Reclamation" | Reason: mistranscribed |
| 109, 10 | replace "entities" with "areas" | Reason: mistranscribed |

| | | |
|---|---|---|
| 109, 11-13 | delete "So you're trying to map it, but maybe other companies can map it better." Reason: Must be mistranscribed as I do not believe I said this. | |
| 113, 3 | replace "can" with "can't" Reason: mistranscribed | |
| 134, 17 | replace "in the Army" with "for the bid" Reason: mistranscribed | |
| 135, 7 | delete "Yes, correct." Replace with "No. LUSA won a competitive contract in California." Reason: I misspoke. | |
| 169, 11 | replace "got" with "were" Reason: mistranscribed | |
| 188, 9-10 | delete "some kind of purchase for them" Reason: Mistranscribed. I do not think I said this. | |
| 201, 8-9 | delete all text and replace with "work that falls under the engineering NAICS code" Reason: I misspoke. | |
| 261, 16 | replace "program" with "problem" Reason: mistranscribed | |
| 266, 12-13 | delete "that's fine. Guess we're not going to change it" replace with "that they weren't going to change the rating." Reason: mistranscribed | |
| 266, 22 | replace "Ells" with "Alves" Reason: mistranscribed | |

I, Celeste Bennett declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

Signed June 14, 2022.

_____
Celeste Bennett