# EXHIBIT 3

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF TENNESSEE

3    _____

4    ULTIMA SERVICES CORPORATION,

5              Plaintiff,

6         v.                                Case No.

7    U.S. DEPARTMENT OF AGRICULTURE,         2:20-cv-00041-

8    U.S. SMALL BUSINESS                     DCLC-CRW

9    ADMINISTRATION, SECRETARY OF

10   AGRICULTURE, AND ADMINISTRATOR

11   OF THE SMALL BUSINESS

12   ADMINISTRATION,

13             Defendants.

14   _____

15             VIDEOCONFERENCE DEPOSITION OF

16                   HEIDI ATKINSON

17   DATE:         Wednesday, April 20, 2022

18   TIME:         9:44 a.m.

19   LOCATION:     Remote Proceeding

20                 Front Royal, Virginia

21   REPORTED BY:  Timothy Guevara, Notary Public

22   JOB NO.:      5192132

## Page 2

```
 1    A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF ULTIMA SERVICES CORPORATION:
 3    MICHELLE SCOTT, ESQUIRE (by videoconference)
 4    Center for Individual Rights
 5    1100 Connecticut Avenue Northwest, Suite 625
 6    Washington, DC 20036
 7    scott@cir-usa.org
 8    (202) 833-8400
 9
10    MICHAEL E. ROSMAN, ESQUIRE (by videoconference)
11    Center for Individual Rights
12    1100 Connecticut Avenue Northwest, Suite 625
13    Washington, DC 20036
14    rosman@cir-usa.org
15    (202) 833-8400
```

## Page 3

```
 1    A P P E A R A N C E S (Cont'd)
 2  ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF
 3  AGRICULTURE, U.S. SMALL BUSINESS ADMINISTRATION,
 4  SECRETARY OF AGRICULTURE, and ADMINISTRATOR OF THE
 5  SMALL BUSINESS ADMINISTRATION:
 6    K'SHAANI SMITH, ESQUIRE (by videoconference)
 7    United States Department of Justice
 8    950 Pennsylvania Avenue, Northwest
 9    Washington, DC 20530
10    shaani.smith@usdoj.gov
11    (202) 598-6856
12
13    JULIET GRAY, ESQUIRE (by videoconference)
14    Department of Justice Civil Rights Division
15    Employment Litigation Section
16    150 M Street Northeast
17    Washington, DC 20530
18    juliet.gray@usdoj.gov
```

## Page 4

```
            I N D E X
EXAMINATION:                                PAGE
    By Ms. Scott                              8
    By Ms. Smith                            187
    By Ms. Scott                            214

            E X H I B I T S
NO.         DESCRIPTION                     PAGE
Exhibit 0001   USDA Decision Memorandum for
               Acting Chief                  27
Exhibit 0002   USSBA Acceptance Letter - 8/22/19   76
Exhibit 0003   Letter from USDA to Teri Taylor
               at USSBA - 6/12/18            80
Exhibit 0004   Letter from NRCS to Jawanda
               Jones at USSBA - 6/24/19      85
Exhibit 0005   Letter from USSBA to Ryan Lorimer
               - 6/14/18                    118
Exhibit 0006   Email Correspondence         123
Exhibit 0007   Letter from USSBA to Terri Denison
               - 9/19/18                    131
Exhibit 0008   Letter from USSBA to Danny Mandell
               at USDA - 9/20/18            133
```

## Page 5

```
            E X H I B I T S (Cont'd)
NO.         DESCRIPTION                     PAGE
Exhibit 0009   Solicitation/Contract/Order for
               Commercial Items             139
Exhibit 0010   Letter from NRCS to Shuraie Mackin
               at USSBA - 8/24/18           141
Exhibit 0011   Letter from NRCS to Nancy Porzio
               at USSBA - 7/12/19           149
Exhibit 0012   Letter from USSBA to Danny Mandell
               at USDA - 8/12/19            157
Exhibit 0013   Letter from USDA to USSBA
               - 2/25/20                    159
Exhibit 0014   Email from Howard Stover to Monet
               Chapman - 7/16/19            170
Exhibit 0015   Email from Howard Stover to Monet
               Chapman - 7/16/19 (Duplicate)    172
Exhibit 0016   Emails between Monet Chapman and
               Howard Stover - 7/16/19      173
Exhibit 0017   Letter from USSBA to Howard Stover
               at USDA - 7/16/19            179
Exhibit 0018   Email Correspondence         182
            (Exhibits attached.)
```

2 (Pages 2 - 5)

Page 206

1 considerations relating to the renewal of contracts or
2 requirements, or the exercise of options in contracts,
3 including any contracts with plaintiff." First, does
4 USDA renew contracts?
5  A  The -- we -- the -- the term "renewal" isn't
6 an appropriate term. We use the -- the term "exercise
7 an option" and so whenever a contract is awarded,
8 it's -- it's typically awarded with the -- the first
9 year and then four options, so a total of five years.
10 So we consider it a five year contract, but it's
11 really a one-year with four exercisable options and so
12 USDA/NRCS has the ability to exercise an option on a
13 contract.
14      The term "renewal" would mean that we just
15 automatically give the next five years to the same
16 vendor and that's not appropriate. So whenever a
17 contract period ends, a contract becomes a new award
18 and we create a new contract and a new award at the
19 end of the period of performance for a contract,
20 including the option years.
21  Q  Does USDA or NRCS more specifically ever
22 consider the contractor's performance when determining

