# EXHIBIT
# 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00041-DCLC-CRW |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF AMY STONEBRAKER**

I, Amy Stonebraker, declare as follows under penalty of perjury:

1. I am a Supervisory Section Chief in the Acquisitions Division of the United States Department of Agriculture's ("USDA") Farm Production and Conservation ("FPAC") Business Center. I have held this position since April 2021. From 2004 until June 2019, I was a Contract Specialist at the USDA. As a Section Chief, I have access to various databases that contain information related to federal government procurement, including USDA procurements.

2. Attached as Exhibit A is a true and correct copy of an extract of a report pulled from the System of Awards Management (SAM.gov) database.

3. Exhibit A includes contracts awarded for administrative or technical support services to the USDA's Natural Resources Conservation Service ("NRCS") that were open to offers or quotes from either any size business or all small businesses since NRCS made the decision not to issue any more task orders against the regional IDIQs that had been awarded for administrative support services.

4. These contracts were solicited either through the GSA Federal Supply Schedule or SAM.gov.

5. As shown in the last column, the total value of these contracts was approximately $10.8 million.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2022

AMY STONEBRAKER Digitally signed by AMY STONEBRAKER Date: 2022.06.17 14:05:50 -04'00'

Amy Stonebraker

# EXHIBIT A

| Contracting Agency Name | Contracting Office ID | Contracting Office Name | Contracting Officer | PIID | Referenced IDV PIID | Date Signed | Period of Performance Start Date | Completion Date | Est. Ultimate Completion Date | Funding Department Name | Type of Contract | Product or Service Code | Product or Service Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | 12FPC2 | FPAC BUS CNTR-ACQ DIV-OPS BRA-SEC 2 | Nancy Harris | 12FPC221P0047 | | 09/30/2021 | 09/30/2021 | 09/29/2022 | 09/29/2026 | AGRICULTURE, DEPARTMENT OF | FIRM FIXED PRICE | R699 | SUPPORT-ADMINISTRATIVE: OTHER |
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | 12FPC3 | FPAC BUS CNTR-ACQ DIV-OPS BRA-SEC 3 | Jeremiah Kennan | 12FPC320F0079 | GS21F0164W | 04/02/2020 | 04/02/2020 | 04/06/2021 | 04/06/2025 | AGRICULTURE, DEPARTMENT OF | LABOR HOURS | R699 | SUPPORT-ADMINISTRATIVE: OTHER |
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | 12FPC4 | FPAC BUS CNTR-ACQ DIV-OPS BRA-SEC 4 | Ryan Lorimer | 12FPC421F0110 | 47QRAA18D005Z | 09/07/2021 | 09/07/2021 | 09/15/2022 | 09/15/2022 | AGRICULTURE, DEPARTMENT OF | FIRM FIXED PRICE | R699 | SUPPORT-ADMINISTRATIVE: OTHER |
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | 12FPC1 | FPAC BUS CNTR-ACQ DIV-OPS BRA-SEC 1 | Kristina Baker | 12FPC121F0221 | 47QREA18D000T | 09/22/2021 | 09/22/2021 | 09/21/2022 | 09/21/2026 | AGRICULTURE, DEPARTMENT OF | FIRM FIXED PRICE | R699 | SUPPORT-ADMINISTRATIVE: OTHER |
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | 12FPC2 | FPAC BUS CNTR-ACQ DIV-OPS BRA-SEC 2 | Jeremiah Kennan | 12FPC220F0102 | 47QRAA18D0081 | 09/24/2020 | 09/28/2020 | 09/27/2021 | 09/27/2025 | AGRICULTURE, DEPARTMENT OF | FIRM FIXED PRICE | R699 | SUPPORT-ADMINISTRATIVE: OTHER |

| Description of Requirement | NAICS Code | NAICS Description | Principal Place of Performance Location Name | Principal Place of Performance State Code | Legal Business Name | Extent Competed | Solicitation Procedures | Type of Set Aside | IDV Type of Set Aside | Type of Set Aside Source | Commercial Item Acquisition Procedures | Award Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJECT COORDINATOR SERVICES AND APPRAISAL BACKGROUND TO LEAD THE VALUATION TEAM 12 MONTH PERIOD OF PERFORMANCE WITH 4 OPTIONS | 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | WASHINGTON | DC | COMMON SENSE, LLC | COMPETED UNDER SAP | SIMPLIFIED ACQUISITION | SMALL BUSINESS SET ASIDE - TOTAL | | THIS ACTION | COMMERCIAL ITEM | PURCHASE ORDER |
| TWO ADMINISTRATIVE ASSISTANT, HONOLULU COUNTY&TWO CUSTOMER SERVICE REPRESENTATIVE II, HAWAII COUNTY. | 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | HONOLULU | HI | INNOVATIVE CONSTRUCTION & MANAGEMENT SERVICES, LLC | FULL AND OPEN COMPETITION | SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY | | NO SET ASIDE USED. | FSS | SUPPLIES OR SERVICES PURSUANT TO FAR 12.102(F) | DELIVERY ORDER |
| NJ STRATEGIC PLAN - NRCS NEW JERSEY CONSULTING SERVICES | 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | ARLINGTON | VA | FEDERAL MANAGEMENT PARTNERS, INC. | FULL AND OPEN COMPETITION | SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY | | NO SET ASIDE USED. | FSS | COMMERCIAL ITEM | DELIVERY ORDER |
| TO PROVIDE SUPPORT SERVICES TO THE UNITED STATES DEPARTMENT OF AGRICULTURE (USDA) NATIONAL WETLAND CONDITION ASSESSMENT (NWCA) | 561320 | TEMPORARY HELP SERVICES | LINCOLN | NE | SYNERGY AMERICA, INC. | FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES | SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY | | SMALL BUSINESS SET ASIDE - TOTAL | FSS | COMMERCIAL ITEM | DELIVERY ORDER |
| LAPSS TECHNICAL/PROGRAMMATIC SUPPORT MONTANA | 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | BOZEMAN | MT | ATTAINX INC. | FULL AND OPEN COMPETITION | SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY | | NO SET ASIDE USED. | FSS | COMMERCIAL ITEM | DELIVERY ORDER |

| Contracting Officer's Business Size Determination | Action Obligation | Base and Exercised Options Value | Base and All Options Value (Total Contract Value) |
|---|---|---|---|
| SMALL BUSINESS | $364,800.00 | $364,800.00 | $2,016,000.00 |
| SMALL BUSINESS | $239,833.45 | $239,833.45 | $1,234,924.61 |
| SMALL BUSINESS | $76,036.01 | $76,036.01 | $76,036.01 |
| SMALL BUSINESS | $470,386.80 | $470,386.80 | $2,497,487.04 |
| SMALL BUSINESS | $998,989.12 | $998,989.12 | $4,993,923.11 |