# EXHIBIT 14

**Congressional Hearings in which Disparity Studies Were Submitted**

*Investing in a New Vision for the Environment and Surface in Transportation America Act: Hearing on H.R. 3684 Before the H. Comm. on Transportation and Infrastructure*, H.R. Rep. No. 117-70, at 393-95 (2021).[1]

*Investing in a New Vision for the Environment and Surface Transportation in America Act: Hearing on H.R. 3684*, 167 CONG. REC. H3505-07 (daily ed. June 30, 2021) (statement of Rep. Peter DeFazio).[2]

*Investing in a New Vision for the Environment and Surface Transportation in America Act: Hearing on H.R. 3684*, 167 CONG. REC. S5898-99 (daily ed. August 5, 2021) (statement of Sen. Tom Carper).[3]

**List of Disparity Studies by State[4]**

**<u>Alaska</u>**

*Alaska Department of Transportation & Public Facilities Disadvantaged Business Enterprise Study, Final Report*, Prepared by the Alaska Department of Transportation & Public Facilities Civil Rights Office (2020), *available at* https://dot.alaska.gov/cvlrts/pdfs/Alaska-DOTPF-1-0-Final-Report-March-2021.pdf (last visited June 21, 2022). ^*+

*Alaska Department of Transportation & Public Facilities Disadvantaged Business Enterprise Study, Final Appendices*, Prepared by the Alaska Department of Transportation & Public Facilities Civil Rights Office (2021), *available at* https://dot.alaska.gov/cvlrts/pdfs/Alaska-DOTPF-2-0-Final-Appendices-March-2021.pdf (last visited June 21, 2022).

*Alaska Department of Transportation and Public Facilities Disparity Study*, Prepared by MGT of America, Inc. (2014), *available at* https://dot.alaska.gov/cvlrts/pdfs/Disparity_Study_Report.pdf (last visited June 17, 2022).

**<u>Arizona</u>**

*Arizona Department of Transportation Disparity Study, Final Report*, Prepared by Keen Independent Research (2020), *available at* https://azdot.gov/sites/default/files/media/2020/08/KeenIndependent_ADOT_2020DisparityStudy_FinalReport_08262020.pdf (last visited June 17, 2022). ^*+

---

[1] Disparity studies submitted at this hearing will be denoted with ^.
[2] Disparity studies submitted at this hearing will be denoted with *.
[3] Disparity studies submitted at this hearing will be denoted with +.
[4] Disparity studies without a link are not readily available online, but Defendants will provide them to the Court upon request.

1

*Arizona Department of Transportation Disparity Study Report*, Prepared by Keen Independent Research (2015), *available at* https://azdot.gov/sites/default/files/2019/06/2015-adot-disparity-study-report-may-2015.pdf (last visited June 17, 2022).  *+

## California

*Availability and Disparity Study, California Department of Transportation, Final Report*, Prepared by BBC Research & Consulting (2012), *available at* https://dot.ca.gov/-/media/dot-media/documents/2012-caltrans-availability-and-disparity-study-a11y.pdf (last visited June 17, 2022).

*BGPAA Disparity Study - Final Report, Burbank-Glendale-Pasadena Airport Authority (CA)*, Prepared by BBC Research & Consulting (2012), *available at* http://www.hollywoodburbankairport.com/wp-content/uploads/2019/04/BGPAA-Final-Report_121112.pdf (last visited June 21, 2022).

*California Department of Transportation Availability and Disparity Study Report*, Prepared by BBC Research & Consulting (2021), *available at* https://dot.ca.gov/-/media/dot-media/programs/civil-rights/documents/disparity-study/caltrans-disparity-study-2021-final-report.pdf (last visited June 17, 2022).

*California High-Speed Rail Authority Business Market Availability and Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2014).

*Caltrans 2014 Disparity Study for FTA Contracts, California DOT*, Prepared by BBC Research & Consulting (2014), *available at* https://dot.ca.gov/-/media/dot-media/programs/civil-rights/documents/disparity-study-2014-a11y.pdf (last visited June 17, 2022).

*Caltrans Disparity Study*, Prepared by BBC Research and Consulting for Caltrans Department of Transportation (2016) *available at* https://dot.ca.gov/-/media/dot-media/programs/civil-rights/documents/2016-disparity-study-report-a11y.pdf (last visited June 21, 2022). ^*+

*City of Oakland 2017 Race and Gender Disparity Study Draft*, Prepared by Mason Tillman Associates, Ltd. (2020), *available at* https://oaklandside.org/wp-content/uploads/2021/02/disparitystudy.pdf (last visited June 17, 2022). ^*+

*City of San Diego 2020 Disparity Study*, Prepared by BBC Research & Consulting (2021), *available at* https://www.sandiego.gov/sites/default/files/city_of_san_diego_disparity_study_report_-_final.pdf (June 17, 2022).

*Disadvantaged Business Enterprise (DBE) Program Disparity Study Update*, Prepared by Mason Tillman Associates, Ltd. for the Los Angeles County Metropolitan Transportation Authority Disparity Study (2013).

*2015 Disadvantaged Business Enterprise Disparity Study, John Wayne Airport, County of Orange, California Final Report*, Prepared by MGT of America, Inc. (2016).

*Imperial County Transportation Commission Disparity Study*, Prepared by BBC Research & Consulting (2014).

*LA Metro 2017 Disparity Study*, Prepared by BBC Research & Consulting for the Los Angeles County Metropolitan Transportation Authority (2018), *available at* https://media.metro.net/about_us/disparity_study/images/2017_metro_disparity_study.pdf (last visited June 17, 2022). ^*+

*Metro Disparity Study Final Report*, Los Angeles County Metropolitan Transportation Authority, Prepared by BBC Research & Consulting (2010).

*MTS Disparity Study Final Report*, Prepared by BBC Research & Consulting for the San Diego Metropolitan Transit System (2010).

*OCTA Disparity Study Final Report, Orange County Transportation Authority*, Prepared by BBC Research & Consulting (2010), *available at* https://cammnet.octa.net/files/OCTA%20Disparity%20Study%20Final%20Report.pdf (last visited June 17, 2022).

*SANDAG Disparity Study Final Report*, Prepared by BBC Research & Consulting for the San Diego Association of Governments (2010), *available at* https://www.sandag.org/uploads/publicnoticeid/publicnoticeid_163_10935.pdf (last visited June 21, 2022).

*San Diego Association of Governments Disparity Study*, Prepared by BBC Research & Consulting (2014), *available at* https://www.sandag.org/organization/rfps/pdfs/disparitystudy_final.pdf (June 17, 2022).

*San Diego County Regional Airport Authority Disparity Study*, Prepared by BBC Research & Consulting (2010).

