# EXHIBIT 19



Uneeda.Collins@sba.gov | 404-331-0120 | www.sba.gov/ga
Georgia District Office | 233 Peachtree St., N.E., Ste. 300 | Atlanta, GA 30303

September 20, 2018

U.S. Department of Agriculture (USDA)
Natural Resources Conservation Service (NRCS)
Acquisitions, Grants & Agreement Division
Contracting Services Branch – Team 1, Northeast Regional
ATTN: Danny Gonzales Mandell, Contracting Officer
101 South Main Street, Suite 200
Temple, Texas 76501

Subject: SBA Adverse Impact Determination – Incumbent Contractor (Ultima Services Corporation) Requirement – Contract #AG-2B46-D-17-0099, Farm Bill Program Assistant (FBPA)

Dear Mr. Mandell:

The Small Business Administration (SBA) would like to thank you for granting an extension of time for us to reply to your request dated September 6, 2018.

Pursuant to 13 CFR 124.504, the SBA presumes adverse impact to exist when a small business concern has performed specific requirement for at least 24 months, it is currently performing the requirement or finished such performance within 30 days of the procuring agency's offer of the requirement for the 8(a) Program, and the estimated dollar value of the requirement that the small business is or was performing is 25% or more of its most recent annual gross sales. SBA considers other relevant factors, in addition to the presumptive factors, including the number of employees affected, the impact on existing equipment owned by the incumbent, the future viability of the company, and other factors necessary to protect small business concerns performing contracts outside the 8(a) Program.

After conducting a thorough analysis, SBA has determined that considering all relevant factors, adverse impact exists with respect to the incumbent small business. Therefore, the above referenced proposed requirement offer **is not** recommended for acceptance into the 8(a) Program at this time.

Thank you for your interest and support of the 8(a) Business Development program. Should you have any questions, you may contact Uneeda J. Collins, Business Opportunity Specialist, at (404)331-0120 or uneeda.collins@sba.gov.

Sincerely,


Terri L. Denison
District Director

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*

**Exhibit 0006**
Denison

Case 2:20-cv-00041-DCLC-CRW   Document 61-19   Filed 06/21/22   Page 2 of 2
PageID #: 1566
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                        US0062817