# EXHIBIT 20

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF TENNESSEE

 3    ULTIMA SERVICES CORPORATION

 4            Plaintiff

 5    v.                              2:20-cv-00041-DCLC-CRW

 6    U.S. DEPARTMENT OF AGRICULTURE,

 7    U.S. SMALL BUSINESS ADMINISTRATION,

 8    SECRETARY OF AGRICULTURE and

 9    ADMINISTRATOR OF THE SMALL BUSINESS

10    ADMINISTRATION

11            Defendants

12    _____/

13

14            The deposition of TERRI DENISON was held via

15    Veritext Zoom on Wednesday, May 18, 2022, commencing at

16    1:27 p.m. before Esther Levi, Notary Public.

17

18

19

20

21

22

23

24

25    REPORTED BY:  Esther Levi
```

| | |
|---|---|
| Page 2<br>1  APPEARANCES:<br>2<br>3     ON BEHALF OF THE PLAINTIFF:<br>4     MICHELLE A. SCOTT, ESQUIRE (via Videoconference)<br>5     MICHAEL E. ROSMAN, ESQUIRE (via Videoconference)<br>6       Center for Individual Rights<br>7       1100 Connecticut Avenue, NW, Suite 625<br>8       Washington, D.C. 20036<br>9       Telephone: 202-833-8400<br>10      E-mail: Scott@cir-usa.org<br>11<br>12    ON BEHALF OF U.S. DEPARTMENT OF AGRICULTURE &<br>13    SECRETARY OF AGRICULTURE:<br>14    JULIET GRAY, ESQUIRE (via videoconference)<br>15      Department of Justice Civil Rights Division<br>16      150 M Street, NE<br>17      Washington, D.C. 20530<br>18      Telephone: 202-514-3831<br>19      E-mail: Juliet.Gray@usdoj.gov<br>20<br>21<br>22<br>23<br>24<br>25 | Page 4<br>1              INDEX<br>2        Deposition of Terri Denison<br>3             May 18, 2022<br>4<br>5   Examination By:                  Page<br>6   Ms. Scott                         5<br>7   Ms. Gray                         38<br>8<br>9   Exhibit No.                    Marked<br>10  Exhibit 1   Offer Letter          14<br>11  Exhibit 2   E-mail Chain          16<br>12  Exhibit 3   SBA Letter            21<br>13  Exhibit 4   E-mail Chain          23<br>14  Exhibit 5   SBA Letter            25<br>15  Exhibit 6   SBA Letter            28<br>16  Exhibit 7   Letter                30<br>17  Exhibit 8   Contract              35<br>18<br>       (Exhibits attached to transcript.)<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |
| Page 3<br>1  APPEARANCES CONTINUED:<br>2<br>3     ON BEHALF OF SMALL BUSINESS ADMINISTRATION:<br>4     DAVID FISHMAN, ESQUIRE (via Videoconference)<br>5     KAREN HUNTER, ESQUIRE (via Videoconference)<br>6       Small Business Administration<br>7       409 3rd Street, Southwest<br>8       Washington, DC 20416<br>9       Telephone: 202-205-8800<br>10      E-mail: David.Fishman@sba.gov<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | Page 5<br>1            P R O C E E D I N G S<br>2       THE COURT REPORTER: The attorneys<br>3   participating in this deposition acknowledge that I am<br>4   not physically present in the deposition room and that<br>5   I will be reporting this deposition remotely.<br>6       They further acknowledge that in lieu of an<br>7   oath administered in person, I will administer the oath<br>8   remotely. The parties further agree that if the<br>9   witness is testifying from a state where I am not a<br>10  notary, that the witness may be sworn in by an out of<br>11  state notary.<br>12      If any party has an objection to this manner<br>13  of reporting, please state now.<br>14      (No Response)<br>15      THE COURT REPORTER: Hearing none, we can<br>16  proceed.<br>17  Whereupon,<br>18          TERRI DENISON<br>19  called as a witness, having been first duly sworn to<br>20  tell the truth, the whole truth, and nothing but the<br>21  truth, was examined and testified as follows:<br>22      EXAMINATION BY MS. SCOTT:<br>23      Q. Okay. My name is Michelle Scott, and I<br>24  represent the plaintiff in this matter. And I'm just<br>25  going to ask you a few background questions before we |

2 (Pages 2 - 5)

Case 2:20-cv-00041-DCLC-CRW   Veritext Legal Solutions   Filed 06/21/22   Page 3 of 4
215-241-1000 ~ 610-434-8588 ~ Page ID # 1569 ~ 202-803-8830

Page 38

1  that way.
2      Q.  You don't know of anyone else that did?
