# EXHIBIT 22

**TOTAL FUNDING AGENCY DOLLARS BY FISCAL YEAR**

| Funding Agency Name | FY2010 Number of Actions | FY2010 Dollars Obligated | FY2010 Proportion of Total Dollars | FY2011 Number of Actions | FY2011 Dollars Obligated | FY2011 Proportion of Total Dollars | FY2012 Number of Actions | FY2012 Dollars Obligated | FY2012 Proportion of Total Dollars | FY2013 Number of Actions | FY2013 Dollars Obligated | FY2013 Proportion of Total Dollars | FY2014 Number of Actions | FY2014 Dollars Obligated | FY2014 Proportion of Total Dollars | Number of Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGENCY FOR INTERNATIONAL DEVELOPMENT | 1 | $52,500.00 | 0.00% | 11 | $1,220,945.18 | 0.02% | 68 | $3,267,695.01 | 0.06% | 1 | -$0.50 | 0.00% | 4 | $12,323,573.00 | 0.22% | 26 |
| AGRICULTURAL MARKETING SERVICE | 1413 | $883,319,552.81 | 13.96% | 1188 | $506,371,729.42 | 9.22% | 1417 | $781,340,912.26 | 14.23% | 1570 | $662,669,058.16 | 12.05% | 1428 | $751,921,056.05 | 13.28% | 1281 |
| AGRICULTURAL RESEARCH SERVICE | 5368 | $279,607,354.68 | 4.42% | 6398 | $157,757,825.20 | 2.87% | 6682 | $151,438,478.22 | 2.76% | 6116 | $141,852,119.92 | 2.58% | 8164 | $211,924,458.80 | 3.74% | 7898 |
| AGRICULTURAL STABILIZATION AND CONSERVATION SERVICE | 4 | $1,114,002.21 | 0.02% | 10 | $96,688.00 | 0.00% | 8 | $355,539.66 | 0.01% | | | 0.00% | 1 | $3,120.94 | 0.00% | 4 |
| AGRICULTURE, DEPARTMENT OF | 490 | $23,965,624.96 | 0.38% | 43 | $2,749,366.22 | 0.05% | 37 | $806,970.29 | 0.01% | 51 | $1,279,514.47 | 0.02% | 12 | $71,328.98 | 0.00% | |
| ANIMAL AND PLANT HEALTH INSPECTION SERVICE | 3090 | $98,056,262.13 | 1.55% | 4788 | $148,638,089.70 | 2.71% | 4294 | $130,019,349.70 | 2.37% | 4059 | $114,523,521.42 | 2.08% | 4628 | $162,108,050.79 | 2.86% | 4774 |
| BUREAU OF INDIAN AFFAIRS | | | 0.00% | | | 0.00% | 1 | $4,599.00 | 0.00% | 6 | $72,170.18 | 0.00% | 41 | $135,478.57 | 0.00% | 6 |
| BUREAU OF INDIAN AFFAIRS AND BUREAU OF INDIAN EDUCATION | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| BUREAU OF LAND MANAGEMENT | | | 0.00% | | | 0.00% | 23 | $70,171.01 | 0.00% | 12 | $265,284.52 | 0.00% | 21 | $235,463.08 | 0.00% | 21 |
| CENTERS FOR DISEASE CONTROL AND PREVENTION | | | 0.00% | 1 | $866,114.60 | 0.02% | 1 | $0.00 | 0.00% | | | 0.00% | | | 0.00% | |
| COMMODITY CREDIT CORPORATION | | | 0.00% | 5 | $1,904,000.00 | 0.03% | 17 | $3,410,774.71 | 0.06% | 17 | $4,900,914.25 | 0.09% | 9 | $2,394,143.62 | 0.04% | 2 |
| COOPERATIVE STATE RESEARCH, EDUCATION, AND EXTENSION SERVICE | 1 | $0.00 | 0.00% | 4 | $134,344.52 | 0.00% | 5 | $27,221.74 | 0.00% | 5 | $560,832.87 | 0.01% | 10 | $907,311.33 | 0.02% | 5 |
| DEPT OF THE AIR FORCE | 1 | $10,000.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| DEPT OF THE ARMY | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $3,773,136.08 | 0.07% | 6 | $4,956,746.42 | 0.09% | 4 |
| ECONOMIC RESEARCH SERVICE | 146 | $6,531,003.29 | 0.10% | 157 | $5,689,147.85 | 0.10% | 164 | $5,048,757.67 | 0.09% | 158 | $5,295,387.48 | 0.10% | 208 | $6,924,810.12 | 0.12% | 152 |
| ENVIRONMENTAL PROTECTION AGENCY | | | 0.00% | 1 | -$42,000.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| EXECUTIVE OFFICE OF THE PRESIDENT | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 3 | $136,200.00 | 0.00% | 1 |
| FARM PRODUCTION AND CONSERVATION BUSINESS CENTER | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| FARM SERVICE AGENCY | 958 | $514,173,162.22 | 8.13% | 1309 | $1,033,685,574.01 | 18.82% | 1384 | $867,866,679.97 | 15.80% | 1259 | $804,566,079.90 | 14.63% | 1879 | $773,418,929.47 | 13.66% | 1698 |
| FARMERS HOME ADMINISTRATION | | | 0.00% | | | 0.00% | 2 | $541,152.00 | 0.01% | 1 | $26,828.92 | 0.00% | 4 | $401,523.92 | 0.01% | 9 |
