# EXHIBIT 24

**USDA 8A PROGRAM by 541 & 561 NAICS Codes**

| NAICS Code | NAICS Description | FY2010 Sum of Number of Actions | FY2010 Sum of Dollars Obligated | FY2011 Sum of Number of Actions | FY2011 Sum of Dollars Obligated | FY2012 Sum of Number of Actions | FY2012 Sum of Dollars Obligated | FY2013 Sum of Number of Actions | FY2013 Sum of Dollars Obligated | FY2014 Sum of Number of Actions | FY2014 Sum of Dollars Obligated | Sum of Number of Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 541110 | OFFICES OF LAWYERS | 2 | $347,613.00 | | | 1 | $0.00 | 1 | $0.00 | 1 | -$2,025.00 | 8 |
| 541191 | TITLE ABSTRACT AND SETTLEMENT OFFICES | | | | | | | | | | | 3 |
| 541199 | ALL OTHER LEGAL SERVICES | | | | | 3 | $92,500.00 | 19 | $1,304,736.84 | 9 | $712,347.16 | 8 |
| 541211 | OFFICES OF CERTIFIED PUBLIC ACCOUNTANTS | | | 1 | -$7,836.81 | | | | | | | |
| 541214 | PAYROLL SERVICES | | | | | | | | | 1 | $0.00 | |
| 541219 | OTHER ACCOUNTING SERVICES | | | 1 | -$17,862.96 | 5 | $271,873.80 | 3 | $135,248.20 | 4 | -$4,908.60 | 6 |
| 541310 | ARCHITECTURAL SERVICES | 7 | $115,570.00 | 20 | $1,263,060.25 | 24 | $1,169,626.63 | 25 | $1,573,072.95 | 13 | $276,437.49 | 7 |
| 541320 | LANDSCAPE ARCHITECTURAL SERVICES | 7 | $34,500.00 | 10 | $68,160.00 | 2 | $0.00 | | | | | |
| 541330 | ENGINEERING SERVICES | 36 | $699,783.33 | 28 | $166,249.31 | 14 | -$541.48 | 20 | $269,041.82 | 12 | $315,057.53 | 13 |
| 541350 | BUILDING INSPECTION SERVICES | 2 | $3,366.50 | | | | | | | | | |
| 541360 | GEOPHYSICAL SURVEYING AND MAPPING SERVICES | | | | | | | | | | | |
| 541370 | SURVEYING AND MAPPING (EXCEPT GEOPHYSICAL) SERVICES | 59 | $1,379,049.52 | 56 | $569,982.34 | 84 | $1,117,338.95 | 27 | $136,927.90 | 8 | -$7,684.96 | |
| 541380 | TESTING LABORATORIES | 14 | $17,067.30 | 2 | $3,190.00 | 1 | $11,150.00 | 4 | $4,447.33 | 1 | $7,600.00 | 3 |
| 541410 | INTERIOR DESIGN SERVICES | | | | | 1 | $9,600.00 | | | 2 | $30,971.65 | 1 |
| 541430 | GRAPHIC DESIGN SERVICES | | | 2 | $38,500.00 | 1 | $0.00 | 1 | $60,192.00 | 3 | $0.00 | 1 |
| 541490 | OTHER SPECIALIZED DESIGN SERVICES | 1 | $0.00 | 1 | $0.00 | | | | | | | |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | 150 | $40,030,880.72 | 215 | $58,232,545.14 | 141 | $40,875,174.14 | 206 | $42,592,367.45 | 174 | $23,486,230.41 | 64 |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | 86 | $11,671,223.91 | 123 | $15,765,376.70 | 157 | $36,533,807.87 | 223 | $62,553,332.18 | 318 | $81,471,777.84 | 297 |
| 541513 | COMPUTER FACILITIES MANAGEMENT SERVICES | 68 | $7,399,787.69 | 32 | $4,630,172.04 | 23 | $1,703,629.59 | 7 | $595,079.03 | 5 | $592,243.80 | 24 |
| 541519 | OTHER COMPUTER RELATED SERVICES | 302 | $72,200,105.61 | 315 | $57,314,498.65 | 211 | $42,433,919.27 | 200 | $22,042,364.25 | 154 | $21,435,414.47 | 170 |
| 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CO | 75 | $10,595,824.74 | 80 | $825,438.63 | 70 | $8,808,567.69 | 106 | $9,305,816.29 | 168 | $10,583,707.48 | 114 |
| 541612 | HUMAN RESOURCES CONSULTING SERVICES (2007), HUMAN RES | 24 | $1,451,306.53 | 16 | $1,233,638.46 | 9 | $271,779.73 | 12 | $583,136.63 | 12 | $474,744.88 | 12 |
| 541613 | MARKETING CONSULTING SERVICES | | | | | 2 | $153,916.00 | | | | | |
| 541614 | PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONSULTIN | 2 | $0.00 | 3 | $499,229.84 | 4 | $331,442.80 | 7 | $733,249.80 | 15 | $869,034.72 | 8 |
| 541618 | OTHER MANAGEMENT CONSULTING SERVICES | 11 | $1,625,947.20 | 31 | $1,886,384.31 | 18 | $1,359,818.15 | 21 | $3,004,432.40 | 11 | $4,844,646.72 | 14 |
| 541620 | ENVIRONMENTAL CONSULTING SERVICES | 27 | $493,887.41 | 21 | $724,317.66 | 80 | $777,567.38 | 47 | $1,031,094.85 | 59 | $574,875.20 | 62 |
| 541690 | OTHER SCIENTIFIC AND TECHNICAL CONSULTING SERVICES | 19 | $2,307,513.31 | 33 | $3,416,155.80 | 13 | $732,883.21 | 14 | $2,591,874.59 | 23 | $3,724,491.88 | 17 |
| 541710 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING | 1 | -$15.58 | | | 1 | -$33,809.56 | | | | | |
| 541711 | RESEARCH AND DEVELOPMENT IN BIOTECHNOLOGY | 1 | $8,926.89 | | | | | | | | | |
| 541712 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING | 173 | $10,989,833.37 | 281 | $25,223,130.67 | 162 | $3,634,872.56 | 84 | $9,215.44 | 20 | -$137,020.48 | 84 |
| 541715 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES (EXCEPT NANOTECHNOLOGY AND BIOTECHNOLOGY) | | | | | | | | | | | |
| 541720 | RESEARCH AND DEVELOPMENT IN THE SOCIAL SCIENCES AND H | 20 | $1,091,001.37 | 7 | $453,372.78 | 3 | -$1,631.08 | 12 | $333,079.99 | 25 | $104,537.83 | 18 |
| 541810 | ADVERTISING AGENCIES | | | | | 2 | $50,603.50 | 1 | $0.00 | 3 | $59,369.25 | 2 |
| 541820 | PUBLIC RELATIONS AGENCIES | | | | | 1 | $10,000.00 | 1 | $100,000.00 | 4 | $57,838.30 | 1 |
| 541850 | OUTDOOR ADVERTISING | 2 | $45,220.00 | | | 1 | $9,987.98 | | | | | |
| 541890 | OTHER SERVICES RELATED TO ADVERTISING | 1 | $8,848.03 | | | | | 1 | $75,516.80 | 2 | $12,141.50 | |
| 541910 | MARKETING RESEARCH AND PUBLIC OPINION POLLING | | | 1 | $50,160.00 | | | | | 1 | $998,319.68 | 2 |
| 541922 | COMMERCIAL PHOTOGRAPHY | 1 | $12,250.00 | | | | | | | | | |
| 541930 | TRANSLATION AND INTERPRETATION SERVICES | 11 | $525,425.99 | 11 | $186,750.36 | 11 | $412,017.50 | 13 | $339,784.20 | 23 | $514,958.16 | 22 |
