# ADDITIONAL EXHIBITS TO ROSMAN STATEMENT