# EXHIBIT 11

**FY20 Small Business Performance as of 2021/02/22**

| | Agency | Goal** | Actual as of 021/02/22 * | Total eligible $ | Small Disadvantaged Business (Goal: 5%) | Women-Owned (Goal: 5%) | Service-Disabled Veteran (Goal: 3%) | HUBZone (Goal: 3%) |
|---|---|---|---|---|---|---|---|---|
| BIG 7 | DEPT OF DEFENSE (9700) | 22.05% | 24.50% | $ 328,002,098,538 | 9.26% | 4.05% | 3.22% | 2.20% |
| | ENERGY, DEPARTMENT OF (8900) | 14.00% | 14.24% | $ 35,586,263,285 | 4.77% | 3.04% | 1.21% | 0.86% |
| | HEALTH AND HUMAN SERVICES, DEPARTMENT OF (7500) | 22.50% | 23.08% | $ 41,074,833,472 | 10.88% | 5.02% | 1.70% | 1.31% |
| | VETERANS AFFAIRS, DEPARTMENT OF (3600) | 28.16% | 26.58% | $ 36,928,284,142 | 9.32% | 2.44% | 20.24% | 1.98% |
| | NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (8000) | 15.40% | 17.55% | $ 18,426,799,592 | 7.58% | 4.29% | 1.65% | 0.65% |
| | HOMELAND SECURITY, DEPARTMENT OF (7000) | 33.00% | 36.04% | $ 21,297,640,082 | 15.57% | 6.80% | 5.77% | 4.09% |
| | GENERAL SERVICES ADMINISTRATION (4700) | 29.00% | 49.43% | $ 5,354,279,384 | 22.18% | 10.41% | 8.91% | 4.39% |
| OTHER CFO ACT AGENCIES | AGRICULTURE, DEPARTMENT OF (1200) | 58.00% | 47.89% | $ 10,367,712,955 | 19.67% | 10.02% | 2.41% | 7.32% |
| | JUSTICE, DEPARTMENT OF (1500) | 30.75% | 32.71% | $ 8,150,102,901 | 14.76% | 5.94% | 6.15% | 2.19% |
| | INTERIOR, DEPARTMENT OF THE (1400) | 51.00% | 60.11% | $ 3,546,697,138 | 31.93% | 14.01% | 5.63% | 7.33% |
| | STATE, DEPARTMENT OF (1900) | 26.00% | 32.24% | $ 9,324,706,796 | 20.32% | 5.06% | 4.85% | 6.89% |
| | COMMERCE, DEPARTMENT OF (1300) | 39.00% | 43.71% | $ 5,923,188,331 | 17.31% | 12.02% | 4.10% | 13.05% |
| | TREASURY, DEPARTMENT OF THE (2000) | 39.00% | 46.25% | $ 6,452,068,508 | 8.86% | 9.06% | 3.12% | 2.41% |
| | TRANSPORTATION, DEPARTMENT OF (6900) | 32.25% | 34.05% | $ 7,378,787,684 | 19.31% | 8.29% | 3.76% | 3.41% |
| | OFFICE OF PERSONNEL MANAGEMENT (2400) | 18.50% | 82.92% | $ 360,184,834 | 45.31% | 46.34% | 7.91% | 8.46% |
| | LABOR, DEPARTMENT OF (1600) | 35.00% | 40.21% | $ 2,189,265,939 | 27.07% | 12.80% | 6.63% | 5.94% |
| | ENVIRONMENTAL PROTECTION AGENCY (6800) | 35.00% | 39.50% | $ 1,500,512,390 | 18.04% | 5.47% | 2.96% | 2.02% |
| | EDUCATION, DEPARTMENT OF (9100) | 16.00% | 14.46% | $ 2,854,486,373 | 8.12% | 5.74% | 1.04% | 0.54% |
| | HOUSING AND URBAN DEVELOPMENT, DEPARTMENT OF (8600) | 25.00% | 1.77% | $ 1,004,039,897 | 10.59% | 4.92% | -5.04% | 6.96% |
| | SOCIAL SECURITY ADMINISTRATION (2800) | 27.00% | 31.85% | $ 2,168,415,124 | 7.92% | 5.99% | 3.61% | 1.02% |
| | AGENCY FOR INTERNATIONAL DEVELOPMENT (7200) | 12.00% | 14.90% | $ 6,193,670,002 | 6.93% | 5.69% | 0.48% | 0.66% |
| | NATIONAL SCIENCE FOUNDATION (4900) | 13.50% | 19.27% | $ 517,924,132 | 9.54% | 5.99% | 4.26% | 3.82% |
| | NUCLEAR REGULATORY COMMISSION (3100) | 40.00% | 53.57% | $ 177,049,871 | 34.83% | 12.03% | 7.60% | 7.34% |
| | SMALL BUSINESS ADMINISTRATION (7300) | 73.00% | 80.18% | $ 1,532,718,265 | 73.69% | 63.09% | 9.99% | 7.61% |
| | **GOVERNMENTWIDE TOTAL** | 23.00% | 25.42% | $ 559,981,165,260 | 10.39% | 4.71% | 4.28% | 2.39% |
| **Total small business eligible dollars: $ 560B** | | | **Total SB dollars: $ 142.4B** | | | | | |

