# EXHIBIT 12

# Department of Agriculture
## FY2018 Small Business Procurement Scorecard

**A**
**118.85%**

FPDS-NG Prime Contracting Data as of Mar. 15, 2019
eSRS Subcontracting Data as of Mar. 15, 2019

| Prime Contracting Achievement: | | | 71.54% |
|---|---|---|---|
| | 2017 Achievement | 2018 Goal | 2018 Achievement |
| Small Business | 58.05% | 53.00% | 63.41% ($4.2 B) |
| Women Owned Small Business | 9.56% | 5.00% | 10.46% ($692.2 M) |
| Small Disadvantaged Business | 15.65% | 5.00% | 17.58% ($1.2 B) |
| Service Disabled Veteran Owned Small Business | 3.23% | 3.00% | 3.66% ($242.4 M) |
| HUBZone | 4.04% | 3.00% | 5.73% ($379.2 M) |

1) Capped at 200%; 2) Achievement include double credit for LASA and Puerto Rico awards.

| Subcontracting Achievement: | | | 18.65% |
|---|---|---|---|
| | 2017 Achievement | 2018 Goal | 2018 Achievement |
| Small Business | 20.50% | 22.00% | 29.30% |
| Women Owned Small Business | 1.40% | 5.00% | 3.20% |
| Small Disadvantaged Business | 1.20% | 5.00% | 2.80% |
| Service Disabled Veteran Owned Small Business | 0.10% | 3.00% | 0.10% |
| HUBZone | 0.20% | 3.00% | 0.30% |

1) Capped at 200%;

| 15(k) OSDBU Compliance Requirements | 18.86% |
|---|---|
| Requirements Scores: 0.0=No; 0.5 = Partial Credit; 1.0 = Yes | Peer Review Score |
| 15(k)0 Office and Director Experience | 1.00 |
| 15(k)1 Director Title | 1.00 |
| 15(k)2 Compensation and Seniority | 0.80 |
| 15(k)3 Reporting (Head of Agency or Deputy Head) | 0.40 |
| 15(k)4 Implementation and Execution of Business Development | 1.00 |
| 15(k)5 Identify and Address Bundling of Contracts | 1.00 |
| 15(k)6 Provide Assistance on Payments | 1.00 |
| 15(k)7 Supervisory Authority | 0.60 |
| 15(k)8 Assign Small Business Technical Advisors | 1.00 |
| 15(k)9 OSDBU Cooperation and Consultation | 1.00 |
| 15(k)10 Recommendations to Contracting Officers | 1.00 |
| 15(k)11 Activity Conversion | 1.00 |
| 15(k)12 Advise CAO and SPE | 1.00 |
| 15(k)13 (Optional) SBC and Contracting Specialist Training | 1.00 |
| 15(k)14 Receive Unsolicited Proposals | 1.00 |
| 15(k)15 Exclusive Duties and Title | 1.00 |
| 15(k)16 Congressional Reporting | 1.00 |
| 15(k)17 Respond to Undue Restriction Notifications | 1.00 |
| 15(k)18 Purchase Card Summary Data Review | 1.00 |
| 15(k)19 Vendor Compliance Educational Training | 1.00 |
| 15(k)20 Subcontracting Plan Review | 1.00 |
| Total: | 19.80 |

| Number of Small Business Prime Contractors Comparison | 9.80% |
|---|---|

Increase in number of SB primes by 10% or more = 1.3
Increase in number of SB primes by 5% or more but less than or equal to 10% =1.2
Increase in number of SB primes between 0% and less than or equal to 5% = 1.1
No change in the number of SB primes (Change = 0%) 0% increase; 0% decrease (no change) = 1.0
Decrease in number of SB primes by more than 0% but less than or equal to -5% = 0.9
Decrease in number of SB primes by -5% or more but less than or equal to -10% = 0.8
Decrease in number of SB primes by -10% or more = 0.7

| | 2017 Count | 2018 Count | 2018 Performance |
|---|---|---|---|
| Small Business | 8,486 | 8,173 | 0.90 |
| Women Owned Small Business | 1,835 | 1,777 | 0.90 |
| Small Disadvantaged Business | 2,705 | 2,781 | 1.10 |
| Service Disabled Veteran Owned Small Business | 453 | 445 | 0.90 |
| HUBZone | 566 | 580 | 1.10 |
| | | Score: | 4.90 |

