# EXHIBIT 22

| | |
|---|---|
| **From:** | Gray, Juliet (CRT) |
| **To:** | Michael Rosman; Michelle Scott; Dale Conder |
| **Cc:** | Braniff, Andrew (CRT); Smith, K"Shaani (CRT); Dinan, Christine (CRT); Crawford, Cecily (CRT) |
| **Subject:** | Ultima |
| **Date:** | Wednesday, April 20, 2022 5:36:57 PM |

Counsel,

Defendants are producing four Excel spreadsheets, which have been placed on JEFS.

The information in the spreadsheet entitled "Total Dollars by Fiscal Year" relates to Topic 9 of the 30(b)(6) notice to USDA, which Tiffany Taylor will address. The spreadsheets entitled "NAICS and NRCS search" and "NAICS code search detail" provided similar information for specific NAICS codes. These are not responsive to any discovery requests, but are being provided affirmatively.

The spreadsheet entitled "NRCSContractsR699.4.19.22" shows how all of the contracts awarded for NRCS services of the type Ultima performed were awarded from 2015 to the present.

This data is being produced subject to the protective order.

Thank you,
Juliet

**Juliet E. Gray**
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section
Cell: 202.598.1600
juliet.gray@usdoj.gov