# EXHIBIT 25

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF TENNESSEE

3     _____

4     ULTIMA SERVICES CORPORATION,

5          Plaintiff,

6       v.                              Case No.

7     U.S. DEPARTMENT OF AGRICULTURE,      2:20-cv-00041-

8     U.S. SMALL BUSINESS                  DCLC-CRW

9     ADMINISTRATION, SECRETARY OF

10    AGRICULTURE, and ADMINISTRATOR

11    OF THE SMALL BUSINESS

12    ADMINISTRATION,

13          Defendants.

14    _____

15          VIDEOCONFERENCE DEPOSITION OF

16                TIFFANY TAYLOR

17    DATE:          Thursday, April 21, 2022

18    TIME:          11:02 a.m.

19    LOCATION:      Remote Proceeding

20                   Washington, DC 20005

21    REPORTED BY:   Timothy Guevara, Notary Public

22    JOB NO.:       5192242

 1              A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF ULTIMA SERVICES CORPORATION:

 3         MICHELLE SCOTT, ESQUIRE (by videoconference)

 4         Center for Individual Rights

 5         1100 Connecticut Avenue Northwest, Suite 625

 6         Washington, DC 20036

 7         scott@cir-usa.org

 8

 9         MICHAEL ROSMAN, ESQUIRE (by videoconference)

10         Center for Individual Rights

11         1100 Connecticut Avenue Northwest, Suite 625

12         Washington, DC 20036

13         rosman@cir-usa.org

14

15

16

17

18

19

20

21

22

1               A P P E A R A N C E S (Cont'd.)

2       ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF

3       AGRICULTURE, U.S. SMALL BUSINESS ADMINISTRATION,

4       SECRETARY OF AGRICULTURE, AND ADMINISTRATOR OF THE

5       SMALL BUSINESS ADMINISTRATION:

6           K'SHAANI SMITH, ESQUIRE (by videoconference)

7           United States Department of Justice

8           950 Pennsylvania Avenue Northwest

9           Washington, DC 20530

10          k'shaani.smith@usdoj.gov

11

12          JULIET GRAY, ESQUIRE (by videoconference)

13          Department of Justice Civil Rights Division

14          Employment Litigation Section

15          150 M Street Northeast

16          Washington, DC 20530

17          juliet.gray@usdoj.gov

18

19

20

21

22

1                         I N D E X

2    EXAMINATION:                                    PAGE

3         By Ms. Scott                               7

4         By Ms. Smith                               54

5         By Ms. Scott                               56

6

7                       E X H I B I T S

8    NO.              DESCRIPTION                    PAGE

9    Exhibit 1   Kansas NRCS req letter              38

10   Exhibit 2   Denison letter to Mandell

11               Re: adverse impact                  40

12                   (Exhibits attached.)

13

14

15

16

17

18

19

20

21

22

1    overall for the government, what the goals are.  But

2    I'm not involved in how it's determined what UDSDA's

3    goals are.

4         Q    Do you know if they consider population

5    characteristics in setting goals for a particular

6    subset?

7         A    I do not.

8         Q    Do you know if there are any subgoals

9    pertaining to particular industries or NAICS codes?

10        A    I don't believe there are.  I've never heard

11   of them.

12        Q    Are you familiar with the tracking systems

13   that track whether goals are met by your individual

14   agencies?

15        A    I am familiar with the reports that are run

16   from the Federal Procurement Data System, FPDS.  And

17   that is the official record for goals achievement.

18        Q    And can you tell me what these reports show?

19        A    They would -- they show each contract

20   action.  And based on that action, if the -- it'll

21   show the vendor and the vendor type.  And that vendor

22   type is based on their record in SAM, which is the

1    setting out these new ways for them to try harder?

2         A    I don't -- we would not be responsible.  But

3    we would provide support to the contracting officers

4    on how to do that.

5         Q    Okay.  Going back to the FPDS, is there any

6    way within the system to look at the subgoals as they

7    pertain to particular industries or NAICS codes?

8         A    The standard report, no.  But you could run

9    an ad hoc report that would, if you put in a certain

10   NAICS code, that it would show you what the goals are,

11   or what the -- what the actions are.  And then you

12   would have to --

13        Q    Calculate whether the goals have been met.

14        A    -- calculate.  Yes.

15        Q    So what if you went into the system and you

16   pulled up, you know, one particular NAICS code, and it

17   turned out that all of the Small Disadvantaged

18   Business dollars, the entire goal, was being met in a

19   particular NAICS code, or a handful of them.  Would

20   that be a problem?

