# EXHIBIT 26

Case 2:20-cv-00041-DCLC-CRW     Document 65-10     Filed 06/21/22     Page 1 of 8
PageID #: 1888

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF TENNESSEE

3     _____

4     ULTIMA SERVICES CORPORATION,

5             Plaintiff,

6        v.                                  Case No.

7     U.S. DEPARTMENT OF AGRICULTURE,         2:20-cv-00041-

8     U.S. SMALL BUSINESS                     DCLC-CRW

9     ADMINISTRATION, SECRETARY OF

10    AGRICULTURE, and ADMINISTRATOR

11    OF THE SMALL BUSINESS

12    ADMINISTRATION,

13            Defendants.

14    _____

15             VIDEOCONFERENCE DEPOSITION OF

16                  MICHELLE WARREN

17    DATE:          Thursday, April 21, 2022

18    TIME:          9:32 a.m.

19    LOCATION:      Remote Proceeding

20                   Washington, DC 20005

21    REPORTED BY:   Timothy Guevara, Notary Public

22    JOB NO.:       5192242

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF ULTIMA SERVICES CORPORATION:

3         MICHELLE SCOTT, ESQUIRE (by videoconference)

4         Center for Individual Rights

5         1100 Connecticut Avenue Northwest, Suite 625

6         Washington, DC 20036

7         scott@cir-usa.org

8

9         MICHAEL ROSMAN, ESQUIRE (by videoconference)

10        Center for Individual Rights

11        1100 Connecticut Avenue Northwest, Suite 625

12        Washington, DC 20036

13        rosman@cir-usa.org

14

15

16

17

18

19

20

21

22

```
 1              A P P E A R A N C E S (Cont'd.)

 2      ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF

 3      AGRICULTURE, U.S. SMALL BUSINESS ADMINISTRATION,

 4      SECRETARY OF AGRICULTURE, AND ADMINISTRATOR OF THE

 5      SMALL BUSINESS ADMINISTRATION:

 6           K'SHAANI SMITH, ESQUIRE (by videoconference)

 7           United States Department of Justice

 8           950 Pennsylvania Avenue Northwest

 9           Washington, DC 20530

10           k'shaani.smith@usdoj.gov

11

12           JULIET GRAY, ESQUIRE (by videoconference)

13           Department of Justice Civil Rights Division

14           Employment Litigation Section

15           150 M Street Northeast

16           Washington, DC 20530

17           juliet.gray@usdoj.gov

18

19

20

21

22
```

Case 2:20-cv-00041-DCLC-CRW   Document 65-10   Filed 06/21/22   Page 4 of 8
PageID #: 1891

1                            I N D E X

2      EXAMINATION:                                          PAGE

3            By Ms. Scott                                    7

4

5                         E X H I B I T S

6      NO.              DESCRIPTION                          PAGE

7      Exhibit 1     USDA Decision Memo                      30

8                       (Exhibit attached.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Case 2:20-cv-00041-DCLC-CRW   Document 65-10   Filed 06/21/22   Page 5 of 8
PageID #: 1892

1    BY MS. SCOTT:

2         Q    Let me try again, because I was a little off

3    there.  Okay.  Let me start at the beginning.  So the

4    goals are measured by total contracting dollars, is

5    that correct?

6         A    Yes.

7         Q    Or percentage.  Okay.  If they're measured

8    by total contracting dollars, would it be okay if all

9    of the 8(a) contracts, and the HUBZone contracts, and

10   the Women Owned Small Business contracts were all

11   concentrated in one NAICS code?  Would you still meet

12   your goal?

13        A    We don't -- we don't -- my office doesn't --

14   we don't set the goal -- there isn't a -- we don't set

15   the goal based on a NAICS code.  It's strictly total

16   contract dollars and percentage.

17        Q    Okay.  So the answer would be yes, then?

18   You would still meet your goal.

19             MS. SMITH:  Objection.

20   Mischaracterization.  You can answer the question.

21   BY MS. SCOTT:

22        Q    Okay.  Would the goal still be met?

1      A    The goals would still be met.

2      Q    Okay.  Under the various subagencies under

3   USDA, are there different goals for each subagency,

4   such as NRCS, or are they all the same?

5      A    It -- I'm aware of a change in the SDB goal

6   for -- for the various agencies, but the rest of them

7   are the same.

8      Q    So can you tell me:  how is the SDB goal

9   different?

10     A    I'm just aware of it.  I can't tell you.

11  I'm -- I'm not aware of what each agency has as their

12  SDB goal.  I know what the total goal of USDA's SDB

13  goal.

14     Q    Okay.  But you're testifying that the SDB

15  goal is different for NRCS than maybe some other

16  agencies within USDA?

17     A    As far as I'm aware.

18     Q    Okay.  And why is that?

19     A    I -- I can't answer that question.

20     Q    Oh, okay.

21     A    I'm not aware.

22     Q    Okay.  So are these goals tracked for each

1              CERTIFICATE OF TRANSCRIBER

2              I, ERIN ELLIA, do hereby certify that this

3      transcript was prepared from the digital audio

4      recording of the foregoing proceeding, that said

5      transcript is a true and accurate record of the

6      proceedings to the best of my knowledge, skills, and

7      ability; that I am neither counsel for, related to,

8      nor employed by any of the parties to the action in

9      which this was taken; and, further, that I am not a

10     relative or employee of any counsel or attorney

11     employed by the parties hereto, nor financially or

12     otherwise interested in the outcome of this action.

13

14

15                                     ERIN ELLIA

16

17

18

19

20

21

22