# EXHIBIT 7 (continued)

# APPENDIX A

US0050805

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 236220 | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION | $2,332,192,163.28 | 16,280 |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | $2,115,127,109.69 | 5,845 |
| 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | $1,216,203,546.85 | 5,773 |
| 561210 | FACILITIES SUPPORT SERVICES | $1,186,151,911.44 | 6,621 |
| 541519 | OTHER COMPUTER RELATED SERVICES | $877,976,917.31 | 3,482 |
| 541330 | ENGINEERING SERVICES | $668,947,016.47 | 3,419 |
| 541990 | ALL OTHER PROFESSIONAL, SCIENTIFIC, AND TECHNICAL SERVICES | $581,905,538.48 | 2,964 |
| 541513 | COMPUTER FACILITIES MANAGEMENT SERVICES | $496,547,367.53 | 1,258 |
| 561612 | SECURITY GUARDS AND PATROL SERVICES | $375,404,534.87 | 942 |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | $375,247,756.25 | 1,419 |
| 541712 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES (EXCEPT BIOTECHNOLOGY) | $372,223,373.44 | 1,043 |
| 561110 | OFFICE ADMINISTRATIVE SERVICES | $357,404,179.50 | 2,681 |
| 562910 | REMEDIATION SERVICES | $355,803,634.57 | 1,911 |
| 336413 | OTHER AIRCRAFT PARTS AND AUXILIARY EQUIPMENT MANUFACTURING | $316,128,847.92 | 729 |
| 561720 | JANITORIAL SERVICES | $275,619,573.95 | 1,776 |
| 237990 | OTHER HEAVY AND CIVIL ENGINEERING CONSTRUCTION | $270,310,428.06 | 1,393 |
| 237310 | HIGHWAY, STREET, AND BRIDGE CONSTRUCTION | $255,794,993.07 | 1,206 |
| 236210 | INDUSTRIAL BUILDING CONSTRUCTION | $234,883,907.84 | 1,453 |
| 238220 | PLUMBING, HEATING, AND AIR-CONDITIONING CONTRACTORS | $226,387,824.76 | 1,631 |
| 561320 | TEMPORARY HELP SERVICES | $162,665,272.21 | 1,491 |
| 238210 | ELECTRICAL CONTRACTORS AND OTHER WIRING INSTALLATION CONTRACTORS | $161,776,942.05 | 1,279 |
| 238990 | ALL OTHER SPECIALTY TRADE CONTRACTORS | $161,099,929.75 | 1,393 |
| 541690 | OTHER SCIENTIFIC AND TECHNICAL CONSULTING SERVICES | $153,334,337.94 | 1,088 |
| 541620 | ENVIRONMENTAL CONSULTING SERVICES | $139,590,485.24 | 1,237 |
| 518210 | DATA PROCESSING, HOSTING, AND RELATED SERVICES | $137,980,324.00 | 530 |
| 488190 | OTHER SUPPORT ACTIVITIES FOR AIR TRANSPORTATION | $137,743,694.11 | 318 |
| 237110 | WATER AND SEWER LINE AND RELATED STRUCTURES CONS. | $129,024,186.24 | 475 |
| 238160 | ROOFING CONTRACTORS | $123,470,777.12 | 727 |
| 561621 | SECURITY SYSTEMS SERVICES (EXCEPT LOCKSMITHS) | $108,216,094.98 | 425 |
| 541614 | PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONSULTING SERVICES | $94,699,487.51 | 291 |
| 541618 | OTHER MANAGEMENT CONSULTING SERVICES | $93,392,350.11 | 381 |
| 238390 | OTHER BUILDING FINISHING CONTRACTORS | $90,085,600.54 | 397 |
| 611430 | PROFESSIONAL AND MANAGEMENT DEVELOPMENT TRAINING | $88,059,571.14 | 415 |
| 561730 | LANDSCAPING SERVICES | $76,473,653.66 | 824 |
| 334111 | ELECTRONIC COMPUTER MANUFACTURING | $74,262,709.05 | 542 |
| 334220 | RADIO AND TELEVISION BROADCASTING AND WIRELESS COMMUNICATIONS EQUIPMENT MANUFACTURING | $72,565,852.77 | 250 |
| 621111 | OFFICES OF PHYSICIANS (EXCEPT MENTAL HEALTH SPECIALISTS | $70,581,763.79 | 273 |
| 238910 | SITE PREPARATION CONTRACTORS | $68,947,226.67 | 339 |
| 622110 | GENERAL MEDICAL AND SURGICAL HOSPITALS | $65,402,054.72 | 350 |
| 237130 | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION | $57,427,683.30 | 314 |
| 541219 | OTHER ACCOUNTING SERVICES | $57,122,631.31 | 463 |

Case 2:20-cv-00041-DCLC-CRW     Document 66-2     Filed 06/22/22     Page 4 of 28
PageID #: 2059

US0050806

| NAICS CODE | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 624190 | OTHER INDIVIDUAL AND FAMILY SERVICES | $56,826,777.72 | 63 |
| 337215 | SHOWCASE, PARTITION, SHELVING, AND LOCKER MANUFACTUR | $53,793,899.71 | 391 |
| 611710 | EDUCATIONAL SUPPORT SERVICES | $53,017,512.63 | 301 |
| 493110 | GENERAL WAREHOUSING AND STORAGE | $51,021,987.67 | 276 |
| 621399 | OFFICES OF ALL OTHER MISCELLANEOUS HEALTH PRACTITIONE | $49,772,003.71 | 484 |
| 561990 | ALL OTHER SUPPORT SERVICES | $49,224,918.16 | 345 |
| 238120 | STRUCTURAL STEEL AND PRECAST CONCRETE CONTRACTORS | $48,366,327.95 | 60 |
| 237120 | OIL AND GAS PIPELINE AND RELATED STRUCTURES CONSTRUCTION | $46,093,811.19 | 70 |
| 621999 | ALL OTHER MISCELLANEOUS AMBULATORY HEALTH CARE SERVICES | $44,322,451.80 | 157 |
| 336411 | AIRCRAFT MANUFACTURING | $40,811,087.20 | 53 |
| 562111 | SOLID WASTE COLLECTION | $38,533,578.62 | 388 |
| 541930 | TRANSLATION AND INTERPRETATION SERVICES | $38,027,857.91 | 217 |
| 541612 | HUMAN RESOURCES CONSULTING SERVICES (2007), HUMAN RESOURCES AND EXECUTIVE SEARCH CONSULTING SERVICES (2002) | $37,370,503.15 | 257 |
| 511210 | SOFTWARE PUBLISHERS | $35,610,668.79 | 249 |
| 561499 | ALL OTHER BUSINESS SUPPORT SERVICES | $33,285,876.53 | 246 |
| 811219 | OTHER ELECTRONIC AND PRECISION EQUIPMENT REPAIR AND MAINTENANCE | $31,756,641.12 | 79 |
| 115310 | SUPPORT ACTIVITIES FOR FORESTRY | $31,744,155.32 | 482 |
| 517110 | WIRED TELECOMMUNICATIONS CARRIERS | $31,158,411.77 | 280 |
| 238320 | PAINTING AND WALL COVERING CONTRACTORS | $30,281,867.89 | 625 |
| 337127 | INSTITUTIONAL FURNITURE MANUFACTURING | $28,571,844.09 | 97 |
| 722310 | FOOD SERVICE CONTRACTORS | $28,408,827.22 | 282 |
| 336611 | SHIP BUILDING AND REPAIRING | $28,116,394.94 | 396 |
| 315210 | CUT AND SEW APPAREL CONTRACTORS | $28,047,152.86 | 94 |
| 332311 | PREFABRICATED METAL BUILDING AND COMPONENT MANUFACTURING | $27,105,443.71 | 41 |
| 339112 | SURGICAL AND MEDICAL INSTRUMENT MANUFACTURING | $26,969,972.99 | 51 |
| 423430 | COMPUTER AND COMPUTER PERIPHERAL EQUIPMENT AND SOFTWARE MERCHANT WHOLESALERS | $26,001,799.52 | 204 |
| 334112 | COMPUTER STORAGE DEVICE MANUFACTURING | $25,984,254.71 | 78 |
| 334519 | OTHER MEASURING AND CONTROLLING DEVICE MANUFACTURIN | $23,006,528.29 | 17 |
| 332993 | AMMUNITION (EXCEPT SMALL ARMS) MANUFACTURING | $22,566,871.50 | 20 |
| 541820 | PUBLIC RELATIONS AGENCIES | $21,907,550.35 | 180 |
| 311999 | ALL OTHER MISCELLANEOUS FOOD MANUFACTURING | $21,162,927.50 | 69 |
| 541810 | ADVERTISING AGENCIES | $20,972,664.23 | 53 |
| 332999 | ALL OTHER MISCELLANEOUS FABRICATED METAL PRODUCT MANUFACTURING | $19,529,336.00 | 26 |
| 236118 | RESIDENTIAL REMODELERS | $18,100,804.02 | 69 |
| 334210 | TELEPHONE APPARATUS MANUFACTURING | $17,935,431.27 | 63 |
| 238330 | FLOORING CONTRACTORS | $17,691,788.18 | 190 |
| 541211 | OFFICES OF CERTIFIED PUBLIC ACCOUNTANTS | $17,410,530.27 | 97 |
| 485999 | ALL OTHER TRANSIT AND GROUND PASSENGER TRANS. | $17,286,713.56 | 108 |
| 541430 | GRAPHIC DESIGN SERVICES | $16,725,570.91 | 81 |
| 561410 | DOCUMENT PREPARATION SERVICES | $16,684,652.30 | 134 |
| 532420 | OFFICE MACHINERY AND EQUIPMENT RENTAL AND LEASING | $16,284,694.89 | 228 |

