# EXHIBIT 16



August 24, 2017

Gary Alexander
Business Opportunity Specialist
St Louis District Office
Saint Louis, MO 64106

Subject:  8(a) Sole Source Request for Prime Tech International

Dear Mr. Alexander:

In accordance with FAR 19.804-2, and AGAR Advisory 71C, the following is submitted for SBA approval:

The USDA, Natural Resources Conservation Service has a requirement for Administrative and Farm Bill Support Services for the USDA NRCS Missouri Statewide.  The Statement of Work for the support services is enclosed. NRCS proposes to set-aside this requirement for an award under the sole source 8(a) program, and to negotiate a Firm-Fixed-Price service contract from:

Prime Tech International, 1828 Swift, Ste 102, North Kansas City, MO 64116

1.  A description of the work to be performed.

The USDA NRCS Missouri State office is in the need to obtain administrative support required to properly and efficiently process Farm Bill (FB) Contracts and those administrative support items leading up to contract obligation and any administrative support items resulting from FB contract management during the life of the contract.

2.  The estimated period of performance (POP).

One year plus one option year

3.  The NAICS code that applies to the principal nature of the acquisition.

561110 - Office Administrative Services

4.  The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract.  The cost of the contract is estimated at $1,437,456.00, for the first year.

---

Helping People Help the Land.



USDA is an equal opportunity provider and employer.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           US0052943

5. Any special restrictions or geographical limitations on the requirement.

The performance of this work will be throughout the State of Missouri at the field offices requiring support

6. The location of the work to be performed:

USDA-NRCS Missouri Statewide

7. Any special capabilities or disciplines needed for contract performance.

- Addressed in the SOW

8. The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

The USDA NRCS will negotiate a Firm Fixed Price commercial services contract

9. The acquisition history, if any, of the requirement.

N/A

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

Elyon International, 1111 Main Street, Suite 610, Vancouver, WA 98660
Ultima Services, PO Box 1945, Greenville, TN 37744

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

Through direct contact to the Kansas City MO Small Business District, it was found that an 8(a) firm could potentially perform this work.

13. Bonding requirements, if applicable.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052944

NA

14.  Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

15.  Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

Kansas City District Office

16.  A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

N/A

17.  Any other information that the procuring activity deems relevant or which SBA requests.

N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Prime Tech International to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC within ten (10) working days of receipt of this correspondence.

My contact information is 787-370-0562 or oriel.velez@wdc.usda.gov.

Sincerely,

*Oriel Velez-Olivieri*

Oriel Vélez-Olivieri
Contracting Officer

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              US0052945


**United States Department of Agriculture**

Farm
Production
and
Conservation

Business
Center

654 Muñoz Rivera
Ave. Suite 604
Hato Rey PR 00918

787-370-0562

June 6, 2019

8(a) Sole Source Request for Accounting Legal Logistics Solutions

Gary Alexander
Business Opportunity Specialist
St Louis District Office
Saint Louis, MO 64106

Dear Mr. Alexander:

In accordance with FAR 19.804-2, and AGAR Advisory 71C, the following is submitted for SBA approval:

The USDA, Natural Resources Conservation Service has a requirement for Administrative Support Services for the USDA NRCS Nebraska State Office. The Statement of Work for the support services is enclosed. NRCS proposes to set-aside this requirement for an award under the sole source 8(a) program, and to negotiate a Firm-Fixed-Price service contract from:

Accounting Legal Logistics Solutions, 4005 McRee Avenue St Louis MO 63110-2425

1. A description of the work to be performed.

    The USDA NRCS Nebraska State Office is in the need to obtain administrative support services. The individuals will be assisting professional staff with the implementation and management of NRCS programs and operations.

2. The estimated period of performance (POP).

    5 year award - Base year plus four option years

3. The NAICS code that applies to the principal nature of the acquisition.

    561110 - Office Administrative Services

4. The anticipated dollar value of the requirement, including options, if any.

    USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at $456,038 for the first year.

USDA is an equal opportunity provider, employer, and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064735

5. Any special restrictions or geographical limitations on the requirement.

The performance of this work will be at the Nebraska NRCS Offices throughout the state.

6. The location of the work to be performed:

Nebraska USDA NRCS Offices throughout the state.

7. Any special capabilities or disciplines needed for contract performance.

      Addressed in the SOW

8. The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

      The USDA NRCS will negotiate a Firm Fixed Price commercial services contract

9. The acquisition history, if any, of the requirement.

      N/A

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

      Ultima Services, PO Box 1945, Greenville, TN 37744

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

The nominee is currently performing similar work at the USDA NRCS Missouri and Wisconsin Statewide. The vendor currently serves eleven states and could potentially provide for this service in Nebraska.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064736

13. Bonding requirements, if applicable.

    NA

14.  Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

15.  Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

Kansas City District Office

16.  A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

    N/A

17.  Any other information that the procuring activity deems relevant or which SBA requests.

    N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC within ten (10) working days of receipt of this correspondence.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064737

My contact information is 787-370-0562 or oriel.velez@usda.gov.

Sincerely,

ORIEL VELEZ
OLIVIERI

Digitally signed by ORIEL
VELEZ OLIVIERI
Date: 2019.06.06 15:19:47
-04'00'

Oriel Vélez-Olivieri
Contracting Officer

USDA is an equal opportunity provider, employer, and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064738



February 25, 2019

Sherri Komrosky
Business Opportunity Specialist
North Dakota District Office
**U.S. Small Business Administration**

Subject: 8(a) Sole Source Request for Accounting Legal Logistics Solutions

Dear Mr. Alexander:

In accordance with FAR 19.804-2, and AGAR Advisory 71C, the following is submitted for SBA approval:

The USDA, Natural Resources Conservation Service has a requirement for Administrative Support Services for the USDA NRCS Wisconsin State Office. The Statement of Work for the support services is enclosed. NRCS proposes to set-aside this requirement for an award under the sole source 8(a) program, and to negotiate a Firm-Fixed-Price service contract from:

Accounting Legal Logistics Solutions, 4005 McRee Avenue St Louis MO 63110-2425

1. A description of the work to be performed.

The USDA NRCS Wisconsin State Office is in the need to obtain administrative support services The individuals will be assisting professional staff with the implementation and management of NRCS programs and operations.

2. The estimated period of performance (POP).

5 year award - Base year plus four option years

3. The NAICS code that applies to the principal nature of the acquisition.

561110 - Office Administrative Services

4. The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at $361,025.00, for the first year.

---

Helping People Help the Land.



USDA is an equal opportunity provider and employer.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052940

5.  Any special restrictions or geographical limitations on the requirement.

The performance of this work will be at the Wisconsin State Office in Madison.

6.  The location of the work to be performed:

USDA NRCS Wisconsin State Office in Madison.

7.  Any special capabilities or disciplines needed for contract performance.

-   Addressed in the SOW

8.  The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

The USDA NRCS will negotiate a Firm Fixed Price commercial services contract

9. The acquisition history, if any, of the requirement.

N/A

10.  The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

Ultima Services, PO Box 1945, Greenville, TN 37744

11.  A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12.  Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

The nominee is currently performing similar work at the USDA NRCS Missouri Statewide. The vendor currently serves seven states and could potentially provide for this service in Wisconsin.

13. Bonding requirements, if applicable.

NA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052941

14.  Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

15.  Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

Kansas City District Office

16.  A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

N/A

17.  Any other information that the procuring activity deems relevant or which SBA requests.

N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Prime Tech International to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of ACCOUNTING LEGAL & LOGISTICS SOLUTIONS, INC within ten (10) working days of receipt of this correspondence.

