# EXHIBIT 16
# (continued)

**USDA** United States
Department of
Agriculture

Farm
Production
and

Business
Center

1400 Independence Ave., S.W.
Washington, DC  20250

---

February 11, 2020

U.S. Small Business Administration
Washington DC District Office
Business Opportunity Specialist
409 3rd Street SW, Floor 2
Washington DC

Subject:  8(a) Sole Source Request for Heartland Energy Partners, LLC, DUNS # 832880913

Business Opportunity Specialist:

The United States Department of Agriculture (USDA) Natural Resource Conservation Service
(NRCS) has identified Heartland Energy Partners, LLC, an 8(a), SDVOSB firm located at 6720 Curran
Street, McLean, VA 22101, as a sole source candidate to provide Administrative Support Services for
the USDA-NRCS Florida.

1.  A description of the work to be performed.

The USDA Natural Resources Conservation Service (NRCS) requires administrative support
services in various NRCS Field Office(s) throughout Florida. Detailed information about the
requirement is provided in the attached PWS.  In summary, the contractor will assist FL NRCS
staff with the assimilation of program documentation, development of correspondence, checking
documents for accuracy, processing payments, maintaining spreadsheets, etc.  Monitors and
tracks commencement and expiration of agreements and prepares agreement modifications.
Reviews contract obligating documents and assist in internal auditing of agreements. Work shall
be completed in accordance with NRCS policies and procedures. The contractor will possess
excellent skills in MS Word, Excel, PowerPoint, and Google Maps. This contract is expected to
be for one (1) base year with four (4) one (1) year option periods.

2.  The estimated period of performance (POP).

Base plus four (4) Option Periods
Base Period: 03/01/2020 – 02-29-2021
Option Period 1: 03/01/2021 – 02/29/2022
Option Period 2: 03/01/2022 – 02/29/2023
Option Period 3: 03/01/2022 – 02/29/2024
Option Period 4: 03/01/2024 – 02/29/2025

3.  The NAICS code that applies to the principal nature of the acquisition.

561110 Office Administrative Services.

4.  The anticipated dollar value of the requirement, including options, if any.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                     US0063289

USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at approximately $628,714.55 per year and $3,594,520.41 total.

5. Any special restrictions or geographical limitations on the requirement.

   None.

6. The location of the work to be performed.

   The work is to be performed state-wide in Florida.

7. Any special capabilities or disciplines needed for contract performance.

   The ability to mobilize and commence performance right away is imperative. The firm identified has confirmed that they have both the capability and expertise to perform the necessary duties.

8. The type of contract to be awarded firm fixed price blanket purchase ageement.

   Labor Hour IAW FAR 16.602

9. The acquisition history, if any, of the requirement.

   This should be considered a new requirement. The NRCS utilizes these services in several states across the nation. A mix of approaches has been used for these services in the past. Procurements have included orders against GSA schedules, open market purchase orders, and most recently a National IDIQ. The National IDIQ was awarded to one firm for 4 separate regions with a $10M ceiling in each. With regard to the 4 regional IDIQ Contracts, Florida was previously included in the Region 2 IDIQ. Upon the IDIQ reaching the Contract Ceiling, NRCS HQ directed the use of individual contracts for follow-on requirements. The National IDIQ is being unbundled. NRCS has similar requirements in several other states that will be Set-Aside for Small Business. There will be no adverse impact to small business as defined in 13CFR124.504(c).

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

   ULTIMA SERVICES CORPORATION
   PO BOX 1945
   GREENEVILLE TN 37744-1945

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement.

   No prior solicitation or other public communication has been made for this requirement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0063290

such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a new requirement.

> HEARTLAND ENGERGY
> 6720 CURRAN STREET
> MCLEAN VA 22101

13. Bonding requirements, if applicable.

> None.

14. Identification of all Participants which have expressed an interest in being considered for the acquisition.

> Heartland Energy Partners, LLC

15. Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) BD program.

> N/A

16. A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

> N/A

17. Any other information that the procuring activity deems relevant or which SBA requests.

> N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of Heartland Energy Partners, LLC to provide the above described services on a sole source basis.

> If you approve this request, please include size verification and your determination that Heartland Energy Partners, LLC currently possesses 8(a) program eligibility.

> FAR 19.804-3 prescribes that the SBA will accept or reject this offering of Heartland Energy Partners, LLC within five (5) working days of receipt of this correspondence.

My contact information is 816-926-7916, angie.comstock@usda.gov.

Sincerely,

ANGIE COMSTOCK
Digitally signed by
ANGIE COMSTOCK
Date: 2020.02.11
07:13:54 -06'00'

Angie Comstock
Contract Specialist

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063291



Natural Resources Conservation Service
101 South Main Street
Temple, TX  76501-7601

Danny.Mandell@wdc.usda.gov                                    254 742-9923 (office) 254 742-9929 (fax)

July 9, 2019

U.S. Small Business Administration
Attn: Richard Gregg White / District Director
South Carolina District Office
1835 Assembly Street, Suite 1425
Columbia, SC 29201

Dear. Mr. White:

Subject:  **SOLE SOURCE 8(a) Offer Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 19.8 Contracting with the Small Business Administration (The 8(a) Program), for this acquisition.

1. USDA Farm Production and Conservation (FPAC) Section 1, is looking to procure services for a contract employee to provide administrative services to support the South Carolina USDA NRCS State Office. The Performance of Work Statement (PWS) is provided as an enclosure.

> **POSITION CLASSIFICATION.** Provide administrative and programmatic support area offices in the State of South Carolina.

| Posn Class: | County(ies) | Estimated Labor Hrs Required | Description of Needed Services |
|---|---|---|---|
| 01020 Administrative Assistant | Clarendon | 2080 | Administrative Services for the County of Clarendon |
| 01020 Administrative Assistant | Newberry | 2080 | Administrative Services for the County of Newberry |

2. The period of performance will be from the date of award (approximately award date, August 2019) through Base Year (1) calendar year, with 4 option years period consisting of twelve (12) calendar months each.

