UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
-----------------------------------------------------------------------x
ULTIMA SERVICES CORPORATION,                    :
                                                :
    Plaintiff,                                  :
                                                :
              -against-                      :
                                                :
                                                : No.2:20-cv-00041
                                                : DCLC-CRW
U.S. DEPARTMENT OF AGRICULTURE,                 :
U.S. SMALL BUSINESS ADMINISTRATION,             :
SECRETARY OF AGRICULTURE, and                   :
ADMINISTRATOR OF THE SMALL BUSINESS             :
ADMINISTRATION,                                 :
                                                :
    Defendants.                                 :
                                                :
-----------------------------------------------------------------------x

## STATEMENT OF MICHAEL ROSMAN

Michael Rosman hereby states:

    1.    Attached hereto as Exhibit 1 is a true and correct copy of Dr. Jonathan Guryan's Report.

    2.    Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of Dr. Jon Wainright's deposition transcript.

    3.    Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of Mr. Daniel Chow's deposition transcript.

    4.    Attached hereto as Exhibit 4 is a true and correct copy of relevant portions of Dr. Jonathan Guryan's deposition transcript.

I state under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2022

*/s/ Michael E. Rosman*
Michael E. Rosman