# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TENNESSEE
 2                  GREENEVILLE DIVISION
 3     - - - - - - - - - - - - - - - - :
                                       :
 4     ULTIMA SERVICES CORPORATION,    :
                                       :
 5              Plaintiff,             :  CASE NO.
                                       :
 6              vs.                    :  2:20-cv-00041
                                       :
 7     U.S. DEPARTMENT OF              :
       AGRICULTURE, et al.,            :
 8                                     :
                Defendants.            :
 9                                     :
       - - - - - - - - - - - - - - - - :
10
11            DEPOSITION OF JONATHAN GURYAN
12
13     DATE:              April 27, 2022
14     TIME:              9:30 a.m.
15     LOCATION:          Via Zoom Videoconference
16
       REPORTED BY:       Constance H. Rhodes
17                        Reporter, Notary
18
19
20
21
22     Job No. CS5185100
```

Case 2:20-cv-00041-DCLC-CRW　　Document 67-5　　Filed 07/05/22　　Page 2 of 6
PageID #: 2257
www.CapitalReportingCompany.com
202-857-3376

Page 18

1  case in which in your opinions have been, I would
2  say, excluded or stricken or limited by the court?
3    A   Yes.
4    Q   Have you ever been an expert in a case
5  involving the Small Business Administration's 8(a)
6  business development?
7    A   I believe so.
8    Q   Are you familiar with the Small Business
9  Administration's 8(a) business development
10 program?
11   A   I have made myself familiar with it over
12 the course of working on this case.
13   Q   What did you do to become familiar with
14 it while working on the case?
15   A   Well, I had conversations with counsel,
16 and then I also reviewed information on the web on
17 the -- about the -- that described the rules of
18 the program.  And then I read the filings in this
19 case.
20   Q   Which filings in the case have you read?
21   A   I read a copy of the complaint and then
22 I've also -- maybe this is not a filing, but I've

Page 19

1  read descriptions of it in other expert reports.
2    Q   The other experts in this case?
3    A   Yes.
4    Q   You said you read materials on the web.
5  Do you recall what those websites were?
6    A   I don't think I could tell you the --
7  like the web address, but they were -- I believe
8  they were websites, government websites, from the
9  Small Business Administration that describe the
10 8(a) program and the process of different ways to
11 become, you know, registered for the 8(a) program
12 and the rules.
13   Q   So what is your understanding of the
14 8(a) program?
15   A   My understanding of the 8(a) program is
16 that it's a program that is intended to increase
17 the share of government contracting dollars that
18 go to small businesses, in particular small
19 businesses that are economically disadvantaged --
20 economically and socially disadvantaged, I
21 believe; that the different government agencies
22 can -- I'm not sure I'll get the exact details of

Page 20

1  the contracting right, but they contract with the
2  Small Business Administration and designate some
3  contracts to be 8(a) contracts that would give
4  preferences to small businesses that are deemed to
5  be 8(a) eligible to win those contracts.
6         My understanding is that there are certain
7  groups of businesses that become eligible, are
8  presumed eligible, and then other -- but there are
9  other ways to become eligible to participate in the
10 8(a) program.
11   Q   Do you have any opinions about the 8(a)
12 program?
13       MR. ROSMAN:  Objection to the form of the
14 question.  You may answer.
15       THE WITNESS:  Are you asking if I am
16 offering an opinion as an expert in this case about
17 the 8(a) program?
18 BY MS. DINAN:
19   Q   Sure.  Let's go with that.
20   A   I'm -- I don't -- I'm not offering any
21 opinions on any legal matters because I'm not a
22 legal expert, and I'm -- I'm not -- I don't plan

Page 21

1  to offer any opinion about the 8(a) program other
2  than to the extent that it informs the opinions
3  that I've laid out in my report.
4    Q   I understand you are not offering an
5  expert about the 8(a) program.  Do you have any
6  personal opinions about the 8(a) program?
7    A   None that I intend to offer in this
8  case.
9    Q   Okay.  When were you first contacted by
10 the plaintiff about getting involved in this case?
11   A   I believe it was either January or
12 February of this year.
13   Q   Of 2022?
14   A   Yes.
15   Q   And what were you asked to do?
16   A   I was told there would be expert reports
17 filed by defense, and I was asked to review those
18 expert reports and to provide my opinion of the
19 methods used in those reports and of the
20 conclusions that those -- and opinions that those
21 experts offered.
22   Q   Were you contacted before or after

Case 2:20-cv-00041-DCLC-CRW   Document 67-5   Filed 07/05/22   Page 3 of 6
PageID #: 2258
6 (Pages 18 - 21)
www.CapitalReportingCompany.com

Page 38

1   Q  You indicate that the existence of
2  disparities in a particular market -- here I'm
3  reading from page 8 again -- could have been
4  caused by nondiscriminatory factors, by
5  discrimination that exists outside of that market
6  and discrimination that exists in markets that
7  affect participants prior to the market in
8  question, by discrimination by participants in the
9  market in question or other factors.
10      What do you mean in that paragraph, "by
11  discrimination that exists outside the market"?
