# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TENNESSEE
 2                    GREENEVILLE DIVISION
 3    - - - - - - - - - - - - - - - - :
                                       :
 4    ULTIMA SERVICES CORPORATION,     :
                                       :
 5              Plaintiff,             :  CASE NO.
                                       :
 6              vs.                    :  2:20-cv-00041
                                       :
 7    U.S. DEPARTMENT OF               :
      AGRICULTURE, et al.,             :
 8                                     :
                Defendants.            :
 9                                     :
      - - - - - - - - - - - - - - - - :
10
11            DEPOSITION OF JONATHAN GURYAN
12
13    DATE:              April 27, 2022
14    TIME:              9:30 a.m.
15    LOCATION:          Via Zoom Videoconference
16
      REPORTED BY:       Constance H. Rhodes
17                       Reporter, Notary
18
19
20
21
22    Job No. CS5185100
```

Case 2:20-cv-00041-DCLC-CRW   Document 68-6   Filed 07/05/22   Page 2 of 6
PageID #: 2391
www.CapitalReportingCompany.com
202-857-3376

Page 86

1  estimate of the relationship between the dependent
2  variable and the variable of interest.
3      Q   Okay.  As you just said, in order for an
4  omitted variable to bias the results, there would
5  have to be a measurable difference in that
6  variable and the future measurement, correct?
7      A   Sorry.  It was hard to hear the end of
8  the question.
9      Q   In order for an omitted variable to bias
10 the results, there would have to be a measurable
11 difference between that variable and the two
12 groups you are measuring or you are studying,
13 correct?
14     A   So in the context of running a
15 regression, measuring disparities and trying to
16 test for discrimination, the variable of interest
17 would be a variable that indicated membership in
18 the group that you are trying to measure the
19 disparity for or the discrimination against.  So
20 that could be African Americans, it could be
21 women.  There will be omitted variable bias if
22 there is a variable that is not included in the

Page 87

1  regression as a control that meets two conditions.
2  One is that that variable contributes to the
3  outcome; and the other, which is I think what you
4  were getting at, is that the variable is
5  correlated with the variable of interest which in
6  this case would be an indicator variable for being
7  a member of the group that you are trying to test
8  discrimination in.
9      Q   Right.  So in other words, you think
10 there are no differences between the two groups
11 you are studying on a particular variable, you
12 don't agree it wouldn't be a problem to fail to
13 control for it, right?
14         MR. ROSMAN:  Objection to the form of the
15 question.  You may answer.
16         THE WITNESS:  So if we are referring to
17 some factor other than discrimination, if you assume
18 that that factor is not different between, say,
19 African Americans and whites, then -- and if that
20 assumption is correct, then failing to control for
21 it wouldn't lead to bias.  But without testing
22 whether that assumption is correct, it would be

Page 88

1  inappropriate to draw a conclusion that the
2  difference in outcomes that you measure is the
3  result of discrimination because you've assumed that
4  this other factor was not a contributor.  You
5  essentially assumed the answer to the question
6  before you started.
7  BY MS. DINAN:
8      Q   In your report you explain -- this is on
9  page 12 -- that when performing your regression
10 analysis, in order to attribute a measured
11 difference to discrimination, it is necessary to
12 control for everything besides discrimination that
13 might cause the average outcomes of the two groups
14 to be different.
15         Do you believe that it's possible to
16 control for every possible variable that might cause
17 the average outcomes of two groups to be different?
18     A   Using standard datasets like the current
19 population survey or the American community
20 survey, it is often impossible to do that.  That
21 is the source of the criticism that I described
22 earlier.

Page 89

1      Q   I'm asking a different question.  I'm
2  asking is it ever possible to control for every
3  possible variable that might cause the average
4  outcomes of two groups to be different?
5         MR. ROSMAN:  Objection to the form of the
6  question.
