UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------------------x
ULTIMA SERVICES CORPORATION,                        :
                                                    :
    Plaintiff,                   :
                                                    :
    -against-                    :
                                                    :
                                                    : No.2:20-cv-00041
                                                    : DCLC-CRW
U.S. DEPARTMENT OF AGRICULTURE,                     :
U.S. SMALL BUSINESS ADMINISTRATION,                 :
SECRETARY OF AGRICULTURE, and                       :
ADMINISTRATOR OF THE SMALL BUSINESS                 :
ADMINISTRATION,                                     :
                                                    :
    Defendants.                  :
                                                    :
------------------------------------------------------------------------x

## STATEMENT OF MICHAEL ROSMAN

Michael Rosman hereby states:

1. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of Mr. Daniel Chow's deposition transcript.

I state under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2022

*/s/ Michael E. Rosman*
Michael E. Rosman