EXHIBIT 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TENNESSEE
 2
         -----------------------------:
 3    ULTIMA SERVICES CORPORATION,    :
                                      :
 4              Plaintiff,            :
                                      :
 5         vs.                        : Case No.:
                                      : 2:20-cv-00041-
 6    U.S. DEPARTMENT OF AGRICULTURE,: DCLC-CRW
      et al.,                         :
 7                                    :
                Defendants.           :
 8       -----------------------------:
 9
10
11           REMOTE DEPOSITION OF DANIEL CHOW
12
13    DATE:           March 10, 2022
14    TIME:           10:06 a.m.
15    LOCATION:       Rockville, Maryland
16    REPORTED BY:    Shari R. Broussard, RPR, CSR
                      Reporter, Notary
17
18
19
20
21           Veritext Legal Solutions
            1250 Eye Street, NW, Suite 350
22               Washington, D.C. 20005
```

Veritext Legal Solutions
215-241-1000 · 610-434-8588 · 302-571-0510 · 202-803-8830

A P P E A R A N C E S

On behalf of Plaintiff:
   MICHAEL E. ROSMAN, ESQUIRE
   MICHELLE A. SCOTT, ESQUIRE
   Center for Individual Rights
   1100 Connecticut Avenue, Northwest
   Suite 625
   Washington, D.C. 20036
   (202) 833-8400
   rosman@cir-usa.gov

On behalf of Defendants:

   CHRISTINE DINAN, ESQUIRE
   JULIET GRAY, ESQUIRE
   ANDREW BRANIFF, ESQUIRE
   Department of Justice
   Civil Rights Division
   Employment Litigation Section
   150 M Street, Northeast
   Washington, D.C. 20530
   christine.dinan@usdoj.gov
   juliet.gray@usdoj.gov
   andrew.braniff@usdoj.gov

ALSO PRESENT:
   Josephine Arnold, Esquire, MBDA

---

C O N T E N T S

EXAMINATION BY:          PAGE
  Counsel for Plaintiff     4, 113
  Counsel for Defendant    109

CHOW DEPOSITION EXHIBITS:  *      PAGE
Exhibit 1  Curriculum Vitae     5
Exhibit 2  Executive Order 12432    15
Exhibit 3  Update to the Assessment of Contracting
    Outcomes for Small Disadvantaged
    Businesses, 2/7/22    33

(* Exhibits attached to transcript.)

---

P R O C E E D I N G S

WHEREUPON,

       DANIEL CHOW

called as a witness, and having been sworn by the notary public, was examined and testified as follows:

       EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. ROSMAN:

  Q   Good morning, Mr. Chow. My name is Michael Rosman. I represent the plaintiff in the lawsuit which you're about to give a deposition.

     Have you ever been deposed before?

  A   None before this one.

  Q   Okay. Why don't you just state your name and address for the record, please.

  A   My name is Daniel Chow, C-H-O-W. My address is 11910 Kings Bridge Way, Rockville, Maryland 20852.

  Q   Great. Thank you.

     So let me just explain. This is a proceeding before trial in a lawsuit. You've been sworn to tell the truth. I'm going to ask a

---

series of questions which you should answer to the best of your knowledge and ability. If you don't understand a question, if I've said something confusing, you can ask for some clarification and I might rephrase it. If you need a break at some point, you can ask me for that and we'll try to arrange one as quickly as we can.

     Do you have any questions about that?

  A   None. Thank you.

     (Chow Exhibit Number 1 was marked for identification.)

BY MR. ROSMAN:

  Q   Okay. I've marked as Plaintiff's Exhibit 1 your CV or what was given to us as your CV.

     Could you just confirm that that is in fact your CV?

  A   Yes, this is my CV.

  Q   Okay. I just have a few questions about it. I noticed in the first position at the U.S. Bureau of Labor Statistics it says that you authored professional journal articles and I was

---

Case 2:20-cv-00041-DCLC-CRW   Document 69-2  Filed 07/12/22   Page 3 of 7
Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Page 838 2400

1 it would mean merging up to a higher level as
2 opposed --
3     Q   Okay.  How about combined?
4     A   -- to merging a lower --
5     Q   I'm sorry to interrupt.
6     A   No, please go ahead.
7     Q   How about combined?  Is it fair to say
8 you combined six-digit, five-digit, four-digit
9 NAICS code into a three-digit NAICS code?
10     A   Sorry, I'm thinking about how the
11 process works.
