# EXHIBIT A



**U.S. Small Business Administration**

Uneeda.Collins@sba.gov | 404-331-0120 | www.sba.gov/ga
Georgia District Office | 233 Peachtree St., N.E., Ste. 300 | Atlanta, GA 30303

September 12, 2018

Ms. Celeste Bennett, President
Ultima Services Corporation
P.O. Box 1945
Greeneville, TN 37744

Dear Bennett:

We have been requested to make an impact determination concerning your company and the requirement for **Contract #AG-2B46-D-17-0099, Farm Bill Program Assistant** at the **United States Department of Agriculture Natural Resources Conservation Services Service Centers/Field Offices in the State of Mississippi**. This requirement is being considered for a possible 8(a) set-aside contract. However, prior to this being done, an adverse impact determination needs to be made concerning the incumbent contractor on the requirement, which in this case is your company.

In order for us to make our evaluation and determination regarding any impact, we need the following information from you.

1. Financial statements covering the last three fiscal years for your company, its subsidiaries, and its affiliates.
2. A breakout of the revenues derived from the contract referred to above, on an annual and monthly basis.
3. A statement as to whether or not your firm plans to bid if this requirement continues to be left competitive.
4. Total number of employees for your company, its subsidiaries and its affiliates.
5. SBA Form 355 **You can download this form from the following website: http://www.sba.gov/library/forms.html#sbic**
6. Statement as to whether or not you are currently performing this contract.
7. Potential Consequences to the company as a whole if it could not continue to perform the contract.
8. The number of the total employees that perform this contract and their future if you did not continue to perform this contract.
9. The amount and value of any equipment purchased in order to perform this contract and the effect on that value if you did not continue performing this contract.

Your response must be postmarked no later than the 7th day after you receive this letter. It should be noted that if an incumbent fails to submit the requested information and documentation in a timely manner, SBA may find that no adverse impact to the incumbent exists.

If there are any questions you may contact Uneeda Collins at (404) 331-0120 or uneeda.collins@sba.gov.

Sincerely,

*Robert E. Ware*

Robert E. Ware
Supervisory Business Opportunity Specialist
for 8(a) Business Development