# EXHIBIT B

| From: | Celeste Bennett |
|---|---|
| To: | Ware, Robert E.; Collins, Uneeda J. |
| Subject: | Re: FW: SBA 8(a) Impact Determination Letter - USDA Contract #Ag-2B46-D-17-0099, Farm Bill Program Assistant |
| Date: | Thursday, October 11, 2018 2:18:34 PM |

Good Afternoon Ms. Collins and Mr. Ware

I hope all's well with you.

I am respectfully requesting an update on the status of the determination for the proposed 8(a) set aside for our contract in Mississippi.

Please let me know if you require any additional information.


I hope all's well
Thank You
Celeste Bennett
Ultima Services
240-498-8574
cwbennett@ultimaservices.com

NOTICE: This E-mail (including attachments) is covered by applicable law, including the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510 -2521, is confidential and may be legally privileged. If you are not the intended recipient, immediately notify the sender by reply email and then delete the e-mail in its entirety from your system without retaining, disseminating, distributing or copying.


On Mon, Sep 17, 2018 at 3:38 PM Ware, Robert E. <Robert.Ware@sba.gov> wrote:

> Ms. Bennett,
>
> That's perfectly fine.
>
> Robert E. Ware
>
> Supervisor Business Opportunity Specialist
>
> SBA Georgia District Office
>
> **U.S. Small Business Administration**
>
> 233 Peachtree St. NE, Suite 300
>
> Atlanta, GA 30303
>
> Ph: (404) 331-0128_Office

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063040

Ph: (404) 310-1157_Mobile

robert.ware@sba.gov



Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

**From:** Celeste Bennett [mailto:cwbennett@ultimaservices.com]
**Sent:** Monday, September 17, 2018 1:02 PM
**To:** Ware, Robert E.
**Subject:** Re: FW: SBA 8(a) Impact Determination Letter - USDA Contract #Ag-2B46-D-17-0099, Farm Bill Program Assistant

Hi Robert

Thank you for your understanding. I'll work on it right now to get you something by tomorrow. Please let me know if this is ok.

Thank You

Celeste Bennett

Ultima Services

240-498-8574

cwbennett@ultimaservices.com

NOTICE: This E-mail (including attachments) is covered by applicable law, including the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510 -2521, is confidential and may be legally privileged. If you are not the intended recipient, immediately notify the sender by reply email and then delete the e-mail in its entirety from your system without retaining, disseminating, distributing or copying.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063041

On Mon, Sep 17, 2018 at 11:51 AM Ware, Robert E. <Robert.Ware@sba.gov> wrote:

> Ms. Bennett,
>
> I'm sorry for your loss and do not wish to bother you at this time. However, the agency wishes to award before the end of this fiscal year, so they are pressing us for answers. In an effort to be fair, I want to provide you ample opportunity to comment.
>
> Please advise if you have had time to answer Ms. Collins questions?
>
> Robert E. Ware
>
> Supervisor Business Opportunity Specialist
>
> SBA Georgia District Office
>
> **U.S. Small Business Administration**
>
> 233 Peachtree St. NE, Suite 300
>
> Atlanta, GA 30303
>
> Ph: (404) 331-0128_Office
>
> Ph: (404) 310-1157_Mobile
>
> robert.ware@sba.gov
>
> SBA-Hor-2
>
> Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                       US0063042

**From:** Collins, Uneeda J.
**Sent:** Friday, September 14, 2018 11:24 AM
**To:** Ware, Robert E.
**Subject:** FW: SBA 8(a) Impact Determination Letter - USDA Contract #Ag-2B46-D-17-0099, Farm Bill Program Assistant

[REDACTED]

Uneeda Collins
Business Opportunity Specialist, 8(a) Business Development
Georgia District Office
**U.S. Small Business Administration**
(404) 331-0120

Cell (404) 655-7597

Uneeda.collins@sba.gov

*SBA-Hor-2*



Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

---

**From:** Celeste Bennett [mailto:cwbennett@ultimaservices.com]
**Sent:** Friday, September 14, 2018 10:41 AM
**To:** Collins, Uneeda J.
**Subject:** Re: SBA 8(a) Impact Determination Letter - USDA Contract #Ag-2B46-D-17-0099, Farm Bill Program Assistant

Hi Uneeda

Unfortunately my sister passed away last week. Is it possible to get an extension for another week?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0063043

On Wed, Sep 12, 2018 at 7:54 AM Collins, Uneeda J. <uneeda.collins@sba.gov> wrote:

Good morning Ms. Bennett,

The SBA Georgia District Office is in receipt of an offering for the subject contract which is currently being performed or were previously performed by Ultima Services Corporation. Before we can accept the requirement into the 8(a) BD Program, we must determine whether acceptance of the project will cause an adverse impact to you as a small business. The adverse impact concept is designed to protect small business concerns which are performing Government contracts awarded outside the program.

Please confirm receipt of the attached letter and notify this office of your intent to provide the required documentation which must be submitted within seven (7) calendar days of receipt.

Your assistance in this matter is greatly appreciated. Feel free to contact me if you have questions.

Respectfully,

Uneeda Collins
Business Opportunity Specialist, 8(a) Business Development
Georgia District Office
**U.S. Small Business Administration**
(404) 331-0120

Cell (404) 655-7597

Uneeda.collins@sba.gov

*SBA-Hor-2*



Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER           US0063044

**From:** 654e@sba.gov [mailto:654e@sba.gov]
**Sent:** Tuesday, September 11, 2018 5:36 PM
**To:** Collins, Uneeda J.
**Subject:** Message from KM_654e

--

Thank You
Celeste Bennett
Ultima Services
cwbennett@ultimaservices.com
240-498-8574

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER US0063045