# EXHIBIT 37

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF TENNESSEE

 3    _____

 4    ULTIMA SERVICES CORPORATION,

 5         Plaintiff,

 6         v.                                   Case No.

 7    U.S. DEPARTMENT OF AGRICULTURE,            2:20-cv-0041-

 8    U.S. SMALL BUSINESS ADMINISTRATION,        DCLD-CRW

 9    SECRETARY OF AGRICULTURE, and

10    ADMINISTRATOR OF THE SMALL BUSINESS

11    ADMINISTRATION,

12         Defendants.

13    _____

14              VIDEOCONFERENCE DEPOSITION OF

15                   AMY STONEBRAKER

16    DATE:         Wednesday, May 25, 2022

17    TIME:         9:32 a.m.

18    LOCATION:     Remote Proceeding - DC

19                  Washington, DC 20005

20    REPORTED BY:  Timothy Guevara, Notary Public

21    JOB NO.:      5242863

22
```

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF ULTIMA SERVICES CORPORATION:
 3        MICHAEL E. ROSMAN, ESQUIRE (by videoconference)
 4        MICHELLE SCOTT, ESQUIRE (by videoconference)
 5        Center for Individual Rights
 6        1100 Connecticut Avenue Northwest, Suite 625
 7        Washington, DC 20036
 8        rosman@cir-usa.org
 9        scott@cir-usa.org
10        (202) 833-8402
11
12   ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF
13   AGRICULTURE, U.S. SMALL BUSINESS ADMINISTRATION,
14   SECRETARY OF AGRICULTURE, AND ADMINISTRATOR OF THE
15   SMALL BUSINESS ADMINISTRATION:
16        JULIET GRAY, ESQUIRE (by videoconference)
17        Department of Justice Civil Rights Division
18        Employment Litigation Section
19        150 M Street Northeast
20        Washington, DC 20530
21        juliet.gray@usdoj.gov
22        (202) 514-3831
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Case 2:20-cv-00041-DCLC-CRW   Document 70-15   Filed 07/12/22   Page 3 of 9
PageID #: 2657

1    Q    Okay.  This is for 37 Secretary II positions
2    in the state of Mississippi?
3    A    Okay.
4    Q    It's a question.  Is that your reading of
5    it?
6    A    Well, that's what the letter says.  Yes.
7    Q    Yeah.  I mean, there's a reference to
8    Virginia in the first paragraph, but that may be
9    incorrect.
10   A    Yeah.  No.  This appears, based on the
11   table, that it's for Mississippi.
12   Q    Okay.
13   A    Based on what I remember, Mississippi had a
14   large need.
15   Q    Okay.  Very good.  So if you go look to the
16   third page, there's a reference to the recommended
17   8(a) contractor being Ausdanbrook Properties.
18   A    Okay.  Page 3.  Oh, I see it.  Yes.
19   Q    Paragraph Number 10?
20   A    Yes.
21   Q    Okay.  And does that refresh your
22   recollection that Ausdanbrook Properties was the 8(a)

1  contractor that Mr. Mandell initially had in mind for
2  this particular requirement?
3      A   No.  Because he would've made that
4  determination as the contracting officer.
5      Q   Okay.  Very good.  And it doesn't refresh
6  your recollection as to any problem that there may
7  have been with Ausdanbrook Properties, even if you
8  don't remember that specific name?
9      A   I recall a discussion with Danny Mandell
10 that there was an issue.  I thought the issue at the
11 time was that the 8(a) was not eligible.  I don't
12 recall it having anything to do with an adverse
13 impact.
14     Q   Okay.  Well, why don't we take a look at
15 Exhibit 4, which is now in your Exhibit Share?
16              (Exhibit 4 was marked for
17              identification.)
18     A   Okay.
19     Q   And this is a letter from the district
20 director of the SBA office in Georgia to Mr. Mandell.
21     A   Okay.
22     Q   Why don't you read for yourself?

```
 1            CERTIFICATE OF DEPOSITION OFFICER
 2            I, TIMOTHY GUEVARA, the officer before whom
 3    the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.
17                                         TIMOTHY GUEVARA
18                                   Notary Public in and for the
19                                         District of Columbia
20
21    [X] Review of the transcript was requested.
22
```

```
 1    Juliet Gray, Esquire
 2    Juliet.gray@usdoj.gov
 3                      May 28, 2022
 4    Ultima Services Corporation  v. US Department Of Agriculture Et
 5       5/25/2022, Amy Stonebraker (#5242863)
 6       The above-referenced transcript is available for
 7    review.
 8       Within the applicable timeframe, the witness should
 9    read the testimony to verify its accuracy. If there are
10    any changes, the witness should note those with the
11    reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13    Deponent and Errata and return to the deposing attorney.
14    Copies should be sent to all counsel, and to Veritext at
15    erratas-cs@veritext.com.
16
17     Return completed errata within 30 days from
18    receipt of testimony.
19     If the witness fails to do so within the time
20    allotted, the transcript may be used as if signed.
21
22               Yours,
23               Veritext Legal Solutions
24
25
```

```
 1    Ultima Services Corporation  v. US Department Of Agriculture Et
 2    Amy Stonebraker (#5242863)
 3              E R R A T A   S H E E T
 4    PAGE_11_ LINE_7_ CHANGE_____
 5         From: 9 or and 11    To: 9 or an 11
 6    REASON_typo_____
 7    PAGE_30_ LINE_7_ CHANGE_____
 8    From: beyond 9/30 of 2018  To: 9/30 of 2019
 9    REASON_misstated ending year in discussion on 2 yr funds
10    PAGE_33_ LINE_22_ CHANGE_____
11    From: past selected    To: path selected
12    REASON_misheard word used_____
13    PAGE_35_ LINE_8_ CHANGE_____
14    From:  Let read that   To: Let me read that
15    REASON_word left out of statement_____
16    PAGE_61_ LINE_17_ CHANGE_____
17    From: NRC     To: NRCS
18    REASON_Wrong typed acronym_____
19    PAGE_84_ LINE_21_ CHANGE_____
20    From: 5611100    To: 561110
21    REASON_NAICS code incorrectly typed_____
22    Page_86_ Line_11_ CHANGE- From: Temporary health services
                                 To: Temporary help services
23    REASON Incorrect word typed in statement
24    Page_108_ Line_13_ CHANGE From: once the test orders
                                  To: once the task orders
25    Reason Incorrect word typed
```

Amy Stonebraker   AMY STONEBRAKER  (Digitally signed by AMY STONEBRAKER Date: 2022.06.14 08:06:05 -04'00')   Date: 06/14/2022

```
 1    Ultima Services Corporation  v. US Department Of Agriculture Et
 2    Amy Stonebraker (#5242863)
 3                 ACKNOWLEDGEMENT OF DEPONENT
 4       I, Amy Stonebraker, do hereby declare that I
 5    have read the foregoing transcript, I have made any
 6    corrections, additions, or changes I deemed necessary as
 7    noted above to be appended hereto, and that the same is
 8    a true, correct and complete transcript of the testimony
 9    given by me.
10    AMY STONEBRAKER                    06/14/2022
11    _____   _____
      Digitally signed by AMY STONEBRAKER
      Date: 2022.06.14 08:06:21 -04'00'
12    Amy Stonebraker Date
13    *If notary is required
14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                      _____ DAY OF _____, 20___.
16
17
18                      _____
19                      NOTARY PUBLIC
20
21
22
23
24
25
```