# EXHIBIT 38

```
 1            UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF TENNESSEE
 2

 3      _____
                                        :
 4      ULTIMA SERVICES CORPORATION     :
                                        :
 5                     v.               : Case No.
                                        :  2:2020cv00041
 6      U.S. DEPARTMENT OF              :
        AGRICULTURE, et al.,            :
 7      _____:

 8

 9                  Monday, April 25, 2022

10

11            30(b)(6) Zoom Videoconference

12      deposition of JOHN KLEIN, taken with the witness

13      participating from his residence, beginning at

14      9:38 a.m., Eastern Standard Time, before Ryan K.

15      Black, a Registered Professional Reporter,

16      Certified Livenote Reporter and Notary Public.

17

18

19

20

21

22

23

24

25
```

```
 1         A P P E A R A N C E S:
 2
 3         THE CENTER FOR INDIVIDUAL RIGHTS
           BY:  MICHAEL E. ROSMAN, ESQ. - Via Zoom
 4              MICHELLE A. SCOTT, ESQ. - Via Zoom
           1100 Connecticut Ave., N.W.
 5         Suite 625
           Washington, DC  20036
 6         202.833.8400
           rosman@cir-usa.org
 7         scott@cir-usa.org
 8         Representing - Ultima Services Corporation
 9         UNITED STATES DEPARTMENT OF JUSTICE
           CIVIL RIGHTS DIVISION
10         BY:  K'SHAANI SMITH, ESQ. - Via Zoom
           950 Pennsylvania Avenue NW
11         Washington, DC  20530
           k'shaani.smith@usdoj.gov
12
                - and -
13
           UNITED STATES DEPARTMENT OF JUSTICE
14         CIVIL RIGHTS DIVISION
           BY:  JULIET GRAY, ESQ. - Via Zoom
15              CHRISTINE DINAN, ESQ. - Via Zoom
           150 M Street NE
16         Washington, DC  20002
           juliet.gray@usdoj.gov
17         christine.dinan@usdoj.gov
18         Representing - U.S. Department of Agriculture
19         SMALL BUSINESS ADMINISTRATION
           BY:  DAVID FISHMAN, ESQ. - Via Zoom
20              KAREN HUNTER, ESQ. - Via Zoom
           409 3rd Street SW
21         Washington, DC  20416
           800.827.5722
22         david.fishman@sba.gov
           karen.hunter@sba.gov
23
           Representing - Small Business Administration
24
25
```

I N D E X

TESTIMONY OF: JOHN KLEIN                                    PAGE

By Mr. Rosman..............................6, 211

By Ms. Smith...................................206


E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Klein 1 | a document Bates Numbered US0050764 through US0050774 | 26 |
| Klein 2 | a document Bates Numbered US0071620 through US0071621 | 37 |
| Klein 3 | a document titled Federal Register, dated Thursday, October 12, 2002, Executive Order 13170 - Increasing Access and Opportunities for Disadvantaged Businesses | 41 |
| Klein 4 | a document titled Form 1010, 8(a) Application | 61 |
| Klein 5 | a document titled Form 1010-IND | 61 |
| Klein 6 | a document Bates Numbered US0051094 through US0051215 | 122 |
| Klein 7 | a document Bates Numbered US0050780 through US0050923 | 122 |
| Klein 8 | a document Bates Numbered US0050948 through US0050970 | 122 |

1     A.   Yes.
2     Q.   And one of the elements that is analyzed
3   to determine whether or not an applicant has a
4   potential for success is its access to capital
5   sufficient to maintain its business operations,
6   right?
7     A.   Yes.
8     Q.   Okay.  So the business opportunity
9   specialist in Philadelphia or San Francisco
10  reviews it in the first instance; is that right?
11    A.   Yes.
12    Q.   Okay.  And where does the Office of
13  Certification and Eligibility come in?
14    A.   The Philadelphia and San Francisco units
15  are under that office, so they are part of the
16  Office of Certification and Eligibility.
17    Q.   So the Business Opportunity Specialist
18  that is reviewing the application is part of that
19  office; is that right?
20    A.   Yes.
21    Q.   Okay.  All right.
22         The initial application is supposed to
23  be reviewed in 90 days; is that right?
24    A.   Ninety days after the complete
25  application is filed.

```
 1         Q.   Okay.  Ninety days after it's completed.
 2    So if the business opportunity specialist
 3    concludes that there's something missing, it
 4    could ask for further information and the clock
 5    doesn't run until the complete application is in;
 6    is that right?
 7         A.   That's correct.  Yes.
 8         Q.   All right.  And is the time, the 90
 9    days, the same regardless of whether an applicant
10    is owned by a member of a presumptive group or
11    someone else?
12         A.   It is across the board for all
13    applications, whether it's individually owned,
14    whether it's entity owned, whether it's presumed
15    or not.
16         Q.   Okay.  Okay.
17              In reviewing the application, the
18    Business Opportunity Specialist looks at the
19    personal financial condition of the owner of an
20    individually owned applicant, right?
21         A.   Yes.
22         Q.   Okay.
23         A.   We look at that status for both those
24    who own and those who are in control for both
25    individuals.
```

```
 1                      -  -  -
 2                    JOHN KLEIN
 3                      -  -  -
 4               C E R T I F I C A T E
 5                      -  -  -
 6          I do hereby certify that I am a Notary
 7     Public in good standing, that the aforesaid
 8     testimony was taken before me, pursuant to
 9     notice, at the time and place indicated; that
10     said deponent was by me duly sworn to tell the
11     truth, the whole truth, and nothing but the
12     truth; that the testimony of said deponent was
13     correctly recorded in machine shorthand by me and
14     thereafter transcribed under my supervision with
15     computer-aided transcription; that the deposition
16     is a true and correct record of the testimony
17     given by the witness; and that I am neither of
18     counsel nor kin to any party in said action, nor
19     interested in the outcome thereof.
20
21          WITNESS my hand and official seal this
22     10th day of May, 2022.
23
24
                            [signature]
25                                  Notary Public
```

