# EXHIBIT 40

| PIID | Contractor | State | NAICS | Start Date | Base + Option Years Timeframe | Total Cost | Notes (if any) |
|---|---|---|---|---|---|---|---|
| 122B4618C0010 | Chenega | WV | 561110 | 10/1/2018 | 2018-2021 | $668,650.72 | |
| 122B4618C0009 | ALL Solutions | MO | 561110 | 10/1/2018 | 2019-2024 | $1,549,113.04 | |
| 12FPC319C0004 | ALL Solutions | NE | 561110 | 10/1/2019 | 2019-2024 | $2,277,132 | |
| 12FPC319C0003 | ALL Solutions | WI | 561110 | 5/1/2019 | 2019-2024 | $1,862,630.40 | |
| 121A2318P0184 | All-Pro | MS | 561110 | 11/1/2018 | 2018-2020 | $2,520,580.55 | |
| 12FPC320C0016 | Avalon | MO | 561110 | 10/1/2020 | 2020-2021 | $2,218,306.88 | |
| 12FPC420P0128 | Avalon | UT | 561110 | 9/1/2020 | 2020-2021 | $119,539.20 | |
| 122B4618C0012 | Chenega | KY | 561110 | 10/1/2018 | 2018-2020 | $106,099.20 | |
| 12FPC120F0494 | Chenega | WV | 561110 | 10/1/2020 | 2020-2021 | $114,286.08 | |
| 1224618C0010 | Chenega | WV | 561110 | 10/1/2018 | 2018-2021 | $668,677.72 | Estimated based off contractor's proposals |
| 12FPC421P0023 | Freedom | MI | 561110 | 5/1/2021 | 2021-2024 | $335,483.20 | |
| 12FPC120A0010 | Freedom | MI | 561110 | 9/27/2020 | 2020-2025 | $240,936.92 | |
| 12FPC120F0505 | Freedom | MI | 561110 | 9/29/2020 | 2020-2021 | $57,600 | |
| 12FPC120A0002 | GPI | OH | 561110 | 3/6/2020 | 2020-2025 | $2,014,300 | |
| 12FPC120A0001 | Heartland | FL | 561110 | 3/1/2020 | 2020-2025 | $3,717,090 | |
| 12FPC120F0162 | Heartland | FL | 561110 | 3/19/2020 | 2020-2025 | $854,767 | |
| 12FPC120F0488 | Heartland | FL | 561110 | 10/2/2020 | 2020-2025 | $230,068.80 | Estimate; contract price only for base year |
| 12FPC120F0348 | Heartland | FL | 561110 | 7/1/2020 | 2020-2025 | $656,778 | |
| 12FPC319F0034 | Heartland | ND | 561110 | 3/1/2019 | 2019-2022 | $6,477,641.40 | |
| 12FPC120C0010 | Heartland | VA | 561110 | 10/1/2020 | 2020-2022 | $440,160 | |
| 12FPC219P0090 | Lewis-Price | DC | 561110 | 5/16/2019 | 2019-2020 | $89,472 | |
| 12FPC219P0198 | Lewis-Price | DC | 561110 | 9/30/2019 | 2019-2022 | $297,382.80 | |
| 12FPC219P0203 | Lewis-Price | DC | 561110 | 9/30/2019 | 2019-2024 | $434,420 | |
| 12FPC419C0012 | MEC | HI | 561110 | 10/1/2019 | 2019-2924 | $1,430,309.55 | Cancelled Contract |
| 12FPC319C0006 | MEC | IA | 561110 | 8/1/2019 | 2019-2024 | $16,720,976.05 | |
| 12FPC419C0010 | MEC | MT | 561110 | 10/1/2019 | 2019-2021 | $507,590.40 | |
| 12FPC419C0013 | MEC | MT | 561110 | 10/1/2019 | 2019-2024 | $4,101,058.56 | Cancelled Contract |
| 12FPC419C0014 | MEC | OR | 561110 | 9/10/2019 | 2019-2020 | $153,388.56 | |
| 12FPC420P0118 | MEC | OR | 561110 | 9/10/2020 | 2020-2025 | $478,209 | |
| 123C7818C0008 | PBP | KS | 561110 | 7/1/2018 | 2018-2022 | $3,061,918.52 | |
| 12FPC421P0110 | PCI | VA | 561110 | 9/1/2021 | 2021-2023 | $149,963 | |
| 124D9018C0012 | Powtec | CA | 561110 | 7/1/2018 | 2018-2019 | $1,867,634.56 | |
| 12FPC120P0094 | Practical | MI | 561110 | 5/1/2020 | 2020-2021 | $104,000 | |
| 12FPC319P0052 | Sinew | MN | 561110 | 3/1/2019 | 2019-2024 | $8,048,177.10 | |
| 12FPC419C0007 | Teya | CA | 561110 | 7/1/2019 | 2019-2021 | $4,534,490.78 | |
| 12FPC420C0001 | Teya | WA | 561110 | 1/1/2020 | 2020-2022 | $229,580 | |
| 12FPC420P0129 | Teya | WA | 561110 | 9/8/2020 | 2020-2023 | $442,602 | |
| 12FPC419C0002 | Time Systems | CO | 561110 | 5/1/2019 | 2019-2022 | $3,981,968.62 | |
| 12FPC419C0008 | Time Systems | WY | 561110 | 9/1/2019 | 2019-2024 | $2,207,927.96 | |
| 12FPC120P0287 | Wits | MS | 561110 | 9/30/2020 | 2020-2025 | $11,684,801.70 | |
| 12FPC120P0282 | Chenega | TN | 561320 | 10/1/2019 | 2019-2022 | $2,380,277.44 | |
| 12FPC119P0222 | Essnova | AL | 561320 | 8/28/2019 | 2019-2024 | $561,813.33 | |

| Contract No. | Contractor | State | NAICS | Date | Period | Amount | Notes |
|---|---|---|---|---|---|---|---|
| 12FPC119P0218 | KRJ | SC | 561320 | 8/27/2019 | 2019-2024 | $1,077,981.30 | Estimated based off contractor's proposals |
| 12FPC219P0232 | Lewis-Price | DC | 541611 | 9/30/2019 | 2019-2023 | $980,890 | |
| 12FPC219P0252 | Lewis-Price | DC | 541611 | 9/30/2019 | 2019-2021 | $360,500 | |
| 121A2318P0137 | Lewis-Price | DC | 561320 | 9/16/2018 | 2018-2019 | $85,560 | |
| 12FPC219C0027 | Lewis-Price | OR/NC/DC | 541611 | 9/29/2019 | 2019-2022 | $928,192.32 | |
| 121A2318P0167 | Lewis-Price | VA | 561320 | 10/1/2018 | 2018-2020 | $337,904 | Estimate; contract price only for base year |
| 12FPC119P0156 | Lewis-Price | VA | 561320 | 9/1/2019 | 2019-2021 | $263,854.40 | Estimated based off contractor's proposals |
| 12FPC120P0083 | Rividium | GA | 541611 | 4/13/2020 | 2020-2025 | $368,640 | |
| 12FPC319C0001 | Winsay | MI | 561320 | 12/18/2018 | 2018-2021 | $32,047.50 | Estimate; contract price only for base year |

**TOTAL:** $95,033,372.56