Page 207

1 whether to exercise an option?
2  A  Yes, we would. So if the contractor's
3 performance had been unsatisfactory, that would be
4 considered, and had remained unsatisfactory for
5 reasons within their control. Again, it's important
6 to note that just because it's unsatisfactory doesn't
7 mean that you can't award it. It just wouldn't be
8 typical, but -- but the -- the unsatisfactory
9 performance would be considered. But if it were
10 satisfactory or above, then it -- that's all that you
11 would need to -- to provide award without further
12 consideration.
13  Q  Based on your familiarity with the four
14 regional IDIQs awarded to Ultima, did any of the IDIQs
15 allow for options to be exercised early?
16  A  Yes. So what that -- what that means,
17 though, what it means exercised early, that the -- the
18 prior dollar amount had to have been met and that ends
19 that period of performance and so you start a new
20 period of performance with a new option and so that's
21 called exercising an option early. Instead of waiting
22 a year, you can do it in less than a year as long as

Page 208

1 you've ended the performance on one before you start
2 next.
3  Q  Going back to Plaintiff Exhibit No. 1 on the
4 first page, under the heading, "Issue/recommendation,"
5 could you read the first sentence out loud, please?
6  A  No. Give me just one second.
7  Q  Sure.
8  A  Did you say -- I've got to get back to that
9 screen. Hold on just a second. I navigated away.
10 And you said Exhibit 1 and what page again, please?
11  Q  The first page.
12  A  Exhibit 1, first page, and then please
13 repeat again for me what you want me to read?
14  Q  Sure. It's under the heading,
15 "Issue/recommendation."
16  A  Yes.
17  Q  And that first sentence there --
18  A  It says, "Two of the" -- yes. "Two of the
19 four existing NRCS regional LAPSS IDIQ contracts are
20 nearing their maximum order value of $10 million."
21  Q  Okay. Are you aware of any of the IDIQs
22 reaching their ceiling?

Page 209

1  A  Yes, that is -- that was factual that
2 shortly after the issuance of this memo, two of the
3 four had expended all of the dollars that had been
4 placed on them and had reached what we call the
5 ceiling.
6  Q  Did that include exercising options early to
7 have access to all of the money allocated for the
8 contract?
9  A  Yes, that's -- correct. That's exactly how
10 it works. So, you know, and I'll just use a dollar
11 amount for example. Say there's 10 million -- well,
12 this was a maximum of 10 million. So that 10 million
13 would have been split into five and so there'd have
14 been 2 million for each year. So as soon as the first
15 2 million was spent, it would require exercising
16 option number two to spend 4 million, exercising
17 option three to spend six, so on and so forth and so
18 you could basically exercise all of those options in
19 one year if -- if needed to have access to the full
20 amount of money that was obligated against the
21 contract.
22  Q  And can you recall how long it took for all

1  Ultima Services Corporation  v. US Department Of Agriculture

2                         Heidi Atkinson

3                           E R R A T A

4                           - - - - -

5     PAGE    LINE    CHANGE

6     15      11      11/2015
7     Reason: I recalled wrong date

8     15      13      11/2015
9     Reason: I recalled wrong date

10    17      10      ~~Stone~~ Change "Smith" to "Stonebraker"
11    Reason: I used wrong name

12    17      12      Change "Gaymullen Brown" to Gay Mullen-Brown
13    Reason: Corrected spelling

14    19      11+12   Change to Contractor Performance Assessment Reporting system
15    Reason: Correct name of the system

16    57      20,21+22  The size standard would be considered
17    Reason: I did not understand the question when asked

18    58      7       Change "No" to "yes"
19    Reason: I did not understand the question when asked

20    61      14      Chang "No" to "yes"
21    I understood that she was asking about the vendor being awarded a contract, not the assignment of NAICS codes by the Contractor to
22    the contract in IAS

      100     8+9     Correct to "Contractor Performance Assessment Reporting System" Reason: Change to correct name of the system.
      104     20      Change "Intergovernmental" to "internal" governmental
              Reason: Correct pronunciation

Ultima Services Cooperation v. US Department of Agriculture
ERRATA Cont

Pg 152 Line 4: The word "new" should be followed by "contract"
Reason: "Contract" should have been stated

Pg 106 Lines 14-22 & pg 107 1-3:
Corrected Response: An option cannot be exercised until the prior option period of performance has ended. It is possible to exercise the next option in the same calander year if the first option is ended.
Reason: In my original response I was using the contracting term "option year" in the context of the period of performance, not in the context of calander year, which could cause my response to be confused.

Page 225

Ultima Services Corporation v. US Department Of Agriculture

Heidi Atkinson

ACKNOWLEDGMENT OF DEPONENT

I, Heidi Atkinson, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

5/16/2022

DATE

SIGNATURE

5192132

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830