*San Francisco Bay Area Rapid Transit District Disparity Study Volume I*, Prepared by Miller3 Consulting, Inc. (2017), *available at* https://www.bart.gov/sites/default/files/docs/VI.BART%20Final%20Report.Volume%20I.1.12.2017_1.pdf (last visited June 17, 2022). *+

*Disadvantaged Business Enterprise Availability, Utilization, and Disparity Study for the San Francisco Municipal Transportation Agency*, Prepared by Rosales Business Partners LLC (2015), *available at* https://www.sfmta.com/sites/default/files/agendaitems/2016/4-19-16%20Item%2014%20Disparity%20Study%20-%20report.pdf (last visited June 17, 2022). *+

## Colorado

*City and County of Denver Disparity Study*, Prepared by BBC Research & Consulting (2018), *available at* https://www.denvergov.org/content/dam/denvergov/Portals/690/DSBO/DS%20FULL%20REPORT%200410.pdf (last visited June 17, 2022). *+

3

*City and County of Denver Minority/Women Owned/Disadvantaged Business Enterprise Disparity Study*, Prepared by MGT of America, Inc. (2013).

*Colorado Disparity Study, Final Report,* Prepared by Keen Independent Research (2020), *available at* https://leg.colorado.gov/sites/default/files/images/lcs/dpa_2020_disparity_study_final_report.pdf (last visited June 17, 2022). ^*+

*Disparity Study for Denver Public Schools*, Prepared by MGT of America, Inc. (2015), *available at* https://www.boarddocs.com/co/dpsk12/Board.nsf/files/9TTQ9D679F90/$file/DPS%20Disparity%20Study%20Final%20Report%20-%2002%2013%202015.pdf (last visited June 21, 2022).

## Connecticut

*Connecticut Disparity Study: Phase 1*, Prepared by The Connecticut Academy of Science and Engineering for the Connecticut General Assembly and the Government Administration and Elections Commission (2013), *available at* https://ctcase.org/wp-content/uploads/2021/08/disparity-phase-1-full.pdf (last visited June 17, 2022). ^*+

*Connecticut Disparity Study: Phase 2*, Prepared by The Connecticut Academy of Science and Engineering for the Connecticut General Assembly and the Government Administration and Elections Commission (2014), *available at* https://ctcase.org/wp-content/uploads/2021/08/disparity_phase2_sum.pdf (last visited June 17, 2022). ^*+

*Connecticut Disparity Study: Phase 3*, Prepared by The Connecticut Academy of Science and Engineering for the Connecticut General Assembly and the Government Administration and Elections Commission (2016), *available at* https://ctcase.org/wp-content/uploads/2021/08/disparity_phase_3.pdf (last visited June 17, 2022). ^*+

## District of Columbia

*2015 Disparity Study for Washington Suburban Sanitary Commission*, Prepared by MGT of America, Inc. (2016), *available at* https://www.wsscwater.com/sites/default/files/sites/wssc/files/Disparity%20Study/WSSC%202015%20DISPARITY%20STUDY%20FINAL%20REPORT-JULY%2028%202016.pdf (last visited June 17, 2022). *+

*2010 Disparity Study for Washington Suburban Sanitary Commission*, Prepared by Mason Tillman Associates (2011), *available at* https://www.wsscwater.com/sites/default/files/sites/wssc/files/PDFs/WSSC%20Community%20Meetings%20June%2016%20and%2017%202010%20%20206-11-10_563178.pdf (last visited June 17, 2022).

## Florida

*Broward County Public Schools Disparity Study-Final Report*, Prepared by Mason Tillman Associates (2015), *available at*

4

http://bcpsagenda.browardschools.com/agenda/01095/Item%201C%20(21519)/SUPP_DOCS/Exhibits/Doc1.pdf (last visited June 17, 2022).

*Comprehensive Disparity Study for the City of Pensacola*, Prepared by MGT of America, Inc. (2012), *available at* https://www.cityofpensacola.com/DocumentCenter/View/131/Comprehensive-Disparity-Study-PDF (last visited June 17, 2022).

*Disparity Study for Miami-Dade County Public Schools Phase I Report*, Prepared by MGT of America, Inc. (2014),

*Hillsborough County Aviation Authority Disparity Study Update Final Report*, Prepared by MGT of America, Inc. (2015).

*Jacksonville Multi-Jurisdictional Disparity Study Volume 1*, Prepared by Mason Tillman Associates (2013), *available at* https://www.coj.net/departments/jedc/docs/equal-business-opportunity/contract-compliance/final-city-of-jacksonville-disparity-study-report-.aspx (last visited June 17, 2022).

*Miami-Dade County Comprehensive Disparity Study, Final Report*, Prepared by Mason Tillman Associates, Ltd. (2015), *available at* https://www.miamidade.gov/mayor/library/memos-and-reports/2015/07/07.09.15-Miami-Dade-County-Disparity-Study.pdf (last visited June 17, 2022).

*Minority, Women, and Small Business Enterprise Disparity Study for the City of Tallahassee, Leon County, Florida and Blueprint Intergovernmental Agency*, Prepared by MGT Consulting Group (2019), *available at* https://blueprintia.org/wp-content/uploads/MGT-Disparity-Study-Final-Report-06.20.19.pdf (last visited June 17, 2022).^*+

*Palm Beach County Disparity Study*, Prepared by Mason Tillman Associates, Ltd., *available at* https://discover.pbcgov.org/oebo/PDF/Publications/Palm_Beach_County_Final_Report.pdf (last visited June 21, 2022) (2017). *+

*Solid Waste Authority of Palm Beach County, Florida Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2017), *available at* https://www.swa.org/DocumentCenter/View/2739/Solid-Waste-Authority-of-Palm-Beach-County-Disparity-Study-Final-Report---2017-03?bidId (last visited June 17, 2022). *+

*Solid Waste Authority of Palm Beach County, Florida Disparity Study Appendix A*, Prepared by Mason Tillman Associates, Ltd. (2017).

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Broward County*, Prepared by NERA Economic Consulting for Broward County, Florida (2010).

### Georgia

*Atlanta Housing Authority Disparity Study*, Prepared by Keen Independent Research (2017), *available at* https://www.atlantahousing.org/wp-content/uploads/2018/03/atlanta-housing-authority-disparity-study-1.pdf (last visited June 17, 2022). *+

5

*Atlanta Public Schools Disparity Study*, Prepared by Keen Independent Research (2017), *available at* https://www.atlantapublicschools.us/cms/lib/GA01000924/Centricity/Domain/28/2.01%20Keen%20Independent%202017%20APS%20Disparity%20Study%20Summary%20Report%2010052017.pdf (last visited June 17, 2022). *+

*City of Atlanta Disparity Study Summary Report*, Prepared by Keen Independent Research LLC (2015), *available at* https://www.keenindependent.com/wp-content/uploads/files/keen-reports/2of4/City%20of%20Atlanta/Keen%20Independent%202015%20Summary%20Report.pdf (last visited June 17, 2022). *+

*Comprehensive Disparity Study City of Savannah, Georgia*, Prepared by Griffin & Strong, P.C. (2016).

*Georgia Department of Transportation Disparity Study, Prepared by Griffin & Strong, P.C. for the State of Georgia (2016)*, *available at* http://www.dot.ga.gov/PartnerSmart/Business/Documents/DBE/2016DisparityStudy.pdf (last visited June 17, 2022). ^*+

*Georgia Department of Transportation Disparity Study*, Prepared by BBC Research & Consulting for the State of Georgia (2012), *available at* http://www.dot.ga.gov/PartnerSmart/Business/Documents/2012%20Disparity%20Study/Final/2012DisparityStudy-FinalReport.pdf (last visited June 17, 2022).