3      A.  I'm not aware of it.
4      Q.  Okay.
5          MS. SCOTT:  I have nothing further.
6          MS. GRAY:  Ms. Denison, I just have a couple
7  questions for you.
8          EXAMINATION BY MS. GRAY:
9      Q.  Ms. Scott asked if you agreed with the
10 conclusion that it would -- that putting this contract
11 into the 8(a) program would have caused an adverse
12 impact to Ultima, and I believe you answered I did at
13 that time.
14         What did you mean by I did at that time?
15     A.  Well, given the information I had available
16 to consider that's what I made the decision on.
17 Looking at some of the background e-mails, which I was
18 not privy to, they weren't part of the decision or the
19 analysis package, particularly between Uneeda Collins
20 and the contracting officer.
21         Had some of that information been part of --
22 had I been aware of it, I would have at least maybe
23 asked some more questions.  For example, I believe
24 there's reference to other -- in one e-mail exchange
25 between Uneeda and the contracting officer at USDA that

Page 39

1  other offices at SBA had not required an adverse impact
2  analysis.  I was not aware of that.
3          If I had known, then I probably would have
4  reached out to one of my counterparts where this
5  occurred to kind of see what their thinking was, how
6  they came to this conclusion, before I made a decision.
7      Q.  And having reviewed these various documents
8  about the adverse impact dissemination, what is your
9  view now as to whether an adverse impact analysis
10 should have been performed in this situation?
11     A.  I think -- now that I've seen some of this
12 other documentation, I would say that I would question
13 whether it was an existing requirement or a new
14 requirement.  Obviously there was a new requirement,
15 then there would not be adverse impact according to the
16 SBA regulations.
17     Q.  And then I just want to show you -- I think
18 -- let me just make sure I have the right document and
19 show you one of the exhibits again.  Okay.
20         And can you take a look at Exhibit Number 5
21 again, please?
22     A.  Sure.
23     Q.  Do you have it in front of you?
24     A.  I do have it.
25     Q.  Okay.

Page 40

1          If you look at, you know, about halfway down
2  it starts with the numbered paragraphs.
3      A.  Yes.
4      Q.  It says, upon review of supporting
5  documentation, the following has been determined.  And
6  Number 1 says, review of submitted contract revenues by
7  month and year and FPDS.gov data, it appears that
8  Ultima performed the contract for less than 24 months.
9          Do you see that?
10     A.  I do see that.
11     Q.  Is an adverse impact analysis typically
12 required where another business has performed -- has
13 performed the contract for less than 24 months?
14     A.  Generally it would not.
15     Q.  So do you have any idea of why an adverse
16 impact analysis was performed in this situation?
17     A.  In hindsight, you know, having a more
18 complete picture, I would say that we should not have
19 done one.
20         MS. GRAY:  I don't have any further
21 questions.
22         MS. SCOTT:  Nothing further.
23         (The deposition was concluded at 2:35 p.m.)
24
25

Page 41

1  State of Maryland
2  City of Baltimore, to wit:
3          I, Esther Levi, a Notary Public of the State
4  of Maryland, do hereby certify that the within-named
5  witness personally appeared before me at the time and
6  place herein set out, and after having been duly sworn
7  by me, according to law, was examined by counsel.
8          I further certify that the examination was
9  recorded stenographically by me and this transcript is
10 a true record of the proceedings.
11         I further certify that I am not of counsel to
12 any of the parties, nor in any way interested in the
13 outcome of this action.
14         As witness my hand this 31st day of May,
15 2022.
16
17             Esther Levi
18             Notary Public
19
20
21
22
23
24 My Commission Expires:
25 July 8, 2023