| FEDERAL ACQUISITION SERVICE | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| FEDERAL CROP INSURANCE CORPORATION | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $11,783.24 | 0.00% | | | 0.00% | |
| FEDERAL HIGHWAY ADMINISTRATION | 1 | $24,950.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| FOOD AND NUTRITION SERVICE | 1973 | $1,067,154,447.96 | 16.86% | 2428 | $1,254,290,284.66 | 22.84% | 2513 | $1,273,661,641.26 | 23.19% | 2910 | $1,451,782,538.85 | 26.40% | 2513 | $1,407,959,593.09 | 24.87% | 2414 |
| FOOD SAFETY AND INSPECTION SERVICE | 660 | $63,412,708.41 | 1.00% | 814 | $60,274,854.44 | 1.10% | 714 | $67,340,670.87 | 1.23% | 706 | $63,638,169.78 | 1.16% | 654 | $67,502,466.32 | 1.19% | 682 |
| FOREIGN AGRICULTURAL SERVICE | 239 | $84,266,734.60 | 1.33% | 425 | $197,896,254.67 | 3.60% | 316 | $172,924,699.63 | 3.15% | 464 | $174,170,202.69 | 3.17% | 464 | $111,964,922.60 | 1.98% | 549 |
| FOREST SERVICE | 32171 | $1,476,244,873.64 | 23.33% | 45785 | $1,321,340,554.87 | 24.06% | 44941 | $1,277,839,567.71 | 23.27% | 44697 | $1,340,755,639.43 | 24.38% | 49087 | $1,299,380,686.66 | 22.95% | 47217 |
| GRAIN INSPECTION, PACKERS AND STOCKYARDS ADMINISTRATION | 193 | $2,573,705.88 | 0.04% | 324 | $3,483,790.35 | 0.06% | 276 | $2,329,634.17 | 0.04% | 241 | $2,577,203.53 | 0.05% | 263 | $3,180,128.43 | 0.06% | 229 |
| HEALTH AND HUMAN SERVICES, DEPARTMENT OF | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $239,375.00 | 0.00% | 4 |
| IMMED OFFICE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES | | | 0.00% | 1 | $6,804.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| IMMEDIATE OFFICE OF THE SECRETARY OF AGRICULTURE | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 2 |
| MANAGEMENT SUPPORT STAFF | 1 | $16,428.48 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| MILLENNIUM CHALLENGE CORPORATION | 1 | $27,194.32 | 0.00% | 4 | $64,861.35 | 0.00% | 7 | $59,181.28 | 0.00% | | | 0.00% | | | 0.00% | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| NATIONAL AGRICULTURAL STATISTICS SERVICE | 281 | $11,098,822.27 | 0.18% | 382 | $10,667,645.38 | 0.19% | 373 | $12,053,729.96 | 0.22% | 425 | $10,560,748.66 | 0.19% | 427 | $14,480,957.47 | 0.26% | 360 |
| NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY (NGA) | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| NATIONAL INSTITUTE OF FOOD AND AGRICULTURE | 104 | $7,345,742.44 | 0.12% | 146 | $11,648,939.03 | 0.21% | 115 | $6,624,488.61 | 0.12% | 90 | $6,124,303.05 | 0.11% | 155 | $9,965,515.64 | 0.18% | 86 |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | | | 0.00% | | | 0.00% | | | 0.00% | 3 | $727,193.26 | 0.01% | 4 | $187,456.00 | 0.00% | |
| NATIONAL PARK SERVICE | 3 | $24,354.25 | 0.00% | | | 0.00% | | | 0.00% | 1 | $59,800.80 | 0.00% | 6 | $131,538.75 | 0.00% | 3 |
| NATURAL RESOURCES CONSERVATION SERVICE | 4170 | $183,294,339.86 | 2.90% | 6100 | $152,007,015.01 | 2.77% | 5599 | $147,912,170.33 | 2.69% | 4765 | $139,516,942.83 | 2.54% | 5443 | $113,804,398.74 | 2.01% | 4733 |
| OFFICE OF ADVOCACY AND ENTERPRISE | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| OFFICE OF COMMUNICATIONS AND MARKETING | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| OFFICE OF FINANCE AND MANAGEMENT | 12 | $1,166,178.65 | 0.02% | 41 | $8,638,196.41 | 0.16% | 46 | $10,661,811.93 | 0.19% | 56 | $5,606,907.21 | 0.10% | 48 | $4,462,150.56 | 0.08% | 8 |
| OFFICE OF INSPECTOR GENERAL | 142 | $3,785,137.99 | 0.06% | 348 | $2,113,036.47 | 0.04% | 288 | $5,773,530.15 | 0.11% | 346 | $4,223,711.33 | 0.08% | 208 | $5,757,985.40 | 0.10% | 198 |
| OFFICE OF OPERATIONS | 2 | $157,477.19 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| OFFICE OF SAFETY, SECURITY AND PROTECTION (OSSP) | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| PEACE CORPS | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 |