| 541990 | ALL OTHER PROFESSIONAL, SCIENTIFIC, AND TECHNICAL SERVIC | 31 | $10,828,168.20 | 41 | $2,675,053.76 | 31 | $1,447,417.07 | 55 | $1,894,659.03 | 97 | $2,697,139.22 | 103 |
| 561110 | OFFICE ADMINISTRATIVE SERVICES | 10 | $155,712.34 | 13 | $444,926.06 | 9 | $274,675.40 | 19 | $2,355,301.19 | 55 | $3,834,393.18 | 48 |
| 561210 | FACILITIES SUPPORT SERVICES | 65 | $4,747,065.46 | 85 | $4,546,794.39 | 94 | $4,857,203.94 | 66 | $5,183,043.22 | 47 | $5,531,977.42 | 80 |
| 561310 | EMPLOYMENT PLACEMENT AGENCIES | | | 1 | -$1,534.74 | | | | | | | |
| 561311 | EMPLOYMENT PLACEMENT AGENCIES | 3 | -$660.00 | 4 | $40,529.92 | 1 | $0.00 | 2 | -$3,440.41 | | | |
| 561320 | TEMPORARY HELP SERVICES | 421 | $5,590,935.75 | 419 | $3,062,153.54 | 265 | $2,059,026.60 | 196 | $3,313,794.94 | 179 | $1,055,663.50 | 302 |
| 561410 | DOCUMENT PREPARATION SERVICES | 5 | $887,562.66 | 2 | -$91,309.33 | 1 | $0.00 | | | | | |
| 561421 | TELEPHONE ANSWERING SERVICES | | | | | | | 1 | $487,749.20 | 1 | $301,401.77 | |
| 561439 | OTHER BUSINESS SERVICE CENTERS (INCLUDING COPY SHOPS) | | | | | | | | | | | 2 |
| 561499 | ALL OTHER BUSINESS SUPPORT SERVICES | 12 | -$63,113.12 | 3 | $208,357.99 | 8 | $1,304,479.37 | 19 | $3,096,616.57 | 18 | $3,396,447.27 | 6 |
| 561510 | TRAVEL AGENCIES | | | | | | | | | | | |
| 561611 | INVESTIGATION SERVICES | | | 1 | $15,000.00 | 3 | $15,000.00 | 5 | $49,875.00 | 4 | $21,500.00 | 3 |
| 561612 | SECURITY GUARDS AND PATROL SERVICES | 7 | $253,925.28 | 25 | $997,737.15 | 22 | $1,069,951.00 | 18 | $828,755.58 | 13 | $873,379.67 | 16 |
| 561621 | SECURITY SYSTEMS SERVICES (EXCEPT LOCKSMITHS) | 2 | $170,815.69 | 6 | $97,821.70 | | | 3 | $45,043.20 | 5 | $122,748.16 | 5 |
| 561710 | EXTERMINATING AND PEST CONTROL SERVICES | | | | | | | | | | | |
| 561720 | JANITORIAL SERVICES | 49 | $1,460,948.57 | 61 | $1,301,759.03 | 59 | $1,388,730.52 | 60 | $1,374,594.12 | 67 | $1,296,265.50 | 58 |
| 561730 | LANDSCAPING SERVICES | 8 | $313,175.18 | 12 | $220,099.06 | 8 | $82,432.74 | 5 | $112,321.56 | 7 | $112,157.26 | 10 |
| 561790 | OTHER SERVICES TO BUILDINGS AND DWELLINGS | 4 | $309,554.20 | | | 6 | $39,085.84 | 3 | $4,773.00 | 1 | $5,500.00 | 2 |
| 561920 | CONVENTION AND TRADE SHOW ORGANIZERS | | | 13 | $274,938.50 | 1 | $16,109.93 | | | | | |
| 561990 | ALL OTHER SUPPORT SERVICES | 26 | $1,145,804.95 | 31 | $1,573,712.54 | 15 | $225,285.14 | 10 | $55,529.61 | 10 | $539,453.77 | 6 |
| **Grand Total** | | **1745** | **$188,854,812.00** | **2007** | **$187,890,652.74** | **1568** | **$153,515,492.18** | **1517** | **$168,172,626.75** | **1575** | **$170,783,133.63** | **1602** |

USDA 8A PROGRAM by 541 561 NAICS Codes

Page 1 of 2

| FY2015 | FY2016 | | FY2017 | | FY2018 | | FY2019 | | FY2020 | | FY2021 | | FY2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Total Sum of Number of Actions | Total Sum of Dollars Obligated |
| $164,628.00 | 2 | $100,000.00 | 4 | $250,000.00 | 2 | $42,642.00 | | | | | | | | | 21 | $902,858.00 |
| $6,773.60 | 1 | $0.00 | 1 | $8,396.80 | 1 | $0.00 | | | | | | | | | 6 | $15,170.40 |
| $601,308.09 | 3 | $391,885.80 | 6 | $469,418.75 | 1 | -$49,688.22 | | | 2 | $1,320,233.36 | 5 | $1,443,576.94 | 2 | $0.00 | 58 | $6,286,318.72 |
| | 3 | $3,625,496.88 | 1 | $0.00 | 1 | $99,149.50 | 2 | $53,428.57 | 1 | -$23,898.51 | 1 | $125,429.58 | 2 | $3,742,585.00 | 12 | $7,614,354.21 |
| | | | | | | | | | | | | | | | 1 | $0.00 |
| $74,767.17 | 5 | $45,544.01 | 5 | $800,446.71 | 5 | $50,023.08 | 5 | $71,374.97 | 8 | $266,617.50 | 8 | $373,819.20 | 1 | -$17,191.06 | 56 | $2,049,752.02 |
| $313,558.24 | 7 | $428,358.40 | 3 | -$1,494.93 | 2 | -$895.39 | 1 | $84,665.00 | 3 | $12,721.50 | 2 | $567,483.13 | | | 114 | $5,802,163.27 |
| | 1 | $11,800.00 | | | | | | | | | | | | | 20 | $114,460.00 |
| $441,073.15 | 17 | $533,716.87 | 21 | $1,207,594.03 | 13 | $204,119.19 | 19 | $105,742.32 | 8 | $129,067.97 | 7 | $148,342.80 | 1 | $55,300.00 | 209 | $4,274,546.84 |
| | | | | | | | 1 | $159,720.00 | 1 | $80,216.00 | | | | | 4 | $243,302.50 |
| | | | | | | | 1 | $97,324.00 | 1 | -$97,324.00 | | | | | 2 | $0.00 |
| | 1 | -$6,753.36 | 1 | $40,450.52 | 5 | $307,085.00 | 7 | $843,799.12 | 5 | -$104,082.50 | 5 | $0.00 | 3 | $0.00 | 261 | $4,276,112.53 |
| $9,235.45 | 3 | $478,936.80 | 2 | $5,265.00 | 7 | $14,032.00 | 5 | $15,677.00 | 9 | $11,704.00 | 4 | $12,616.00 | 1 | $1,915.00 | 56 | $592,835.88 |
| $73,000.00 | 4 | $112,584.10 | 1 | $155,000.00 | 3 | $11,277.44 | 3 | $0.00 | | | 1 | -$5,681.53 | | | 16 | $386,751.66 |
| -$12,956.88 | | | | | | | | | | | | | | | 8 | $85,735.12 |
| | | | | | | | | | | | 3 | $19,205.00 | | | 5 | $19,205.00 |
| $6,643,797.23 | 99 | $9,367,751.23 | 60 | $6,902,833.89 | 20 | $5,094,190.20 | 35 | $31,609,511.32 | 41 | $15,991,956.44 | 37 | $16,774,271.70 | 19 | $10,804,824.51 | 1261 | $308,406,334.38 |
| $94,633,266.45 | 353 | $115,108,974.38 | 415 | $116,188,802.08 | 145 | $46,553,072.28 | 117 | $41,891,754.35 | 136 | $47,727,279.70 | 114 | $46,722,122.20 | 73 | $29,383,374.60 | 2557 | $746,204,164.54 |
| $7,173,902.24 | 38 | $10,808,300.37 | 44 | $11,610,628.75 | 12 | $1,162,742.32 | 15 | $1,426,772.82 | 26 | $10,398,743.06 | 17 | $4,601,851.42 | 12 | $816,038.69 | 323 | $62,919,891.82 |