**Small Disadvantaged Business Dollars $ 58.2B**
**Woman Owned Small Business Dollars $ 26.4 B**
**Service Disabled Veteran Owned Small Business Dollars $ 23.9 B**
**Certified HUBZone Small Business Dollars $ 13.4 B**

Data reflected was retrieved from the Locked final FY20 FPDS-NG Small Business Goaling Report as of 2021/02/22
**FY20 goals have been updated per each agency's FY20 final goal letter as December 18, 2019
***Data in this table is accurate through September 30, 2020 (data pulled on March 1, 2021). MOSRC data is not included in the Government-Wide Total data.
****Pursuant to the RISE Act and/or The National Defense Authorization Act (NDAA), contract actions meeting any of the following criteria will have the Small Business Dollars doubled:
-Date Signed is 10/1/2018 or later and Local Area Set Aside is 'Yes'.
-Date Signed is 10/1/2018-9/30/2019 and Vendor Address State is 'Puerto Rico'.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0071620

**FY21 Small Business Performance as of 2021/03/15**

| | Agency | Goal** | Actual as of 2021/03/15* | Total eligible $ | Small Disadvantaged Business (Goal: 5%) | Women-Owned (Goal: 5%) | Service-Disabled Veteran (Goal: 3%) | HUBZone (Goal: 3%) |
|---|---|---|---|---|---|---|---|---|
| BIG 7 | DEPT OF DEFENSE (9700) | 21.95% | 20.57% | $ 137,834,739,843 | 6.72% | 3.00% | 2.46% | 1.44% |
| | ENERGY, DEPARTMENT OF (8900) | 14.00% | 5.25% | $ 22,301,328,393 | 1.76% | 1.01% | 0.42% | 0.37% |
| | HEALTH AND HUMAN SERVICES, DEPARTMENT OF (750 | 21.80% | 22.74% | $ 9,886,018,287 | 12.02% | 7.01% | 1.57% | 1.27% |
| | VETERANS AFFAIRS, DEPARTMENT OF (3600) | 28.45% | 31.14% | $ 10,101,034,110 | 12.07% | 2.84% | 23.47% | 2.68% |
| | NATIONAL AERONAUTICS AND SPACE ADMINISTRATIC | 15.75% | 11.51% | $ 8,562,861,442 | 5.27% | 2.99% | 1.00% | 0.57% |
| | HOMELAND SECURITY, DEPARTMENT OF (7000) | 33.25% | 31.08% | $ 5,585,419,767 | 16.25% | 5.62% | 4.70% | 4.22% |
| | GENERAL SERVICES ADMINISTRATION (4700) | 30.00% | 46.28% | $ 2,118,445,436 | 18.13% | 8.54% | 9.61% | 4.13% |
| OTHER CFO ACT AGENCIES | AGRICULTURE, DEPARTMENT OF (1200) | 49.50% | 45.83% | $ 2,609,409,621 | 19.43% | 7.46% | 2.96% | 3.61% |
| | JUSTICE, DEPARTMENT OF (1500) | 31.25% | 25.65% | $ 3,778,199,813 | 11.02% | 5.43% | 6.74% | 1.10% |
| | INTERIOR, DEPARTMENT OF THE (1400) | 50.00% | 48.08% | $ 801,211,177 | 25.64% | 13.15% | 4.54% | 6.53% |
| | STATE, DEPARTMENT OF (1900) | 23.50% | 25.84% | $ 1,843,311,848 | 18.17% | 3.96% | 3.31% | 5.85% |
| | COMMERCE, DEPARTMENT OF (1300) | 33.00% | 40.12% | $ 1,361,096,678 | 15.23% | 8.40% | 4.05% | 10.54% |