US0050940

**Prime and Subcontracting Grading Scale:**
- A+  ≤ 150% but ≥ 120%
- A   < 120% but ≥ 100%
- B   < 100% but ≥ 90%
- C   < 90% but ≥ 80%
- D   < 80% but ≥ 70%
- F   < 70%

**Comments:**

Graded Agency:
Exceeding our subcontracting goal has continued to be a challenge, and we will search for opportunities to improve our progress in this category. USDA is committed to train the workforce in the changes in acquisition policy and regulations, particularly those that impact small business utilization.

# Department of Agriculture
## FY2019 Small Business Procurement Scorecard



**A**
108.66%

FPDS-NG Prime Contracting Data as of Feb. 20, 2020
eSRS Subcontracting Data as of Mar. 20, 2020

| Prime Contracting Achievement: | | | 66.47% |
|---|---|---|---|
| | 2018 Achievement | 2019 Goal | 2019 Achievement[1,2] |
| Small Business | 63.41% | 57.00% | 57.96% ($4.3 B) |
| Women Owned Small Business | 10.46% | 5.00% | 10.36% ($772.3 M) |
| Small Disadvantaged Business | 17.58% | 5.00% | 21.62% ($1.6 B) |
| Service Disabled Veteran Owned Small Business | 3.66% | 3.00% | 3.58% ($267.0 M) |
| HUBZone | 5.73% | 3.00% | 7.13% ($531.5 M) |

1) Capped at 200%; 2) Achievement include double credit for LASA and Puerto Rico awards.

| Subcontracting Achievement: | | | 14.17% |
|---|---|---|---|
| | 2018 Achievement | 2019 Goal | 2019 Achievement[1] |
| Small Business | 29.30% | 22.00% | 21.90% |
| Women Owned Small Business | 3.20% | 5.00% | 2.70% |
| Small Disadvantaged Business | 2.80% | 5.00% | 2.20% |
| Service Disabled Veteran Owned Small Business | 0.10% | 3.00% | 0.10% |
| HUBZone | 0.30% | 3.00% | 0.30% |

1) Capped at 200%;

| 15(k) OSDBU Compliance Requirements | 19.62% |
|---|---|
| Requirements Scores: 0.0=No; 0.5 = Partial Credit; 1.0 = Yes | Peer Review Score |
| 15(k)0 Office and Director Experience | 1.00 |
| 15(k)1 Director Title | 1.00 |
| 15(k)2 Compensation and Seniority | 1.00 |
| 15(k)3 Reporting (Head of Agency or Deputy Head) | 1.00 |
| 15(k)4 Implementation and Execution of Business Development | 1.00 |
| 15(k)5 Identify and Address Bundling of Contracts | 1.00 |
| 15(k)6 Provide Assistance on Payments | 1.00 |
| 15(k)7 Supervisory Authority | 1.00 |
| 15(k)8 Assign Small Business Technical Advisors | 1.00 |
| 15(k)9 OSDBU Cooperation and Consultation | 1.00 |
| 15(k)10 Recommendations to Contracting Officers | 1.00 |
| 15(k)11 Activity Conversion | 0.80 |
| 15(k)12 Advise CAO and SPE | 1.00 |
| 15(k)13 (Optional) SBC and Contracting Specialist Training | 1.00 |
| 15(k)14 Receive Unsolicited Proposals | 1.00 |
| 15(k)15 Exclusive Duties and Title | 1.00 |
| 15(k)16 Congressional Reporting | 1.00 |
| 15(k)17 Respond to Undue Restriction Notifications | 0.80 |
| 15(k)18 Purchase Card Summary Data Review | 1.00 |
| 15(k)19 Vendor Compliance Educational Training | 1.00 |
| 15(k)20 Subcontracting Plan Review | 1.00 |
| Total: | 20.60 |