21             MS. SMITH:  Objection.  Speculation.

22   You can answer, Ms. Taylor.

1                    THE WITNESS:  I don't believe it would

2        be a problem.

3        BY MS. SCOTT:

4            Q    Okay.  So the dollar goals or the percentage

5        goals can be distributed in any sort of fashion.  It

6        doesn't necessarily have to be spread across

7        industries, or --

8            A    Correct.  The law does not specify how we

9        meet the goal but just that we meet it.

10           Q    Okay.  So are there any requirements to

11       apportion particular types of work set aside under the

12       8(a) program or just as Small Disadvantaged Business

13       goals, whether by NAICS code or particular types of

14       work, so that not all of the 8(a) or Small

15       Disadvantaged Business contracts are awarded in one

16       particular type of industry?

17                   MS. SMITH:  Objection.  Complex.  You

18       can answer, Ms. Taylor.

19                   THE WITNESS:  I agree, it is complex.

20       I'm trying to --

21       BY MS. SCOTT:

22           Q    Okay.  I can break it down a little bit.

Case 2:20-cv-00041-DCLC-CRW   Document 65-9   Filed 06/21/22   Page 8 of 22
PageID #: 1873

1    I'm sorry about that.  So I guess you told me that, in

2    the FPDS system, you can go and tease out by NAICS

3    code how many contracts or how many contract dollars

4    were made to a particular NAICS code.

5         A    Correct.

6         Q    Is that correct?  Okay.  So I guess my

7    question is:  is there any requirement under the 8(a)

8    program or Small Disadvantaged Business goals that

9    tells contracting officers not to award all of these

10   contracts in a concentrated industry, in one

11   particular type of industry?

12        A    There is no requirement or --

13        Q    Okay.

14        A    I think that's the way I can properly answer

15   that in the positive-negative.  There is no

16   requirement to look at different NAICS codes.

17        Q    Okay.  And is there any requirement to award

18   all the 8(a) contracts or the Small Disadvantaged

19   contracts in a particular geographical area, so as not

20   to -- a requirement not to concentrate them all in one

21   particular geographical area?

22        A    Is there a -- let me make sure I understand

1    the question.  You're asking if there's a requirement

2    to not concentrate?

3        Q    To not concentrate them in, you know, one

4    area of the country.

5        A    There is no requirement to -- wait.  See,

6    now I'm -- these negative things, I've --

7        Q    Okay.  Let me try to -- maybe I can phrase

8    it a little differently.  I'm sorry.  Is there any

9    requirement for the contracting officers, when they're

10   awarding 8(a) contracts or Small Disadvantaged

11   contracts, is there any requirement for them to spread

12   them out geographically?

13       A    No.

14       Q    Okay.  So on the flip side of that, it would

15   be permitted if all of the 8(a) contracts and all of

16   the Small Disadvantaged Business contracts were

17   concentrated in one particular area of the country.

18       A    Yes.

19       Q    Okay.  So could an agency meet its Small

20   Disadvantaged Business goals even if all of its Small

21   Disadvantaged Business contracts were in a single

22   industry or a single NAICS code?

1          A      Yes, they could.  Oh, sorry.

2          Q      Are the goals different for each subagency

3    under USDA?

4          A      This year, the goals are different.  But in

5    the past, they were always the same.

6          Q      Okay.  Can you tell me why they're different

7    this year?

8          A      They're different this year because there's

9    a presidential executive order that requires us to

10   meet a higher goal of twenty-one and a half percent.

11   And that's higher than what we've done in -- the goal

12   has been in the past.  So we've had to be somewhat

13   strategic about how we might meet that.  And we

14   reviewed the different Mission Areas to see who would,

15   you know, based on their vendor types, their

16   requirement types, their historical achievements, to

17   have them -- give them different goals based on their

18   likelihood to achieve them.  Because twenty-one and a

19   half percent is quite high for every single agency.

20         Q      Okay.  So is NRCS one of the agencies that

21   has a higher goal?