Case 2:20-cv-00041-DCLC-CRW     Document 66-2     Filed 06/22/22     Page 5 of 28
PageID #: 2060

US0050807

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 561330 | PROFESSIONAL EMPLOYER ORGANIZATIONS (FORMERLY EMPLOYEE LEASING SERVICES) | $15,971,603.17 | 68 |
| 811310 | COMMERCIAL AND INDUSTRIAL MACHINERY AND EQUIPMENT (EXCEPT AUTOMOTIVE AND ELECTRONIC) REPAIR AND MAINTENANCE | $15,834,664.90 | 249 |
| 315220 | MEN'S AND BOYS' CUT AND SEW APPAREL MANUFACTURING | $15,686,721.12 | 20 |
| 334310 | AUDIO AND VIDEO EQUIPMENT MANUFACTURING | $15,657,534.08 | 134 |
| 519120 | LIBRARIES AND ARCHIVES | $15,403,922.39 | 63 |
| 561920 | CONVENTION AND TRADE SHOW ORGANIZERS | $15,332,096.60 | 193 |
| 315990 | APPAREL ACCESSORIES AND OTHER APPAREL MANUFACTURING | $15,106,619.98 | 49 |
| 238290 | OTHER BUILDING EQUIPMENT CONTRACTORS | $15,050,710.01 | 149 |
| 484210 | USED HOUSEHOLD AND OFFICE GOODS MOVING | $14,626,360.82 | 218 |
| 522390 | OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIATION | $13,886,318.82 | 15 |
| 517919 | ALL OTHER TELECOMMUNICATIONS | $13,748,873.78 | 117 |
| 519190 | ALL OTHER INFORMATION SERVICES | $13,726,012.68 | 103 |
| 517410 | SATELLITE TELECOMMUNICATIONS | $13,367,147.79 | 17 |
| 493190 | OTHER WAREHOUSING AND STORAGE | $12,810,081.19 | 53 |
| 334516 | ANALYTICAL LABORATORY INSTRUMENT MANUFACTURING | $12,633,749.08 | 63 |
| 337214 | OFFICE FURNITURE (EXCEPT WOOD) MANUFACTURING | $12,522,876.94 | 357 |
| 541310 | ARCHITECTURAL SERVICES | $12,496,763.22 | 221 |
| 562211 | HAZARDOUS WASTE TREATMENT AND DISPOSAL | $11,652,821.66 | 1,772 |
| 517911 | TELECOMMUNICATIONS RESELLERS | $11,573,863.42 | 25 |
| 811212 | COMPUTER AND OFFICE MACHINE REPAIR AND MAINTENANCE | $11,239,045.28 | 68 |
| 541613 | MARKETING CONSULTING SERVICES | $10,987,501.59 | 69 |
| 611519 | OTHER TECHNICAL AND TRADE SCHOOLS | $10,850,365.24 | 25 |
| 541711 | RESEARCH AND DEVELOPMENT IN BIOTECHNOLOGY | $10,805,024.38 | 98 |
| 811213 | COMMUNICATION EQUIPMENT REPAIR AND MAINTENANCE | $10,681,395.72 | 182 |
| 511130 | BOOK PUBLISHERS | $10,369,297.54 | 89 |
| 561599 | ALL OTHER TRAVEL ARRANGEMENT AND RESERVATION SERVICE | $9,790,187.95 | 25 |
| 488310 | PORT AND HARBOR OPERATIONS | $9,730,200.56 | 40 |
| 611699 | ALL OTHER MISCELLANEOUS SCHOOLS AND INSTRUCTION | $9,266,001.07 | 46 |
| 333924 | INDUSTRIAL TRUCK, TRACTOR, TRAILER, AND STACKER MACHINERY MANUFACTURING | $9,190,298.35 | 99 |
| 541380 | TESTING LABORATORIES | $8,984,096.41 | 152 |
| 334118 | COMPUTER TERMINAL AND OTHER COMPUTER PERIPHERAL EQUIPMENT MANUFACTURING | $8,896,848.84 | 37 |
| 335312 | MOTOR AND GENERATOR MANUFACTURING | $8,449,697.91 | 4 |
| 238110 | POURED CONCRETE FOUNDATION AND STRUCTURE CONTRACTORS | $8,232,903.52 | 84 |
| 524298 | ALL OTHER INSURANCE RELATED ACTIVITIES | $8,222,416.00 | 4 |
| 531120 | LESSORS OF NONRESIDENTIAL BUILDINGS (EXCEPT MINIWAREHOUSES) | $8,058,664.12 | 51 |
| 522310 | MORTGAGE AND NONMORTGAGE LOAN BROKERS | $7,811,572.75 | 8 |
| 512110 | MOTION PICTURE AND VIDEO PRODUCTION | $7,803,081.03 | 63 |
| 562112 | HAZARDOUS WASTE COLLECTION | $7,613,952.44 | 57 |
| 541350 | BUILDING INSPECTION SERVICES | $7,499,055.00 | 34 |
| 332312 | FABRICATED STRUCTURAL METAL MANUFACTURING | $7,288,378.02 | 24 |
| 336412 | AIRCRAFT ENGINE AND ENGINE PARTS MANUFACTURING | $7,284,896.89 | 12 |
| 221310 | WATER SUPPLY AND IRRIGATION SYSTEMS | $7,260,694.43 | 39 |

Case 2:20-cv-00041-DCLC-CRW    Document 66-2    Filed 06/22/22    Page 6 of 28
PageID #: 2061

US0050808

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 336992 | MILITARY ARMORED VEHICLE, TANK, AND TANK COMPONENT MANUFACTURING | $7,174,973.32 | 40 |
| 561790 | OTHER SERVICES TO BUILDINGS AND DWELLINGS | $7,046,753.96 | 141 |
| 332994 | SMALL ARMS, ORDNANCE, AND ORDNANCE ACCESSORIES MANUFACTURING | $6,991,964.37 | 55 |
| 611512 | FLIGHT TRAINING | $6,781,571.56 | 41 |
| 611420 | COMPUTER TRAINING | $6,494,623.98 | 42 |
| 519130 | INTERNET PUBLISHING AND BROADCASTING AND WEB SEARCH PORTALS | $6,479,680.49 | 37 |
| 621512 | DIAGNOSTIC IMAGING CENTERS | $6,275,788.09 | 44 |
| 621340 | OFFICES OF PHYSICAL, OCCUPATIONAL AND SPEECH THERAPIST | $6,269,053.03 | 64 |
| 541199 | ALL OTHER LEGAL SERVICES | $5,822,491.00 | 58 |
| 488111 | AIR TRAFFIC CONTROL | $5,627,108.39 | 7 |
| 321920 | WOOD CONTAINER AND PALLET MANUFACTURING | $5,537,544.48 | 4 |
| 561422 | TELEMARKETING BUREAUS AND OTHER CONTACT CENTERS | $5,452,255.14 | 18 |
| 332216 | SAW BLADE AND HANDTOOL MANUFACTURING | $5,405,287.30 | 15 |
| 541710 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES | $5,353,138.17 | 207 |
| 541410 | INTERIOR DESIGN SERVICES | $5,326,943.91 | 37 |
| 238140 | MASONRY CONTRACTORS | $5,192,855.57 | 35 |
| 238350 | FINISH CARPENTRY CONTRACTORS | $5,157,150.45 | 62 |
| 561611 | INVESTIGATION SERVICES | $5,128,809.03 | 36 |
| 621330 | OFFICES OF MENTAL HEALTH PRACTITIONERS (EXCEPT PHYSICIANS) | $5,053,501.73 | 48 |
| 238190 | OTHER FOUNDATION, STRUCTURE, AND BUILDING EXTERIOR CONTRACTORS | $5,030,576.67 | 107 |
| 621112 | OFFICES OF PHYSICIANS, MENTAL HEALTH SPECIALISTS | $4,936,909.43 | 30 |
| 561421 | TELEPHONE ANSWERING SERVICES | $4,906,273.64 | 22 |
| 488119 | OTHER AIRPORT OPERATIONS | $4,904,668.76 | 23 |
| 541720 | RESEARCH AND DEVELOPMENT IN THE SOCIAL SCIENCES AND HUMANITIES | $4,857,640.02 | 50 |
| 337211 | WOOD OFFICE FURNITURE MANUFACTURING | $4,831,633.88 | 85 |
| 335313 | SWITCHGEAR AND SWITCHBOARD APPARATUS MANUFACTURING | $4,817,024.98 | 50 |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | $4,773,663.89 | 54 |
| 621320 | OFFICES OF OPTOMETRISTS | $4,739,452.47 | 26 |
| 322121 | PAPER (EXCEPT NEWSPRINT) MILLS | $4,686,287.50 | 11 |
| 485113 | BUS AND OTHER MOTOR VEHICLE TRANSIT SYSTEMS | $4,637,807.86 | 20 |
| 611630 | LANGUAGE SCHOOLS | $4,606,780.10 | 21 |
| 315999 | OTHER APPAREL ACCESSORIES AND OTHER APPAREL MANUFACTURING | $4,324,832.34 | 34 |
| 332410 | POWER BOILER AND HEAT EXCHANGER MANUFACTURING | $4,107,203.00 | 2 |
| 712190 | NATURE PARKS AND OTHER SIMILAR INSTITUTIONS | $3,983,865.61 | 1 |
| 541370 | SURVEYING AND MAPPING (EXCEPT GEOPHYSICAL) SERVICES | $3,938,568.61 | 49 |
| 335921 | FIBER OPTIC CABLE MANUFACTURING | $3,718,782.67 | 22 |
| 336111 | AUTOMOBILE MANUFACTURING | $3,682,248.82 | 10 |
| 721310 | ROOMING AND BOARDING HOUSES | $3,663,144.00 | 4 |
| 335311 | POWER, DISTRIBUTION, AND SPECIALTY TRANSFORMER MANUFACTURING | $3,586,683.26 | 35 |
| 541910 | MARKETING RESEARCH AND PUBLIC OPINION POLLING | $3,579,577.72 | 20 |