My contact information is 787-370-0562 or oriel.velez@wdc.usda.gov.

Sincerely,


Oriel Vélez-Olivieri
Contracting Officer

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0052942



Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov

254 742-9923 (office) 254 742-9929 (fax)

September 21, 2018

U.S. Small Business Administration
Attn: Shuraie Mackin, Deputy District Director/8(a) Business Development
Washington Metropolitan Area District Office
409 3rd Street SW, 2nd Floor
Washington, DC 20146

Dear. Ms. Mackin:

Subject: **SOLE SOURCE 8(a) Offering Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 193804-2, for this acquisition.

The United States Department of Agriculture (USDA) Natural Resources Conservation Service (NRCS) has identified All-Pro Placement Service, Inc as an 8(a) firm located at 116 Old Padonia Road, Suite D, Cockeysville, MD 21030-4930, DUNS: 106901700, as a sole source candidate to provide Administrative Support for the United State Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) for 37 separate Service Centers/Field Offices, in the State of Mississippi. The Performance of Work Statement (PWS) is provided as an enclosure.

1. A description of the work to be performed. This is a new requirement for 37 program support specialists for Kentucky-NRCS. The contractor will assist agency staff with all aspects of Farm Bill program application and contract management for their assigned offices.

a. These includes:
- Program Support will provide **administrative and technical support** services for program contracting functions and perform administrative and technical support services for flow items associated with the contract process from application, to obligation, payment and closeout.
- Traveling to the field to assist local planners on an as needed basis to provide support to NRCS field employees. This support could include assisting with investigations and field surveys, etc.
- Provide documentation of fieldwork, analysis, findings, and determinations to the local planner for the purposes of technical reporting/planning.
- Document fieldwork, analysis, findings, and determinations for the purposes of technical reporting/planning.
- Assembling packets of information and uploading electronic files to decision makers for
- Mask or remove Personal Identifying Information (PII) - CCC-901, CCC-902, NRCS- CPA-1236, CCC-36, NRCS-CPA-1200, CCC-931, SF-1199a, FSA-211
- System for Award Management registration verification for all contracts with entity paperwork Process Protracts Preapproval Form obligations and payments

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0052929

- Assist Landowners/Operators with the filling out an application for Farm Bill Programs (i.e. EQIP), on an as needed basis, such as when all other employees are not in the office. Obtain all pertinent information such as a name, address and phone number so that a NRCS staff member can follow up upon their return.

**POSITION CLASSIFICATION.** Provide administrative and programmatic support field offices in the State of Mississippi.

| Position Class: | County(ies) | Estimated Labor Hrs Required | Amount of Contract Employees needed | Description of Needed Services |
|---|---|---|---|---|
| 01312 Secretary II | Numerous Counties throughout the State of Mississippi | 2000 (per contract employee) | 37 positions | Farm Bill/Admin Support throughout various counties in the State of Mississippi |

2. Any special capabilities or disciplines needed for contract performance. The contractor shall provide employees to perform services who meet the following qualifications:

- possess valid state issued driving license;
- proficient in word processing;
- knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
- able to use e-mail and internet browsers;
- knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanners, and copy machines;
- knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing;
- skillful in working with the public;
- capable of working independently; and
- possess basic telephone skills.

3. The period of performance will be for 1 Base Year and 1 Option Year, (Contract will need to be awarded prior to September 27, 2018).

**REQUIRED TIMELINE.** (Approximately)

Base Year: December 1, 2018 – November 30, 2019,
Option Year 1: December 1, 2019 – November 30, 2020

4. The NAICS code that is applicable to this acquisition is 561110 (Office Administrative Services), with a size standard of $7.0 Million.

5. USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at $3,000,000.70 for 24 months.

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052930

**PERFORMANCE PERIOD.** (IGCE)

37 01312 Secretary Positions   $2,989,920.05 (37 x 80,808.65)
Travel (per employee)   $10,080.65 (37 x $272.45)

**Note:** Includes Estimated Miscellaneous Travel/Training cost: (per employee)
a. Travel.   $275.45 @37

SAMPLE IGCE:

| Base Hourly Rate per SCLS Wage Determination | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|
| $14.96 | Montgomery, | $0.00 | $0.94 | $4.25 | $0.47 | $20.52 | $41,040.00 |
| $17.61 | Tippah | $0.00 | $0.94 | $4.25 | $0.47 | $23.27 | $46,540.00 |
| $14.05 | Pontotoc | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |
| $14.05 | Lee | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |
| $16.56 | Tate | $0.00 | $0.94 | $4.25 | $0.47 | $22.22 | $44,440.00 |
| $15.73 | Calhoun | $0.00 | $0.94 | $4.25 | $0.47 | $21.39 | $42,780.00 |
| $14.05 | Clay | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |

6. The contractor employees will be required to work in multiple USDA NRCS Service Centers and Field Offices, within the State of Mississippi.

7. This service is currently on a contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-C-17-0014 National Administrative Support Services Region I. This Task Order currently had an end date of October 1, 2018, but has been extended through December 31, 2018 (IAW with a Burn Rate Determination conducted of remaining funds left in the Task Order).

Vendor:   Task Order. AG-2B46-D-17-0099
Ultima Services Corporation, IDIQ AG-SPEC-C-17-0014, Region II
PO Box 1945
Greeneville, TN 37744
Small Business, Woman_Owned
Task Order Award Amount: $1,762,940.88

**NOTE:** The IDIQ contract AG-SPEC-C-17-0014 with Ultima Services has reached its contract ceiling and no additional funds can be obligated against this contract.

8. No bonding requirements exist.

9. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052931

10. Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of All-Pro Placement Service, Inc to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that All-Pro Placement Service, Inc as an 8(a) firm located at 116 Old Padonia Road, Suite D, Cockeysville, MD 21030-4930, currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of All-Pro Placement, Inc Service within five (5) working days of receipt of this correspondence.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@wdc.usda.gov.

Sincerely,

DANNY C. MANDELL
Contracting Officer
TEAM 1 Northwest Region
CONTRACTING SERVICES BRANCH
ACQUISITIONS, GRANTS & AGREEMENTS DIVISION
Natural Resources Conservation Service (NRCS)
U.S. Department of Agriculture (USDA)

Enclosure:     Attachment 1 Statement of Work (SOW);

4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0052932



Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov                                           254 742-9923 (office) 254 742-9929 (fax)
September 25, 2018

All_Pro Placement Services Inc
Attn: Jennifer Quinn
116 Old Padonia Rd Ste D
Cockeysville, MD 21030-4930

Dear. Mrs. Quinn:

Subject:  **SOLE SOURCE 8(a) Proposal Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 193804-2, for this acquisition.

1. USDA NRCS Team 1, Contract Service Branch (CSB), is looking to procure services requirement for 37 program support specialists for the United State Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) for 37 separate Service Centers/Field Offices, in the State of Mississippi. The Performance of Work Statement (PWS) is provided as an enclosure.