> **REQUIRED TIMELINE.**

> Base Year:          September 2019 – September 2020
> Option Year 1:     September 2020 – September 2021
> Option Year 2:     September 2021 – September 2022
> Option Year 3:     September 2022 – September 2023
> Option Year 4:     September 2023 – September 2024

3. The NAICS code that is applicable to this acquisition is 561320 with a size standard of $27.5 million.

1

4. The total estimated dollar values for this is $137,569.26(Base Year); $691,170.92 (Base with 4 Option Years) outlined as follows:

**PERFORMANCE PERIOD.** (IGCE)

| | |
|---|---|
| Base Year Period: | $137,569.26 |
| Option Year 1 Period: | $137,885.51 |
| Option Year 2 Period: | $138,217.57 |
| Option Year 3 Period: | $138,566.24 |
| Option Year 4 Period: | $138,932.34 |

**TOTAL:** $691,170.92

5. The contractor employees will be required to work in the following USDA NRCS South Carolina State Office.

- o Clarendon County
  - USDA NRCS Manning Area Office, Manning, SC

- o Newberry County
  - USDA NRCS Newberry Area Office, Newberry, SC

6. The selected firm is deemed to be capable of providing the services described in the enclosed Performance of Work.

7. A firm-fixed price contract is anticipated.

8. This is a new requirement.

9. This service was previously contracted under, Task Orders AG-2B46-D-17-0139 executed against the USDA NRCS National IDIQ AG-SPEC-C-17-00014 National Administrative Support Services Region II. Note. This IDIQ is now expired.

| Vendor: | Ultima Services Corporation, |
|---|---|
| | PO Box 1945 |
| | Greeneville, TN 37744 |
| | Small Business, Woman_Owned |

10. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

11. The recommended 8(a) contractor is KRJ Consulting, LLC, 5301 N. Trenholm Rd, Suite A, Columbia, SC 29206 DUNS: 021614864, SAM Registration Expiration Date: 05/15/2020, No Active Exclusion Records.

12. No bonding requirements exist.

13. No SBA District or Regional offices have asked for this acquisition under the 8(a) programs.

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064865

14. FPAC and NRCS is not requesting that this be issued competitively.

15. It is recommended that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. Upon SBA Acceptance, the Contracting Officer will solicit a quotation, conduct negotiations, if required, and make award direct to the 8(a) firm. A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@usda.gov.

Sincerely,


DANNY MANDELL    Digitally signed by DANNY
                 MANDELL
                 Date: 2019.08.09 15:32:38 -05'00'

DANNY G. MANDELL
Contracting Officer
SECTION 1 Northwest Region
FARM PRODUCTION and CONSERVATION (FPAC)
ACQUISITION DIVISION
U.S. Department of Agriculture (USDA)


Enclosure:      a. Performance Work Statement (PWS),
                b. Quality Assurance Surveillance Plan (QASP),
                c. Service Contract Labor Standards (SCLS) can be found at www.beta.SAM.gov.
                     1. SCLS Wage Determination, County of Clarendon, State of South Carolina
                     2. SCLS Wage Determination, County of Newberry, State of South Carolina

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0064866



Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov                                                          254 742-9923 (office) 254 742-9929 (fax)

June 25, 2019

U.S. Small Business Administration
Attn: Shuraie Mackin, Deputy District Director/8(a) Business Development
Washington Metropolitan Area District Office
409 3rd Street SW, 2nd Floor
Washington, DC 20146

Dear. Ms. Mackin:

Subject: **SOLE SOURCE 8(a) Offer Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 193804-2, for this acquisition.

1. USDA NRCS Section 1, of the Farm Production and Conservation (FPAC), is looking to procure services of a contract employee to provide administrative and Farm Bill program Support to United State Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) State Office in the State of Virginia. The Performance of Work Statement (PWS) is provided as an enclosure.

   **POSITION CLASSIFICATION.** Provide administrative and programmatic support for the USDA NRCS Virginia State Office, Richmond, Virginia.

| Posn Class: | County(ies) | Estimated Labor Hrs Required | Description of Needed Services |
|---|---|---|---|
| **BASE YEAR** | | | |
| 01113 General Clerk III | Henrico | 2240 | Farm Bill/Admin Support |
| 01113 General Clerk III | Henrico | 2240 | Farm Bill/Admin Support |
| **OPTION YEAR 1** | | | |
| 01113 General Clerk III | Henrico | 2080 | Farm Bill/Admin Support |
| 01113 General Clerk III | Henrico | 2080 | Farm Bill/Admin Support |

2. The period of performance will be from the date of award through one (1) calendar year, (approximately award date, prior to October 1, 2019) with 1 option year period consisting of one (1) calendar year.

   **REQUIRED TIMELINE.**

   Base Year:            October 1, 2019 – September 30, 2020
   Option Year 1:        October 1, 2020 – September 30, 2021

3. The NAICS code that is applicable to this acquisition is 561320, with a size standard of $25.5 million.

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0138088

4. The total estimated dollar values for this is $261,481.90, outlined as follows:

**Note:** Includes Estimated Miscellaneous Travel/Training cost: (per year)
a. Travel/Training.    $340.00/$340.00 = $680.00

**PERFORMANCE PERIOD.**  (IGCE)

Base Year Period:        $134,878.02 x $680.00 = $135,558.02
Option Year 1 Period:    $125,243.88 x $680.00 = $125,923.88

TOTAL: $261,481.90

| Base Hourly Rate per SCLS Wage Determination | Hours | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|---|
| **BASE YEAR** | | | | | | | | |
| $17.46 | 2240 | Henrico | $5.50 | $1.95 | $4.48 | $0.72 | $30.11 | $67,439.01 |
| $17.46 | 2240 | Henrico | $5.50 | $1.95 | $4.48 | $0.72 | $30.11 | $67,439.01 |
| **OPTION YEAR 1** | | | | | | | | |
| $17.46 | 2080 | Henrico | $5.50 | $1.95 | $4.48 | $0.72 | $30.11 | $62,621.94 |
| $17.46 | 2080 | Henrico | $5.50 | $1.95 | $4.48 | $0.72 | $30.11 | $62,621.94 |

5. The contractor employees will be required to work in the following USDA NRCS Virginia State, Richmond, VA

**Henrico County**
VIRGINIA STATE OFFICE, Richmond, VA 23229

6. The selected firm is deemed to be capable of providing the services described in the enclosed Statement of Work.

7. A firm-fixed price contract is anticipated.

8. This service is currently contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-C-17-0014 National Administrative Support Services Region II which has already expired, this Task Order executed under the BASE IDIQ will be expiring September 30, 2019 and will not be extended

Vendor:    Ultima Services Corporation,
PO Box 1945
Greeneville, TN 37744
Small Business, Woman_Owned

9. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

10.  No solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0138089

as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement;

11. The recommended 8(a) contractor is Lewis-Price & Associates, 8200 Greensboro Dr, McLean, VA 22102-4925, DUNS: 132086633, SAM Registration Expiration Date: 05/07/2019, No Active Exclusion Records.