12   A  Just to clarify, just to make sure the
13  record is clear, I think you skipped a few words
14  in reading that, so I just want to make sure that
15  if we're quoting from that sentence we use the
16  actual sentence in the report.
17      But you are asking about the phrase "by
18  discrimination that exists outside of that market?"
19   Q  Yes.
20   A  What I mean is that if the purpose or if
21  the intention of a test, a statistical test, is to
22  measure discrimination in a particular market,

Page 39

1  then you have to assess whether -- and you find a
2  disparity in that market, then you have to assess
3  whether that disparity was caused by factors other
4  than discrimination in that market.
5      Some of those factors could be
6  nondiscriminatory factors, and some of those factors
7  may be discrimination, but discrimination that
8  exists in some other market that has effects on this
9  market.
10   Q  Do you have an opinion as to what the
11  relevant market is in this case?
12   A  So that is a legal question that I do
13  not have an opinion on.  I -- so no, though I am
14  offering opinions that will -- you know, are
15  described later in the report about the fact that
16  some of the analyses that Dr. Wainwright and
17  Mr. Chow do include information from industries
18  that are different than the industry that the
19  plaintiff operates in.
20      But to be clear, I am not offering an
21  opinion about -- in a legal sense -- what is the
22  relevant market for the purposes of this case.

Page 40

1   Q  Is it your understanding that the only
2  relevant question in this case is whether
3  disparities in a particular market, specifically
4  the market that the plaintiff ultimately operates
5  in, have been caused by discrimination in that
6  market?
7   A  I'm not offering an opinion one way or
8  the about whether that is the relevant question.
9  What I'm offering is, based on my expertise as an
10  economist who studies discrimination, that the
11  analyses that Dr. Wainwright and Mr. Chow did,
12  they do not answer the question of whether
13  discrimination in a particular market caused a
14  disparity that they measure.  Whether that is the
15  relevant legal question is not something that I'm
16  opining.
17   Q  But you don't have an opinion as to what
18  the relevant market is, correct?
19   A  Again, when you say "relevant" if what
20  you mean by relevant is relevant in a legal sense,
21  I'm not offering an opinion about a legal question
22  like that.

Page 41

1   Q  I'm not asking in a legal sense.  I'm
2  asking in the sense that you just described it.
3  As you just said, I think, the question in this
4  case is whether there is discrimination in a
5  particular market.  You think their analyses
6  haven't answered that question.
7      So as you've explained it, what do you
8  consider to be the relevant market here?
9      MR. ROSMAN:  Objection to the form of the
10  question.  You may answer if you understand it.
11      THE WITNESS:  Again, I said a particular
12  market.  And what particular market or markets are
13  the markets that are relevant to the legal questions
14  in this case is not something that I am offering an
15  opinion on.
16      But what I am offering an opinion on is
17  if there is a particular market or set of markets,
18  that it is important, for the purpose of this
19  case, for somebody to test for the presence of
20  discrimination.  I'm offering an opinion that in
21  order to assess whether there is discrimination in
22  any set of markets, you have to assess whether any

Case 2:20-cv-00041-DCLC-CRW   Document 67-5   Filed 07/05/22   Page 4 of 6
PageID #: 2259
11 (Pages 38 - 41)
www.CapitalReportingCompany.com

Page 74

1  in the rest of this study, which include audit
2  studies, correspondence studies, natural
3  experiments, field experiments.  Those are methods
4  that, you know, people have developed in different
5  contexts to try to measure whether treatment is
6  different of, for instance, workers who are equally
7  productive or would be equally productive but happen
8  to be of a different race or a different gender.
9      Q   Do you believe that discrimination
10 requires proof of an individual's conscious
11 intent?
12         MR. ROSMAN:  Objection to the form of the
13 question.  You may answer.
14         THE WITNESS:  So let me preface this by
15 saying I'm not a legal expert.  I'm not offering
16 legal opinions.  My understanding is that that
17 question depends on the type of discrimination
18 that's being claimed.  So there certainly are
19 situations in my nonexpert -- nonlegal expert
20 understanding where it is possible to violate the
21 law related to discrimination without someone having
22 to show intent.

Page 75

1  BY MS. DINAN:
2      Q   I understand this is just an example,
3  but this example discusses hiring decisions.  Do
4  you believe it has any relevance to contracting?
5      A   Again, I'm going to be careful when you
6  use the word relevant because relevant sounds like
7  something you are asking me for an opinion about
8  what's relevant in the legal sense.
9      Q   I am not.  I assure you.
10     A   So then I'm not sure what you mean.
11     Q   I guess my question is, here the example
12 is talking about how you would determine what's in
13 the mind of an employer when making a hiring
14 decision.  How, for example, would you determine
15 what's in the mind of a contractor when making
16 decisions about whether or not to accept a bid?
17     A   No.  That's -- again, I disagree with
18 the premise of the question.  Bertrand and Duflo
19 are not saying that it is necessary to figure out
20 what's in the mind of an employer to perform a
21 proper test for discrimination.  What they're
22 saying is that even if employers never based their

Page 76

1  decision of pay on group membership, you could end
2  up with differences in pay that would show up in
3  regression.  That's different from saying that it
4  is necessary to draw an inference of an employer's
5  intent to come to a conclusion about
6  discrimination.