7         THE WITNESS:  I think that's the same
8  question.  What I'm saying is, because it is often
9  impossible using the datasets that people actually
10 have access to to control for every factor other
11 than discrimination that could cause differences in
12 outcomes, it is inappropriate to use that method,
13 given that limitation in the data, to draw a
14 conclusion that the difference in outcomes that you
15 observe must be the result of discrimination as
16 opposed to some other thing that it was not possible
17 to control for.
18 BY MS. DINAN:
19     Q   But I'm talking about regardless of the
20 dataset.  You are not using the CPS or the ACS or
21 datasets that I understand you have criticisms of,
22 is it ever possible to control for every possible

Case 2:20-cv-00041-DCLC-CRW   Document 68-6   Filed 07/05/22   Page 3 of 6
PageID #: 2392
23 (Pages 86 - 89)
www.CapitalReportingCompany.com

Page 98

1  you do often analyze large datasets using
2  regression analysis. In general, when you perform
3  a regression analysis, how do you determine which
4  variables to include? What types of information
5  would you consider?
6     A   It would depend on what question I was
7  trying to answer with that regression analysis.
8  Regressions measure average differences holding
9  things constant. They estimate -- calculate
10 conditional means, conditional averages. Whether
11 those conditional averages answer a particular
12 question depends on what question you are trying
13 to answer. So if I was trying to answer one
14 question I might try to set up the regression one
15 way. And if I was trying to answer another
16 question, I would set up the regression in a
17 different way.
18    Q   And you don't have any opinion as to how
19 you might consider which variables to include in a
20 regression to measure discrimination because you
21 don't think that's an appropriate method; is that
22 correct?

Page 99

1     A   I agree with the assessment of the
2  National Academy of Sciences that it is unlikely
3  that running a regression and trying to hold
4  things constant is likely to be able to rule out
5  other nondiscriminatory factors as potential
6  explanations, because most datasets that one would
7  have access to are unlikely to have all the
8  variables you would need to hold all those other
9  things constant. And so I would be unlikely to
10 use that method to try to test for discrimination
11 if testing for discrimination was the thing that I
12 was trying to do.
13    Q   Under what circumstances do you use
14 regression analysis?
15    A   So, for instance, when I'm evaluating
16 the effect of a program in schools where we've
17 randomly assigned the offer of participation to
18 some students and not to others, I will run a
19 regression of the outcome that I've specified as
20 key outcome we're trying to measure the effect on.
21        Let's say it's, for instance, test scores
22 or grades on an indicator for having been randomly

Page 100

1  assigned the offer of participating in the program.
2  And I will sometimes control for other variables
3  that, you know, vary across different students in
4  the dataset to hold some of those things constant.
5  That's one type of situation where I regularly run
6  regressions.
7     Q   Why do you -- you've criticized
8  regression analyses quite a bit. Given the flaws
9  you've identified, why do you think it's
10 appropriate to use it in that context?
11    A   Just to -- every time you suggest this,
12 I'll correct you. I have criticized the use of
13 regression to try to test for discrimination. I
14 have not criticized the use of regression in
15 general. As I've said multiple times, regression
16 analysis is a valuable and powerful tool when it
17 is used to answer questions that it is appropriate
18 to answer.
19        So I run regressions all the time. I
20 teach a class on the use of regressions and talk
21 about all the ways that it can be useful in trying
22 to answer questions in social science. And in the

Page 101

1  method that I've just described, because we've
2  randomly assigned the offer of participation. I
3  don't actually need to control for variables because
4  the random assignment makes it so those variables
5  are going to be uncorrelated with the key variable
6  of interest.
7         It can be useful to control for variables
8  because it helps improve the precision of the
9  estimates. It reduces the confidence intervals
10 essentially or the margin of error in the estimates.
11        There are other situations where when we
12 randomly assign the offer of participation in a
13 program, the probability of being assigned to the
14 treatment group varies across, say, schools or
15 grades; and in that situation you have to control
16 for school or grade effects to make it so that the
17 random assignment is comparing people who had equal
18 chances of being offered participation in the
19 program.
20    Q   Is it fair to say that regression
21 analysis is commonly used by economists studying
22 or testing for discrimination?