12         The -- the NAICS codes are already
13 disaggregated at the six-digit level, so I did not
14 specifically take the six digit and say remove
15 data to make it a five digit and then remove data
16 to make it a four digit and then remove data to
17 make -- I didn't do that approach.
18         What this study did was it looked --
19 the -- the code looks at the six-digit level that
20 is reported in SAM and then it removes the first
21 three digits from that six-digit code.  So there
22 was no, in a sense, removing data or altering data

1 to get at that three-digit code.
2     Q   No, I think I understand it.  Okay.  I
3 think we sort of understand each other now.
4         Does the FPDS database identify which
5 agency awarded a specific contract?
6     A   I don't know the answer to that.  I
7 didn't look at that deeply as -- as to
8 whether that occurred and with the variables that
9 I was given, which may be a subset of all the
10 possible variables for the FPDS, I did not see a
11 particular field for agency.
12     Q   Okay.  So you didn't do any specific
13 analysis for the Defendant, U.S. Department of
14 Agriculture; is that right?
15     A   Correct.
16     Q   Okay.  I'm going to ask some questions
17 about both databases now.  I asked this about I
18 think the SAM database before, but let me make
19 sure I understand.
20         Did either of the databases -- let's
21 just say any of the data- -- did any of the
22 databases tell you whether a registrant had bid on

1 a federal contract and not received it?
2     A   I have no knowledge of whether they bid
3 or did not bid on a contract.  What I do --
4     Q   Okay.
5     A   What I do have is -- what I do have is
6 some count of contracts, but I don't have any bid
7 data as far as I know.  I've not seen anything
8 called bid.
9     Q   Is there anything in either of the two
10 databases or any of the databases that you looked
11 at which would tell you whether a specific
12 registrant was eligible to bid on a contract?
13     A   No.  I didn't look at -- I did not see
14 any field that talked about eligibility criteria
15 for bidding.
16     Q   Okay.  Were there any entries in the
17 FPDS database that provided contract data that did
18 not match up with a registrant in the SAM
19 database?
20     A   No, I did not look so deeply, but we --
21 I used the DUNS number or CAGE code to match
22 registered firms with their counterpart in the

1 FPDS database in order to obtain characteristics
2 from both sides.
3     Q   Okay.  But I guess my question is did
4 you have any things that didn't match where you --
5 somebody won a contract, but they weren't in the
6 SAM database?
7     A   It is possible, but I don't know
8 specifically so.
9     Q   You don't have a specific recollection
10 of that happening?
11     A   I don't think I ever analyzed it to such
12 detail.
13     Q   So I'm going to ask you a few questions
14 about the term "observation," which you used in
15 your report.
16         Can you tell me what you meant by
17 "observation"?
18     A   Observations typically refers to a row
19 in a dataset as opposed to a column.
20     Q   Okay.  So in the report you say there
21 was about 7.4 million observations from the SAM
22 database and 5.1 million from the FPDS database.

13 (Pages 46 - 49)

1  Each of those numbers just refers to a row in the
2  database; is that right?
3      A   Correct.
4      Q   Okay.  And then you said that you
5  combined the two databases into 5.6 million
6  registration observations by merging and removing
7  redundant and extraneous observations by DUNS
8  numbers.
9          Can you just explain that process,
10  please.
11     A   Yes.  The process -- because there may
12  be a lot of duplicate -- a large number of
13  duplicate observations where the registrant merely
14  changes something about their reporting identity.
15  Suppose they just change their address.  Every
16  time some small change like that occurs, it
17  creates a brands -- it creates a new observation
18  for that firm.  It could be anything.  It could be
19  a phone number change, it could be an e-mail
20  change, it could be an attempt to -- to correct a
21  mistake in their records, it could be a change in
22  the size of the company for instance.

1          So in order to merge these two and
2  remove the so-called extraneous observations, I
3  had to make sure that there was the very latest
4  version of that firm's data and be able to sort
5  them by their DUNS and/or CAGE code.
6      Q   Your study covered a period of time in
7  excess of one year; is that right?
8      A   Eighteen months, correct.
9      Q   And to your knowledge are SAM
10  registrants required to be registered in SAM each
11  year?