1                     E R R A T A

2 PAGE LINE CHANGE

3 _ P. 11; Line 24; insert the word "the" between the words "to" and "8(a)" _ _ _ _ _ _ _ _ _ _ _ _ _

4 Reason for

5 Change:_____Typo_____

6 PAGE LINE CHANGE

7 _ _ P. 13; Line 12 and Line 13; change the word "cell" to "sub" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

8 Reason for

9 Change:_____Typo_____

10 PAGE LINE CHANGE

11 _ _ P. 17; Lines 2-3: insert the word "and" between the words "Management" and "Technical" _ _ _ _

12 Reason for

13 Change:_____Typo_____

14 PAGE LINE CHANGE

15 _ _ P. 21; Lines 17-18; change "of participants in a program, dollars," to "participants in the 8(a) program, contract dollars,". _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16 Reason for

17 Change:_____Typo; clarity_____

18 PAGE LINE CHANGE

19 _ _ P. 40; Lines 8-9; First sentence should read: "I'm sure there are several agencies whose goals for SDBs are greater than 5 percent." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

20 Reason for

21 Change:_____Typos_____

22 PAGE LINE CHANGE

23 _ P. 54; Line 14; Change "certified.gov" to "certify.gov" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

24 Reason for

25 Change:_____Typo_____

Veritext Legal Solutions

1 PAGE LINE CHANGE

2 _ P. 59; Lines 9-10; change "but on the science part, many times it's" to "but if something is incorrect, many times it's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____Transcription error_____

5 PAGE LINE CHANGE

6 _ P. 59; Lines 17-20; sentence should read as follows: "And they do it based upon a certain size standard. Each NAICS code is assigned a corresponding size standard. So I can register as a small business for NAICS Code 123456, and as an other than small business for NAICS Code 123457, depending upon the corresponding size standard corresponding to the NAICS Code." _ _ _ _ _

7 Reason for

8 Change:_____Typos and Clarification_____

9 PAGE LINE CHANGE

10 _ P. 60; Line 10; change the word "primary" to "apparent" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ P. 74; Lines 3-4; should read "or they look for things as to whether there are any outstanding debts or things of that sort." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Transcription error_____

17 PAGE LINE CHANGE

18 _ P. 83; Line 7; should read "Alaska", not "Alaskan" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo_____

21 PAGE LINE CHANGE

22 _ P. 83; Line 9; delete "or it's - -" and add the word "be" between the words "deemed to" and "owned and" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____Typo_____

1 PAGE LINE CHANGE

2 _ _ P. 87; Line 4; change "the ANC owns X and Joe Smith owns 400 percent of one company" to "the ANC owns 51% of X and Joe Smith owns 49 percent of that company" _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:___Typo

5 PAGE LINE CHANGE

6 _ _ P. 107; Line 22; change "company Y" to "country Y" _ _ _ _ _ _

7 Reason for

8 Change:____Typo

9 PAGE LINE CHANGE

10 _ P. 127; Line 13: change the word "graduate" to "graduation"__ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo

13 PAGE LINE CHANGE

14 _ _ P. 138; Line 24; Change "SDBO" to "SDVO"; change "SWB" to "WOSB" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Typos

17 PAGE LINE CHANGE

18 _ _ P. 140; Line 12; change "JCBD" to "GCBD" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo

21 PAGE LINE CHANGE

22 _ P. 140; Line 23; Change "4" to "4.5 million"__ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:___Typo/clarification

1 PAGE LINE CHANGE

2 __ P. 153; Line 18; change "an it" to "it an" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____Typo_____

5 PAGE LINE CHANGE

6 __ P. 194; Lines 18-19; "7(j) is management technical assistance" should be changed to read "7(j) is a management and technical assistance program" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 __ P. 195; Line 15; Change "with grants" to "or grants" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 ___ P. 195; Lines 22-23; Change "these contractor grantees" to "these contractors or grantees" _ _ _

15 Reason for

16 Change:___Typo_____

17 PAGE LINE CHANGE

18 __ P. 199; Line 18; Change "as SBA's" to "of SBA's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:___Typo_____

21 PAGE LINE CHANGE

22 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____

```
1    ACKNOWLEDGMENT OF DEPONENT

2         I, __John W. Klein__, do

3    hereby certify that I have read the foregoing

4    pages _i_ to _212_ and that the same is a

5    correct transcription of the answers given by

6    me to the questions therein propounded,

7    except for the corrections or changes in form

8    or substance, if any, noted in the attached

9    Errata Sheet.

10

11   __6-10-22__                __[signature]__

12   DATE                       SIGNATURE

13

14                    Subscribed and sworn to before

15   me this _____ day of _____, 2022.

16

17                    My commission expires:

18                    _____

19

20                    _____

21                    Notary Public
```