### **Hawaii**

*Hawaii Department of Transportation 2019 Availability and Disparity Study*, Prepared by Keen Independent Research (2020), *available at* https://www.keenindependent.com/wp-content/uploads/2020/04/KeenIndependent_HDOT_AvailabilityAndDisparityStudy_FinalReport03242020.pdf (last visited June 17, 2022). ^*+

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Hawai'i*, Prepared by NERA Economic Consulting for the Hawai'i Department of Transportation (2010), *available at* https://www.oahumpo.org/wp-content/uploads/2013/01/ReportNERA_HDOT_final.pdf (last visited June 21, 2022).https://www.oahumpo.org/wp-content/uploads/2013/01/ReportNERA_HDOT_final.pdf (last visited June 21, 2022).

### **Idaho**

*Idaho Transportation Department Disparity Study*, Prepared by BBC Research & Consulting (2017), *available at* https://apps.itd.idaho.gov/apps/ocr/documents/ITD_Disparity_Study.pdf (last visited June 21, 2022). ^*+

6

**Illinois**

*Chicago Transit Authority Disparity Study*, Prepared by Colette Holt & Associates (2019), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/12/Chicago-Transit-Authority-Disparity-Study-2019.pdf (last visited June 17, 2022). ^*+

*City of Chicago Disparity Study for Construction Contracts*, Prepared by Colette Holt & Associates (2021), *available at* https://www.chicago.gov/content/dam/city/depts/dps/Outreach/City%20of%20Chicago%20Disparity%20Study%20for%20Construction%20Contracts%202021.pdf (last visited June 17 2022).

*Cook County, Illinois Disparity Study*, Prepared by Colette Holt & Associates (2015), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2015-Cook-County-Illinois-Disparity-Study.pdf (last visited June 17, 2022).

*Illinois Department of Transportation 2017 Disparity Study*, Prepared by BBC Research & Consulting (2018), *available at* https://idot.illinois.gov/Assets/uploads/files/Doing-Business/Reports/OBWD/DBE/2017%20IDOT%20Disparity%20Study_Final%20Report.pdf (last visited June 17, 2022). ^*+

*Illinois Department of Transportation/Illinois Tollway Disadvantaged Business Enterprises Disparity Study, Volume 1: Illinois State Toll Highway Authority*, Prepared by Mason Tillman Associates, Ltd. (2011), *available at* https://www.illinoistollway.com/documents/20184/87215/Final+Disparity+Study+Report.pdf/bf922c9f-5cb8-4419-bf53-c5ab6d180f9c?version=1.0 (last visited June 17, 2022).

*Illinois Department of Transportation/Illinois Tollway Disadvantaged Business Enterprise Disparity Study, Volume 2: Illinois Department of Transportation*, Prepared by Mason Tillman Associates, Ltd. (2011), *available at* https://idot.illinois.gov/Assets/uploads/files/Doing-Business/Reports/OBWD/DBE/DBEDisparityStudy.pdf (last visited June 17, 2022).

*Illinois State Toll Highway Authority Disparity Study Construction and Construction Related Services*, Prepared by Colette Holt & Associates (2015), *available at* http://www.mwbelaw.com/wp-content/uploads/2021/04/2015-Illinois-State-Toll-Highway-Authority-Disparity-Study.pdf (last visited June 17, 2022). *+

*Metra Availability Study*, Prepared by Colette Holt & Associates for the Northeast Illinois Regional Commuter Railroad Corporation (2016), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2016-Metra-Availability-Study.pdf (last visited June 17, 2022).

*Pace Suburban Bus Disparity Study*, Prepared by Colette Holt & Associates (2015), *available at* http://www.mwbelaw.com/wp-content/uploads/2021/04/2015-Pace-Chicago-Suburban-Bus-Disparity-Study.pdf (last visited June 17, 2022).

*RTA Availability Study*, Prepared by Colette Holt & Associates for the Regional Transportation Authority of Illinois (2016), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2016-RTA-Availability-Study.pdf (last visited June 17, 2022).

*The Metropolitan Water Reclamation District of Greater Chicago Disparity Study 2015*, Prepared by Collette Holt & Associates (2015), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2015-The-Metropolitan-Water-District-of-Greater-Chicago-Disparity-Study.pdf (last visited June 17, 2022).

*The Status of Minority and Women Owned Business Enterprises Relevant to Construction Activity in and around Cook County, Illinois*, Prepared by Colette Holt & Associates and NERA (2010), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/12/2010-Cook-County-Illinois-Study.pdf (last visited June 17, 2022).

*State of Illinois Department of Central Management Services Disparity Study*, Prepared by Colette Holt & Associates (2015), *available at* https://www2.illinois.gov/cms/About/Reports/Documents/2015DisparityStudy.pdf (last visited June 17, 2022).

## **Indiana**

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Ball State University (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Indiana Department of Administration (2016), *available at* https://www.in.gov/idoa/mwbe/files/Final_Disparity_Study_Report_IDOA.pdf (last visited June 17, 2022). *+

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Indiana University (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Indiana State University (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Ivy Tech Community College (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Purdue University (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for University of Southern Indiana (2016).

*2015-16 State of Indiana Disparity Study*, Prepared by BBC Research & Consulting for Vincennes University (2016).

*City of Indianapolis and Marion County Disparity Study*, Prepared by BBC Research & Consulting (2019), *available at* https://iaaqli.org/wp-content/uploads/2021/09/2019-Disparity-Study-City-of-Indpls.pdf (last visited June 17, 2022). ^*+

*Indiana Disparity Study Final Report*, Prepared by BBC Research & Consulting (2010).

8

*Indiana Disparity Study Final Report Appendices*, Prepared by BBC Research & Consulting (2010).

*State of Indiana 2020 Disparity Study*, Prepared by BBC Research & Consulting for the Indiana Department of Administration (2020), *available at* https://www.in.gov/idoa/mwbe/files/2020-State-of-Indiana-Disparity-Study-FINAL-PUBLIC.pdf (last visited June 17, 2022)*.* ^*+

### Kentucky

*Louisville & Jefferson County Metropolitan Sewer District Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2018), *available at* https://louisvillemsd.org/sites/default/files/file_repository/Supplier%20Diversity/MSD%20Disparity%20Study%20Final%20Report%207-23-18.pdf (last visited June 17, 2022). ^*+

### Louisiana

*City of Baton Rouge, Parish of East Baton Rouge Disparity Study*, Prepared by Keen Independent Research (2019), *available at* https://www.keenindependent.com/wp-content/uploads/2020/02/KeenIndependent_CityParishDisparityStudy_FinalReport12062019.pdf (last visited June 17, 2022). *+

*City of New Orleans Disparity Study*, Prepared by Keen Independent Research (2018), *available at* https://www.nola.gov/getattachment/Economic-Development/Supplier-Diversity/Results-of-the-Disparity-Study/KeenIndependentNOLADisparityStudySummaryReport04112018.pdf (last visited June 17, 2022). ^*+

*Recreation and Park Commission for the Parish of East Baton Rouge Disparity Study*, Prepared by Keen Independent Research (2019), *available at* https://www.keenindependent.com/wp-content/uploads/2020/02/KeenIndependent_BRECDisparityStudy_FinalExecutiveSummary12072019.pdf? (last visited June 17, 2022). *+

### Maryland

*Business Disparities in the Maryland Market Area*, Prepared by NERA Economic Consulting for the State and Maryland and the Maryland Department of Transportation (2017). *+

*City of Frederick MD Disparity Study Report*, Prepared by Griffin & Strong (2021), *available at* https://www.cityoffrederickmd.gov/DocumentCenter/View/18690/City-of-Frederick-Disparity-Study---2103124Submit?bidId (last visited June 17, 2022).