| PUBLIC BUILDINGS SERVICE | | | 0.00% | 2 | $13,400.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| RISK MANAGEMENT AGENCY | 140 | $24,830,048.28 | 0.39% | 185 | $32,200,295.81 | 0.59% | 111 | $4,813,836.33 | 0.09% | 149 | $3,180,097.05 | 0.06% | 201 | $5,474,267.26 | 0.10% | 216 |
| RURAL BUSINESS COOPERATIVE SERVICE | 8 | $668,942.64 | 0.01% | 7 | $3,258,214.93 | 0.06% | 3 | $2,475,301.00 | 0.05% | 2 | $271,482.31 | 0.00% | 1 | $286,050.00 | 0.01% | |
| RURAL ELECTRIFICATION ADMINISTRATION | | | 0.00% | | | 0.00% | 1 | $5,426.40 | 0.00% | 13 | $229,003.47 | 0.00% | 9 | $220,249.00 | 0.00% | 3 |
| RURAL HOUSING SERVICE | 5757 | $112,963,400.17 | 1.79% | 7720 | $111,762,769.27 | 2.04% | 6417 | $81,485,043.97 | 1.48% | 6366 | $100,720,752.35 | 1.83% | 6612 | $126,356,338.63 | 2.23% | 8660 |
| RURAL UTILITIES SERVICE | 4 | -$41,237.38 | 0.00% | | | 0.00% | | | 0.00% | 13 | $1,072,725.00 | 0.02% | 21 | $2,214,767.20 | 0.04% | 18 |
| SECURITIES AND EXCHANGE COMMISSION | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $145,278.45 | 0.00% | 8 | $1,144,213.48 | 0.02% | 2 |
| SOIL CONSERVATION SERVICE | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $8,635.15 | 0.00% | 1 | $8,125.00 | 0.00% | |
| STATE, DEPARTMENT OF | | | 0.00% | 1 | $87,253.26 | 0.00% | 14 | $684,301.43 | 0.01% | 1 | -$39.81 | 0.00% | | | 0.00% | |
| U.S. COAST GUARD | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 3 |
| U.S. FISH AND WILDLIFE SERVICE | | | 0.00% | 14 | $90,629.37 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| USDA ADMINISTRATION | 25 | $1,813,335.82 | 0.03% | 29 | $707,840.71 | 0.01% | 24 | $137,743.80 | 0.00% | 15 | $62,927.86 | 0.00% | 7 | $15,870.85 | 0.00% | 11 |
| USDA, ASSISTANT SECRETARY FOR DEPARTMENTAL MANAGEMENT | 16 | $1,565,623.53 | 0.02% | 12 | $120,657.52 | 0.00% | 6 | $251,350.00 | 0.00% | 3 | -$1,623.09 | 0.00% | 11 | $2,843,689.77 | 0.05% | 12 |
| USDA, BOARD OF CONTRACT APPEALS | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| USDA, DEPARTMENTAL ADMINISTRATION | 819 | $75,216,816.71 | 1.19% | 967 | $101,001,381.88 | 1.84% | 1084 | $131,551,238.16 | 2.40% | 801 | $140,317,489.87 | 2.55% | 719 | $174,516,674.03 | 3.08% | 863 |
| USDA, MANAGEMENT SERVICES | | | 0.00% | 22 | $1,073,646.70 | 0.02% | 11 | $7,660,730.33 | 0.14% | 3 | $32,223.48 | 0.00% | 1 | -$13.35 | 0.00% | |
| USDA, NATIONAL APPEALS DIVISION | 29 | $369,465.31 | 0.01% | 28 | $979,068.66 | 0.02% | 12 | $451,715.65 | 0.01% | 31 | $475,938.76 | 0.01% | 26 | $795,692.09 | 0.01% | 25 |
| USDA, OFFICE OF ADMINISTRATIVE LAW JUDGE | 2 | $3,996.70 | 0.00% | | | 0.00% | 3 | $14,183.92 | 0.00% | | | 0.00% | 2 | $18,818.76 | 0.00% | 2 |
| USDA, OFFICE OF ASSISTANT SECRETARY OF CIVIL RIGHTS | 35 | $3,932,061.61 | 0.06% | 35 | $3,541,889.65 | 0.06% | 29 | $2,284,421.56 | 0.04% | 345 | $5,752,714.13 | 0.10% | 84 | $3,411,982.24 | 0.06% | 70 |
| USDA, OFFICE OF BUDGET AND PROGRAM ANALYSIS | 6 | $73,337.12 | 0.00% | 8 | $17,354.36 | 0.00% | 5 | -$21,127.63 | 0.00% | | | 0.00% | 1 | $0.00 | 0.00% | |
| USDA, OFFICE OF COMMUNICATION | 79 | $1,335,087.53 | 0.02% | 68 | $919,447.84 | 0.02% | 29 | $355,439.50 | 0.01% | 18 | $163,333.07 | 0.00% | 34 | $155,829.99 | 0.00% | 42 |
| USDA, OFFICE OF CONGRESSIONAL RELATIONS | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| USDA, OFFICE OF ETHICS | | | 0.00% | 2 | $6,590.96 | 0.00% | 2 | -$6,641.28 | 0.00% | 4 | $25,910.00 | 0.00% | 1 | $24,420.00 | 0.00% | 1 |
| USDA, OFFICE OF EXECUTIVE SECRETARIAT | 20 | $340,838.76 | 0.01% | 15 | $325,524.92 | 0.01% | 21 | $446,407.66 | 0.01% | 12 | -$8,255.93 | 0.00% | 12 | $67,455.86 | 0.00% | 8 |