| $18,754,816.21 | 173 | $17,660,154.38 | 114 | $13,621,285.01 | 61 | $6,126,848.18 | 67 | $63,274,765.21 | 88 | $51,887,896.98 | 80 | $63,037,687.85 | 54 | $30,530,561.62 | 1989 | $480,320,317.69 |
| $9,854,581.61 | 126 | $21,324,058.16 | 146 | $18,525,292.85 | 73 | $11,790,763.18 | 67 | $20,989,537.65 | 78 | $14,880,417.87 | 63 | $12,944,996.63 | 28 | $2,856,344.62 | 1194 | $153,285,347.40 |
| $719,065.53 | 9 | $926,975.45 | 12 | $1,664,496.50 | 6 | $4,123,350.58 | 3 | $284,000.00 | 9 | $94,663.50 | 10 | $377,639.40 | | | 134 | $12,204,797.19 |
| | | | | | | | | | | | | | | | 2 | $153,916.00 |
| $2,735,973.00 | 7 | $596,221.65 | 7 | -$512.01 | 2 | -$7,072.22 | | | 1 | -$10,000.00 | | | | | 56 | $5,747,567.58 |
| $4,600,943.49 | 12 | -$437,906.57 | 6 | $284,583.39 | 2 | -$2.94 | 9 | $536,125.24 | 6 | $489,684.40 | 5 | $1,397,072.28 | 8 | $287,004.80 | 154 | $19,878,732.87 |
| $567,144.31 | 59 | $812,391.52 | 61 | $673,459.24 | 44 | $502,943.67 | 21 | $65,488.64 | 23 | $959,276.56 | 12 | $1,584,066.66 | 11 | $503,824.01 | 527 | $9,270,337.11 |
| $4,442,164.40 | 16 | $1,416,393.18 | 9 | $658,861.67 | 13 | $1,953,739.24 | 16 | $1,096,339.07 | 10 | $1,350,404.13 | 6 | $435,415.96 | 4 | $339,326.09 | 193 | $24,465,562.53 |
| | | | | | | | | | | | | | | | 2 | -$33,825.14 |
| | | | | | | | | | | | | | | | 1 | $8,926.89 |
| -$40,348.69 | 165 | -$78,134.80 | 6 | -$50,212.11 | | | | | | | | | | | 975 | $39,551,335.96 |
| | | | | | | | 1 | $73,784.80 | | | | | | | 1 | $73,784.80 |
| $187,220.99 | 16 | $301,953.38 | 24 | $494,021.07 | 8 | $183,774.00 | 5 | $280,387.55 | 5 | $0.00 | | | 3 | $54,178.00 | 146 | $3,481,895.88 |
| -$800.94 | | | 3 | $45,000.00 | | | 1 | $0.00 | 2 | $0.00 | 1 | $0.00 | | | 15 | $154,171.81 |
| $0.00 | | | | | | | | | | | | | | | 7 | $167,838.30 |
| | | | 2 | $113,704.12 | 5 | -$19,375.00 | | | | | | | | | 10 | $149,537.10 |
| | | | | | | | | | | | | | | | 4 | $96,506.33 |
| $109,485.00 | 6 | $146,819.48 | 1 | $125,878.12 | 2 | $12,868.02 | 1 | $0.00 | | | | | | | 14 | $1,443,530.30 |
| | | | | | | | | | | | | | | | 1 | $12,250.00 |
| $134,307.61 | 20 | $227,867.01 | 14 | $168,846.91 | 4 | $40,838.88 | 4 | $144,893.54 | 4 | -$31,678.02 | 2 | -$3,879.28 | 2 | $0.00 | 141 | $2,660,132.86 |
| $7,239,850.67 | 59 | $2,575,850.87 | 63 | $2,339,857.48 | 46 | $5,914,675.09 | 41 | $5,073,887.98 | 35 | $6,748,870.08 | 45 | $7,367,102.55 | 11 | $1,030,454.29 | 658 | $57,832,986.29 |
| $1,710,150.37 | 69 | $2,247,484.39 | 50 | $1,501,799.95 | 31 | $7,778,742.13 | 60 | $14,769,144.64 | 62 | $16,081,671.84 | 72 | $10,663,728.06 | 17 | $1,866,309.71 | 515 | $63,684,003.26 |
| $7,350,475.28 | 106 | $8,001,412.13 | 75 | $6,284,833.51 | 47 | $6,080,358.37 | 45 | $6,873,499.49 | 35 | $4,008,122.22 | 34 | $6,139,367.07 | 27 | $2,254,899.50 | 806 | $71,859,052.00 |
| | | | | | | | | | | | | | | | 1 | -$1,534.74 |
| | 1 | $7,728.00 | 2 | $13,137.60 | | | | | | | | | | | 13 | $57,295.11 |
| $4,355,751.48 | 280 | $1,915,629.09 | 210 | $3,377,328.71 | 84 | $1,592,923.51 | 250 | $8,083,464.68 | 400 | $6,158,551.46 | 355 | $7,248,177.02 | 211 | $2,599,500.31 | 3572 | $50,412,900.59 |
| | 3 | $141,752.00 | 3 | $74,055.00 | 10 | $99,688.25 | 8 | $70,152.81 | 2 | -$15,829.61 | | | | | 34 | $1,166,071.78 |
| | | | | | | | | | | | | | | | 2 | $789,150.97 |
| $1,861,550.04 | 5 | $1,546,119.96 | 3 | $1,922,568.00 | | | | | | | | | | | 10 | $5,330,238.00 |
| $125,473.26 | 2 | -$12,692.91 | 4 | $430,650.61 | 9 | $446,260.61 | 3 | $484,094.38 | | | 2 | $0.00 | | | 86 | $9,416,574.03 |
| | | | | | | | 1 | $186,714.60 | | | | | | | 1 | $186,714.60 |
| $15,000.00 | 2 | -$1,553.00 | | | 1 | -$12,513.64 | 1 | $87,264.86 | 1 | $0.00 | | | | | 21 | $189,573.22 |
| $941,841.85 | 11 | $645,357.65 | 11 | $441,513.90 | 5 | $413,707.66 | 8 | $1,295,397.34 | 8 | $2,181,562.80 | 14 | $2,061,830.44 | 5 | $684,324.77 | 163 | $12,689,285.09 |
| $170,381.94 | 4 | $72,218.04 | 13 | $213,568.60 | 4 | -$5,986.41 | 1 | -$4,700.00 | 3 | $306,958.00 | 3 | $50,910.00 | | | 49 | $1,239,778.92 |
| | | | | | 1 | $23,100.00 | | | | | | | | | 1 | $23,100.00 |
| $1,148,341.49 | 69 | $1,371,195.67 | 82 | $1,873,291.89 | 76 | $1,879,796.11 | 77 | $2,269,227.08 | 70 | $1,858,022.18 | 57 | $1,976,378.91 | 20 | $654,240.12 | 805 | $19,852,791.19 |
| $220,516.41 | 16 | $102,379.01 | 12 | $371,659.28 | 17 | $223,805.16 | 10 | -$42,968.63 | 9 | $24,151.00 | 10 | $296,570.50 | 2 | $10,386.00 | 126 | $2,046,684.53 |
| $45,420.00 | 6 | $269,891.39 | 2 | $163,326.64 | 1 | $5,000.00 | 3 | $46,300.00 | 3 | $19,500.00 | | | | | 31 | $908,351.07 |
| | | | 1 | $18,382.00 | 2 | $97,699.50 | | | | | | | | | 17 | $407,129.93 |
| -$168,037.19 | 11 | $439,358.68 | 7 | $532,861.22 | 9 | $35,909.79 | 6 | $343,965.00 | 7 | $59,465.99 | 7 | $451,441.02 | 10 | $278,963.43 | 155 | $5,513,713.95 |
| **$177,203,620.86** | **1790** | **$203,225,483.29** | **1507** | **$193,520,880.75** | **780** | **$102,769,591.12** | **920** | **$202,640,535.40** | **1102** | **$182,764,945.90** | **982** | **$186,811,541.51** | **527** | **$88,737,164.01** | **17622** | **$2,206,890,480.14** |

USDA 8A PROGRAM by 541 561 NAICS Codes

Page 2 of 2