| | TREASURY, DEPARTMENT OF THE (2000) | 36.00% | 45.64% | $ 3,695,389,537 | 5.64% | 4.87% | 1.63% | 1.44% |
| | TRANSPORTATION, DEPARTMENT OF (6900) | 30.07% | 29.34% | $ 2,950,433,357 | 15.06% | 5.34% | 3.03% | 4.94% |
| | OFFICE OF PERSONNEL MANAGEMENT (2400) | 30.00% | 65.94% | $ 128,263,643 | 40.79% | 42.90% | 5.44% | 1.07% |
| | LABOR, DEPARTMENT OF (1600) | 37.75% | 38.39% | $ 794,029,329 | 28.54% | 12.27% | 7.28% | 8.47% |
| | ENVIRONMENTAL PROTECTION AGENCY (6800) | 37.00% | 39.79% | $ 427,993,401 | 18.95% | 5.07% | 4.40% | 1.11% |
| | EDUCATION, DEPARTMENT OF (9100) | 14.00% | 12.63% | $ 1,148,081,686 | 6.77% | 7.22% | 0.44% | 0.24% |
| | HOUSING AND URBAN DEVELOPMENT, DEPARTMENT ( | 5.00% | 36.62% | $ 330,899,259 | 38.56% | 33.50% | 4.91% | 13.84% |
| | SOCIAL SECURITY ADMINISTRATION (2800) | 28.00% | 26.96% | $ 602,953,997 | 9.67% | 3.36% | 1.99% | 0.63% |
| | AGENCY FOR INTERNATIONAL DEVELOPMENT (7200) | 12.51% | 9.00% | $ 1,890,025,258 | 4.22% | 1.90% | 0.19% | 0.12% |
| | NATIONAL SCIENCE FOUNDATION (4900) | 15.00% | 18.58% | $ 173,002,607 | 10.16% | 4.95% | 2.86% | 2.20% |
| | NUCLEAR REGULATORY COMMISSION (3100) | 40.00% | 40.76% | $ 24,992,961 | 26.07% | 10.86% | 0.96% | 7.40% |
| | SMALL BUSINESS ADMINISTRATION (7300) | 75.00% | 62.67% | $ 277,128,890 | 53.94% | 20.34% | 26.55% | 27.68% |
| | **GOVERNMENTWIDE TOTAL** | 23.00% | 20.72% | $ 220,806,902,725 | 7.71% | 3.43% | 3.34% | 1.66% |
| **Total small business eligible dollars: $ 220.8B** | | **Total SB dollars: $ 45.7B** | | | | | | |

**Small Disadvantaged Business Dollars $ 17B**
**Woman Owned Small Business Dollars $ 7.6 B**
**Service Disabled Veteran Owned Small Business Dollars $ 7.4 B**
**Certified HUBZone Small Business Dollars $ 3.7 B**

Data reflected was retrieved from the FY20 FPDS-NG Small Business Goaling Report as of 2021/03/15
* FY21 DoD numbers as of 03/15/2021 - provided by DoD
**FY21 goals have been updated per each agency's FY21 final goal letter as December 8, 2020
***Data in this table is accurate through December 31, 2020 (data pulled on February 22, 2021). MOSRC data is not included in the Government-Wide Total data.
****Pursuant to the RISE Act and/or The National Defense Authorization Act (NDAA), contract actions meeting any of the following criteria will have the Small Business Dollars doubled:
-Date Signed is 10/1/2018 or later and Local Area Set Aside is 'Yes'.
Date Signed is 10/1/2018-9/30/2019 and Vendor Address State is 'Puerto Rico', 'U.S.V.I.', 'American Samoa', 'Guam', and 'Northern Mariana Islands'.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0071621