| Number of Small Business Prime Contractors Comparison | 8.40% |
|---|---|

Increase in number of SB primes by 10% or more = 1.3
Increase in number of SB primes by 5% or more but less than or equal to 10% =1.2
Increase in number of SB primes between 0% and less than or equal to 5% = 1.1
No change in the number of SB primes (Change = 0%) 0% increase; 0% decrease (no change) = 1.0
Decrease in number of SB primes by more than 0% but less than or equal to -5% = 0.9
Decrease in number of SB primes by -5% or more but less than or equal to -10% = 0.8
Decrease in number of SB primes by -10% or more = 0.7

| | 2018 Count | 2019 Count | 2019 Performance |
|---|---|---|---|
| Small Business | 8,235 | 7,373 | 0.70 |
| Women Owned Small Business | 1,775 | 1,616 | 0.80 |
| Small Disadvantaged Business | 2,809 | 2,728 | 0.90 |
| Service Disabled Veteran Owned Small Business | 442 | 432 | 0.90 |
| HUBZone | 589 | 582 | 0.90 |
| | | Score: | 4.20 |

**Prime and Subcontracting Grading Scale:**
A+ ≤ 150% but ≥ 120%
A  < 120% but ≥ 100%
B  < 100% but ≥ 90%
C  < 90% but ≥ 80%
D  < 80% but ≥ 70%
F  < 70%

**Comments:**
Graded Agency:
Exceeding our subcontracting goal has been a challenge, and we will continue exploring further opportunities to improve our progress in all categories. USDA is committed to train the workforce in the changes in acquisition policy and regulations, particularly those that impact small business utilization.
In accordance with reporting and public notification requirements of the Small Business Act, the department awarded prime contracts to Puerto Rico businesses in the amount $24,933,982. For purposes of determining compliance with the goals for procurement contracts this amount has been doubled to $49,867,964 and is reflected in the Fiscal Year 2019 Scorecard.

US0050943

## *** OSDBU Director Scorecard ***
### Department of Agriculture
### FY2020 Small Business Procurement Scorecard

**A**
**106.21%**

FPDS-NG Prime Contracting Data as of Feb. 22, 2021
eSRS Subcontracting Data as of Apr. 15, 2021

| Prime Contracting Achievement: | 2019 Achievement | 2020 SB $ | Achievement[2] | Goal | Achievement Score[1] | Component Weight | Weighted Performance | | |
|---|---|---|---|---|---|---|---|---|---|
| Small Business | 57.96% | 5.0 B | 47.89% | 58.00% | 82.57% | 60.00% | 49.54% | | |
| Women Owned Small Business | 10.36% | 1.0 B | 10.02% | 5.00% | 200.00% | 10.00% | 20.00% | | |
| Small Disadvantaged Business | 21.62% | 2.0 B | 19.67% | 5.00% | 200.00% | 10.00% | 20.00% | Achievement Category Weight | Category Score |
| Service Disabled Veteran Owned Small Business | 3.58% | 249.5 M | 2.41% | 3.00% | 80.33% | 10.00% | 8.03% | | |
| HUBZone | 7.13% | 759.2 M | 7.32% | 3.00% | 200.00% | 10.00% | 20.00% | | |

1) Capped at 200%; 2) Achievement include double credit for LASA and Puerto Rico awards and DOE MOSRC.

**Prime Contracting Score: 117.57% x 50.00% = 58.79%**

| Subcontracting Achievement: | 2019 Achievement | 2020 SB $ | Achievement | Goal | Achievement Score[1] | Component Weight | Weighted Performance | | |
|---|---|---|---|---|---|---|---|---|---|
| Small Business | 21.90% | 264.9 M | 27.10% | 21.00% | 129.05% | 60.00% | 77.43% | | |
| Women Owned Small Business | 2.70% | 45.3 M | 4.60% | 5.00% | 92.00% | 10.00% | 9.20% | | |
| Small Disadvantaged Business | 2.20% | 23.0 M | 2.40% | 5.00% | 48.00% | 10.00% | 4.80% | Achievement Category Weight | Category Score |
| Service Disabled Veteran Owned Small Business | 0.10% | 1.7 M | 0.20% | 3.00% | 6.67% | 10.00% | 0.67% | | |
| HUBZone | 0.30% | 5.7 M | 0.60% | 3.00% | 20.00% | 10.00% | 2.00% | | |