22         A      They all have higher goals than they had in

1      the past.  They're just different than each -- each

2      agency -- or, sorry.  It's -- it's actually by Mission

3      Area now, instead of by --

4           Q    Can you explain what a Mission Area is?

5           A    Yeah.  So the Mission Areas are a group of

6      agencies that are -- have similar types of missions

7      and that are overseen by an undersecretary.  And the

8      Mission Areas are what we look at for our contracting.

9      We -- we give our contracting authority to the -- the

10     Mission Areas.  So we group -- group them together

11     based on what the Mission Area is, as opposed to the

12     agency.

13          Q    Okay.  So what is the Mission Area for the

14     NRCS?

15          A    That is FPAC, the Farm Production and

16     Conservation.

17          Q    Okay.  So is FPAC's goal higher than some of

18     the other agencies'?

19          A    Yes.  Most likely.  I haven't seen it

20     lately, but --

21          Q    Okay.  Is it among the higher goals, or is

22     it among the lower?

1          A      I would have to go review.  But they do have

2      more obligations than many.  So it -- it is likely

3      higher.

4          Q      Okay.  So why was it given a higher goal?

5          A      They -- typically, the more a Mission Area

6      spends in contracting, the more they obligate.  Then

7      those dollars go towards UDSA's overall achievement of

8      the goal.  And so, as percentages work, you want

9      the -- the Mission Areas who spend the most to also,

10     you know, have higher goals for small -- Small

11     Disadvantaged Business, Small Business Women Owned

12     [sic], et cetera, in order to meet those goals.

13         Q      Okay.  Are there separate goals within these

14     goals for prime contractors and subcontractors?

15         A      No.

16         Q      So when did the new, higher goals come into

17     effect?

18         A      Fiscal year '22.

19         Q      So was that October --

20         A      Yes.

21         Q      -- of '21?  Okay.  I'm going to go to topic

22     two, now.  And I don't know -- would you like me to

1    contracting officer to distribute the 8(a) contracts

2    geographically?

3        A    I have not done that, so I'm not aware of

4    any.

5        Q    Are there any criteria requiring a

6    contracting officer to distribute 8(a) contracts by

7    industry or NAICS code?

8        A    Not that I'm aware of.

9        Q    Okay.  Who has the authority to make an 8(a)

10   contract a sole-source offering?

11       A    The FAR has specific guidelines on when it

12   should be a sole-source and when it should not.  And

13   so the contracting officer would follow those

14   guidelines and then, of course, still have to get the

15   approval from the SBA.

16       Q    Are there limits to how many contracts can

17   be offered as a sole-source offering through the 8(a)

18   program?

19       A    There are -- there are no limits to the --

20   the number.

21       Q    The number of contracts?

22       A    Right.

1          THE WITNESS:  Mm-hmm.

2          MS. SCOTT:  Okay.  So 12:  20, I guess?

3          MS. SMITH:  Okay.

4          THE WITNESS:  Okay.

5          THE REPORTER:  Okay.  We are off the

6    record at 12:03 p.m.

7               (Off the record.)

8          We are now back on the record at 12:24

9    p.m.

10   BY MS. SCOTT:

11        Q    Okay.  First of all, I just wanted to ask

12   you to clarify something that I believe you may have

13   said previously.  You referred to a 21.5 percent total

14   goal as a new goal this year in an executive order.

15   Is that correct?

16        A    The twenty-one and a half percent goal is

17   for the Small Disadvantaged Business, and that is

18   based on the President's Executive Order that he

19   wanted to increase overall Small Disadvantaged

20   Business awards for the government over the next

21   several years.  And so USDA --

22        Q    Do you know the --

1      A    -- agreed to the twenty-one and a half

2    percent that SBA gave us.

3      Q    So the --

4                THE REPORTER:  My -- my apologies.

5    This is the reporter.  Just I want to verify, just to

6    have a clean record.  There was just kind of just a

7    very slight, one-word or two crosstalk, that I just

8    want to make sure that I get on the record.  It's

9    Ms. Taylor mentioned "the increased overall award for

10   government over the next several years."  If you could

11   just repeat from then, just so I can make sure I get

12   it on the record.  I do apologize, and just as a

13   reminder that we speak one at a time, just so that I

14   can have the cleanest record possible.  Thank you very

15   much.

16                THE WITNESS:  Okay.  The executive

17   order spells out that the President wants to increase

18   the overall government awards to Small Disadvantaged

19   Business to 15 percent over the next several years.

20   BY MS. SCOTT:

21      Q    Okay.  Do you know the number of the

22   executive order, by any chance?

1       Q    -- for that year, that would be ...

2       A    Column AH, I think you said 2021:  97.56

3    percent.