Case 2:20-cv-00041-DCLC-CRW   Document 66-2   Filed 06/22/22   Page 7 of 28
PageID #: 2062

US0050809

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 481211 | NONSCHEDULED CHARTERED PASSENGER AIR TRANSPORTATION | $3,576,028.84 | 19 |
| 311421 | FRUIT AND VEGETABLE CANNING | $3,504,243.62 | 12 |
| 531311 | RESIDENTIAL PROPERTY MANAGERS | $3,472,210.71 | 19 |
| 624230 | EMERGENCY AND OTHER RELIEF SERVICES | $3,446,756.89 | 1 |
| 621910 | AMBULANCE SERVICES | $3,357,423.50 | 8 |
| 532490 | OTHER COMMERCIAL AND INDUSTRIAL MACHINERY AND EQUIPMENT RENTAL AND LEASING | $3,345,917.84 | 23 |
| 522320 | FINANCIAL TRANSACTIONS PROCESSING, RESERVE, AND CLEARINGHOUSE ACTIVITIES | $3,317,232.13 | 2 |
| 523930 | INVESTMENT ADVICE | $3,304,251.86 | 2 |
| 532412 | CONSTRUCTION, MINING, AND FORESTRY MACHINERY AND EQUIPMENT RENTAL AND LEASING | $3,295,502.27 | 44 |
| 611310 | COLLEGES, UNIVERSITIES, AND PROFESSIONAL SCHOOLS | $3,264,771.84 | 93 |
| 238150 | GLASS AND GLAZING CONTRACTORS | $3,186,491.85 | 25 |
| 811111 | GENERAL AUTOMOTIVE REPAIR | $3,012,746.51 | 10 |
| 541830 | MEDIA BUYING AGENCIES | $2,996,492.74 | 10 |
| 541110 | OFFICES OF LAWYERS | $2,987,555.47 | 31 |
| 334614 | SOFTWARE AND OTHER PRERECORDED COMPACT DISC, TAPE, AND RECORD REPRODUCING | $2,984,009.98 | 14 |
| 712110 | MUSEUMS | $2,763,649.20 | 40 |
| 485410 | SCHOOL AND EMPLOYEE BUS TRANSPORTATION | $2,753,094.94 | 16 |
| 333911 | PUMP AND PUMPING EQUIPMENT MANUFACTURING | $2,725,305.39 | 8 |
| 321992 | PREFABRICATED WOOD BUILDING MANUFACTURING | $2,695,495.05 | 15 |
| 532120 | TRUCK, UTILITY TRAILER, AND RV (RECREATIONAL VEHICLE) RENTAL AND LEASING | $2,667,650.19 | 27 |
| 325510 | PAINT AND COATING MANUFACTURING | $2,643,517.92 | 63 |
| 517210 | WIRELESS TELECOMMUNICATIONS CARRIERS (EXCEPT SATELLITE) | $2,642,761.74 | 30 |
| 238310 | DRYWALL AND INSULATION CONTRACTORS | $2,569,949.66 | 33 |
| 621498 | ALL OTHER OUTPATIENT CARE CENTERS | $2,568,649.83 | 16 |
| 334512 | AUTOMATIC ENVIRONMENTAL CONTROL MANUFACTURING FOR RESIDENTIAL, COMMERCIAL, AND APPLIANCE USE | $2,496,215.36 | 8 |
| 922160 | FIRE PROTECTION | $2,492,054.73 | 6 |
| 515120 | TELEVISION BROADCASTING | $2,474,405.06 | 6 |
| 323111 | COMMERCIAL PRINTING (EXCEPT SCREEN AND BOOKS) | $2,414,028.32 | 11 |
| 334417 | ELECTRONIC CONNECTOR MANUFACTURING | $2,389,348.24 | 3 |
| 562998 | ALL OTHER MISCELLANEOUS WASTE MANAGEMENT SERVICES | $2,334,824.35 | 41 |
| 334290 | OTHER COMMUNICATIONS EQUIPMENT MANUFACTURING | $2,314,949.53 | 45 |
| 212319 | OTHER CRUSHED AND BROKEN STONE MINING AND QUARRYING | $2,256,526.71 | 4 |
| 561710 | EXTERMINATING AND PEST CONTROL SERVICES | $2,185,159.68 | 49 |
| 562219 | OTHER NONHAZARDOUS WASTE TREATMENT AND DISPOSAL | $2,179,978.34 | 35 |
| 561439 | OTHER BUSINESS SERVICE CENTERS (INCLUDING COPY SHOPS) | $2,130,070.80 | 11 |
| 221122 | ELECTRIC POWER DISTRIBUTION | $2,107,460.72 | 8 |
| 541490 | OTHER SPECIALIZED DESIGN SERVICES | $2,065,079.65 | 49 |
| 812930 | PARKING LOTS AND GARAGES | $2,054,616.24 | 6 |
| 333415 | AIR-CONDITIONING AND WARM AIR HEATING EQUIPMENT AND COMMERCIAL AND INDUSTRIAL REFRIGERATION EQUIPMENT MANUFACTURING | $2,039,880.96 | 27 |
| 491110 | POSTAL SERVICE | $2,023,168.29 | 31 |

Case 2:20-cv-00041-DCLC-CRW    Document 66-2    Filed 06/22/22    Page 8 of 28
PageID #: 2063

US0050810

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 611692 | AUTOMOBILE DRIVING SCHOOLS | $2,006,196.25 | 6 |
| 524292 | THIRD PARTY ADMINISTRATION OF INSURANCE AND PENSION FUNDS | $1,998,822.00 | 3 |
| 333315 | PHOTOGRAPHIC AND PHOTOCOPYING EQUIPMENT MANUFACTURING | $1,998,793.29 | 79 |
| 332510 | HARDWARE MANUFACTURING | $1,953,200.74 | 11 |
| 561310 | EMPLOYMENT PLACEMENT AGENCIES | $1,931,442.77 | 20 |
| 711510 | INDEPENDENT ARTISTS, WRITERS, AND PERFORMERS | $1,919,282.79 | 48 |
| 423450 | MEDICAL, DENTAL, AND HOSPITAL EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | $1,846,961.53 | 12 |
| 324121 | ASPHALT PAVING MIXTURE AND BLOCK MANUFACTURING | $1,798,741.27 | 12 |
| 541214 | PAYROLL SERVICES | $1,775,000.00 | 2 |
| 492110 | COURIERS AND EXPRESS DELIVERY SERVICES | $1,771,154.78 | 27 |
| 621511 | MEDICAL LABORATORIES | $1,757,967.26 | 23 |
| 212312 | CRUSHED AND BROKEN LIMESTONE MINING AND QUARRYING | $1,664,630.92 | 7 |
| 483113 | COASTAL AND GREAT LAKES FREIGHT TRANSPORTATION | $1,649,480.00 | 3 |
| 339113 | SURGICAL APPLIANCE AND SUPPLIES MANUFACTURING | $1,644,860.79 | 15 |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | $1,621,431.73 | 6 |
| 334510 | ELECTROMEDICAL AND ELECTROTHERAPEUTIC APPARATUS MANUFACTURING | $1,572,942.16 | 12 |
| 336214 | TRAVEL TRAILER AND CAMPER MANUFACTURING | $1,529,996.16 | 23 |
| 813920 | PROFESSIONAL ORGANIZATIONS | $1,506,461.00 | 3 |
| 484110 | GENERAL FREIGHT TRUCKING, LOCAL | $1,506,455.89 | 27 |
| 488999 | ALL OTHER SUPPORT ACTIVITIES FOR TRANSPORTATION | $1,431,390.51 | 4 |
| 622210 | PSYCHIATRIC AND SUBSTANCE ABUSE HOSPITALS | $1,404,472.48 | 8 |
| 624410 | CHILD DAY CARE SERVICES | $1,298,292.35 | 3 |
| 561431 | PRIVATE MAIL CENTERS | $1,296,165.76 | 22 |
| 314910 | TEXTILE BAG AND CANVAS MILLS | $1,246,240.69 | 9 |
| 236115 | NEW SINGLE-FAMILY HOUSING CONSTRUCTION (EXCEPT FOR-SALE BUILDERS) | $1,225,575.01 | 8 |
| 334515 | INSTRUMENT MANUFACTURING FOR MEASURING AND TESTING ELECTRICITY AND ELECTRICAL SIGNALS | $1,201,999.27 | 11 |
| 711130 | MUSICAL GROUPS AND ARTISTS | $1,201,146.08 | 6 |
| 511120 | PERIODICAL PUBLISHERS | $1,185,338.04 | 7 |
| 339999 | ALL OTHER MISCELLANEOUS MANUFACTURING | $1,146,922.03 | 7 |
| 333111 | FARM MACHINERY AND EQUIPMENT MANUFACTURING | $1,083,484.84 | 21 |
| 335931 | CURRENT-CARRYING WIRING DEVICE MANUFACTURING | $1,070,020.08 | 39 |
| 315280 | OTHER CUT AND SEW APPAREL MANUFACTURING | $1,042,718.00 | 4 |
| 483114 | COASTAL AND GREAT LAKES PASSENGER TRANSPORTATION | $1,035,053.50 | 2 |
| 541340 | DRAFTING SERVICES | $1,023,034.47 | 11 |
| 336211 | MOTOR VEHICLE BODY MANUFACTURING | $1,007,963.59 | 25 |
| 333318 | OTHER COMMERCIAL AND SERVICE INDUSTRY MACHINERY MANUFACTURING | $1,006,505.21 | 144 |
| 325520 | ADHESIVE MANUFACTURING | $991,094.19 | 5 |
| 921190 | OTHER GENERAL GOVERNMENT SUPPORT | $990,303.20 | 6 |
| 238340 | TILE AND TERRAZZO CONTRACTORS | $976,181.95 | 10 |
| 812990 | ALL OTHER PERSONAL SERVICES | $919,095.17 | 5 |