1. A description of the work to be performed. This is a new requirement for 37 program support specialists for Mississippi-NRCS. The contractor will assist agency staff with all aspects of Farm Bill program application and contract management for their assigned offices.

a. These includes:
- Program Support will provide **administrative and technical support** services for program contracting functions and perform administrative and technical support services for flow items associated with the contract process from application, to obligation, payment and closeout.
- Traveling to the field to assist local planners on an as needed basis to provide support to NRCS field employees. This support could include assisting with investigations and field surveys, etc.
- Provide documentation of fieldwork, analysis, findings, and determinations to the local planner for the purposes of technical reporting/planning.
- Document fieldwork, analysis, findings, and determinations for the purposes of technical reporting/planning.
- Assembling packets of information and uploading electronic files to decision makers for
- Mask or remove Personal Identifying Information (PII) - CCC-901, CCC-902, NRCS- CPA-1236, CCC-36, NRCS-CPA-1200, CCC-931, SF-1199a, FSA-211
- System for Award Management registration verification for all contracts with entity paperwork Process Protracts Preapproval Form obligations and payments
- Assist Landowners/Operators with the filling out an application for Farm Bill Programs (i.e. EQIP), on an as needed basis, such as when all other employees are not in the office. Obtain all pertinent information such as a name, address and phone number so that a NRCS staff member can follow up upon their return.

1

**POSITION CLASSIFICATION.** Provide administrative and programmatic support field offices in the State of Mississippi.

| Position Class: | County(ies) | Estimated Labor Hrs Required | Amount of Contract Employees needed | Description of Needed Services |
|---|---|---|---|---|
| 01312 Secretary II | Numerous Counties throughout the State of Mississippi | 2000 (per contract employee) | 37 positions | Farm Bill/Admin Support throughout various counties in the State of Mississippi |

2. The period of performance will be from the date of award through one (1) calendar year, (approximately award date, prior to September 27, 2018) with 1 option year period consisting of one (1) calendar year.

      **REQUIRED TIMELINE.**

         Base Year:         October 1, 2018 – September 30, 2019
         Option Year 1:      October 1, 2019 – September 30, 2020

3. The NAICS code that is applicable to this acquisition is 561110 (Office Administrative Services), with a size standard of $7.0 Million.

4. Base Hourly Rate per SCLS Wage Determination per Counties, please use the table below, to submit your proposal.

| Base Hourly Rate per SCLS Wage Determination | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Note:** We will be including <u>estimated</u> Miscellaneous Travel/Training cost to the contract (per year). This will be a separate Line Item in the contract. DO NOT include this in your proposal.
         a. Travel.     $275.45 per employee

5. The contractor employees will be required to work in multiple USDA NRCS Service Centers and Field Offices, within the State of Mississippi.

6. This service is currently on a contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-17-0013 National Administrative Support Services Region I. This Task Order currently had an

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0052925

end date of October 1, 2018, but has been extended through December 31, 2018 (IAW with a Burn Rate Determination conducted of remaining funds left in the contract).

Vendor:      Task Order. AG-2B46-D-17-0099
Ultima Services Corporation, IDIQ AG-SPEC-17-00013, Region I
PO Box 1945
Greeneville, TN 37744
Small Business, Woman_Owned

**NOTE:** The IDIQ contract AG-SPEC-C-17-0013 with Ultima Services has reached its contract ceiling and no additional funds can be obligated against this contract.

7. A firm-fixed price contract is anticipated.

8. No bonding requirements exist.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@wdc.usda.gov.

Sincerely,



DANNY G. MANDELL
Contracting Officer
TEAM 1 Northwest Region
CONTRACTING SERVICES BRANCH
ACQUISITIONS, GRANTS & AGREEMENTS DIVISION
Natural Resources Conservation Service (NRCS)
U.S. Department of Agriculture (USDA)


Enclosure:     a. Performance Work Statement (PWS);
             b. Spreadsheet of Services/Field Offices Location/Counties

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052926

**United States Department of Agriculture**

 NRCS

Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov
254 742-9923 (office) 254 742-9929 (fax)
September 6, 2018

U.S. Small Business Administration
Attn: Uneeda J. Collins 8(a) Business Development
Georgia District Office
233 Peachtree Street, NE Suite 300
Atlanta, GA 30303

Dear. Ms. Collins:

Subject: **SOLE SOURCE 8(a) Offering Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 193804-2, for this acquisition.

1. USDA NRCS Team 1, Contract Service Branch (CSB), is looking to procure services of a contract employee to provide administrative assistance to four (4) United State Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) Service Centers/Field Offices, in the State of Mississippi. The Performance of Work Statement (PWS) is provided as an enclosure.

> **POSITION CLASSIFICATION.** Provide administrative and programmatic support field offices in the State of Virginia.

| Position Class: | County(ies) | Estimated Labor Hrs Required | Amount of Contract Employees needed | Description of Needed Services |
|---|---|---|---|---|
| 01312 Secretary II | Numerous Counties throughout the State of Mississippi | 2000 (per contract employee) | 37 positions | Farm Bill/Admin Support throughout various counties in the State of Mississippi |

2. The period of performance will be from the date of award through two (2) calendar year, (approximately award date, prior to October 1, 2018).

> **REQUIRED TIMELINE.**

> October 1, 2018 – September 30, 2020 (2 calendar years)

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0063188

3. The NAICS code that is applicable to this acquisition is 561320, with a size standard of $25.5million.

4. The total estimated dollar values for this is $3,000,000.70, outlined as follows:

**PERFORMANCE PERIOD.** (IGCE)

37 01312 Secretary Positions  $2,989,920.05 (37 x 80,808.65)
Travel (per employee)        $10,080.65 (37 x $272.45)

**Note:** Includes Estimated Miscellaneous Travel/Training cost: (per employee)
a. Travel.  $275.45 @37

SAMPLE IGCE:

| Base Hourly Rate per SCLS Wage Determination | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|
| $14.96 | Montgomery, | $0.00 | $0.94 | $4.25 | $0.47 | $20.52 | $41,040.00 |
| $17.61 | Tippah | $0.00 | $0.94 | $4.25 | $0.47 | $23.27 | $46,540.00 |
| $14.05 | Pontotoc | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |
| $14.05 | Lee | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |
| $16.56 | Tate | $0.00 | $0.94 | $4.25 | $0.47 | $22.22 | $44,440.00 |
| $15.73 | Calhoun | $0.00 | $0.94 | $4.25 | $0.47 | $21.39 | $42,780.00 |
| $14.05 | Clay | $0.00 | $0.94 | $4.25 | $0.47 | $19.71 | $39,420.00 |

5. The contractor employees will be required to work in USDA NRCS Service Centers and Field Offices, within the State of Mississippi.

6. The selected firm is deemed to be capable of providing the services described in the enclosed Statement of Work.

7. A firm-fixed price contract is anticipated.

8. This service is currently on a contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-C-17-00014 National Administrative Support Services Region II. Note. This Task Order currently has an ending date of October 1, 2018, which will be mostly likely be extended 2 calendar months.

Vendor:          Task Order: AG-2B46-D-17-0099
                 Ultima Services Corporation,
                 PO Box 1945
                 Greeneville, TN 37744
                 Small Business, Woman_Owned

9. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063189

10. The recommended 8(a) contractor is Ausdanbrook Properties, Inc, DUNS: 179161653, SAM Registration Expiration Date: August 10, 2019, No Active Exclusion

11. No bonding requirements exist.

12. No SBA District or Regional offices have asked for this acquisition under the 8(a) program.

13. NRCS is not requesting that this be issued competitively.

14. It is recommend that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. The contracting office will move forward with the awarding of a contract. A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@wdc.usda.gov.