12. No bonding requirements exist.

13. No SBA District or Regional offices have asked for this acquisition under the 8(a) programs.

14. NRCS is not requesting that this be issued competitively.

15. It is recommended that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. Upon SBA Acceptance, the Contracting Officer will solicit a quotation, conduct negotiations, if required, and make award direct to the 8(a) firm. A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@usda.gov.

Sincerely,

DANNY
MANDELL
Digitally signed by DANNY
MANDELL
Date: 2019.06.25 16:01:24 -05'00'

DANNY G. MANDELL
Contracting Officer
TEAM 1 Northwest Region
CONTRACTING SERVICES BRANCH
ACQUISITIONS, GRANTS & AGREEMENTS DIVISION
Natural Resources Conservation Service (NRCS)
U.S. Department of Agriculture (USDA)

Enclosure:     a. Performance Work Statement (PWS);
               b. Quality Assurance Surveillance Plan;
               b. SCLS Wage Determination, County of Henrico

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0138090



Natural Resources Conservation Service
101 South Main Street
Temple, TX 76501-7601

Danny.Mandell@wdc.usda.gov          254 742-9923 (office) 254 742-9929 (fax)

August 24, 2018

U.S. Small Business Administration
Attn: Shuraie Mackin, Deputy District Director/8(a) Business Development
Washington Metropolitan Area District Office
409 3rd Street SW, 2nd Floor
Washington, DC 20146

Dear. Ms. Mackin:

Subject:  **SOLE SOURCE 8(a) Offering Letter**

The following additional information is provided pursuant to Federal Acquisition Regulation 193804-2, for this acquisition.

1. USDA NRCS Team 1, Contract Service Branch (CSB), is looking to procure services of a contract employee to provide administrative assistance to four (4) United State Department of Agriculture (USDA) Natural Resources Conservation Services (NRCS) Service Centers/Field Offices, in the State of Virginia. The Performance of Work Statement (PWS) is provided as an enclosure.

> **POSITION CLASSIFICATION.** Provide administrative and programmatic support field offices in the State of Virginia.

| Posn Class: | County(ies) | Estimated Labor Hrs Required | Description of Needed Services |
|---|---|---|---|
| 01112 General Clerk II | Isle of Wright | 2080 | Farm Bill/Admin Support (Smithfield Field Office) |
| 01112 General Clerk II | Montgomery | 2080 | Farm Bill/Admin Support (Christiansburg Field Office) |
| 01112 General Clerk II | Shenandoah | 1040 | Farm Bill/Admin Support (Strasburg Field Office) |
| 01112 General Clerk II | Louisa | 2080 | Farm Bill/Admin Support (Louisa Field Office) |

2. The period of performance will be from the date of award through one (1) calendar year, (approximately award date, prior to September 15, 2018) with 1 option year period consisting of one (1) calendar year.

> **REQUIRED TIMELINE.**
>
>         Base Year:            October 1, 2018 – September 30, 2019
>         Option Year 1:      October 1, 2019 – September 30, 2020

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        US0052868

3. The NAICS code that is applicable to this acquisition is 561320, with a size standard of $25.5million.

4. The total estimated dollar values for this is $358,140.00, outlined as follows:

**PERFORMANCE PERIOD.** (IGCE)

|  |  |
|---|---|
| Base Year Period: | $179,040.00 |
| Option Year 1 Period: | $179,040.00 |

**Note:** Includes Estimated Miscellaneous Travel/Training cost: (per year)
a. Travel. $430.00
b. Training. $250.00

| Base Hourly Rate per SCLS Wage Determination | County(ies) | OH% Contract (per contract) | G&A | Estimated Fringe Rate | Profit | Fully Burdened Rate | Total Contract Amount |
|---|---|---|---|---|---|---|---|
| $18.19 | Isle of Wright | $0.00 | $1.35 | $4.37 | $0.72 | $24.63 | $51,230.40 |
| $17.10 | Montgomery | $0.00 | $1.27 | $4.10 | $0.67 | $23.14 | $48,131.20 |
| $20.65 | Shenandoah | $0.00 | $1.54 | $4.96 | $0.81 | $27.96 | $29,074.90 |
| $17.73 | Louisa | $0.00 | $1.32 | $4.26 | $0.70 | $24.00 | $49,927.16 |

5. The contractor employees will be required to work in the following USDA NRCS Virginia Service Centers/Field Offices in the following counties.

**Isle of Wright County**
SMITHFIELD AREA OFFICE, Wimbledon Lane, Smithfield, VA 23430

**Montgomery County**
CHRISTIANSBURG AREA OFFICE, Hampton Boulevard, Christiansburg, VA 24073

**Shenandoah County**
STRASBURG SERVICE CENTER, 722-B East Queen Street, Strasburg, VA 22657

**Louisa County**
LOUISA SERVICE CENTER NRCS, Industrial Drive, Suite 2, Louisa, VA 23093

6. The selected firm is deemed to be capable of providing the services described in the enclosed Statement of Work.

7. A firm-fixed price contract is anticipated.

8. This service was previously contracted (Task Orders) under the USDA NRCS National IDIQ AG-SPEC-C-17-00014 National Administrative Support Services Region II. Note. This IDIQ is now expired.

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0052869

| Vendor: | Ultima Services Corporation,<br>PO Box 1945<br>Greeneville, TN 37744<br>Small Business, Woman_Owned |
|---|---|

9. There are currently no solicitation for this specific acquisition has been issued nor has this requirement been publicly announced.

10. The recommended 8(a) contractor is Lewis-Price & Associates, 8200 Greensboro Dr, McLean, VA 22102-4925, DUNS: 132086633, SAM Registration Expiration Date: 05/07/2019, No Active Exclusion Records.

11. No bonding requirements exist.

12. No SBA District or Regional offices have asked for this acquisition under the 8(a) program.

13. NRCS is not requesting that this be issued competitively.

14. It is recommend that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer. Per the Partnership Agreement between the Small Business Administration (SBA) and USDA. If no notification of acceptance or rejection is received within five (5) working days. The contracting office will move forward with the awarding of a contract. A copy of the Purchase Order (PO) will be sent to you after award.

Should additional information be required, please contact the undersigned at (254) 742-9923, or email, danny.mandell@wdc.usda.gov.