7      Q   Okay.  Same footnote, it says:  It could
8  be the case that race or gender is correlated with
9  other proxies for productivity that are
10 unobservable to the researcher.
11         Are you aware of any studies that show a
12 correlation between race and productivity?
13     A   So for instance, average years of
14 education are higher for -- for white people than
15 black people on average.  And years of education
16 is correlated with productivity on average.
17 That's not going to be true in every job.  There
18 are some jobs where education probably isn't
19 correlated with productivity.  There are others
20 where it is.  That's an example of something that
21 might vary on average by race that is correlated
22 with productivity.  Again, on average.

Page 77

1          It's also the case that the way, you know,
2  public schools are funded in the United States and
3  the fact that there is racial segregation in where
4  people live contributes to the differences in the
5  funding of schools that, on average, African
6  American and white kids go to.  And so differences
7  in access to well funded education might generate
8  differences in average productivity by the time
9  people get to the labor market.  An employer may not
10 have very good information, and certainly a
11 researcher may not have very good information on the
12 level of funding in schools that people attended
13 when they were kids.
14     Q   You listed two factors:  Average years
15 of education and school funding or access to
16 education, which are not themselves -- which are
17 separate factors that you can control for other
18 than race itself, correct?
19     A   It depends on what information you have
20 in a dataset.  So you might have years of
21 education in a dataset.  That would be relatively
22 common.  It would be fairly uncommon in a dataset

Case 2:20-cv-00041-DCLC-CRW   Document 67-5   Filed 07/05/22   Page 5 of 6
PageID #: 2260
20 (Pages 74 - 77)
www.CapitalReportingCompany.com

Page 94

1 to answer. I can't answer that in the abstract
2 without knowing what question I'm trying to answer
3 and what data I have and what the setting is that
4 I'm trying to answer the question in.
5    Q   Let's assume we're looking for
6 disparities in contracting, the issue in this
7 case, and you are trying to determine which
8 variables to include. What types of information
9 would you look at in making that judgment?
10       MR. ROSMAN: Objection to the form of the
11 question.
12       THE WITNESS: Your question suggested that
13 the goal is to measure disparities. Are you really
14 asking whether we want to measure disparities, or
15 are we trying to measure discrimination?
16 BY MS. DINAN:
17    Q   I'm trying to get at your thinking
18 process. You, as an economist, are -- are, you
19 know, trying to put together a study of regression
20 analysis and determine which variables to include
21 in that regression analysis. What would you do to
22 make those decisions?

Page 95

1    A   Well, the first thing I would do is I
2 would determine what question I'm trying to
3 answer, which you haven't specified. So what
4 variables I put into a regression would depend on
5 what question I was trying to answer. I also
6 don't agree with the premise that I would even be
7 running a regression to try to answer this
8 question. It would depend on what question I was
9 trying to answer.
10       One of my opinions is that there's some
11 questions where it's unlikely that we will be able
12 to answer them using a regression method that tries
13 to hold things constant as opposed to some other
14 method.
15    Q   I understand that you think regression
16 is inappropriate for this. But let's take an
17 example. Again, this case. I will be more
18 precise. You're not looking at measuring
19 disparities, but you're looking to measure whether
20 there is discrimination in contracting outcomes.
21 And you are looking to run a regression to do
22 that. How would you think about which variables

Page 96

1 to include?
2       MR. ROSMAN: I'm going to object to the
3 question again. Go ahead.
4       THE WITNESS: I disagree with the premise.
5 I'm not willing to agree that I would try to run a
6 regression to try to answer that question.
7 BY MS. DINAN:
8    Q   Is it your opinion that if you are not
9 able to control for every possible variable that
10 might cause the average outcomes of two groups to
11 be different that you have failed to do a proper
12 regression analysis?
13    A   Whether the regression analysis is
14 proper or not depends on what question you are
15 trying to answer. If you are trying to answer a
16 question of whether discrimination is present in a
17 particular market, then in order to do that using
18 a regression analysis, you need to be able to rule
19 out that any disparity that you measure may have
20 been caused by nondiscriminatory factors or by
21 factors in other markets that you are not trying
22 to test for discrimination in. If the regression

Page 97

1 analysis can't do that, then it can't answer the
2 question.
3    Q   If a regression analysis can't do that,
4 as you said, do you think there's any value in a
5 regression analysis at all?
6    A   Whether there is value is basically
7 asking whether it can answer some other question
8 and whether the answer to some other question is
9 valuable in the context of this case is not for me
10 to decide.
11       I don't have an opinion about what
12 questions should be answered by -- you know, that
13 would be relevant for legal proceedings. I'm just
14 saying that if the purpose of a statistical analysis
15 is to test for discrimination in a market, you must
16 be able to rule out nondiscriminatory factors or
17 discrimination in other markets that had the
18 potential to cause the disparity. And if you can't
19 do that, then you are not able to use that
20 regression analysis to answer the question of
21 whether there's discrimination in that market.
22    Q   You've indicated in your own research,