Case 2:20-cv-00041-DCLC-CRW   Document 68-6   Filed 07/05/22   Page 4 of 6
PageID #: 2393
26 (Pages 98 - 101)
www.CapitalReportingCompany.com

| Page 102 | Page 104 |
|---|---|
| 1  A  I would not say it is commonly -- it is<br>2  commonly used -- I would not say that regression<br>3  is commonly used as a method to test for<br>4  discrimination in peer-reviewed studies that are<br>5  published in the last decade or so.  I would say<br>6  that regression is a method that is commonly used<br>7  by economists to study other things.  And I would<br>8  also say that regression is a method that is<br>9  commonly used by economists who are documenting<br>10  disparities.<br>11  Q  It's commonly used by economists for<br>12  documenting disparities but not necessarily<br>13  testing for the presence of discrimination?<br>14  A  That's -- I would -- that would be my<br>15  assessment, yes.<br>16     Can I just clarify the question?  I assume<br>17  when you say -- when you are asking what economists<br>18  are doing, I assume you are talking about in<br>19  peer-reviewed academic journals.  I couldn't tell<br>20  you what economists are doing on their own time or<br>21  in other settings that are not peer-reviewed<br>22  settings. | 1  that are themselves tainted by discrimination if<br>2  you're measuring for discrimination?<br>3     MR. ROSMAN:  Well, I'll object because I<br>4  think it has been answered in prior testimony.  But<br>5  please answer.<br>6     THE WITNESS:  So I will -- I agree that if<br>7  one controls for a variable that is affected by<br>8  discrimination in the market that you are trying to<br>9  test for that that can cause you to understate the<br>10  effects of discrimination.  But it is also the case<br>11  that if there are differences in some factor of that<br>12  type as affected by discrimination that happened<br>13  elsewhere, whether it was in some other market or<br>14  long ago, that failing to control for those<br>15  differences also causes you to mismeasure<br>16  discrimination.<br>17  BY MS. DINAN:<br>18  Q  Moving on to the next section of your<br>19  report on external validity.  That's 6.1.2 on page<br>20  12.  You say that finding on disparity in one<br>21  market does not imply there is necessarily a<br>22  similar disparity in another market. |

| Page 103 | Page 105 |
|---|---|
| 1  Q  Fair enough.  I take it that's what<br>2  you're most familiar with -- the context in which<br>3  you're most familiar with how other economists<br>4  work; is that right?<br>5  A  Or presenting their work.  But, you<br>6  know, I'm -- if there are the other settings that<br>7  economists are running regressions to test for<br>8  discrimination, they are not using methods that<br>9  could get published in peer-reviewed studies.<br>10     I recognize that, you know, Dr. Wainwright<br>11  included hundreds of studies where there were<br>12  regressions run in these disparity studies, which I<br>13  had criticized.  So I recognize that there are<br>14  economists who are using those methods.  They just<br>15  are methods that are not appropriate for testing for<br>16  discrimination, and they are not methods that could<br>17  be used in studies that could get published in<br>18  peer-reviewed studies.<br>19  Q  We touched on this briefly earlier, but<br>20  just to confirm, would you agree that it's not<br>21  appropriate to rely on measures of qualifications,<br>22  abilities, or capacities in regression analysis | 1     Do you believe that if you analyze a<br>2  number of different markets or industries and the<br>3  results consistently show the same disparities, that<br>4  would give you greater confidence on the external<br>5  validity of your results?<br>6  A  I believe that there could be<br>7  discrimination in some markets and not<br>8  discrimination in others.  I believe that if you<br>9  find discrimination in some markets, it does not<br>10  necessarily mean that there's discrimination in<br>11  others.<br>12     I also believe that if you analyze<br>13  discrimination in a market that is broader than the<br>14  market that you're trying to measure discrimination<br>15  in and you find a disparity or even<br>16  discrimination -- evidence of discrimination, that<br>17  that may mean that there's discrimination in one<br>18  part of the market but not the other.<br>19  Q  Okay.  Would your answer be different if<br>20  what you're testing for is the presence of<br>21  discrimination in the economy as a whole?<br>22  A  What do you mean by "discrimination in |

Case 2:20-cv-00041-DCLC-CRW   Document 68-6   Filed 07/05/22   Page 5 of 6
PageID #: 2394
27 (Pages 102 - 105)
www.CapitalReportingCompany.com

Page 218

1  controlling for in his report. Yes.