12     A   Yes, it's either reregister or
13  recertify.  It's -- I believe it's -- it's -- in
14  my mind that's synonymous.
15     Q   That's fine.
16         And when you got the raw databases -- or
17  when you got the raw database of the SAM database,
18  would each annual registration or certification be
19  a separate observation?
20     A   That would be a separate column, not an
21  observation.
22     Q   Tell me what you mean by "column" then.

1      A   Column data often refers to a variable.
2  There's a separate flag or variable for
3  registration date.
4      Q   So it would be one row in your database,
5  but there would be several checkmarks for
6  registration, not just one; is that right?
7      A   No.  What I mean is that for a given row
8  there are multiple columns.  Each column we can
9  call a variable.  One of those -- at least one of
10  those variables will be called registration date
11  and there may be a couple others referring to
12  their -- whether they -- what day did they
13  register on and what their expiration date will be
14  because, as I understand -- as I understand it,
15  firms have to go back and reregister if they want
16  to maintain their status within their -- within
17  the -- the database.
18     Q   Okay.  I think I get it, but we're not
19  coming up with a set of words that we can agree
20  on.  So would there be a separate column, as you
21  say, for reregistering in addition to the initial
22  registration."

1      A   Yes, that's what I'm saying.
2      Q   Okay.  And so it wouldn't necessarily --
3  you didn't have to eliminate an observation
4  because of a reregistration?  That wasn't
5  necessary?
6      A   No, I -- I would -- I would have
7  included that firm if they reregistered; however,
8  if they did not register within a certain amount
9  of time, most likely that firm was dropped, yes.
10     Q   Okay.  Okay.  I want to go back to the
11  word "observations."
12         At one point in your report you refer to
13  industry observations and you said you had about
14  1.1 million industry observations.  I'm just
15  wondering what an industry observation is and how
16  that differs from the observations we were talking
17  about a minute or two ago.
18     A   That's your question?
19     Q   Yes.
20     A   Okay.
21     Q   That is my question.
22     A   Okay.  So an industry observation refers

14 (Pages 50 - 53)

1 arithmetic, but I'm still not understanding why
2 they're not more industry observations. If we're
3 counting every NAICS code of an individual firm
4 and every firm has at least one NAICS code, why
5 aren't there more industry observations than
6 registration observations?
7     A   There may be some data that are not
8 reported by the firms and if that data wasn't
9 reported, maybe those observations weren't
10 included in its given industry. So perhaps they
11 didn't report the number of employees, for
12 instance. So the condition may be set that -- a
13 condition may occur where it wasn't included in
14 that particular set of NAICS industries, so you'd
15 get fewer -- fewer observations in the -- in the
16 NAICS -- among NAICS industries, the distribution.
17     Q   Okay. So at the end of the day in
18 Table 3 in your Pooled Regression Results, you
19 indicated about a half a million observations,
20 right?
21     A   Correct, 504,000 or so.
22     Q   Yes. Tell me what those observations

1 are.
2     A   Well, these are observations that are --
3 excuse me while I look it up.
4         So these are the observations that have
5 some value in regards to the 18 or so
6 characteristics that were shown in Table 3. So
7 these are the ones that have data that allow a
8 regression analysis to occur and also they're a
9 result of some collapsing or aggregating of data
10 after some filtering out of duplicates and so on
11 and so forth.
12     Q   Okay. Okay. I want to move on to the
13 variables.
14         You combined 42 variables from the SAM
15 database -- well, let's start with that.
16         You said that the SAM registrant data
17 have 42 variables, right?
18     A   Forty-two that were used, correct.
19     Q   Okay. And give me some examples of what
20 they were.
21     A   DUNS number would be the, like, address
22 of the firm, maybe the firm's employment number,

1 receipts. I don't have the entire list in front
2 of me.
3     Q   Okay. And the same question for the
4 FPDS database where I think you indicated that
5 there were 55 variables.
6     A   Yes. So those would -- they include
7 things like variables such as whether it was a
8 Veteran owned, the type of organization, the --
9 whether it was women owned, minority owned, those
10 kinds of things. Again, I -- I don't have the
11 entire list in front of me.
12     Q   That's fine.
13         And then you combine them into 64
14 variables I believe; is that right?