*Disadvantaged Business Enterprise Disparity Study: Volume I*, Prepared by NERA Economic Consulting for the Maryland Department of Transportation (2018). ^*+

*Disadvantaged Business Enterprise Disparity Study: Volume II*, Prepared by NERA Economic Consulting for the Maryland Department of Transportation (2018). ^*+

*Disadvantaged Business Enterprise Disparity Study: Volume III*, Prepared by NERA Economic Consulting for the Maryland Department of Transportation (2018). *+

9

*Disadvantaged Business Enterprise Disparity Study: Volume I*, Prepared for the Maryland Department of Transportation by NERA Economic Consulting (2013).

*Disparity Study Final Report, Baltimore County, MD*, Prepared by Mason Tillman Associates (2021), *available at* https://resources.baltimorecountymd.gov/Documents/Budget/mbe/baltimorecountydisparitystudy.pdf (last visited June 17, 2022).

*MBE/WBE Disparity Study for the Baltimore City Public Schools*, Prepared by NERA Economic Consulting (2014).

*Montgomery County Maryland Disparity Study Final Report*, Prepared by Griffin & Strong (2014), *available at* https://www.montgomerycountymd.gov/cat/services/disparitystudy.html (last visited June 17, 2022).

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Baltimore*, Prepared by NERA Economic Consulting (2014), *available at* https://mwbd.baltimorecity.gov/sites/default/files/City%20of%20Baltimore%202014%20Disparity%20Study%20Final%20Report%20NERA.pdf (last visited June 17, 2022).

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Maryland,* Prepared by NERA Economic Consulting for the Maryland Department of Transportation (2011).

## **Massachusetts**

*Business Disparities in the DCAMM Construction and Design Market Area*, Prepared by NERA Economic Consulting for the Commonwealth of Massachusetts Division of Capital Asset Management and Maintenance (2017), *available at* https://archives.lib.state.ma.us/bitstream/handle/2452/819198/on1139333005.pdf?sequence=1&isAllowed=y (last visited June 17, 2022). ^*+

*City of Boston 2020 Disparity Study*, Prepared by BBC Research & Consulting (2021), *available at* https://www.boston.gov/sites/default/files/file/2021/02/2020%20City%20of%20Boston%20Disparity%20Study%20Final%20Report_1.pdf (last visited June 17, 2022). *+

## **Minnesota**

*2017 Minnesota Joint Disparity Study City of Minneapolis*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMinneapolisDisparityStudyFullReport03122018_tcm36-331971.pdf (last visited June 17, 2022). *+

*2017 Minnesota Joint Disparity Study City of Saint Paul*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentSaintPaulDisparityStudyFullReport03122018_tcm36-331979.pdf (last visited June 17, 2022). *+

*2017 Minnesota Joint Disparity Study Hennepin County*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentHennepinCountyDisparityStudyFullReport03122018_tcm36-331965.pdf (last visited June 17, 2022). *+

*2017 Minnesota Joint Disparity Study Metropolitan Airports Commission*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMACDisparityStudyFullReport03122018_tcm36-331967.pdf (last visited June 17, 2022).  *+

*2017 Minnesota Joint Disparity Study Metropolitan Council*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMetCouncilDisparityStudyFullReport03122018_tcm36-331969.pdf (last visited June 17, 2022). *+

*2017 Minnesota Joint Disparity Study Metropolitan Mosquito Control District*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMMCDDisparityStudyFullReport03122018_tcm36-331973.pdf (last visited June 17, 2022).  *+

*2017 Minnesota Joint Disparity Study Minnesota Department of Administration*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentAdminDisparityStudyFullReport03122018_tcm36-331963.pdf (last visited June 17, 2022). *+

*2017 Minnesota Joint Disparity Study Minnesota Department of Transportation*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMnDOTDisparityStudyFullReport03122018_tcm36-331977.pdf (last visited June 17, 2022). ^*+

*2017 Minnesota Joint Disparity Study Minnesota State Colleges and Universities*, Prepared by Keen Independent Research (2018), *available at* https://mn.gov/admin/assets/KeenIndependentMnStateDisparityStudyFullReport03122018_tcm36-331975.pdf (last visited June 17, 2022). *+

*State of Minnesota Joint Availability and Disparity Study, Final Report*, Prepared by MGT of America, Inc. for the Metropolitan Airports Commission (2010).

*State of Minnesota Joint Availability and Disparity Study, Final Report*, Prepared by MGT of America, Inc. for the Metropolitan Council (2010).

*State of Minnesota Joint Availability and Disparity Study, Final Report*, Prepared by MGT of America, Inc. for the Minnesota Department of Administration (2010).

*State of Minnesota Joint Availability and Disparity Study, Final Report*, Prepared by MGT of America, Inc. for the Minnesota Department of Transportation (2010).

11

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Minneapolis*, Prepared by NERA Economic Consulting (2010).

## Mississippi

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Mississippi*, Prepared by NERA Economic Consulting for the Jackson Municipal Airport Authority (2012), *available at* NERA_JMAA_Disparity_Draft_v7 (last visited June 21, 2022).

## Missouri

*City of Kansas City Construction Workforce Disparity Study*, Prepared by Keen Independent Research (2019), *available at* https://www.kcmo.gov/home/showpublisheddocument/3858/637178912882470000 (last visited June 17, 2022)*.* *+

*City of Kansas City, Missouri Disparity Study*, Prepared by Colette Holt & Associates (2017), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2016-Kansas-City-Missouri-Disparity-Study-Consortium-KCPS-Disparity-Study.pdf (last visited June 17, 2022).^*+

*City of Kansas City, Missouri Public School System*, Prepared by Colette Holt & Associates (2017), *available at* https://www.kcmo.gov/home/showpublisheddocument/1299/636957158399100000 (last visited June 17, 2022).

*City of St. Louis Disparity Study Volume 1*, Prepared by Mason Tillman Associates (2015), *available at* https://www.stlouis-mo.gov/government/departments/sldc/documents/upload/City-of-St-Louis-Disparity-Study-Final-5-11-15.pdf (last visited June 17, 2022)*.* *+

*Jackson County, Missouri Disparity Study*, Prepared by Colette Holt & Associates (2017), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2017-Kansas-City-Missouri-Disparity-Study-Consortium-Jackson-County-Disparity-Study.pdf (last visited June 21, 2022).

*Kansas City Area Transportation Authority Disadvantaged Business Enterprise Availability Study*, Prepared by Colette Holt & Associates (2016), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2016-Kansas-City-Missouri-Disparity-Study-Consortium-KCATA-Disparity-Study.pdf (last visited June 17, 2022).