| USDA, OFFICE OF GENERAL COUNSEL | 17 | $794,499.21 | 0.01% | 28 | $687,333.39 | 0.01% | 24 | $1,061,363.74 | 0.02% | 40 | $1,140,421.41 | 0.02% | 56 | $1,238,731.56 | 0.02% | 66 |
| USDA, OFFICE OF HOMELAND SECURITY AND EMERGENCY COORDINATION | 7 | $518,282.00 | 0.01% | 43 | $8,053,957.78 | 0.15% | 35 | $3,845,364.29 | 0.07% | 28 | $3,134,748.60 | 0.06% | 39 | $2,580,217.16 | 0.05% | 56 |
| USDA, OFFICE OF HUMAN RESOURCE MANAGEMENT | 45 | $2,136,719.94 | 0.03% | 41 | $1,461,071.16 | 0.03% | 28 | $730,705.37 | 0.01% | 22 | $679,076.45 | 0.01% | 32 | $2,159,033.25 | 0.04% | 30 |
| USDA, OFFICE OF OPERATIONS | 519 | $45,674,660.90 | 0.72% | 543 | $42,527,553.48 | 0.77% | 531 | $40,513,559.44 | 0.74% | 594 | $39,607,785.77 | 0.72% | 586 | $40,817,885.52 | 0.72% | 478 |
| USDA, OFFICE OF PARTNERSHIPS AND PUBLIC ENGAGEMENT | | | 0.00% | | | 0.00% | 1 | $129,532.16 | 0.00% | 1 | $50,000.00 | 0.00% | 3 | $48,405.34 | 0.00% | 14 |
| USDA, OFFICE OF PROCUREMENT AND PROPERTY MANAGEMENT | 83 | $25,753,790.09 | 0.41% | 77 | $7,367,172.14 | 0.13% | 82 | $9,067,295.64 | 0.17% | 101 | $9,213,411.81 | 0.17% | 106 | $13,623,089.65 | 0.24% | 76 |
| USDA, OFFICE OF SECURITY SERVICES | 38 | $6,839,085.11 | 0.11% | 22 | $3,519,399.20 | 0.06% | | | 0.00% | 1 | $44,312.00 | 0.00% | | | 0.00% | |
| USDA, OFFICE OF SMALL AND DISADVANTAGED BUSINESS UTILIZATION | 1 | $8,719.04 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 |
| USDA, OFFICE OF THE CHIEF ECONOMIST | 24 | $1,255,392.65 | 0.02% | 22 | $1,398,325.61 | 0.03% | 26 | $326,464.88 | 0.01% | 29 | $1,003,672.93 | 0.02% | 27 | $497,994.00 | 0.01% | 42 |
| USDA, OFFICE OF THE CHIEF FINANCIAL OFFICER | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| USDA, OFFICE OF THE CHIEF INFORMATION OFFICER | 2865 | $258,215,140.54 | 4.08% | 2469 | $230,770,495.02 | 4.20% | 1903 | $238,986,178.65 | 4.35% | 1941 | $222,103,077.06 | 4.04% | 1995 | $280,614,223.25 | 4.96% | 1960 |
| USDA, OFFICE OF THE JUDICIAL OFFICER | | | 0.00% | 1 | $13,500.00 | 0.00% | 3 | -$406.65 | 0.00% | 1 | $14,892.00 | 0.00% | | | 0.00% | |
| (blank) | 20571 | $1,056,540,455.24 | 16.70% | 727 | $58,158,521.07 | 1.06% | 34 | $42,977,249.11 | 0.78% | 45 | $30,375,569.35 | 0.55% | 46 | $36,001,831.64 | 0.64% | 32 |
| **Grand Total** | **82535** | **$6,328,231,019.76** | **100.00%** | **83801** | **$5,491,567,356.03** | **100.00%** | **79730** | **$5,491,606,104.57** | **100.00%** | **78542** | **$5,499,391,828.25** | **100.00%** | **86332** | **$5,662,015,211.93** | **100.00%** | **85058** |
| Grand Total 8a | 3926 | $496,692,730.82 | 7.85% | 4028 | $403,844,280.34 | 7.35% | 3395 | $314,900,085.09 | 5.73% | 3169 | $306,321,259.44 | 5.57% | 3591 | $367,637,988.95 | 6.49% | 3387 |
| Grand Total not 8a | 78609 | $5,831,538,288.94 | 92.15% | 79773 | $5,087,723,075.69 | 92.65% | 76335 | $5,176,706,019.48 | 94.27% | 75373 | $5,193,060,568.81 | 94.43% | 82741 | $5,294,377,222.98 | 93.51% | 81671 |

| FY2015 Dollars Obligated | Proportion of Total Dollars | FY2016 Number of Actions | FY2016 Dollars Obligated | Proportion of Total Dollars | FY2017 Number of Actions | FY2017 Dollars Obligated | Proportion of Total Dollars | FY2018 Number of Actions | FY2018 Dollars Obligated | Proportion of Total Dollars | FY2019 Number of Actions | FY2019 Dollars Obligated | Proportion of Total Dollars | FY2020 Number of Actions | FY2020 Dollars Obligated | Proportion of Total Dollars | FY2021 Number of Actions | FY2021 Dollars Obligated | Proportion of Total Dollars | Number of Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,197,065.33 | 0.02% | | | | 1 | $1,314,081.72 | 0.02% | | | | | | | | | | | | | |
| $747,127,510.56 | 11.50% | 1220 | $741,424,947.07 | 12.29% | 1305 | $707,788,855.28 | 10.67% | 1188 | $716,643,136.28 | 10.71% | 1389 | $898,427,402.92 | 11.79% | 2973 | $5,568,025,946.06 | 44.63% | 2251 | $3,456,139,012.36 | 35.39% | 1165 |