**USDA NOT 8A PROGRAM by 541 & 561 NAICS Codes**

| NAICS Code | NAICS Description | FY2010 Sum of Number of Actions | FY2010 Sum of Dollars Obligated | FY2011 Sum of Number of Actions | FY2011 Sum of Dollars Obligated | FY2012 Sum of Number of Actions | FY2012 Sum of Dollars Obligated | FY2013 Sum of Number of Actions | FY2013 Sum of Dollars Obligated | FY2014 Sum of Number of Actions | FY2014 Sum of Dollars Obligated | FY2015 Sum of Number of Actions | FY2015 Sum of Dollars Obligated | FY2016 Sum of Number of Actions | FY2016 Sum of Dollars Obligated | FY2017 Sum of Number of Actions | FY2017 Sum of Dollars Obligated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 541110 | OFFICES OF LAWYERS | 708 | $2,560,454.25 | 1011 | $5,831,237.42 | 908 | $4,971,631.27 | 1112 | $5,531,037.59 | 812 | $5,300,921.74 | 1381 | $7,295,205.60 | 2005 | $5,686,210.67 | 2279 | $7,144,148.57 |
| 541120 | OFFICES OF NOTARIES | | | | | 3 | $0.00 | 1 | $1,970.00 | | | | | | | | |
| 541191 | TITLE ABSTRACT AND SETTLEMENT OFFICES | 1058 | $2,907,152.99 | 1136 | $1,767,476.10 | 1065 | $1,809,505.27 | 1056 | $1,841,139.46 | 1140 | $910,530.13 | 924 | $829,066.84 | 876 | $1,448,796.78 | 830 | $1,574,033.39 |
| 541199 | ALL OTHER LEGAL SERVICES | 104 | $1,197,824.64 | 179 | $2,798,891.03 | 102 | $8,450,981.31 | 60 | $3,603,200.71 | 150 | $2,909,754.79 | 180 | $950,317.39 | 214 | $1,231,923.49 | 177 | $374,116.85 |
| 541211 | OFFICES OF CERTIFIED PUBLIC ACCOUNTANTS | 29 | $2,997,056.60 | 29 | $3,713,480.34 | 49 | $5,500,398.41 | 46 | $4,813,483.64 | 32 | $5,420,842.27 | 20 | $3,922,695.67 | 28 | $5,265,391.12 | 28 | $4,878,679.61 |
| 541214 | PAYROLL SERVICES | | | | | | | 1 | $1,660.00 | 1 | $346.40 | 1 | $123,625.50 | 2 | $122,062.50 | 3 | $60,000.00 |
| 541219 | OTHER ACCOUNTING SERVICES | 73 | $28,544,705.51 | 75 | $24,415,693.32 | 64 | $16,290,283.11 | 46 | $7,625,746.72 | 50 | $11,175,861.61 | 25 | $2,354,414.39 | 38 | $4,965,053.82 | 29 | $9,139,647.80 |
| 541310 | ARCHITECTURAL SERVICES | 606 | $34,602,435.17 | 456 | $13,045,964.25 | 368 | $6,833,094.02 | 222 | $4,496,991.77 | 271 | $5,704,436.78 | 237 | $10,161,123.22 | 205 | $12,493,815.49 | 239 | $10,066,126.51 |
| 541320 | LANDSCAPE ARCHITECTURAL SERVICES | 52 | $770,006.94 | 40 | $414,179.93 | 40 | $273,282.44 | 23 | $463,344.56 | 26 | $237,032.13 | 27 | $77,848.26 | 26 | $557,710.10 | 37 | $733,288.50 |
| 541330 | ENGINEERING SERVICES | 1289 | $54,270,069.85 | 1121 | $30,964,201.28 | 890 | $22,213,323.50 | 759 | $26,469,752.80 | 995 | $33,737,396.21 | 878 | $33,338,694.65 | 829 | $35,924,768.55 | 983 | $46,935,584.23 |
| 541340 | DRAFTING SERVICES | 14 | $100,432.08 | 9 | $16,940.00 | 6 | $5,153.25 | 2 | $4,960.00 | 3 | $131,753.00 | 6 | $16,419.00 | 3 | $41,846.00 | 2 | $47,354.10 |
| 541350 | BUILDING INSPECTION SERVICES | 52 | $198,630.57 | 44 | $192,564.99 | 39 | $134,285.66 | 49 | $187,499.31 | 27 | $169,460.00 | 17 | $44,587.22 | 21 | $354,704.74 | 34 | -$64,257.78 |
| 541360 | GEOPHYSICAL SURVEYING AND MAPPING SERVICES | 316 | $9,508,867.48 | 284 | $6,852,500.78 | 203 | $8,424,172.58 | 117 | $3,467,849.56 | 128 | $2,687,701.79 | 82 | $2,957,057.69 | 61 | $2,903,210.75 | 39 | $418,687.18 |
| 541370 | SURVEYING AND MAPPING (EXCEPT GEOPHYSICAL) SERVIC | 1448 | $26,066,046.12 | 1430 | $19,754,477.27 | 1346 | $17,770,639.92 | 888 | $10,195,586.33 | 1107 | $7,665,707.44 | 479 | $5,699,098.23 | 519 | $6,420,467.11 | 629 | $9,881,675.32 |
| 541380 | TESTING LABORATORIES | 584 | $8,386,755.77 | 672 | $13,500,416.54 | 620 | $11,313,850.28 | 508 | $7,344,015.65 | 523 | $13,766,855.90 | 530 | $21,084,288.41 | 505 | $14,380,995.70 | 406 | $2,978,903.12 |
| 541410 | INTERIOR DESIGN SERVICES | 9 | $173,060.81 | 6 | $16,579.49 | 7 | $25,918.32 | 6 | $9,294.85 | 1 | $0.00 | 5 | $86,961.07 | 11 | $226,965.01 | 23 | $160,009.99 |
| 541420 | INDUSTRIAL DESIGN SERVICES | 1 | $12,159.75 | 2 | $7,350.00 | | | | | | | 1 | $3,590.50 | | | | |
| 541430 | GRAPHIC DESIGN SERVICES | 95 | $1,427,278.59 | 87 | $552,655.03 | 66 | $291,046.30 | 31 | $240,375.67 | 45 | $240,860.06 | 55 | $301,203.01 | 22 | $230,080.40 | 17 | $175,170.48 |
| 541490 | OTHER SPECIALIZED DESIGN SERVICES | 9 | $82,780.76 | 6 | $56,406.86 | 8 | $33,886.43 | 2 | $22,400.00 | 5 | $19,169.43 | 6 | $93,502.00 | 10 | $1,874.41 | 8 | $185,408.68 |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | 512 | $98,386,061.85 | 585 | $73,513,704.58 | 466 | $58,036,409.00 | 449 | $68,567,326.97 | 613 | $78,766,150.47 | 486 | $87,170,051.89 | 409 | $90,902,288.90 | 377 | $62,067,640.64 |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | 359 | $164,923,007.61 | 369 | $172,146,450.14 | 323 | $176,021,339.70 | 395 | $195,401,915.18 | 519 | $205,095,478.94 | 377 | $216,684,448.66 | 482 | $281,057,067.70 | 472 | $323,295,091.64 |
| 541513 | COMPUTER FACILITIES MANAGEMENT SERVICES | 102 | $3,379,822.82 | 60 | $3,769,022.06 | 55 | $2,934,874.47 | 56 | $4,149,426.42 | 52 | $4,158,205.01 | 50 | $5,101,605.07 | 39 | $3,345,463.31 | 29 | $1,368,393.88 |
| 541519 | OTHER COMPUTER RELATED SERVICES | 1559 | $185,397,103.18 | 1616 | $186,015,560.46 | 1472 | $230,612,232.37 | 1528 | $213,423,311.54 | 1625 | $242,173,758.24 | 1613 | $217,843,008.88 | 1764 | $170,509,493.15 | 1866 | $169,070,863.73 |