1) Capped at 200%

**Subcontracting Score: 94.10% x 20.00% = 18.82%**

### Success Factors

Requirements Scores:
0.0=No; 0.5 = Partial Credit; 1.0 = Yes

| Factor | Peer Review Score |
|---|---|
| 15(k)0 Office and Director Experience | 1.00 |
| 15(k)1 Director Title | 1.00 |
| 15(k)2 Compensation and Seniority | 1.00 |
| 15(k)3 Reporting (Head of Agency or Deputy Head) | 1.00 |
| 15(k)4 Implementation and Execution of Business Development | 1.00 |
| 15(k)5 Identify and Address Bundling of Contracts | 1.00 |
| 15(k)6 Provide Assistance on Payments | 1.00 |
| 15(k)7 Supervisory Authority | 1.00 |
| 15(k)8 Assign Small Business Technical Advisors | 1.00 |
| 15(k)9 OSDBU Cooperation and Consultation | 1.00 |
| 15(k)10 Recommendations to Contracting Officers | 1.00 |
| 15(k)11 Activity Conversion | 1.00 |
| 15(k)12 Advise CAO and SPE | 1.00 |
| 15(k)13 (Optional) SBC and Contracting Specialist Training | 1.00 |
| 15(k)14 Receive Unsolicited Proposals | 1.00 |
| 15(k)15 Exclusive Duties and Title | 1.00 |
| 15(k)16 Congressional Reporting | 1.00 |
| 15(k)17 Respond to Undue Restriction Notifications | 1.00 |
| 15(k)18 Purchase Card Summary Data Review | 1.00 |
| 15(k)19 Vendor Compliance Educational Training | 1.00 |
| 15(k)20 Subcontracting Plan Review | 1.00 |
| 15(k)21 Assist Small Business concerns in SBIR or STTR program | 1.00 |
| **Factor Subtotal Score:** | **21.00** |
| **Plan Progress Score:** | **100.00% x 20% = 20.00%** |

**Prime and Subcontracting Grading Scale:**
A+ ≤ 150% but ≥ 120%
A < 120% but ≥ 100%
B < 100% but ≥ 90%
C < 90% but ≥ 80%
D < 80% but ≥ 70%
F < 70%

**OSDBU Compliance Scale:**
Subtotal Score / 21

**Overall Small Business Performance Score: = 106.21%**
**Agency Scorecard Grade: A**

**Number of Small Business Prime Contractors Comparison**
Increase in number of SB primes by 10% or more = 1.3
Increase in number of SB primes by 5% or more but less than or equal to 10% =1.2
Increase in number of SB primes between 0% and less than or equal to 5% = 1.1
No change in the number of SB primes (Change = 0%) 0% increase; 0% decrease (no change) = 1.0
Decrease in number of SB primes by more than 0% but less than or equal to -5% = 0.9
Decrease in number of SB primes by -5% or more but less than or equal to -10% = 0.8
Decrease in number of SB primes by -10% or more = 0.7

| | 2019 Count | 2020 Count | 2020 Performance | | | | |
|---|---|---|---|---|---|---|---|
| Small Business | 7,366 | 6,700 | 0.80 | | | | |
| Women Owned Small Business | 1,628 | 1,522 | 0.80 | | | | |
| Small Disadvantaged Business | 2,726 | 2,701 | 0.90 | Score: | Achievement Category Weight | Achievement Category Weight | Category Score |
| Service Disabled Veteran Owned Small Business | 420 | 408 | 0.90 | **4.30** | **86.00%** X **10%** = **8.6%** | | |
| HUBZone | 575 | 574 | 0.90 | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0072007