4       Q    Okay.  All right.  Okay, I think I

5    understand it now.  Thank you.

6       A    Mm-hmm.

7       Q    Okay.  Just one other quick question:  you

8    said that the SDB goals for 2022 are 21.15 percent,

9    right?

10       A    Correct.

11       Q    Okay.  What were they for 2021, and 2020,

12    and 2019?

13       A    They were the same all those years, the same

14    as the nationwide goal.  I don't recall if it was

15    three or five percent.  I get those confused.

16       Q    I'm sorry, what did you say?  Three or five

17    percent?

18       A    It was either three or five percent.

19    Because there's a variety of small business goals

20    based on socio-economic.  And without them right in

21    front of me, I don't recall if it's three or five.

22       Q    Okay.  And they were the same for 2021,

1    2020, and 2019?

2          A      Mm-hmm.

3          Q      Okay.  And where could we find them online

4    if we're looking for that?

5          A      They -- they may be on OS -- USDA/OSDBU's

6    website.

7                      MS. SCOTT:  Okay.  All right.  Well,

8    that's all I have.  Thank you.

9                      MS. SMITH:  I just have a couple

10   questions.

11                           EXAMINATION

12   BY MS. SMITH:

13         Q      Ms. Taylor, when you testified that there

14   are different goals for each subagency in USDA, what

15   goals are you referring to?

16         A      There are different goals for each subagency

17   for Small Disadvantaged Business.  The other goals are

18   all the same across.

19         Q      Can you clarify whether there are specific

20   goals for use of the 8(a) program?

21         A      No.  There's no specific goals for use of

22   the 8(a) program.

1          Q    Does use of the 8(a) program go towards the

2     overall SDB goal?

3          A    Yes.

4          Q    You testified that FPAC has more SDB

5     utilization than some other subagencies in USDA.  Is

6     that correct?

7          A    Yes.

8          Q    Why is that?

9          A    It's likely that their requirements lend

10    themselves to the types of activities that 8(a)

11    vendors can provide.

12         Q    Could you give an example of what you mean?

13         A    So often, 8(a)-type requirements are

14    facilities-based.  And FPAC has a lot of facilities

15    across the United States, a lot more than most of the

16    other subagencies.  And so it's likely a reason why

17    they would have more 8(a) awards than others.

18         Q    Or more SDB utilization generally?  Is that

19    true?  Is that an accurate statement?

20         A    I don't know if for the SDB necessarily that

21    would be, overall, but -- because the SDB vendors

22    outside of the 8(a) program could have a variety of

1          CERTIFICATE OF DEPOSITION OFFICER

2               I, TIMOTHY GUEVARA, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.

17                          

18                          TIMOTHY GUEVARA

                    Notary Public in and for the

19                        District of Columbia

20

21    [X] Review of the transcript was requested.

22

1    Ultima Services Corporation  v. US Department Of Agriculture

2    Tiffany Taylor (#5192242)

3                    E R R A T A  S H E E T

4    PAGE __11__ LINE __11__ CHANGE __replace__

5    "endowed" with "Director"

6    REASON __transcription error__

7    PAGE __34__ LINE __4__ CHANGE __replace "It"__

8    with "if"

9    REASON __transcription error__

10   PAGE __39__ LINE __17__ CHANGE __replace "contractor"__

11   with "contracting officer"

12   REASON __transcription error__

13   PAGE __41__ LINE __16__ CHANGE __Replace "competent"__

14   with "knowledgable"

15   REASON __Misspoke__

16   PAGE __18__ LINE __12-13__ CHANGE __delete "They are a__

17   contract" and "the purpose of"

18   REASON __misspoke__

19   PAGE __33__ LINE __17__ CHANGE __delete "Yes, that__

20   is — I believe it is"

21   REASON __misspoke__

22   p. 9/L 15 & p.10/L 3 — "whenever"

23   _____ transcription error __ to "when"

24   Tiffany Taylor                              Date

25                                               6/1/22

1  Ultima Services Corporation  v. US Department Of Agriculture

2  Tiffany Taylor (#5192242)

3                    ACKNOWLEDGEMENT OF DEPONENT

4      I, Tiffany Taylor, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____        _____

12  Tiffany Taylor                          Date

13  *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

Case 2:20-cv-00041-DCLC-CRW   Document 65-9   Filed 06/21/22   Page 22 of 22
PageID #: 1887