Case 2:20-cv-00041-DCLC-CRW   Document 66-2   Filed 06/22/22   Page 9 of 28
PageID #: 2064

US0050811

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 236116 | NEW MULTIFAMILY HOUSING CONSTRUCTION (EXCEPT FOR-SALE BUILDERS) | $912,000.00 | 1 |
| 443120 | COMPUTER AND SOFTWARE STORES | $909,377.47 | 19 |
| 531190 | LESSORS OF OTHER REAL ESTATE PROPERTY | $888,370.28 | 9 |
| 335110 | ELECTRIC LAMP BULB AND PART MANUFACTURING | $873,432.46 | 30 |
| 531320 | OFFICES OF REAL ESTATE APPRAISERS | $843,278.80 | 5 |
| 221320 | SEWAGE TREATMENT FACILITIES | $807,947.94 | 22 |
| 541890 | OTHER SERVICES RELATED TO ADVERTISING | $789,454.56 | 10 |
| 311212 | RICE MILLING | $749,599.40 | 1 |
| 813110 | RELIGIOUS ORGANIZATIONS | $749,581.69 | 30 |
| 321991 | MANUFACTURED HOME (MOBILE HOME) MANUFACTURING | $746,772.95 | 6 |
| 492210 | LOCAL MESSENGERS AND LOCAL DELIVERY | $741,276.39 | 11 |
| 334419 | OTHER ELECTRONIC COMPONENT MANUFACTURING | $733,370.61 | 13 |
| 812320 | DRYCLEANING AND LAUNDRY SERVICES (EXCEPT COIN-OPERATED) | $730,138.16 | 20 |
| 334119 | OTHER COMPUTER PERIPHERAL EQUIPMENT MANUFACTURING | $728,065.18 | 38 |
| 332992 | SMALL ARMS AMMUNITION MANUFACTURING | $712,640.77 | 3 |
| 333413 | INDUSTRIAL AND COMMERCIAL FAN AND BLOWER AND AIR PURIFICATION EQUIPMENT MANUFACTURING | $708,000.00 | 1 |
| 326220 | RUBBER AND PLASTICS HOSES AND BELTING MANUFACTURING | $707,799.00 | 11 |
| 237210 | LAND SUBDIVISION | $694,820.00 | 2 |
| 562991 | SEPTIC TANK AND RELATED SERVICES | $694,252.40 | 23 |
| 541940 | VETERINARY SERVICES | $681,964.80 | 10 |
| 512290 | OTHER SOUND RECORDING INDUSTRIES | $678,713.75 | 11 |
| 314110 | CARPET AND RUG MILLS | $667,236.15 | 24 |
| 811490 | OTHER PERSONAL AND HOUSEHOLD GOODS REPAIR AND MAINTENANCE | $658,754.20 | 6 |
| 115112 | SOIL PREPARATION, PLANTING, AND CULTIVATING | $641,917.16 | 6 |
| 423210 | FURNITURE MERCHANT WHOLESALERS | $641,319.17 | 21 |
| 561910 | PACKAGING AND LABELING SERVICES | $614,725.26 | 6 |
| 624310 | VOCATIONAL REHABILITATION SERVICES | $612,269.98 | 2 |
| 621210 | OFFICES OF DENTISTS | $580,321.38 | 30 |
| 812910 | PET CARE (EXCEPT VETERINARY) SERVICES | $576,348.00 | 2 |
| 484220 | SPECIALIZED FREIGHT (EXCEPT USED GOODS) TRUCKING, LOCA | $560,500.57 | 16 |
| 812332 | INDUSTRIAL LAUNDERERS | $532,459.71 | 63 |
| 485320 | LIMOUSINE SERVICE | $508,672.00 | 5 |
| 333922 | CONVEYOR AND CONVEYING EQUIPMENT MANUFACTURING | $492,000.00 | 2 |
| 923130 | ADMINISTRATION OF HUMAN RESOURCE PROGRAMS (EXCEPT EDUCATION, PUBLIC HEALTH, AND VETERANS' AFFAIRS PROGRAMS) | $443,084.28 | 3 |
| 541870 | ADVERTISING MATERIAL DISTRIBUTION SERVICES | $435,877.00 | 4 |
| 523110 | INVESTMENT BANKING AND SECURITIES DEALING | $430,010.00 | 6 |
| 488991 | PACKING AND CRATING | $416,433.73 | 24 |
| 336310 | MOTOR VEHICLE GASOLINE ENGINE AND ENGINE PARTS MANUFACTURING | $392,964.30 | 7 |
| 323113 | COMMERCIAL SCREEN PRINTING | $386,806.26 | 17 |
| 524210 | INSURANCE AGENCIES AND BROKERAGES | $385,138.00 | 2 |
| 562998 | ALL OTHER MISCELLANEOUS WASTE MANAGEMENT SERVICES | $383,653.24 | 4 |
| 321911 | WOOD WINDOW AND DOOR MANUFACTURING | $380,318.80 | 5 |
| 541922 | COMMERCIAL PHOTOGRAPHY | $374,801.29 | 2 |

Case 2:20-cv-00041-DCLC-CRW     Document 66-2     Filed 06/22/22     Page 10 of 28
PageID #: 2065

US0050812

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 621310 | OFFICES OF CHIROPRACTORS | $364,320.00 | 2 |
| 561740 | CARPET AND UPHOLSTERY CLEANING SERVICES | $361,687.74 | 14 |
| 332215 | METAL KITCHEN COOKWARE, UTENSIL, CUTLERY, AND FLATWARE (EXCEPT PRECIOUS) MANUFACTURING | $355,178.67 | 2 |
| 325411 | MEDICINAL AND BOTANICAL MANUFACTURING | $348,932.60 | 2 |
| 332321 | METAL WINDOW AND DOOR MANUFACTURING | $346,308.00 | 3 |
| 336320 | MOTOR VEHICLE ELECTRICAL AND ELECTRONIC EQUIPMENT MANUFACTURING | $346,052.80 | 8 |
| 333120 | CONSTRUCTION MACHINERY MANUFACTURING | $342,752.11 | 7 |
| 332710 | MACHINE SHOPS | $333,512.84 | 15 |
| 326111 | PLASTICS BAG MANUFACTURING | $332,545.70 | 11 |
| 541360 | GEOPHYSICAL SURVEYING AND MAPPING SERVICES | $330,106.07 | 10 |
| 532210 | CONSUMER ELECTRONICS AND APPLIANCES RENTAL | $329,016.08 | 11 |
| 811922 | CAR WASHES | $318,848.22 | 4 |
| 488510 | FREIGHT TRANSPORTATION ARRANGEMENT | $317,717.27 | 12 |
| 561622 | LOCKSMITHS | $311,961.67 | 6 |
| 336390 | OTHER MOTOR VEHICLE PARTS MANUFACTURING | $309,668.00 | 10 |
| 238170 | SIDING CONTRACTORS | $306,784.69 | 8 |
| 212321 | CONSTRUCTION SAND AND GRAVEL MINING | $298,823.86 | 10 |
| 541213 | TAX PREPARATION SERVICES | $292,515.13 | 11 |
| 541921 | PHOTOGRAPHY STUDIOS, PORTRAIT | $290,986.95 | 7 |
| 511199 | ALL OTHER PUBLISHERS | $280,073.60 | 5 |
| 335129 | OTHER LIGHTING EQUIPMENT MANUFACTURING | $264,392.80 | 11 |
| 485510 | CHARTER BUS INDUSTRY | $254,170.42 | 2 |
| 335911 | STORAGE BATTERY MANUFACTURING | $247,134.70 | 2 |
| 483211 | INLAND WATER FREIGHT TRANSPORTATION | $241,875.00 | 2 |
| 424710 | PETROLEUM BULK STATIONS AND TERMINALS | $234,601.60 | 2 |
| 621420 | OUTPATIENT MENTAL HEALTH AND SUBSTANCE ABUSE CENTERS | $225,494.40 | 5 |
| 326299 | ALL OTHER RUBBER PRODUCT MANUFACTURING | $219,517.66 | 7 |
| 334517 | IRRADIATION APPARATUS MANUFACTURING | $214,548.20 | 4 |
| 561492 | COURT REPORTING AND STENOTYPE SERVICES | $210,076.07 | 109 |
| 423110 | AUTOMOBILE AND OTHER MOTOR VEHICLE MERCHANT WHOLESALERS | $207,499.95 | 1 |
| 621991 | BLOOD AND ORGAN BANKS | $204,765.05 | 6 |
| 339991 | GASKET, PACKING, AND SEALING DEVICE MANUFACTURING | $204,265.98 | 24 |
| 321918 | OTHER MILLWORK (INCLUDING FLOORING) | $203,854.66 | 4 |
| 444190 | OTHER BUILDING MATERIAL DEALERS | $200,496.93 | 1 |
| 423390 | OTHER CONSTRUCTION MATERIAL MERCHANT WHOLESALERS | $200,270.72 | 3 |
| 311615 | POULTRY PROCESSING | $198,147.30 | 1 |
| 333112 | LAWN AND GARDEN TRACTOR AND HOME LAWN AND GARDEN EQUIPMENT MANUFACTURING | $192,749.00 | 3 |
| 424610 | PLASTICS MATERIALS AND BASIC FORMS AND SHAPES MERCHANT WHOLESALERS | $190,000.00 | 1 |
| 337122 | NONUPHOLSTERED WOOD HOUSEHOLD FURNITURE MANUFACTURING | $187,435.21 | 6 |
| 333314 | OPTICAL INSTRUMENT AND LENS MANUFACTURING | $185,787.75 | 9 |
| 423910 | SPORTING AND RECREATIONAL GOODS AND SUPPLIES MERCHANT WHOLESALERS | $183,715.98 | 2 |
| 238130 | FRAMING CONTRACTORS | $182,834.52 | 9 |
| 332919 | OTHER METAL VALVE AND PIPE FITTING MANUFACTURING | $181,962.11 | 2 |