Sincerely,

DANNY MANDELL  Digitally signed by DANNY MANDELL
Date: 2018.09.06 14:16:38 -05'00'

DANNY G. MANDELL
Contracting Officer
TEAM 1 Northwest Region
CONTRACTING SERVICES BRANCH
ACQUISITIONS, GRANTS & AGREEMENTS DIVISION
Natural Resources Conservation Service (NRCS)
U.S. Department of Agriculture (USDA)

Enclosure:        a. Performance Work Statement (PWS);

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                        US0063190



September 10, 2018

U.S. Small Business Administration, Alaska District Office
Christie VandenDries
Business Opportunity Specialist
420 L Street, Suite 300, Anchorage, AK 99501-1971
(907) 271-3313 (phone)
Alaska8a@sba.gov
http://www.sba.gov/ak


Subject:  8(a) Sole Source Request for Chenega Professional & Technical Services, LLC

Dear Ms. VandenDries:

The United States Department of Agriculture (USDA) Natural Resources Conservation Service (NRCS) has identified Chenega Professional & Technical Services, LLC , as an 8(a) firm located at 609 Independence Parkway, Suite 210, Chesapeake, VA 23320 as a sole source candidate to provide Administrative Support for the USDA NRCS Kentucky State Office and the Hopkinsville, Kentucky Service Centers.

1.  A description of the work to be performed.  This is a new requirement for two program support specialists for Kentucky-NRCS.
  The contractor will assist agency staff with all aspects of Farm Bill program application and contract management for their assigned offices.  This includes:

- Assisting agency staff with program documentation such as processing documents and correspondence, checking documents for accuracy and completeness, gathering information, reconciling payment documents, recording data, establishing and maintaining files, transmitting information, and performing other related tasks.
- Utilizing a variety of computer hardware and custom software applications such as ProTracts, NEST, FMMI, Customer Service Toolkit, FA Tracker, Conservation Client Gateway, Conservation Desktop, and/or other agency developed tools to extract information needed to develop reports related to scheduling, program tracking, fund management, or other similar topics.
- Providing a variety of information to program applicants and participants such as specific program and eligibility requirements and guidance on completion of required program applications, adjusted gross income (AGI), and system for award management (SAM), and other required documents.
- Assisting customers with registering for and using Conservation Client Gateway to conduct business with NRCS.
- Reviewing applications, contracts, and payment requests for Farm Bill programs to ensure required information and forms are present and gathering missing items to create complete information packages.
- Monitoring and tracking critical dates and timelines with regard to implementation of Farm Bill


Case 2:20-cv-00041-DCLC-CRW      Document 66-3      Filed 06/22/22      Page 22 of 47
PageID #: 2105
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064763

program contracts and preparing letters and other notifications related to contract management activities.
- Identifying potential problems and notifying the appropriate NRCS staff member so that action can be taken.

2. The estimated period of performance (POP).

The requirement is for a 24 (24) month period per position.

3. The NAICS code that applies to the principal nature of the acquisition.

**561110** - Office Administrative Services

4. The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at $184,081.92 for 24 months.

5. Any special restrictions or geographical limitations on the requirement.
The performance of this work will be throughout the Kentucky State at the service centers requiring support.

6. The location of the work to be performed:
   Accomplishment of the results contained in this PWS requires work primarily at NRCS field, area, and state office locations within Kentucky. Primary office locations are:

   Kentucky State Office: 771 Corporate Drive, STE 300, Lexington, KY 40503
   Hopkinsville Service Center: 3237 Eagle Way, Hopkinsville, KY 42240

   Secondary work locations for the Christian County (Hopkinsville) position include:
   Marion Program Delivery Point: 118 E Bellville Street, 42064
   Madisonville Service Center: 1195 National Mine Road, Madisonville, KY 42431
   Cadiz Program Delivery Point: 193 Commerce Street, STE A, Cadiz, KY 42211
   Eddyville Program Delivery Point: 650 Trade Avenue, Eddyville, KY 42038
   Princeton Service Center: 501 Park Way Drive, Princeton, KY 42445
   Salem Service Center: 2027 US 60 East, Suite A, Salem, KY 42078

7. Any special capabilities or disciplines needed for contract performance.

The incumbents for the positions will be required to have:
- High School diploma;
- Proficiency in Microsoft Outlook, Word, Excel, PowerPoint, and Adobe Acrobat;
- Ability to communicate clearly and succinctly both orally and in writing;
- Ability to learn and utilize agency specific software and web-based applications;
- Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing;
- Ability to develop and maintain tracking spreadsheets;
- Ability to review documents for accuracy and identify errors and/or missing information;

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064764

- Possess a valid state driver's license;
- Skillful in working with the general public;
- Capable of working independently;

8. The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

The USDA NRCS will negotiate a Firm Fixed Price commercial services contract.

9. The acquisition history, if any, of the requirement.

A task order AG-2B46-D-17-0120 was placed against Indefinite Delivery Indefinite Quantity Contract AG-SPEC-C-17-0014 for 6 positions for a period of 36 months for $863,016.32 on 9/07/2017. The IDIQ contract AG-SPEC-C-17-0014 with Ultima Services has reached its contract ceiling and no additional funds can be obligated against this contract.

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

   Ultima Services, PO Box 1945, Greenville, TN 37744

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

The Participant submitted a capabilities statement by email to NRCS-Contracting Services Branch that provided notification that an 8(a) firm could potentially perform this work. Vendor replied by email to ensure that they could fulfill this requirement.

13. Bonding requirements, if applicable.

NA

14. Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064765

15. Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

NA

16. A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

N/A

17. Any other information that the procuring activity deems relevant or which SBA requests.

N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Chenega Professional & Technical Services, LLC to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that Chenega Professional & Technical Services, LLC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of Chenega Professional & Technical Services, LLC within five (5) working days of receipt of this correspondence.

My contact information is 615-277-2543 or Nancy.harris@wdc.usda.gov.

Sincerely,



NANCY W. HARRIS
Contracting Officer

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064766



Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov                                                    254 742-9923 (office) 254 742-9929 (fax)

July 12, 2019

U.S. Small Business Administration
Attn: Nancy Porzio / District Director
Alaska District Office
420 L Street Suite 300
Anchorage, AK 99501

Dear. Mrs. Porzio:

Subject: **SOLE SOURCE 8(a) Offer Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 19.8
Contracting with the Small Business Administration (The 8(a) Program), for this acquisition.

1. USDA Farm Production and Conservation (FPAC) Section 1, is looking to procure services for
contract employee(s) to provide administrative and support services to support the Tennessee
USDA NRCS State Office and its field and area offices throughout the state. The Performance of
Work Statement (PWS) is provided as an enclosure. (See Position Classification Matrix)

2. The period of performance will be from the date of award through Base Year (2) calendar
years/24 calendar months, (approximately award date, September 2019) with 1 option year period
consisting of twelve (12) calendar months.

       **REQUIRED TIMELINE.**

                Base Year (24 calendar months)       October 2019 – September 2021
                Option Year 1 (12 calendar months):   October 2021 – September 2022

3. The NAICS code that is applicable to this acquisition is 561320 with a size standard of $27.5
million.

4. The total estimated dollar values for this is $2,380,277.44 (Base Year (24 calendar months))
$1,520,849.80 (Option Year 1 (12 calendar months)) outlined as follows:

       **PERFORMANCE PERIOD.** (IGCE)

| | |
|---|---|
| Base Year Period (10/2019 - 09/2020): | $928,129.44 |
| Travel: | $15,000.00 |
| Base Year Period (10/2020 - 09/2021): | $1,422,148.00 |
| Travel: | $15,000.00 |
| Option Year 1 (10/21 – 09/2022): | $1,505,849.80 |
| Travel: | $15,000.00 |

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063631

**TOTAL:** $3,901,127.24

5. The selected firm is deemed to be capable of providing the services described in the enclosed Performance of Work.

6. A firm-fixed price contract is anticipated.

7. This is a new requirement.

8. This service was previously contracted (Task Orders AG-2B46-D-17-0015) under the USDA NRCS National IDIQ AG-SPEC-C-17-0014 National Administrative Support Services Region II. Note. This IDIQ is expired.