Sincerely,

DANNY MANDELL
Digitally signed by DANNY MANDELL
Date: 2018.08.24 13:55:37 -05'00'

DANNY G. MANDELL
Contracting Officer
TEAM 1 Northwest Region
CONTRACTING SERVICES BRANCH
ACQUISITIONS, GRANTS & AGREEMENTS DIVISION
Natural Resources Conservation Service (NRCS)
U.S. Department of Agriculture (USDA)

| Enclosure: | a. Performance Work Statement (PWS);<br>b. SCLS Wage Determination, County of Isle of Wright;<br>c. SCLS Wage Determination, County of Montgomery;<br>d. SCLS Wage Determination, County of Shenandoah;<br>e. SCLS Wage Determination, County of Louisa. |
|---|---|

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052870

 **United States
Department of
Agriculture**

Farm
Production
and
Conservation

Business
Center

1400 Independence Ave., S.W.
Washington, DC  20250

December 20, 2018

U.S. Small Business Administration
North Dakota District Office
Sherri Komrosky, Business Opportunity Specialist
657 2nd Avenue North, Room 360
Fargo, ND 58102

Subject:  8(a) Sole Source Request for MEC ENERGY SERVICES LLC – DUNS no. 792184066

Ms. Komrosky:

 The United States Department of Agriculture (USDA) Natural Resource Conservation Service (NRCS) has identified MEC ENERGY SERVICES LLC, an 8(a) firm located at 3949 Hwy. 8, Ste. 110, New Town, ND, 58763-9563, as a sole source candidate to provide Administrative Support Services for the USDA-NRCS Minnesota.

1.  A description of the work to be performed.

 The USDA Natural Resources Conservation Service (NRCS) requires administrative support services in various NRCS Field Office(s) throughout Minnesota. Detailed information about the requirement is provided in the attached PWS.  In summary, the contractor will assist MN NRCS staff with the assimilation of documentation, development of correspondence, checking documents for accuracy, organizing files, maintaining spreadsheets, etc. Reviews contract obligating documents and assist in internal auditing of agreements. Work shall be completed in accordance with NRCS policies and procedures. The contractor will possess excellent skills in MS Word, Excel, PowerPoint, and Google Maps. This contract is expected to be a base year with four option periods.

2.  The estimated period of performance (POP).

 Base + 4 Option Periods
 Base Period: 01/01/2019 – 12/31/2019
 Option Period 1: 01/01/2020 – 12/31/2020
 Option Period 2: 01/01/2021 – 12/31/2021
 Option Period 3: 01/01/2022 – 12/31/2022
 Option Period 4: 01/01/2023 – 12/31/2023

3.  The NAICS code that applies to the principal nature of the acquisition.

 561110 Office Administrative Services.

4.  The anticipated dollar value of the requirement, including options, if any.

 USDA NRCS will negotiate a firm fixed price commercial services contract.  The cost of the contract is estimated at approximately $1,445,472.00 per year and $7,227,360.00 total.

5.  Any special restrictions or geographical limitations on the requirement.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER  US0065026

None.

6. The location of the work to be performed.

The work is to be performed state-wide in Minnesota.

7. Any special capabilities or disciplines needed for contract performance.

The ability to mobilize and commence performance right away is imperative. The firm identified has confirmed that they have both the capability and expertise to perform the necessary duties.

8. The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

Labor Hour IAW FAR 16.602

9. The acquisition history, if any, of the requirement.

This should be considered a new requirement. The NRCS utilizes these services in several states across the nation. A mix of approaches has been used for these services in the past. Procurements have included orders against GSA schedules, open market purchase orders, and most recently a National IDIQ. The National IDIQ was awarded to one firm for 4 separate regions with a $10M ceiling in each. With regard to the 4 regional IDIQ Contracts, Minnesota was previously included in the Region 3 IDIQ composed of 14 states. Upon the IDIQ reaching the Contract Ceiling, NRCS HQ directed the use of individual contracts for follow-on requirements. The National IDIQ is being unbundled. NRCS has similar requirements in several other states that will be Set-Aside for Small Business. There will be no adverse impact to small business as defined in 13CFR124.504(c).

10. The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

ULTIMA SERVICES CORPORATION
PO BOX 1945
GREENEVILLE TN 37744-1945

11. A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement.

No prior solicitation or other public communication has been made for this requirement.

12. Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

MEC ENERGY SERVICES LLC
3949 Hwy. 8, Ste, 110
New Town, ND 58763-9563

13. Bonding requirements, if applicable.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0065027

None.

14.  Identification of all Participants which have expressed an interest in being considered for the acquisition.

      MEC ENERGY SERVICES LLC

15.  Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) BD program.

      N/A

16.  A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

      CFR 13 124.506(b) Exemption from competitive thresholds for Participants owned by Indian Tribes, ANCs and NHOs. (1) A Participant concern owned and controlled by an Indian Tribe or an ANC may be awarded a sole source 8(a) contract where the anticipated value of the procurement exceeds the applicable competitive threshold if SBA has not accepted the requirement into the 8(a) BD program as a competitive procurement.

17.  Any other information that the procuring activity deems relevant or which SBA requests.

      N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of MEC ENERGY SERVICES LLC to provide the above described services on a sole source basis.

      If you approve this request, please include size verification and your determination that MEC ENERGY SERVICES LLC currently possesses 8(a) program eligibility.

      FAR 19.804-3 prescribes that the SBA will accept or reject this offering of MEC ENERGY SERVICES LLC within ten (10) working days of receipt of this correspondence.

My contact information is 907-761-7744 or ryan.lorimer@wdc.usda.gov.

*Ryan Lorimer*

Sincerely,


Ryan Lorimer
Contract Specialist

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0065028

| | |
|---|---|
| **From:** | Komrosky, Sherri L. |
| **To:** | Stover, Howard - FPAC-BC, St. Paul, MN |
| **Subject:** | RE: Request for 8(a) Support Montana Administrative Services |
| **Date:** | Friday, August 23, 2019 2:45:00 PM |
| **Attachments:** | Acceptance Letter MEC Energy for Technical Services NRCS MT.pdf |

**From:** Stover, Howard - FPAC-BC, St. Paul, MN <howard.stover@usda.gov>
**Sent:** Friday, August 23, 2019 11:57 AM
**To:** Komrosky, Sherri L. <Sherri.Komrosky@sba.gov>
**Subject:** RE: Request for 8(a) Support Montana Administrative Services

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Hi Sherri,

      I am missing the one for the Technical Services

Howard Stover
Contract Specialist
Section 4 Team Member
Operations Branch, Acquisitions Division
Farm Production and Conservation Mission Area
U.S. Department of Agriculture
Work Phone: (651) 602-7934
Email: Howard.Stover@usda.gov
375 Jackson Street
Suite 600
St Paul. MN 55101
Work Phone (651)602-7934


*"Helping People Help the Land"*
**Customer Survey Link:**
**https://www.surveymonkey.com/r/PandP_OPS?staffName=[Howard.Stover@wdc.usda.gov]**
*PLEASE NOTE THIS IS AN INTERNAL AGENCY USE ONLY SURVEY AND IS NOT INTENDED FOR EXTERNAL DATA COLLECTION*

**From:** Komrosky, Sherri L. <Sherri.Komrosky@sba.gov>
**Sent:** Wednesday, August 21, 2019 1:32 PM
**To:** Stover, Howard - FPAC-BC, St. Paul, MN <howard.stover@usda.gov>
**Subject:** RE: Request for 8(a) Support Montana Administrative Services

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0064338

Here is the first one.