2     Q  Do you recall what those variables were?
3     A  They are variables like the corporate
4  structure of the business and the level of
5  confidential or top secret clearance of the
6  business; the size of the business measured by
7  employment or revenues; how old the business is;
8  whether the business owner is a veteran, disabled
9  veteran; and then whether the business is in the
10 8(a) program or not; whether the business is woman
11 owned or minority owned. I believe there might be
12 some others.
13    Q  Were you able to identify any variable
14 that you believe should have been controlled for
15 by Mr. Chow that might have affected the average
16 outcomes of the group he was measuring that he did
17 not control for?
18    A  Again, I'll just have to correct that.
19 I'm not offering an opinion about what someone
20 should or should not have controlled for. I'm
21 offering an opinion about whether the conclusion
22 based on the analysis that was run, that the

Page 219

1  disparity is the result of discrimination as
2  opposed to some other factor, is appropriate.
3     But with that caveat, as I've described in
4  my report, one type of variable that is not
5  controlled for in Mr. Chow's analysis is whether
6  businesses bid on contracts, the frequency with
7  which they bid on -- bid for contracts, or what
8  their bids were.
9     Q  Now, we've discussed bidding behavior
10 pretty extensively, but, again, as you've
11 testified, I guess, have you seen any evidence
12 that there is a difference in bidding behavior and
13 the frequency of bidding or the number of bids
14 submitted between minority-owned businesses and
15 nonminority-owned businesses?
16    A  I'm not aware of evidence on that. I
17 don't know. There might be evidence on that, but
18 my opinion is that without controlling for bidding
19 behavior and without some knowledge that there
20 isn't differences in bidding behavior, it's
21 inappropriate to draw the conclusion that the
22 differences in rates of winning awards is the

Page 220

1  result of discrimination as opposed to something
2  else like potential differences in the bids that
3  are submitted and the frequency with which
4  businesses submit bids.
5     Q  And if you were to, how would you
6  measure bidding behavior of businesses?
7     A  You would need data on the frequency
8  with which businesses in the sample submitted
9  bids, and what their bids were. Ideally, you
10 would want other features of the bids to hold
11 constant the -- what they were proposing to do in
12 the work.
13    It might -- you know, exactly what you
14 would want to control for would vary depending on
15 what type of contract was being bid on and the rules
16 of the contracting bid process. But you'd have to
17 sort of think through all that and learn all of that
18 to design a study that could control those things in
19 the right way.
20    Q  Are you aware of any dataset that
21 includes that type of information?
22    A  There definitely are datasets that

Page 221

1  include bidding behavior by firms in contracting.
2  There are studies that have used a dataset like
3  this.
4     Q  Okay. Have you yourself performed any
5  analysis of firms' bidding behavior?
6     A  I have not myself, no. But I'm aware of
7  studies that have.
8     Q  Okay. Did you attempt to review
9  Mr. Chow's analysis with bidding behavior
10 included?
11    A  No.
12    Q  Why not?
13    A  I wasn't asked to perform my own
14 analysis. I was asked to comment on the methods
15 and the conclusions reached by the experts,
16 including Mr. Chow, I also believe that the data
17 that Mr. Chow shared is fundamentally flawed for
18 answering the question, and so I don't believe it
19 would have made sense to try to make changes to
20 the analysis using that flawed data to answer a
21 question about the likelihood of winning
22 contracts.

Case 2:20-cv-00041-DCLC-CRW   Document 68-6   Filed 07/05/22   Page 6 of 6
PageID #: 2395
56 (Pages 218 - 221)
www.CapitalReportingCompany.com