15     A   Yes.
16     Q   Okay. And tell me how you combined the
17 42 variables from the SAM database and the 55
18 variables from the FPDS database into 64
19 variables.
20     A   Well, I used the Stata code and merged
21 by DUNS or CAGE depending on the step in the
22 process and this allowed me to remove any

1 variables that were not necessarily needed for the
2 study.
3         I took a more conservative approach by
4 including possible variables that might be useful
5 and I chose those variables because I did not have
6 the code provided to me at the time, so I did an
7 educated guess as to which of the most important
8 variables were needed. So by the time I received
9 the code and was able to do the correct and proper
10 merges, a number of variables were -- were safely
11 dropped.
12         So 64 was the number. And that's --
13 that might have included a couple of variables
14 that I still kept in case I needed to backtrack
15 and rerun something.
16     Q   Okay. Let me see if I understand it.
17 Did you do the merging of the variables prior to
18 getting the databases?
19     A   No, I -- I don't get databases, I get
20 datasets.
21     Q   Fair enough. Datasets.
22     A   So I did not merge -- do any merging

16 (Pages 58 - 61)

1    Q  Okay.  Did you ask for any data

2  concerning bidding by firms on federal contracts?

3    A  No, I did not.

4    MR. ROSMAN:  That's it.  I'm done.

5    MS. DINAN:  I think we're all set.  We

6  would like to review and sign.  I believe if

7  Ms. Broussard could give us her contact

8  information so we can go through the appropriate

9  process to request a transcript, that would be

10  great.  I don't know exactly what we'll need.

11    (Whereupon, at 2:04 p.m., the

12      deposition of DANIEL CHOW

13      was concluded.)

14        *  *  *  *  *

---

1      CERTIFICATE OF NOTARY PUBLIC

2    I, SHARI R. BROUSSARD, the officer before

3  whom the foregoing deposition was taken, do hereby

4  certify that the witness whose testimony appears

5  in the foregoing deposition was duly sworn by me;

6  that the testimony of said witness was taken by me

7  in stenotype and thereafter reduced to typewriting

8  under my direction; that said deposition is a true

9  record of the testimony given by said witness;

10  that I am neither counsel for, related to, nor

11  employed by any of the parties to the action in

12  which this deposition was taken; and, further,

13  that I am not a relative or employee of any

14  counsel or attorney employed by the parties

15  hereto, nor financially or otherwise interested in

16  the outcome of this action.

17

18

19        SHARI R. BROUSSARD

         Notary Public in and for the

20        District of Columbia

21

  My commission expires:

22  August 14, 2025

---

1    A C K N O W L E D G E M E N T

2      O F  D E P O N E N T

3

4

    I, DANIEL CHOW, do hereby acknowledge I

5

  have read and examined the foregoing pages of

6

  testimony, and the same is a true, correct and

7

  complete transcription of the testimony given by

8

  me, and any changes or corrections, if any, appear

9

  in the attached errata sheet signed by me.

10

11

12

13

14

15

16

17

18

19

20  Date         DANIEL CHOW

21

22

---

1  Christine Dinan, Esquire

    Department of Justice

2  Civil Rights Division

    Employment Litigation Section

3  150 M Street, Northeast

    Washington, D.C. 20530

4

5  IN RE:  Ultima Services Corporation vs. U.S.

      Department of Agriculture, et al.

6

7  Dear Ms. Dinan:

8    Enclosed please find your copy of the

9  deposition of DANIEL CHOW, along with the

10  original signature page.  As agreed, you will

11  be responsible for contacting the witness

12  regarding signature.

13    Within 30 days of March 18, 2022, please

14  forward errata sheet and original signed signature

15  page to counsel for Plaintiff, Michael E. Rosman.

16    If you have any questions, please do not

17  hesitate to call.  Thank you.

18  Yours,

19

20  Shari R. Broussard, RPR, CSR

    Reporter/Notary

21

22  cc:  Michael E. Rosman, Esquire

---

Case 2:20-cv-00041-DCLC-CRW   Document 69-12   Filed 07/12/22   Page 7 of 7
PageID #: 2400

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830