*Metropolitan St. Louis Sewer District Disparity Study Draft Report*, Prepared by Mason Tillman Associates, Ltd. (2012), *available at* https://portal.laserfiche.com/Portal/DocView.aspx?id=2193046&repo=r-a96260ce (last visited June 17, 2022)*.*

*Missouri Department of Transportation DBE Availability Study*, Prepared by Keen Independent Research (2019), *available at* https://www.keenindependent.com/wp-

12

content/uploads/2019/05/KeenIndependent_2019MoDOTAvailabilityStudyDraftReport0528201
9a-compressed.pdf? (last visited June 17, 2022). ^*+

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Missouri*,
Prepared by NERA Economic Consulting for the Missouri Department of Transportation (2012),
*available at*
https://www.modot.org/sites/default/files/documents/ecr/ecr/documents/neramodotdisparitystudy
final3.pdf (last visited June 17, 2022).
https://www.modot.org/sites/default/files/documents/ecr/ecr/documents/neramodotdisparitystudy
final3.pdf (last visited June 17, 2022).

*Saint Louis County Disparity Study*, Prepared by Griffin & Strong P.C. (2017). *+

*State of Missouri Office of Administration Disparity Study*, Prepared by Colette Holt &
Associates (2014), *available at*
https://oa.mo.gov/sites/default/files/2014MOOADisparityStudyFinal.pdf (last visited June 17,
2022).

## Montana

*Availability and Disparity Study*, Prepared by Keen Independent Research LLC for the State of
Montana Department of Transportation (2016), *available at*
https://www.mdt.mt.gov/other/webdata/external/research/docs/research_proj/disparity_2016/fina
l_report.pdf (last visited June 17, 2022). ^*+

## Nevada

*Nevada Transportation Consortium Disparity Study*, Prepared by BBC Research & Consulting
for the Regional Transportation Commission of Southern Nevada (2017), *available at*
https://www.dot.nv.gov/Home/ShowDocument?id=7705 (last visited June 17, 2022). ^*+

*Nevada Department of Transportation Disparity Study Final Report*, Prepared by Keen
Independent Research (2013), *available at* http://www.keenindependent.com/wp-
content/uploads/2016/09/NDOT-Disparity-Study-Full-Report-Dec.-6-2013.pdf (last visited June
17, 2022).

## New Jersey

*NJ Transit Disparity Study Final Report Executive Summary*, Prepared by The University of
Minnesota (2016), *available at* https://www.hhh.umn.edu/sites/hhh.umn.edu/files/2020-
07/NJT%20Transit%20Disparity%20Study%20Exec%20Summary_RWC_2016.pdf (last visited
June 17, 2022). ^*+

*NJ Transit Disparity Study Final Report Appendix*, Prepared by The University of Minnesota
(2016), *available at* https://www.hhh.umn.edu/sites/hhh.umn.edu/files/2020-
07/NJTransit%20Final%20Report%20Appendix_RWC_2016.pdf (last visited June 17, 2022).
^*+

13

*Newark Public Schools Disparity Study 2017*, Prepared by Collette Holt & Associates (2017), *available at* https://www.nps.k12.nj.us/mdocs-posts/newark-public-schools-disparity-study-2017-final-2-1-10-18-kb-hwb/ (last visited June 21, 2022).

*Purchasing Disparity Study (Draft)*, Prepared by MGT of America, Inc. for the City of Jersey City (2011).

<u>**New York**</u>

*City of New York Disparity Study*, Prepared by MGT Consulting Group (2018), *available at* https://www1.nyc.gov/assets/mwbe/business/pdf/NYC-Disparity-Study-Report-final-published-May-2018.pdf (last visited June 17, 2022). *+

*State of New York MWBE Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2016), *available at* https://esd.ny.gov/sites/default/files/Vol_I_NYS_DisparityStudy.pdf (last visited June 17, 2022). *+

*State of New York 2016 MWBE Disparity Study Policy Review Final Report Volume II*, Prepared by Mason Tillman Associates, Ltd. (2017), *available at* https://esd.ny.gov/sites/default/files/Vol_II_NYS_PolicyStudy.pdf (last visited June 17, 2022). ^*+

*The State of Minority- and Woman Owned Business Enterprise: Evidence from New York*, Prepared by NERA Economic Consulting for the New York State Department of Economic Development (2010), *available at* https://cdn.esd.ny.gov/mwbe/Data/NERA_NYS_Disparity_Study_Final_NEW.pdf (last visited June 17, 2022).

<u>**New Jersey and New York**</u>

*The Port Authority of New York and New Jersey MWBE Disparity Analysis 2017 Volume I: Final Report*, Prepared by Mason Tillman Associates, Ltd. (2018).

<u>**North Carolina**</u>

*City of Asheville, North Carolina Disparity Study*, Prepared by BBC Research & Consulting (2019), *available at* https://drive.google.com/file/d/1cK3z2WCBzpAuatvdjUzXd9f_K6lV-Tm9/view (last visited June 17, 2022). *+

*City of Charlotte Disparity Study*, Prepared by BBC Research & Consulting (2017), *available at* https://charlottenc.gov/GS/procurement/cbi/Documents/2017_Disparity%20Study_City%20of%20Charlotte_FINAL.PDF (last visited June 17, 2022). *+

*City of Winston-Salem 2019 Disparity Study*, Prepared by MGT Consulting Group (2019), *available at* https://www.cityofws.org/DocumentCenter/View/14863/City-of-Winston-Salem-2019-Disparity-Study-Final-Report?bidId (last visited June 17, 2022). *+

14

*Disparity Study for Minority/Women Business Enterprise Program*, Prepared by MGT of America, Inc. for City of Greensboro, North Carolina (2012), *available at* https://www.greensboro-nc.gov/Home/ShowDocument?id=15419 (last visited June 17, 2022).

*Durham County/City of Durham, North Carolina Multi-jurisdictional Disparity Study*, Prepared by Griffin & Strong, P.C. (2015), *available at* https://www.durhamnc.gov/DocumentCenter/View/2648/Final-Disparity-Study-PDF (last visited June 17, 2022). *+

*Greensboro, North Carolina Disparity Study*, Prepared by Griffin & Strong (February 2018), *available at* https://www.greensboro-nc.gov/home/showpublisheddocument/42152/636911820995870000 (last visited June 17, 2022). *+

*Guilford County Schools 2015 Disparity Study*, Prepared by MGT of America, Inc. (2016), *available at* https://www.gcsnc.com/cms/lib/NC01910393/Centricity/Domain/2427/GCS_2015_Disparity_Study_Final_Report.pdf (last visited June 21, 2022).

*Mecklenburg County, North Carolina Disparity Study Report*, Prepared by Griffin & Strong (2020), *available at* https://www.mecknc.gov/oed/Documents/Mecklenburg%20County%20Disparity%20Study%20Final%20Report.pdf (last visited June 17, 2022).

*North Carolina Department of Transportation*, Prepared by Colette Holt & Associates (2014), *available at* https://www.ncdot.gov/about-us/board-offices/offices/civil-rights/Documents/2014-disparity-study.pdf (last visited June 17, 2022).