| $207,200,585.70 | 3.19% | 7749 | $212,537,766.22 | 3.52% | 7803 | $358,302,423.81 | 5.40% | 6685 | $243,245,080.06 | 3.63% | 5242 | $262,185,062.47 | 3.44% | 5513 | $413,563,830.57 | 3.32% | 5417 | $287,668,426.20 | 2.95% | 1637 |
| $89,946.52 | 0.00% | | | | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | 26 | $657,895.72 | 0.01% | 188 | $1,324,392.77 | 0.02% | 190 | $8,750,286.62 | 0.13% | 138 | $14,151,781.60 | 0.19% | 142 | $19,704,129.63 | 0.16% | 96 | $2,351,045.59 | 0.02% | 20 |
| $661,292,204.77 | 10.18% | 4597 | $179,545,306.04 | 2.98% | 4869 | $144,434,438.61 | 2.18% | 4007 | $148,138,465.51 | 2.21% | 3327 | $271,579,820.79 | 2.78% | 3583 | $236,133,038.25 | 1.89% | 2904 | $198,316,045.04 | 2.03% | 1418 |
| $122,617.49 | 0.00% | | | | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 |
| | 0.00% | 4 | $11,393.77 | 0.00% | 6 | $60,975.56 | 0.00% | 1 | $7,718.50 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $199,044.64 | 0.00% | 20 | $2,064,671.11 | 0.03% | 44 | $510,833.74 | 0.01% | 16 | $189,443.51 | 0.00% | | | 0.00% | 7 | $140,991.92 | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $1,746,964.99 | 0.03% | 1 | -$5,000.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 593 | $690,334,676.36 | 7.07% | 282 |
| $1,210,950.47 | 0.02% | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $0.00 | 0.00% | 1 | $0.00 | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $5,825,256.50 | 0.09% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $10,660,038.51 | 0.16% | 190 | $8,304,996.07 | 0.14% | 184 | $12,494,868.49 | 0.19% | 161 | $10,681,004.05 | 0.16% | 133 | $8,137,966.90 | 0.11% | 100 | $10,126,438.27 | 0.08% | 81 | $6,447,349.96 | 0.07% | 36 |
| $26,000.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 210 | $209,345,411.70 | 2.75% | 393 | $313,734,424.79 | 2.51% | 343 | $315,449,413.68 | 3.23% | 285 |
| $699,173,133.25 | 10.76% | 2156 | $753,625,478.64 | 12.49% | 2153 | $782,198,984.30 | 11.80% | 1986 | $714,783,381.51 | 10.68% | 1999 | $1,592,726,505.70 | 20.91% | 1773 | $1,249,145,939.12 | 10.01% | 389 | $54,606,381.64 | 0.56% | 170 |
| $201,777.69 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $1,629,775,230.30 | 25.08% | 2475 | $1,476,294,902.84 | 24.47% | 2164 | $1,637,174,368.74 | 24.69% | 2252 | $1,686,289,591.39 | 25.19% | 2236 | $1,659,224,357.82 | 21.78% | 2604 | $1,251,922,899.18 | 10.04% | 2126 | $1,337,100,452.23 | 13.69% | 1297 |
| $52,849,317.01 | 0.81% | 698 | $86,609,270.12 | 1.44% | 601 | $64,153,228.56 | 0.97% | 636 | $62,303,790.83 | 0.93% | 511 | $61,548,498.83 | 0.81% | 574 | $70,094,226.55 | 0.56% | 576 | $61,916,985.84 | 0.63% | 236 |
| $98,157,407.44 | 1.51% | 482 | $189,218,225.41 | 3.14% | 516 | $55,214,152.82 | 0.83% | 384 | $103,084,594.19 | 1.54% | 390 | $157,392,993.26 | 2.07% | 447 | $156,445,267.45 | 1.25% | 509 | $346,172,069.19 | 3.54% | 236 |
| $1,458,470,694.60 | 22.44% | 50954 | $1,548,474,937.29 | 25.66% | 63708 | $1,943,812,212.51 | 29.31% | 54029 | $2,071,389,573.15 | 30.95% | 40529 | $1,543,446,556.88 | 20.26% | 42289 | $1,988,056,328.40 | 15.94% | 32138 | $1,852,244,366.83 | 18.97% | 8853 |
| $3,870,748.50 | 0.06% | 192 | $4,037,945.82 | 0.07% | 178 | $5,586,080.49 | 0.08% | 147 | $6,706,341.87 | 0.10% | 60 | $1,864,125.95 | 0.02% | 38 | $1,907,429.55 | 0.02% | 23 | $322,917.92 | 0.00% | 6 |
| $1,369,337.37 | 0.02% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $16,090.50 | 0.00% | 12 | $374,017.84 | 0.01% | 12 | $102,508.74 | 0.00% | 25 | $446,105.11 | 0.01% | 28 | $863,566.49 | 0.01% | 35 | $1,080,727.56 | 0.01% | 17 | $2,309,073.46 | 0.02% | 11 |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | 2 | $16,711.49 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $17,182,550.20 | 0.26% | 354 | $15,653,627.48 | 0.26% | 333 | $12,492,446.87 | 0.19% | 320 | $12,676,140.24 | 0.19% | 210 | $9,272,168.74 | 0.12% | 173 | $13,650,193.40 | 0.11% | 161 | $12,815,169.80 | 0.13% | 71 |