| 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEME | 977 | $161,919,934.14 | 995 | $92,909,746.82 | 925 | $125,707,783.54 | 930 | $135,928,662.32 | 1053 | $159,283,091.48 | 1182 | $225,791,989.96 | 1208 | $149,300,314.34 | 1113 | $161,899,171.47 |
| 541612 | HUMAN RESOURCES CONSULTING SERVICES (2007), HUMA | 152 | $1,872,229.58 | 106 | $824,145.07 | 141 | $2,408,641.18 | 147 | $3,346,924.85 | 84 | $3,558,779.59 | 74 | $2,027,402.04 | 110 | $9,237,649.53 | 131 | $9,739,165.90 |
| 541613 | MARKETING CONSULTING SERVICES | 21 | $469,257.78 | 20 | $82,561.59 | 18 | $507,773.43 | 9 | $266,704.72 | 12 | $399,478.36 | 20 | $392,580.31 | 28 | $483,742.23 | 44 | $2,937,832.77 |
| 541614 | PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONS | 52 | $763,420.16 | 37 | $734,476.23 | 30 | $668,739.54 | 35 | $308,461.72 | 31 | $694,685.55 | 43 | $677,908.74 | 17 | $989,179.41 | 14 | $263,280.20 |
| 541618 | OTHER MANAGEMENT CONSULTING SERVICES | 67 | $1,738,160.79 | 76 | $591,492.05 | 65 | $1,758,486.49 | 48 | $1,882,152.68 | 71 | $2,458,978.06 | 70 | $6,826,278.11 | 94 | $6,010,078.28 | 53 | $1,805,429.50 |
| 541620 | ENVIRONMENTAL CONSULTING SERVICES | 821 | $35,603,398.83 | 749 | $16,556,398.07 | 729 | $15,984,195.89 | 745 | $17,792,281.01 | 746 | $25,384,583.01 | 646 | $30,633,755.21 | 683 | $26,877,720.94 | 827 | $13,088,092.05 |
| 541690 | OTHER SCIENTIFIC AND TECHNICAL CONSULTING SERVICE | 402 | $9,986,459.48 | 396 | $6,464,302.77 | 386 | $9,500,825.28 | 375 | $20,376,736.72 | 550 | $14,248,397.97 | 437 | $22,344,424.22 | 362 | $13,579,432.25 | 394 | $12,056,073.46 |
| 541710 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEE | 33 | $5,071,635.33 | 28 | $4,703,243.89 | 7 | $4,439,491.11 | 5 | $9,362,425.91 | 2 | $7,931,223.29 | 2 | $5,242,281.65 | | | | |
| 541711 | RESEARCH AND DEVELOPMENT IN BIOTECHNOLOGY | 123 | $1,539,283.90 | 109 | $2,071,502.45 | 143 | $1,471,628.74 | 114 | $1,358,963.91 | 161 | $1,976,294.99 | 146 | $2,077,100.21 | 160 | $1,829,824.68 | 180 | $1,841,411.58 |
| 541712 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEE | 184 | $6,519,911.12 | 239 | $9,173,910.52 | 449 | $26,746,425.46 | 638 | $34,123,339.26 | 780 | $34,487,645.41 | 619 | $26,870,109.93 | 663 | $18,359,350.95 | 828 | $23,133,714.36 |
| 541713 | RESEARCH AND DEVELOPMENT IN NANOTECHNOLOGY | | | | | | | | | | | | | | | | |
| 541714 | RESEARCH AND DEVELOPMENT IN BIOTECHNOLOGY (EXCE | | | | | | | | | | | | | | | | |
| 541715 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEE | | | | | | | | | | | | | | | | |
| 541720 | RESEARCH AND DEVELOPMENT IN THE SOCIAL SCIENCES A | 105 | $4,647,582.55 | 136 | $8,896,258.00 | 105 | $2,212,567.85 | 147 | $8,904,226.68 | 209 | $36,532,434.50 | 207 | $7,780,301.72 | 207 | $9,470,815.67 | 195 | $6,265,153.17 |
| 541810 | ADVERTISING AGENCIES | 38 | $1,761,881.57 | 39 | $3,759,392.42 | 38 | $4,579,516.26 | 38 | $4,129,193.18 | 44 | $2,124,507.31 | 28 | $799,779.79 | 27 | $1,813,645.04 | 42 | $14,271.17 |
| 541820 | PUBLIC RELATIONS AGENCIES | 70 | $10,316,634.94 | 55 | $6,567,089.42 | 31 | $1,596,039.31 | 29 | $1,429,855.04 | 35 | $1,168,359.32 | 35 | $3,543,238.41 | 45 | $2,643,135.10 | 29 | $2,726,673.77 |
| 541830 | MEDIA BUYING AGENCIES | 1 | -$1,917.00 | | | | | | | | | | | 1 | $30,339.92 | | |
| 541840 | MEDIA REPRESENTATIVES | 11 | $106,083.49 | 14 | $210,339.02 | 4 | $47,990.00 | 17 | $53,079.40 | 7 | $91,851.31 | 10 | $27,884.06 | 3 | $60,080.00 | 5 | $48,966.09 |
| 541850 | OUTDOOR ADVERTISING | 19 | $447,520.10 | 12 | $212,742.07 | 10 | $71,928.23 | 10 | $123,042.00 | 13 | $268,317.00 | 9 | $310,896.00 | 11 | $91,274.61 | 8 | $60,608.30 |
| 541860 | DIRECT MAIL ADVERTISING | 4 | $64,920.00 | 6 | $1,403,298.12 | 4 | $70,555.34 | 1 | $0.00 | | | 1 | -$40,263.01 | 1 | -$1.24 | | |
| 541870 | ADVERTISING MATERIAL DISTRIBUTION SERVICES | 6 | $42,838.62 | 5 | $8,235.00 | 4 | $9,857.50 | | | 1 | $390,000.00 | | | 4 | $20,001.40 | 5 | $53,351.47 |
| 541890 | OTHER SERVICES RELATED TO ADVERTISING | 42 | $353,644.95 | 47 | $227,240.82 | 33 | $192,624.12 | 26 | $121,244.05 | 27 | $152,540.11 | 40 | $541,218.78 | 27 | $177,667.66 | 21 | $165,623.28 |
| 541910 | MARKETING RESEARCH AND PUBLIC OPINION POLLING | 28 | $2,324,261.54 | 43 | $1,255,194.14 | 28 | $2,564,843.41 | 42 | $3,227,230.77 | 49 | $1,485,856.67 | 34 | $1,930,032.74 | 34 | $3,278,783.17 | 31 | $3,507,482.97 |
| 541921 | PHOTOGRAPHY STUDIOS, PORTRAIT | 1 | $0.00 | 2 | $1,425.00 | 1 | $3,490.00 | 2 | $0.00 | 2 | $0.00 | 1 | $16,023.50 | | | | |
| 541922 | COMMERCIAL PHOTOGRAPHY | 67 | $40,022,783.75 | 81 | $26,292,799.18 | 90 | $27,176,455.35 | 67 | $24,618,989.14 | 79 | $25,050,431.76 | 74 | $26,395,522.46 | 79 | $25,998,443.21 | 59 | $25,950,272.88 |
| 541930 | TRANSLATION AND INTERPRETATION SERVICES | 91 | $755,918.81 | 54 | $607,824.33 | 82 | $475,382.06 | 82 | $694,355.79 | 104 | $617,399.34 | 124 | $1,594,373.82 | 141 | $2,334,700.68 | 141 | $1,567,740.63 |
| 541940 | VETERINARY SERVICES | 147 | $5,081,653.74 | 220 | $5,757,096.66 | 173 | $5,527,096.66 | 173 | $5,366,289.78 | 148 | $5,171,915.57 | 159 | $5,329,181.20 | 209 | $4,593,830.70 | 310 | $7,118,692.84 |