Case 2:20-cv-00041-DCLC-CRW     Document 66-2     Filed 06/22/22     Page 11 of 28
PageID #: 2066

US0050813

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 623220 | RESIDENTIAL MENTAL HEALTH AND SUBSTANCE ABUSE FACILITI | $174,868.00 | 4 |
| 213115 | SUPPORT ACTIVITIES FOR NONMETALLIC MINERALS (EXCEPT FUELS) | $164,257.11 | 11 |
| 423830 | INDUSTRIAL MACHINERY AND EQUIPMENT MERCHANT WHOLESALERS | $163,275.35 | 6 |
| 336112 | LIGHT TRUCK AND UTILITY VEHICLE MANUFACTURING | $154,068.12 | 1 |
| 332991 | BALL AND ROLLER BEARING MANUFACTURING | $153,875.43 | 64 |
| 532411 | COMMERCIAL AIR, RAIL, AND WATER TRANSPORTATION EQUIPMENT RENTAL AND LEASING | $153,195.81 | 3 |
| 339950 | SIGN MANUFACTURING | $152,461.13 | 10 |
| 323120 | SUPPORT ACTIVITIES FOR PRINTING | $152,000.00 | 3 |
| 336399 | ALL OTHER MOTOR VEHICLE PARTS MANUFACTURING | $150,940.95 | 7 |
| 335929 | OTHER COMMUNICATION AND ENERGY WIRE MANUFACTURING | $150,640.49 | 8 |
| 314999 | ALL OTHER MISCELLANEOUS TEXTILE PRODUCT MILLS | $149,400.00 | 1 |
| 722110 | FULL-SERVICE RESTAURANTS | $149,179.84 | 6 |
| 333921 | ELEVATOR AND MOVING STAIRWAY MANUFACTURING | $148,133.00 | 6 |
| 332323 | ORNAMENTAL AND ARCHITECTURAL METAL WORK MANUFACTURING | $143,453.83 | 2 |
| 532111 | PASSENGER CAR RENTAL | $140,707.00 | 1 |
| 221114 | SOLAR ELECTRIC POWER GENERATION | $134,547.22 | 4 |
| 332996 | FABRICATED PIPE AND PIPE FITTING MANUFACTURING | $132,107.28 | 3 |
| 488330 | NAVIGATIONAL SERVICES TO SHIPPING | $131,584.08 | 1 |
| 442110 | FURNITURE STORES | $125,375.50 | 6 |
| 333613 | MECHANICAL POWER TRANSMISSION EQUIPMENT MANUFACTURING | $124,717.75 | 7 |
| 722320 | CATERERS | $123,312.05 | 9 |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING | $122,047.50 | 1 |
| 611691 | EXAM PREPARATION AND TUTORING | $122,000.89 | 7 |
| 488210 | SUPPORT ACTIVITIES FOR RAIL TRANSPORTATION | $120,766.88 | 3 |
| 488490 | OTHER SUPPORT ACTIVITIES FOR ROAD TRANSPORTATION | $116,924.54 | 2 |
| 332618 | OTHER FABRICATED WIRE PRODUCT MANUFACTURING | $113,284.58 | 4 |
| 927110 | SPACE RESEARCH AND TECHNOLOGY | $113,135.00 | 1 |
| 325910 | PRINTING INK MANUFACTURING | $107,133.06 | 2 |
| 335122 | COMMERCIAL, INDUSTRIAL, AND INSTITUTIONAL ELECTRIC LIGHT | $104,654.40 | 2 |
| 333294 | FOOD PRODUCT MACHINERY MANUFACTURING | $104,142.41 | 51 |
| 326199 | ALL OTHER PLASTICS PRODUCT MANUFACTURING | $102,238.50 | 1 |
| 325320 | PESTICIDE AND OTHER AGRICULTURAL CHEMICAL MANUFACTURING | $101,491.53 | 3 |
| 711190 | OTHER PERFORMING ARTS COMPANIES | $96,626.20 | 8 |
| 423690 | OTHER ELECTRONIC PARTS AND EQUIPMENT MERCHANT WHOLESALERS | $95,945.16 | 4 |
| 325998 | ALL OTHER MISCELLANEOUS CHEMICAL PRODUCT AND PREPARATION MANUFACTURING | $95,560.30 | 7 |
| 325211 | PLASTICS MATERIAL AND RESIN MANUFACTURING | $92,955.00 | 3 |
| 325992 | PHOTOGRAPHIC FILM, PAPER, PLATE, AND CHEMICAL MANUFACTURING | $92,386.35 | 3 |
| 211111 | CRUDE PETROLEUM AND NATURAL GAS EXTRACTION | $88,396.83 | 1 |
| 331221 | ROLLED STEEL SHAPE MANUFACTURING | $86,764.00 | 1 |
| 115210 | SUPPORT ACTIVITIES FOR ANIMAL PRODUCTION | $86,081.60 | 7 |

Case 2:20-cv-00041-DCLC-CRW     Document 66-2     Filed 06/22/22     Page 12 of 28
PageID #: 2067