> Vendor:     Ultima Services Corporation,
>             PO Box 1945
>             Greeneville, TN 37744
>             Small Business, Woman_Owned

9. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

10. The recommended 8(a) contractor is Chenega Enterprise Systems & Solutions, LLC DUNS: 080545386, SAM Registration Expiration Date: 03/10/2020, No Active Exclusion Records.

11. No bonding requirements exist.

12. No SBA District or Regional offices have asked for this acquisition under the 8(a) programs.

13. FPAC and NRCS is not requesting that this be issued competitively.

14. It is recommended that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. Upon SBA Acceptance, the Contracting Officer will solicit a quotation, conduct negotiations, if required, and make award direct to the 8(a) firm. A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@usda.gov.

Sincerely,

DANNY MANDELL
Digitally signed by DANNY
MANDELL
Date: 2019.08.12 14:53:37 -05'00'

DANNY G. MANDELL
Contracting Officer

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          US0063632

SECTION 1 Northwest Region
FARM PRODUCTION and CONSERVATION (FPAC)
ACQUISITION DIVISION
U.S. Department of Agriculture (USDA)

Enclosure:      a. Performance Work Statement (PWS);
                 b. Quality Assurance Surveillance Plan (QASP):
                 c. Service Contract Labor Standards (SCLS) can be found at www.beta.SAM.gov.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           US0063633

**POSITION CLASSIFICATION.** Provide administrative, programmatic support for the field and area offices throughout the state of Tennessee, USDA NRCS.

| Posn Class: | County(ies) | Estimated Labor Hrs Required | Qty | Staff | Description of Needed Services |
|---|---|---|---|---|---|
| BASE YEAR (October 1. 2019 – September 30, 2020) | | | | | |
| Engineer Technician | Davidson | 1820 | 1 | New | Assist State Engineer Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Soil/SRC Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Mgt & Strategy Office |
| 01113 General Clerk III | Obion | 1820 | 1 | New | Assist Area 1 Union City – PSS |
| 01113 General Clerk III | Hardin | 1820 | 1 | New | Assist Area 1 Savannah - PSS |
| 01113 General Clerk III | Rutherford | 1820 | 1 | New | Assist Area 2 Murfreesboro – Admin |
| 01113 General Clerk III | Knox | 1820 | 1 | New | Assist Area 4 Knoxville – Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State PAS |
| 01113 General Clerk III | Haywood | 1036 | 1 | Incumbent | Assist Area 1 Brownsville - PSS |
| 01113 General Clerk III | Greene | 1036 | 1 | Incumbent | Assist Area 4 Greenville – PSS |
| 01113 General Clerk III | Putnam | 1036 | 1 | Incumbent | Assist Area 3 Cookeville – Admin |
| 01113 General Clerk III | Putnam | 1036 | 0 | 0 | 0 |
| 01113 General Clerk III | Lincoln | 1036 | 1 | Incumbent | Assist Area 1 Fayetteville – PSS |
| 01113 General Clerk III | Madison | 1036 | 1 | Incumbent | Assist Area 1 Jackson - PSS |
| 01113 General Clerk III | Madison | 1036 | 1 | Incumbent | Assist Area 1 Jackson – Admin |
| 01113 General Clerk III | Knox | 1036 | 1 | Incumbent | Assist 4 – Knoxville - PSS |
| 01113 General Clerk III | Rutherford | 1036 | 1 | Incumbent | Assist Area 2 Murfreesboro - Admin |
| 01113 General Clerk III | Davidson | 1036 | 1 | Incumbent | Assist State M&S Office Nashville – Security |
| 01113 General Clerk III | Davidson | 1036 | 1 | Incumbent | Assist State M&S Office – Nashville – HR |
| 01113 General Clerk III | Davidson | 1036 | 1 | Incumbent | Assist State Engr Office – Nashville – Admin |
| 01113 General Clerk III | Davidson | 1036 | 1 | Incumbent | Assist State Soils Office – Nashville – Admin |
| 01113 General Clerk III | Bledsoe | 1036 | 1 | Incumbent | Assist Area 3 Pikeville – PSS |
| 01113 General Clerk III | Shelby | 1036 | 1 | Incumbent | Assist Area 1 – Memphis – PSS |
| 01113 General Clerk III | Robertson | 1036 | 1 | Incumbent | Assist Area 2 Springfield – PSS |
| 01113 General Clerk III | Claiborne | 1036 | 1 | Incumbent | Assist Area 4 Tazewell - PSS |
| | Total Hours: | 31,136 | | | |
| BASE YEAR (October 1, 2020 – September 30, 2021) | | | | | |
| 30084 Engineer Technician | Davidson | 1820 | 1 | New | Assist State Engineer Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Soil/SRC Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Mgt & Strategy Office |
| 01113 General Clerk III | Obion | 1820 | 1 | New | Assist Area 1 Union City – PSS |
| 01113 General Clerk III | Hardin | 1820 | 1 | New | Assist Area 1 Savannah - PSS |

4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063634

| 01113 General Clerk III | Rutherford | 1820 | 1 | New | Assist Area 2 Murfreesboro – Admin |
|---|---|---|---|---|---|
| 01113 General Clerk III | Knox | 1820 | 1 | New | Assist Area 4 Knoxville – Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State PAS |
| 01113 General Clerk III | Haywood | 1820 | 1 | Incumbent | Assist Area 1 Brownsville - PSS |
| 01113 General Clerk III | Greene | 1820 | 1 | Incumbent | Assist Area 4 Greenville – PSS |
| 01113 General Clerk III | Putnam | 1820 | 1 | Incumbent | Assist Area 3 Cookeville – Admin |
| 01113 General Clerk III | Putnam | 1820 | 1 | Incumbent | Assist Area 3 Cookeville  – PSS |
| 01113 General Clerk III | Madison | 1820 | 1 | Incumbent | Assist Area 1 Jackson - PSS |
| 01113 General Clerk III | Madison | 1820 | 1 | Incumbent | Assist Area 1 Jackson – Admin |
| 01113 General Clerk III | Knox | 1820 | 1 | Incumbent | Assist 4 – Knoxville - PSS |
| 01113 General Clerk III | Rutherford | 1820 | 1 | Incumbent | Assist Area 2 Murfreesboro - Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State M&S Office Nashville – Security |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State M&S Office – Nashville – HR |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State Engr Office – Nashville – Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State Soils Office – Nashville – Admin |
| 01113 General Clerk III | Bledsoe | 1820 | 1 | Incumbent | Assist Area 3 Pikeville – PSS |
| 01113 General Clerk III | Shelby | 1820 | 1 | Incumbent | Assist Area 1 – Memphis – PSS |
| 01113 General Clerk III | Robertson | 1820 | 1 | Incumbent | Assist Area 2 Springfield – PSS |
| 01113 General Clerk III | Claiborne | 1820 | 1 | Incumbent | Assist Area 4 Tazewell - PSS |
| | Total Hours: | 45,500 | | | |
| **OPTION YEAR 1** (October 1, 2021 – September 30, 2022) | | | | | |
| 30084 Engineer Technician | Davidson | 1820 | 1 | New | Assist State Engineer Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Soil/SRC Office |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State Mgt & Strategy Office |
| 01113 General Clerk III | Obion | 1820 | 1 | New | Assist Area 1 Union City – PSS |
| 01113 General Clerk III | Hardin | 1820 | 1 | New | Assist Area 1 Savannah - PSS |
| 01113 General Clerk III | Rutherford | 1820 | 1 | New | Assist Area 2 Murfreesboro – Admin |
| 01113 General Clerk III | Knox | 1820 | 1 | New | Assist Area 4 Knoxville – Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | New | Assist State PAS |
| 01113 General Clerk III | Haywood | 1820 | 1 | Incumbent | Assist Area 1 Brownsville - PSS |
| 01113 General Clerk III | Greene | 1820 | 1 | Incumbent | Assist Area 4 Greenville – PSS |
| 01113 General Clerk III | Putnam | 1820 | 1 | Incumbent | Assist Area 3 Cookeville – Admin |
| 01113 General Clerk III | Putnam | 1820 | 1 | Incumbent | Assist Area 3 Cookeville – Admin |
| 01113 General Clerk III | Lincoln | 1820 | 1 | Incumbent | Assist Area 1 Fayetteville – PSS |
| 01113 General Clerk III | Madison | 1820 | 1 | Incumbent | Assist Area 1 Jackson - PSS |
| 01113 General Clerk III | Madison | 1820 | 1 | Incumbent | Assist Area 1 Jackson – Admin |
| 01113 General Clerk III | Knox | 1820 | 1 | Incumbent | Assist 4 – Knoxville - PSS |
| 01113 General Clerk III | Rutherford | 1820 | 1 | Incumbent | Assist Area 2 Murfreesboro - Admin |