Please provide copy of contract when awarded.

Thank you.

Sherri Komrosky
Deputy District Director
North Dakota District Office
**U.S. Small Business Administration**
(701) 239-5658
Cell (701) 864-0183
sherri.komrosky@sba.gov



Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

---

**From:** Stover, Howard - FPAC-BC, St. Paul, MN [mailto:howard.stover@usda.gov]
**Sent:** Tuesday, August 20, 2019 9:49 AM
**To:** Komrosky, Sherri L.
**Cc:** George Venuto
**Subject:** Request for 8(a) Support Montana Administrative Services

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Ms. Komrosky,

I would like to enter into an 8(a) with MEC Energy Services. I have two request in Montana and I will be requesting support in Hawaii Utah and Oregon. I am issue five different contract awards.

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS Montana
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Services for NRCS Montana

USDA/NRCS Montana

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0064339

Federal Building, RM 443
10 East Babcock Street
Bozeman, MT 59715
NAICS CODE: 561110

BONDING REQUIREMENTS: None

DATE REQ Package Available 1 October 2019

START Date 1 October 2019

Performance of Performance:
- Base Year                1 October 2019 to 31 September 2020
- First Option Year        1 October 2020 to 31 September 2021
- Second Option Year    1 October 2021 to 31 September 2022

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price GOVERNMENT ESTIMATE**: $ 507,590.40**

ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who have performed on this specific requirement during the last 24 months.)

Ultima Services

This contractor has performed this contract for the last five years

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR THE
ACQUISITION: **MEC Energy Services Duns792184066**


JUSTIFICATION:

AGENCY STATEMENT: Prior to this offering, the proposed procurement has not been offered previously by public solicitation under a small business HUB Zone, service-disabled veteran owned or small disadvantaged business set-aside. Other public communication such as FedBizOps notice has not been made showing the procuring agency's clear intent to do so.


DESCRIPTION OF SCOPE OF WORK:

Description of Services

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064340

must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not limited to, conservation plans, maps, photographs, resource data and technical material.

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0064341

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

   - Knowledge of Arc Veiw
   - Knowledge of general agricultural and conservation

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St. Paul, Minnesota 55101 (651) 602-7934
Howard.Stover@mn.usda.gov

Howard Stover
Contract Specialist
Section 4 Team Member
Operations Branch, Acquisitions Division
Farm Production and Conservation Mission Area
U.S. Department of Agriculture
Work Phone: (651) 602-7934
Email: Howard.Stover@usda.gov
375 Jackson Street
Suite 600
St Paul. MN 55101
Work Phone (651)602-7934

*"Helping People Help the Land"*
*Customer Survey Link:*
*https://www.surveymonkey.com/r/PandP_OPS?staffName=[Howard.Stover@wdc.usda.gov]*
*PLEASE NOTE THIS IS AN INTERNAL AGENCY USE ONLY SURVEY AND IS NOT INTENDED FOR EXTERNAL DATA COLLECTION*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0064342

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS Oregon
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Services for NRCS Oregon

USDA/NRCS Oregon
USDA NRCS
12635 NE Marx Street
Portland, OR  97230
NAICS CODE:  561110

BONDING REQUIREMENTS:  None

DATE REQ Package Available 1 October 2019

START Date 1 October 2019

Performance of Performance:
- Base Year          1 October 2019 to 31 September 2020

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price GOVERNMENT ESTIMATE**: $ 153,388.56**
ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who have performed on this specific requirement during the last 24 months.)

Ultima Services

This contractor has performed this contract for the last five years

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR THE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063866

ACQUISITION: MEC Energy Services Duns 792184066

DESCRIPTION OF SCOPE OF WORK:

<u>Description of Services</u>

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not limited to, conservation plans, maps, photographs, resource data and technical material.

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063867

performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

   - Knowledge of Arc Veiw
   - Knowledge of general agricultural and conservation

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St.
Paul, Minnesota 55101 (651) 602-7934
Howard.Stover@mn.usda.gov


Howard Stover
Contract Specialist
Section 4 Team Member
Operations Branch, Acquisitions Division
Farm Production and Conservation Mission Area
U.S. Department of Agriculture
Work Phone: (651) 602-7934
Email: Howard.Stover@usda.gov
375 Jackson Street
Suite 600
St Paul. MN 55101
Work Phone (651)602-7934

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063868

*"Helping People Help the Land"*
*Customer Survey Link:*
*https://www.surveymonkey.com/r/PandP_OPS?staffName=[*
*Howard.Stover@wdc.usda.gov]*
*PLEASE NOTE THIS IS AN INTERNAL AGENCY USE ONLY SURVEY AND IS NOT*
*INTENDED FOR EXTERNAL DATA COLLECTION*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063869

December 6, 2018

U.S. Small Business Administration
Seattle District Office
Rick Rauschenbach Jr., Business Opportunity Specialist
2401 4th Ave, Suite 450
Seattle, WA 88121

Subject:  8(a) Sole Source Request for PowTec Solutions, LLC – DUNS no. 833284768

Mr. Rauschenbach:

The United States Department of Agriculture (USDA) Natural Resource Conservation Service (NRCS) has identified PowTec Solutions, LLC, an 8(a) firm located at 4040 Wheaton Way Ste. 111, Bremerton, WA 98310-3500, as a sole source candidate to provide Administrative Support Services for the USDA-NRCS Minnesota.