*State of North Carolina Department of Administration, Disparity Study Report: Volume 1, State Agencies,* Prepared by Griffin & Strong, P.C. (2020), *available at* https://ncadmin.nc.gov/documents/files/disparity-study-volume-1/download (last visited June 17, 2022). ^*+

*State of North Carolina Department of Administration, Disparity Study Report: Volume 2, Community Colleges and Universities*, Prepared by Griffin & Strong, P.C. (2021), *available at* https://ncadmin.nc.gov/media/7134/open (last visited June 17, 2022). *+

*The City of Charlotte Update Disparity Study, Final Report*, Prepared by MGT of America, Inc. (2011), *available at* https://charlottenc.gov/GS/procurement/cbi/Documents/2011_Disparity_Study.pdf (last visited June 17, 2022).

## Ohio

*Cuyahoga County Disparity Study Report*, Prepared by Griffin & Strong P.C. (2020), *available at* https://cuyahogacounty.us/docs/default-source/default-document-library/disparitystudyreport.pdf (last visited June 21, 2022). ^*+

15

*Cuyahoga County Disparity Study*, Prepared by Griffin & Strong P.C. (2014), *available at* http://council.cuyahogacounty.us/pdf_council/en-US/Misc.%20Reports%20and%20Presentations/Disparity/2014%20Disparity%20Study%20Recommendations%202.pdf (last visited June 17, 2022).

*2015-16 Ohio Public Authorities Disparity Study*, Prepared by BBC Research & Consulting for the Ohio Department of Transportation (2016). ^*+

*City of Cincinnati Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2015), *available at* https://www.cincinnati-oh.gov/sites/inclusion/assets/File/EIAAB%20Docs/2015Final%20Report.pdf (last visited June 17, 2022). *+

*City of Columbus Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2019), *available at* https://www.columbus.gov/odi/full-report-2012-2015-disparity-study-report (last visited June 17, 2022). *+

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Cleveland*, Prepared by NERA Economic Consulting for the City of Cleveland (2012), *available at* https://www.ceacisp.org/sites/default/files/images/disparity_study_cleveland_2006-2010_pub_dec_2012.pdf (last visited June 17, 2022).

*The State of Minority- and Women-Owned Business Enterprise: Evidence from Northeast Ohio*, Prepared by NERA Economic Consulting for the Northeast Ohio Regional Sewer District (2010), *available at* https://www.neorsd.org/wordpress/wp-content/uploads/2017/01/NERA_NEORSD_Disparity_Study_Final.pdf (last visited June 17, 2022).

*Third Generation Disparity Study, City of Dayton, Final Report*, Prepared by MGT Consulting Group (2019), *available at* http://daytonhrc.org/wp-content/uploads/2020/12/City-of-Dayton-Third-Generation-Disparity-Study-Final-Report-November-2019.pdf (last visited June 17, 2022).

**Oklahoma**

*City of Tulsa, Oklahoma Business Disparity Study Final Report*, Prepared by MGT of America, Inc. (2010).

*A Study to Determine DBE Availability and Analyze Disparity in the Transportation Contracting Industry in Oklahoma*, Prepared by BBC Research & Consulting for the Oklahoma Department of Administration (2010), *available at* https://www.odot.org/dbeinfo/disparity/02_dbe_dis_title-page.pdf (last visited June 2022).

**Oregon**

*City of Portland Disparity Study*, Prepared by BBC Research & Consulting (2011), *available at* https://www.portlandoregon.gov/brfs/article/344746 (last visited June 17, 2022).

*Oregon Department of Aviation, Oregon Statewide Airport DBE Disparity Study*, Prepared by Keen Independent Research (2021), *available at* https://www.keenindependent.com/wp-content/uploads/2021/03/KeenIndependent_OregonStatewideDBEDisparityStudy.pdf? (last visited June 17, 2022). *+

*Oregon Department of Transportation Availability and Disparity Study*, Prepared by Keen Independent Research LLC (2016), *available at* https://www.oregon.gov/ODOT/Business/OCR/Documents/keen-independent-2016-odot-disparity-study-final-report-06302016.pdf (last visited June 17, 2022). *+

*Portland Development Commission Disparity Study*, Prepared by BBC Research & Consulting (2011).

*State of Oregon Disparity Study Update Final Report*, Prepared by MGT of America, Inc. for the Oregon Department of Transportation (2011).

*The Port of Portland Small Business Program Disparity Study*, Prepared by Colette Holt & Associates (2018), *available at* https://cdn.portofportland.com/pdfs/Port%20of%20Portland%20Disparity%20Study%20Report.pdf (last visited June 17, 2022). *+

**Pennsylvania**

*City of Philadelphia Fiscal Year 2019 Annual Disparity Study*, Prepared by the City of Philadelphia Department of Commerce and Miller3 Consulting (2020), *available at* https://www.phila.gov/media/20200826084552/OEO-FY19-Disparity-Study.pdf (last visited June 17, 2022). *+

*City of Philadelphia Fiscal Year 2018 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. and Milligan & Company, LLC (2019), *available at* https://www.phila.gov/media/20190605161233/oeo-disparity-study-fy18-1.pdf (last visited June 17, 2022). *+

*City of Philadelphia Fiscal Year 2016 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. for the City of Philadelphia Department of Commerce (2017), *available at* https://www.phila.gov/media/20180710162548/FY16-Disparity-Study.pdf (last visited June 17, 2022). *+

*City of Philadelphia Fiscal Year 2015 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. and Milligan & Company, LLC (2016), *available at* https://www.phila.gov/media/20180710160037/FY15-disparity-study.pdf (last visited June 17, 2022). *+

*City of Philadelphia Fiscal Year 2014 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. and Milligan & Company, LLC (2015), *available at* https://econsultsolutions.com/wp-content/uploads/2015/08/FY-2014-Disparity-Study-EOP-Analysis-2015-08-11_Final.pdf (last visited June 17, 2022).

*City of Philadelphia Fiscal Year 2013 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. and Milligan & Company, LLC (2014).

*City of Philadelphia Fiscal Year 2012 Annual Disparity Study*, Prepared by Econsult Solutions, Inc. and Milligan & Company (2013), *available at* https://econsultsolutions.com/wp-content/uploads/2013/05/FY-2012-Disparity-Study-Volume-1-and-2-FINAL-REPORT-2013-05-28.pdf (last visited June 21, 2022).

*City of Philadelphia Fiscal Year 2011 Annual Disparity Study*, Prepared by Econsult Corp., Milligan & Company, and Winston Terrell (2012), *available at* https://econsultsolutions.com/wp-content/uploads/2012/05/FY2011-Annual-Disparity-Study-FINAL-2012-05-31.pdf (last visited June 17, 2022).

*City of Philadelphia Fiscal Year 2010 Annual Disparity Study*, Prepared by Econsult Corp. and Milligan & Company (2011), *available at* https://econsultsolutions.com/wp-content/uploads/2011/10/OEO-FY-2010-Disparity-Study-2011-10-24-FINAL.pdf

*City of Philadelphia Fiscal Year 2009 Annual Disparity Study*, Prepared by Econsult Corp. and Milligan & Company (2010), *available at* https://econsultsolutions.com/wp-content/uploads/2010/08/FY-2009-Disparity-Study-FINAL-2010-08-25-1.pdf (last visited June 17, 2022).