| | 0.00% | 1 | $0.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $8,737,180.68 | 0.13% | 111 | $10,552,702.55 | 0.17% | 121 | $13,093,153.13 | 0.20% | 96 | $12,308,175.20 | 0.18% | 73 | $12,374,326.65 | 0.16% | 51 | $12,126,539.21 | 0.10% | 34 | $14,287,053.76 | 0.15% | 7 |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $136,388.06 | 0.00% | 34 | $796,394.21 | 0.01% | 2 | $17,778.55 | 0.00% | 5 | $125,190.97 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 6 |
| $178,530,850.65 | 2.75% | 3907 | $160,934,014.22 | 2.67% | 3780 | $185,732,988.72 | 2.80% | 3562 | $212,365,054.87 | 3.17% | 2767 | $207,182,386.68 | 2.72% | 2842 | $168,408,198.35 | 1.35% | 2522 | $173,914,368.41 | 1.78% | 817 |
| | 0.00% | | | 0.00% | 1 | $17,484.80 | 0.00% | 1 | $0.00 | 0.00% | | | 0.00% | 1 | $93,772.80 | 0.00% | 1 | -$93,772.80 | 0.00% | |
| $610,558.64 | 0.01% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $6,527,449.60 | 0.10% | 189 | $5,400,829.62 | 0.09% | 211 | $12,165,616.38 | 0.18% | 281 | $8,912,633.84 | 0.13% | 152 | $9,936,878.20 | 0.13% | 202 | $7,991,098.31 | 0.06% | 119 | $9,151,429.38 | 0.09% | 41 |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $21,436.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 5 |
| $7,271,039.47 | 0.11% | 160 | $28,197,186.58 | 0.47% | 141 | $2,877,863.31 | 0.04% | 126 | $2,927,798.55 | 0.04% | 109 | $2,605,776.09 | 0.03% | 79 | $3,278,383.07 | 0.03% | 88 | $4,307,608.92 | 0.04% | 56 |
| | 0.00% | 1 | $0.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $16,532.46 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $126,039,229.52 | 1.94% | 12125 | $105,301,482.48 | 1.75% | 11435 | $106,251,741.75 | 1.60% | 10634 | $130,137,938.23 | 1.94% | 8672 | $177,816,670.38 | 2.33% | 2296 | $170,576,124.17 | 1.37% | 1908 | $123,138,904.95 | 1.26% | 675 |
| $406,973.87 | 0.01% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $110,337.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $2,268,015.10 | 0.03% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | | | 0.00% | 53 | $493,397.73 | 0.01% | 1 | $4,228.90 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $100,672.03 | 0.00% | 2 | $51,813.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $3,424,452.39 | 0.05% | 34 | $3,442,458.45 | 0.06% | 24 | $1,206,661.57 | 0.02% | 15 | $1,780,388.41 | 0.03% | 8 | -$20,935.20 | 0.00% | 4 | -$1,121.56 | 0.00% | 5 | -$51,629.42 | 0.00% | 4 |
| | 0.00% | | | 0.00% | 1 | $205,988.20 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 1 | $47,593.24 | 0.00% | 1 |
| $151,037,668.16 | 2.32% | 1119 | $150,525,505.18 | 2.49% | 1086 | $219,508,934.27 | 3.31% | 922 | $138,117,486.82 | 2.06% | 741 | $140,875,752.09 | 1.85% | 341 | $72,824,593.99 | 0.58% | 163 | $30,685,067.00 | 0.31% | 57 |
| | 0.00% | 1 | -$0.07 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $676,218.52 | 0.01% | 13 | $271,300.70 | 0.00% | 13 | $728,818.84 | 0.01% | 17 | $813,644.00 | 0.01% | 8 | $726,156.39 | 0.01% | 11 | $544,132.73 | 0.00% | 5 | $474,870.01 | 0.00% | 2 |
| $15,804.00 | 0.00% | 5 | $0.00 | 0.00% | 3 | $0.00 | 0.00% | 13 | $80,402.00 | 0.00% | 7 | $78,267.84 | 0.00% | 9 | $74,514.25 | 0.00% | 12 | $9,711.44 | 0.00% | 5 |
| $4,868,237.78 | 0.07% | 94 | $4,967,891.90 | 0.08% | 107 | $4,149,255.42 | 0.06% | 118 | $3,593,015.64 | 0.05% | 85 | $5,030,538.17 | 0.07% | 72 | $5,834,746.16 | 0.05% | 174 | $6,143,602.69 | 0.06% | 37 |