| 541990 | ALL OTHER PROFESSIONAL, SCIENTIFIC, AND TECHNICAL S | 668 | $12,004,840.57 | 665 | $11,657,723.89 | 613 | $14,498,210.20 | 580 | $8,512,258.19 | 714 | $10,428,710.35 | 684 | $8,416,801.61 | 681 | $13,778,211.15 | 812 | $19,554,792.32 |
| 561110 | OFFICE ADMINISTRATIVE SERVICES | 121 | $4,356,058.55 | 138 | $4,027,774.12 | 84 | $4,733,067.57 | 98 | $7,397,900.43 | 108 | $7,469,487.38 | 139 | $9,775,926.85 | 99 | $4,875,731.52 | 145 | $23,867,985.41 |
| 561210 | FACILITIES SUPPORT SERVICES | 192 | $20,597,738.46 | 293 | $24,038,594.16 | 279 | $25,361,057.99 | 310 | $23,220,209.87 | 392 | $22,311,784.05 | 365 | $19,219,314.42 | 367 | $19,383,043.89 | 350 | $16,313,341.30 |
| 561311 | EMPLOYMENT PLACEMENT AGENCIES | 44 | $247,206.83 | 24 | $77,212.01 | 14 | $88,089.45 | 4 | $29,572.70 | 11 | $120,267.68 | 5 | -$3,078.06 | | | 1 | -$3,555.40 |
| 561312 | EXECUTIVE SEARCH SERVICES | | | 1 | $34,999.10 | | | | | | | | | | | | |
| 561320 | TEMPORARY HELP SERVICES | 687 | $12,316,869.95 | 860 | $10,181,275.49 | 1042 | $10,155,130.08 | 939 | $10,155,130.08 | 778 | $7,804,347.66 | 717 | $8,911,749.16 | 565 | $5,561,653.71 | 339 | $5,787,847.43 |
| 561330 | PROFESSIONAL EMPLOYER ORGANIZATIONS (FORMERLY E | | | 2 | -$767.55 | 1 | -$4,653.75 | 1 | $6,085.00 | 1 | $6,305.00 | | | | | 1 | $3,820.15 |
| 561410 | DOCUMENT PREPARATION SERVICES | 94 | $346,922.67 | 100 | $698,584.60 | 89 | $271,251.85 | 66 | $250,798.06 | 82 | $380,996.38 | 93 | $386,012.36 | 88 | $463,636.92 | 62 | $228,005.97 |
| 561421 | TELEPHONE ANSWERING SERVICES | 10 | $1,324,739.51 | 13 | $93,591.61 | 11 | $523,695.44 | 7 | $534,597.48 | 13 | $82,642.68 | 20 | $83,035.87 | 13 | $93,834.08 | 10 | $56,412.82 |
| 561431 | PRIVATE MAIL CENTERS | 11 | $37,802.25 | 16 | $77,242.30 | 13 | $85,395.10 | 3 | $77,273.72 | 4 | $77,044.64 | 4 | $77,881.52 | 10 | $144,428.60 | 6 | $157,056.74 |
| 561439 | OTHER BUSINESS SERVICE CENTERS (INCLUDING COPY SH | 25 | $542,153.31 | 245 | $977,740.44 | 26 | $867,799.76 | 20 | $379,460.86 | 71 | $342,330.83 | 105 | $57,322.87 | 37 | $2,023,431.07 | 59 | $2,534,757.79 |
| 561440 | COLLECTION AGENCIES | | | | | 1 | $3,066.86 | | | | | | | | | | |
| 561450 | CREDIT BUREAUS | 25 | $3,082,025.11 | 29 | $849,190.42 | 21 | $396,725.50 | 18 | $87,050.07 | 21 | -$158,211.05 | 23 | $1,212,244.27 | 20 | $857,893.89 | 25 | $962,149.00 |
| 561492 | COURT REPORTING AND STENOTYPE SERVICES | 9 | $23,455.34 | 14 | $61,077.37 | 7 | $6,169.22 | 12 | $58,464.52 | 7 | $30,814.28 | 9 | $117,176.06 | 2 | $23,650.00 | 3 | $2,535.75 |
| 561499 | ALL OTHER BUSINESS SUPPORT SERVICES | 77 | $821,386.15 | 165 | $1,489,864.78 | 118 | $1,313,217.79 | 36 | $1,650,840.38 | 45 | $1,834,768.93 | 36 | $1,724,417.07 | 51 | $1,771,514.36 | 17 | $1,010,627.25 |
| 561510 | TRAVEL AGENCIES | 4 | $28,742.43 | | | 1 | $0.00 | 2 | $0.00 | 1 | $0.00 | 1 | $0.00 | | | | |
| 561520 | TOUR OPERATORS | 1 | $15,000.00 | 3 | $6,072.00 | | | | | 1 | -$3,208.00 | | | | | | |
| 561591 | CONVENTION AND VISITORS BUREAUS | | | | | | | | | 2 | $14,953.07 | | | 4 | $9,935.77 | | |
| 561599 | ALL OTHER TRAVEL ARRANGEMENT AND RESERVATION SE | 5 | $78,137.80 | 11 | $47,946.30 | 4 | $96,796.48 | 4 | -$11,212.00 | 5 | $61,965.85 | 1 | $101,244.00 | 1 | $16,000.00 | 4 | $138,433.25 |
| 561611 | INVESTIGATION SERVICES | 217 | $8,456,849.03 | 165 | $6,874,435.60 | 166 | $690,232.27 | 316 | $1,047,276.23 | 73 | $1,117,044.60 | 51 | $5,327,635.59 | 60 | $4,133,768.79 | 66 | $8,840,539.85 |
| 561612 | SECURITY GUARDS AND PATROL SERVICES | 61 | $14,003,881.99 | 57 | $13,103,004.22 | 76 | $12,714,428.26 | 55 | $11,307,057.05 | 42 | $3,458,947.68 | 64 | $1,338,976.05 | 53 | $2,070,869.14 | 65 | $4,211,600.00 |
| 561613 | ARMORED CAR SERVICES | | | | | | | 3 | $28,742.38 | 5 | $26,436.67 | 5 | $31,489.94 | 8 | $38,983.11 | | |
| 561621 | SECURITY SYSTEMS SERVICES (EXCEPT LOCKSMITHS) | 147 | $7,740,558.25 | 128 | $5,197,804.46 | 122 | $854,388.15 | 115 | $882,660.77 | 112 | $988,322.56 | 119 | $1,441,726.58 | 130 | $1,268,959.51 | 165 | $1,746,120.19 |
| 561622 | LOCKSMITHS | 17 | $58,804.47 | 18 | $16,708.66 | 25 | $19,203.63 | 47 | $40,089.13 | 18 | $59,682.35 | 19 | $100,352.02 | 12 | $26,534.00 | 25 | $60,917.55 |
| 561710 | EXTERMINATING AND PEST CONTROL SERVICES | 62 | $1,849,880.16 | 63 | $1,722,238.97 | 73 | -$292,435.90 | 46 | $293,446.86 | 59 | $746,912.08 | 59 | $1,002,942.37 | 56 | $763,513.37 | 60 | $771,826.42 |
| 561720 | JANITORIAL SERVICES | 1203 | $16,570,681.51 | 1539 | $18,189,348.57 | 1570 | $18,929,572.12 | 1632 | $22,528,151.76 | 1743 | $20,773,638.90 | 1644 | $21,848,171.81 | 1843 | $23,120,522.78 | 1777 | $24,571,201.38 |
| 561730 | LANDSCAPING SERVICES | 654 | $13,704,834.90 | 745 | $19,427,730.42 | 645 | $18,648,666.46 | 537 | $8,383,314.48 | 646 | $19,709,128.08 | 653 | $6,045,085.39 | 843 | $9,013,981.91 | 994 | $9,468,874.33 |
| 561740 | CARPET AND UPHOLSTERY CLEANING SERVICES | 6 | $187,102.00 | 8 | $99,761.50 | 5 | $66,905.38 | 5 | $25,313.82 | 3 | $12,520.67 | 10 | $29,362.68 | 7 | -$40,957.99 | 3 | $6,940.94 |
| 561790 | OTHER SERVICES TO BUILDINGS AND DWELLINGS | 293 | $591,490.99 | 393 | $649,902.89 | 316 | $723,685.57 | 126 | $379,710.77 | 137 | $305,705.38 | 132 | $279,129.72 | 131 | $323,773.76 | 156 | $462,252.55 |