US0050814

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 327390 | OTHER CONCRETE PRODUCT MANUFACTURING | $83,971.92 | 4 |
| 324110 | PETROLEUM REFINERIES | $83,593.88 | 7 |
| 423320 | BRICK, STONE, AND RELATED CONSTRUCTION MATERIAL MERCHANT WHOLESALERS | $80,034.34 | 7 |
| 811118 | OTHER AUTOMOTIVE MECHANICAL AND ELECTRICAL REPAIR AND MAINTENANCE | $79,603.32 | 12 |
| 311119 | OTHER ANIMAL FOOD MANUFACTURING | $76,503.00 | 3 |
| 333249 | OTHER INDUSTRIAL MACHINERY MANUFACTURING | $75,855.91 | 2 |
| 333414 | HEATING EQUIPMENT (EXCEPT WARM AIR FURNACES) MANUFACTURING | $75,332.97 | 1 |
| 321999 | ALL OTHER MISCELLANEOUS WOOD PRODUCT MANUFACTURING | $74,919.00 | 2 |
| 311211 | FLOUR MILLING | $74,250.00 | 1 |
| 423720 | PLUMBING AND HEATING EQUIPMENT AND SUPPLIES (HYDRONICS) MERCHANT WHOLESALERS | $73,840.90 | 3 |
| 721110 | HOTELS (EXCEPT CASINO HOTELS) AND MOTELS | $69,598.38 | 5 |
| 333999 | ALL OTHER MISCELLANEOUS GENERAL PURPOSE MACHINERY MANUFACTURING | $68,628.00 | 8 |
| 541420 | INDUSTRIAL DESIGN SERVICES | $64,724.76 | 3 |
| 113310 | LOGGING | $64,218.23 | 1 |
| 339115 | OPHTHALMIC GOODS MANUFACTURING | $61,820.00 | 2 |
| 326291 | RUBBER PRODUCT MANUFACTURING FOR MECHANICAL USE | $60,750.00 | 2 |
| 333293 | PRINTING MACHINERY AND EQUIPMENT MANUFACTURING | $54,688.69 | 2 |
| 332911 | INDUSTRIAL VALVE MANUFACTURING | $53,557.27 | 3 |
| 423620 | HOUSEHOLD APPLIANCES, ELECTRIC HOUSEWARES, AND CONSUMER ELECTRONICS MERCHANT WHOLESALERS | $52,173.60 | 1 |
| 333923 | OVERHEAD TRAVELING CRANE, HOIST, AND MONORAIL SYSTEM MANUFACTURING | $50,871.72 | 5 |
| 423440 | OTHER COMMERCIAL EQUIPMENT MERCHANT WHOLESALERS | $47,073.42 | 4 |
| 483111 | DEEP SEA FREIGHT TRANSPORTATION | $46,780.21 | 1 |
| 335222 | HOUSEHOLD REFRIGERATOR AND HOME FREEZER MANUFACTURING | $43,881.01 | 74 |
| 335221 | HOUSEHOLD COOKING APPLIANCE MANUFACTURING | $43,651.56 | 45 |
| 336999 | ALL OTHER TRANSPORTATION EQUIPMENT MANUFACTURING | $39,377.94 | 1 |
| 332420 | METAL TANK (HEAVY GAUGE) MANUFACTURING | $38,550.78 | 4 |
| 441210 | RECREATIONAL VEHICLE DEALERS | $35,849.00 | 1 |
| 562119 | OTHER WASTE COLLECTION | $35,186.18 | 11 |
| 442291 | WINDOW TREATMENT STORES | $34,056.50 | 4 |
| 335224 | HOUSEHOLD LAUNDRY EQUIPMENT MANUFACTURING | $32,117.30 | 1 |
| 326113 | UNLAMINATED PLASTICS FILM AND SHEET (EXCEPT PACKAGING) MANUFACTURING | $31,831.69 | 1 |
| 335932 | NONCURRENT-CARRYING WIRING DEVICE MANUFACTURING | $30,552.06 | 3 |
| 333991 | POWER-DRIVEN HANDTOOL MANUFACTURING | $29,916.10 | 2 |
| 423990 | OTHER MISCELLANEOUS DURABLE GOODS MERCHANT WHOLESALERS | $29,399.44 | 3 |
| 811411 | HOME AND GARDEN EQUIPMENT REPAIR AND MAINTENANCE | $29,132.24 | 2 |
| 424720 | PETROLEUM AND PETROLEUM PRODUCTS MERCHANT WHOLESALERS (EXCEPT BULK STATIONS AND TERMINALS) | $27,840.00 | 3 |
| 333992 | WELDING AND SOLDERING EQUIPMENT MANUFACTURING | $27,801.50 | 4 |
| 423510 | METAL SERVICE CENTERS AND OTHER METAL MERCHANT WHOLESALERS | $27,688.86 | 2 |

US0050815

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 562920 | MATERIALS RECOVERY FACILITIES | $27,070.00 | 3 |
| 525990 | OTHER FINANCIAL VEHICLES | $26,760.60 | 3 |
| 424920 | BOOK, PERIODICAL, AND NEWSPAPER MERCHANT WHOLESALER | $21,609.60 | 2 |
| 562212 | SOLID WASTE LANDFILL | $21,600.00 | 2 |
| 336370 | MOTOR VEHICLE METAL STAMPING | $19,988.00 | 1 |
| 541320 | LANDSCAPE ARCHITECTURAL SERVICES | $18,948.59 | 2 |
| 531110 | LESSORS OF RESIDENTIAL BUILDINGS AND DWELLINGS | $18,900.00 | 3 |
| 423610 | ELECTRICAL APPARATUS AND EQUIPMENT, WIRING SUPPLIES, AND RELATED EQUIPMENT MERCHANT  WHOLESALERS | $18,887.52 | 6 |
| 336212 | TRUCK TRAILER MANUFACTURING | $18,483.90 | 16 |
| 327211 | FLAT GLASS MANUFACTURING | $17,917.33 | 1 |
| 423310 | LUMBER, PLYWOOD, MILLWORK, AND WOOD PANEL MERCHANT WHOLESALERS | $16,679.60 | 1 |
| 332322 | SHEET METAL WORK MANUFACTURING | $16,629.46 | 1 |
| 316210 | FOOTWEAR MANUFACTURING | $16,353.50 | 4 |
| 443142 | ELECTRONICS STORES | $16,134.11 | 2 |
| 443130 | CAMERA AND PHOTOGRAPHIC SUPPLIES STORES | $15,595.36 | 2 |
| 424210 | DRUGS AND DRUGGISTS' SUNDRIES MERCHANT WHOLESALERS | $15,468.91 | 2 |
| 315190 | OTHER APPAREL KNITTING MILLS | $15,350.00 | 1 |
| 424120 | STATIONERY AND OFFICE SUPPLIES MERCHANT WHOLESALERS | $15,000.00 | 1 |
| 333241 | FOOD PRODUCT MACHINERY MANUFACTURING | $14,952.57 | 28 |
| 454310 | FUEL DEALERS | $14,491.19 | 3 |
| 453998 | ALL OTHER MISCELLANEOUS STORE RETAILERS (EXCEPT TOBACCO STORES) | $14,100.00 | 1 |
| 424910 | FARM SUPPLIES MERCHANT WHOLESALERS | $13,468.56 | 1 |
| 339944 | CARBON PAPER AND INKED RIBBON MANUFACTURING | $13,392.75 | 3 |
| 339920 | SPORTING AND ATHLETIC GOODS MANUFACTURING | $12,941.91 | 5 |
| 334611 | SOFTWARE REPRODUCING | $12,806.65 | 1 |
| 312112 | BOTTLED WATER MANUFACTURING | $12,330.00 | 1 |
| 336991 | MOTORCYCLE, BICYCLE, AND PARTS MANUFACTURING | $12,000.00 | 1 |
| 316998 | ALL OTHER LEATHER GOOD AND ALLIED PRODUCT MANUFACTURING | $11,220.00 | 1 |
| 512191 | TELEPRODUCTION AND OTHER POSTPRODUCTION SERVICES | $10,800.00 | 1 |
| 331210 | IRON AND STEEL PIPE AND TUBE MANUFACTURING FROM PURCHASED STEEL | $10,562.86 | 1 |
| 441228 | MOTORCYCLE, ATV, AND ALL OTHER MOTOR VEHICLE DEALERS | $10,519.37 | 1 |
| 442210 | FLOOR COVERING STORES | $8,441.59 | 2 |
| 541850 | OUTDOOR ADVERTISING | $6,894.48 | 2 |
| 337124 | METAL HOUSEHOLD FURNITURE MANUFACTURING | $6,272.64 | 1 |
| 336321 | VEHICULAR LIGHTING EQUIPMENT MANUFACTURING | $6,106.95 | 1 |
| 332111 | IRON AND STEEL FORGING | $5,864.00 | 1 |
| 424320 | MEN'S AND BOYS' CLOTHING AND FURNISHINGS MERCHANT WHOLESALERS | $5,773.35 | 1 |
| 624120 | SERVICES FOR THE ELDERLY AND PERSONS WITH DISABILITIES | $5,000.00 | 1 |
| 334416 | CAPACITOR, RESISTOR, COIL, TRANSFORMER, AND OTHER INDUCTOR MANUFACTURING | $4,308.00 | 1 |
| 333298 | ALL OTHER INDUSTRIAL MACHINERY MANUFACTURING | $1,935.68 | 2 |
| 321214 | TRUSS MANUFACTURING | $1,307.00 | 2 |
| 211112 | NATURAL GAS LIQUID EXTRACTION | $0.00 | 1 |
| 221118 | OTHER ELECTRIC POWER GENERATION | $0.00 | 1 |