5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          US0063635

| | | | | | |
|---|---|---|---|---|---|
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State M&S Office Nashville – Security |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State M&S Office – Nashville – HR |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State Engr Office – Nashville – Admin |
| 01113 General Clerk III | Davidson | 1820 | 1 | Incumbent | Assist State Soils Office – Nashville – Admin |
| 01113 General Clerk III | Bledsoe | 1820 | 1 | Incumbent | Assist Area 3 Pikeville – PSS |
| 01113 General Clerk III | Shelby | 1820 | 1 | Incumbent | Assist Area 1 – Memphis – PSS |
| 01113 General Clerk III | Robertson | 1820 | 1 | Incumbent | Assist Area 2 Springfield – PSS |
| 01113 General Clerk III | Claiborne | 1820 | 1 | Incumbent | Assist Area 4 Tazewell - PSS |
| | Total Hours: | 45,500 | | | |

6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063636



August 31, 2018

U.S. Small Business Administration, Alaska District Office
Christie VandenDries
Business Opportunity Specialist
420 L Street, Suite 300, Anchorage, AK 99501-1971
(907) 271-3313 (phone)
Alaska8a@sba.gov
http://www.sba.gov/ak


Subject:  8(a) Sole Source Request for Chenega Professional & Technical Services, LLC
           DUNS: 079289520

Dear Ms. VandenDries:

The United States Department of Agriculture (USDA) Natural Resources Conservation Service (NRCS) has identified Chenega Professional & Technical Services, LLC , as an 8(a) firm located at 609 Independence Parkway, Suite 210, Chesapeake, VA 23320 as a sole source candidate to provide Administrative Support for the USDA NRCS West Virginia Service Centers.

1.  A description of the work to be performed.
The Contractors shall support the West Virginia NRCS by providing miscellaneous administrative services in the following areas:

- Assisting the District Conservationist and other staff with activities that support NRCS financial assistance programs through the Farm Bill.
- Examining Farm Bill contract files to confirm that each document is complete and bringing up to date where information is lacking; entering contract data and electronic copies of documents into agency-specific software programs, such as Document Management System (DMS) through a variety of methods including data entry and scanning. Files will be organized according to NRCS policy.
- Bringing agreement and other files up-to-date and maintaining documents in case files and agency specific electronic files.
- Assisting with documents and correspondence related to contract administration, including contract implementation, status reviews, contract modifications, and potential cancellations or terminations.
- Assisting with gathering documents related to data calls and financial and programmatic audits.
- Preparing reports based on requests for statistical or informative material regarding NRCS programs, obtaining information from tracking software, files, and through knowledge of technical staff.
- Assisting with general clerical and logistical items in the office as needed.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063562

2.  The estimated period of performance (POP).

The requirement is for a twelve (12) month period, with two (2) twelve-month options per position.

3.  The NAICS code that applies to the principal nature of the acquisition.

**561110** - Office Administrative Services

4.  The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract.  The cost of the contract is estimated at $617,600.00, including options.

5.  Any special restrictions or geographical limitations on the requirement.
The performance of this work will be throughout the West Virginia State at the service centers requiring support.

6.  The location of the work to be performed:

| | |
|---|---|
| Martinsburg Service Center, 151 Aikens Center, Suite 1, Martinsburg, WV 25404 | Lewisburg Service Center, 179 Northridge Dr, Lewisburg, WV 24901 (or Buckeye or Union Service Centers*) |
| Moorefield Service Center, 223 North Main St, Moorefield, WV 26836 | Parkersburg Service Center, 91 Boyles Ln, Parkersburg, WV 26104 (or Ripley Service Center*) |
| McMechen Service Center, 1 Ball Park Dr, McMechen, WV 26040 | Beckley Area Office, 465 Ragland Rd, Beckley, WV 25801 |

7.  Any special capabilities or disciplines needed for contract performance.

The incumbents for the positions will be required to have:

-   Valid MO drivers license
-   At least high school diploma
-   System Automation Knowledge (Word, Excel, Power Point, Web)

8.  The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063563

The USDA NRCS will negotiate a Firm Fixed Price commercial services contract.

9. The acquisition history, if any, of the requirement.

N/A

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

Ultima Services, PO Box 1945, Greenville, TN 37744

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

The Participant submitted a capabilities statement by email to NRCS-Contracting Services Branch that provided notification that an 8(a) firm could potentially perform this work.

13. Bonding requirements, if applicable.

NA

14. Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

15. Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

NA

16. A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

N/A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          US0063564

17. Any other information that the procuring activity deems relevant or which SBA requests.

N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Chenega Professional & Technical Services, LLC to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that Chenega Professional & Technical Services, LLC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of <u>Chenega Professional & Technical Services, LLC</u> within five (5) working days of receipt of this correspondence.

My contact information is 615-277-2543 or <u>Nancy.harris@wdc.usda.gov</u>.

Sincerely,

NANCY HARRIS

Digitally signed by
NANCY HARRIS
Date: 2018.09.01
17:43:41 -05'00'

NANCY W. HARRIS
Contracting Officer

Enclosures

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063565



September 4, 2018

U.S. Small Business Administration, Alaska District Office
Christie VandenDries
Business Opportunity Specialist
420 L Street, Suite 300, Anchorage, AK 99501-1971
(907) 271-3313 (phone)
Alaska8a@sba.gov
http://www.sba.gov/ak


Subject:  8(a) Sole Source Request for Chenega Professional & Technical Services, LLC
          DUNS: 079289520

Dear Ms. VandenDries:

The United States Department of Agriculture (USDA) Natural Resources Conservation Service (NRCS) has identified Chenega Professional & Technical Services, LLC , as an 8(a) firm located at 609 Independence Parkway, Suite 210, Chesapeake, VA 23320 as a sole source candidate to provide Administrative Support for the USDA NRCS West Virginia Service Centers.