1.  A description of the work to be performed.

The USDA Natural Resources Conservation Service (NRCS) requires administrative support services in various NRCS Field Office(s) throughout Minnesota. Detailed information about the requirement is provided in the attached PWS.  In summary, the contractor will assist MN NRCS staff with the assimilation of documentation, development of correspondence, checking documents for accuracy, organizing files, maintaining spreadsheets, etc. Reviews contract obligating documents and assist in internal auditing of agreements. Work shall be completed in accordance with NRCS policies and procedures. The contractor will possess excellent skills in MS Word, Excel, PowerPoint, and Google Maps. This contract is expected to be a base year with four option periods.

2.  The estimated period of performance (POP).

Base + 4 Option Periods
Base Period: 01/01/2019 – 12/31/2019
Option Period 1: 01/01/2020 – 12/31/2020
Option Period 2: 01/01/2021 – 12/31/2021
Option Period 3: 01/01/2022 – 12/31/2022
Option Period 4: 01/01/2023 – 12/31/2023

3.  The NAICS code that applies to the principal nature of the acquisition.

561110 Office Administrative Services.

USDA is an equal opportunity provider, employer and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0065051

4.  The anticipated dollar value of the requirement, including options, if any.

USDA NRCS will negotiate a firm fixed price commercial services contract. The cost of the contract is estimated at approximately $1,445,472.00 per year and $7,227,360.00 total.

5.  Any special restrictions or geographical limitations on the requirement.

None.

6.  The location of the work to be performed.

The work is to be performed state-wide in Minnesota.

7.  Any special capabilities or disciplines needed for contract performance.

The ability to mobilize and commence performance right away is imperative. The firm identified has confirmed that they have both the capability and expertise to perform the necessary duties.

8.  The type of contract to be awarded, such as firm fixed price, cost reimbursement, or time and materials.

Firm Fixed Price

9. The acquisition history, if any, of the requirement.

This should be considered a new requirement. The NRCS utilizes these services in several states across the nation. A mix of approaches has been used for these services in the past. Procurements have included orders against GSA schedules, open market purchase orders, and most recently a National IDIQ. The National IDIQ was awarded to one firm for 4 separate regions with a $10M ceiling in each. With regard to the 4 regional IDIQ Contracts, Minnesota was previously included in the Region 3 IDIQ composed of 14 states. Upon the IDIQ reaching the Contract Ceiling, NRCS HQ directed the use of individual contracts for follow-on requirements. The National IDIQ is being unbundled. NRCS has similar requirements in several other states that will be Set-Aside for Small Business. There will be no adverse impact to small business as defined in 13CFR124.504(c).

10.  The names and addresses of any small business contractors which have performed on this requirement during the previous 24 months.

ULTIMA SERVICES CORPORATION
PO BOX 1945
GREENEVILLE TN 37744-1945

11.  A statement that prior to the offering no solicitation for the specific acquisition has been issued as a small business set-aside, or as a small disadvantaged business set-aside if applicable, and that no other public communication (such as a notice in the Commerce Business Daily) has been made showing the procuring activity's clear intent to use any of these means of procurement.

USDA is an equal opportunity provider, employer and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0065052

No prior solicitation or other public communication has been made for this requirement.

12.  Identification of any specific Participant that the procuring activity contracting officer nominates for award of a sole source 8(a) contract, if appropriate, including a brief justification for the nomination, such as one of the following: (i) The Participant, through its own efforts, marketed the requirement and caused it to be reserved for the 8(a) BD program; or (ii) The acquisition is a follow-on or renewal contract and the nominated concern is the incumbent.

> PowTec Solutions, LLC
> 4040 Wheaton Way Ste. 111
> Bremerton, WA 98310-3500

13. Bonding requirements, if applicable.

> None.

14.  Identification of all Participants which have expressed an interest in being considered for the acquisition.

> PowTec Solutions, LLC

15.  Identification of all SBA field offices which have requested that the requirement be awarded through the 8(a) BD program.

> N/A

16.  A request, if appropriate, that a requirement whose estimated contract value is under the applicable competitive threshold be awarded as an 8(a) competitive contract.

> CFR 13 124.506(b) Exemption from competitive thresholds for Participants owned by Indian Tribes, ANCs and NHOs. (1) A Participant concern owned and controlled by an Indian Tribe or an ANC may be awarded a sole source 8(a) contract where the anticipated value of the procurement exceeds the applicable competitive threshold if SBA has not accepted the requirement into the 8(a) BD program as a competitive procurement.

17.  Any other information that the procuring activity deems relevant or which SBA requests.

> N/A

In accordance with the Partnership Agreement (PA) between the Small Business Administration (SBA) and the United States Department of Agriculture as described in paragraphs 19.800 and 19.804-2 of the Federal Acquisition Regulation (FAR), I am seeking the SBA's acceptance of my nomination of PowTec Solutions, LLC to provide the above described services on a sole source basis.

If you approve this request, please include size verification and your determination that PowTec Solutions, LLC currently possesses 8(a) program eligibility.

USDA is an equal opportunity provider, employer and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0065053

FAR 19.804-3 prescribes that the SBA will accept or reject this offering of PowTec Solutions, LLC within ten (10) working days of receipt of this correspondence.

My contact information is 907-761-7744 or ryan.lorimer@wdc.usda.gov.


Sincerely,

*Ryan Lorimer*

Ryan Lorimer
Contract Specialist

USDA is an equal opportunity provider, employer and lender.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0065054

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS California
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Assistant for NRCS California

USDA/NRCS California
430 G Street
Davis, CA 95616-4164

NAICS CODE:  561110

BONDING REQUIREMENTS:  None

DATE REQ Package Available 1 July 2019

START Date 1 July 2019

Performance of Performance:
- Base Year            1 July 2019 to 31 December 2019
- First Option Year     1 January 2020 to 30 June 2020
- Second Option Year    1 July 2020 to 31 December 2020
- Third Option Year     1 January 2021 to 1 June 2021

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price GOVERNMENT ESTIMATE:  $ $4,000,000

ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who have performed on this specific requirement during the last 24 months.)

PowTec

This contractor has performed this contract for the last year (2018)

Ultima Services

This contractor has performed this contract for the from 2013 to 2017

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR THE ACQUISITION:  **Teya Enterprises 079829202**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0064768

JUSTIFICATION:

AGENCY STATEMENT: Prior to this offering, the proposed procurement has not been offered previously by public solicitation under a small business HUB Zone, service-disabled veteran owned or small disadvantaged business set-aside. Other public communication such as FedBizOps notice has not been made showing the procuring agency's clear intent to do so.