*Commonwealth of Pennsylvania Department of General Services Disparity Study*, Prepared by BBC Research & Consulting (2018), *available at* https://www.dgs.pa.gov/Small%20Diverse%20Business%20Program/Documents/Disparity%20Study%20Documents/2018%20DGS%20Disparity%20Study%20Final%20Report.pdf (last visited June 17, 2022). *+

*Pennsylvania Department of Transportation Disparity Study*, Prepared by BBC Research & Consulting (2018), *available at* https://www.penndot.pa.gov/about-us/EqualEmployment/Documents/2018%20PennDOT%20Disparity%20Study%20Final%20Report.pdf (last visited June 17, 2022). ^*+

**Rhode Island**

*State of Rhode Island Disparity Study Final Report*, Prepared by Mason Tillman Associates, Ltd. (2021), *available at* http://odeo.ri.gov/documents/RI%20Disparity%20Study%20-%20Final%20Report%20-%20July%2019%202021.pdf (last visited June 17, 2022).

**Tennessee**

*Business Market Availability and Disparity Study Shelby County Schools Board of Education*, Prepared by MGT Consulting Group (2017), *available at* https://www.boarddocs.com/tn/scsk12/Board.nsf/files/ATHV7W7F6C0B/%24file/7970%20SCS%20Final%20Report%20112017%20(002).pdf (last visited June 17, 2022). *+

*City of Chattanooga, Tennessee Disparity Study Final Report*, Prepared by Griffin & Strong P.C. (2019), *available at* https://chattanooga.gov/general-services-

18

files/purchasing/Chattanooga%20Final%20Disparity%20Study%20Report-200424.1Submitted%20(1).pdf (last visited June 17, 2022). *+

*City of Memphis, Tennessee Disparity Study*, Prepared by Griffin & Strong P.C. (2016), *available at* https://www.memphistn.gov/wp-content/uploads/2020/04/Memphis-Disparity-Study-Fina-Report-with-Appendices-FY10-FY14.pdf (last visited June 17, 2022). *+

*City of Memphis, Tennessee Disparity Study*, Prepared by Griffin & Strong P.C. (2010), *available at* https://www.memphistn.gov/download/45/contract-compliance/3550/disparity-study.pdf (last visited June 17, 2022)*.*

*Memphis Light, Gas, and Water Division Comprehensive Disparity Study and Policy Formulation*, Prepared by MGT of America, Inc. (2012), *available at* http://www.mlgw.com/images/content/files/pdf/FinalDisparityStudyReport_01_18_2013.pdf (last June 17, 2022).

*Metro Nashville, Tennessee Disparity Study*, Prepared by Griffin & Strong P.C. (2018), *available at* https://filetransfer.nashville.gov/portals/0/sitecontent/Finance/Purchasing/2018%20Files/DisparityStudy2018.pdf (last visited June 17, 2022). ^*+

*Metropolitan Nashville Airport Authority Disparity Study*, Prepared by Colette Holt & Associates (2014), *available at* https://flynashville.com/wp-content/uploads/2020/04/ExecutiveSummaryFINAL.pdf (last visited June 17, 2022).

*Shelby County Disparity Study*, Prepared by Mason Tillman Associates, Ltd. (2016). ^*+

*The State of Minority and Women-Owned Business Enterprise: Evidence from Memphis*, Prepared by NERA Economic Consulting for the Memphis-Shelby County Airport Authority (2013), *available at* https://flymemphis.com/wp-content/uploads/2019/11/2013-Disparity-Study.pdf (last visited June 17, 2022)*.*

## Texas

*Availability and Disparity Study, City of Dallas, Texas, Final Report*, Prepared by MGT Consulting Group (2020), *available at* https://dallascityhall.com/departments/public-affairs-outreach/DCH%20Documents/availability-disparity-study.pdf (last visited June 17, 2022)*.* *+

*Bexar County, Texas Disparity and Availability Study*, Prepared by Mason Tillman Associates, Ltd. (2011), *available at* https://www.bexar.org/DocumentCenter/View/2192/Disparity-Study-Vol-1-3-Executive-Summary-Disparity--Availability-Study--Best-Practices-PDF?bidId (last visited June 17, 2022)*.*

*Business Disparities in the Austin Independent School District Market Area*, Prepared by NERA Economic Consulting (2015), *available at* https://www.austinisd.org/sites/default/files/dept/hub/docs/NERA_AISD_Disparity_FINAL_151026-508.pdf (June 17, 2022).

*Business Disparities in the Austin, Texas Market Area*, Prepared by NERA Economic Consulting for the City of Austin, Texas (2015), *available at* https://www.austintexas.gov/sites/default/files/files/Small_Minority_Business/disparity/NERA_COA_Disparity_DRAFT_151217.pdf (last visited June 17, 2022)*. *+

*Business Disparities in the San Antonio, Texas Market Area*, Prepared by NERA Economic Consulting for the City of San Antonio (2015), *available at* https://www.sanantonio.gov/Portals/0/Files/EDD/Disparity_FINAL.pdf (last visited June 17, 2022)*. *+

*Business Disparities in the Travis County, Texas Market Area*, Prepared by NERA Economic Consulting for Travis County, Texas (2016), *available at* https://www.traviscountytx.gov/images/purchasing/Doc/NERA_TRAVIS_Disparity.pdf (last visited June 17, 2022). *+

*City of Fort Worth, Texas, Disparity Study*, Prepared by Colette Holt & Associates (2020), *available at* https://www.fortworthtexas.gov/files/assets/public/diversity-inclusion/documents/business-equity/2020-city-of-fort-worth-disparity-study.pdf (last visited June 17, 2022). *+

*Dallas County Texas Disparity Study*, Prepared by Colette Holt & Associates (2015), *available at* 2015-Dallas-County-Texas-Disparity-Study-1.pdf (mwbelaw.com) (last visited June 21, 2022).

*Dallas Fort Worth International Airport Disparity Study*, Prepared by Collette Holt & Associates (2019),*available at* https://dfwairport-prd-dfw-vip.dfwairport.com/cs/groups/webcontent/documents/webasset/p3_271810.pdf (last visited June 17, 2022).

*Disparity Study for Corpus Christi and CCRTA*, Prepared by Texas A&M University South Texas Economic Development Center (2016), *available at* http://stedc.tamucc.edu/files/CCRTA_disparity_report_2016.pdf last visited June 17, 2022). *+

*Harris County Texas Disparity Study*, Prepared by Collette Holt & Associates (2020), *available at* https://www.hcp1.net/media/Reports%20and%20Studies/DisparityStudy2020.pdf (last visited June 17, 2022).

*Metropolitan Transit Authority of Harris County, Texas, Disparity Study, Final Report*, Prepared by Mason Tillman Associates, Ltd. (2021*), available at* https://www.ridemetro.org/MetroPDFs/BusinessDev/Policies/METRO-Disparity-Study-Final-Report.pdf (last visited June 17, 2022).