| | 0.00% | 6 | $37,810.10 | 0.00% | 1 | $6,000.00 | 0.00% | 5 | $112,494.46 | 0.00% | 1 | $0.00 | 0.00% | 6 | $396,581.40 | 0.00% | 7 | $293,999.91 | 0.00% | 2 |
| $3,000,621.54 | 0.05% | 42 | $1,721,360.38 | 0.03% | 51 | $1,772,893.90 | 0.03% | 67 | $2,368,188.11 | 0.04% | 43 | $4,167,822.92 | 0.05% | 39 | $1,715,553.95 | 0.01% | 40 | $4,820,571.54 | 0.05% | 24 |
| | 0.00% | | | 0.00% | 1 | $5,890.00 | 0.00% | | | 0.00% | 3 | $62,000.00 | 0.00% | 1 | $19,250.00 | 0.00% | 4 | $41,052.80 | 0.00% | 2 |
| $17,705.00 | 0.00% | | | 0.00% | 4 | $439,781.40 | 0.01% | 6 | $822,852.03 | 0.01% | 10 | $660,275.59 | 0.01% | 7 | $443,924.00 | 0.00% | 18 | $401,519.53 | 0.00% | 5 |
| $34,874.52 | 0.00% | 5 | $35,432.25 | 0.00% | 2 | $16,885.27 | 0.00% | 4 | $604,978.30 | 0.01% | 2 | $31,285.82 | 0.00% | 5 | $39,252.00 | 0.00% | 16 | $972,627.06 | 0.01% | 10 |
| $1,898,865.87 | 0.03% | 54 | $1,536,447.89 | 0.03% | 41 | $2,022,549.88 | 0.03% | 62 | $2,496,979.61 | 0.04% | 25 | $1,754,493.65 | 0.02% | 52 | $4,526,858.50 | 0.04% | 52 | $2,480,891.36 | 0.03% | 25 |
| $1,515,815.71 | 0.02% | 58 | $2,081,031.91 | 0.03% | 43 | $1,306,720.97 | 0.02% | 35 | $1,313,282.69 | 0.02% | 24 | $3,267,461.22 | 0.04% | 46 | $6,936,588.61 | 0.06% | 73 | $22,245,854.93 | 0.23% | 12 |
| $765,581.68 | 0.01% | 37 | $1,051,672.57 | 0.02% | 36 | $1,804,950.82 | 0.03% | 32 | $567,825.23 | 0.01% | 22 | $2,443,362.53 | 0.03% | 27 | $2,358,643.20 | 0.02% | 32 | $6,595,997.74 | 0.07% | 5 |
| $43,636,557.03 | 0.67% | 414 | $24,461,352.82 | 0.41% | 523 | $54,237,187.26 | 0.82% | 518 | $58,719,971.78 | 0.88% | 372 | $58,458,303.25 | 0.77% | 361 | $126,260,591.39 | 1.01% | 395 | $53,489,775.08 | 0.55% | 116 |
| $112,348.23 | 0.00% | 15 | $99,421.07 | 0.00% | 3 | $8,004.03 | 0.00% | 3 | $46,556.69 | 0.00% | 5 | $76,473.20 | 0.00% | 9 | $139,260.32 | 0.00% | 11 | $158,105.81 | 0.00% | 2 |
| $11,274,945.76 | 0.17% | 96 | $8,858,536.79 | 0.15% | 80 | $9,239,463.01 | 0.14% | 93 | $8,582,854.13 | 0.13% | 56 | $10,604,923.79 | 0.14% | 62 | $13,782,168.48 | 0.11% | 55 | $13,135,369.48 | 0.13% | 21 |
| $15,070.00 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| | 0.00% | 2 | $22,439.82 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 5 | -$48,887.11 | 0.00% | 1 | $60,000.00 | 0.00% | |
| $1,580,488.66 | 0.02% | 30 | $1,095,291.55 | 0.02% | 27 | $639,677.83 | 0.01% | 47 | $1,192,326.11 | 0.02% | 33 | $795,438.91 | 0.01% | 36 | $1,709,219.66 | 0.01% | 37 | $1,715,352.66 | 0.02% | 7 |
| | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | 341 | $123,782,489.99 | 0.99% | 240 | $75,166,662.78 | 0.77% | 138 |
| $312,713,319.36 | 4.81% | 1809 | $293,984,539.71 | 4.87% | 1550 | $277,967,638.68 | 4.19% | 1450 | $320,020,637.98 | 4.78% | 1342 | $348,245,253.99 | 4.57% | 1184 | $457,531,412.22 | 3.67% | 1046 | $598,304,324.04 | 6.13% | 522 |
| | 0.00% | 2 | $25,892.76 | 0.00% | | | 0.00% | 1 | $2,828.48 | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $33,641,276.55 | 0.52% | 26 | $9,644,230.01 | 0.16% | 33 | $8,594,505.63 | 0.13% | | | 0.00% | | | 0.00% | | | 0.00% | | | 0.00% | |
| $6,498,805,946.18 | 100.00% | 91524 | $6,033,944,131.38 | 100.00% | 103439 | $6,631,476,684.36 | 100.00% | 90140 | $6,693,352,385.85 | 100.00% | 70964 | $7,617,432,905.01 | 100.00% | 68733 | $12,474,981,925.99 | 100.00% | 54683 | $9,766,090,298.40 | 100.00% | 18324 |
| $358,964,926.39 | 5.52% | 3752 | $430,269,495.80 | 7.13% | 3580 | $424,960,321.60 | 6.41% | 2076 | $243,683,782.11 | 100.00% | 2074 | $335,881,691.39 | 4.41% | 2008 | $304,786,768.71 | 2.44% | 1668 | $287,477,331.54 | 2.94% | 734 |
| $6,139,841,019.79 | 94.48% | 87772 | $5,603,674,635.58 | 92.87% | 99859 | $6,206,516,362.76 | 93.59% | 88064 | $6,449,668,603.74 | 96.36% | 68890 | $7,281,551,213.62 | 95.59% | 66725 | $12,170,195,157.28 | 97.56% | 53015 | $9,478,612,966.86 | 97.06% | 17590 |