| 561910 | PACKAGING AND LABELING SERVICES | 2 | $27,761.48 | 1 | $3,350.21 | 1 | $4,406.00 | 2 | $5,016.00 | 2 | $12,240.00 | 1 | $3,738.66 | | | | |
| 561920 | CONVENTION AND TRADE SHOW ORGANIZERS | 5 | $14,286.00 | 12 | $19,462.48 | 9 | $49,098.28 | 8 | $64,366.94 | 11 | $433,021.51 | 13 | $389,057.63 | 14 | $121,529.87 | 25 | $146,965.64 |
| 561990 | ALL OTHER SUPPORT SERVICES | 201 | $3,361,220.33 | 173 | $10,242,046.53 | 150 | $4,570,666.87 | 137 | $5,349,529.73 | 134 | $6,488,706.41 | 197 | $3,251,867.41 | 155 | $1,354,252.50 | 118 | $1,356,222.79 |
| Grand Total | | 17282 | $1,039,689,681.59 | 18567 | $916,407,694.34 | 17077 | $921,603,201.65 | 16163 | $933,930,810.56 | 17577 | $1,074,318,605.27 | 16510 | $1,078,415,363.38 | 17431 | $1,006,256,028.78 | 18233 | $1,047,030,228.83 |

Case 2:20-cv-00041-DCLC-CRW   Document 61-24   Filed 06/21/22   Page 4 of 5   PageID #: 1592

| FY2018 | | FY2019 | | FY2020 | | FY2021 | | FY2022 | | Total Sum of Number of Actions | Total Sum of Dollars Obligated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | Sum of Number of Actions | Sum of Dollars Obligated | | |
| 1981 | $11,303,835.26 | 1113 | $8,915,922.54 | 526 | $3,528,386.14 | 365 | $2,638,331.24 | 187 | $3,373,104.01 | 14388 | $74,080,426.30 |
| | | | | | | | | | | 4 | $1,970.00 |
| 699 | $904,548.35 | 433 | $1,244,641.13 | 430 | $1,324,485.76 | 283 | $743,104.75 | 134 | $147,633.27 | 10064 | $17,452,114.22 |
| 109 | $1,016,750.24 | 128 | $1,935,861.52 | 86 | $902,799.66 | 71 | $670,297.26 | 29 | $656,569.84 | 1589 | $26,699,288.73 |
| 27 | $3,468,294.75 | 27 | $4,257,186.67 | 35 | $4,844,346.27 | 28 | $3,962,804.37 | 16 | $2,533,872.24 | 394 | $55,578,531.96 |
| 1 | $60,000.00 | 1 | $60,000.00 | 1 | $53,021.00 | 1 | $52,903.00 | | | 12 | $533,618.40 |
| 35 | $9,008,224.53 | 28 | $2,050,536.56 | 24 | $2,516,810.14 | 26 | $3,388,177.55 | 11 | -$592,758.48 | 524 | $120,882,396.58 |
| 214 | $10,371,915.10 | 169 | $11,036,704.85 | 123 | $3,681,175.98 | 102 | $2,530,781.83 | 53 | $434,616.87 | 3265 | $125,459,181.84 |
| 41 | $294,367.06 | 41 | $2,562,749.15 | 41 | $1,661,522.79 | 27 | $128,246.55 | 8 | $97,903.47 | 429 | $8,291,481.88 |
| 1031 | $48,866,165.18 | 1059 | $67,299,373.68 | 938 | $61,515,700.56 | 959 | $47,308,757.58 | 378 | $10,552,220.87 | 12109 | $519,396,008.94 |
| 1 | $0.00 | 2 | -$8,175.69 | | | 2 | -$29,940.00 | | | 49 | $326,739.74 |
| 22 | $87,406.17 | 18 | $15,990.00 | 18 | $711,138.48 | 24 | $785,415.18 | 10 | $411,538.37 | 375 | $3,228,962.91 |
| 30 | $269,339.99 | 31 | $543,808.00 | 33 | $547,575.36 | 20 | $648,562.95 | 5 | $22,630.00 | 1349 | $39,251,964.11 |
| 469 | $9,779,890.90 | 406 | $20,260,260.31 | 555 | $26,908,009.79 | 496 | $33,085,043.71 | 163 | $9,158,823.73 | 9935 | $202,645,726.18 |
| 355 | $2,607,854.10 | 304 | $1,693,711.62 | 284 | $4,457,973.86 | 300 | $8,020,802.40 | 118 | $2,484,979.11 | 5709 | $112,021,402.46 |
| 14 | $29,179.57 | 5 | $12,544.77 | 7 | $163,801.56 | 8 | $238,041.19 | 3 | $9,567.81 | 105 | $1,151,924.44 |
| | | | | | | | | | | 4 | $23,100.25 |
| 10 | $122,036.64 | 12 | $366,666.17 | 13 | $430,985.00 | 10 | $142,108.40 | 3 | -$3,000.00 | 466 | $4,517,465.75 |
| 10 | $21,054.00 | 24 | $95,184.28 | 15 | $30,945.50 | 5 | -$1,759.30 | 1 | -$8,302.50 | 115 | $643,550.55 |
| 463 | $84,320,344.03 | 385 | $85,013,159.53 | 325 | $91,910,980.95 | 321 | $130,012,638.72 | 133 | $53,010,886.47 | 5524 | $1,061,677,644.00 |
| 565 | $384,431,167.63 | 462 | $370,062,871.75 | 524 | $412,267,315.72 | 411 | $422,774,003.97 | 210 | $161,953,366.10 | 5468 | $3,512,115,524.74 |
| 31 | $1,147,428.13 | 15 | $700,774.61 | 12 | $945,714.21 | 15 | $2,733,658.81 | 6 | $11,060,617.22 | 522 | $44,795,006.02 |
| 2271 | $246,838,063.11 | 2102 | $339,136,780.95 | 2047 | $455,729,797.86 | 1563 | $514,871,401.31 | 500 | $139,501,913.52 | 21526 | $3,311,123,288.30 |
| 1125 | $112,585,224.31 | 1071 | $163,934,656.94 | 821 | $148,450,743.46 | 817 | $147,158,695.38 | 319 | $44,126,535.61 | 12536 | $1,828,996,549.77 |
| 130 | $11,613,806.95 | 135 | $20,636,635.78 | 131 | $21,872,887.79 | 139 | $29,472,692.07 | 66 | $11,607,568.17 | 1546 | $128,218,528.50 |
| 34 | $1,512,300.08 | 39 | $2,043,737.35 | 41 | $3,009,451.02 | 42 | $1,246,814.32 | 11 | -$1,292,834.75 | 339 | $12,059,399.21 |
| 21 | $1,334,649.38 | 17 | $957,066.48 | 11 | $269,719.53 | 25 | $151,603.23 | 4 | -$59,465.58 | 337 | $7,872,655.75 |
| 74 | $1,769,165.38 | 41 | $3,500,657.45 | 71 | $3,599,036.21 | 45 | $1,451,687.95 | 19 | -$583,462.09 | 794 | $32,808,140.86 |
| 785 | $19,648,020.60 | 688 | $18,108,107.02 | 727 | $24,653,708.86 | 661 | $22,334,861.90 | 178 | $3,843,952.95 | 8985 | $270,509,076.34 |
| 373 | $12,343,351.01 | 324 | $22,608,339.33 | 337 | $8,578,954.46 | 175 | $6,431,648.48 | 65 | $1,294,314.22 | 4576 | $197,799,614.13 |
| 1 | $3,195.54 | | | | | | | 1 | $0.00 | 78 | $36,753,496.72 |
| 44 | $63,648.15 | 11 | -$25,765.95 | 9 | -$59,348.89 | | | | | 1200 | $14,144,543.77 |
| 682 | $21,061,222.43 | 630 | $21,155,448.52 | 715 | $23,728,130.01 | 877 | $24,050,135.09 | 442 | $8,564,624.27 | 7746 | $277,973,967.33 |
| 2 | $42,135.29 | | | 2 | $20,740.40 | | | | | 4 | $62,875.69 |