US0050816

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 221330 | STEAM AND AIR-CONDITIONING SUPPLY | $0.00 | 1 |
| 322212 | FOLDING PAPERBOARD BOX MANUFACTURING | $0.00 | 1 |
| 325413 | IN-VITRO DIAGNOSTIC SUBSTANCE MANUFACTURING | $0.00 | 1 |
| 332439 | OTHER METAL CONTAINER MANUFACTURING | $0.00 | 1 |
| 332721 | PRECISION TURNED PRODUCT MANUFACTURING | $0.00 | 4 |
| 333319 | OTHER COMMERCIAL AND SERVICE INDUSTRY MACHINERY MANUFACTURING | $0.00 | 2 |
| 333912 | AIR AND GAS COMPRESSOR MANUFACTURING | $0.00 | 1 |
| 334513 | INSTRUMENTS AND RELATED PRODUCTS MANUFACTURING FOR MEASURING, DISPLAYING, AND CONTROLLING INDUSTRIAL PROCESS VARIABLES | $0.00 | 1 |
| 335912 | PRIMARY BATTERY MANUFACTURING | $0.00 | 1 |
| 336415 | GUIDED MISSILE AND SPACE VEHICLE PROPULSION UNIT AND PROPULSION UNIT PARTS MANUFACTURING | $0.00 | 1 |
| 423220 | HOME FURNISHING MERCHANT WHOLESALERS | $0.00 | 1 |
| 423420 | OFFICE EQUIPMENT MERCHANT WHOLESALERS | $0.00 | 1 |
| 423820 | FARM AND GARDEN MACHINERY AND EQUIPMENT MERCHANT WHOLESALERS | $0.00 | 1 |
| 424690 | OTHER CHEMICAL AND ALLIED PRODUCTS MERCHANT WHOLESALERS | $0.00 | 1 |
| 424990 | OTHER MISCELLANEOUS NONDURABLE GOODS MERCHANT WHOLESALERS | $0.00 | 1 |
| 453210 | OFFICE SUPPLIES AND STATIONERY STORES | $0.00 | 3 |
| 514210 | DATA PROCESSING SERVICES | $0.00 | 1 |
| 516110 | INTERNET PUBLISHING AND BROADCASTING | $0.00 | 1 |
| 518111 | INTERNET SERVICE PROVIDERS | $0.00 | 1 |
| 621610 | HOME HEALTH CARE SERVICES | $0.00 | 1 |
| 712120 | HISTORICAL SITES | $0.00 | 2 |
| 624110 | CHILD AND YOUTH SERVICES | -$0.01 | 1 |
| 532112 | PASSENGER CAR LEASING | -$1.00 | 2 |
| 311830 | TORTILLA MANUFACTURING | -$50.95 | 3 |
| 337125 | HOUSEHOLD FURNITURE (EXCEPT WOOD AND METAL) MANUFACTURING | -$93.00 | 8 |
| 332995 | OTHER ORDNANCE AND ACCESSORIES MANUFACTURING | -$204.98 | 2 |
| 337212 | CUSTOM ARCHITECTURAL WOODWORK AND MILLWORK MANUFACTURING | -$358.19 | 1 |
| 925110 | ADMINISTRATION OF HOUSING PROGRAMS | -$1,083.19 | 3 |
| 561510 | TRAVEL AGENCIES | -$1,746.87 | 2 |
| 923120 | ADMINISTRATION OF PUBLIC HEALTH PROGRAMS | -$4,000.00 | 1 |
| 511110 | NEWSPAPER PUBLISHERS | -$5,009.84 | 1 |
| 561312 | EXECUTIVE SEARCH SERVICES | -$18,000.00 | 1 |
| 713940 | FITNESS AND RECREATIONAL SPORTS CENTERS | -$23,733.80 | 8 |
| 711320 | PROMOTERS OF PERFORMING ARTS, SPORTS, AND SIMILAR EVENTS WITHOUT FACILITIES | -$26,301.40 | 1 |
| 423850 | SERVICE ESTABLISHMENT EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | -$28,227.36 | 5 |
| 327910 | ABRASIVE PRODUCT MANUFACTURING | -$35,053.50 | 1 |
| 333313 | OFFICE MACHINERY MANUFACTURING | -$36,853.75 | 1 |
| 423710 | HARDWARE MERCHANT WHOLESALERS | -$52,360.24 | 4 |
| 524130 | REINSURANCE CARRIERS | -$69,752.50 | 1 |

US0050817

| NAICS Code | NAICS Description | Action Obligation | Actions |
|---|---|---|---|
| 484230 | SPECIALIZED FREIGHT (EXCEPT USED GOODS) TRUCKING, LONG-DISTANCE | -$78,739.62 | 2 |
| 322220 | PAPER BAG AND COATED AND TREATED PAPER MANUFACTURIN | -$94,602.85 | 1 |
| 423490 | OTHER PROFESSIONAL EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | -$137,842.03 | 19 |
| 423420 | OFFICE EQUIPMENT MERCHANT WHOLESALERS | -$160,251.42 | 5 |
| 811211 | CONSUMER ELECTRONICS REPAIR AND MAINTENANCE | -$215,808.01 | 2 |
| 423410 | PHOTOGRAPHIC EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | -$237,471.92 | 8 |
| 531390 | OTHER ACTIVITIES RELATED TO REAL ESTATE | -$496,960.52 | 7 |
| 611620 | SPORTS AND RECREATION INSTRUCTION | -$566,423.26 | 9 |
| 811412 | APPLIANCE REPAIR AND MAINTENANCE | -$1,211,374.61 | 10 |
| 541191 | TITLE ABSTRACT AND SETTLEMENT OFFICES | -$2,679,626.09 | 10 |
| 336419 | OTHER GUIDED MISSILE AND SPACE VEHICLE PARTS AND AUXILIARY EQUIPMENT MANUFACTURING | -$3,655,016.11 | 2 |

Case 2:20-cv-00041-DCLC-CRW    Document 66-2    Filed 06/22/22    Page 16 of 28
PageID #: 2071

US0050818

# APPENDIX C

US0050912

US0050913

**APPENDIX C**
**FY 2016 2014 7(a) Loans to 8(a) Participants**

| Region 1 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| Maria Fallon Electrical Services, LLC | MA | BA | F | $ 25,000 |
| Taino Consulting Group, LLC | MA | BA | M | $ 500,000 |
| UNIC PRO, INC. | MA | HA | F | $ 150,000 |
| Absolute Resource Associates, LLC | NH | CA | F | $ 150,000 |
| GRANITE COMMERCIAL REAL ESTATE | NH | HA | F | $ 150,000 |
| Fairfax Data Systems, Inc. | CT | AP | M | $ 1,000,000 |

| Region 2 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| CALL ASSOCIATES, INC. | NY | AP | M | $ 350,000 |
| Right Price Companies Incorporated | NY | BA | F | $ 138,000 |
| TGW LANDSCAPING & CONTRACTING | NY | HA | M | $ 25,000 |
| US CEILING CORP | NY | BA | F | $ 350,000 |
| E R C MANUFACTURING INC | PR | HA | F | $ 119,000 |
| GENCO GENERAL CONTRACTORS OF PUERTO RICO CORP | PR | HA | U | $ 30,000 |
| Instalaciones Fulye's, Inc. | PR | HA | M | $ 15,000 |
| PENTAQ MANUFACTURING CORP. | PR | HA | M | $ 4,500,000 |

| Region 3 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| MOUNTAIN CONSULTING, INC. | DE | BA | F | $ 150,000 |
| FWG Solutions, Inc. | DC | BA | U | $ 250,000 |
| Innovative Element, L.L.C. | DC | BA | F | $ 150,000 |
| Agil3 Technology Solutions, LLC | MD | BA | F | $ 150,000 |
| AIR SERVICES, INC. | MD | HA | M | $ 15,000 |
| ALPHA OMEGA TECHNOLOGIES, INC. | MD | BA | M | $ 100,000 |
| Applied Development | MD | BA | F | $ 150,000 |
| Arch Systems LLC | MD | SA | F | $ 250,000 |
| Arsiem Corporation | MD | BA | M | $ 100,000 |
| ATI, Inc. | MD | SA | M | $ 490,000 |
| Boonerang Consulting, LLC | MD | BA | F | $ 150,000 |
| Civility Management Solutions LLC | MD | BA | F | $ 68,000 |
| Diamond Security, Inc. | MD | BA | M | $ 200,000 |
| EMI Advisors Llc | MD | HA | M | $ 55,000 |
| GOLDEN WOLF, LLC | MD | OT | F | $ 50,000 |
| Impyrian LLC | MD | BA | M | $ 50,000 |
| Muse Technologies, Inc. | MD | BA | F | $ 300,000 |
| SABREE, INC. | MD | BA | M | $ 500,000 |
| SAXON INFOTECH INC. | MD | SA | M | $ 635,000 |
| SRL Total Source LLC | MD | BA | M | $ 50,000 |
| WORLD WIDE CORP. | MD | BA | M | $ 350,000 |
| American Electronic Data Services, LLC | VA | BA | M | $ 20,000 |
| COMMERCIAL LYNKS INC. | VA | AP | M | $ 4,000,000 |
| GREEN TECHNOLOGY GROUP, LLC, THE | VA | BA | M | $ 250,000 |
| i10 INC | VA | AP | M | $ 25,000 |
| KRIAANET INC. | VA | SA | F | $ 150,000 |
| Organizational Development Resource Group, LLC | VA | BA | F | $ 25,000 |

| Region 3 Cont. | | | | | |
|---|---|---|---|---|---|
| Pistis LLC | VA | BA | M | $ | 110,000 |
| PrimCorp, LLC | VA | BA | M | $ | 100,000 |
| Sabrosa Foods Inc. | VA | BA | M | $ | 200,000 |
| TriPoint Solutions, LLC | VA | AP | M | $ | 250,000 |
| ZNERGIS LLC | VA | SA | F | $ | 4,300,000 |
| Cromedy Construction, Corporation | PA | BA | M | $ | 675,000 |
| East Hill Video Production Company, LLC | PA | BA | M | $ | 475,000 |
| TRI-STATE PLASTICS, INC. | PA | HA | M | $ | 1,635,600 |

| Region 4 | | | | |
|---|---|---|---|---|
| Firm Name | State | Ethnicity/Race | Gender | 7(a) Loans |
| Ethic Tech, LLC | AL | NA | M | $ 75,000 |
| RDT ENTERPRISES, L.L.C. | AL | NA | M | $ 925,000 |
| SLADE LAND USE, ENVIRONMENTAL, AND TRANSPORTATIO | AL | BA | F | $ 25,000 |
| CASTALIA SYSTEMS LLC | FL | AP | F | $ 350,000 |
| Chilcott Incorporated | FL | HA | M | $ 350,000 |
| INFOTECH SYSTEMS INC | FL | SA | M | $ 150,000 |
| LEBOLO CONSTRUCTION MANAGEMENT, INC. | FL | HA | M | $ 350,000 |
| MCKENZIE'S CLEANING INC. | FL | BA | F | $ 150,000 |
| Mejia International Group Corporation | FL | HA | F | $ 150,000 |
| NATURAL SYSTEMS ANALYSTS, INC. | FL | HA | M | $ 102,000 |
| ROLSTON INFORMATION SYSTEMS ASSURANCE, LLC | FL | HA | M | $ 275,000 |
| TOOTLE CONSTRUCTION,  LLC | FL | OT | F | $ 250,000 |
| A-ACTION JANITORIAL SERVICE, INC. | GA | BA | F | $ 145,000 |
| LEVEL 3 ASSOCIATES, LLC | GA | BA | M | $ 290,000 |
| VYD And Associates, LLC | GA | BA | F | $ 50,000 |
| Lecgi, Inc. | KY | AP | M | $ 150,000 |