1.  A description of the work to be performed.
The Contractors shall support the West Virginia NRCS by providing miscellaneous administrative services in the following areas:

- Assisting the District Conservationist and other staff with activities that support NRCS financial assistance programs through the Farm Bill.
- Examining Farm Bill contract files to confirm that each document is complete and bringing up to date where information is lacking; entering contract data and electronic copies of documents into agency-specific software programs, such as Document Management System (DMS) through a variety of methods including data entry and scanning. Files will be organized according to NRCS policy.
- Bringing agreement and other files up-to-date and maintaining documents in case files and agency specific electronic files.
- Assisting with documents and correspondence related to contract administration, including contract implementation, status reviews, contract modifications, and potential cancellations or terminations.
- Assisting with gathering documents related to data calls and financial and programmatic audits.
- Preparing reports based on requests for statistical or informative material regarding NRCS programs, obtaining information from tracking software, files, and through knowledge of technical staff.
- Assisting with general clerical and logistical items in the office as needed.


Case 2:20-cv-00041-DCLC-CRW     Document 66-3     Filed 06/22/22     Page 36 of 47
PageID #: 2119
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0053440

2.  The estimated period of performance (POP).

The requirement is for a twelve (12) month period, with two (2) twelve-month options per position.

3.  The NAICS code that applies to the principal nature of the acquisition.

**561110** - Office Administrative Services

4.  The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract.  The cost of the contract is estimated at $617,600.00, including options.

5.  Any special restrictions or geographical limitations on the requirement.
The performance of this work will be throughout the West Virginia State at the service centers requiring support.

6.  The location of the work to be performed:

| | |
|---|---|
| Martinsburg Service Center, 151 Aikens Center, Suite 1, Martinsburg, WV 25404 | Lewisburg Service Center, 179 Northridge Dr, Lewisburg, WV 24901 (or Buckeye or Union Service Centers*) |
| Moorefield Service Center, 223 North Main St, Moorefield, WV 26836 | Parkersburg Service Center, 91 Boyles Ln, Parkersburg, WV 26104 (or Ripley Service Center*) |
| McMechen Service Center, 1 Ball Park Dr, McMechen, WV 26040 | Beckley Area Office, 465 Ragland Rd, Beckley, WV 25801 |

7.  Any special capabilities or disciplines needed for contract performance.

The incumbents for the positions will be required to have:

- Valid MO drivers license
- At least high school diploma
- System Automation Knowledge (Word, Excel, Power Point, Web)

8.  The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0053441

The USDA NRCS will negotiate a Firm Fixed Price commercial services contract.

9. The acquisition history, if any, of the requirement.

A task order AG-2B46-D-17-0116 was placed against Indefinite Delivery Indefinite Quantity Contract AG-SPEC-C-17-0014 for 14 positions for $379,943.38 on 9/11/2017. Another task order 122B4618F0205 was placed against Contract AG-SPEC-C-17-0014 for 3 positions on 8/15/2018 for work in FY19 for$168,294.00. The IDIQ contract AG-SPEC-C-17-0014 with Ultima Services has reached its contract ceiling and no additional funds can be obligated against this contract.

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

  Ultima Services, PO Box 1945, Greenville, TN 37744

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in FBO) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or public communication has been made for this procurement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

The Participant submitted a capabilities statement by email to NRCS-Contracting Services Branch that provided notification that an 8(a) firm could potentially perform this work.

13. Bonding requirements, if applicable.

NA

14. Identification of all Participants which have expressed an interest in being considered for the acquisition.

At this point there are no participants that have expressed interest in this project.

15. Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) SBD program.

NA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0053442

16. A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

N/A

17. Any other information that the procuring activity deems relevant or which SBA requests.

The current requirement is for a mix of new positions and incumbents.

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Chenega Professional & Technical Services, LLC to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that Chenega Professional & Technical Services, LLC currently possesses 8(a) program eligibility.

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of <u>Chenega Professional & Technical Services, LLC</u> within five (5) working days of receipt of this correspondence.

My contact information is 615-277-2543 or Nancy.harris@wdc.usda.gov.

Sincerely,


NANCY W. HARRIS
Contracting Officer

Enclosures

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0053443



Natural Resources Conservation Service
101 South Main Street
Temple, TX  76501-7601

Danny.Mandell@wdc.usda.gov                                            254 742-9923 (office) 254 742-9929 (fax)
                                                                      June 24, 2019

U.S. Small Business Administration
Attn: Jawanda Henderson Jones / Business Opportunity Specialist
SBA Birmingham, Alabama District Office
2 North 20th Street Suite #325
Birmingham, AL 35203

Dear. Ms. Jones:

Subject:  **SOLE SOURCE 8(a) Offer Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation
193804-2, for this acquisition.

1. USDA Farm Production and Conservation (FPAC) Section 1, is looking to procure services for
contract employee(s) to provide administrative assistance (Secretary III, General Clerks III), and
Administrative Assistance) to seven (7) Service Centers/Field Offices for the United State
Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) in the State of
Alabama. The Performance of Work Statement (PWS) is provided as an enclosure.

> **POSITION CLASSIFICATION.** Provide administrative and programmatic support field
> offices in the State of Alabama.

| Posn Class: | County(ies) | Estimated Labor Hrs Required | Description of Needed Services |
|---|---|---|---|
| 01313 Secretary III | Lee | 2080 | State Office Support Services |
| 01113 General Clerk III | Lee | 1040 | State Office Support Services |
| 01020 Administrative Assistant | Lee | 2080 | State Office Support Services |
| 01113 General Clerk III | Pike | 2080 | East Area Office Support Services |
| 01113 General Clerk III | Jefferson | 2080 | Field Office Support Service (Bessemer Field Office) |
| 01113 General Clerk III | Mobile | 2080 | Field Office Support Service (Mobile Field Office) |
| 01113 General Clerk III | Marion | 2080 | Field Office Support Service (Hamilton Field Office) |
| 01113 General Clerk III | Etowah | 2080 | Field Office Support Service (Gadsden Field Office) |
| 01113 General Clerk III | Marengo | 2080 | Field Office Support Service (Linden Field Office) |

2. The period of performance will be from the date of award through one (1) calendar year,
(approximately award date, prior to October 1, 2019) with 4 option years period consisting of one
(1) calendar year each.

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                      US0063496

**REQUIRED TIMELINE.**

| | |
|---|---|
| Base Year: | October 1, 2019 – September 30, 2020 |
| Option Year 1: | October 1, 2020 – September 30, 2021 |
| Option Year 2: | October 1, 2021 – September 30, 2022 |
| Option Year 3: | October 1, 2022 – September 30, 2023 |
| Option Year 4: | October 1, 2023 – September 30, 2024 |

3. The NAICS code that is applicable to this acquisition is 561320, with a size standard of $25.5million.

4. The total estimated dollar values for this is $446,530.17 (Base Year), outlined as follows:

**Note:** Includes Estimated Miscellaneous Travel/Training cost: (per year)
    a. Travel/Training    $5,500.00

**PERFORMANCE PERIOD.** (IGCE)

| | |
|---|---|
| Base Year Period: | $441,030.14 x $5,500.00 = $446,530.14 |
| Option Year 1 Period: | $441,030.14 x $5,500.00 = $446,530.14 |
| Option Year 2 Period: | $441,030.14 x $5,500.00 = $446,530.14 |
| Option Year 3 Period: | $441,030.14 x $5,500.00 = $446,530.14 |
| Option Year 4 Period: | $441,030.14 x $5,500.00 = $446,530.14 |

**TOTAL:** $2,232,650.70

| Base Hourly Rate per SCLS Wage Determination | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|
| $19.50 | Lee | $0.00 | $1.58 | $6.83 | $0.84 | $28.75 | $59,800.00 |
| $15.00 | Lee | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $22,994.40 |
| $15.00 | Pike | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $45,986.62 |
| $16.60 | Jefferson | $0.00 | $1.34 | $5.81 | $0.71 | $24.47 | $50,891.86 |
| $15.00 | Mobile | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $45,896.62 |
| $15.00 | Marion | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $45,986.62 |
| $15.00 | Etowah | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $45,986.62 |
| $15.00 | Marengo | $0.00 | $1.22 | $5.25 | $0.64 | $22.11 | $45,986.62 |
| $25.25 | Lee | $0.00 | $2.05 | $8.84 | $1.08 | $37.22 | $77,410.80 |

5. The contractor employees will be required to work in the following USDA NRCS Alabama State/Area/Field Offices in the following counties.