DESCRIPTION OF SCOPE OF WORK:

Description of Services

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not limited to, conservation plans, maps, photographs, resource data and technical material.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0064769

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

    - Knowledge of Arc View
    - Knowledge of general agricultural and conservation

HOWARD STOVER Digitally signed by HOWARD STOVER
Date: 2019.05.15 08:51:28 -05'00'

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St.
Paul, Minnesota 55101 (651) 602-
7934
Howard.Stover@mn.usda.gov

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0064770

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS Colorado
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Assistant for NRCS Washington

USDA/NRCS Washington
316 W. Boone Ave 3450
Spokane, WA 99201

NAICS CODE:  561110

BONDING REQUIREMENTS:  None

DATE REQ Package Available 1 May 2019

START Date 1 May 2019

Performance of Performance:
- Base Year                1 May 2019  to 30 April 2020
- First Option Year        1 May 2020 to 30 April 2021
- Second Option Year    1 May 2021 to 30 April 2022
- Third Option Year       1 May 2022 to 30 April 2023
- Fourth Option Year     1 May 2023 to 30 April 2024

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price GOVERNMENT ESTIMATE: **$ $418,920.00**

ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who have performed on this specific requirement during the last 24 months.)

Ultima Services

This contractor has performed this contract for the last five years

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR THE ACQUISITION:  **Teya Enterprises 079829202**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0063368

JUSTIFICATION:

AGENCY STATEMENT: Prior to this offering, the proposed procurement has not been offered previously by public solicitation under a small business HUB Zone, service-disabled veteran owned or small disadvantaged business set-aside. Other public communication such as FedBizOps notice has not been made showing the procuring agency's clear intent to do so.

DESCRIPTION OF SCOPE OF WORK:

Description of Services

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063369

limited to, conservation plans, maps, photographs, resource data and technical material.

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

   - Knowledge of Arc Veiw
   - Knowledge of general agricultural and conservation

# HOWARD STOVER

Digitally signed by HOWARD STOVER
Date: 2019.04.15 07:20:53 -05'00'

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St.
Paul, Minnesota 55101 (651) 602-7934
Howard.Stover@mn.usda.gov

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                           US0063370

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS Colorado
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Assistant for NRCS Colorado

USDA/NRCS Colorado
Denver Federal Building
Building 56, Room 2604
PO Box 25426
Denver, CO 80225-0426

NAICS CODE: 561110

BONDING REQUIREMENTS: None
DATE REQ Package Available 25 March 2019

START Date 1 May 2019

Performance of Performance:
- Base Year          1 May2019  to 30 April 2020
- First Option Year     1 May 2020 to 30 April 2021
- Second Option Year   1 May 2021 to 30 April 2022

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price

GOVERNMENT ESTIMATE**:**

**$3,981,968.62**

ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who have performed on this specific requirement during the last 24 months.)

Ultima Services

This contractor has performed this contract for the last five years

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR THE ACQUISITION: **Time System LLC DUNS 605691505**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                US0063183

JUSTIFICATION:

AGENCY STATEMENT: Prior to this offering, the proposed procurement has not been offered previously by public solicitation under a small business HUB Zone, service-disabled veteran owned or small disadvantaged business set-aside. Other public communication such as FedBizOps notice has not been made showing the procuring agency's clear intent to do so.

DESCRIPTION OF SCOPE OF WORK:

<u>Description of Services</u>

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not limited to, conservation plans, maps, photographs, resource data and technical material.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063184

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

   - Knowledge of Arc Veiw
   - Knowledge of general agricultural and conservation

HOWARD STOVER

Digitally signed by HOWARD STOVER
Date: 2019.03.25 14:06:47 -05'00'

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St. Paul, Minnesota 55101 (651) 602-7934
Howard.Stover@mn.usda.gov

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063185

PROPOSED PROJECT FOR 8(a) PROGRAM (FAR 19.804-2)

PROCURING AGENCY/CONTACT/PHONE
NRCS Wyoming
Howard J. Stover
Contracting Officer
(651)602-7934
Howard.Stover@wdc.usda.gov

NAME OF PROJECT:

Administrative Assistant for NRCS Wyoming

USDA/NRCS Wyoming
100 East B Street
Room 3124
Casper, WY 82601

NAICS CODE: 561110

BONDING REQUIREMENTS: None

DATE REQ Package Available 1 September 2019

START Date 1 September 2019

Performance of Performance:
- Base Year            1 September 2019 to 31 August 2020
- First Option Year    1 September 2020 to 31 August 2021
- Second Option Year   1 September 2021 to 31 August 2022
- Third Option Year    1 September 2022 to 31 August 2023
- Fourth Option Year   1 September 2023 to 31 August 2024

SPECIAL CAPABILITIES OR DISCIPLINES NEEDED FOR CONTRACT PERFORMANCE:

None

SPECIAL RESTRICTIONS OR GEOGRAPHICAL LIMITATIONS:

None

CONTRACT TYPE: Firm-Fixed Price GOVERNMENT ESTIMATE: **$ 2,210,836.95**
ACQUISITION HISTORY, IF ANY (Include names/addresses of any small business contractors who
have performed on this specific requirement during the last 24 months.)

Ultima Services

This contractor has performed this contract for the last five years

ALL 8(a) CONCERNS WHICH HAVE EXPRESSED AN INTEREST IN BEING CONSIDERED FOR
THE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063263

ACQUISITION: **Time System LLC DUNS 605691505**

JUSTIFICATION:

AGENCY STATEMENT: Prior to this offering, the proposed procurement has not been offered previously by public solicitation under a small business HUB Zone, service-disabled veteran owned or small disadvantaged business set-aside. Other public communication such as FedBizOps notice has not been made showing the procuring agency's clear intent to do so.

DESCRIPTION OF SCOPE OF WORK:

<u>Description of Services</u>

Services consist of assisting NRCS staff with conservation program documentation and administration. Training for NRCS specific program activates will be provided to the Contractor's employees. ***In order to prevent this from becoming a personal services contract, the contractor's employees must NOT provide any services other than what is included in this PWS.*** Any such requests should be forwarded to the Contracting Officer immediately. Work must be completed in accordance with NRCS California policies, procedures and the local Field Office Technical Guide (FOTG) requirements. Training may be required as needed and provided by the Government.

- Providing assistance related to collecting and assembling cost data and processing payment application requests. Reviewing a wide variety of invoices, vouchers, and other miscellaneous paperwork associated with NRCS Programs

- Compiles supporting documents to substantiate payment requests, ensures that payment requests comply with provisions of long term contracting and are within obligated spending limits prior to submission of payment.

- Tracks producer requests for wetland compliance and highly erodible land assistance. Maintains wetland determination and highly erodible land case files including producer submitted records, conservation plans and associated maps. Tracks requests for appeals related to issued determinations.