*Minority- and Women-owned Business Enterprise (M/WBE) Program Disparity Study for the San Antonio Water System*, Prepared by MGT of America (2015), *available at* https://apps.saws.org/Business_Center/SMWVB/study/docs/SAWS_MWBE_Disparity_Study_20150104.pdf (last visited June 17, 2022)*. *+

*North Central Texas Council of Governments Joint Availability and Disparity Volume 1: Legal, Anecdotal, Private Sector, & Capacity Analyses*, Prepared by Mason Tillman Associates (2010), *available at* http://apps.fortworthtexas.gov/council_packet/render_file.asp?filename=16285/Volume+1+Joint+Availabililty+and+Disparity+Study+Final+Report++8-22-10.pdf (last visited June 17, 2022).

*North Central Texas Council of Governments Joint Availability and Disparity Volume 2: City of Arlington*, Prepared by Mason Tillman Associates (2010), *available at* https://cdn5-hosted.civiclive.com/UserFiles/Servers/Server_14481062/File/City%20Hall/Depts/Finance/Purchasing/Bidding_Procurement/NCTOG-Joint-Availability-and-Disparity-Study-for-the-City-of-Arlington.pdf (last visited June 17, 2022).

*North Central Texas Council of Governments Joint Availability and Disparity Study Volume 4: Dallas/Fort Worth International Airport Board*, Prepared by Mason Tillman Associates, Ltd. (2010).

*North Central Texas Council of Governments Joint Availability and Disparity Volume 4: Dallas Fort Worth International Airport Board Supplemental Study*, Prepared by Mason Tillman Associates (2010).

*A Historically Underutilized Business(HUB) Disparity Study of State Contracting 2009 Final Report*, Prepared by MGT of America for Texas Comptroller of Public Accounts (2010), *available at* https://www.angelo.edu/live/files/26224-2009-tx-disparity-studypdf (last visited June 17, 2022).

*Parkland Health and Hospital System Disparity Study*, Prepared by Colette Holt & Associates (2015), *available at* http://www.mwbelaw.com/wp-content/uploads/2019/10/2015-Dallas-County-Parkland-Health-and-Hospital-System-Disparity-Study.pdf (last visited June 21, 2022).

*Texas Department of Transportation Disparity Study*, Prepared by Colette Holt & Associates (2019), *available at* https://ftp.dot.state.tx.us/pub/txdot/civ/txdot-disparity-study-2019.pdf (last visited June 17, 2022). ^*+

*The State of Minority- and Women-Owned Business Enterprise in Construction: Evidence from Houston*, Prepared by NERA Economic Consulting for the City of Houston (2012), *available at* https://www.houstontx.gov/obo/disparitystudyfinalreport.pdf (last visited June 17, 2022).

**<u>Virginia</u>**

*Commonwealth of Virginia Disparity Study*, Prepared by BBC Research & Consulting (2020), *available at* https://www.sbsd.virginia.gov/wp-content/uploads/2021/01/2020-Commonwealth-of-Virginia-Disparity-Study-Final.pdf (last visited June 17, 2022). ^*+

*A Disparity Study for the Commonwealth of Virginia*, Prepared by MGT of America, Inc. (2011), *available at* https://www.sbsd.virginia.gov/wp-content/uploads/2019/08/CoVa-DisparityStudyPhaseIIJuly-13-2011.pdf (last visited June 17, 2022).

*City of Hampton and Hampton Schools Disparity Study*, Prepared by MGT of America, Inc. (2014).

*City of Virginia Beach Disparity Study*, Prepared by BBC Research & Consulting (2018), *available at* https://www.vbgov.com/government/departments/finance/mbc/Documents/2018%20Virginia%20Beach%20Disparity%20Study%20Final%20Report.pdf (last visited June 17, 2022). *+

*Portsmouth Public Schools Procurement Disparity Study Final Report*, Prepared by MGT of America, Inc. for Portsmouth, Virginia Public Schools (2011), *available at* https://www.yumpu.com/en/document/read/43598830/pps-procurement-disparity-study-portsmouth-public-schools (last visited June 17, 2022).

*Procurement Disparity Study, City of Portsmouth, Virginia*, Prepared by MGT of America, Inc. (2015).

## Washington

*2012 DBE Program Disparity Study State of Washington Department of Transportation*, Prepared by BBC Research & Consulting (2013), *available at* https://www.digitalarchives.wa.gov/do/93D868FE67EC50718DF95BC43ADE334F.pdf (last visited June 17, 2022).

*City of Tacoma Disparity Study*, Prepared by Griffin & Strong P.C. (2018), *available at* https://www.cityoftacoma.org/UserFiles/Servers/Server_6/File/cms/CBCFiles/CommunityWorkforceAgreementTaskForce/Meeting%201/Tacoma%20-%20Final%20Study%20Report%20-%20Disparity%20Study.pdf (last visited June 17, 2022). ^*+

*Port of Seattle Disparity Study Executive Summary,* Prepared by Colette Holt & Associates (2019), *available at* https://www.portseattle.org/sites/default/files/2020-08/Disparity%20Study%202019%20-%20Executive%20Summary.pdf (last visited June 17, 2022). *+

*Port of Seattle Disparity Study*, Prepared by BBC Research & Consulting for the Port of Seattle, Washington (2014), *available at* https://www.portseattle.org/sites/default/files/2018-06/2014%20Disparity%20Study%20Report.pdf (last visited June 17, 2022).

*Sound Transit Disparity Study*, Prepared by BBC Research & Consulting for Sound Transit, Seattle, Washington (2013), *available at* https://kingcounty.gov/~/media/depts/executive-services/children-family-justice-center/documents/EOEP/Doc_1203_2013_Sound_Transit_Disparity_Study.ashx?la=en (last visited June 17, 2022).

*State of Washington Disparity Study*, Prepared by Colette Holt & Associates (2019), *available at* https://omwbe.wa.gov/sites/default/files/State%20of%20Washington%20Disparity%20Study%202019.pdf (last visited June 17, 2022). *+

*Washington State Airports Disparity Study*, Prepared by Colette Holt & Associates (2019), *available at* https://wsdot.wa.gov/sites/default/files/2022-02/Washington-State-Airports-Disparity-Study-2019.pdf (last visited June 17, 2022). *+

*Washington State Department of Transportation Disparity Study*, Prepared by Colette Holt & Associates (2019), *available at* https://omwbe.wa.gov/sites/default/files/State%20of%20Washington%20Disparity%20Study%202019.pdf (last visited June 21, 2022).

*Washington State Department of Transportation Disparity Study*, Prepared by Colette Holt & Associates (2017), *available at* https://wsdot.wa.gov/sites/default/files/2021-10/OEO-DisparityStudy-2017.pdf (last visited June 17, 2022). ^*+

*Sound Transit 2020 Disadvantaged Business Enterprise Disparity Study*, Prepared by BBC Research and Consulting for Sound Transit, Seattle, Washington (2020), *available at* https://www.soundtransit.org/sites/default/files/documents/2020-st-disadvantaged-business-enterprise-disparity-study-20201123.pdf (last visited June 17, 2022). *+

## Wisconsin

*Madison Public Works Disparity Study*, Prepared by Keen Independent Research for City of Madison, Wisconsin (2015), *available at* https://www.cityofmadison.com/madisoncontractingstudy/documents/pwDisparityStudy-20150416.pdf (last visited June 17, 2022). ^*+