| FY2022 Dollars Obligated | Proportion of Total Dollars | Total Sum of Number of Actions | Total Sum of Dollars Obligated |
|---|---|---|---|
| | | 112 | $19,375,859.74 |
| $712,469,115.48 | 24.49% | 19788 | $17,133,668,234.71 |
| $52,302,884.65 | 1.80% | 80672 | $2,979,586,296.50 |
| | 0.00% | 27 | $1,659,297.33 |
| $43,388,425.49 | 1.49% | 1433 | $119,200,762.34 |
| $109,959,377.03 | 3.78% | 50338 | $2,542,743,969.78 |
| $5,416.98 | 0.00% | 55 | $340,282.22 |
| | 0.00% | 11 | $80,087.83 |
| | 0.00% | 164 | $3,675,903.53 |
| | 0.00% | 2 | $866,114.60 |
| $308,714,476.60 | 10.61% | 926 | $1,013,400,950.53 |
| | 0.00% | 32 | $2,840,660.93 |
| | 0.00% | 1 | $10,000.00 |
| | 0.00% | 11 | $14,555,139.00 |
| $1,631,730.08 | 0.06% | 1870 | $97,973,498.74 |
| | 0.00% | 1 | -$42,000.00 |
| | 0.00% | 4 | $162,200.00 |
| $56,559,092.28 | 1.94% | 1231 | $895,088,342.45 |
| $18,352,116.18 | 0.63% | 19113 | $9,858,322,345.91 |
| | 0.00% | 16 | $1,171,282.53 |
| $22,900.00 | 0.00% | 1 | $22,900.00 |
| | 0.00% | 1 | $11,783.24 |
| | 0.00% | 1 | $24,950.00 |
| $758,996,731.85 | 26.09% | 29905 | $17,891,627,040.17 |
| $27,928,873.42 | 0.96% | 8062 | $809,573,060.98 |
| $40,595,170.57 | 1.40% | 5421 | $1,887,502,694.52 |
| $360,626,081.03 | 12.40% | 556398 | $19,482,082,073.00 |
| $118,008.42 | 0.00% | 2170 | $38,558,060.88 |
| | 0.00% | 5 | $1,608,712.37 |
| | 0.00% | 1 | $6,804.00 |
| $135,331.54 | 0.00% | 142 | $5,327,421.24 |
| | 0.00% | 1 | $16,428.48 |
| | 0.00% | 12 | $151,236.95 |
| | 0.00% | 2 | $16,711.49 |
| $7,118,337.81 | 0.24% | 3870 | $159,722,538.28 |
| | 0.00% | 1 | $0.00 |
| $180,091.55 | 0.01% | 1189 | $125,368,211.50 |
| | 0.00% | 7 | $914,649.26 |
| $77,700.70 | 0.00% | 60 | $1,369,146.29 |
| $29,179,183.77 | 1.00% | 51007 | $2,052,781,912.44 |
| | 0.00% | 1 | $17,484.80 |
| | 0.00% | 3 | $0.00 |
| | 0.00% | 211 | $31,145,803.40 |
| $4,745,172.25 | 0.16% | 2725 | $86,484,508.92 |
| | 0.00% | 2 | $157,477.19 |
| $2,199,465.73 | 0.08% | 5 | $2,199,465.73 |
| | 0.00% | 1 | $21,436.00 |
| | 0.00% | 2 | $13,400.00 |
| $1,585,811.03 | 0.05% | 1761 | $123,550,011.75 |
| | 0.00% | 22 | $6,959,990.88 |
| | 0.00% | 26 | $471,211.33 |
| $62,954,936.68 | 2.16% | 89277 | $1,535,505,332.55 |
| | 0.00% | 56 | $3,653,228.69 |
| | 0.00% | 11 | $1,399,828.93 |
| | 0.00% | 2 | $16,760.15 |
| | 0.00% | 16 | $771,514.88 |
| | 0.00% | 3 | $2,268,015.10 |
| | 0.00% | 68 | $588,256.00 |
| | 0.00% | 113 | $2,890,204.07 |
| -$56,364.36 | 0.00% | 154 | $14,503,608.01 |
| -$32,717.85 | 0.00% | 3 | $220,863.59 |
| $12,837,281.76 | 0.44% | 9682 | $1,539,015,889.92 |
| | 0.00% | 38 | $8,766,587.09 |
| $72,900.00 | 0.00% | 220 | $7,379,921.66 |
| | 0.00% | 58 | $295,698.91 |
| $1,093,227.55 | 0.04% | 1285 | $54,603,584.50 |
| $228,932.00 | 0.01% | 48 | $1,145,381.72 |
| $6,202,352.91 | 0.21% | 576 | $28,698,503.18 |
| $22,965.28 | 0.00% | 11 | $151,158.08 |
| $17,498.20 | 0.00% | 60 | $2,853,835.43 |
| $1,637,647.15 | 0.06% | 132 | $4,544,953.64 |
| $382,209.42 | 0.01% | 542 | $22,021,645.49 |
| $1,216,762.30 | 0.04% | 499 | $58,016,088.17 |
| $266,111.33 | 0.01% | 389 | $23,047,027.69 |
| $18,084,852.55 | 0.62% | 5950 | $646,490,036.27 |
| $9,000.00 | 0.00% | 67 | $877,106.85 |
| $5,943,972.04 | 0.20% | 988 | $146,446,992.81 |
| | 0.00% | 62 | $10,417,866.31 |
| | 0.00% | 9 | $42,271.75 |
| $353,763.06 | 0.01% | 387 | $13,563,408.51 |
| $60,400,256.56 | 2.08% | 719 | $259,349,409.33 |
| $200,893,064.72 | 6.90% | 22036 | $4,040,349,305.22 |
| | 0.00% | 8 | $56,706.59 |
| | 0.00% | 21514 | $1,275,968,598.60 |
| **$2,909,420,145.74** | **100.00%** | **993805** | **$87,098,305,943.45** |
| $109,410,311.65 | 3.76% | 37388 | $4,384,830,973.83 |
| $2,800,009,834.09 | 96.24% | 956417 | $82,713,474,969.62 |