| 78 | $928,713.06 | 99 | $1,137,929.76 | 102 | $2,811,686.33 | 107 | $2,250,984.43 | 39 | $432,319.07 | 425 | $7,561,632.65 |
| 95 | $1,456,909.04 | 99 | $2,680,887.47 | 91 | $2,726,891.72 | 96 | $3,342,972.07 | 26 | $279,056.60 | 407 | $10,486,716.90 |
| 188 | $7,438,194.10 | 121 | $3,285,277.35 | 107 | $6,010,934.15 | 119 | $4,337,380.36 | 52 | $80,026.01 | 1898 | $105,861,152.11 |
| 19 | $1,063,318.32 | 29 | $837,670.01 | 32 | $2,037,990.93 | 32 | $2,300,049.64 | 12 | $6,427,081.65 | 418 | $31,648,297.29 |
| 50 | $2,715,115.74 | 43 | $2,443,480.64 | 32 | $1,287,434.68 | 23 | $2,649,320.44 | 7 | $185,446.24 | 489 | $39,271,823.05 |
| 1 | -$1,143.81 | | | | | | | | | 3 | $27,279.11 |
| 30 | $222,723.02 | 4 | $47,869.55 | 2 | $400,000.00 | 4 | $14,040.00 | | | 111 | $1,330,905.94 |
| 6 | $52,540.00 | 8 | $98,428.98 | 1 | -$1,456.00 | | | 1 | $8,457.36 | 108 | $1,744,298.65 |
| 2 | -$603,662.53 | 1 | -$136.72 | | | | | | | 20 | $894,709.96 |
| 3 | $29,985.00 | 3 | $30,897.87 | 2 | $0.00 | 1 | $18,675.00 | | | 34 | $213,841.86 |
| 12 | $376,174.54 | 13 | $233,745.12 | 3 | -$5,323.61 | 4 | $15,516.44 | 2 | $0.00 | 297 | $2,551,916.26 |
| 34 | $1,440,836.68 | 47 | $1,699,067.43 | 40 | $3,159,320.53 | 41 | $3,544,714.16 | 21 | $889,643.27 | 472 | $30,307,267.48 |
| | | | | | | | | | | 9 | $20,938.50 |
| 85 | $26,811,550.22 | 39 | $114,060.38 | 25 | -$547,271.17 | 9 | $74,319.90 | 3 | $40,852.06 | 757 | $248,539,209.12 |
| 149 | $2,052,504.93 | 137 | $1,287,573.70 | 162 | $843,192.61 | 118 | $1,611,507.60 | 34 | $414,384.50 | 1419 | $14,856,858.80 |
| 255 | $5,128,422.16 | 234 | $5,121,871.17 | 290 | $4,483,695.84 | 252 | $5,200,388.18 | 223 | $2,848,773.68 | 2788 | $66,247,867.02 |
| 816 | $19,676,816.54 | 652 | $21,874,882.46 | 555 | $20,353,616.97 | 455 | $13,011,700.42 | 133 | $2,107,836.39 | 8028 | $175,876,401.06 |
| 174 | $10,998,263.54 | 104 | -$1,017,539.08 | 64 | -$1,060,738.96 | 37 | $562,382.79 | 18 | -$225,328.81 | 1329 | $75,761,011.11 |
| 419 | $15,574,135.50 | 363 | $21,451,362.12 | 406 | $38,180,538.82 | 398 | $23,775,599.23 | 115 | $6,100,213.31 | 4249 | $275,526,933.12 |
| | | 2 | $0.00 | | | 1 | $1,300.00 | | | 106 | $557,015.21 |
| | | | | | | | | | | 1 | $34,999.10 |
| 322 | $6,189,758.07 | 208 | $5,493,730.45 | 164 | $4,427,214.59 | 143 | $5,691,846.31 | 65 | $1,892,280.26 | 6829 | $94,589,553.90 |
| 2 | $26,140.14 | | | | | | | | | 8 | $36,928.99 |
| 36 | $271,774.72 | 31 | $286,783.40 | 43 | $242,843.12 | 30 | $128,350.34 | 12 | $12,452.44 | 826 | $3,968,412.83 |
| 4 | $11,371.58 | 7 | $17,509.91 | 3 | $3,745.32 | 16 | $65,613.40 | 7 | $25,410.00 | 134 | $2,916,199.70 |
| 2 | $40,005.68 | 3 | $35,091.38 | 9 | $36,473.79 | 3 | $859,066.30 | 1 | $49,711.32 | 85 | $1,754,473.34 |
| 85 | $5,505,033.74 | 43 | $1,679,515.32 | 137 | $349,849.80 | 1 | -$24,300.00 | | | 854 | $15,235,095.79 |
| | | | | | | | | | | 1 | $3,066.86 |
| 22 | $1,378,989.61 | 19 | $769,190.79 | 25 | -$79,239.52 | 23 | $242,521.76 | 11 | $344,481.41 | 282 | $9,945,011.26 |
| 1 | -$2,535.75 | 4 | $24,663.34 | 4 | $7,245.00 | 4 | $24,180.55 | | | 76 | $376,895.68 |
| 16 | $670,626.56 | 17 | $1,023,649.31 | 17 | $838,341.58 | 19 | $1,097,998.83 | 14 | $465,425.25 | 628 | $15,712,678.24 |
| 2 | $17,580.17 | | | 1 | $19,048.53 | | | 2 | $0.00 | 14 | $65,371.13 |
| | | | | | | | | | | 6 | $21,486.97 |
| | | | | | | 1 | -$4,248.45 | | | 7 | $20,640.39 |
| 1 | $3,200.00 | | | 9 | $254,549.58 | 4 | $601,000.00 | 1 | -$3,879.25 | 50 | $1,384,182.01 |
| 69 | $5,945,301.68 | 28 | $4,861,753.27 | 30 | $4,845,122.43 | 63 | $6,148,053.98 | 12 | $389,527.34 | 1316 | $58,677,540.66 |
| 77 | $2,809,437.53 | 47 | $11,657,447.32 | 74 | $20,447,515.88 | 143 | $29,043,832.33 | 26 | $11,395,238.45 | 840 | $137,562,235.94 |
| 7 | $33,190.26 | 10 | $99,837.81 | 8 | $72,116.43 | 5 | $53,000.00 | 2 | $25,000.00 | 53 | $408,796.60 |
| 154 | $1,423,202.25 | 137 | $1,407,353.88 | 112 | $4,784,759.12 | 120 | $2,167,134.25 | 48 | $306,871.33 | 1609 | $30,209,861.30 |
| 30 | $59,121.71 | 9 | $1,614.26 | 12 | $49,139.81 | 3 | $1,679.90 | 1 | -$20.20 | 236 | $493,827.29 |
| 60 | $853,276.57 | 65 | $669,013.90 | 81 | $857,829.54 | 81 | $900,938.99 | 36 | $546,185.26 | 801 | $10,685,568.59 |
| 1773 | $20,443,137.70 | 1643 | $16,625,032.23 | 1864 | $19,486,170.46 | 1499 | $20,030,201.63 | 707 | $8,798,405.89 | 20437 | $251,914,236.74 |
| 853 | $12,816,655.72 | 894 | $14,333,930.76 | 828 | $8,402,935.82 | 674 | $10,972,554.96 | 335 | $3,433,217.31 | 9301 | $154,360,917.54 |
| 9 | $186,657.27 | 5 | $14,227.51 | 8 | $210,716.13 | 3 | $18,255.95 | 1 | -$425.06 | 73 | $816,380.80 |
| 160 | $457,451.67 | 127 | $464,705.57 | 159 | $836,972.87 | 98 | $210,216.10 | 68 | $359,472.54 | 2296 | $6,044,470.38 |
| 1 | $13,955.00 | 2 | $0.00 | 2 | $23,045.00 | 1 | $4,447.08 | 1 | $0.00 | 16 | $97,959.43 |
| 16 | $69,036.88 | 14 | $142,983.39 | 15 | $199,583.49 | 20 | $1,293,021.79 | 8 | $620,693.82 | 170 | $3,743,107.72 |
| 157 | $4,156,645.89 | 204 | $5,871,009.48 | 138 | $4,817,170.09 | 117 | $5,024,411.46 | 50 | $2,402,384.52 | 1931 | $58,246,134.01 |
| 17925 | $1,155,664,994.56 | 15236 | $1,296,981,806.81 | 14559 | $1,460,070,171.14 | 12586 | $1,554,262,148.01 | 5167 | $513,077,539.84 | 204313 | $13,997,708,274.76 |