| Region 5 | | | | |
|---|---|---|---|---|
| Firm Name | State | Ethnicity/Race | Gender | 7(a) Loans |
| ADVANCED ENVIRONMENTAL MANAGEMENT GROUP, LLC | MI | SA | M | $ 250,000 |
| ANOINTED HANDS CLEANING SERVICE LLC | MS | BA | F | $ 60,000 |
| Broadway Ventures, LLC | MS | OT | M | $ 25,000 |
| AGB INVESTIGATIVE SERVICES, INCORPORATED | IL | BA | M | $ 900,000 |
| Aqualagoon, Inc. | IL | SA | M | $ 25,000 |
| DSI ASSOCIATES, INCORPORATED | IL | OT | F | $ 150,000 |
| GALE CONSTRUCTION COMPANY OF ILLINOIS | IL | OT | F | $ 200,000 |
| MONTEL TECHNOLOGIES, LLC | IL | HA | M | $ 500,000 |
| Veya Incorporated | IL | BA | M | $ 100,000 |
| CORNERSTONE CONSTRUCTION GROUP LLC | IN | BA | M | $ 100,000 |
| GENTECH ASSOCIATES, INC. | IN | HA | M | $ 150,000 |
| PROFESSIONAL MANAGEMENT ENTERPRISES, INC | IN | BA | M | $ 500,000 |
| DEH ELECTRIC, LLC | OH | BA | M | $ 200,000 |
| Northstar Contracting, Inc. | OH | BA | M | $ 350,000 |

**APPENDIX C**
**FY 2016 2014 7(a) Loans to 8(a) Participants**

| Region 6 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| Integrated Logistical Support, Inc. | LA | BA | F | $ 300,000 |
| QUALITY FIRST CONSTRUCTION LLC | LA | AP | F | $ 2,000,000 |
| ROTAG INDUSTRIAL SERVICES, LLC | LA | BA | M | $ 150,000 |
| Nine Degrees Architecture & Design, Inc. | NM | OT | M | $ 25,000 |
| ADVANCED CONSTRUCTION SERVICES INC. | OK | OT | M | $ 800,000 |
| STRATOS REALTY Group LLC | OK | BA | F | $ 25,000 |
| WASTESOLUTIONS, LLC | OK | BA | M | $ 180,000 |
| CedarBridge Group LLC | OR | OT | F | $ 200,000 |
| 2M RESEARCH SERVICES LLC | TX | B | M | $ 740,000 |
| Ace Communications Ltd. Co. | TX | HA | M | $ 47,500 |
| Appddiction Studio LLC | TX | BA | M | $ 100,000 |
| ATVIROTECH INC. | TX | BA | M | $ 50,000 |
| De La Paz Cleaning & Rental Service LLC | TX | HA | M | $ 114,700 |
| DEPENDABLE HEATING & AIR CONDITIONING INC | TX | HA | M | $ 50,000 |
| ECO BRIGHT SOLUTIONS LLC | TX | HA | M | $ 47,600 |
| Genco Fabrication Inc | TX | HA | M | $ 225,000 |
| Geneco Technologies, LLC | TX | OT | F | $ 240,000 |
| H. R. BRUN & COMPANY, INC. | TX | HA | M | $ 150,000 |
| Incentiveamerica, Inc. | TX | BA | F | $ 100,000 |
| Integrated Defense Applications LLC | TX | BA | F | $ 1,114,000 |
| LEETEX GROUP LLC | TX | AP | M | $ 200,000 |
| MarFran Cleaning LLC | TX | BA | F | $ 50,000 |
| Medwheels, Inc | TX | HA | F | $ 275,000 |
| OZ Building Contractors, Inc | TX | BA | F | $ 300,000 |
| PRINCIPLE INFORMATION TECHNOLOGY COMPANY | TX | SA | M | $ 112,200 |
| STURM WELDING INC | TX | OT | F | $ 440,000 |
| SUNTECH MECHANICAL, INC. | TX | HA | F | $ 250,000 |
| The Chevalier Law Firm, PLLC dba Chevalier & Company | TX | BA | M | $ 250,000 |
| VICTOR GROUP, INC, THE | TX | HA | F | $ 225,000 |

| Region 8 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| Advance IT Network Solutions, LLC | CO | BA | M | $ 84,000 |
| Espinoza Cultural Services, LLC | CO | HA | F | $ 150,000 |
| MEDVED GLOBAL INC | CO | OT | F | $ 250,000 |
| DSB CONSTRUCTION, LLC | UT | AP | F | $ 493,000 |
| Perigee Consulting, L.L.C. | UT | HA | F | $ 505,700 |

| Region 9 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| ALLSTATE ENGINEERING | CA | AP | M | $ 1,893,000 |
| DREAMBUILDER | CA | OT | M | $ 552,000 |
| DT Professional Services LLC | CA | SA | M | $ 74,000 |
| J.A. Wouters, Inc. | CA | AP | U | $ 150,000 |
| JUNGLE NURSERY, INC., THE | CA | HA | M | $ 175,000 |
| L & S DEVELOPMENT, INC. | CA | HA | F | $ 25,000 |
| LifeLung, Inc. | CA | HA | F | $ 50,000 |

| | Region 9 Cont. | | | |
|---|---|---|---|---|
| LTD GLOBAL, LLC | CA | AP | F | $ 250,000 |
| M G S CONSTRUCTION | CA | HA | F | $ 250,000 |
| Mega Sign, Inc. | CA | AP | M | $ 79,000 |
| QPI PRO, INC. | CA | AP | M | $ 625,000 |
| S. CHAVES CONSTRUCTION, INC. | CA | HA | F | $ 500,000 |
| Servitek Solutions, Inc. | CA | AP | M | $ 678,100 |
| SILVERLINE CONSTRUCTION | CA | HA | M | $ 150,000 |
| Vincor Construction, INC. | CA | HA | M | $ 1,135,400 |
| XING INC. | CA | AP | M | $ 250,000 |
| Ascenso Development Group LLC | AZ | HA | M | $ 150,000 |
| Rae Construction LLC | AZ | OT | F | $ 100,000 |
| Dialersolutions, Inc. | NV | BA | M | $ 50,000 |
| My Next Career Path Staffing, LLC | NV | BA | M | $ 20,000 |
| E M B  ELECTRICAL INC | GU | AP | F | $ 150,000 |

| Region 10 | | | | |
|---|---|---|---|---|
| **Firm Name** | **State** | **Ethnicity/Race** | **Gender** | **7(a) Loans** |
| J Foster & Associates LLC | ID | OT | F | $ 35,000 |
| Anc Custodial Services, LLC | WA | BA | M | $ 164,400 |
| BLUE TRIDENT, LLC | WA | AP | M | $ 100,000 |
| Independent Strategic Management Solutions, Inc. | WA | AP | F | $ 100,000 |
| ROLLUDA ARCHITECTS INC | WA | AP | M | $ 200,000 |

# APPENDIX D

US0050918

US0050919

| Firm Name | State | Ethnicity/Race | Gender | 504 Loans |
|---|---|---|---|---|
| **Region 2** | | | | |
| ISS Action, Inc. | NY | OT | F | $ 1,740,000.00 |
| M & J Engineering, P.C. | NY | SA | M | $ 977,000.00 |
| | | | | |
| **Region 3** | | | | |
| ADVANCED CABLE CONNECTION, INC. | FL | HA | M | $ 413,000.00 |
| Blair Enterprises, Inc. | MD | BA | M | $ 166,000.00 |
| DISTINCTIVE HOME CARE, INC. | MD | BA | F | $ 273,000.00 |
| Athena Construction Group, Inc. | VA | OT | F | $ 857,000.00 |
| | | | | |
| **Region 5** | | | | |
| Alfredo's Iron Works Inc. | IL | HA | M | $ 340,000.00 |
| | | | | |
| **Region 6** | | | | |
| GROUNDHOG | NM | HA | M | $ 291,000.00 |
| | | | | |
| **Region 7** | | | | |
| D & S MANUFACTURING INC | KS | AP | M | $ 242,000.00 |
| | | | | |
| **Region 9** | | | | |
| Noreas, Inc. | CA | OT | M | $ 1,129,000.00 |
| PORTILLO CONCRETE, INC. | CA | HA | M | $ 182,000.00 |
| Power Pro Plus Inc. | CA | HA | M | $ 716,000.00 |
| GLR CONSTRUCTION, INC. | CA | HA | F | $ 215,000.00 |
| CREW CONTRACTING, INC., THE | CA | HA | M | $ 113,000.00 |
| SAVAGE LOGISTICS, LLC | WA | OT | F | $ 929,000.00 |
| Miller Electric Company Inc. | NV | HA | M | $ 252,000.00 |
| **Region 10** | | | | |
| NATIONAL NATIVE AMERICAN CONSTRUCTION, INC. | ID | NA | F | $ 397,000.00 |

US0050921

US0050922



**U.S. Small Business Administration**
**Office of Business Development**
**409 Third Street, S.W.**
**Washington, DC 20416**