**Lee County**
    ALABAMA STATE OFFICE, Auburn, AL 36830

**Pike County**
    EAST AREA OFFICE, Troy, AL 36070

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063497

**Jefferson County**
    BESSEMER SERVICE CENTER, Bessemer, AL 35022

**Mobile County**
    MOBILE FIELD CENTER NRCS, Mobile, AL 36608

**Marion County**
    HAMILTON SERVICE CENTER, Hamilton, AL 35570

**Etowah County**
    GADSDEN SERVICE CENTER, Gadsden, AL 35901

**Marengo County**
    LINDEN SERVICE CENTER, Linden, AL 36748

6. The selected firm is deemed to be capable of providing the services described in the enclosed Performance of Work.

7. A firm-fixed price contract is anticipated.

8. This service was previously contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-C-17-0014 National Administrative Support Services Region II. Note. This IDIQ is now expired.

    Vendor:    Ultima Services Corporation,
                  PO Box 1945
                  Greeneville, TN 37744
                  Small Business, Woman-Owned

9. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

10. No solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement;"

11. The recommended 8(a) contractor is ESSNOVA Solutions, Inc, 1500 1st Ave N Ste 47, Birmingham, AL 35203-1873, DUNS: 963004986, SAM Registration Expiration Date: 03/01/2020, No Active Exclusion Records.

12. No bonding requirements exist.

13. No SBA District or Regional offices have asked for this acquisition under the 8(a) programs.

14. FPAC and NRCS is not requesting that this be issued competitively.

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063498

15. It is recommended that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. Upon SBA Acceptance, the Contracting Officer will solicit a quotation, conduct negotiations, if required, and make award direct to the 8(a) firm.  A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@usda.gov.

Sincerely,


DANNY MANDELL   Digitally signed by DANNY
                MANDELL
                Date: 2019.06.25 12:17:09 -05'00'

DANNY G. MANDELL
Contracting Officer
SECTION 1 Northwest Region
FARM PRODUCTION and CONSERVATION (FPAC)
ACQUISITION DIVISION
U.S. Department of Agriculture (USDA)


Enclosure:     a. Performance Work Statement (PWS);

            Service Contract Labor Standards (SCLS) can be found at www.beta.SAM.gov.
                1. SCLS Wage Determination, County of Lee;
                2. SCLS Wage Determination, County of Pike;
                3. SCLS Wage Determination, County of Jefferson;
                4. SCLS Wage Determination, County of Mobile;
                5.  SCLS Wage Determination, County of Marion;
                6. SCLS Wage Determination, County of Etowah;
                7. e. SCLS Wage Determination, County of Marengo;

4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0063499



United States
Department of
Agriculture

Farm
Production
and
Conservation

Business
Center

1400 Independence Ave., S.W
Washington, DC 20250

---

February 26, 2020

U.S. Small Business Administration
Columbus District Office
401 N. Front Street, Suite 200
Columbus, OH 43215

Subject:  8(a) Sole Source Request for GPI Enterprises, Inc., DUNS # 188603661

Dear Business Opportunity Specialist:

The United States Department of Agriculture (USDA) Natural Resource Conservation Service
(NRCS) has identified GPI Enterprises, Inc., an 8(a), Minority, Veteran Owned firm located at
3637 Medina Road, Suite 60, Medina, OH 44256-8155, as a sole source candidate to provide
Administrative and Professional Support Services for the USDA-NRCS Ohio.

1.  A description of the work to be performed.

USDA NRCS in Ohio requires both administrative and professional services for the
USDA-NRCS State, Area and Field Offices throughout the state.  Detailed information
about the requirement is provided in the attached PWS.  In summary, the contractor will
assist Ohio NRCS staff with administrative support services to assist with the
management of the Agricultural Conservation Easement Program (ACEP);
administrative support services to assist in the State and Area Offices;  executive
Secretary services to assist the State Conservationist;  and Professional position to assist
with easement restoration, monitoring, compatible use requests and violations by
gathering and preparing documents for review by NRCS officials.

This contract is expected to be for one (1) base year with four (4) one (1) year option
periods.

2.  The estimated period of performance (POP).

Base plus four (4) Option Periods
Base Period:            03/15/2020 – 03/14/2021
Option Period 1:        03/15/2021 – 03/14/2022
Option Period 2:        03/15/2022 – 03/14/2023
Option Period 3:        03/15/2022 – 03/14/2024
Option Period 4:        03/15/2024 – 03/14/2025

3.  The NAICS code that applies to the principal nature of the acquisition.

561110 Office Administrative Services.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0063268

4.  The anticipated dollar value of the requirement, including options, if any.

    USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at approximately $380,829.94 per year and $2,242,621.00 total.

5.  Any special restrictions or geographical limitations on the requirement.

    None.

6.  The location of the work to be performed.

    The work is to be performed state-wide in Ohio.

7.  Any special capabilities or disciplines needed for contract performance.

    The ability to mobilize and commence performance right away is imperative. The firm identified has confirmed that they have both the capability and expertise to perform the necessary duties.

8.  The type of contract to be awarded.

    A firm fixed price single award blanket purchase agreement.

9.  The acquisition history, if any, of the requirement.

    This should be considered a new requirement. NRCS utilizes these services in several states across the nation. A mix of approaches has been used for these services in the past. Procurements have included orders against GSA schedules, open market purchase orders, and most recently a National IDIQ. The National IDIQ was awarded to one firm for 4 separate regions with a $10M ceiling in each. With regard to the 4 regional IDIQ Contracts, Ohio was previously included in the Region 1 IDIQ. Upon the IDIQ reaching the Contract Ceiling, NRCS HQ directed the use of individual contracts for follow-on requirements. The National IDIQ is being unbundled. NRCS has similar requirements in several other states that will be Set-Aside for Small Business. There will be no adverse impact to small business as defined in 13CFR124.504(c).

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

    ULTIMA SERVICES CORPORATION
    PO BOX 1945
    GREENEVILLE TN 37744-1945

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063269

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement.

> No prior solicitation or other public communication has been made for this requirement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a new requirement.

> GPI ENTERPRISES, INC.
> 3637 MEDINA ROAD, SUITE 60
> MEDINA, OH 44256-8155

13. Bonding requirements, if applicable.

> None.

14. Identification of all Participants which have expressed an interest in being considered for the acquisition.

> GPI Enterprises, Inc.

15. Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) BD program.

> N/A

16. A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

> N/A

17. Any other information that the procuring activity deems relevant or which SBA requests.

> N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture (USDA) as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of GPI Enterprises, Inc. to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that GPI Enterprises, Inc. currently possesses 8(a) program eligibility. FAR 19.804-3 prescribes that the SBA will accept or reject this offering of GPI Enterprises, Inc. within five (5) working days of receipt of this correspondence.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063270

You may reach me at 816-926-1200 or via email at julie.simpson@usda.gov.

Sincerely,

*Julie M Simpson*

Julie M. Simpson
Contract Specialist

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063271