- Services will require utilizing a variety of computer hardware and software applications and small office machines. Incumbent will need a working knowledge of the Natural Resources Conservation

- Service (NRCS) software such as Protracts, Toolkit, Performance Results System, and Excel. Additionally, incumbent will establish and maintain files in Toolkit and Protracts.

- Incumbent reviews accuracy of documentation, compliance with regulations, and justification of vouchers, invoices, claims, statements and other requests for payment of goods and services; processes program payment information; prepares for District Conservationist's signature and forwards completed document to financial management staff for payment.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0063264

- The incumbent is responsible for establishing and maintaining contracting files and producer records. This includes receiving and assembling program applications and collecting producer eligibility information. Responsible for compiling contract documentation including, but not limited to, conservation plans, maps, photographs, resource data and technical material.

- The Government will furnish the use of Government computers to accomplish the work. Contractor must be able to obtain and maintain every five years a National Agency Background Investigation which is initiated and paid for by the Government. Contractor employees will also be required to successfully complete USDA information technology security awareness training prior to receiving access to NRCS computers and networks.

- Some interaction with the general public will be required in an office setting. Work will be performed Monday through Friday, except Federal holidays and other days NRCS offices officially close. Daily schedules will be coordinated between the District Conservationists and the contractor's employee. Once work schedules have been set, there will be no deviations without prior written approval by the Contracting Officer. Contractor employees must identify themselves as "contractor(s)" during the designated hours of performance. This includes identifying themselves in email correspondence under the signature block as "Insert Name of Contractor, contracted to the NRCS". Contractor employees also need to be issued identification badges that show the name of their employer and their name. Photo identification is preferred, but not required. When answering the phone it is permissible to do so by stating the person has reached the NRCS, but they must never give the impression that they are an NRCS employee.

The contractor must provide employees to perform services who meet the following qualifications:

1. Possess valid driving license;
2. Proficient in word processing;
3. Knowledgeable and experienced in utilizing a variety of computer hardware and software applications, such as Microsoft Windows, Word, Excel, and Access;
4. able to use e-mail and internet browsers i.e., Microsoft Outlook and Microsoft explorer.
5. Knowledgeable and experienced in operating small office machines, such as calculators, fax machines, scanning devices, postage meters, and copy machines;
6. Knowledgeable and experienced in general office procedures, such as preparing reports, spreadsheets, and filing. Familiarity with certified mail and return-receipt mail procedures;
7. Skillful in working with the general public;
8. Capable of working independently; and
9. Possess basic telephone skills.
10. Although not required the following qualifications would be preferred:

   - Knowledge of Arc Veiw
   - Knowledge of general agricultural and conservation

Howard Stover
Contracting Officer
375 Jackson Street, Suite 600 St.
Paul, Minnesota 55101 (651) 602-7934
Howard.Stover@mn.usda.gov

Best Regards

Howard Stover
Contract Specialist

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063265

Section 4 Team Member
Operations Branch, Acquisitions Division
Farm Production and Conservation Mission Area
U.S. Department of Agriculture
Work Phone: (651) 602-7934
Email: Howard.Stover@usda.gov
375 Jackson Street
Suite 600
St Paul. MN 55101
Work Phone (651)602-7934

*"Helping People Help the Land"*
*Customer Survey Link:*
*https://www.surveymonkey.com/r/PandP_OPS?staffName=[*
*Howard.Stover@wdc.usda.gov]*
*PLEASE NOTE THIS IS AN INTERNAL AGENCY USE ONLY SURVEY AND IS NOT*
*INTENDED FOR EXTERNAL DATA COLLECTION*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                     US0063266

July 5, 2019

Mr. Brian Murden
U.S. Small Business Administration
Georgia District Office
233 Peachtree St., NE, Suite 300
Atlanta, GA  30303

SUBJECT:  Sole Source 8(a) Offering Letter

Dear Mr. Murden,

The following additional information is provided pursuant to Federal Acquisition Regulation 19.804-2 for this acquisition.

1.  NRCS is looking to procure service contract employees to provide Farm Bill and general clerical support.  The Performance Work Statement is provided as an enclosure.

2.  The period of performance will be from the July 30, 2019 through July 29, 2020 with two option periods consisting of one year each.

3.  The NAICS code that is applicable to this acquisition is 561110 with a size standard of $7.5M.

4. The total estimated dollar value for this contract is $1,059,816.00 outlined as follows:

      Base Period:  $467,256.00
      Option Year 1: $479,736.00
      Option Year 2: $492,216.00

5.  The contractor employees will be required to work in the following locations:

      Michigan State Office located in East Lansing, Michigan
      Flint Area Office located in Flint, Michigan
      Marquette Area Office located in Marquette, Michigan
      Grand Rapids Area Office located in Grand Rapids, Michigan
      Eaton County Service Center located in Charlotte, Michigan
      Isabella County Service Center located in Mt. Pleasant, Michigan

6.  The selected firm is deemed to be capable of providing the services described in the enclosed Performance Work Statement.

7.  A firm fixed price contract is anticipated.

8.  This service was previously contracted for through a small business using an agency wide indefinite delivery – indefinite quantity (IDIQ) contract.  The maximum threshold on the IDIQ has been met and no further orders can be issued.

USDA is an equal opportunity provider and employer.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0053946

9.  No solicitation for this specific acquisition has been issued nor has the requirement been publicly announced.

10.  The recommended 8(a) contractor for this acquisition is Winsay, Inc. located in Harlem, GA.

11.  No bonding requirements exist.

12.  Winsay, Inc. has expressed interest in being considered for this requirement.

13.  No SBA district or regional offices have asked for this acquisition under the 8(a) program.

14.  NRCS is not requesting that this be issued competitively.

15.  This requirement is not over the competitive threshold.

16.  It is recommended that this acquisition be pursued on a sole source basis with the contractor nominated herein.

Please notify this office of your decision regarding acceptance of this offer.  Per the Partnership Agreement between the SBA and USDA if no notification of acceptance or rejection is received within five (5) working days, the contracting office will move forward with the awarding of a contract.  A copy of the purchase order will be sent to you after award.

Should additional information be required, please contact the undersigned at (517) 324-5236 or gay.mullen@usda.gov.

Sincerely,

GAY MULLEN-BROWN
Digitally signed by GAY MULLEN-BROWN
Date: 2019.07.05 14:02:52 -04'00'

GAY MULLEN-BROWN
Contracting Officer

Enclosure

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0053947