# EXHIBIT 41

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | 1. REQUISITION NUMBER | | | PAGE | OF |
|---|---|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | 891219 | | | 1 | 4 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 122B4618C0009 | 10/01/2018 | | | |

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME ORIEL VELEZ | b. TELEPHONE NUMBER *(No collect calls)* 787-370-0562 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | NRCS-HQ-122B4 | 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR | ☒ SET ASIDE: | 100.00 % FOR: |
|---|---|---|---|---|---|---|

NRCS-HQ-122B46
USDA-NRCS CONTRACTING TEAM 2
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☒ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☐ RFP |

| 15. DELIVER TO | CODE | NRCS-MO-126424 | 16. ADMINISTERED BY | CODE | NRCS-PR-12F352 |
|---|---|---|---|---|---|

USDA-NRCS-MISSOURI STATE OFFICE
601 BUSINESS LOOP 70 WEST
SUITE 250
COLUMBIA MO 65203

USDA-NRCS CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 00918

| 17a. CONTRACTOR/ OFFEROR | CODE | 1102835631# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|---|---|---|---|

ACCOUNTING LEGAL LOGISTICS SOLUTIONS INC
Attn: MICHELLE SHEROD
4005 MCREE AVENUE
1102835631#
SAINT LOUIS MO 63110-2425

TELEPHONE NO.   314-331-5432

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  45-2191032 DUNS Number:  968583042 This award is issued as a sole source 8(a) of the Small Business Act (15 U.S.C. 637(a)) to provide Administrative Support for the State of Missouri. The work will be performed in accordance with the attached SOW.  Work is expected to begin on October 1, 2018 until September 30, 2019 with a one-year option period. The Wage Determinations for the State of Missouri | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $1,556,613.04 |

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3  AND 52.212-5 ARE ATTACHED.   ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.   ADDENDA | ☐ ARE | ☒ ARE NOT ATTACHED. |

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN    1 COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:_____ OFFER DATED _____.  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Michelle Sherod* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* ORIEL VELEZ OLIVIERI  Digitally signed by ORIEL VELEZ OLIVIERI Date: 2018.09.10 07:58:06 -04'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Michelle Sherod - President | 30c. DATE SIGNED 7 September 2018 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* ORIEL VELEZ | 31c. DATE SIGNED 9/10/2018 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052946

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | are incorporated to the SOW.<br><br>The contractor provided a cost proposal dated 9/5/2018 in the amount of $1,549,113.04 which has been found to be fair and reasonable. The contractor will coordinate with the MO ASTC M&S Joe Stueber the filling of the vacancies for this effort.<br><br>For contractual issues, the contractor will contact the Contracting Officer, Oriel Vélez, oriel.velez@wdc.usda.gov.<br><br>Contractor will submit invoices and supporting documentation via the Invoice Processing Platform (IPP).<br><br>Period of Performance: 10/01/2018 to 09/30/2019 | | | | |
| 001 | Admin Support MO Statewide Base Year<br><br>Accounting Info:<br>NR00.18.......18XX18CSTPT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CSTPT29000SI0000 BOC: 2540<br>Funded: $649,769.79<br>Accounting Info:<br>NR00.18.......12XX18WRPGT29000SI0000.2540...<br>Continued ... | | | | 1,549,113.04 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| | | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* / 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052947

NAME OF OFFEROR OR CONTRACTOR

ACCOUNTING LEGAL LOGISTICS SOLUTIONS INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Agency Code: NR00 Budget Yr Start: 18 SHC:<br>12XX18WRPGT29000SI0000 BOC: 2540<br>Funded: $249,078.42<br>Accounting Info:<br>NR00.18.......181918COTAT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>181918COTAT29000SI0000 BOC: 2540<br>Funded: $205,760.43<br>Accounting Info:<br>NR00.18.......17XX18EQIPT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>17XX18EQIPT29000SI0000 BOC: 2540<br>Funded: $85,553.02<br>Accounting Info:<br>NR00.18.......10XX18WHIPT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>10XX18WHIPT29000SI0000 BOC: 2540<br>Funded: $108,294.97<br>Accounting Info:<br>NR00.18.......18XX18CRPGT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>18XX18CRPGT29000SI0000 BOC: 2540<br>Funded: $97,960.51<br>Accounting Info:<br>NR00.18.......15XX18EQI3T29000AIE434.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>15XX18EQI3T29000AIE434 BOC: 2540<br>Funded: $152,695.90 | | | | |
| 002 | Travel MO<br>Obligated Amount: $7,500.00<br><br>Accounting Info:<br>NR00.18.......181918COTAT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>181918COTAT29000SI0000 BOC: 2540<br>Funded: $7,500.00 | | | | 7,500.00 |
| 003 | Admin Support MO Statewide<br>Option Year 1<br>Amount: $1,671,782.40(Option Line Item)<br>08/30/2019<br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 4 of 225
PageID #: 2703
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052948

NAME OF OFFEROR OR CONTRACTOR

ACCOUNTING LEGAL LOGISTICS SOLUTIONS INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 004 | Travel MO<br>Amount: $7,500.00(Option Line Item)<br>09/30/2020<br><br>   Electronic Invoicing and Payment Requirements<br>- Invoice Payment Platform (IPP)<br>Invoices must be submitted electronically through<br>the U.S. Department of the Treasury's Invoice<br>Payment Platform System (IPP) or the Contractor<br>must be willing to accept payment by Government<br>purchase card.<br>The Contractor must use the IPP website<br>(https://www.ipp.gov) to register, access, and<br>use IPP for submitting invoices.  Contractor<br>assistance with enrollment can be obtained by<br>calling (866) 973-3131.<br>Invoices submitted by means other than IPP will<br>not be accepted unless the Contracting Officer<br>authorizes alternate procedures in writing.<br>Under this contract, the following documents are<br>required to be submitted as an attachment to the<br>IPP invoice:<br>HARD COPY INVO<br><br>The total amount of award: $3,235,895.44. The<br>obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052949

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | | | |
|---|---|---|---|---|---|---|---|

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: 964607    PAGE 1 OF 5

| 2 CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 12FPC319C0004/ AZ1560270191M | 6/26/2019 | | NE-964607 | 06/12/2019 |

7. FOR SOLICITATION INFORMATION CALL:

   a. NAME: ORIEL VELEZ

   b. TELEPHONE NUMBER *(No collect calls)*: 787-370-0562

8. OFFER DUE DATE/LOCAL TIME

9. ISSUED BY    CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS   ☐ UNRESTRICTED OR   ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

15. DELIVER TO    CODE NRCS-NE-126526

USDA-NRCS-NEBRASKA STATE OFFICE
100 CENTENNIAL MALL N.
RM 152
LINCOLN NE 68508

16. ADMINISTERED BY    CODE NRCS-PR-12F352

USDA-NRCS CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 00918

17a. CONTRACTOR/OFFEROR   CODE    FACILITY CODE

See Schedule

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY    CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 45-2191032 DUNS Number: 968583042 PRIME:    Small Business Administration SUB:     1102835631#     ACCOUNTING LEGAL LOGISTICS SOLUTIONS INC     Attn: MICHELLE SHEROD     4005 MCREE AVENUE     SAINT LO IS MO 63110-2425     PHONE: 314-749-5606 *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $433,290.00 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: NE-964607   OFFER DATED 06/21/2019 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: 001-401

30a. SIGNATURE OF OFFEROR/CONTRACTOR

*Michelle Sherod*

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* | 31c. DATE SIGNED |
|---|---|---|---|
| Michelle Sherod - President | 25 June 2019 | ORIEL VELEZ | 6/26/2019 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      US0056997

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This award is issued as a sole source 8(a) of the Small Business Act (15 USC 637(a)(1)) to provide Administrative Support - Data Entry Operator II positions to the USDA NRCS Nebraska State Office.<br><br>The assigned SBA Requirement Number is AZ1560270191M. The work will be performed in accordance with the attached document, which includes the PWS, Clauses and wage determination applicable to this award. Work is expected to begin on October 1, 2019 through September 30, 2020. This award is issued with four option year periods.<br><br>The contractor submitted a proposal to provide 13 positions, Data Entry Operator II to perform the work across the USDA NRCS Nebraska State and Field Offices. This is a firm fixed price commercial services contract. The base year is funded in its entirety. The option years will be exercised if the Government still has the need for these services, subject to the availability of funds. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| | | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056998

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The contractor submitted the proposal for the base and option years as follows: | | | | |
| | BASE YEAR: 1 OCT 2019 - 30 SEP 2020 $433,290.00 OPTION YEAR 1: 1 OCT 2020 - 30 SEP 2021 $443,929.20 OPTION YEAR 2: 1 OCT 2021 - 30 SEP 2022 $455,254.80 OPTION YEAR 3: 1 OCT 2022 - 30 SEP 2023 $466,580.40 OPTION YEAR 4: 1 OCT 2023 - 30 SEP 2024 $478,077.60 | | | | |
| | Contractor will submit monthly invoices with supporting documentation via the Invoice Processing Platform (IPP) www.ipp.gov. Invoices hall reflect the hours worked by each employee. Payment will be based on the employees hours worked on a monthly basis. | | | | |
| | The State POC for this action is Kelly Klenke, Kelly L. Klenke, Financial Resources Specialist, USDA NRCS Nebraska State Office Lincoln, NE 68508, 402-437-4022, kelly.klenke@usda.gov. | | | | |
| | For positions that will need to be filled, the contractor will provide copies of the candidates resumes to the POC for review and concurrence. | | | | |
| | For contractual issues or questions, please contact the CO for this action, Ms. Oriel Vélez, oriel.velez@usda.gov. | | | | |
| | Period of Performance: 10/01/2019 to 09/30/2020 | | | | |
| 001 | Data Entry Operator II positions, across Nebraska BASE YEAR 1 OCT 2019 - 30 SEP 2020 Accounting Info: NR00.15.......15XX19CSTPT31000SI0000.2595... Agency Code: NR00 Budget Yr Start: 15 SHC: 15XX19CSTPT31000SI0000 BOC: 2595 Funded: $290,773.00 Accounting Info: NR00.19.......192019COTAT31000SI0000.2595... Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT31000SI0000 BOC: 2595 Funded: $95,011.00 | | | | 433,290.00 |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 8 of 225
PageID #: 2707
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0056999

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Accounting Info:<br>NR00.19.......19XX19EQP8T31000SI0000.2595...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19EQP8T31000SI0000 BOC: 2595<br>Funded: $47,506.00 | | | | |
| 101 | Data Entry Operator II positions, across Nebraska<br>OPTION YEAR 1<br>1 OCT 2020 - 30 SEP 2021<br>Amount: $443,929.20(Option Line Item)<br>08/01/2020<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER | | | | 0.00 |
| 201 | Data Entry Operator II positions, across Nebraska<br>OPTION YEAR 2<br>1 OCT 2021 - 30 SEP 2022<br>Amount: $455,254.80(Option Line Item)<br>08/01/2021<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER | | | | 0.00 |
| 301 | Data Entry Operator II positions, across Nebraska<br>OPTION YEAR 3<br>1 OCT 2022 - 30 SEP 2023<br>Amount: $466,580.40(Option Line Item)<br>08/01/2022<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER | | | | 0.00 |
| 401 | Data Entry Operator II positions, across Nebraska<br>OPTION YEAR 4<br>1 OCT 2023 - 30 SEP 2024<br>Amount: $478,077.60(Option Line Item)<br>08/01/2023<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0057000

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | ADMINISTRATIVE: OTHER<br><br>The total amount of award: $2,277,132.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0057001

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 948603 | 1 | 4 |

| 2. CONTRACT NO. | 3. AWARD EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 12FPC319C0003/ ZQ1551379760D | 05/01/2019 | | | |

| 7. FOR SOLICITATION INFORMATION CALL : | a. NAME ORIEL VELEZ | b. TELEPHONE NUMBER (No collect calls) 787-370-0562 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

9. ISSUED BY   CODE  FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS  UNRESTRICTED OR  X SET ASIDE : ____ % FOR
SMALL BUSINESS
WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
HUBZONE SMALL BUSINESS
SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
X 8(A)
EDWOSB
NAICS 561110
SIZE STANDARD : $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED X SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION RFQ  IFB  RFP | |

15. DELIVER TO   CODE  NRCS-WI-125F48

USDA-NRCS-WISCONSIN STATE OFFICE
8030 EXCELSIOR DR.
SUITE 200
MADISON WI 53717

16. ADMINISTERED BY   CODE  NRCS-PR-12F352

USDA-NRCS CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 00918

| 17a. CONTRACTOR/OFFEROR   CODE         FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE  IPP |
|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO

| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   SEE ADDENDUM |
|---|---|

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 45-2191032 DUNS Number: 968583042 PRIME:    Small Business Administration SUB:    1102835631#    ACCOUNTING LEGAL LOGISTICS SOLUTIONS INC    Attn: Michelle Sherod    4005 MCREE AVENUE    SAINT LOUIS MO 63110-2425    Phone: 314-749-5606 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.19.......192019COTAT55000SI0000.2540... | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $354,432.00 |
|---|---|

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED  ADDENDA   ARE  ARE NOT ATTACHED
X 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED  ADDENDA   X ARE  ARE NOT ATTACHED

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | 29. AWARD OF CONTRACT: ____ OFFER DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Michelle Sherod* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) ORIEL VELEZ OLIVIERI  Digitally signed by ORIEL VELEZ OLIVIERI Date: 2019.03.20 13:54:30 -04'00' |
| 30b. NAME AND TITLE OF SIGNER (Type or print) Michelle Sherod - President | 30c. DATE SIGNED 20 March 2019 | 31b. NAME OF CONTRACTING OFFICER (Type or print) ORIEL VELEZ | 31c. DATE SIGNED 3/20/2019 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 11 of 225
PageID #: 2710
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0056748

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This award is issued as a sole source 8(a) of the Small Business Act (15 USC 637(a)) to provide Administrative Support for the USDA NRCS Wisconsin State Office.  The assigned SBA Requirement Number is ZQ1551379760D. The work will be performed in accordance with the attached document, which include the PWS, clauses, and wage determination applicable to this award. Work is expected to begin on May 1, 2019 through April 30, 2020.  This award is issued with four year option periods.

The contractor submitted a proposal to provide four (4) Word Processor III and one (1) Graphic Artist position.  The work will take place at the USDA NRCS Wisconsin State Office. This is a firm fixed price commercial services contract.  The state has indicated that the Graphic Artist position will not be filled immediately.  The position is currently filled by a government employee who is due to leave the position in the near future.  The State does not know yet when this will happen.  For the time being, the Graphic Artist position will be placed on hold until further notice.

The base year is funded in its entirety.  The option years will be exercised if the Government still has the need for these services, subject to the availability of funds. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          US0056749

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Base Year: $354,432.00 | | | | |
| | Option 1: $363,225.60 | | | | |
| | Option 2: $372,288.00 | | | | |
| | Option 3: $381,523.20 | | | | |
| | Option 4: $391,161.60 | | | | |
| | Total base + four years: $1,862,630.40 | | | | |

Contractor will submit monthly invoices with supporting documentation via the Invoie Processing Platform (IPP) www.ipp.gov.  Invoices shall reflect the hours worked by each employee. Payment will be based on the employees hours worked on a monthly basis.

The State POC for this action is Robert Lawson, Assistant State Conservationist ¿ Management & Strategy, (608) 662-4422 x 255.  The State will notify the contractor when the Graphic Artist Position is ready to be filled.  The Contractor will provide copies of the resumes to the State POC for review and concurrence.

For contractual issues or questions, please contact the  Contracting Officer for this action, Oriel Vélez, oriel.velez@usda.gov.

Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT55000SI0000 BOC: 2540

Period of Performance: 05/01/2019 to 04/30/2024

| 001 | ADMINISTRATIVE SUPPORT BASE YEAR 1 MAY 2019-30 APR 2020 Obligated Amount: $354,432.00 | | | | 354,432.00 |
| | FOB: Destination | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 13 of 225
PageID #: 2712
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056750

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 101 | ADMINISTRATIVE SUPPORT OPTION YEAR ONE 1 MAY 2020-30 APR 2021 Amount: $363,225.60(Option Line Item) 04/30/2020 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |
| 201 | ADMINISTRATIVE SUPPORT OPTION YEAR TWO 1 MAY 2021-30 APR 2022 Amount: $372,288.00(Option Line Item) 04/30/2021 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |
| 301 | ADMINISTRATIVE SUPPORT OPTION YEAR THREE 1 MAY 2022-30 APR 2023 Amount: $381,523.20(Option Line Item) 04/30/2022 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |
| 401 | ADMINISTRATIVE SERVICES OPTION YEAR FOUR 1 MAY 2023-30 APR 2024 Amount: $391,161.60(Option Line Item) 04/30/2023 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |

The total amount of award: $1,862,630.40. The
obligation for this award is shown in box 26.

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 14 of 225
PageID #: 2713
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056751

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER<br>928783 | | PAGE OF<br>1   7 |

| 2. CONTRACT NO. | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>121A2318P0184 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |

| 7. FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>DANNY MANDELL | b. TELEPHONE NUMBER (No collect calls)<br>254-742-9923 | 8. OFFER DUE DATE/LOCAL TIME |

**9. ISSUED BY**    CODE NRCS-HQ-121A2

NRCS-HQ-121A23
USDA-NRCS CONTRACTING TEAM 1
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

**10.** THIS ACQUISITION IS   ☐ UNRESTRICTED OR   ☒ SET ASIDE:   % FOR:

☐ SMALL BUSINESS    ☐ WOMEN-OWNED SMALL BUSINESS
(WOSB) ELIGIBLE UNDER THE WOMEN-OWNED
SMALL BUSINESS PROGRAM
☐ HUBZONE SMALL BUSINESS    ☐ EDWOSB

NAICS 561110

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    ☒ 8(A)

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
| | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP | |

**15. DELIVER TO**   CODE NRCS-MS-124423

USDA-NRCS-MISSISSIPPI STATE OFFICE
100 WEST CAPITOL STREET
FEDERAL BUILDING, SUITE 1321
JACKSON MS 39269

**16. ADMINISTERED BY**   CODE NRCS-TX-TEMPLE

USDA-NCRS-TEXAS STATE OFFICE
101 SOUTH MAIN ST.
TEMPLE TX 76501

**17a. CONTRACTOR/OFFEROR**   CODE 1100224571#   FACILITY CODE

ALL-PRO PLACEMENT SERVICE INC
Attn: Jennifer Quinn
116 OLD PADONIA RD. STE. D
1100224571#
COCKEYSVILLE MD 21030-4930

TELEPHONE NO   410-308-9050

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY**   CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW
IS CHECKED   ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 04-3621585<br>DUNS Number: 106901700<br>Requirement for 37 Farm Bill Program support<br>positions for the State of Mississippi, USDA<br>NRCS, to include travel/Training.<br><br>Period of Performance:<br>BASE YEAR: November 1, 2018 - October 31, 2019 (1<br>calendar year),<br>OPTION YEAR 1: November 1, 2019 - October 31,<br>2020 (1 calendar year).<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only)<br>$2,520,580.55 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1<br>COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:     OFFER<br>DATED     YOUR OFFER ON SOLICITATION (BLOCK 5),<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN, IS ACCEPTED AS TO ITEMS |
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| 30b. NAME AND TITLE OF SIGNER (Type or print)<br>Jennifer Quinn   VP | 30c. DATE SIGNED<br>10/17/2018 | 31b. NAME OF CONTRACTING OFFICER (Type or print)<br>DANNY G. MANDELL | 31c. DATE SIGNED<br>09/27/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0066242

<table>
<tr><td colspan="4"><b>SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS</b><br><i>OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30</i></td><td colspan="2">1. REQUISITION NUMBER<br>928783</td><td>PAGE OF<br>1   7</td></tr>
</table>

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER<br>121A2318P0184 | | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|

| 7.    FOR SOLICITATION<br>INFORMATION CALL: ▶ | a. NAME<br>DANNY MANDELL | b. TELEPHONE NUMBER   (No collect calls)<br>254-742-9923 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY     CODE   NRCS-HQ-121A2 | 10. THIS ACQUISITION IS   ☐ UNRESTRICTED OR   ☒ SET ASIDE:    % FOR: |
|---|---|
| NRCS-HQ-121A23<br>USDA-NRCS CONTRACTING TEAM 1<br>1400 INDEPENDENCE AVENUE, SW<br>ROOM 6801-S<br>WASHINGTON DC 20250 | ☐ SMALL BUSINESS<br>☐ HUBZONE SMALL BUSINESS<br>☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS<br>WOMEN-OWNED SMALL BUSINESS ☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM ☐ EDWOSB<br>☒ 8(A)     NAICS: 561110    SIZE STANDARD: $7.50 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO    CODE   NRCS-MS-124423 | 16. ADMINISTERED BY    CODE   NRCS-TX-TEMPLE |
|---|---|
| USDA-NRCS-MISSISSIPPI STATE OFFICE<br>100 WEST CAPITOL STREET<br>FEDERAL BUILDING, SUITE 1321<br>JACKSON MS 39269 | USDA-NCRS-TEXAS STATE OFFICE<br>101 SOUTH MAIN ST.<br>TEMPLE TX 76501 |

| 17a. CONTRACTOR/OFFEROR   CODE 1100224571#   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY    CODE   IPP |
|---|---|
| ALL-PRO PLACEMENT SERVICE INC<br>Attn: Jennifer Quinn<br>116 OLD PADONIA RD. STE. D<br>1100224571#<br>COCKEYSVILLE MD 21030-4930<br><br>TELEPHONE NO.   410-308-9050 | Invoice Processing Platform (IPP)<br>All invoices must be submitted<br>electronically through the<br>Invoice Processing Platform (IPP)<br>via www ipp gov |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 04-3621585<br>DUNS Number: 106901700<br>Requirement for 37 Farm Bill Program support positions for the State of Mississippi, USDA NRCS, to include travel/Training.<br><br>Period of Performance:<br>BASE YEAR: November 1, 2018 - October 31, 2019 (1 calendar year),<br>OPTION YEAR 1: November 1, 2019 - October 31, 2020 (1 calendar year).<br><i>(Use Reverse and/or Attach Additional Sheets as Necessary)</i> | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only)<br>$2,520,580.55 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.<br>☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. |
|---|

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN    1    COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print)<br>DANNY G. MANDELL | 31c. DATE SIGNED<br>09/27/2018 |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0052890

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | ATTACHMENT(s). | | | | |
| | 1. Attachment 1 - All-Pro Placement Svc, Inc, proposal, dated September 27, 2018, Base Year Pricing Schedule; | | | | |
| | 2. Attachment 2 - All-Pro Placement Svc, Inc, proposal, dated September 27, 2018, Option Year 1 Pricing Schedule. | | | | |
| | 3. Attachment 3 - Statement of Work (Farm Bill Program Assistant (FBPA)). | | | | |
| | Estimated Travel and Training Expense Cost $10,080.65, this costs is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Supporting documentation is required to show actual costs incurred related to the travel and/or training costs billed to NRCS. Ceiling Threshold for Travel $10,080.65. | | | | |
| | CITE/AUTHORITY. | | | | |
| | Executive Order (EO) 13495, ¿Nondisplacement of Qualified Workers Under Service Contracts,¿ Section 1.  Policy.  It is the policy of the Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0052891

NAME OF OFFEROR OR CONTRACTOR
ALL-PRO PLACEMENT SERVICE INC

| ITEM NO {A} | SUPPLIES/SERVICES {B} | QUANTITY {C} | UNIT {D} | UNIT PRICE {E} | AMOUNT {F} |
|---|---|---|---|---|---|
| | Federal Government that service contracts and solicitations for such contracts shall include a clause that requires the contractor, and its subcontractors, under a contract that succeeds a contract for performance of the same or similar services at the same location, to offer those employees (other than managerial and supervisory employees) employed under the predecessor contract whose employment will be terminated as a result of the award of the successor contract, a right of first refusal of employment under the contract in positions for which they are qualified.  There shall be no employment openings under the contract until such right of first refusal has been provided.  Nothing in this order shall be construed to permit a contractor or subcontractor to fail to comply with any provision of any other Executive Order or law of the United States. | | | | |
| | - Federal Property and Administrative Services Act, 40 U.S.C. 101 et seq., - Service Contract Act of 1965, as amended, 41 U.S.C. 351 et seq., and its implementing regulations, - Federal Acquisition Regulation {FAR} Part 52.222¿41{n}, - 48 Code of Federal Regulation {CFR} Chapter 1 {10¿1¿04 Edition}. | | | | |
| | CONTRACTOR POINT OF CONTACT. Jennifer Quinn, Vices President, All-Pro Placement Svc, Inc, 116 Old Padonia Road, Suite D, Cockeysville, MD 21030-4930, Tel {410} 308-9050, Email. Jennifer@allproplacement.com | | | | |
| | CONTRACTING OFFICER REPRESENTATIVE {COR} Matthew Gong, USDA NRCS Mississippi State Office, Engineering, 100 West Capitol Street, Suite 1321, Jackson, Mississippi, 39269,  Tel.{662} 773-2207 ext. 110, Email. matthew.gong@ms.usda.gov | | | | |
| | ALTERNATE POINT OF CONTACT {GR}. Clarence Finley, Assistant State Conservationist {Programs}, USDA NRCS Mississippi State Office, 100 West Capitol Street, Suite 1321, Jackson, Mississippi, 39269,  Tel. {601} 965-5205 ext. Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 18 of 225
PageID #: 2717
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0052892

NAME OF OFFEROR OR CONTRACTOR

ALL-PRO PLACEMENT SERVICE INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | 3905 Email clarence.finley@ms.usda.gov | | | | |
| | CONTRACTING OFFICER (CO) Danny Gonzales Mandell, Team 1, Northeast Regional, Contracting Service Branch, CONTRACTING ACQUISITIONS, GRANTS & AGREEMENTS DIVISION, Natural Resources Conservation Service (NRCS), U.S. Department of Agriculture (USDA), 101 South Main Street, Suite 200, Temple, Texas 76501, Phone: (254) 742-9923, Cell: (254) 718-2751, Email: danny.mandell@wdc.usda.gov | | | | |
| | Delivery: 10/31/2019 Period of Performance: 11/01/2018 to 10/31/2019 | | | | |
| 001 | BASE YEAR (11/01/2018 - 10/31/2019) Requirement for 37 program support positions for the State of Mississippi, USDA NRCS to include Travel/Training. Contractor will render this service for 1 calendar year/12 calendar months. To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. | | | | 2,520,580.55 |
| | Estimated Travel and Training Expense Cost $10,080.55, this costs is estimated by the Government. These costs Will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Ceiling Threshold for Travel $10,080.65. Contractor Proposal (Base Year) $2,510,000.00 Product/Service Code: R699 Product/Service Description: SUPPORT- ADMINISTRATIVE: OTHER | | | | |
| | Accounting Info: NR00.18.......181918COTAT28000SI0000.2595... Agency Code: NR00 Budget Yr Start: 18 SHC: 181918COTAT28000SI0000 BOC: 2595 Funded: $195,580.55 Accounting Info: NR00.17.......17XX18ACEPT28000SI0000.2595... Agency Code: NR00 Budget Yr Start: 17 SHC: Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0052893

NAME OF OFFEROR OR CONTRACTOR
ALL-PRO PLACEMENT SERVICE INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 17XX18ACEPT28000SI0000 BOC: 2595 Funded: $500,000.00 Accounting Info: NR00.18.......18XX18CRPGT28000SI0000.2595... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CRPGT28000SI0000 BOC: 2595 Funded: $275,000.00 Accounting Info: NR00.18.......18XX18CSTPT28000SI0000.2595... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CSTPT28000SI0000 BOC: 2595 Funded: $250,000.00 Accounting Info: NR00.18.......18XX18EQIPT28000SI0000.2595... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18EQIPT28000SI0000 BOC: 2595 Funded: $1,300,000.00 | | | | |
| 002 | OPTION YEAR 1 (11/01/2019 - 10/31/2020) Requirement for 37 program support positions for the State of Mississippi, USDA NRCS. Contractor will render this service for 1 calendar year/12 calendar months (10/01/2019 - 09/30/2020) for Option Year 1. To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Option Year are not guaranteed. Option Year will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Subject to Availability of Funds. | | | | 0.00 |
| | Estimated Travel and Training Expense Cost $10,080.55, this costs is estimated by the Government. These costs Will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Ceiling Threshold for Travel $10,080.65.  Contractor Proposal (Option Year 1) $2,510,000.00 Amount: $0.00(Option Line Item) 09/30/2018 Product/Service Code:  R699 Product/Service Description: SUPPORT- Continued ... | | | | |

Case 2:20-cv-00041-DCLC-CRW     Document 70-19     Filed 07/12/22     Page 20 of 225
PageID #: 2719
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0052894

NAME OF OFFEROR OR CONTRACTOR
ALL-PRO PLACEMENT SERVICE INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ADMINISTRATIVE: OTHER | | | | |

ADMINISTRATIVE: OTHER
Period of Performance: 11/01/2019 to 10/31/2020
52.217-8 Option to Extend Services. (Nov 1999)
The Government may require continued performance
of any services within the limits and at the
rates specified in the contract. These rates may
be adjusted only as a result of revisions to
prevailing labor rates provided by the Secretary
of Labor. The option provision may be exercised
more than once, but the total extension of
performance hereunder shall not exceed 6 months.
The Contracting Officer may exercise the option
by written notice to the Contractor within 30
calendar days.
(End of Clause)

52.217-9 Option to Extend the Term of the
Contract. (Mar 2000)
(a) The Government may extend the term of this
contract by written notice to the Contractor
within 30 calendar days; provided that the
Government gives the Contractor a preliminary
written notice of its intent to extend at least
60 calendar days before the contract expires. The
preliminary notice does not commit the Government
to an extension.
(b) If the Government exercises this option, the
extended contract shall be considered to include
this option clause.
(c) The total duration of this contract,
including the exercise of any options under this
clause, shall not exceed 24 calendar months/2
calendar years.
(End of Clause)

INVOICE PROCESSING PLATFORM (IPP). The "Submit
Invoice-to" address for USDA orders is the
Department of Treasury's Invoice Processing
Platform (IPP). The contractor must follow the
instructions on how to register and submit
invoices via IPP as prescribed in the previous
communications from USDA and Treasury.  All
invoices are to be submitted via the electronic
Invoice Processing Platform. This is a mandatory
requirement initiated by the U.S. Department of
Treasury and you can find more information at
Continued ...

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0052895

NAME OF OFFEROR OR CONTRACTOR
ALL-PRO PLACEMENT SERVICE INC

| ITEM NO. {A} | SUPPLIES/SERVICES {B} | QUANTITY {C} | UNIT {D} | UNIT PRICE {E} | AMOUNT {F} |
|---|---|---|---|---|---|
| | this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $2,520,580.55. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53 110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0052896

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1006391 | 1 | 56 |

| 2. CONTRACT NO. 12FPC320C0016/ SY1599663382E | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME AMY SMITH | b. TELEPHONE NUMBER *(No collect calls)* 509-323-2925 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE `FPAC-HQ-12FPC`

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☒ 8(A)

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

**15. DELIVER TO** CODE `NRCS-MO-126424`

USDA-NRCS-MISSOURI STATE OFFICE
601 BUSINESS LOOP 70 WEST
SUITE 250
COLUMBIA MO 65203

**16. ADMINISTERED BY** CODE `FPAC-HQ-APD-TX`

FPAC BUS CNTR-ACQUISITION DIV-TX
Fort Worth Federal Center
501 W. Felix St., Building 23
Fort Worth TX 76115-3404

| 17a. CONTRACTOR/ OFFEROR | CODE | | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE `IPP` |
|---|---|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1904708 DUNS Number: 961677148 PRIME:    Small Business Administration SUB:    1102133466#    AVALON BUSINESS ENGINEERING SERVICES, LLC    Attn: Lorraine Peart    1020 S. UNIVERSITY PARK BLVD., STE    1102133466# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $2,218,306.88 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ☐ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR Lorraine Peart:A01094E0000016E8A3993610000EF93 Digitally signed by Lorraine Peart:A01094E0000016E8A3993610000EF93 Date: 2020.09.30 11:22:53 -06'00' | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* RYAN LORIMER Digitally signed by RYAN LORIMER Date: 2020.09.28 11:34:31 -08'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* RYAN F. LORIMER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      US0103978

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | CLEARFIELD UT 84015-6339 | | | | |
| | 801-447-1623 | | | | |
| | Contractor to provide General Clerk II, General Clerk III, and Personnel Assistant III Support Services to the USDA-NRCS Missouri in accordance with the attached Performance Work Statement and contract Terms and Conditions. | | | | |
| | Delivery: 09/30/2021 | | | | |
| | Period of Performance: 10/01/2020 to 09/30/2021 | | | | |
| 0001 | General Clerk II Support Services (35 positions total) | 12 | MO | 174,160.00 | 2,089,920.00 |
| | Period of Performance: 10/01/2020-09/30/2021 | | | | |
| | Accounting Info: | | | | |
| | NR00.20.......18XX20EG08T29000AI5038.2540... | | | | |
| | Agency Code: NR00 Budget Yr Start: 20 SHC: | | | | |
| | 18XX20EG08T29000AI5038 BOC: 2540 | | | | |
| | Funded: $21,613.12 | | | | |
| | Accounting Info: | | | | |
| | NR00.20.......19XX20EG08T29000AI5039.2540... | | | | |
| | Agency Code: NR00 Budget Yr Start: 20 SHC: | | | | |
| | 19XX20EG08T29000AI5039 BOC: 2540 | | | | |
| | Funded: $150,000.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.20.......202120COTAT29000SI0000.2540... | | | | |
| | Agency Code: NR00 Budget Yr Start: 20 SHC: | | | | |
| | 202120COTAT29000SI0000 BOC: 2540 | | | | |
| | Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED.

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Funded: $743,306.88<br>Accounting Info:<br>NR00.20.......20XX20EQP8T29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20EQP8T29000SI0000 BOC: 2540<br>Funded: $325,000.00<br>Accounting Info:<br>NR00.20.......20XX20CSTPT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CSTPT29000SI0000 BOC: 2540<br>Funded: $200,000.00<br>Accounting Info:<br>NR00.20.......20XX20ACP8T29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20ACP8T29000SI0000 BOC: 2540<br>Funded: $250,000.00<br>Accounting Info:<br>NR00.20.......20XX20CRPGT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CRPGT29000SI0000 BOC: 2540<br>Funded: $400,000.00<br>Accounting Info:<br>NR00.20.......20XX20CRPGT29000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CRPGT29000SI0000 BOC: 2540<br>Funded: $0.00 | | | | |
| 0002 | General Clerk III Support Services (1 position total)<br>Period of Performance: 10/01/2020-09/30/2021<br>Obligated Amount: $68,245.68<br><br>Accounting Info:<br>NR00.20.......18XX20EG08T29000AI5038.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>18XX20EG08T29000AI5038 BOC: 2540<br>Funded: $68,245.68 | 12 | MO | 5,687.14 | 68,245.68 |
| 0003 | Personnel Assistant III (1 position total)<br>Period of Performance: 02/01/2021-09/30/2021<br>Obligated Amount: $53,751.60<br><br>Accounting Info:<br>Continued ... | 8 | MO | 6,718.95 | 53,751.60 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 25 of 225
PageID #: 2724
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103980

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | NR00.20.......18XX20EG08T29000AI5038.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>18XX20EG08T29000AI5038 BOC: 2540<br>Funded: $53,751.60 | | | | |
| 0004 | Travel-to be invoiced based on actual expenses<br>not to exceed Federal travel rates (established<br>GSA per diem rates).<br>Obligated Amount: $6,389.60<br><br>Accounting Info:<br>NR00.20.......18XX20EG08T29000AI5038.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>18XX20EG08T29000AI5038 BOC: 2540<br>Funded: $6,389.60<br><br>The total amount of award: $2,218,306.88. The<br>obligation for this award is shown in box 26. | | | | 6,389.60 |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 26 of 225
PageID #: 2725
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103981

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>1001580 | | |
|---|---|---|---|---|

| 2. CONTRACT NO.<br>XQ1591288470B | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC420P0128 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>ORIEL VELEZ OLIVIERI | b. TELEPHONE NUMBER *(No collect calls)*<br>787-370-0562 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY                                    CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.0 % FOR: |
|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

| SMALL BUSINESS | WOMEN-OWNED SMALL BUSINESS<br>(WOSB) ELIGIBLE UNDER THE WOMEN-OWNED<br>SMALL BUSINESS PROGRAM | |
|---|---|---|
| HUBZONE SMALL<br>BUSINESS | | NAICS: 561110 |
| SERVICE-DISABLED<br>VETERAN-OWNED<br>SMALL BUSINESS | EDWOSB<br>X 8(A) | SIZE STANDARD: $8.00 |

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>X SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | | 14. METHOD OF SOLICITATION |
| | | | | RFQ    IFB    RFP |

| 15. DELIVER TO                          CODE | NRCS-UT-128D43 | 16. ADMINISTERED BY           CODE | NRCS-PR-12F352 |
|---|---|---|---|

USDA-NRCS-UTAH-STATE OFFICE
WALLACE F. BENNETT FEDERAL BLDG.
125 S. STATE ST., STE. 4010
SALT LAKE CITY UT 84138-1100

USDA-NRCS-CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 918

| 17a. CONTRACTOR/<br>OFFEROR        CODE | | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY      CODE | IPP |
|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW
IS CHECKED    ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1904708<br>DUNS Number: 961677148<br>PRIME:<br>    Small Business Administration<br>    SUB:<br>    1102133466#<br>AVALON BUSINESS ENGINEERING SERVICES, LLC<br>Attn: LORRAINE PEART<br>1020 S. UNIVERSITY PARK BLVD., STE 200<br>CLEARFIELD UT 84015-6339<br>801-668-5823<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.20.......202120COTAT49000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$119,539.20 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE  ☐ ARE NOT ATTACHED.

X 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   X ARE NOT ATTACHED.

| X 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___<br>COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | 29. AWARD OF CONTRACT: _____ OFFER<br>DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5),<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br><br>Lorraine Peart    President/CEO | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|

| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Lorraine Peart<br>Digitally signed by Lorraine<br>Peart A01094E000031 6E8A3993610000EF93<br>Date 2020.08.31 11:10:46 -05'00' | 30c. DATE SIGNED<br>8/31/2020 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>ANDREW L. FISKE | 31c. DATE SIGNED<br>8/31/2020 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0104946

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This award is issued in accordance with Section 8(a) of the Small Business Act (15 USD 637(a)(1)) and Far Part 19.8 and the executed Partnership Agreement between the USD SBA and the USDA to contract for Administrative Support Services for the USDA NRCS Utah State Office.<br><br>The assigned SBA Requirement number is XQ1591288470B. The work will be performed in accordance with the attached document which includes the PWS, Clauses and wage determination applicable to this award. The Contractor will provide labor, supervision to two positions for Administrative Services for the USDA NRCS Utah State Office.<br><br>The contractor will provide two General Clerk II positions to provide administrative services support required to properly and efficiently process administrative mission support related services that serve and support the entire USDA NRCS Utah state's mission delivery.<br><br>The period of performance is from September 1, 2020 to August 31, 2021. This is a firm fixed price contract. Wage Determination 15-5490 dated 7/1/2020 applies to this award. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | COMPLETE PARTIAL FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0104947

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The contractor submitted a price proposal on 8/17/2020 and it was determined to be a fair and reasonable price. | | | | |
| | Contractor will submit a monthly invoice with supporting documentation via the Invoice Processing Platform (IPP) www.ipp.gov. | | | | |
| | POC for this action is Christopher Taylor, ASTC Management and Strategy, 801-524-4586, chris.taylor@usda.gov. | | | | |
| | Administrative Contracting Officer, Oriel Vélez-Olivieri, 787-370-0562, oriel.velez@usda.gov | | | | |
| | Contracting Officer, Andrew L. Fiske, 919-873-2088, Andrew.fiske@usda.gov | | | | |
| | Contractor POC: Lorraine Peart, 801-668-5823. lpeart@avalonbes.com | | | | |
| | Agency Code: NR00 Budget Yr Start: 20 SHC: 202120COTAT49000SI0000 BOC: 2540 Period of Performance: 09/01/2020 to 08/31/2021 | | | | |
| 0001 | Administrative Support Services UT 2 Positions Utah State Office General Clerk II 1 Sep 2020 - 31 August 2021 | 12 | MO | 9,961.60 | 119,539.20 |
| | The total amount of award: $119,539.20. The obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 29 of 225
PageID #: 2728
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0104948

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | | 1 REQUISITION NUMBER 926707 | | PAGE 1 | OF 3 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | | | | | |

**2 CONTRACT NO.** 122B4618C0012    **3 AWARD/ EFFECTIVE DATE**    **4 ORDER NUMBER**    **5 SOLICITATION NUMBER**    **6 SOLICITATION ISSUE DATE**

**7. FOR SOLICITATION INFORMATION CALL:**    **a NAME** NANCY HARRIS    **b TELEPHONE NUMBER** *(No collect calls)* 615-277-2543    **8 OFFER DUE DATE/LOCAL TIME**

**9 ISSUED BY**    **CODE** NRCS-HQ-122B4

NRCS-HQ-122B46
USDA-NRCS CONTRACTING TEAM 2
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS**  ☐ UNRESTRICTED OR  ☒ SET ASIDE:  ____% FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

**NAICS** 561110
**SIZE STANDARD** $7.50

**11 DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED** ☐ SEE SCHEDULE

**12 DISCOUNT TERMS** NET/30

**13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**   **13b RATING**

**14 METHOD OF SOLICITATION** ☐ RFQ ☐ IFB ☐ RFP

**15 DELIVER TO**    **CODE** NRCS-KY-125C16

USDA-NRCS - KENTUCKY STATE OFFICE
771 CORPORATE DRIVE
SUITE 210
LEXINGTON KY 40503

**16 ADMINISTERED BY**    **CODE** NRCS-TN-124741

USDA-NRCS-TENNESSEE STATE OFFICE
675 USCH
801 BROADWAY
NASHVILLE TN 37203

**17a. CONTRACTOR/ OFFEROR**   **CODE** 1104237939#   **FACILITY CODE**

CHENEGA PROFESSIONAL & TECHNICAL SERVICES LLC - 0792895200000
Attn. Charles Nellum
3000 C STREET
SUITE 301
1104237939#
ANCHORAGE AK 99503

**TELEPHONE NO.** 757-549-5705

**18a PAYMENT WILL BE MADE BY**    **CODE** IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

☐ **17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER**

**18b SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED** ☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Tax ID Number: 46-4484035 DUNS Number: 079289520 This award is issued as a sole source 8(a) of the Small Business Act (15 U.S.C. 637(a)) to provide services of one (1) General Clerk III for Administrative Support - General Clerical in one (1) location at the Hopkinsville Service Center in Kentucky for USDA-Natural Resources Conservation Service. The work will be performed in accordance with the attached Performance Work Statement (PWS). Work is expected to begin on or | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

**25. ACCOUNTING AND APPROPRIATION DATA**
See schedule

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*
$106,099.20

☒ **27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52 212-1, 52 212-4  FAR 52 212-3 AND 52 212-5 ARE ATTACHED** ADDENDA  ☐ ARE ☐ ARE NOT ATTACHED.

☒ **27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52 212-4  FAR 52 212-5 IS ATTACHED** ADDENDA  ☒ ARE ☐ ARE NOT ATTACHED.

☒ **28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED**

☒ **29. AWARD OF CONTRACT:** OFFER DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5). INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*

**30b NAME AND TITLE OF SIGNER** *(Type or print)*    **30c DATE SIGNED**

**31b NAME OF CONTRACTING OFFICER** *(Type or print)* NANCY W. HARRIS    **31c. DATE SIGNED**

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0092395

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | around October 1, 2018 until September 30, 2020. The Wage Determinations for the State of Kentucky are included with the PWS. | | | | |
| | The contractor provided a price proposal dated 9/20/2018 in the amount of $106,099.20 at $27.63/hr for 3840 hours which has been found to be fair and reasonable. The contractor will coordinate onboarding with the KY ASTC M&S Amanda Moore. Amanda Moore can be reached at Amanda.moore@ky.usda.gov. | | | | |
| | For contractual issues, the contractor will contact the Contracting Officer, Nancy Harris, nancy.harris@wdc.usda.gov. | | | | |
| | Contractor will submit invoices and supporting documentation via the Invoice Processing Platform (IPP). www.ipp.gov Delivery: 09/30/2020 Period of Performance: 10/01/2018 to 09/30/2020 | | | | |
| 001 | General Clerk III -One (1) Position - 40 hours per week - Two years - Location Hopkinsville, KY Service Center | | | | 106,099.20 |
| | Accounting Info: NR00.18.......18XX18ACEPT21000SI0000.2540... Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33 SHIP NUMBER | 34 VOUCHER NUMBER | 35 AMOUNT VERIFIED CORRECT FOR | 36 PAYMENT | 37 CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38 S/R ACCOUNT NUMBER | 39 S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0092396

NAME OF OFFEROR OR CONTRACTOR
CHENEGA PROFESSIONAL & TECHNICAL SERVICES LLC - 0792895200000

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Agency Code: NR00 Budget Yr Start: 18 SHC:
18XX18ACEPT21000SI0000 BOC: 2540
Funded: $33,099.20
Accounting Info:
NR00.18.......18XX18CSTPT21000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 18 SHC:
18XX18CSTPT21000SI0000 BOC: 2540
Funded: $5,000.00
Accounting Info:
NR00.18.......18XX18EQIPT21000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 18 SHC:
18XX18EQIPT21000SI0000 BOC: 2540
Funded: $60,000.00
Accounting Info:
NR00.15.......15XX18EQIPT21000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 15 SHC:
15XX18EQIPT21000SI0000 BOC: 2540
Funded: $8,000.00


The total amount of award: $106,099.20. The
obligation for this award is shown in box 26.

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 32 of 225
PageID #: 2731
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0092397

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | 1. REQUISITION NUMBER<br>See Schedule | | PAGE OF<br>1    3 |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO.<br>12FPC120A0008/<br>PR0235J159976 | 3. AWARD/<br>EFFECTIVE DATE<br>09/25/2020 | 4. ORDER NUMBER<br>12FPC120F0494 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7.    FOR SOLICITATION<br>INFORMATION CALL: ▶ | a. NAME<br>ANGIE COMSTOCK | b. TELEPHONE NUMBER *(No collect calls)*<br>816-926-7916 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY**    CODE   FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS**

☐ UNRESTRICTED OR   ☒ SET ASIDE:   100.00   % FOR:

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB

☒ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a.  THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | | 14. METHOD OF SOLICITATION<br>☐ RFQ    ☐ IFB    ☐ RFP |

**15. DELIVER TO**   CODE   NRCS-WV-123D47

USDA-NRCS-WEST VIRGINIA STATE OFFIC
1550 EARL CORE ROAD
ROOM 200
MORGANTOWN WV 26505

**16. ADMINISTERED BY**   CODE   FPAC-HQ-APD-KC

FPAC Business Center
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/<br>OFFEROR   CODE | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY   CODE   IPP |
|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  82-0972270<br>DUNS Number:  080664111<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1105292387#<br>    CHENEGA SYSTEMS, LLC<br>    Attn: Ryan Maloney<br>    3000 C STREET<br>    SUITE 301<br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.20.......202020COTATHQ540CA0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$114,286.08 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   ☒ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>*Ryan Maloney* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Ryan Maloney, President | 30c. DATE SIGNED<br>28-Sep-2020 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JULIE M. SIMPSON | 31c. DATE SIGNED<br>09/25/2020 |

09:24 EDT

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097065

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| | 1105292387#<br>ANCHORAGE AK 99503<br>703-493-9880<br>Public Affairs Support Services for the NRCS<br>Morgantown, WV for the period of 10/01/202 to<br>9/23/2021.<br><br>Program Office Point of Contact:<br>Damarys Mortenson<br>Damarys.mortenson@usda.gov<br>304-284-7579<br><br>Procurement Office Point of Contact:<br>Angie Comstock<br>angie.comstock@usda.gov<br>816-926-7916<br><br>Contractor Point of Contact:<br>Ryn Maloney<br>ryan.maloney@chenegasystems.com<br>703-493-9880<br>Delivery: 09/23/2021<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>202020COTATHQ540CA0000 BOC: 2540<br>Period of Performance: 10/01/2020 to 09/23/2021 | | | | |
| 0001 | Public Affairs Support Services hours<br>Requisition No: 997412<br>Continued ... | 1920 | HR | 55.72 | 106,982.40 |

32a QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED      ☐ INSPECTED      ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33 SHIP NUMBER | 34 VOUCHER NUMBER | 35 AMOUNT VERIFIED CORRECT FOR | 36 PAYMENT | | 37 CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL    ☐ FINAL | | | ☐ COMPLETE    ☐ PARTIAL    ☐ FINAL | | |
| 38 S/R ACCOUNT NUMBER | 39 S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0097066

DocuSign Envelope ID: E5AC00E6-21B4-4766-B910-228DCD624A32

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
12FPC120A0008/PR0235J159976/12FPC120F0494

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0002 | Reimbursable Travel Expenses<br>Requisition No: 997412 | 1 | EA | 2,002.47 | 2,002.47 |
| 0003 | Public Affairs Support Services hours-1920 hours.<br>Additional funding for original requisition #<br>997412.<br>Requisition No: 1017752 | 90.65 | HR | 58.48 | 5,301.21 |

The total amount of award: $114,286.08. The
obligation for this award is shown in box 26.

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 35 of 225
PageID #: 2734
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                        US0097067

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 1. REQUISITION NUMBER See Schedule | | PAGE 1 | OF 3 |
|---|---|---|---|---|

| 2. CONTRACT NO. 122B4618C0010 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME NANCY HARRIS | b. TELEPHONE NUMBER (No collect calls) 615-277-2543 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE NRCS-HQ-122B4 |
|---|---|

NRCS-HQ-122B46
USDA-NRCS CONTRACTING TEAM 2
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

| 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR | ☒ SET ASIDE: 100.00 % FOR: |
|---|---|---|
| ☐ SMALL BUSINESS | ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM | |
| ☐ HUBZONE SMALL BUSINESS | ☐ EDWOSB | NAICS: 561110 |
| ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | ☒ 8(A) | SIZE STANDARD: $7.50 |

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net/30 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE NRCS-WV-123D47 | 16. ADMINISTERED BY | CODE NRCS-TN-124741 |
|---|---|---|---|
| USDA-NRCS-WEST VIRGINIA STATE OFFIC 1550 EARL CORE ROAD ROOM 200 MORGANTOWN WV 26505 | | USDA-NRCS-TENNESSEE STATE OFFICE 675 USCH 801 BROADWAY NASHVILLE TN 37203 | |

| 17a. CONTRACTOR/ OFFEROR | CODE 1104237939# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

CHENEGA PROFESSIONAL & TECHNICAL SERVICES LLC - 0792895200000
3000 C STREET
SUITE 301
1104237939#
ANCHORAGE AK 99503

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 46-4484035 DUNS Number: 079289520 This award is issued as a sole source 8(a) of the Small Business Act (15 U.S.C. 637(a)) to provide Administrative Support - General Clerical in multiple (6) locations in West Virginia. The work will be performed in accordance with the attached Performance Work Statement. Work is expected to begin on October 1, 2018 until September 30, 2019 with two twelve month option periods. The Wage Determinations for the State of West Virginia are *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $203,245.92 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. |

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: DATED YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: OFFER |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Digitally signed by NANCY HARRIS Date: 2018.09.24 14:11:22 -05'00' |
| 30b. NAME AND TITLE OF SIGNER (Type or print) Nicholas Machnal President | 30c. DATE SIGNED 9/25/18 | 31b. NAME OF CONTRACTING OFFICER (Type or print) NANCY W. HARRIS | 31c. DATE SIGNED 09/21/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0053456

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | incorporated in the PWS.<br><br>The contractor provided a price proposal dated 9/20/2018 in the amount of $668,650.72 which has been found to be fair and reasonable. The contractor will coordinate with the WV ASTC M&S Nicole Viars in filling vacancies for this effort.<br><br>For contractual issues, the contractor will contact the Contracting Officer, Nancy Harris, nancy.harris@wdc.usda.gov.<br><br>Contractor will submit invoices and supporting documentation via the Invoice Processing Platform (IPP). www.ipp.gov<br>Period of Performance: 10/01/2018 to 09/30/2019 | | | | |
| 001 | Admin Support WV Base Year - General Clerical in multiple (6) locations in West Virginia. 2 option years, location and position independent.<br>Obligated Amount: $190,400.00<br>Requisition No: 930651<br><br>Delivery: 09/30/2019<br>Accounting Info:<br>NR00.18.......18XX18CSTPT54000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>Continued ... | | | | 190,400.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0053457

NAME OF OFFEROR OR CONTRACTOR

CHENEGA PROFESSIONAL & TECHNICAL SERVICES LLC - 0792895200000

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 18XX18CSTPT54000SI0000 BOC: 2540 Funded: $190,400.00 | | | | |
| 002 | Admin Support WV Base Year- General Clerical in multiple (6) locations in West Virginia. 2 option years, location and position independent. Add Funds Obligated Amount: $12,845.92 Requisition No: 936288 Delivery: 09/30/2019 Accounting Info: NR00.ZZ.......18XX18EQIPT54000SI0000.2540... Agency Code: NR00 Budget Yr Start: ZZ SHC: 18XX18EQIPT54000SI0000 BOC: 2540 Funded: $12,845.92 | | | | 12,845.92 |
| 003 | Admin Support WV Option Year 1 Amount: $230,935.04 (Option Line Item) 08/30/2019 Amount: $0.00(Option Line Item) 08/30/2019 Product/Service Code:  R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Delivery: 09/30/2020 | | | | 0.00 |
| 004 | Admin Support WV Option Year 2 Amount: $234,469.76 (Option Line Item) 8/31/2020 Amount: $0.00(Option Line Item) 08/31/2020 Product/Service Code:  R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Delivery: 09/30/2021 The total amount of award: $203,245.92. The obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0053458

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | 1. REQUISITION NUMBER 1028066 | | PAGE 1 | OF 16 |
|---|---|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | | | | | |

| 2. CONTRACT NO. | | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER 12FPC421P0023 | | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME STEPHEN CASE | b. TELEPHONE NUMBER (No collect calls) 919-873-2121 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☒ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

**15. DELIVER TO** CODE NRCS-MI-125D21

USDA-NRCS-MICHIGAN STATE OFFICE
3001 COOLIDGE ROAD
SUITE 250
EAST LANSING MI 48823

**16. ADMINISTERED BY** CODE FPAC-HQ-APD-NC

FPAC Business Center
Operations Branch
4407 Bland Rd. Ste. 117
RALEIGH NC 27609

| 17a. CONTRACTOR/ OFFEROR CODE 1105959165# | FACILITY CODE |
|---|---|

FREEDOM INTERNATIONAL INC.
Attn: Corliss Jackson
42268 PROVIDENCE RIDGE DR
1105959165#
CHANTILLY VA 20152-4372

TELEPHONE NO. (703) 509-8677

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 26-1262360 DUNS Number: 832415843 PRIME: Small Business Administration<br><br>SUB: Freedom International Inc.<br><br>This Purchase Order is for administrative support services, for the USDA NRCS Michigan State Office, per the attached Statement of Work. Technical Point of Contact / Contracting Officers Representative (COR): diane.gray@usda.gov Tel: | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $109,761.60 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: REF _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *(signature)* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *(signature)* Digitally signed by FRIEDA GLANDORFF Date: 2021.04.08 11:27:33 -04'00' |
| 30b. NAME AND TITLE OF SIGNER (Type or print) Corliss T Jackson, President+CEO | 30c. DATE SIGNED 4/6/2021 | 31b. NAME OF CONTRACTING OFFICER (Type or print) FRIEDA K. GLANDORFF | 31c. DATE SIGNED 4/8/21 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0105701

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | (517) 324-5135<br>Administrative Point of Contact:<br>stephen.case@usda.gov Tel: (919) 873-2121<br>Delivery: 04/30/2022<br>Accounting Info:<br>FMMI Account: NR00.212121COTATHQ260CA0000 BOC:<br>2540<br>Period of Performance: 05/01/2021 to 04/30/2022 | | | | |
| 0001 | Administrative Support Services for the State Conservationist - 40 Hours per Week | 2080 | HR | 52.77 | 109,761.60 |
| 0002 | Option Year One (1) - Administrative Support Services - Period of Performance 5/1/2022 Through 4/30/2023<br>Amount: $111,820.80(Option Line Item)<br>04/01/2022<br>Period of Performance: 05/01/2022 to 04/30/2023 | 2080 | HR | 53.76 | 0.00 |
| 0003 | Option Year Two (2) - Administrative Support Services - Period of Performance 5/1/2023 Through 4/30/2034<br>Amount: $113,900.80(Option Line Item)<br>04/01/2023<br>Period of Performance: 05/01/2023 to 04/30/2024<br><br>The total amount of award: $335,483.20. The obligation for this award is shown in box 26. | 2080 | HR | 54.76 | 0.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |

42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0105702

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | | 1. REQUISITION NUMBER See Schedule | | PAGE 1 | OF 3 |
|---|---|---|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | | 5. SOLICITATION NUMBER | | | 6. SOLICITATION ISSUE DATE | |

| 2. CONTRACT NO. 12FPC120A0010/ 0353201260 | 3. AWARD/ EFFECTIVE DATE 09/29/2020 | 4. ORDER NUMBER 12FPC120F0505 | | | | |
|---|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ANGIE COMSTOCK | b. TELEPHONE NUMBER *(No collect calls)* 816-926-7916 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC |
|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE | NRCS-MI-125D21 |
|---|---|---|

USDA-NRCS-MICHIGAN STATE OFFICE
3001 COOLIDGE ROAD
SUITE 250
EAST LANSING MI 48823

| 16. ADMINISTERED BY | CODE | FPAC-HQ-APD-KC |
|---|---|---|

FPAC Business Center
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR | CODE | | FACILITY CODE | |
|---|---|---|---|---|

See Schedule

| 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 26-1262360 DUNS Number: 832415843 PRIME: Small Business Administration SUB: 1105959165# FREEDOM INTERNATIONAL INC. Attn: Corliss Jackson 42268 PROVIDENCE RIDGE DR 1105959165# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.ZZ.......20XX20ACP8T26000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $57,600.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

29. AWARD OF CONTRACT: OFFER DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Carliss J Jack* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Corliss T Jackson | 30c. DATE SIGNED 9/29/2020 |
| 31b. NAME OF CONTRACTING OFFICER *(Type or print)* JULIE M. SIMPSON | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 41 of 225
PageID #: 2740
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0097078

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | | |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | | |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1 REQUISITION NUMBER See Schedule | PAGE 1 | OF 3 |
|---|---|---|---|

| 2 CONTRACT NO. 12FPC120A0010/ 0353201260 | 3 AWARD/ EFFECTIVE DATE 09/29/2020 | 4 ORDER NUMBER 12FPC120F0505 | 5 SOLICITATION NUMBER | 6 SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a NAME ANGIE COMSTOCK | b TELEPHONE NUMBER (No collect calls) 816-926-7916 | 8 OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9 ISSUED BY**    CODE `FPAC-HQ-12FPC`

```
FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250
```

**10. THIS ACQUISITION IS**   ☐ UNRESTRICTED OR ☒ SET ASIDE: ___ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS 561110

SIZE STANDARD $8.00

| 11 DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED X SEE SCHEDULE | 12 DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14 METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15 DELIVER TO CODE `NRCS-MI-125D21` | 16 ADMINISTERED BY CODE `FPAC-HQ-APD-KC` |
|---|---|
| USDA-NRCS-MICHIGAN STATE OFFICE 3001 COOLIDGE ROAD SUITE 250 EAST LANSING MI 48823 | FPAC Business Center Operations Branch Beacon Facility - Mail Stop 1108 KANSAS CITY MO 64141-6205 |

| 17a. CONTRACTOR/ OFFEROR CODE | FACILITY CODE | 18a PAYMENT WILL BE MADE BY CODE `IPP` |
|---|---|---|
| See Schedule | | Invoice Processing Platform (IPP) All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov |

TELEPHONE NO.

☐ 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 26-1262360 DUNS Number: 832415843 PRIME:     Small Business Administration SUB:     1105959165#     FREEDOM INTERNATIONAL INC.     Attn: Corliss Jackson     42268 PROVIDENCE RIDGE DR     1105959165# Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25 ACCOUNTING AND APPROPRIATION DATA NR00.ZZ.......20XX20ACP8T26000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $57,600.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52 212-1, 52 212-4 FAR 52 212-3 AND 52 212-5 ARE ATTACHED   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52 212-4 FAR 52 212-5 IS ATTACHED   ADDENDA   ☐ ARE   ☒ ARE NOT ATTACHED

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☐ 29. AWARD OF CONTRACT:   OFFER DATED ___ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b NAME AND TITLE OF SIGNER *(Type or print)* | 30c DATE SIGNED | 31b NAME OF CONTRACTING OFFICER *(Type or print)* JULIE M. SIMPSON | 31c DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 42 of 225 PageID #: 2741
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0097079

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | CHANTILLY VA 20152-4372 | | | | |
| | 705-509-8677 | | | | |
| | NRCS MI Monitoring Specialist services for the Base Year, | | | | |
| | Period of Performance 10/01/2020 - 9/26/2021 | | | | |
| | | | | | |
| | Program Office Point of Contact: | | | | |
| | Kim Wieber | | | | |
| | kim.wieber@usda.gov | | | | |
| | 517-324-5276 | | | | |
| | | | | | |
| | Procurement Office Point of Contact: | | | | |
| | Angie Comstock | | | | |
| | angie.comstock@usda.gov | | | | |
| | 816-926-7916 | | | | |
| | | | | | |
| | Contractor Point of Contact: | | | | |
| | Corliss Jackson | | | | |
| | Corliss@FedJobResults.com | | | | |
| | 703-509-8677 | | | | |
| | | | | | |
| | Base Year Period of Performance: | | | | |
| | 10/1/2020 to 9/26/2021 | | | | |
| | 720 hours per position | | | | |
| | Rate: $40.00 per position | | | | |
| | | | | | |
| | Total of two (2) positions for a total for | | | | |
| | $57,600.00 | | | | |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) · 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0097080

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |

Delivery: 09/26/2021
Agency Code: NR00 Budget Yr Start: ZZ SHC:
20XX20ACP8T26000SI0000 BOC: 2540
Period of Performance: 10/01/2020 to 09/26/2021

| 0001 | ACEP-WRE Monitoring Specialist Contract | | | | 57,600.00 |
| | Requisition No: 1006964, 1018285 | | | | |

The total amount of award: $57,600.00. The
obligation for this award is shown in box 26.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097081

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | | |
|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | |

| 2 CONTRACT NO. 12FPC120A0002/ UV1582826691K | 3. AWARD/ EFFECTIVE DATE 03/06/2020 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME ANGIE COMSTOCK | b. TELEPHONE NUMBER *(No collect calls)* 816-926-7916 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO CODE As Indicated On Each Call | 16. ADMINISTERED BY CODE FPAC-HQ-APD-KC FPAC BUS CNTR-ACQUISITION DIV-KC Operations Branch Beacon Facility - Mail Stop 1108 KANSAS CITY MO 64141-6205 |
|---|---|

| 17a. CONTRACTOR/ OFFEROR CODE FACILITY CODE See Schedule TELEPHONE NO. | 18a. PAYMENT WILL BE MADE BY CODE As Indicated On Each Call |
|---|---|

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 34-1972456 DUNS Number: 188603661 PRIME:     Small Business Administration SUB:     1104118598#     GPI ENTERPRISES     Attn: Chris Murillo@e-gpi.com     3637 MEDINA RD., STE. 60     1104118999# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA As Indicated On Each Call | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $0.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: Quote OFFER DATED 03/03/2020 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: See Below

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* JULIE M. SIMPSON |
| 30c. DATE SIGNED | 31c. DATE SIGNED 03/06/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW Document 70-19 Filed 07/12/22 Page 45 of 225 PageID #: 2744
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0055193

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | MEDINA OH 44256 | | | | |

```
        MEDINA OH 44256
        330-321-2461
USDA NRCS in Ohio requires both administrative
and professional services for the USDA-NRCS
State, Area and Field Offices throughout the
state.  The requirements of this BPA and any BPA
calls are included in the attached statement of
work.

Program Office Point of Contact/COR:
William Dwyer
Email:  william.dwyer@usda.gov
Phone:  614-255-2501

Vendor Point of Contact:
Chris Murillo
Email: chris.murillo@e-gpi.com
Phone:  330-321-4261

Procurement Points of Contact:
Julie Simpson, Contracting Officer
Email:  julie.simpson@usda.gov
Phone:  816-926-1200

Angie Comstock, Contract Specialist
Email:  angie.comstock@usda.gov
Phone:  816-926-7916


Continued ...
```

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0055194

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Base Year:  03/06/2020 - 03/07/2021<br>General Clerk III:     $26.65<br>Estimated Hours Per Year Per Position:    2000<br>Total Estimated Price for Base Year for General<br>Clerk III:  $53,300.00<br><br>Current Available Locations:    State Office<br>(Franklin County)  - 2 Positions<br>            Field/Area Office (Hancock County)<br>            Field/Area Office (Ross County)<br><br>Total Estimated Price for Base Year for General<br>Clerk III:    $213,200.00<br>Estimated Travel and Training Costs Per Year for<br>General Clerk III:        $12,000.00<br>Total Estimated Cost for General Clerk III<br>Positions for Base Year including Travel and<br>Training:     $225,200.00<br><br>Secretary III:      $29.90 per hour<br>Estimated Hours Per Year Per Position:    2000<br>Total Estimated Price for Base Year for Secretary<br>III:  $59,800.00<br><br>Current Available Locations:      State Office<br>(Franklin County)<br>Total Estimated Price for Base Year for Secretary<br>III:    $59,800.00<br>Estimated Travel and Training Costs Per Year for<br>Secretary III:    $3,000.00<br>Total Estimated Cost for Secretary III for Base<br>Year including Travel and Training:    $62,800.00<br><br>Professional - Interdisciplinary Resource<br>Specialist:     $45.02 per hour<br>Estimated Hours Per Year Per Position:    2000<br>Total Estimated Price for Base Year for<br>Professional - Interdisciplinary Resource<br>Specialist:   $90,040.00<br><br>Current Available Locations:      State Office<br>(Franklin County)<br>Total Estimated Price for Base Year for<br>Professional - Interdisciplinary Resource<br>Specialist:    $90,040.00<br>Estimated Travel and Training Costs Per Year for<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0055195

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
12FPC120A0002/UV1582826691K

PAGE 4  OF 96

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Professional - Interdisciplinary Resource
Specialist:   $10,000.00
Total Estimated Cost for Professional -
Interdisciplinary Resource Specialist for Base
Year including Travel and Training:    $100,040.00

Total Estimated Cost for Base Year: $388,040.00
*******************************************
****************************
Option Year One: 03/06/2021 - 03/07/2022
General Clerk III:    $27.18
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year One for
General Clerk III: $54,360.00

Current Available Locations:    State Office
(Franklin County) - 2 Positions
            Field/Area Office (Hancock County)
            Field/Area Office (Ross County)

Total Estimated Price for Option Year One for
General Clerk III:    $217,440.00
Estimated Travel and Training Costs Per Year for
General Clerk III:    $12,000.00
Total Estimated Cost for General Clerk III
Positions for Option Year One including Travel
and Training:   $229,440.00

Secretary III:    $30.50 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year One for
Secretary III: $61,000.00

Current Available Locations:    State Office
(Franklin County)
Total Estimated Price for Option Year One for
Secretary III:    $61,000.00
Estimated Travel and Training Costs Per Year for
Secretary III:    $3,000.00
Total Estimated Cost for Secretary III for Option
Year One including Travel and Training:
 $64,000.00

Professional - Interdisciplinary Resource
Specialist:    $45.92 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year One for
Continued ...

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 48 of 225
PageID #: 2747
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0055196

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
12FPC120A0002/UV1582826691K

PAGE 5    OF 96

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Professional - Interdisciplinary Resource
Specialist:    $91,840.00

Current Available Locations:       State Office
(Franklin County)
Total Estimated Price for Option Year One for
Professional - Interdisciplinary Resource
Specialist:    $91,840.00
Estimated Travel and Training Costs Per Year for
Professional - Interdisciplinary Resource
Specialist:    $10,000.00
Total Estimated Cost for Professional -
Interdisciplinary Resource Specialist for Option
Year One including Travel and Training:
 $101,840.00

Total Estimated Cost for Option Year One:
$395,280.00
****************************************************
***************************
Option Year Two:  03/06/2022 - 03/07/2023
General Clerk III:     $27.73
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Two for
General Clerk III:  $55,460.00

Current Available Locations:      State Office
(Franklin County) - 2 Positions
             Field/Area Office (Hancock County)
             Field/Area Office (Ross County)

Total Estimated Price for Option Year Two for
General Clerk III:     $221,840.00
Estimated Travel and Training Costs Per Year for
General Clerk III:     $12,000.00
Total Estimated Cost for General Clerk III
Positions for Option Year Two including Travel
and Training:     $233,840.00

Secretary III:      $31.11 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Two for
Secretary III:  $62,220.00

Current Available Locations:       State Office
(Franklin County)
Total Estimated Price for Option Year Two for
Continued ...

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 49 of 225
PageID #: 2748
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0055197

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED
12FPC120A0002/UV1582826691K

PAGE 6   OF 96

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Secretary III:        $62,220.00
Estimated Travel and Training Costs Per Year for
Secretary III:        $3,000.00
Total Estimated Cost for Secretary III for Option
Year Two including Travel and Training:
 $65,220.00

Professional - Interdisciplinary Resource
Specialist:       $46.84 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Two for
Professional - Interdisciplinary Resource
Specialist:   $93,680.00

Current Available Locations:       State Office
(Franklin County)
Total Estimated Price for Option Year Two for
Professional - Interdisciplinary Resource
Specialist:       $93,680.00
Estimated Travel and Training Costs Per Year for
Professional - Interdisciplinary Resource
Specialist:   $10,000.00
Total Estimated Cost for Professional -
Interdisciplinary Resource Specialist for Option
Year Two including Travel and Training:
 $103,680.00

Total Estimated Cost for Option Year Two:
$402,740.00
****************************************************
****************************
Option Year Three:  03/06/2023 - 03/07/2024
General Clerk III:      $28.28
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Three for
General Clerk III:  $56,560.00

Current Available Locations:      State Office
(Franklin County) - 2 Positions
            Field/Area Office (Hancock County)
            Field/Area Office (Ross County)

Total Estimated Price for Option Year Three for
General Clerk III:      $226,240.00
Estimated Travel and Training Costs Per Year for
General Clerk III:      $12,000.00
Total Estimated Cost for General Clerk III
Continued ...

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 50 of 225
PageID #: 2749
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0055198

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | 12FPC120A0002/UV1582826691K | 7 | 96 |

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Positions for Option Year Three including Travel and Training:  $238,240.00 | | | | |

Secretary III:     $31.73 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Three for
Secretary III:  $63,460.00

Current Available Locations:       State Office
(Franklin County)
Total Estimated Price for Option Year Three for
Secretary III:     $63,460.00
Estimated Travel and Training Costs Per Year for
Secretary III:     $3,000.00
Total Estimated Cost for Secretary III for Option
Year Three including Travel and Training:
 $66,460.00

Professional - Interdisciplinary Resource
Specialist:     $47.78 per hour
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Three for
Professional - Interdisciplinary Resource
Specialist:  $95,560.00

Current Available Locations:       State Office
(Franklin County)
Total Estimated Price for Option Year Three for
Professional - Interdisciplinary Resource
Specialist:     $95,960.00
Estimated Travel and Training Costs Per Year for
Professional - Interdisciplinary Resource
Specialist:  $10,000.00
Total Estimated Cost for Professional -
Interdisciplinary Resource Specialist for Option
Year Three including Travel and Training:
 $105,560.00

Total Estimated Cost for Option Year Three:
$410,260.00
****************************************************
****************************
Option Year Four:  03/06/2024 - 03/07/2025
General Clerk III:     $28.85
Estimated Hours Per Year Per Position:    2000
Total Estimated Price for Option Year Four for
General Clerk III:  $57,700.00
Continued ...

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 51 of 225
PageID #: 2750

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0055199

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Current Available Locations:     State Office (Franklin County) - 2 Positions | | | | |
| | Field/Area Office (Hancock County) | | | | |
| | Field/Area Office (Ross County) | | | | |
| | Total Estimated Price for Option Year Four for General Clerk III:     $230,800.00 Estimated Travel and Training Costs Per Year for General Clerk III:     $12,000.00 Total Estimated Cost for General Clerk III Positions for Option Year Four including Travel and Training:     $242,800.00 | | | | |
| | Secretary III:     $32.36 per hour Estimated Hours Per Year Per Position:     2000 Total Estimated Price for Option Year Four for Secretary III:  $64,720.00 | | | | |
| | Current Available Locations:     State Office (Franklin County) Total Estimated Price for Option Year Four for Secretary III:     $64,720.00 Estimated Travel and Training Costs Per Year for Secretary III:     $3,000.00 Total Estimated Cost for Secretary III for Option Year Four including Travel and Training:   $67,720.00 | | | | |
| | Professional - Interdisciplinary Resource Specialist:     $48.73 per hour Estimated Hours Per Year Per Position:     2000 Total Estimated Price for Option Year Four for Professional - Interdisciplinary Resource Specialist:  $97,460.00 | | | | |
| | Current Available Locations:     State Office (Franklin County) Total Estimated Price for Option Year Four for Professional - Interdisciplinary Resource Specialist:     $97,460.00 Estimated Travel and Training Costs Per Year for Professional - Interdisciplinary Resource Specialist:  $10,000.00 Total Estimated Cost for Professional - Interdisciplinary Resource Specialist for Option Year Four including Travel and Training: Continued ... | | | | |

Case 2:20-cv-00041-DCLC-CRW     Document 70-19     Filed 07/12/22     Page 52 of 225
PageID #: 2751
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0055200

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | $107,460.00 | | | | |
| | Total Estimated Cost for Option Year Four:<br>$417,980.00 | | | | |
| | Total Estimated Cost for BPA Life:  $2,014,300.00 | | | | |
| | Period of Performance: 03/06/2020 to 03/07/2025 | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 53 of 225
PageID #: 2752
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0055201

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 12FPC120A0001/ 0353/20/0299 | 03/01/2020 | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ANGIE COMSTOCK | b. TELEPHONE NUMBER (No collect calls) 816-926-7916 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | UNRESTRICTED OR | ☒ SET ASIDE | % FOR. |
|---|---|---|---|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB

☒ 8(A)

NAICS: 561110

SIZE STANDARD  $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE FPAC-HQ-APD-KC |
|---|---|---|---|
| As Indicated On Each Call | | FPAC BUS CNTR-ACQUISITION DIV-KC Operations Branch Beacon Facility - Mail Stop 1108 KANSAS CITY MO 64141-6205 | |

| 17a. CONTRACTOR/OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|
| See Schedule | | | As Indicated On Each Call | |

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675 DUNS Number:  832880913 PRIME:   Small Business Administration SUB:   1102030703#   HEARTLAND ENERGY PARTNERS LLC   Attn: John English   6720 CURRAN ST   1102030703# Continued ... (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA As Indicated On Each Call | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $0.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☐ 29. AWARD OF CONTRACT  Quote  OFFER  DATED 02/19/2020  YOUR OFFER ON SOLICITATION (BLOCK 5). INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS  See Below |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *(signature)* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *(signature)* |
| 30b. NAME AND TITLE OF SIGNER (Type or print) John English - CEO | 30c. DATE SIGNED 2-28-20 | 31b. NAME OF CONTRACTING OFFICER (Type or print) JULIE M. SIMPSON | 31c. DATE SIGNED 02/28/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054733

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | | |
|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | |

**1. REQUISITION NUMBER**

**PAGE** 1 **OF** 130

| 2 CONTRACT NO. 12FPC120A0001/ 0353/20/0299 | 3. AWARD/ EFFECTIVE DATE 03/01/2020 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

**7.** FOR SOLICITATION INFORMATION CALL: ▶ a. NAME ANGIE COMSTOCK

b. TELEPHONE NUMBER *(No collect calls)* 816-926-7916

8. OFFER DUE DATE/LOCAL TIME

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP

**15. DELIVER TO** CODE

As Indicated On Each Call

**16. ADMINISTERED BY** CODE FPAC-HQ-APD-KC

FPAC BUS CNTR-ACQUISITION DIV-KC
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY CODE |
|---|---|---|

See Schedule

As Indicated On Each Call

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675 DUNS Number: 832880913 PRIME:    Small Business Administration SUB:    1102030703#    HEARTLAND ENERGY PARTNERS LLC    Attn: John English    6720 CURRAN ST    1102030703# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

**25. ACCOUNTING AND APPROPRIATION DATA**
As Indicated On Each Call

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*
$0.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: Quote OFFER DATED 02/19/2020 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: See Below

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* JULIE M. SIMPSON | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0054734

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22101 | | | | |

```
          MCLEAN VA 22101
          703-559-5890

    USDA NRCS in Florida requires Administrative
    Support Services for their State, Area and Field
    Offices throughout the state.  The requirements
    of this BPA and any BPA calls are included in the
    attached statement of work.


    Program Office Point of Contact/COR:
    Denise Liggett
    Email:  denise.liggett@usda.gov
    Phone:  352-338-9564


    Vendor Point of Contact:
    John English
    Email:  jenglish@heartlandconsulting.com
    Phone:  703-559-8590


    Procurement Points of Contact:
    Julie Simpson, Contracting Officer
    Email:  julie.simpson@usda.gov
    Phone:  816-926-1200


    Angie Comstock, Contract Specialist
    Email:  angie.comstock@usda.gov
    Phone:  816-926-7916




    Continued ...
```

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY (Print) |
|---|---|---|
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)  |  42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054735

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Positions, Pricing and Locations: | | | | |

Positions, Pricing and Locations:

General Clerk III: $33.00 per hour
Estimated Hours Per Year Per Position: 1880
Total Estimated Price Per Year Per Position:
$62,040.00

Current Available Locations:
State Office (Alachua County)
Field/Area Office (Columbia County)
Field/Area Office (Palm Beach County)
Field/Area Office (Manatee County)
Field/Area Office (St. Lucie County)
Field/Area Office (Jackson County)

Total Estimated Price Per Year: $372,240.00
Estimated Travel and Training Costs Per Year for
General Clerk III:  $21,000.00
Total Estimated Cost for General Clerk III
Positions Per Year including Travel and Training:
$393,240.00


Secretary III: $36.87 per hour
Estimated Hours Per Year Per Position: 1880
Total Estimated Price Per Year Per Position:
$69,315.60

Current Available Locations:
State Office (Alachua County)
Field/Area Office (Columbia County)
Field/Area Office (Palm Beach County)
Field/Area Office (Manatee County)
Field/Area Office (Jackson County)

Total Estimated Price Per Year: $346,578.00
Estimated Travel and Training Costs Per Year for
Secretary III: $3,600.00
Total Estimated Cost for General Clerk III
Positions Per Year including Travel and Training:
$350,178.00

Total Estimated Cost for Per Year:  $743,418.00

Total Estimated Cost for the Life of the BPA:
$3,717,090.00
Period of Performance: 03/01/2020 to 02/28/2025

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 57 of 225
PageID #: 2756
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054736

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| | |
|---|---|
| 1. REQUISITION NUMBER<br>See Schedule | PAGE 1 OF 136 |

| 2. CONTRACT NO.<br>12FPC120A0001/<br>0353/20/0299 | 3. AWARD/<br>EFFECTIVE DATE<br>03/19/2020 | 4. ORDER NUMBER<br>12FPC120F0162 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>JULIE SIMPSON | b. TELEPHONE NUMBER *(No collect calls)*<br>816-926-1200 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION<br>☐ RFQ ☐ IFB ☐ RFP | |

**15. DELIVER TO** CODE NRCS-FL-124209

USDA-NRCS-FLORIDA STATE OFFICE
4500 NW 27th Avenue
Bldg A
GAINESVILLE FL 32606

**16. ADMINISTERED BY** CODE FPAC-HQ-APD-KC

FPAC BUS CNTR-ACQUISITION DIV-KC
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/<br>OFFEROR | CODE | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675<br>DUNS Number: 832880913<br>PRIME:<br>   Small Business Administration<br>SUB:<br>     1102030703#<br>     HEARTLAND ENERGY PARTNERS LLC<br>     Attn: John English<br>     6720 CURRAN ST<br>     1102030703#<br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$269,986.80 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: BPA OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: See CLIN Below

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JULIE M. SIMPSON | 31c. DATE SIGNED<br>03/19/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 58 of 225
PageID #: 2757
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0056132

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22101 | | | | |
| |   703-559-5890 | | | | |
| | USDA NRCS in Florida requires both administrative services for the USDA-NRCS State, Area and Field Offices throughout the state. The requirements of this BPA call are included in the attached statement of work and the line items below. | | | | |
| | Program Office Point of Contact/COR: Denise Liggett Email: denise.liggett@usda.gov Phone: 352-338-9564 | | | | |
| | Vendor Point of Contact: John English Email: jenglish@heartlandconsulting.com Phone: 703-559-8590 | | | | |
| | Procurement Points of Contact: Julie Simpson, Contracting Officer Email: julie.simpson@usda.gov Phone: 816-926-1200 | | | | |
| | Angie Comstock, Contract Specialist Email: angie.comstock@usda.gov Phone: 816-926-7916 Period of Performance: 03/19/2020 to 02/28/2025 | | | | |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)*    42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0056133

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0001 | Base Year - General Clerk III - Palm Beach, Florida<br><br>Price Per Hour - Base Year:  $33.00<br>Estimated Hours For Base Year: 1880<br>Base Year Pricing:  $62,040.00<br>Requisition No: 996652<br><br>Delivery: 02/28/2021<br>Accounting Info:<br>NR00.ZZ.......20XX20EQP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC: 20XX20EQP8T12000SI0000 BOC: 2540<br>Funded: $62,040.00<br>Period of Performance: 03/19/2020 to 02/28/2021 | | | | 62,040.00 |
| 0002 | Base Year and Option Year One - Secretary III - Gainesville, Alachua County, Florida<br><br>Price Per Hour - Base Year and Option Year One: $36.87<br>Estimated Hours For Base Year: 1880<br>Base Year Pricing:  $69,315.60<br>Estimated Hours for Option Year One:  1880<br>Option Year One Pricing:  $69,315.60<br>Total Hours:  3760<br>Total Pricing for Base Year and Option Year One: $138,631.20<br>Requisition No: 996652<br><br>Delivery: 02/28/2022<br>Accounting Info:<br>NR00.ZZ.......20XX20ACP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC: 20XX20ACP8T12000SI0000 BOC: 2540<br>Funded: $138,631.20<br>Period of Performance: 03/19/2020 to 02/28/2022 | | | | 138,631.20 |
| 0003 | Base Year and Option Year One - Secretary III - Palmetto, Manatee County, Florida<br><br>Price Per Hour - Base Year and Option Year One: $36.87<br>Continued ... | | | | 69,315.60 |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 60 of 225
PageID #: 2759
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056134

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Estimated Hours For Base Year: 940<br>Base Year Pricing: $34,657.80<br>Estimated Hours for Option Year One: 940<br>Option Year One Pricing: $34,657.80<br>Total Hours: 1880<br>Total Pricing for Base Year and Option Year One:<br>$69,315.60<br>Requisition No: 986938, 996652<br><br>Delivery: 02/28/2022<br>Accounting Info:<br>NR00.ZZ.......19XX20ACP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>19XX20ACP8T12000SI0000 BOC: 2540<br>Funded: $12,000.00<br>Accounting Info:<br>NR00.ZZ.......20XX20ACP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>20XX20ACP8T12000SI0000 BOC: 2540<br>Funded: $57,315.60<br>Period of Performance: 03/19/2020 to 02/28/2022 | | | | |
| 0004 | Option Year One - General Clerk III - Palm Beach,<br>Florida<br><br>Price Per Hour - Option Year One: $33.00<br>Estimated Hours For Option Year One: 1880<br>Option Year One Pricing: $62,040.00<br>Amount: $62,040.00(Option Line Item)<br>02/28/2021<br><br>Delivery: 02/28/2022<br>Period of Performance: 03/01/2021 to 02/28/2022 | | | | 0.00 |
| 0005 | Option Year Two - Secretary III - Gainsville,<br>Alachua County, Florida<br><br>Price Per Hour - Option Year Two: $36.87<br>Estimated Hours For Option Year Two: 1880<br>Option Year Two Pricing: $69,315.60<br>Amount: $69,315.60(Option Line Item)<br>02/28/2022<br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056135

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Delivery: 02/28/2023 Period of Performance: 03/01/2022 to 02/28/2023 | | | | |
| 0006 | Option Year Two - Secretary III - Palmetto, Manatee County, Florida | | | | 0.00 |
| | Price Per Hour - Option Year Two: $36.87 Estimated Hours For Option Year Two: 940 Option Year Two Pricing: $34,657.80 Amount: $34,657.80(Option Line Item) 02/28/2022 | | | | |
| | Delivery: 02/28/2023 Period of Performance: 03/01/2022 to 02/28/2023 | | | | |
| 0007 | Option Year Two - General Clerk III - Palm Beach, Florida | | | | 0.00 |
| | Price Per Hour - Option Year Two: $33.00 Estimated Hours For Option Year Two: 1880 Option Year Two Pricing: $62,040.00 Amount: $62,040.00(Option Line Item) 02/28/2022 | | | | |
| | Delivery: 02/28/2023 Period of Performance: 03/01/2022 to 02/28/2023 | | | | |
| 0008 | Option Year Three - Secretary III - Gainsville, Alachua County, Florida | | | | 0.00 |
| | Price Per Hour - Option Year Three: $36.87 Estimated Hours For Option Year Three: 1880 Option Year Three Pricing: $69,315.60 Amount: $69,315.60(Option Line Item) 02/28/2023 | | | | |
| | Delivery: 02/28/2024 Period of Performance: 03/01/2023 to 02/28/2024 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056136

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0009 | Option Year Three - Secretary III - Palmetto, Manatee County, Florida<br><br>Price Per Hour - Option Year Three: $36.87<br>Estimated Hours For Option Year Three: 940<br>Option Year Three Pricing: $34,657.80<br>Amount: $34,657.80(Option Line Item)<br>02/28/2023<br><br>Delivery: 02/28/2024<br>Period of Performance: 03/01/2023 to 02/28/2024 | | | | 0.00 |
| 0010 | Option Year Three - General Clerk III - Palm Beach, Florida<br><br>Price Per Hour - Option Year Three: $33.00<br>Estimated Hours For Option Year Three: 1880<br>Option Year Three Pricing: $62,040.00<br>Amount: $62,040.00(Option Line Item)<br>02/28/2023<br><br>Delivery: 02/28/2024<br>Period of Performance: 03/01/2023 to 02/28/2024 | | | | 0.00 |
| 0011 | Option Year Four - Secretary III - Gainesville, Alachua County, Florida<br><br>Price Per Hour - Option Year Four: $36.87<br>Estimated Hours For Option Year Four: 1880<br>Option Year Four Pricing: $69,315.60<br>Amount: $69,315.60(Option Line Item)<br>02/28/2024<br><br>Delivery: 02/28/2025<br>Period of Performance: 03/01/2024 to 02/28/2025 | | | | 0.00 |
| 0012 | Option Year Four - Secretary III - Palmetto, Manatee County, Florida<br><br>Price Per Hour - Option Year Four: $36.87<br>Estimated Hours For Option Year Four: 940<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056137

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Option Year Four Pricing: $34,657.80<br>Amount: $34,657.80(Option Line Item)<br>02/28/2024<br><br>Delivery: 02/28/2025<br>Period of Performance: 03/01/2024 to 02/28/2025 | | | | |
| 0013 | Option Year Four - General Clerk III - Palm Beach, Florida<br><br>Price Per Hour - Option Year Four: $33.00<br>Estimated Hours For Option Year Four: 1880<br>Option Year Four Pricing: $62,040.00<br>Amount: $62,040.00(Option Line Item)<br>02/28/2024<br><br>Delivery: 02/28/2025<br>Period of Performance: 03/01/2024 to 02/28/2025 | | | | 0.00 |
| 0014 | Base Year Travel and Training<br><br>Travel and Training for General Clerk Position:<br>$3,500.00<br>Travel and Training for Secretary Positions:<br>$720 x 2 = $1,440.00<br><br>Total Travel and Training for Base Year:<br>$4,940.00<br><br>***This line item has no current funding.  If travel or training is needed funding will be added.<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER<br><br>Delivery: 02/28/2021<br>Accounting Info:<br>Agency Code: ZZZZ Budget Yr Start: ZZ SHC:<br>ZZZZZZZZZZZZZZZZZ BOC: ZZZZ<br>Funded: $0.00<br> $4,940.00 (Subject to Availability of Funds)<br>Period of Performance: 03/19/2020 to 02/28/2021<br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 64 of 225
PageID #: 2763
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056138

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0015 | Option Year One Travel and Training | | | | 0.00 |
| | Travel and Training for General Clerk Position: $3,500.00 | | | | |
| | Travel and Training for Secretary Positions: $720 x 2 = $1,440.00 | | | | |
| | Total Travel and Training for Option Year One: $4,940.00 | | | | |
| | Amount: $4,940.00(Option Line Item) | | | | |
| | 02/28/2021 | | | | |
| | Product/Service Code:  R699 | | | | |
| | Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Delivery: 02/28/2022 | | | | |
| | Period of Performance: 03/01/2021 to 02/28/2022 | | | | |
| 0016 | Option Year Two Travel and Training | | | | 0.00 |
| | Travel and Training for General Clerk Position: $3,500.00 | | | | |
| | Travel and Training for Secretary Positions: $720 x 2 = $1,440.00 | | | | |
| | Total Travel and Training for Option Year Two: $4,940.00 | | | | |
| | Amount: $4,940.00(Option Line Item) | | | | |
| | 02/28/2022 | | | | |
| | Product/Service Code:  R699 | | | | |
| | Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Delivery: 02/28/2023 | | | | |
| | Period of Performance: 03/01/2022 to 02/28/2023 | | | | |
| 0017 | Option Year Three Travel and Training | | | | 0.00 |
| | Travel and Training for General Clerk Position: $3,500.00 | | | | |
| | Travel and Training for Secretary Positions: $720 x 2 = $1,440.00 | | | | |
| | Total Travel and Training for Option Year Three: $4,940.00 | | | | |
| | Amount: $4,940.00(Option Line Item) | | | | |
| | 02/28/2023 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056139

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Code:  R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER<br><br>Delivery: 02/28/2024<br>Period of Performance: 03/01/2023 to 02/28/2024 | | | | |
| 0018 | Option Year Four Travel and Training<br><br>Travel and Training for General Clerk Position:<br>$3,500.00<br>Travel and Training for Secretary Positions:<br>$720 x 2 = $1,440.00<br><br>Total Travel and Training for Option Year Four:<br>$4,940.00<br>Amount: $4,940.00 (Option Line Item)<br>02/28/2024<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER<br><br>Delivery: 02/28/2025<br>Period of Performance: 03/01/2024 to 02/28/2025<br><br>The total amount of award: $854,767.00. The<br>obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056140

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER<br>1005208 | | | PAGE OF<br>1   133 |
|---|---|---|---|---|---|

| 2. CONTRACT NO.<br>12FPC120A0001/<br>0353/20/0299 | 3. AWARD/<br>EFFECTIVE DATE<br>07/01/2020 | 4. ORDER NUMBER<br>12FPC120F0348 | 5. SOLICITATION NUMBER | | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>JULIE SIMPSON | b. TELEPHONE NUMBER    *(No collect calls)*<br>816-926-1200 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY**   CODE   FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS**   ☐ UNRESTRICTED OR   ☒ SET ASIDE:      % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING<br><br>14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP |
|---|---|---|---|

**15. DELIVER TO**   CODE   NRCS-FL-124209

USDA-NRCS-FLORIDA STATE OFFICE
4500 NW 27th Avenue
Bldg A
GAINESVILLE FL 32606

**16. ADMINISTERED BY**   CODE   FPAC-HQ-APD-KC

FPAC BUS CNTR-ACQUISITION DIV-KC
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/<br>OFFEROR   CODE | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY   CODE   IPP |
|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  27-1166675<br>DUNS Number:  832880913<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1102030703#<br>    HEARTLAND ENERGY PARTNERS LLC<br>    Attn: John English<br>    6720 CURRAN ST<br>    1102030703#<br>Continued ...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$193,395.60 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1
COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER
ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL
SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT:   BPA
DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5),
INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH
HEREIN, IS ACCEPTED AS TO ITEMS:   See CLIN Below

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JULIE M. SIMPSON | 31c. DATE SIGNED<br>06/25/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 67 of 225
PageID #: 2766
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0095767

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22101 | | | | |
| | 703-559-5890 | | | | |
| | USDA NRCS in Florida requires both administrative services for the USDA-NRCS State, Area and Field Offices throughout the state. The requirements of this BPA call are included in the attached statement of work and the line items below. | | | | |
| | Program Office Point of Contact/COR: Denise Liggett Email: denise.liggett@usda.gov Phone: 352-338-9564 | | | | |
| | Vendor Point of Contact: John English Email: jenglish@heartlandconsulting.com Phone: 703-559-8590 | | | | |
| | Procurement Points of Contact: Julie Simpson, Contracting Officer Email: julie.simpson@usda.gov Phone: 816-926-1200 | | | | |
| | Angie Comstock, Contract Specialist Email: angie.comstock@usda.gov Phone: 816-926-7916 Period of Performance: 07/01/2020 to 07/31/2025 | | | | |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0095768

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0001 | Base Year and Option Year One - General Clerk III - NRCS Florida State Office, Gainesville - Alachua County | | | | 124,080.00 |
| | Price Per Hour - Base Year and Option Year One: $33.00<br>Estimated Hours for Base Year:  1,880<br>Base Year Pricing:  $62,040.00<br>Estimated Hours for Option Year One:  1,880<br>Option Year One Pricing:  $62,040.00<br>Total Hours:  3,760<br>Total Pricing for Base Year and Option Year One: $124,080.00 | | | | |
| | Delivery: 06/30/2022<br>Accounting Info:<br>NR00.ZZ.......20XX20ACP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>20XX20ACP8T12000SI0000 BOC: 2540<br>Funded: $124,080.00<br>Period of Performance: 07/01/2020 to 06/30/2022 | | | | |
| 0002 | Option Year Two - General Clerk III - NRCS Florida State Office, Gainesville - Alachua County | | | | 0.00 |
| | Price Per Hour - Option Year Two:  $33.00<br>Estimated Hours for Option Year Two:  1,880<br>Option Year Two Pricing:  $62,040.00<br>Amount: $62,040.00(Option Line Item)<br>06/30/2022<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Delivery: 06/30/2023<br>Period of Performance: 07/01/2022 to 06/30/2023 | | | | |
| 0003 | Option Year Three - General Clerk III - NRCS Florida State Office, Gainesville - Alachua County | | | | 0.00 |
| | Price Per Hour - Option Year Three:  $33.00<br>Estimated Hours for Option Year Three:  1,880<br>Option Year Three Pricing:  $62,040.00<br>Amount: $62,040.00(Option Line Item)<br>06/30/2023<br>Product/Service Code:  R699<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0095769

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER<br><br>Delivery: 06/30/2024<br>Period of Performance: 07/01/2023 to 06/30/2024 | | | | |
| 0004 | Option Year Four - General Clerk III - NRCS<br>Florida State Office, Gainesville - Alachua County<br><br>Price Per Hour - Option Year Four: $33.00<br>Estimated Hours for Option Year Four: 1,880<br>Option Year Four Pricing: $62,040.00<br>Amount: $62,040.00 (Option Line Item)<br>06/30/2024<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER<br><br>Delivery: 06/30/2025<br>Period of Performance: 07/01/2024 to 06/30/2025 | | | | 0.00 |
| 0005 | Base Year - Secretary III - Marianna, Jackson<br>County, Florida<br><br>Price Per Hour: $36.87<br>Estimated Hours for Base Year: 1,880<br>Base Year Pricing: $69,315.60<br><br><br>Delivery: 07/31/2021<br>Accounting Info:<br>NR00.ZZ.......20XX20ACP8T12000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>20XX20ACP8T12000SI0000 BOC: 2540<br>Funded: $34,315.60<br>Accounting Info:<br>NR00.ZZ.......16XX20RCP1T12000AIE324.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>16XX20RCP1T12000AIE324 BOC: 2540<br>Funded: $35,000.00<br>Period of Performance: 08/01/2020 to 07/31/2021 | | | | 69,315.60 |
| 0006 | Option Year One - Secretary III - Marianna,<br>Jackson County, Florida<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0095770

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Price Per Hour: $36.87<br>Estimated Hours for Option Year One: 1,880<br>Option Year One Pricing: $69,315.60<br><br>Amount: $69,315.60(Option Line Item)<br>07/31/2021<br><br>Delivery: 07/31/2022<br>Period of Performance: 08/01/2021 to 07/31/2022 | | | | |
| 0007 | Option Year Two - Secretary III - Marianna, Jackson County, Florida<br><br>Price Per Hour: $36.87<br>Estimated Hours for Option Year Two: 1,880<br>Option Year Two Pricing: $69,315.60<br><br>Amount: $69,315.60(Option Line Item)<br>07/31/2022<br><br>Delivery: 07/31/2023<br>Period of Performance: 08/01/2022 to 07/31/2023 | | | | 0.00 |
| 0008 | Option Year Three - Secretary III - Marianna, Jackson County, Florida<br><br>Price Per Hour: $36.87<br>Estimated Hours for Option Year Three: 1,880<br>Option Year Three Pricing: $69,315.60<br><br>Amount: $69,315.60(Option Line Item)<br>07/31/2023<br><br>Delivery: 07/31/2024<br>Period of Performance: 08/01/2023 to 07/31/2024 | | | | 0.00 |
| 0009 | Option Year Four - Secretary III - Marianna, Jackson County, Florida<br><br>Price Per Hour: $36.87<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 71 of 225
PageID #: 2770
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0095771

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Estimated Hours for Option Year Four:  1,880<br>Option Year Four Pricing:  $69,315.60<br><br>Amount: $69,315.60(Option Line Item)<br>07/31/2024<br><br>Delivery: 07/31/2025<br>Period of Performance: 08/01/2024 to 07/31/2025<br><br>The total amount of award: $656,778.00. The<br>obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 72 of 225
PageID #: 2771
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0095772

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER<br>1017364 | PAGE<br>1 | OF<br>3 |
|---|---|---|---|

| 2. CONTRACT NO.<br>12FPC120A0001/<br>0353/20/0299 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC120F0488 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME<br>SCOTT CRIST | b. TELEPHONE NUMBER *(No collect calls)*<br>317-295-5830 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING<br><br>14. METHOD OF SOLICITATION<br>☐ RFQ ☐ IFB ☐ RFP |
|---|---|---|---|

**15. DELIVER TO** CODE NRCS-FL-124209

USDA-NRCS-FLORIDA STATE OFFICE
4500 NW 27th Avenue
Bldg A
GAINESVILLE FL 32606

**16. ADMINISTERED BY** CODE NRCS-IN-1252KY

USDA-NRCS-INDIANA STATE OFFICE
6013 LAKESIDE BOULEVARD
INDIANAPOLIS IN 46278

| 17a. CONTRACTOR/OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675<br>DUNS Number: 832880913<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1102030703#<br>    HEARTLAND ENERGY PARTNERS LLC<br>    Attn: John English<br>    6720 CURRAN ST<br>    1102030703#<br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$46,013.76 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: ____ OFFER DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JULIE M. SIMPSON | 31c. DATE SIGNED<br>09/18/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0096509

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22101 703-559-5890 This CALL order with option years is being placed against your BPA - 12FPC120A0001 with USDA supporting a Secretarial III position in Gainesville, Florida at the NRCS State Office in Alachua County. The Technical Point of Contact is Mrs. Denis Liggett at 352-338-9564. Contractual matters must be addressed to the Contracting Specialist Mr. Scott Crist at scott.crist@usda.gov. Period of Performance: 10/02/2020 to 10/01/2021 | | | | |
| 0001 | Base Year BPA 12FPC120A0001 24 hours per week (1,248 hours) at a rate of $36.87/hour Delivery: 10/01/2021 | 1248 | HR | 36.87 | 46,013.76 |
| 0002 | Option Year 1 10/2/2021 - 10/01/2022 Amount: $0.00(Option Line Item) 08/01/2021 Continued ... | | | | 0.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32 g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) / 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0096510

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code:  R699 Product/Service Description: SUPPORT- ADMINISTRATIVE: OTHER | | | | |
| | Delivery: 10/01/2022 Period of Performance: 10/02/2021 to 10/01/2022 | | | | |
| 0003 | Option Year 2 10/2/2022 - 10/01/2023 Amount: $0.00(Option Line Item) 08/01/2022 Product/Service Code:  R699 Product/Service Description: SUPPORT- ADMINISTRATIVE: OTHER | | | | 0.00 |
| | Delivery: 10/01/2023 Period of Performance: 10/02/2022 to 10/01/2023 | | | | |
| 0004 | Option Year 3 10/2/2023 - 10/01/2024 Amount: $0.00(Option Line Item) 08/01/2023 Product/Service Code:  R699 Product/Service Description: SUPPORT- ADMINISTRATIVE: OTHER | | | | 0.00 |
| | Delivery: 10/01/2024 | | | | |
| 0005 | Option Year 4 10/2/2024 - 10/01/2025 Amount: $0.00(Option Line Item) 08/01/2024 Product/Service Code:  R699 Product/Service Description: SUPPORT- ADMINISTRATIVE: OTHER | | | 0.00 | 0.00 |
| | Delivery: 10/01/2025 Period of Performance: 10/02/2024 to 10/01/2025 | | | | |
| | The total amount of award: $46,013.76. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0096511

# SOLICITATION / CONTRACT / ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|
| 942041 | 1 | 138 |

| 2. CONTRACT NO | 3. AWARD / EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS-10F-178BA | 03/01/2019 | 12FPC319F0034 | | |

| 7. FOR SOLICITATION INFORMATION CALL : | a. NAME JULIE SIMPSON | b. TELEPHONE NUMBER *(No collect calls)* 816-926-1200 | 8. OFFER DUE DATE / LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC |
|---|---|

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

| 10. THIS ACQUISITION IS | UNRESTRICTED OR | X SET ASIDE : 100.00 %FOR |
|---|---|---|

SMALL BUSINESS

HUBZONE SMALL BUSINESS

SERVICE - DISABLED VETERAN OWNED SMALL BUSINESS

WOMEN - OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN -OWNED SMALL BUSINESS PROGRAM

EDWOSB

X 8(A)

NAICS: 561110

SIZE STANDARD : $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION  RFQ   IFB   RFP |

| 15. DELIVER TO | CODE NRCS-ND-126633 |
|---|---|

USDA-NRCS-N DAKOTA STATE OFFICE
220 E ROSSER AVE, RM 278
P O BOX 1458
BISMARCK ND 58501

| 16. ADMINISTERED BY | CODE FPAC-HQ-APD-KC |
|---|---|

FPAC Business Center
Acquisition Division - Operations B
Beacon Facility - Mail Stop 1108
PO Box 419205
Kansas City MO 64141-6205

| 17a. CONTRACTOR / OFFEROR | CODE 1102030703# | FACILITY CODE |
|---|---|---|

HEARTLAND ENERGY PARTNERS LLC
Attn: John English
6720 CURRAN ST
1102030703#
MCLEAN VA 22101

TELEPHONE NO    (703) 559-5890

| 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED    SEE ADDENDUM |
|---|---|

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES / SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  27-1166675 DUNS Number:  832880913 USDA NRCS in North Dakota requires Administrative Support Services for the USDA-NRCS Field Office Program Sections. The individuals will be assisting professional staff with the implementation and management of USDA Farm Bill Programs.  They will primarily be assisting with the conservation easement programs.  North Dakota NRCS desires to complement existing professional staff by reducing the clerical task for staff. By | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $2,159,213.80 |
|---|---|

| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED . ADDENDA ARE ARE NOT ATTACHED . |
|---|
| X 27b. CONTRACT/ PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED . ADDENDA ARE X ARE NOT ATTACHED . |

| X 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE . CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED . | X 29. AWARD OF CONTRACT : RFQ 1346671 OFFER DATED 02/06/2019 . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS : See CLIN Below |
|---|---|

| 30a. SIGNATURE OF OFFEROR / CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER )* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* RYAN LORIMER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0058257

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

employing a contractor North Dakota NRCS staff
will be able to assist more clients with
technical aspects and not tie up professional
staff assembling files, reviewing forms,
application data, creating and maintaining
spreadsheets, etc.

Program Office Point of Contact:
Darlita Sarkilahti
Email: darlita.sarkilahti@usda.gov
Phone: 701-530-2008

Vendor Point of Contact:
John English, Heartland Consulting CEO
(703) 559-5890
jenglish@heartlandconsulting.com

Procurement Point of Contacts:
Ryan Lorimer, Contracting Officer
Email: ryan.lorimer@usda.gov
Phone: 907-761-7744

Julie Simpson, Contract Specialist
Email: Julie.simpson@usda.gov
Phone: 816-926-1200

Period of Performance: 03/01/2019 to 02/28/2022

Continued ...

32a. QUANTITY IN COLUMN 21 HAS BEEN

RECEIVED ___ INSPECTED ___ ACCEPTED, AND CONFORMS TO THE CONTRACT ___, EXCEPT AS NOTED ___: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| PARTIAL FINAL | | | COMPLETE PARTIAL FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0058258

NAME OF OFFEROR OR CONTRACTOR

HEARTLAND ENERGY PARTNERS LLC

| ITEM NO<br>(A) | SUPPLIES/ SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 001 | Administrative Support Services for North Dakota<br>Base Year: March 1, 2019 through February 29, 2020<br># of Positions: 48<br>Cost Per hour per position: $27.35 | | | | 2,159,213.80 |

Total Cost for 48 Positions based on estimated hours provided in the attached SOW: $2,138,988.80

Estimated Travel and Training Costs for Base Year: $16,000.00

Estimated Wetlands Training/Travel Costs for Base Year: $4,225.00

Total Costs for Base Year: $2,159,213.80

Delivery: 03/01/2019
Accounting Info:
NR00.19.......19XX19CSTPT38000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 19 SHC:
19XX19CSTPT38000SI0000 BOC: 2540
Funded: $1,000,000.00
Accounting Info:
NR00.19.......19XX19EQIPT38000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 19 SHC:
19XX19EQIPT38000SI0000 BOC: 2540
Funded: $480,000.00
Accounting Info:
NR00.19.......192019COTAT38000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 19 SHC:
192019COTAT38000SI0000 BOC: 2540
Funded: $549,213.80
Accounting Info:
NR00.17.......17XX19CRPGT38000SI0000.2540...
Agency Code: NR00 Budget Yr Start: 17 SHC:
17XX19CRPGT38000SI0000 BOC: 2540
Funded: $130,000.00

| 002 | Administrative Support Services for North Dakota<br>Option Year One: March 1, 2020 through February 28, 2021<br># of Positions: 48<br>Cost Per hour per Position: $27.35<br>Continued ... | | | | 0.00 |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 78 of 225
PageID #: 2777
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0058259

NAME OF OFFEROR OR CONTRACTOR

HEARTLAND ENERGY PARTNERS LLC

| ITEM NO<br>(A) | SUPPLIES/ SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Total Cost for 48 Positions based on estimated hours provided in the attached SOW: $2,138,988.80 | | | | |
| | Estimated Travel and Training Costs for Option Year One: $16,000.00 | | | | |
| | Estimated Wetlands Training/Travel Costs for Option Year One: $4,225.00 | | | | |
| | Total Costs for Option Year One: $2,159,213.80<br>Amount: $2,159,213.80(Option Line Item)<br>02/29/2020 | | | | |
| | Delivery: 03/01/2020 | | | | |
| 003 | Administrative Support Services for North Dakota<br>Option Year Two: March 1, 2021 through February 28, 2022<br># of Positions: 48<br>Cost Per hour Per Position: $27.35 | | | | 0.00 |
| | Total Cost for 48 Positions based on estimated hours provided in the attached SOW: $2,138,988.80 | | | | |
| | Estimated Travel and Training Costs for Option Year Two: $16,000.00 | | | | |
| | Estimated Wetlands Training/Travel Costs for Option Year Two: $4,225.00 | | | | |
| | Total Costs for Option Year Two: $2,159,213.80<br>Amount: $2,159,213.80(Option Line Item)<br>02/28/2021 | | | | |
| | Delivery: 03/01/2021 | | | | |
| | The total amount of award: $6,477,641.40. The obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 79 of 225
PageID #: 2778

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0058260

| 2. CONTRACT NO. | 3. AWARD EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|
| GS-10F-178BA | 03/01/2019 | 12FPC319F0034 | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | JULIE SIMPSON | 816-926-1200 | |

| 9. ISSUED TO | CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | UNRESTRICTED OR | X SET ASIDE 100.00 % FOR: |
|---|---|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

| SMALL BUSINESS | | WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM |
|---|---|---|
| HUBZONE SMALL BUSINESS | | NAICS: 561110 |
| SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | X 8(a) | EDWOSB |
| | | SIZE STANDARD $7.50 |

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| SEE SCHEDULE | | | 14. METHOD OF SOLICITATION |
| | | | RFQ   IFB   RFP |

| 15. DELIVER TO | CODE | NRCS-ND-126633 | 16. ADMINISTERED BY | CODE | FPAC-HQ-APD-KC |
|---|---|---|---|---|---|

SDA-NRCS-N DAKOTA STATE OFFICE
22  E ROSSER AVE, RM 278
P O BOX 1458
BISMARCK ND 58501

FPAC Business Center
Acquisition Division - Operations B
Sea on Facility - Mail Stop 1108
PO Box 419205
Kansas City MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR | CODE | 11020 30703# | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|---|---|---|---|---|

HEARTLAND ENERGY PARTNERS LLC
Attn: John English
6720 CURRAN ST
11020 30703#
MCLEAN VA 22101

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www.ipp.gov

TELEPHONE NO.   (703) 559-5890

| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   SEE ADDENDUM |
|---|---|

| 19 ITEM NO. | 20 SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22. UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675 | | | | |
| | DUNS Number: 832#8 1 | | | | |
| | USDA NRCS in North Dakota requires Administrative Support Services for the USDA-NRCS Field Office Program Sections. The individuals will be assisting professional staff with the implementation and management of USDA Farm Bill Programs.  They will primarily be assisting with the conservation easement programs.  North Dakota NRCS desires to complement existing professional staff by reducing the clerical task for staff. By | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| See schedule | $2,159,213.80 |

| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA | | ARE | ARE NOT ATTACHED. |
|---|---|---|---|
| X 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA | | ARE | X ARE NOT ATTACHED. |

| X 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN     1     COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | 29. AWARD OF CONTRACT:   RFQ 1346671     OFFER DATED  02/06/2019 .  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:   See CLIN Below |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| *John English* (signature) | RYAN LORIMER   Digitally signed by RYAN LORIMER   Date: 2019.02.22 08:37:17 -09'00' |

| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) | 31c. DATE SIGNED |
|---|---|---|---|
| John English - CED | 2-21-19 | RYAN   RIMER | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0057973

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1010308 | 1 | 5 |

| 2. CONTRACT NO. 12FPC120C0010 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME KRISTIN GILLILAND | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC |
|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS    X    UNRESTRICTED OR ☐ SET ASIDE:          % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED X SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE | NRCS-VA-1233A7 |
|---|---|---|

USDA-NRCS-VIRGINIA STATE OFFICE
1606 SANTA ROSA RD
SUITE 209
RICHMOND VA 23229

| 16. ADMINISTERED BY | CODE | FPAC-HQ-APD-KC |
|---|---|---|

FPAC Business Center
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR | CODE | 1102030703# | FACILITY CODE |
|---|---|---|---|

HEARTLAND ENERGY PARTNERS LLC
Attn: John English
6720 CURRAN ST
1102030703#
MCLEAN VA 22101

TELEPHONE NO.

| 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED    ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1166675 DUNS Number: 832880913 General Clerk II - VA Isle of Wight County (Smithfield) Period of Performance: 10/01/2020 to 09/30/2021 | | | | |
| 0001 | General Clerk II - VA Isle of Wight County (Smithfield) Continued ... | 2080 | HR | 29.75 | 61,880.00 |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $220,080.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.    ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS.

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *(signature)* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* KRISTIN GILLILAND Digitally signed by KRISTIN GILLILAND Date: 2020.09.23 15:13:58 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* John English-CEO | 30c. DATE SIGNED 9/23/20 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* KRISTIN N. GILLILAND | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0095343

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 09/30/2021 | | | | |
| | Accounting Info: | | | | |
| | NR00.16.......202120COTAT51000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 16 SHC: | | | | |
| | 202120COTAT51000SI0000 BOC: 2570 | | | | |
| | Funded: $38,812.80 | | | | |
| | Accounting Info: | | | | |
| | NR00.16.......18XX20EQP8T51000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 16 SHC: | | | | |
| | 18XX20EQP8T51000SI0000 BOC: 2570 | | | | |
| | Funded: $23,067.20 | | | | |
| | | | | | |
| 0002 | General Clerk II - VA Montgomery County<br>(Christiansburg) | 2080 | HR | 29.75 | 61,880.00 |
| | Delivery: 09/30/2021 | | | | |
| | Accounting Info: | | | | |
| | NR00.16.......202120COTAT51000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 16 SHC: | | | | |
| | 202120COTAT51000SI0000 BOC: 2570 | | | | |
| | Funded: $1,187.20 | | | | |
| | Accounting Info: | | | | |
| | NR00.16.......18XX20EQP8T51000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 16 SHC: | | | | |
| | 18XX20EQP8T51000SI0000 BOC: 2570 | | | | |
| | Funded: $37,792.00 | | | | |
| | Accounting Info: | | | | |
| | Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0095344

NAME OF OFFEROR OR CONTRACTOR
HEARTLAND ENERGY PARTNERS LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NR00.16.......18XX20EQP8T51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 18XX20EQP8T51000SI0000 BOC: 2570 Funded: $22,900.80 Accounting Info: NR00.16.......20XX20CSTPT51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 20XX20CSTPT51000SI0000 BOC: 2570 Funded: $0.00 | | | | |
| 0003 | General Clerk II - VA Shenandoah County (Strasburg)<br><br>Delivery: 09/30/2021 Accounting Info: NR00.16.......18XX20EQP8T51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 18XX20EQP8T51000SI0000 BOC: 2570 Funded: $22,869.60 Accounting Info: NR00.16.......20XX20CSTPT51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 20XX20CSTPT51000SI0000 BOC: 2570 Funded: $8,070.40 | 1040 | HR | 29.75 | 30,940.00 |
| 0004 | General Clerk II - VA Louisa County (Louisa)<br><br>Delivery: 09/30/2021 Accounting Info: NR00.16.......18XX20EQP8T51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 18XX20EQP8T51000SI0000 BOC: 2570 Funded: $39,790.40 Accounting Info: NR00.16.......20XX20CSTPT51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 20XX20CSTPT51000SI0000 BOC: 2570 Funded: $22,089.60 Accounting Info: NR00.16.......20XX20CRPGT51000SI0000.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 20XX20CRPGT51000SI0000 BOC: 2570 Funded: $0.00 Continued ... | 2080 | HR | 29.75 | 61,880.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0095345

NAME OF OFFEROR OR CONTRACTOR
HEARTLAND ENERGY PARTNERS LLC

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0005 | Not to Exceed - Miscellaneous travel and training Obligated Amount: $3,500.00<br><br>Delivery: 09/30/2021<br>Accounting Info:<br>NR00.16.......18XX20EQP8T51000SI0000.2570...<br>Agency Code: NR00 Budget Yr Start: 16 SHC:<br>18XX20EQP8T51000SI0000 BOC: 2570<br>Funded: $3,500.00 | 1 | EA | 3,500.00 | 3,500.00 |
| 0006 | General Clerk II - VA Isle of Wight Co. (Smithfield) Option Yr 1<br>Amount: $61,880.00(Option Line Item)<br>08/30/2021<br><br>Delivery: 09/30/2022 | 2080 | HR | 29.75 | 0.00 |
| 0007 | General Clerk II - VA Montgomery Co.(Christiansburg) Option Yr 1<br>Amount: $61,880.00(Option Line Item)<br>08/30/2021<br><br>Delivery: 09/30/2022 | 2080 | HR | 29.75 | 0.00 |
| 0008 | General Clerk II - VA Shenandoah Co. (Strasburg) Option Yr 1<br>Amount: $30,940.00(Option Line Item)<br>08/30/2021<br><br>Delivery: 09/30/2022 | 1040 | HR | 29.75 | 0.00 |
| 0009 | General Clerk II - VA Louisa County (Louisa) Option Yr 1<br>Amount: $61,880.00(Option Line Item)<br>08/30/2021<br><br>Continued ... | 2080 | HR | 29.75 | 0.00 |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 84 of 225
PageID #: 2783
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    US0095346

NAME OF OFFEROR OR CONTRACTOR
HEARTLAND ENERGY PARTNERS LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Delivery: 09/30/2022 | | | | |
| 0010 | Not to Exceed - Miscellaneous travel and training<br>- Option Year 1<br>Amount: $3,500.00(Option Line Item)<br>08/30/2021<br><br>Delivery: 09/30/2022<br><br>The total amount of award: $440,160.00. The<br>obligation for this award is shown in box 26. | 1 | EA | 3,500.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0095347

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|
| 956853 | 1 | 18 |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER 12FPC219P0090 | 5. SOLICITATION NUMBER 12FPC219Q0027 | 6. SOLICITATION ISSUE DATE 05/14/2019 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME PITHY (TY) SAR | b. TELEPHONE NUMBER *(No collect calls)* 202-205-8961 | 8. OFFER DUE DATE/LOCAL TIME ET |
|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 2
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ___ % FOR:

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☒ RFQ ☐ IFB ☐ RFP | |

**15. DELIVER TO** CODE NRCS-HQ-PROG

NRCS Dep Chief for Programs
1400 Independence Ave., SW
Room 5109-S
Washington DC 20250

**16. ADMINISTERED BY** CODE NRCS-NY-122C31

USDA-FPAC Acquisition Division
Operations Branch - Section 2
441 S. SALINA STREET
SUITE 354, ROOM 520
SYRACUSE NY 13202

**17a. CONTRACTOR/OFFEROR** CODE 1100299714# FACILITY CODE

LEWIS-PRICE & ASSOCIATES INC
8200 GREENSBORO DRIVE SUITE 805
1100299714#
MCLEAN VA 22102

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788 DUNS Number: 132086633 Projects Branch - administrative services to support programs - RCPP, CIT, VPA-HIP Delivery: 05/15/2020 Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX19RCPPTPR000SI0000 BOC: 2540 Period of Performance: 05/16/2019 to 05/15/2020 | | | | |
| | Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.18.......18XX19RCPPTPR000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $89,472.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: Price Quote OFFER DATED 05/15/2019 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: Admin Assistant

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* LAUREEN EIPP Digitally signed by LAUREEN EIPP DN: c=US, o=U.S. Government, ou=Department of Agriculture, cn=LAUREEN EIPP, 0.9.2342.19200300.100.1.1=12001000373964 Date: 2019.05.15 16:10:36 -04'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* LAUREEN M. EIPP | 31c. DATE SIGNED 05/15/2019 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 86 of 225
PageID #: 2785
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0056543

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 001 | Projects Branch - administrative services to support programs - RCPP, CIT, VPA-HIP<br><br><br>The total amount of award: $89,472.00. The obligation for this award is shown in box 26. | 1920 | HR | 46.60 | 89,472.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY (Print) |
|---|---|---|
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) / 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0056544

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>972043 | PAGE<br>1 | OF<br>4 |
|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC219P0189 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>ANNIE ASISTORES | b. TELEPHONE NUMBER *(No collect calls)*<br>2027729159 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR | ☒ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 2
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

☒ SMALL BUSINESS
☐ HUBZONE SMALL
   BUSINESS
☐ SERVICE-DISABLED
   VETERAN-OWNED
   SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS
   (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED
   SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | ☐ 13a. THIS CONTRACT IS A<br>  RATED ORDER UNDER<br>  DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ  ☐ IFB  ☐ RFP | |

| 15. DELIVER TO | CODE | NRCS-HQ-122B46 | 16. ADMINISTERED BY | CODE | FPAC-HQ-APD |
|---|---|---|---|---|---|

NRCS-HQ-122B46
USDA-NRCS CONTRACTING TEAM 2
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

FPAC Business Center
Acquisition Division - Operations B
1400 Independence Ave. SW
Washington DC 20250

| 17a. CONTRACTOR/<br>OFFEROR | CODE | 1100299714# | FACILITY<br>CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|---|---|---|---|---|

LEWIS-PRICE & ASSOCIATES INC
Attn: Ken Coleman
8200 GREENSBORO DRIVE SUITE 805
1100299714#
MCLEAN VA 22102

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW
IS CHECKED  ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  20-0376788<br>DUNS Number:  132086633<br>Technical Writer for Easement Programs Division<br>(EPD) (ID:4682)<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8TPR000SI0000 BOC: 2540<br>Period of Performance: 09/30/2019 to 09/29/2020 | | | | |
| 0001 | Technical Writer for Easement Programs Division<br>Continued ... | 1560 | HR | 64.38 | 100,432.80 |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.19.......19XX19ACP8TPR000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$100,432.80 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED.

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN<br>  COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER<br>  ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>  SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:  OFFER<br>  DATED  YOUR OFFER ON SOLICITATION (BLOCK 5),<br>  INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>  HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>COLEMAN.KEN.D Digitally signed by<br>COLEMAN.KEN.DEON.150770365<br>EON.1507703654 Date: 2019.09.11 16:01:32 -04'00' | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>DALE CLARK Digitally signed by DALE CLARK<br>Date: 2019.09.12 06:38:52 -07'00' |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Ken D. Coleman, President/CEO | 30c. DATE SIGNED<br>9/11/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>DALE C. CLARK | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103638

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | (EPD) (ID:4682) <br><br> Delivery: 09/30/2019 | | | | |
| 0002 | Technical Writer for Easement Programs Division Option Year One <br> Subject to availability of funds (SAF) <br> Amount: $98,280.00 (Option Line Item) <br> 09/10/2019 <br> Product/Service Code: R699 <br> Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER <br><br> Period of Performance: 09/30/2020 to 09/29/2021 | 1560 | HR | 63.00 | 0.00 |
| 0003 | Technical Writer for Easement Programs Division Option Year Two <br> Subject to Availability of Funds (SAF) <br> Amount: $98,670.00 (Option Line Item) <br> 09/30/2021 <br> Product/Service Code: R699 <br> Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER <br><br> Period of Performance: 09/30/2021 to 09/29/2022 <br> FAR 52.217-8, Option to Extend Services (Nov 1999) <br><br> The Government may require continued performance <br> Continued ... | 1560 | HR | 63.25 | 0.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) — 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103639

NAME OF OFFEROR OR CONTRACTOR
LEWIS-PRICE & ASSOCIATES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 day before the contract expires.

FAR 52.217-9 Option to Extend the Term of the Contract (Mar 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 1 day before the contract expires; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 66 months.

CONTRACTING OFFICER
Dale C. Clark
Tel. 602-280-8804
Email: curt.clark@usda.gov

POINT OF CONTACT
Danielle Balduff
202-720-6168
Email: Danielle.balduff@usda.gov

The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the Continued ...

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 90 of 225
PageID #: 2789
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103640

NAME OF OFFEROR OR CONTRACTOR

LEWIS-PRICE & ASSOCIATES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $297,382.80. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 91 of 225
PageID #: 2790
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103641

| 2. CONTRACT NO.<br>0353/19/1030 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC219P0203 | 5. SOLICITATION NUMBER<br>12FPC219Q0057 | 6. SOLICITATION<br>ISSUE DATE<br>09/09/2019 |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:**
- a. NAME: SHARLA GOFORTH
- b. TELEPHONE NUMBER (*No collect calls*): 405-742-1231
- 8. OFFER DUE DATE/LOCAL TIME: ET

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 2
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☒ UNRESTRICTED OR ☐ SET ASIDE: ___ % FOR:
- ☐ SMALL BUSINESS
- ☐ HUBZONE SMALL BUSINESS
- ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
- ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
- ☐ EDWOSB
- ☐ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED** ☒ SEE SCHEDULE

**12. DISCOUNT TERMS**

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

**13b. RATING**

**14. METHOD OF SOLICITATION**
☒ RFQ ☐ IFB ☐ RFP

**15. DELIVER TO** CODE NRCS-HQ-PROG-EPD

Easement Programs Division
1400 Independence Ave., SW
Room 5241-S
Washington DC 20250

**16. ADMINISTERED BY** CODE NRCS-OK-121212

USDA-NRCS Stillwater Watershed Offi
2600 S. Main
Suite D.
Stillwater OK 74074

**17a. CONTRACTOR/OFFEROR** CODE ___ FACILITY CODE ___

See Schedule

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED** ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788<br>DUNS Number: 132086633<br>PRIME:<br>  Small Business Administration<br>SUB:<br>  1100299714#<br>  LEWIS-PRICE & ASSOCIATES INC<br>  Attn: Ken Coleman<br>  8200 GREENSBORO DRIVE SUITE 805<br>  1100299714#<br>Continued ... | | | | |

(*Use Reverse and/or Attach Additional Sheets as Necessary*)

**25. ACCOUNTING AND APPROPRIATION DATA**
See schedule

**26. TOTAL AWARD AMOUNT** (*For Govt. Use Only*)
$86,020.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**
COLEMAN.KEN.DEON.1507703654
Digitally signed by COLEMAN.KEN.DEON.150770365
Date: 2019.09.27 10:14:29 -04'00'

**31a. UNITED STATES OF AMERICA** (*SIGNATURE OF CONTRACTING OFFICER*)
SHARLA GOFORTH
Digitally signed by SHARLA GOFORTH
Date: 2019.09.26 13:01:49 -05'00'

**30b. NAME AND TITLE OF SIGNER** (*Type or print*)

**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** (*Type or print*)
SHARLA K. GOFORTH

**31c. DATE SIGNED**
09/26/2019

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0115036

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22102 | | | | |
| |    703-727-9182 Ext. 10 | | | | |
| | Administrative Assistant Services for Easement | | | | |
| | Support Services Branch | | | | |
| | Period of Performance: 09/30/2019 to 10/01/2020 | | | | |
| 0001 | Administrative Assistant Services for one position in Raleigh, NC for Easement Support Services Branch | 1920 | HR | 43.50 | 83,520.00 |
| | Product/Service Code: R699 | | | | |
| | Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Accounting Info: | | | | |
| | NR00.ZZ.......19XX19ACP8TPR000SI0000.2500... | | | | |
| | Agency Code: NR00 Budget Yr Start: ZZ SHC: | | | | |
| | 19XX19ACP8TPR000SI0000 BOC: 2500 | | | | |
| | Funded: $83,520.00 | | | | |
| 0002 | Administrative Assistant Services for one position in Raleigh, NC for (EPD) for travel associated costs. | | | | 2,500.00 |
| | All travel expenses will be paid in accordance with the Federal Travel Regulations. Receipts must be provided in order for reimbursement. | | | | |
| | Product/Service Code: V999 | | | | |
| | Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)    42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0115037

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description:<br>TRANSPORTATION/TRAVEL/RELOCATION- OTHER: OTHER<br><br>Accounting Info:<br>NR00.ZZ.......19XX19ACP8TPR000SI0000.2100...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>19XX19ACP8TPR000SI0000 BOC: 2100<br>Funded: $2,500.00 | | | | |
| 2001 | Option Year One<br>Administrative Assistant Services for one<br>position located in Raleigh for the Easement<br>Support Services Branch (EPD)<br>Amount: $83,520.00(Option Line Item)<br>09/30/2020<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER | 1920 | HR | 43.50 | 0.00 |
| 2002 | Option Year One<br>Administrative Assistant Services for one<br>position in Raleigh, NC for (EPD) for travel<br>associated costs.<br>All travel expenses will be paid in accordance<br>with the Federal Travel Regulations.  Receipts<br>must be provided in order for reimbursement.<br>Amount: $2,500.00(Option Line Item)<br>09/30/2020<br>Product/Service Code: V999<br>Product/Service Description:<br>TRANSPORTATION/TRAVEL/RELOCATION- OTHER: OTHER<br><br>Period of Performance: 09/30/2020 to 09/01/2021 | | | | 0.00 |
| 3001 | Option Year Two<br>Administrative Assistant Services for one<br>position located in Raleigh for the Easement<br>Support Services Branch (EPD)<br>Amount: $84,480.00(Option Line Item)<br>09/30/2021<br>Product/Service Code: R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER<br><br>Period of Performance: 09/30/2021 to 10/01/2022<br>Continued ... | 1920 | HR | 44.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0115038

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3002 | Option Year Two<br>Administrative Assistant Services for one position in Raleigh, NC for (EPD) for travel associated costs.<br>All travel expenses will be paid in accordance with the Federal Travel Regulations.  Receipts must be provided in order for reimbursement.<br>Amount: $2,500.00(Option Line Item)<br>09/30/2021<br>Product/Service Code:  V999<br>Product/Service Description:<br>TRANSPORTATION/TRAVEL/RELOCATION- OTHER: OTHER<br><br>Period of Performance: 09/30/2021 to 10/01/2022 | | | | 0.00 |
| 4001 | Option Year Three<br>Administrative Assistant Services for one position located in Raleigh for the Easement Support Services Branch (EPD)<br>Amount: $84,960.00(Option Line Item)<br>09/30/2022<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER<br><br>Period of Performance: 09/30/2022 to 10/01/2023 | 1920 | HR | 44.25 | 0.00 |
| 4002 | Option Year Three<br>Administrative Assistant Services for one position in Raleigh, NC for (EPD) for travel associated costs.<br>All travel expenses will be paid in accordance with the Federal Travel Regulations.  Receipts must be provided in order for reimbursement.<br>Amount: $2,500.00(Option Line Item)<br>09/30/2022<br>Product/Service Code:  V999<br>Product/Service Description:<br>TRANSPORTATION/TRAVEL/RELOCATION- OTHER: OTHER<br><br>Period of Performance: 09/30/2022 to 10/01/2023 | | | | 0.00 |
| 5001 | Option Year Four<br>Administrative Assistant Services for one position located in Raleigh for the Easement Support Services Branch (EPD)<br>Continued ... | 1920 | HR | 44.50 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0115039

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Amount: $85,440.00(Option Line Item) 09/30/2023 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Period of Performance: 09/30/2023 to 10/01/2024 | | | | |
| 5002 | Option Year Four Administrative Assistant Services for one position in Raleigh, NC for (EPD) for travel associated costs. All travel expenses will be paid in accordance with the Federal Travel Regulations. Receipts must be provided in order for reimbursement. Amount: $2,500.00(Option Line Item) 09/30/2023 Product/Service Code: V999 Product/Service Description: TRANSPORTATION/TRAVEL/RELOCATION- OTHER: OTHER | | | | 0.00 |
| | Period of Performance: 09/30/2023 to 10/01/2024 | | | | |
| | The total amount of award: $434,420.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 96 of 225
PageID #: 2795
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0115040

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 964457 | | 1 | 20 |

| 2. CONTRACT NO. 12FPC419C0012 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER (No collect calls) 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-HI-129251 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|

USDA-NRCS-HAWAII STATE OFFICE
300 ALA MOANA BLVD.
ROOM 4-118
HONOLULU HI 96850

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/ OFFEROR | CODE 1100464335# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

MEC ENERGY SERVICES LLC
3949 HWY 8 STE 110
1100464335#
NEW TOWN ND 58763-4001

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819 DUNS Number: 792184066 SO Support Services Contract Revised - 5-31-2019. The Contract type is a Time and Material issued under the SBA (8)a program. The period of performance is from 1 October 2019 to 30 September 2024. There are one base year and four option years. Delivery: 08/22/2019 Period of Performance: 10/01/2019 to 09/30/2024 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $286,061.91 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ____ OFFER DATED ____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Edmund White Bear* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) HOWARD STOVER Digitally signed by HOWARD STOVER Date: 2019.08.23 08:00:56 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) Edmund White Bear President | 30c. DATE SIGNED 8/23/2019 | 31b. NAME OF CONTRACTING OFFICER (Type or print) HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061844

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base – Administrative Assistant, Honolulu County; Customer Service Representative II, Honolulu County; CSR II, Hawaii County. Option Year 1 – $139,358. Option Year 2 – $146,326.  Option Year 3 – $153,642. Option Year 4 – $161,324 | | | | 286,061.91 |
| | Accounting Info: NR00.19......192019COTAT15000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT15000SI0000 BOC: 2540 Funded: $41,581.35 Accounting Info: NR00.18......18XX19EQI1T15000AIE718.2540... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX19EQI1T15000AIE718 BOC: 2540 Funded: $44,710.00 Accounting Info: NR00.14......14XX19EQI1T15000AIE076.2540... Agency Code: NR00 Budget Yr Start: 14 SHC: 14XX19EQI1T15000AIE076 BOC: 2540 Funded: $8,401.00 Accounting Info: NR00.17......17XX19RCP1T15000AIE554.2540... Agency Code: NR00 Budget Yr Start: 17 SHC: 17XX19RCP1T15000AIE554 BOC: 2540 Funded: $38,029.33 Accounting Info: Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)   42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0061845

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NR00.19.......191919COTATHQ150CA0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 191919COTATHQ150CA0000 BOC: 2540 Funded: $153,340.23 FOB: Destination | | | | |
| 0002 | 1st Option Year- Administrative Assistant, Honolulu County; Customer Service Representative II, Honolulu County; CSR II, Hawaii County. Option Year 1 – $139,358. Option Year 2 – $146,326. Option Year 3 – $153,642. Option Year 4 – $161,324 Amount: $286,061.91(Option Line Item) 10/01/2020 | | | | 0.00 |
| 0003 | 2nd Option Year – Administrative Assistant, Honolulu County; Customer Service Representative II, Honolulu County; CSR II, Hawaii County. Option Year 1 – $139,358. Option Year 2 – $146,326. Option Year 3 – $153,642. Option Year 4 – $161,324 Amount: $286,061.91(Option Line Item) 10/01/2021 | | | | 0.00 |
| 0004 | 3rd Option Year – Administrative Assistant, Honolulu County; Customer Service Representative II, Honolulu County; CSR II, Hawaii County. Option Year 1 – $139,358. Option Year 2 – $146,326. Option Year 3 – $153,642. Option Year 4 – $161,324 Amount: $286,061.91(Option Line Item) 10/01/2022 | | | | 0.00 |
| 0005 | 4th Option Year – Administrative Assistant, Honolulu County; Customer Service Representative II, Honolulu County; CSR II, Hawaii County. Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                     US0061846

NAME OF OFFEROR OR CONTRACTOR

MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Option Year 1 - $139,358. Option Year 2 - $146,326.  Option Year 3 - $153,642. Option Year 4 - $161,324<br>Amount: $286,061.91(Option Line Item)<br>10/01/2023<br><br>    The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $1,430,309.55. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 100 of 225
PageID #: 2799
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061847

| 2. CONTRACT NO. 12FPC319C0006/ IK1561749741T | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ORIEL VELEZ | b. TELEPHONE NUMBER *(No collect calls)* 787-370-0562 | 8. OFFER DUE DATE/LOCAL TIME |

**9. ISSUED BY**    CODE  FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

**15. DELIVER TO**    CODE  NRCS-IA-126114

USDA-NRCS-IOWA STATE OFFICE
210 WALNUT STREET
ROOM 693
DES MOINES IA 50309-2180

**16. ADMINISTERED BY**    CODE  NRCS-PR-12F352

USDA-NRCS CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 00918

| 17a. CONTRACTOR/ OFFEROR | CODE | | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE  IPP |

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819 | | | | |
| | DUNS Number: 792184066 | | | | |
| | PRIME: | | | | |
| |    Small Business Administration | | | | |
| | SUB: | | | | |
| |    1100464335# | | | | |
| |    MEC ENERGY SERVICES LLC | | | | |
| |    Attn: Edmund White Bear | | | | |
| |    3949 HWY 8 STE 110 | | | | |
| |    NEW TOWN ND 58763-4001 | | | | |
| |    701-240-1225 | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $3,344,195.21 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT:   IA RFP   OFFER DATED 07/16/2019. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: 001-401 |

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Edmund White Bear* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* **Edmund White Bear** | 30c. DATE SIGNED **07-23-2019** | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* BRANTT LINDSEY | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0057716

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This award is issued as a sole source 8(a) of the Small Business Act (15 USC 637(a)(1)) to provide Administrative Support – 61 positions – to the USD ANRCS Iowa State and Field Offices. | | | | |
| | The assigned SBA Requirement Number is IK1561749741T. The work will be performed in accordance with the attached document, which includes the PWS, Clauses and Wage determinations applicable to this award. Work is expected to begin on August 1, 2019 through July 31, 2020. This award is issued with four option years periods. | | | | |
| | The contractor submitted a proposal to provide 61 administrative support positions to perform work across the USDA IA State and Field Offices. This is a firm fixed price commercial services contract. The base year is funded in tis entirety. The option years will be exercised if the Government has the need for these services, subject to the availability of funds. | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0057717

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The contractor submitted a proposal for the base and option years as follows:<br>BASE YEAR:      1 AUG 2019 - 31 JUL 2020 $3,344,195.21<br>OPTION YEAR 1: 1 AUG 2020 - 31 JUL 2021 $3,344,195.21<br>OPTION YEAR 2: 1 AUG 2021 - 31 JUL 2022 $3,344,195.21<br>OPTION YEAR 3: 1 AUG 2022 - 31 JUL 2023 $3,344,195.21<br>OPTION YEAR 4: 1 AUG 2023 - 31 JUL 2024 $3,344,195.21<br><br>Contractor will submit biweekly invoices with supporting documentation via the Invoice Processing Platform (IPP) www.ipp.gov.  Invoices shall reflect the hours worked by each employee. Payment will be based on the hours worked biweekly.<br><br>For positions that will be filled, the contractor will submit the resume of the candidates to the State POC for review and concurrence.<br><br>STATE POC:<br><br>JAIA FISHER<br>Assistant State Conservationist<br>Management & Strategy<br>USDA-NRCS<br>210 Walnut St., Room 693<br>Des Moines, IA 50309<br>jaia.fischer@ia.usda.gov<br>(515) 323-2225 - Office<br>(515) 829-5334 - Mobile<br><br>ADMINISTRATIVE CONTRACTING OFFICER:<br><br>Ms. Oriel Vélez-Olivieri<br>Contract Specialist<br>FPAC-BC<br>(787) 370-0562 - Work Mobile<br>oriel.velez@usda.gov<br><br>Period of Performance: 08/01/2019 to 07/31/2024 | | | | |
| 001 | Administrative Services IA<br>BASE YEAR<br>8-1-2019 TO 7-31-2020<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 3,344,195.21 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0057718

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Accounting Info:<br>NR00.ZZ.......191919COTATHQ190CA0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>191919COTATHQ190CA0000 BOC: 2540<br>Funded: $109,657.60<br>Accounting Info:<br>NR00.ZZ.......192019COTAT19000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>192019COTAT19000SI0000 BOC: 2540<br>Funded: $657,584.01<br>Accounting Info:<br>NR00.ZZ.......19XX19CSTPT19000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>19XX19CSTPT19000SI0000 BOC: 2540<br>Funded: $438,630.40<br>Accounting Info:<br>NR00.ZZ.......19XX19EQP8T19000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>19XX19EQP8T19000SI0000 BOC: 2540<br>Funded: $1,590,035.20<br>Accounting Info:<br>NR00.ZZ.......19XX19CRPGT19000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>19XX19CRPGT19000SI0000 BOC: 2540<br>Funded: $548,288.00 | | | | |
| 101 | Administrative Services IA<br>OPTION PERIOD ONE<br>8-1-2020 TO 7-31-2021<br>Amount: $0.00(Option Line Item)<br>07/01/2020 | | | | 0.00 |
| 201 | Administrative Services IA<br>OPTION PERIOD TWO<br>8-1-2021 TO 7-31-2022<br>Amount: $0.00(Option Line Item)<br>07/01/2021 | | | | 0.00 |
| 301 | Administrative Services IA<br>OPTION PERIOD THREE<br>8-1-2022 TO 7-31-2023<br>Amount: $0.00(Option Line Item)<br>07/01/2022<br>Product/Service Code:  R699<br>Product/Service Description: SUPPORT-<br>ADMINISTRATIVE: OTHER | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0057719

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 401 | Administrative Services IA OPTION PERIOD FOUR 8-1-2023 TO 7-31-2024 Amount: $0.00(Option Line Item) 07/01/2023 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER

The total amount of award: $16,720,976.05. The obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 105 of 225
PageID #: 2804
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          US0057720

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER<br>960460 | | PAGE<br>1 | OF<br>20 |
|---|---|---|---|---|---|
| 2. CONTRACT NO.<br>12FPC419C0010 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | | 6. SOLICITATION<br>ISSUE DATE |

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)*<br>651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY**    CODE `FPAC-HQ-12FPC`

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO    CODE `NRCS-MT-120325` | 16. ADMINISTERED BY    CODE `NRCS-MT-120325` |
|---|---|
| USDA-NRCS-MONTANA STATE OFFICE<br>FEDERAL BUILDING, RM 443<br>10 EAST BABCOCK STREET<br>BOZEMAN MT 59715 | USDA-NRCS-MONTANA STATE OFFICE<br>FEDERAL BUILDING, RM 443<br>10 EAST BABCOCK STREET<br>BOZEMAN MT 59715 |

| 17a. CONTRACTOR/<br>OFFEROR   CODE `1100464335#`   FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY    CODE `IPP` |
|---|---|
| MEC ENERGY SERVICES LLC<br>3949 HWY 8 STE 110<br>1100464335#<br>NEW TOWN ND 58763-4001 | Invoice Processing Platform (IPP)<br>All invoices must be submitted<br>electronically through the<br>Invoice Processing Platform (IPP)<br>via www ipp gov |

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819<br>DUNS Number: 792184066<br>Administrative Assistant, Gallatin County MT<br>Bozeman Federal Building State Office. The<br>Contract Type is a Time and Material Contract for<br>the acquisition of commercial items. The<br>Contract is awarded under the (8)a program and is<br>authorized by the Small Business Administration.<br>Delivery: 09/30/2019<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>Continued ...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.19.......192019COTAT30000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$169,196.80 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ____ OFFER DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>*Edmund White Bear* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>HOWARD STOVER   Digitally signed by HOWARD STOVER<br>Date: 2019.08.22 09:58:43 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Edmund White Bear   President | 30c. DATE SIGNED<br>08/22/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0061749

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | 192019COTAT30000SI0000 BOC: 2540 | | | | |
| | Period of Performance: 10/01/2019 to 09/30/2020 | | | | |
| 0001 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Obligated Amount: $56,888.00 | 2080 | HR | 27.35 | 56,888.00 |
| 0002 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Obligated Amount: $56,888.00 | 2080 | HR | 27.35 | 56,888.00 |
| 0003 | Administrative Assistant, Cascade County MT Great Falls Area Office Obligated Amount: $49,420.80 FOB: Destination | 2080 | HR | 23.76 | 49,420.80 |
| 0004 | Travel and Training Obligated Amount: $6,000.00 Continued ... | | | | 6,000.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 107 of 225
PageID #: 2806
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061750

**NAME OF OFFEROR OR CONTRACTOR**
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | FOB: Destination | | | | |
| 0005 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Amount: $56,888.00(Option Line Item) 10/01/2020 | 2080 | HR | 27.35 | 0.00 |
| 0006 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Amount: $56,888.00(Option Line Item) 10/01/2020 | 2080 | HR | 27.35 | 0.00 |
| 0007 | Administrative Assistant, Cascade County MT Great Falls Area Office Amount: $49,420.80(Option Line Item) 10/01/2020 | 2080 | HR | 23.76 | 0.00 |
| 0008 | Travel and Training Amount: $6,000.00(Option Line Item) 10/01/2020 | | | | 0.00 |
| 0009 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Amount: $56,888.00(Option Line Item) 10/01/2021 | 2080 | HR | 27.35 | 0.00 |
| 0010 | Administrative Assistant, Gallatin County MT Bozeman Federal Building State Office Amount: $56,888.00(Option Line Item) 10/01/2021 Continued ... | 2080 | HR | 27.35 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0061751

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0011 | Administrative Assistant, Cascade County MT Great Falls Area Office<br>Amount: $49,420.80(Option Line Item)<br>10/01/2021 | 2080 | HR | 23.76 | 0.00 |
| 0012 | Travel and Training<br>Amount: $6,000.00(Option Line Item)<br>10/01/2021 | | | | 0.00 |

The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.

The total amount of award: $507,590.40. The obligation for this award is shown in box 26.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061752

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30

| 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|
| 964063 | 1 | 26 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 12FPC419C0013 | | | | |

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER (No collect calls) 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR ☒ SET ASIDE: % FOR: |
|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ  ☐ IFB  ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-MT-120325 | 16. ADMINISTERED BY | CODE NRCS-MT-120325 |
|---|---|---|---|

USDA-NRCS-MONTANA STATE OFFICE
FEDERAL BUILDING, RM 443
10 EAST BABCOCK STREET
BOZEMAN MT 59715

USDA-NRCS-MONTANA STATE OFFICE
FEDERAL BUILDING, RM 443
10 EAST BABCOCK STREET
BOZEMAN MT 59715

| 17a. CONTRACTOR/ OFFEROR | CODE 1100464335# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

MEC ENERGY SERVICES LLC
3949 HWY 8 STE 110
1100464335#
NEW TOWN ND 58763-4001

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819 DUNS Number: 792184066 Customer Service Representative II - Montana Technical Services. Period of Performance is 1 October 2019 to 30 September 2024. This is a Time and Materiel Contract issues through the SBA 8(a) program. Delivery: 08/30/2019 Period of Performance: 10/01/2019 to 09/30/2024  Continued ... | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $821,492.48 |
|---|---|

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Edmond White Bear* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) Edmund White Bear President | 30c. DATE SIGNED 08/23/2019 | 31b. NAME OF CONTRACTING OFFICER (Type or print) HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 110 of 225
PageID #: 2809
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062033

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Customer Service Representative II - Lake County<br>Obligated Amount: $33,446.40<br><br>Accounting Info:<br>NR00.19.......19XX19ACP8T30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T30000SI0000 BOC: 2540<br>Funded: $33,446.40<br>FOB: Destination | 1248 | HR | .  26.80 | 33,446.40 |
| 0002 | Customer Service Representative II - Missoula<br>County<br>Obligated Amount: $32,834.88<br><br>Accounting Info:<br>NR00.19.......19XX19ACP8T30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T30000SI0000 BOC: 2540<br>Funded: $32,834.88<br>FOB: Destination | 1248 | HR | 26.31 | 32,834.88 |
| 0003 | Customer Service Representative II - Lewis and<br>Clark County<br>Obligated Amount: $48,988.16<br>Continued ... | 1664 | HR | 29.44 | 48,988.16 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0062034

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Accounting Info: NR00.19.......19XX19CSTPT30000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT30000SI0000 BOC: 2540 Funded: $48,988.16 FOB: Destination | | | | |
| 0004 | Customer Service Representative II - Beaverhead County Obligated Amount: $36,928.32 | 1248 | HR | 29.59 | 36,928.32 |
| | Accounting Info: NR00.19.......19XX19CSTPT30000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT30000SI0000 BOC: 2540 Funded: $36,928.32 FOB: Destination | | | | |
| 0005 | Customer Service Representative II - Lincoln County Obligated Amount: $33,446.40 | 1248 | HR | 26.80 | 33,446.40 |
| | Accounting Info: NR00.19.......19XX19CSTPT30000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT30000SI0000 BOC: 2540 Funded: $33,446.40 FOB: Destination | | | | |
| 0006 | Customer Service Representative II - Powell County Obligated Amount: $36,928.32 | 1248 | HR | 29.59 | 36,928.32 |
| | Accounting Info: NR00.19.......19XX19CSTPT30000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT30000SI0000 BOC: 2540 Funded: $36,928.32 FOB: Destination | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062035

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0007 | Customer Service Representative II – Pondera County<br>Obligated Amount: $35,418.24<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,418.24<br>FOB: Destination | 1248 | HR | 28.38 | 35,418.24 |
| 0008 | Customer Service Representative II – Hill County<br>Obligated Amount: $47,024.64<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $47,024.64<br>FOB: Destination | 1664 | HR | 28.26 | 47,024.64 |
| 0009 | Customer Service Representative II – Fergus County<br>Obligated Amount: $35,418.24<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,418.24<br>FOB: Destination | 1248 | HR | 28.38 | 35,418.24 |
| 0010 | Customer Service Representative II –Choteau County<br>Obligated Amount: $35,418.24<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,418.24<br>FOB: Destination<br>Continued ... | 1248 | HR | 28.38 | 35,418.24 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062036

**NAME OF OFFEROR OR CONTRACTOR**
MEC ENERGY SERVICES LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0011 | Customer Service Representative II - Valley County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19.......19XX19ACP8T30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0012 | Customer Service Representative II - Daniels County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0013 | Customer Service Representative II - Dawson County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0014 | Customer Service Representative II - Custer County<br>Obligated Amount: $47,174.40<br><br>Accounting Info:<br>NR00.19.......19XX19ACP8T30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T30000SI0000 BOC: 2540<br>Continued ... | 1664 | HR | 28.35 | 47,174.40 |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 114 of 225
PageID #: 2813
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062037

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Funded: $47,174.40<br>FOB: Destination | | | | |
| 0015 | Customer Service Representative II - Garfield County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0016 | Customer Service Representative II - Fallon Grass County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0017 | Customer Service Representative II - Gallatin County<br>Obligated Amount: $36,928.32<br><br>Accounting Info:<br>NR00.19.......19XX19ACP8T30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T30000SI0000 BOC: 2540<br>Funded: $36,928.32<br>FOB: Destination | 1248 | HR | 29.59 | 36,928.32 |
| 0018 | Customer Service Representative II - Musselshell County<br>Obligated Amount: $35,418.24<br>Continued ... | 1248 | HR | 28.38 | 35,418.24 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0062038

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Accounting Info:<br>NR00.19......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,418.24<br>FOB: Destination | | | | |
| 0019 | Customer Service Representative II - Rosebud<br>County<br>Obligated Amount: $35,530.56<br><br>Accounting Info:<br>NR00.19......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $35,530.56<br>FOB: Destination | 1248 | HR | 28.47 | 35,530.56 |
| 0020 | Customer Service Representative II - Sweet Grass<br>County<br>Obligated Amount: $36,928.32<br><br>Accounting Info:<br>NR00.19......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $36,928.32<br>FOB: Destination | 1248 | HR | 29.59 | 36,928.32 |
| 0021 | Customer Service Representative II - Yellowstone<br>County<br>Obligated Amount: $34,008.00<br><br>Accounting Info:<br>NR00.19......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $34,008.00<br>FOB: Destination<br><br>Continued ... | 1248 | HR | 27.25 | 34,008.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062039

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0022 | Training/Travel<br>Obligated Amount: $42,000.00<br><br>Accounting Info:<br>NR00.19.......19XX19CSTPT30000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19CSTPT30000SI0000 BOC: 2540<br>Funded: $42,000.00<br>FOB: Destination | | | | 42,000.00 |
| 0023 | 1st Option Year. POP 1 October 2020 to 30<br>September 2021<br>Amount: $819,891.52(Option Line Item)<br>10/01/2020 | | | | 0.00 |
| 0024 | 2nd Option Year. POP 1 October 2021 to 30<br>September 2022<br>Amount: $819,891.52(Option Line Item)<br>10/01/2021 | | | | 0.00 |
| 0025 | 3rd Option Year. POP 1 October 2022 to 30<br>September 2023<br>Amount: $819,891.52(Option Line Item)<br>10/01/2022 | | | | 0.00 |
| 0026 | 4th Option Year. POP 1 October 2023 to 30<br>September 2024<br>Amount: $819,891.52(Option Line Item)<br>10/01/2023<br><br>The "Submit Invoice-to" address for USDA<br>orders is the Department of Treasury's Invoice<br>Processing Platform (IPP). The contractor must<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0062040

NAME OF OFFEROR OR CONTRACTOR
MEC ENERGY SERVICES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. | | | | |
| | The total amount of award: $4,101,058.56. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062041

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|---|---|
| | *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | See Schedule | | 1 | 2 |

| 2. CONTRACT NO. 12FPC419C0014 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. **FOR SOLICITATION INFORMATION CALL:** ▶ | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR | ☐ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB

☐ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE | NRCS-OR-120436 | 16. ADMINISTERED BY | CODE | NRCS-MN-126322 |
|---|---|---|---|---|---|

USDA-NRCS-OREGON STATE OFFICE
1201 NE LLOYD BLVD
STE 900
PORTLAND OR 97232

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/ OFFEROR | CODE | 1100464335# | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|---|---|---|---|---|

MEC ENERGY SERVICES LLC
3949 HWY 8 STE 110
1100464335#
NEW TOWN ND 58763-4001

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819 DUNS Number: 792184066 AD700 (353) State Office Administrative Assistant for FY20 Delivery: 08/22/2019 Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT41000SI0000 BOC: 2500 Period of Performance: 09/10/2019 to 09/09/2020 Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.19.......192019COTAT41000SI0000.2500... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $153,388.56 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ☐ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0062224

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 0001 | AD700 (353) State Office Administrative Assistant for FY20<br>Obligated Amount: $91,242.80<br>Requisition No: 973867<br><br>FOB: Destination | | | | 91,242.80 |
| 0002 | AD700 (354) Redmond, Oregon Admin Assistant<br>Obligated Amount: $62,145.76<br>Requisition No: 973871<br><br><br>The total amount of award: $153,388.56. The obligation for this award is shown in box 26. | | | | 62,145.76 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)    42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    US0062225

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | | |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NUMBER **1009660** | | PAGE 1 | OF 5 |

| 2. CONTRACT NO. **IK1561749741T** | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER **12FPC420P0118** | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. **FOR SOLICITATION INFORMATION CALL:** | a. NAME **ORIEL VELEZ OLIVIERI** | b. TELEPHONE NUMBER *(No collect calls)* **787-370-0562** | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE **FPAC-HQ-12FPC** |
|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.0 % FOR:

| | |
|---|---|
| ☐ SMALL BUSINESS | ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM |
| ☐ HUBZONE SMALL BUSINESS | ☐ EDWOSB |
| ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | ☒ 8(A) |

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE **NRCS-OR-120436** |
|---|---|

USDA-NRCS-OREGON STATE OFFICE
1201 NE LLOYD BLVD
STE 900
PORTLAND OR 97232

| 16. ADMINISTERED BY | CODE **NRCS-PR-12F352** |
|---|---|

USDA-NRCS-CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 918

| 17a. CONTRACTOR/OFFEROR | CODE | FACILITY CODE |
|---|---|---|

See Schedule

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

| 18a. PAYMENT WILL BE MADE BY | CODE **IPP** |
|---|---|

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 75-3209819 DUNS Number: 792184066 PRIME:Small Business Administration | | | | |
| | SUB: 1100464335# MEC ENERGY SERVICES LLC Attn: EDMUND WHITE BEAR 3949 HWY 8 STE 110 NEW TOWN ND 58763-4001 701.897.0348 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.20.......20XX20EQP8T41000SI0000.2570... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* **$95,641.80** |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN **1** COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: ☐ OFFER DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Edmund White Bear* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* **Edmund White Bear** | 30c. DATE SIGNED **August 31, 2020** | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* ANDREW L. FISKE | 31c. DATE SIGNED **9/1/2020** |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 121 of 225
PageID #: 2820
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0104539

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This award is issued in accordance with Section 8(a) of the Small Business Act (15 USC 637(a)(1)) and FAR Part 19.8 and the executed Partnership Agreement between the US SBA and the USDA to contract for Administrative Support Services for the USDA NRCS Oregon State Office.<br><br>The assigned SBA Requirement number is IK1561749741T. The work will be performed in accordance with the attached document, which includes the PWS, Clauses and wage determination applicable to this award.<br><br>The period of performance is from September 10, 2020 to September 9, 2021 for the base year. This is a firm fixed price contract. This award contains four (4) option years to be exercised at the discretion of the Government, subject to the availability of funds. The base year is funded in its entirety.  Wage Determination 2015-5564 Rev 11 dated 7/2/2020 applies.<br><br>The contractor submitted a proposal for the base and option years as follows:<br><br>BASE YEAR: September 10, 2020 TO September 9,2021 $95,641.80<br>Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

| | RECEIVED | | INSPECTED | | ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: |
|---|---|---|---|---|---|

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| PARTIAL   FINAL | | | COMPLETE   PARTIAL   FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0104540

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | OPTION YEAR ONE: September 10, 2021 TO September 9,2022<br>$95,641.80 | | | | |
| | OPTION YEAR TWO: September 10, 2022 TO September 9,2023<br>$95,641.80 | | | | |
| | OPTION YEAR THREE: September 10, 2023 TO September 9,2024<br>$95,641.80 | | | | |
| | OPTION YEAR FOUR: September 10, 2024 TO September 9, 2025<br>$95,641.80 | | | | |
| | ***Any changes to the projected cost will be based on changes to the DOL wage determination. MEC will file for an equitable adjustment following the issuance of an applicable new DOL wage determination. | | | | |
| | Due to COVID 19 and offices currently closed, any coordination to bring employees on board will be coordinated with the ASTC-M&S, Jason jeans, Jason.jeans@usda.gov, 503-414-3222. | | | | |
| | Contractor will submit a monthly invoice with supporting documentation via the Invoice Processing Platform (IPP) www.ipp.gov. | | | | |
| | POC for this action : Jason Jeans, Jason.jeans@usda.gov, 503-414-3222 | | | | |
| | Administrative Contracting Officer, Oriel Vélez-Olivieri, oriel.velez@usda.gov, work mobile 787-370-0562 | | | | |
| | Contracting Officer: Andrew L. Fiske, Andrew.fiske@usda.gov, 919-873-2088 | | | | |
| | Contractor POC: | | | | |
| | Edmund White Bear, Edmund White Bear, MEC Energy Services President, edmund.whitebear@mellc.co, 701.897.0348 | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 123 of 225
PageID #: 2822
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0104541

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | George R. Venuto, o: 772-217-8991, c:<br>252-495-1117,<br>george.venuto@sinewmanagementgroup.com<br><br>Jennifer Colosimo, Proposal Manager,<br>206-451-0673, Jennifer.colosimo@mellc.co<br><br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20EQP8T41000SI0000 BOC: 2570<br>Period of Performance: 09/10/2020 to 09/09/2021 | | | | |
| 0001 | ADMINISTRATIVE SUPPORT - One position<br>OREGON STATE OFFICE<br>BASE YEAR 9-10-2020 TO 9-9-2021 | 12 | MO | 7,970.15 | 95,641.80 |
| 1001 | ADMINISTRATIVE SUPPORT - One Position<br>OREGON STATE OFFICE<br>OPTION YEAR ONE 9-10-2021 TO 9-9-2022<br><br>Amount: $95,641.80(Option Line Item)<br>08/09/2021<br><br>Period of Performance: 09/10/2021 to 09/09/2022 | 12 | MO | 7,970.15 | 0.00 |
| 2001 | ADMINISTRATIVE SUPPORT - One Position<br>OREGON STATE OFFICE<br>OPTION YEAR 2 9-10-2022 TO 9-9-2023<br><br>Amount: $95,641.80(Option Line Item)<br>08/09/2022<br><br>Period of Performance: 09/10/2022 to 09/09/2023 | 12 | MO | 7,970.15 | 0.00 |
| 3001 | ADMINISTRATIVE SUPPORT - One position<br>OREGON STATE OFFICE<br>OPTION YEAR 3 9-10-2023 TO 9-9-2024<br>Amount: $95,641.80(Option Line Item)<br>08/09/2023<br><br>Period of Performance: 09/10/2023 to 09/09/2024 | 12 | MO | 7,970.15 | 0.00 |
| 4001 | ADMINISTRATIVE SUPPORT - One position<br>OREGON STATE OFFICE<br>OPTION YEAR 4 9-10-2024 TO 9-9-2025<br>Amount: $95,641.80(Option Line Item)<br>08/09/2024 | 12 | MO | 7,970.15 | 0.00 |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 124 of 225
PageID #: 2823
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0104542

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Period of Performance: 09/10/2024 to 09/09/2025 | | | | |
| | The total amount of award: $478,209.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0104543

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 1. REQUISITION NUMBER<br>913477 | | PAGE OF<br>1 | 19 |

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30

| 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|
| 913477 | | 1 | 19 |

| 2. CONTRACT NO.<br>123C7818C0008/<br>0767/18/803299 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER<br>123C7818Q0020 | 6. SOLICITATION<br>ISSUE DATE<br>06/19/2018 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME<br>RYAN LORIMER | b. TELEPHONE NUMBER *(No collect calls)*<br>907-761-7744 | 8. OFFER DUE DATE/LOCAL TIME<br>ET |

9. ISSUED BY    CODE   NRCS-HQ-123C7

NRCS-HQ-123C78
USDA-NRCS CONTRACTING TEAM 3
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS    WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ HUBZONE SMALL BUSINESS
☐ EDWOSB
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    ☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | | 13b. RATING |
| | | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 14. METHOD OF SOLICITATION<br>☒ RFQ   ☐ IFB   ☐ RFP |

15. DELIVER TO   CODE   NRCS-KS-126215

USDA-NRCS-KANSAS STATE OFFICE
760 SOUTH BROADWAY
SALINA KS 67401

16. ADMINISTERED BY   CODE   NRCS-AK-120150

USDA-NRCS-ALASKA STATE OFFICE
800 WEST EVERGREEN
SUITE 100
PALMER AK 99645

| 17a. CONTRACTOR/<br>OFFEROR   CODE | | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY   CODE   IPP |

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 06-1726518<br>DUNS Number: 148547610<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1100332791#<br>    PBP MANAGEMENT GROUP INC<br>    4029 SWEET BAY CT<br>    1100332791#<br>    WICHITA KS 67226<br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$742,894.18 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Ryan Lorimer* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>RYAN LORIMER | 31c. DATE SIGNED<br>06/25/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 126 of 225
PageID #: 2825
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063085

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Contractor to provide all personnel in support of Kansas State Professional Administrative support per attached Performance Work Statement (PWS) | | | | |
| | See Attachment for special terms and conditions for quotation and performance. | | | | |
| | This Request for Quote utilizes FAR 52.222-17 Nondisplacement of Qualified Workers. Period of Performance: 07/01/2018 to 06/30/2019 | | | | |
| 001 | 01112  General Clerk II, KANSAS Admin, Base Period, Award - 6/30/19 | | | | 483,253.56 |
| | Total Estimated delivered Hours: 20,080           *Average Price Per Hour: $13.31                 Extended Line Total: $483,253.56  * Average used due to variations in employee pay/county WDOL factors | | | | |
| | Delivery: 06/30/2019 Accounting Info: NR00.18.......18XX18CRPGT20000SI0000.2540... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CRPGT20000SI0000 BOC: 2540 Funded: $200,000.00 Accounting Info: Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:  _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                         US0063086

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NR00.18.......18XX18CSTPT20000SI0000.2540... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CSTPT20000SI0000 BOC: 2540 Funded: $283,253.56 | | | | |
| 002 | 01112 General Clerk II, KANSAS Admin, Option 1, 7/1/19 - 6/30/20 | | | | 0.00 |
| | Total Estimated delivered Hours: 20,080 *Average Price Per Hour: $13.31 Extended Line Total: $492,918.63 * Average used due to variations in employee pay/county WDOL factors Amount: $492,918.63(Option Line Item) 05/01/2019 | | | | |
| | Delivery: 06/30/2020 | | | | |
| 003 | 01112 General Clerk II, KANSAS Admin, Option 2, 7/1/20 - 6/30/21 | | | | 0.00 |
| | Total Estimated delivered Hours: 20,080 *Average Price Per Hour: $13.31 Extended Line Total: $502,777.00 * Average used due to variations in employee pay/county WDOL factors Amount: $502,777.00(Option Line Item) 05/01/2020 | | | | |
| | Delivery: 06/30/2021 | | | | |
| 004 | 01112 General Clerk II, KANSAS Admin, Option 3, 7/1/21 - 6/30/22 | | | | 0.00 |
| | Total Estimated delivered Hours: 20,080 *Average Price Per Hour: $13.31 Extended Line Total: $512,832.54 * Average used due to variations in employee pay/county WDOL factors Amount: $512,832.54(Option Line Item) 05/01/2021 Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0063087

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Delivery: 06/30/2022 | | | | |
| 005 | 01020  Admin Assist, KANSAS Admin, Base Period, Award - 6/30/19 | | | | 132,728.15 |
| | Total Estimated delivered Hours: 4,160<br>        *Average Price Per Hour: $18.92<br>             Extended Line Total: $132,728.15<br>* Average used due to variations in employee pay/county WDOL factors | | | | |
| | Delivery: 06/30/2019<br>Accounting Info:<br>NR00.18.......181918COTAT20000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>181918COTAT20000SI0000 BOC: 2540<br>Funded: $100,000.00<br>Accounting Info:<br>NR00.18.......18XX18CSTPT20000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>18XX18CSTPT20000SI0000 BOC: 2540<br>Funded: $32,728.15 | | | | |
| 006 | 01020  Admin Assist, KANSAS Admin, Option 1, 7/1/19 - 6/30/20 | | | | 0.00 |
| | Total Estimated delivered Hours: 4,160<br>        *Average Price Per Hour: $18.92<br>             Extended Line Total: $135,382.71<br>* Average used due to variations in employee pay/county WDOL factors<br>Amount: $135,382.71(Option Line Item)<br>05/01/2020 | | | | |
| | Delivery: 06/30/2020 | | | | |
| 007 | 01020  Admin Assist, KANSAS Admin, Option 2, 7/1/20 - 6/30/21 | | | | 0.00 |
| | Total Estimated delivered Hours: 4,160<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0063088

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | *Average Price Per Hour: $18.92 Extended Line Total: $138090.36 * Average used due to variations in employee pay/county WDOL factors Amount: $138,090.36(Option Line Item) 05/01/2020 Delivery: 06/30/2021 | | | | |
| 008 | 01020 Admin Assist, KANSAS Admin, Option 3, 7/1/21 - 6/30/22 Total Estimated delivered Hours: 4,160 *Average Price Per Hour: $18.92 Extended Line Total: $140,852.16 * Average used due to variations in employee pay/county WDOL factors Amount: $140,852.16(Option Line Item) 05/01/2021 Delivery: 06/30/2022 | | | | 0.00 |
| 009 | 01312 Secretary II, KANSAS Admin, Base Period, Award - 6/30/19 Total Estimated delivered Hours: 4,160 *Average Price Per Hour: $17.90 Extended Line Total: $126,912.47 * Average used due to variations in employee pay/county WDOL factors Delivery: 06/30/2019 Accounting Info: NR00.18.......18XX18CSTPT20000SI0000.2540... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX18CSTPT20000SI0000 BOC: 2540 Funded: $46,912.47 Accounting Info: NR00.14.......14XX18RCP2T20000AIE500.2540... Agency Code: NR00 Budget Yr Start: 14 SHC: 14XX18RCP2T20000AIE500 BOC: 2540 Funded: $40,000.00 Accounting Info: Continued ... | | | | 126,912.47 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063089

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | NR00.15.......15XX18EQI1T20000AIE270.2540...<br>Agency Code: NR00 Budget Yr Start: 15 SHC:<br>15XX18EQI1T20000AIE270 BOC: 2540<br>Funded: $10,000.00<br>Accounting Info:<br>NR00.14.......14XX18EQI1T20000AIE032.2540...<br>Agency Code: NR00 Budget Yr Start: 14 SHC:<br>14XX18EQI1T20000AIE032 BOC: 2540<br>Funded: $10,000.00<br>Accounting Info:<br>NR00.15.......15XX18RCP2T20000AIE590.2540...<br>Agency Code: NR00 Budget Yr Start: 15 SHC:<br>15XX18RCP2T20000AIE590 BOC: 2540<br>Funded: $10,000.00<br>Accounting Info:<br>NR00.16.......16XX18EQI3T20000AIE360.2540...<br>Agency Code: NR00 Budget Yr Start: 16 SHC:<br>16XX18EQI3T20000AIE360 BOC: 2540<br>Funded: $10,000.00 | | | | |
| 010 | 01312 Secretary II, KANSAS Admin, Option 1,<br>7/1/19 - 6/30/20<br><br>Total Estimated delivered Hours: 4,160<br>      *Average Price Per Hour: $17.90<br>          Extended Line Total: $129,450.71<br>* Average used due to variations in employee<br>pay/county WDOL factors<br>Amount: $129,450.71(Option Line Item)<br>05/01/2019<br><br>Delivery: 06/30/2020 | | | | 0.00 |
| 011 | 01312 Secretary II, KANSAS Admin, Option 2,<br>7/1/20 - 6/30/21<br><br>Total Estimated delivered Hours: 4,160<br>      *Average Price Per Hour: $17.90<br>          Extended Line Total: $132,039.72<br>* Average used due to variations in employee<br>pay/county WDOL factors<br>Amount: $132,039.72(Option Line Item)<br>05/01/2020<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0063090

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Delivery: 06/30/2021 | | | | |
| 012 | 01312 Secretary II, KANSAS Admin, Option 3,<br>7/1/21 - 6/30/22 | | | | 0.00 |
| | Total Estimated delivered Hours: 4,160<br>    *Average Price Per Hour: $17.90<br>      Extended Line Total: $134,680.51<br>* Average used due to variations in employee<br>pay/county WDOL factors<br>Amount: $134,680.51(Option Line Item)<br>05/01/2021 | | | | |
| | Delivery: 06/30/2022 | | | | |
| | The technical POC for this requirement is Gaye<br>Benfer 785-823-4508. | | | | |
| | The total amount of award: $3,061,918.52. The<br>obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0063091

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NUMBER<br>1042438 | | PAGE OF<br>1 42 | |

| 2. CONTRACT NO.<br>0353/21/3353 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC421P0110 | 5. SOLICITATION NUMBER<br>12FPC421R0008 | 6. SOLICITATION<br>ISSUE DATE<br>08/24/2021 |

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>VICKIE GRANT | b. TELEPHONE NUMBER *(No collect calls)*<br>919-873-2115 | 8. OFFER DUE DATE/LOCAL TIME<br>ET |

**9. ISSUED BY**    CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS    ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    ☐ EDWOSB    ☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
| | | 14. METHOD OF SOLICITATION<br>☐ RFQ ☐ IFB ☒ RFP | |

**15. DELIVER TO**    CODE NRCS-VA-1233A7

USDA-NRCS-VIRGINIA STATE OFFICE
1606 SANTA ROSA RD
SUITE 209
RICHMOND VA 23229

**16. ADMINISTERED BY**    CODE FPAC-HQ-APD-NC

FPAC Business Center
Operations Branch
4407 Bland Rd. Ste. 117
RALEIGH NC 27609

| 17a. CONTRACTOR/<br>OFFEROR   CODE | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY   CODE IPP |

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 84-2674446<br>DUNS Number: 117165711<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1106020405#<br>    PCI GOVERNMENT SERVICES LLC<br>    Attn: Nick Dunn<br>    11921 FREEDOM DR STE 550<br>    1106020405#<br>Continued ...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$78,172.76 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE ☒ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>AMY STONEBRAKER   Digitally signed by AMY STONEBRAKER<br>Date: 2021.08.27 16:18:44 -04'00' |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>AMY D. STONEBRAKER | 31c. DATE SIGNED<br>08/27/2021 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 133 of 225
PageID #: 2832
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0113828

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | RESTON VA 20190-5635<br><br>571-357-2980<br><br>This contract is issued for Administrative Support Services-(General Clerk III) to be performed at the NRCS Virginia State Offices in accordance with the attached Performance Work Statement. The contract is for one (1), 13-month base period (Period of Performance(POP) - 9/1/2021 thru 9/30/2022), with one (1) 12-month option period (POP - 10/1/2022 thru 9/30/2023).<br><br><br>Technical Point of Contact (POC):<br>Jackie Alexander, jackie.alexander@usda.gov;<br>804-287-1684<br><br>Procurement POC:<br>Vickie Grant, Contract Specialist,<br>vickie.grant@usda.gov.<br>Period of Performance: 09/01/2021 to 09/30/2022 | | | | |
| 0001 | Administrative (General Clerk III) Support Services (Base Period 9/1/21-9/30/22) to support USDA-NRCS Virginia State Office. Contractor will render this service for 13 calendar months to be performed in accordance with the Terms and Conditions of the contract and Performance Work Statement.<br>Product/Service Code: R699<br>Continued ... | 13 | MO | 5,982.52 | 77,772.76 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED.

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        US0113829

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| | Delivery: 09/30/2022 Accounting Info: FMMI Account: NR00.21XX21CRPGT51000SI0000 BOC: 2570 Funded: $27,000.00 Accounting Info: FMMI Account: NR00.21XX21CST8T51000SI0000 BOC: 2570 Funded: $22,640.00 Accounting Info: FMMI Account: NR00.21XX21EQP8T51000SI0000 BOC: 2570 Funded: $22,600.00 Accounting Info: FMMI Account: NR00.212221COTAT51000SI0000 BOC: 2570 Funded: $5,532.76 | | | | |
| 0002 | Option Year 1 (10/1/2022 - 9/30/2023), Administrative (General Clerk III) Support Services Contractor will render this service for 1 calendar year(12 months) to be performed in accordance with the Terms and Conditions of the contract and Performance Work Statement. Amount: $71,790.24(Option Line Item) 09/30/2022 Delivery: 09/30/2023 Period of Performance: 10/01/2022 to 09/30/2023 | 12 | MO | 5,982.52 | 0.00 |
| 0003 | Miscellaneous Travel/Training (09/01/2021 - 09/30/2022) This line item is a ceiling threshold for the associated costs and is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; the travel and training costs shall not exceed the ceiling threshold amount without the advanced approval of the Contracting Officer. Supporting documents are required for each person Continued ... | | | | 400.00 |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 135 of 225
PageID #: 2834
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0113830

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | 12FPC421P0110/0353/21/3353 | | 4 | 42 |

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | to show actual costs incurred related to the travel and/or training costs billed to NRCS.<br><br>This line will be modified if the option year is exercised to extend the period of performance and provide additional travel funds for option 1.<br><br>Delivery: 09/30/2022<br>Accounting Info:<br>FMMI Account: NR00.21XX21EQP8T51000SI0000 BOC: 2570<br>Funded: $400.00<br><br>The total amount of award: $149,963.00. The obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 136 of 225
PageID #: 2835
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0113831

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|
| 911392 | | 1 | 17 |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 124D9018C0012 | | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE NRCS-HQ-124D9

NRCS-HQ-124D90
USDA-NRCS CONTRACTING TEAM 4
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) ☐ | 13b. RATING | |
|---|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | | |

| 15. DELIVER TO | CODE NRCS-CA-129104 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|
| USDA-NRCS-CALIFORNIA STATE OFFICE 430 G STREET SUITE 4164 DAVIS CA 95616-4164 | | USDA-NRCS-MINNESOTA STATE OFFICE 375 JACKSON STREET SUITE 600 ST. PAUL MN 55101 | |

| 17a. CONTRACTOR/OFFEROR CODE 1102167055# FACILITY CODE | 18a. PAYMENT WILL BE MADE BY CODE IPP |
|---|---|
| POWTEC SOLUTIONS LLC 4040 WHEATON WAY SUITE 111 1102167055# BREMERTON WA 98310-3500 | Invoice Processing Platform (IPP) All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov |

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1869684 DUNS Number: 833284768 Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Year no option years. Contract to begin 7/1/2018 for 1 year period. Delivery: 06/30/2019 Period of Performance: 07/01/2018 to 06/30/2019 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $1,867,634.56 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Cheryl J. Sands* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* HOWARD STOVER Digitally signed by HOWARD STOVER Date: 2018.06.04 10:38:15 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Cheryl L. Sands, President | 30c. DATE SIGNED 6/6/2018 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0092477

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 911392 | 1 | 17 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 124D9018C0012 | | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE NRCS-HQ-124D9

NRCS-HQ-124D90
USDA-NRCS CONTRACTING TEAM 4
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

**15. DELIVER TO** CODE NRCS-CA-129104

USDA-NRCS-CALIFORNIA STATE OFFICE
430 G STREET
SUITE 4164
DAVIS CA 95616-4164

**16. ADMINISTERED BY** CODE NRCS-MN-126322

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

**17a. CONTRACTOR/ OFFEROR** CODE 1102167055# FACILITY CODE

POWTEC SOLUTIONS LLC
4040 WHEATON WAY
SUITE 111
1102167055#
BREMERTON WA 98310-3500

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 27-1869684 DUNS Number: 833284768 Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Year no option years.   Contract to begin 7/1/2018 for 1 year period. Delivery: 06/30/2019 Period of Performance: 07/01/2018 to 06/30/2019 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $1,867,634.56 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* HOWARD STOVER — Digitally signed by HOWARD STOVER Date: 2018.06.04 10:38:15 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 001 | Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Year no Option year.   Contract to begin 7/1/2018 for 1 year period. | 52 | WK | 35,916.0493 | 1,867,634.56 |

Accounting Info:
NR00.17.......17XX18EQIPT06000SI0000.2570...
Agency Code: NR00 Budget Yr Start: 17 SHC:
17XX18EQIPT06000SI0000 BOC: 2570
Funded: $1,682,209.00
Accounting Info:
NR00.18.......18XX18EQIPT06000SI0000.2570...
Agency Code: NR00 Budget Yr Start: 18 SHC:
18XX18EQIPT06000SI0000 BOC: 2570
Funded: $185,425.56

  The "Submit Invoice-to" address for USDA
orders is the Department of Treasury's Invoice
Processing Platform (IPP). The contractor must
follow the instructions on how to register and
submit invoices via IPP as prescribed in the
previous communications from USDA and Treasury.
All invoices are to be submitted via the
electronic Invoice Processing Platform. This is a
mandatory requirement initiated by the U.S.
Department of Treasury and you can find more
information at this website
https://www.ipp.gov/index.htm. Please make sure
that your company has registered at
Continued ...

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print)

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0092461

NAME OF OFFEROR OR CONTRACTOR
POWTEC SOLUTIONS LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $1,867,634.56. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0092462

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 996761 | | 1 | 58 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 0353/20/0508 | 05/01/2020 | 12FPC120P0094 | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME JULIE SIMPSON | b. TELEPHONE NUMBER *(No collect calls)* 816-926-1200 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS |
|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-MI-125D21 | 16. ADMINISTERED BY | CODE FPAC-HQ-APD-KC |
|---|---|---|---|

USDA-NRCS-MICHIGAN STATE OFFICE
3001 COOLIDGE ROAD
SUITE 250
EAST LANSING MI 48823

FPAC BUS CNTR-ACQUISITION DIV-KC
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 74-2836890 DUNS Number: 110321374 PRIME: Small Business Administration SUB: 1102251912# PRACTICAL SOLUTIONS INC - 1103213740000 Attn: Bob Michels 20 F ST NW SUITE 700 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| NR00.ZZ.......202020COTATHQ260CA0000.2540... | $104,000.00 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: Quote OFFER DATED 04/16/2020 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: See CLIN Below

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Julie M Simpson* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* JULIE M. SIMPSON | 31c. DATE SIGNED 04/20/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 141 of 225
PageID #: 2840
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097816

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | 1102251912# | | | | |
| | WASHINGTON DC 20001 | | | | |
| | 703-200-0330 | | | | |
| | USDA NRCS in Michigan requires Administrative | | | | |
| | Support Services for the USDA-NRCS State Office | | | | |
| | per the items below and the attached performance | | | | |
| | work statement. | | | | |
| | | | | | |
| | Contracting Officer Representative (COR): | | | | |
| | Diane Gray | | | | |
| | Email: diane.gray@usda.gov | | | | |
| | Phone: 517-324-5135 | | | | |
| | | | | | |
| | Vendor Contact: | | | | |
| | Bob Michels | | | | |
| | Email: bob.michels@ps4b.com | | | | |
| | Phone: 703-200-0330 | | | | |
| | | | | | |
| | Procurement Contact: | | | | |
| | Julie Simpson | | | | |
| | Email: julie.simpson@usda.gov | | | | |
| | Phone: 816-926-1200 | | | | |
| | | | | | |
| | Delivery: 04/30/2021 | | | | |
| | Agency Code: NR00 Budget Yr Start: ZZ SHC: | | | | |
| | 202020COTATHQ260CA0000 BOC: 2540 | | | | |
| | Period of Performance: 05/01/2020 to 04/30/2021 | | | | |
| | | | | | |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097817

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | Administrative Support Position<br>Number of Positions:  1<br>Estimated Hours Per Year: 2,080<br>Position Title:  01020 - Administrative Assistant<br>Price Per Hour: $50.00<br>Total Not to Exceed Price:  $104,000.00<br><br>Any funds related to travel will be paid at cost and be added at the time travel is required.<br><br><br>The total amount of award: $104,000.00. The obligation for this award is shown in box 26. | | | | 104,000.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097818

# SOLICITATION / CONTRACT / ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|
| 942690 | 1 | 4 |

| 2. CONTRACT NO. | 3. AWARD / EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| CY1545403168W | 03/01/2019 | 12FPC319P0052 | | |

| 7. FOR SOLICITATION INFORMATION CALL : | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE / LOCAL TIME |
|---|---|---|---|
| | JULIE SIMPSON | 816-926-1200 | |

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 3
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** X UNRESTRICTED OR SET ASIDE: ____% FOR

SMALL BUSINESS

WOMEN - OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN - OWNED SMALL BUSINESS PROGRAM

HUBZONE SMALL BUSINESS

EDWOSB

NAICS 561110

SERVICE - DISABLED VETERAN OWNED SMALL BUSINESS

8(A)

SIZE STANDARD : $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION RFQ IFB RFP |

**15. DELIVER TO** CODE NRCS-MN-126322

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

**16. ADMINISTERED BY** CODE FPAC-HQ-APD-KC

FPAC Business Center
Acquisition Division - Operations B
Beacon Facility - Mail Stop 1108
PO Box 419205
Kansas City MO 64141-6205

| 17a. CONTRACTOR / OFFEROR | CODE | FACILITY CODE |
|---|---|---|

See Schedule

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES / SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-8592699 | | | | |
| | DUNS Number: 793518866 | | | | |
| | PRIME: | | | | |
| |    Small Business Administration | | | | |
| | SUB: | | | | |
| |    1100466446# | | | | |
| |    SINEW MANAGEMENT GROUP LLC | | | | |
| |    Attn: George Venuto | | | | |
| |    3949 HWY 8 STE 111 | | | | |
| |    1100466446# | | | | |
| | Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $1,629,950.86 |

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ARE ARE NOT ATTACHED.

X 27b. CONTRACT/ PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ARE X ARE NOT ATTACHED.

X 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

X 29. AWARD OF CONTRACT : Quote OFFER DATED 02/22/2019 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS : See CLIN Below

| 30a. SIGNATURE OF OFFEROR / CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*    30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* RYAN LORIMER    31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0060785

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | NEW TOWN ND 58763 | | | | |
| | 772-217-8991 | | | | |
| | United States Department of Agriculture (USDA), Natural Resources Conservation Service (NRCS) requires administrative support services in various NRCS Field Office throughout Minnesota. Services consist of assisting NRCS staff with conservation program documentation and administration. | | | | |
| | Program Office Point of Contact: Tessa Garcia Email: Tessa.garcia@mn.usda.gov Phone: 651-602-7872 | | | | |
| | Vendor Point of Contact: George Venuto, Project Manager, Sinew Management Group Email: george.venuto@sinewmanagementgroup.com Phone: 772-217-8991 | | | | |
| | Procurement Point of Contacts: Ryan Lorimer, Contracting Officer Email: ryan.lorimer@usda.gov Phone: 907-761-7744 | | | | |
| | Julie Simpson, Contract Specialist Email: Julie.simpson@usda.gov Phone: 816-926-1200 Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT , EXCEPT AS NOTED : _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER US0060786

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO (A) | SUPPLIES/ SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 03/01/2019 to 02/29/2024 | | | | |
| 001 | BASE YEAR – Administrative Support Services for Minnesota Base Year: March 1, 2019 through February 29, 2020 # of Positions: 22 General Clerk II and 6 General Clerk III Positions for a total of 28. Total Cost for 28 Positions based on estimated hours provided: $1,629,950.86 | | | | 1,629,950.86 |
| | Delivery: 03/01/2019 Accounting Info: NR00.19.......19XX19CSTPT27000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT27000SI0000 BOC: 2540 Funded: $1,184,478.80 Accounting Info: NR00.19.......17XX19CRPGT27000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 17XX19CRPGT27000SI0000 BOC: 2540 Funded: $445,472.06 Period of Performance: 03/01/2019 to 02/29/2020 | | | | |
| 002 | OPTION YEAR ONE – Administrative Support Services for Minnesota Option Year One: March 1, 2020 through February 28, 2021 # of Positions: 22 General Clerk II and 6 General Clerk III Positions for a total of 28. Total Cost for 28 Positions based on estimated hours provided for Option Year One: $1,604,556.56 Amount: $1,604,556.56(Option Line Item) 03/01/2020 | | | | 0.00 |
| | Delivery: 03/01/2020 Period of Performance: 03/01/2020 to 02/28/2021 | | | | |
| 003 | OPTION YEAR TWO – Administrative Support Services for Minnesota Option Year Two: March 1, 2020 through February 28, 2021 # of Positions: 22 General Clerk II and 6 General Clerk III Positions for a total of 28. Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 146 of 225
PageID #: 2845
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0060787

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/ SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Clerk III Positions for a total of 28. Total Cost for 28 Positions based on estimated hours provided for Option Year Two: $1,604,556.56 Amount: $1,604,556.56(Option Line Item) 03/01/2021 Delivery: 03/01/2021 Period of Performance: 03/01/2021 to 02/28/2022 | | | | |
| 004 | OPTION YEAR THREE - Administrative Support Services for Minnesota Option Year Three: March 1, 2020 through February 28, 2021 # of Positions: 22 General Clerk II and 6 General Clerk III Positions for a total of 28. Total Cost for 28 Positions based on estimated hours provided for Option Year Three: $1,604,556.56 Amount: $1,604,556.56(Option Line Item) 03/01/2022 Delivery: 03/01/2022 Period of Performance: 03/01/2022 to 02/28/2023 | | | | 0.00 |
| 005 | OPTION YEAR FOUR - Administrative Support Services for Minnesota Option Year Four: March 1, 2020 through February 28, 2021 # of Positions: 22 General Clerk II and 6 General Clerk III Positions for a total of 28. Total Cost for 28 Positions based on estimated hours provided for Option Year Four: $1,604,556.56 Amount: $1,604,556.56(Option Line Item) 03/01/2023 Delivery: 03/01/2023 Period of Performance: 03/01/2023 to 02/29/2024 | | | | 0.00 |
| | The total amount of award: $8,048,177.10. The obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 147 of 225
PageID #: 2846
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0060788

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | | PAGE | OF |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 961639 | | | 1 | 19 |

| 2. CONTRACT NO. | | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|---|
| 12FPC419C0007 | | | | | | |

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR | ☒ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-CA-129104 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|

USDA-NRCS-CALIFORNIA STATE OFFICE
430 G STREET
SUITE 4164
DAVIS CA 95616-4164

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/ OFFEROR | CODE 1105454696# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

T E LLC - 0798292020000
101 E 9TH AVE STE 9B
1105454696#
ANCHORAGE AK 99501

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 61-1761841 DUNS Number: 079829202 Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Period = 6 months with 3 six month options. The period of performance is from 07/01/2019 Period of Performance: 07/01/2019 to 12/31/2019 | | | | |
| 001 | Base Period Travel 07/01/2019 to 12/31/2019 Continued ... | | | | 5,000.00 |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $1,091,042.64 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA | ☒ ARE | ☐ ARE NOT ATTACHED. |

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| *[signature]* | HOWARD STOVER  Digitally signed by HOWARD STOVER Date: 2019.06.17 13:13:42 -05'00' |

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Greg Stike General Mngr | 30c. DATE SIGNED 06.17.2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER | 31c. DATE SIGNED |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061514

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 07/01/2019 | | | | |
| | Accounting Info: | | | | |
| | NR00.18.......18XX19EQI2T06000AIE681.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 18 SHC: | | | | |
| | 18XX19EQI2T06000AIE681 BOC: 2570 | | | | |
| | Funded: $5,000.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.09.......09XX19WHIPT06000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 09 SHC: | | | | |
| | 09XX19WHIPT06000SI0000 BOC: 2570 | | | | |
| | Funded: $0.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.13.......13XX19AWEPT06000SI0000.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 13 SHC: | | | | |
| | 13XX19AWEPT06000SI0000 BOC: 2570 | | | | |
| | Funded: $0.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.15.......15XX19EQI1T06000AIE169.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 15 SHC: | | | | |
| | 15XX19EQI1T06000AIE169 BOC: 2570 | | | | |
| | Funded: $0.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.15.......15XX19RCP2T05000AIE584.2570... | | | | |
| | Agency Code: NR00 Budget Yr Start: 15 SHC: | | | | |
| | 15XX19RCP2T05000AIE584 BOC: 2570 | | | | |
| | Funded: $0.00 | | | | |
| | Accounting Info: | | | | |
| | NR00.16.......16XX19EQI3T06000AIE299.2570... | | | | |
| | Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061515

NAME OF OFFEROR OR CONTRACTOR

T E LLC - 0798292020000

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Agency Code: NR00 Budget Yr Start: 16 SHC:<br>16XX19EQI3T06000AIE299 BOC: 2570<br>Funded: $0.00<br>Accounting Info:<br>NR00.16.......16XX19RCP3T06000AIE309.2570...<br>Agency Code: NR00 Budget Yr Start: 16 SHC:<br>16XX19RCP3T06000AIE309 BOC: 2570<br>Funded: $0.00<br>Accounting Info:<br>NR00.17.......17XX19RCP1T06000AIE640.2570...<br>Agency Code: NR00 Budget Yr Start: 17 SHC:<br>17XX19RCP1T06000AIE640 BOC: 2570<br>Funded: $0.00<br>Accounting Info:<br>NR00.17.......17XX19RCP3T06000AIW538.2570...<br>Agency Code: NR00 Budget Yr Start: 17 SHC:<br>17XX19RCP3T06000AIW538 BOC: 2570<br>Funded: $0.00<br>Accounting Info:<br>NR00.18.......18XX19EQI2T06000AIE681.2570...<br>Agency Code: NR00 Budget Yr Start: 18 SHC:<br>18XX19EQI2T06000AIE681 BOC: 2570<br>Funded: $0.00 | | | | |
| 002 | Base Year-Provide administrative services to 49<br>CA NRCS offices as indicated on the attachment.<br>Base Period = 6 months with 3 option six month .<br> Period of Performance is 07/01/2019 to 12/31/2019<br><br>Delivery: 07/01/2019<br>Accounting Info:<br>NR00.19.......19XX19EQP8T06000SI0000.2570...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19EQP8T06000SI0000 BOC: 2570<br>Funded: $413,088.69<br>Accounting Info:<br>NR00.19.......19XX19ACP8T06000SI0000.2570...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8T06000SI0000 BOC: 2570<br>Funded: $91,453.95<br>Accounting Info:<br>NR00.09.......09XX19WHIPT06000SI0000.2570...<br>Agency Code: NR00 Budget Yr Start: 09 SHC:<br>09XX19WHIPT06000SI0000 BOC: 2570<br>Funded: $81,500.00<br>Continued ... | | | | 1,086,042.64 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 150 of 225
PageID #: 2849
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061516

NAME OF OFFEROR OR CONTRACTOR

T E LLC – 0798292020000

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | Accounting Info: NR00.13.......13XX19AWEPT06000SI0000.2570... Agency Code: NR00 Budget Yr Start: 13 SHC: 13XX19AWEPT06000SI0000 BOC: 2570 Funded: $110,000.00 Accounting Info: NR00.15.......15XX19EQI1T06000AIE169.2570... Agency Code: NR00 Budget Yr Start: 15 SHC: 15XX19EQI1T06000AIE169 BOC: 2570 Funded: $100,000.00 Accounting Info: NR00.15.......15XX19RCP2T06000AIE584.2570... Agency Code: NR00 Budget Yr Start: 15 SHC: 15XX19RCP2T06000AIE584 BOC: 2570 Funded: $30,000.00 Accounting Info: NR00.16.......16XX19EQI3T06000AIE299.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 16XX19EQI3T06000AIE299 BOC: 2570 Funded: $40,000.00 Accounting Info: NR00.16.......16XX19RCP3T06000AIE309.2570... Agency Code: NR00 Budget Yr Start: 16 SHC: 16XX19RCP3T06000AIE309 BOC: 2570 Funded: $50,000.00 Accounting Info: NR00.17.......17XX19RCP1T06000AIE640.2570... Agency Code: NR00 Budget Yr Start: 17 SHC: 17XX19RCP1T06000AIE640 BOC: 2570 Funded: $10,000.00 Accounting Info: NR00.17.......17XX19RCP3T06000AIW538.2570... Agency Code: NR00 Budget Yr Start: 17 SHC: 17XX19RCP3T06000AIW538 BOC: 2570 Funded: $15,000.00 Accounting Info: NR00.18.......18XX19EQI2T06000AIE681.2570... Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX19EQI2T06000AIE681 BOC: 2570 Funded: $145,000.00 | | | | |
| 003 | First Option Period- Travel 01/01/2020 to 06/30/2020 Amount: $5,000.00(Option Line Item) 01/01/2020 Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061517

NAME OF OFFEROR OR CONTRACTOR

T E LLC – 0798292020000

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Delivery: 01/01/2020 | | | | |
| 004 | First Option Period- Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Period = 6 months with 3 option six month .   Contract to begin 01/01/2020 to 06/30/2020<br>Amount: $1,115,592.01(Option Line Item)<br>07/01/2020<br><br>Delivery: 01/01/2020 | | | | 0.00 |
| 005 | Second Option Period- Travel 07/01/2020 to 12/31/2020<br>Amount: $5,000.00(Option Line Item)<br>07/01/2020<br><br>Delivery: 07/01/2020 | | | | 0.00 |
| 006 | Second Option Period- Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Period = 6 months with 3 option six month .   Contract to begin 07/01/2020 to 12/31/2020<br>Amount: $1,142,954.12(Option Line Item)<br>07/01/2020<br><br>Delivery: 07/01/2020 | | | | 0.00 |
| 007 | Third Option Period- Travel 01/01/2021 to 06/30/2021<br>Amount: $5,000.00(Option Line Item)<br>01/01/2021<br><br>Delivery: 07/01/2021<br><br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061518

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 008 | Second Option Period- Provide administrative services to 49 CA NRCS offices as indicated on the attachment. Base Period = 6 months with 3 option six month .   Contract to begin 01/01/2021 to 06/30/2021<br>Amount: $1,169,902.01(Option Line Item)<br>01/01/2021<br><br>Delivery: 01/01/2021<br><br>  The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br><br>The total amount of award: $4,534,490.78. The obligation for this award is shown in box 26. | | | | 0.00 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061519

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | PAGE | OF | |
|---|---|---|---|---|---|---|---|
| | OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 984998 | | 1 | 24 | |

| 2. CONTRACT NO. 12FPC420C0001 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER (No collect calls) 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY                          CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS |
|---|---|

9. ISSUED BY     CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS  ☐ UNRESTRICTED OR  ☒ SET ASIDE:  ____ % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ  ☐ IFB  ☐ RFP | |

| 15. DELIVER TO                     CODE NRCS-WA-120546 | 16. ADMINISTERED BY     CODE NRCS-MN-126322 |
|---|---|

15. DELIVER TO     CODE NRCS-WA-120546

Washington State Office
316 West Boone Ave
Suite 450
Spokane WA 99201

16. ADMINISTERED BY     CODE NRCS-MN-126322

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/ OFFEROR     CODE 1105454696#     FACILITY CODE | 18a. PAYMENT WILL BE MADE BY     CODE IPP |
|---|---|

17a. CONTRACTOR/OFFEROR  CODE 1105454696#

TEYA ENTERPRISES LLC
101 E 9TH AVE STE 9B
1105454696#
ANCHORAGE AK 99501

TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY  CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  61-1761841 DUNS Number:  079829202 Washington State Office Administrative Services Contract for One Base year and Two Option Years. Period of Performance is 1 January 2020 to 31 December 2022.  This contract is a Labor Hour Contract to be awarded under the 8(a) program. Agency Code: NR00 Budget Yr Start: 20 SHC: 20XX20CST8T53000SI0000 BOC: 2540 Period of Performance: 01/01/2020 to 12/31/2022 Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA NR00.20.......20XX20CST8T53000SI0000.2540... | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $229,580.00 |
|---|---|

| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED. |

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: ____ OFFER DATED ____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) CHANDA M. SOW | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0062400

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | 12-month Admin Support Spec - WA State Office<br>Obligated Amount: $162,640.00<br><br>Delivery: 12/13/2019<br>Delivery Location Code: NRCS-WA-120546<br>USDA, NRCS-WASHINGTON STATE OFFICE<br>316 WEST BOONE AVE., STE. 450<br>SPOKANE WA 99201 US<br>FOB: Destination | 2 | EA | 81,320.00 | 162,640.00 |
| 0002 | 12-month General Cleark III - Chehalis FO<br>Obligated Amount: $61,940.00<br><br>Delivery: 12/13/2019<br>Delivery Location Code: NRCS-WA-120546<br>USDA, NRCS-WASHINGTON STATE OFFICE<br>316 WEST BOONE AVE., STE. 450<br>SPOKANE WA 99201 US<br>FOB: Destination | 1 | EA | 61,940.00 | 61,940.00 |
| 0003 | Travel Expense<br>Obligated Amount: $5,000.00<br><br>Continued ... | 1 | EA | 5,000.00 | 5,000.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br><br>☐ PARTIAL  ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* | |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062401

NAME OF OFFEROR OR CONTRACTOR

TEYA ENTERPRISES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Delivery: 12/13/2019 Delivery Location Code: NRCS-WA-120546 USDA, NRCS-WASHINGTON STATE OFFICE 316 WEST BOONE AVE., STE. 450 SPOKANE WA 99201 US FOB: Destination | | | | |
| 0004 | First Option year 1 January 2021 to 31 Dec 2021 Amount: $0.00(Option Line Item) 01/01/2021 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Delivery: 12/01/2021 Delivery Location Code: NRCS-WA-120546 USDA-NRCS-WASHINGTON STATE OFFICE 316 WEST BOONE AVE., STE. 450 SPOKANE WA 99201 US | | | 0.00 | 0.00 |
| 0005 | Second Option Year 1 January 2022 to 31 December 2002 Amount: $0.00(Option Line Item) 01/01/2022 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Delivery: 01/01/2021 Delivery Location Code: NRCS-WA-120546 USDA-NRCS-WASHINGTON STATE OFFICE 316 WEST BOONE AVE., STE. 450 SPOKANE WA 99201 US    The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at Continued ... | | | 0.00 | 0.00 |

NSN 7540-01-152-8067

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 156 of 225
PageID #: 2855
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062402

NAME OF OFFEROR OR CONTRACTOR
TEYA ENTERPRISES LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $229,580.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Prescribed by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0062403

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|---|
| | *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1009172 | | 1 | 5 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| FE1597702528K | | 12FPC420P0129 | | |

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME ORIEL VELEZ OLIVIERI | b. TELEPHONE NUMBER *(No collect calls)* 787-370-0562 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | FPAC-HQ-12FPC |
|---|---|---|

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS
☐ UNRESTRICTED OR ☒ SET ASIDE: 100.0 % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE | NRCS-WA-120546 | 16. ADMINISTERED BY | CODE | NRCS-PR-12F352 |
|---|---|---|---|---|---|

USDA-NRCS-WASHINGTON STATE OFFICE
11707 E SPRAGUE AVE.
SUITE 301
SPOKANE VALLEY WA 99206

USDA-NRCS-CARIBBEAN AREA OFFICE
654 MUNOZ RIVERA AVENUE
Suite 604
HATO REY PR 918

| 17a. CONTRACTOR/ OFFEROR | CODE | | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | IPP |
|---|---|---|---|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 61-1761841 DUNS Number: 079829202 PRIME:     Small Business Administration SUB:     1105454696#     TEYA ENTERPRISES LLC     Attn: GREG STRIKE     101 E 9TH AVE STE 9B #MS-04     1105454696# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $147,534.00 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT:    OFFER DATED   . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| *Greg Strike* | *(signature)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Greg Strike General Manager Teya Enterprise, LLC | 30c. DATE SIGNED 09.04.2020 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* ANDREW L. FISKE | 31c. DATE SIGNED 9/4/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | ANCHORAGE AK 99501 | | | | |
| | 907-339-4903 | | | | |
| | This award is issued in accordance with Section 8(a) of the Small Business Act (15 USC 637(a)(1)) and the Federal Acquisition Regulation (FAR) Part 19.8 and the executed Partnership Agreement (PA) between the US Small Business Administration and the Department of Agriculture to contract for General Clerk and Media Specialist Support Services for the USDA NRCS Washington State Office. | | | | |
| | The assigned SBA Requirement Number is FE1597702528K. The work will be performed in accordance with the attached document, which includes the PWS, Clauses and wage determination applicable to this award. | | | | |
| | The period of performance is from September 8, 2020 to September 7, 2021 for the base year. This is a firm fixed price contract. This award contains two (2) option years to be exercised at the discretion of the Government, subject to the availability of funds. The base year is funded in tis entirety. Wage Determinations 15-5560, Rev 12, dated 6/11/2020 for General Clerk III and 15-5538 Rev 11, dated 7/2/2020 apply. | | | | |
| | The Contractor will provide services of a General Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | COMPLETE     PARTIAL     FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0105230

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 12FPC420P0129/FE1597702528K | PAGE 3 | OF 5 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Clerk III and a Media Specialist III to assist in reducing clerical tasking on existing professional staff allowing the professional staff to focus on the technical needs of clients. The experienced clerical and media contractor-provided personnel will help minimize the clerical impact on current professional staff and maximize the application of their technical knowledge in order to more effectively further USDA NCRS mission programs. | | | | |

Due to COVID 19 and offices currently closed, any coordination to bring employees on board will be coordinated with Peter Bautista, ASTC for Operations, peter.bautista@usda.gov, 509-323-2941.

The contractor submitted a proposal for the base and option years as follows:

BASE YEAR: September 8, 2020 to September 7, 2021 $147,534.00
OPTION YEAR 1: September 8, 2021 to September 7, 2022 $147,534.00
OPTION YEAR 2: September 8, 2022 to September 7, 2023 $147,534.00

Contractor will submit a monthly invoice with supporting documentation via the Invoice Processing Platform (IPP) www.ipp.gov.

Government POC:

Peter Bautista, ASTC for Operations, peter.bautista@usda.gov, 509-323-2941

Administrative Contracting Officer is Oriel Vélez-Olivieri, oriel.velez@usda.gov, 787-370-0562

Contracting Officer: Andrew L. Fiske, Andrew.fiske@usda.gov, 919-873-2088

Contractor POC:

Greg Strike, greg.strike@teyaenterprises.com, 907-339-4903

Period of Performance: 09/08/2020 to 09/07/2021
Continued ...

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 160 of 225
PageID #: 2859
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0105231

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | General Clerk III<br>Base Year 9/8/2020 to 9/7/2021<br><br><br>Accounting Info:<br>NR00.20.......20XX20CSTPT53000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CSTPT53000SI0000 BOC: 2540<br>Funded: $61,800.00 | 12 | MO | 5,150.00 | 61,800.00 |
| 0002 | Media Specialist III<br>Base Year 9/8/2020 to 9/7/2021<br><br>Accounting Info:<br>NR00.20.......202120COTAT53000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>202120COTAT53000SI0000 BOC: 2540<br>Funded: $0.00<br>Accounting Info:<br>NR00.20.......20XX20CSTPT53000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CSTPT53000SI0000 BOC: 2540<br>Funded: $0.00<br>Accounting Info:<br>NR00.20.......202120COTAT53000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>202120COTAT53000SI0000 BOC: 2540<br>Funded: $42,867.00<br>Accounting Info:<br>NR00.20.......20XX20CSTPT53000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 20 SHC:<br>20XX20CSTPT53000SI0000 BOC: 2540<br>Funded: $42,867.00 | 12 | MO | 7,144.50 | 85,734.00 |
| 1001 | General Clerk III<br>Option Year 1<br>9/8/2021 to 9/7/2022<br><br><br>Amount: $61,800.00(Option Line Item)<br>Continued ... | 12 | MO | 5,150.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 161 of 225
PageID #: 2860
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0105232

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 08/06/2021 | | | | |
| | Period of Performance: 09/08/2021 to 09/07/2022 | | | | |
| 1002 | Media Specialist III<br>Option Year 1<br>9/8/2021 to 9/7/2022 | 12 | MO | 7,144.50 | 0.00 |
| | Amount: $85,734.00(Option Line Item)<br>08/06/2021 | | | | |
| | Period of Performance: 09/08/2021 to 09/07/2022 | | | | |
| 2001 | General Clerk III<br>Option Year 2<br>9/8/2022 to 9/7/2023 | 12 | MO | 5,150.00 | 0.00 |
| | Amount: $61,800.00(Option Line Item)<br>08/05/2022 | | | | |
| | Period of Performance: 09/08/2022 to 09/07/2023 | | | | |
| 2002 | Media Specialist III<br>Option Year 2<br>9/8/2022 to 9/7/2023 | 12 | MO | 7,144.50 | 0.00 |
| | Amount: $85,734.00(Option Line Item)<br>08/05/2022 | | | | |
| | Period of Performance: 09/08/2022 to 09/07/2023 | | | | |
| | The total amount of award: $442,602.00. The<br>obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 162 of 225
PageID #: 2861
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0105233

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|
| 948634 | | 1 | 24 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 12FPC419C0002 | | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY**    CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: _____ % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(a)
NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) ☐ | 13b. RATING |
|---|---|---|---|---|
| | | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE NRCS-CO-128B05 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|
| USDA-NRCS COLORADO STATE OFFICE DENVER FEDERAL CENTER BUILDING 56, ROOM 2400 PO BOX 25426 DENVER CO 80225-0426 | | USDA-NRCS-MINNESOTA STATE OFFICE 375 JACKSON STREET SUITE 600 ST. PAUL MN 55101 | |

| 17a. CONTRACTOR/ OFFEROR   CODE 1100413669#   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE IPP |
|---|---|
| TIME SYSTEMS LLC 17949 MAIN STREET #909 1100413669# DUMFRIES VA 22026 | Invoice Processing Platform (IPP) All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov |

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  20-2932158 DUNS Number:  605691505 COSO121911 Administrative Support Services for Contracts for the State of Colorado.  There are one base year and two option years.  The period of performance for the base year is 1 May 2019 to 30 April 2020.  This award is under the SBA 8(a) program. Period of Performance: 05/01/2019 to 04/30/2022  Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $1,307,610.64 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____1____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| *[signature]* | **HOWARD STOVER** Digitally signed by HOWARD STOVER Date: 2019.04.04 12:49:06 -05'00' |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Lonnie S. Bellamy Sr. President | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER |
| 30c. DATE SIGNED April 24 2019 | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0053881

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | 1. REQUISITION NUMBER | | | PAGE | OF |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 948634 | | | 1 | 24 |

| 2. CONTRACT NO. 12FPC419C0002 | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)* 651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | | |
|---|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: ____% FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-CO-128B05 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|

USDA-NRCS COLORADO STATE OFFICE
DENVER FEDERAL CENTER
BUILDING 56, ROOM 2400
PO BOX 25426
DENVER CO 80225-0426

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/ OFFEROR | CODE 1100413669# | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

TIME SYSTEMS LLC
17949 MAIN STREET #909
1100413669#
DUMFRIES VA 22026

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-2932158 DUNS Number: 605691505 COSO121911 Administrative Support Services for Contracts for the State of Colorado. There are one base year and two option years. The period of performance for the base year is 1 May 2019 to 30 April 2020. This award is under the SBA 8(a) program. Period of Performance: 05/01/2019 to 04/30/2022 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $1,307,610.64 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____1____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ____ OFFER DATED ____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* HOWARD STOVER Digitally signed by HOWARD STOVER Date: 2019.04.04 12:49:06 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* HOWARD STOVER | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0061351

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 001 | COSO121911 Administrative Support Services for Contracts for the State of Colorado. There are one base year and two option years. The period of performance for the base year is 1 May 2019 to 30 April 2020. This award is under the SBA 8(a) program.<br>Product/Service Code: R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 05/01/2019<br>Accounting Info:<br>NR00.19.......19XX19EQIPT08000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19EQIPT08000SI0000 BOC: 2540<br>Funded: $700,000.00<br>Accounting Info:<br>NR00.18.......18XX19CSTPT08000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 18 SHC: 18XX19CSTPT08000SI0000 BOC: 2540<br>Funded: $550,000.00<br>Accounting Info:<br>NR00.19.......192019COTAT08000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT08000SI0000 BOC: 2540<br>Funded: $57,610.64<br>FOB: Destination<br><br>Continued ... | | | | 1,307,610.64 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) · 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061352

NAME OF OFFEROR OR CONTRACTOR
TIME SYSTEMS LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 002 | First Option Year Colorado Administrative Services 1 May 2020 to 30 April 2021<br>Amount: $1,327,224.80(Option Line Item)<br>05/01/2020<br>Product/Service Code:  R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Accounting Info:<br>Funded: $0.00 | | | | 0.00 |
| 003 | Second Option Year 1 May 2021 to 30 April 2022<br>Amount: $1,347,133.18(Option Line Item)<br>05/01/2021<br>Product/Service Code:  R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Accounting Info:<br>Funded: $0.00<br>   The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $3,981,968.62. The obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061353

DocuSign Envelope ID: 0231069A-4478-4110-AE72-AD3CDA4F2D87

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER<br>965879 | | PAGE<br>1 | OF<br>16 |
|---|---|---|---|---|

| 2. CONTRACT NO.<br>12FPC419C0008 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>HOWARD STOVER | b. TELEPHONE NUMBER *(No collect calls)*<br>651-602-7934 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | ☐ UNRESTRICTED OR ☒ SET ASIDE: % FOR: |
|---|---|---|---|

FPAC Acquisition Division
Operations Branch-Section 4
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING<br><br>14. METHOD OF SOLICITATION<br>☐ RFQ ☐ IFB ☐ RFP |
|---|---|---|---|

| 15. DELIVER TO | CODE NRCS-WY-128E49 | 16. ADMINISTERED BY | CODE NRCS-MN-126322 |
|---|---|---|---|

USDA-NRCS-WYOMING STATE OFFICE
100 EAST B STREET
ROOM 3124
CASPER WY 82601

USDA-NRCS-MINNESOTA STATE OFFICE
375 JACKSON STREET
SUITE 600
ST. PAUL MN 55101

| 17a. CONTRACTOR/<br>OFFEROR | CODE 1100413669# | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

TIME SYSTEMS LLC
17949 MAIN STREET #909
1100413669#
DUMFRIES VA 22026

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-2932158<br>DUNS Number: 605691505<br>Wyoming Administrative Services Contract. Base<br>Year and four options years. Period of<br>Performance is 1 September 2019 to 31 August 2024.<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>192019COTAT56000SI0000 BOC: 2595<br>Period of Performance: 09/01/2019 to 08/31/2024<br><br>Continued ...<br><br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.19.......192019COTAT56000SI0000.2595... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$423,272.01 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>*Lonnie J Bellamy Jr* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>HOWARD STOVER Digitally signed by HOWARD STOVER<br>Date: 2019.07.19 12:52:56 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Lonnie J Bellamy Jr President | 30c. DATE SIGNED<br>7/23/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>HOWARD STOVER | 31c. DATE SIGNED |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 167 of 225
PageID #: 2866
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061662

DocuSign Envelope ID: 0231069A-4478-4110-AE72-AD3CDA4F2D87

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 001 | Base Year Administrative Support Services for 17 Field Offices (9 Positions)Period of Performance 1 September 2019 to 31 August 2020 Obligated Amount: $418,922.01<br><br>Delivery: 08/31/2019 | 1 | DO | 418,922.01 | 418,922.01 |
| 002 | Base Year Travel Period of Performance 1 September 2019 to 31 August 2020 Obligated Amount: $4,350.00<br><br>Delivery: 08/31/2019 | 1 | DO | 4,350.00 | 4,350.00 |
| 003 | 1st Option Year Administrative Support Services for 17 Field Offices (9 Positions)Period of Performance 1 September 2020 to 31 August 2021 Amount: $427,300.45(Option Line Item) 09/01/2020<br><br>Delivery: 08/31/2020 | 1 | DO | 427,300.45 | 0.00 |
| 004 | 1st Option Year Travel Period of Performance 1 September 2020 to 31 August 2021 Continued ... | 1 | DO | 4,350.00 | 0.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0061663

DocuSign Envelope ID: 0231069A-4478-4110-AE72-AD3CDA4F2D87

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>12FPC419C0008 | | | PAGE<br>3 | OF<br>16 |
|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
TIME SYSTEMS LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Amount: $4,350.00(Option Line Item)<br>09/01/2020<br><br>Delivery: 08/31/2019 | | | | |
| 005 | 2nd Option Year Administrative Support Services for 17 Field Offices (9 Positions)Period of Performance 1 September 2021 to 31 August 2022 Amount: $435,846.46(Option Line Item)<br>09/01/2021<br><br>Delivery: 08/31/2021 | 1 | DO | 435,846.46 | 0.00 |
| 006 | 2nd Option Travel Period of Performance 1 September 2021 to 31 August 2022 Amount: $4,350.00(Option Line Item)<br>09/01/2021<br><br>Delivery: 08/31/2022 | 1 | DO | 4,350.00 | 0.00 |
| 007 | 3rd Option Year Administrative Support Services for 17 Field Offices (9 Positions)Period of Performance 1 September 2022 to 31 August 2023 Amount: $444,563.39(Option Line Item)<br>08/01/2022<br><br>Delivery: 08/31/2022 | 1 | DO | 444,563.39 | 0.00 |
| 008 | 3rd Option Year Travel Period of Performance 1 September 2022 to 31 August 2023 Amount: $4,350.00(Option Line Item)<br>09/01/2022<br><br>Delivery: 08/31/2023 | 1 | DO | 4,350.00 | 0.00 |
| 009 | 4th Option Year Administrative Support Services for 17 Field Offices (9 Positions)Period of Continued ... | 1 | DO | 453,545.65 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

DocuSign Envelope ID: 0231069A-4478-4110-AE72-AD3CDA4F2D87

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>12FPC419C0008 | | | PAGE<br>4 | OF<br>16 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
TIME SYSTEMS LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Performance 1 September 2023 to 31 August 2024<br>Amount: $453,545.65(Option Line Item)<br>09/01/2023<br><br>Delivery: 08/31/2024 | | | | |
| 010 | 4th Option Year Travel Period of Performance 1<br>September 2023 to 31 August 2024<br>Amount: $4,350.00(Option Line Item)<br>09/01/2023<br><br>Delivery: 08/31/2023<br><br>   The "Submit Invoice-to" address for USDA<br>orders is the Department of Treasury's Invoice<br>Processing Platform (IPP). The contractor must<br>follow the instructions on how to register and<br>submit invoices via IPP as prescribed in the<br>previous communications from USDA and Treasury.<br>All invoices are to be submitted via the<br>electronic Invoice Processing Platform. This is a<br>mandatory requirement initiated by the U.S.<br>Department of Treasury and you can find more<br>information at this website<br>https://www.ipp.gov/index.htm. Please make sure<br>that your company has registered at<br>https://www.ipp.gov/vendors/enrollment-vendors.htm<br> to establish your accou<br><br>The total amount of award: $2,201,927.96. The<br>obligation for this award is shown in box 26. | 1 | DO | 4,350.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0061665

| | | | |
|---|---|---|---|
| **SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS** *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER 1003010 | PAGE 1 | OF 206 |

| 2. CONTRACT NO. LK159965972R | 3. AWARD/ EFFECTIVE DATE 09/30/2020 | 4. ORDER NUMBER 12FPC120P0287 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME JULIE SIMPSON | b. TELEPHONE NUMBER *(No collect calls)* 816-926-1200 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE FPAC-HQ-12FPC | 10. THIS ACQUISITION IS |
|---|---|---|

9. ISSUED BY

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561110

SIZE STANDARD: $8.00

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE NRCS-MS-124423 | 16. ADMINISTERED BY | CODE FPAC-HQ-APD-KC |
|---|---|---|---|

15. DELIVER TO

USDA-NRCS-MISSISSIPPI STATE OFFICE
100 WEST CAPITOL STREET
FEDERAL BUILDING, SUITE 1321
JACKSON MS 39269

16. ADMINISTERED BY

FPAC Business Center
Operations Branch
Beacon Facility - Mail Stop 1108
KANSAS CITY MO 64141-6205

| 17a. CONTRACTOR/ OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

See Schedule

18a. PAYMENT WILL BE MADE BY

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 26-3877344 DUNS Number: 831584409 PRIME:    Small Business Administration SUB:      1102897838#      WITS SOLUTIONS INC.      Attn: Raju Kalidindi      44790 MAYNARD SQ STE 340      1102897838# Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $2,268,640.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT:    Quote    OFFER DATED 09/18/2020 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:    See CLINs Below |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* BRANTT C. LINDSEY | 31c. DATE SIGNED 09/30/2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0098277

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | ASHBURN VA 20147-6514 | | | | |
| | 609-273-7357 | | | | |
| | USDA NRCS in Mississippi requires Administrative Support Services for the USDA-NRCS Area and Field Offices throughout the state per the CLINs below and the attached performance work statement. | | | | |
| | Contracting Officer Representative (COR): Matthew S. Gong Email: matthew.gong@usda.gov Phone: 601-863-3933 | | | | |
| | Procurement Points of Contact: Julie Simpson Email: julie.simpson@usda.gov Phone: 816-926-1200 | | | | |
| | Brantt Lindsey Email: brantt.lindsey@usda.gov Phone: 816-926-1541 | | | | |
| | Vendor Point of Contact: Raju Kalidindi Email: raju@witssolutions.com Phone: 609-273-7357 | | | | |
| | Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0098278

NAME OF OFFEROR OR CONTRACTOR

See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Period of Performance: 11/05/2020 to 11/04/2025 | | | | |
| 0001 | Secretary II Positions | | | | 2,268,640.00 |
| | Base Year - 11/05/2020-11/04/2021 | | | | |
| | Number of Positions:  40<br>Total Pricing for All Positions for Base Year:<br>$2,243,440.00 | | | | |
| | Estimated Costs for Travel and Training for Base<br>Year:  $25,200.00 | | | | |
| | Total Price for Base Year:  $2,268,640.00 | | | | |
| | Pricing by location and locations for service are<br>broke down in the attached PWS. | | | | |
| | Delivery: 11/04/2021<br>Accounting Info:<br>NR00.ZZ.......20XX20CSTPT28000SI0000.2595...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>20XX20CSTPT28000SI0000 BOC: 2595<br>Funded: $588,000.00<br>Accounting Info:<br>NR00.ZZ.......20XX20EQP8T28000SI0000.2595...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>20XX20EQP8T28000SI0000 BOC: 2595<br>Funded: $1,092,640.00<br>Accounting Info:<br>NR00.ZZ.......202120COTAT28000SI0000.2595...<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>202120COTAT28000SI0000 BOC: 2595<br>Funded: $588,000.00<br>Period of Performance: 11/05/2020 to 11/04/2021 | | | | |
| 0002 | Secretary II Positions | | | | 0.00 |
| | Option Year One - 11/05/2021-11/04/2022 | | | | |
| | Number of Positions:  40<br>Total Pricing for All Positions for Option Year<br>One:  $2,277,091.60 | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0098279

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>12FPC120P0287/LK159965972R | PAGE<br>4 | OF<br>206 |
| --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
| --- | --- | --- | --- | --- | --- |
| | Estimated Costs for Travel and Training for Option Year One: $25,200.00 | | | | |
| | Total Price for Option Year One: $2,302,291.60 | | | | |
| | Pricing by location and locations for service are broke down in the attached PWS.<br>Amount: $2,302,291.60(Option Line Item)<br>11/04/2021 | | | | |
| | Delivery: 11/04/2022<br>Period of Performance: 11/05/2021 to 11/04/2022 | | | | |
| 0003 | Secretary II Positions | | | | 0.00 |
| | Option Year Two - 11/05/2022-11/04/2023 | | | | |
| | Number of Positions: 40<br>Total Pricing for All Positions for Option Year Two: $2,311,247.97 | | | | |
| | Estimated Costs for Travel and Training for Option Year Two: $25,200.00 | | | | |
| | Total Price for Option Year Two: $2,336,447.97 | | | | |
| | Pricing by location and locations for service are broke down in the attached PWS.<br>Amount: $2,336,447.97(Option Line Item)<br>11/04/2022 | | | | |
| | Delivery: 11/04/2023<br>Period of Performance: 11/05/2022 to 11/04/2023 | | | | |
| 0004 | Secretary II Positions | | | | 0.00 |
| | Option Year Three - 11/05/2023-11/04/2024 | | | | |
| | Number of Positions: 40<br>Total Pricing for All Positions for Option Year Three: $2,345,916.69 | | | | |
| | Estimated Costs for Travel and Training for<br>Continued ... | | | | |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 174 of 225
PageID #: 2873
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0098280

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Option Year Three:  $25,200.00 | | | | |
| | Total Price for Option Year Three: $2,371,116.69 | | | | |
| | Pricing by location and locations for service are broke down in the attached PWS. Amount: $2,371,116.69(Option Line Item) 11/04/2023 | | | | |
| | Delivery: 11/04/2024 Period of Performance: 11/05/2023 to 11/04/2024 | | | | |
| 0005 | Secretary II Positions | | | | 0.00 |
| | Option Year Four - 11/05/2024-11/04/2025 | | | | |
| | Number of Positions:  40 Total Pricing for All Positions for Option Year Four:  $2,381,105.44 | | | | |
| | Estimated Costs for Travel and Training for Option Year Four:  $25,200.00 | | | | |
| | Total Price for Option Year Four:  $2,406,305.44 | | | | |
| | Pricing by location and locations for service are broke down in the attached PWS. Amount: $2,406,305.44(Option Line Item) 11/04/2024 | | | | |
| | Delivery: 11/04/2025 Period of Performance: 11/05/2024 to 11/04/2025 | | | | |
| | The total amount of award: $11,684,801.70. The obligation for this award is shown in box 26. | | | | |

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 175 of 225
PageID #: 2874
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0098281

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>966225 | | PAGE | OF<br>5 |
|---|---|---|---|---|---|

| 2. CONTRACT NO. | | 3. AWARD/<br>EFFECTIVE DATE<br>10/01/2019 | 4. ORDER NUMBER<br>12FPC119P0282 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>DANNY MANDELL | b. TELEPHONE NUMBER *(No collect calls)*<br>254-742-9923 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC Acquisition Division
Operations Branch-Section 1
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS**
☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:
☐ SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ HUBZONE SMALL BUSINESS
☐ EDWOSB
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☒ 8(A)

NAICS: 561320
SIZE STANDARD: $30.0

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a. ☐ THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO CODE NRCS-TN-124741 | 16. ADMINISTERED BY CODE NRCS-TX-TEMPLE |
|---|---|
| USDA-NRCS-TENNESSEE STATE OFFICE<br>675 USCH<br>801 BROADWAY<br>NASHVILLE TN 37203 | USDA-NCRS-TEXAS STATE OFFICE<br>101 SOUTH MAIN ST.<br>TEMPLE TX 76501 |

| 17a. CONTRACTOR/<br>OFFEROR CODE 1105222274#   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY CODE IPP |
|---|---|
| CHENEGA ENTERPRISE SYSTEMS & SOLUTIONS LLC -<br>Attn: Chelsea Vera<br>3000 C STREET<br>SUITE 301<br>1105222274#<br>ANCHORAGE AK 99503-3975<br><br>TELEPHONE NO.   757-549-5700 | Invoice Processing Platform (IPP)<br>All invoices must be submitted<br>electronically through the<br>Invoice Processing Platform (IPP)<br>via www ipp gov |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW<br>IS CHECKED ☐ SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  81-5244582<br>DUNS Number:  080545386<br>Local and Programmatic Support Services<br>throughout the State of Tennessee, USDA NRCS,<br>including Training and Travel.<br><br>Performance Period. NOTE: Base Year performance<br>will consist of 24 calendar months / 2 calendar<br>years)<br>Base Year 1 - October 1, 2019 - September 30,<br>2020 (12 calendar months)<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$2,380,277.44 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>Christie Van Cleave<br>Digitally signed by Christie Van Cleave<br>DN: cn=Christie Van Cleave, o, ou,<br>email=clvancleave@chenega.com, c=US<br>Date: 2019.10.03 12:34:36 -04'00' | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>DANNY MANDELL Digitally signed by DANNY MANDELL<br>Date: 2019.09.29 08:24:38 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>DANNY G. MANDELL | 31c. DATE SIGNED<br>09/29/2019 |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0138470

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Base Year 2 - October 1, 2020 - September 30, 2021 (12 calendar months) Option Year 1 - October 1, 2021 - September 30, 2022 (12 calendar months)<br><br>Total Funds obligated for Base Year performance. Base Year 1 (October 1, 2019 - September 30, 2020) $903,440.44, Base Year 2 (October 1, 2020 - September 30, 2021 $1,311,619.40 TOTAL COST: $2,215,059.84<br><br>Travel and Training Costs. Base Year 1 performance travel/training cost: $82,608.80 Base Year 2 performance travel/training cost: $82,608.80 TOTAL COST $165,217.60<br><br>These costs are estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; Travel costs must be broken down by the individual travel, documentation supporting the cost being invoiced must be attached and clearly indicate the traveler it is associated with. The travel and training estimated costs SHALL NOT exceed the ceiling threshold of Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

◻ RECEIVED ◻ INSPECTED ◻ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ◻ PARTIAL ◻ FINAL | | | ◻ COMPLETE ◻ PARTIAL ◻ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0138471

NAME OF OFFEROR OR CONTRACTOR

CHENEGA ENTERPRISE SYSTEMS & SOLUTIONS LLC - 0805453860000

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | $82,608.80 per year (12 calendar months) without advance approval of the Contracting Officer. Supporting documentation is required to show actual costs for reimbursement incurred related to the travel and training costs billed to NRCS. | | | | |

ATTACHMENT(S)
1 Terms and Conditions, Clauses and Provisions,
2. Attachment 1 Chenega Enterprise System & Solutions, LLC, Proposal (SBA #CN1565992193R),
3. Attachment 2 Performance Work Statement, dated July 22, 2019,
4. Attachment 3 Quality Assurance Surveillance Plan (QASP) dated, July 14, 2019,
5. Attachment 4 SCLS Wage Determination_Davidson County, State of Tennessee.

Vendor Point of Contact (POC) Chelsea Vera, PPCM Contract Administrator Professional Services SBU Chenega Corporation 609 Independence Parkway Suite 210 Chesapeake, VA 23320 Tel. (757) 410-4841 (office), Email: Chelsea.Vera@chenega.com

Contracting Officer Representative (COR) M. Alton Miller, P.E., EWP Program Manager Civil Engineer 675 US Courthouse 801 Broadway Nashville, TN 37203 Tel. (615) 277-2561 Cell. (615) 866-7531; Email. Alton.Miller@usda.gov

Contracting Officer (CO) Danny Gonzales Mandell, USDA Acquisition Division Section 1- East Coast Region Farm Production and Conservation United States Dept of Agriculture 101 South Main Street Suite 200 Temple, TX 76501 Tel. (254) 742-9923 Cell. (254) 718-2751 Email. Danny.mandell@usda.gov

INVOICING PROCESSING PLATFORM (IPP). The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at
Continued ...

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 178 of 225
PageID #: 2877
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138472

NAME OF OFFEROR OR CONTRACTOR

CHENEGA ENTERPRISE SYSTEMS & SOLUTIONS LLC - 0805453860000

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. Delivery: 09/30/2021 Period of Performance: 10/01/2019 to 09/30/2021 | | | | |
| 0001 | Base Year (October 1, 2019 through September 30, 2021)(24 calendar months) local and Programmatic Support Services throughout the State of Tennessee, USDA NRCS, including Training and Travel. Accounting Info: NR00.19.......192019COTAT47000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT47000SI0000 BOC: 2540 Funded: $900,000.00 Accounting Info: NR00.19.......19XX19ACP8T47000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8T47000SI0000 BOC: 2540 Funded: $500,000.00 Accounting Info: NR00.19.......19XX19CSTPT47000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19CSTPT47000SI0000 BOC: 2540 Funded: $140,000.00 Accounting Info: NR00.19.......19XX19EQP8T47000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19EQP8T47000SI0000 BOC: 2540 Funded: $840,277.44 | | | | 2,380,277.44 |
| 0002 | Option Year 1 (October 1, 2021 - September 30, 2022) (12 calendar months) local and Programmatic Support Services throughout the State of Tennessee, USDA NRCS, including Training and Travel. Option Year(s) are not guaranteed. Option Year(s) will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Terms of Contract (MAR 2000). Subject to Availability of Funds. Contractor's proposal for Option Year 1 is $1,287,049.40. Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0138473

NAME OF OFFEROR OR CONTRACTOR

CHENEGA ENTERPRISE SYSTEMS & SOLUTIONS LLC - 0805453860000

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

Amount: $0.00(Option Line Item)
09/01/2021
Product/Service Code:  R699
Product/Service Description: SUPPORT-
ADMINISTRATIVE: OTHER

The total amount of award: $2,380,277.44. The
obligation for this award is shown in box 26.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 180 of 225
PageID #: 2879
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138474

# ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| | |
|---|---|
| 1. DATE OF ORDER<br>08/28/2019 | 2. CONTRACT NO. *(If any)* |

**6. SHIP TO:**

**3. ORDER NO.**
12FPC119P0222

**4. REQUISITION/REFERENCE NO.**
964209

**a. NAME OF CONSIGNEE**
USDA-NRCS ALABAMA STATE OFFICE

**5. ISSUING OFFICE** *(Address correspondence to)*
FPAC Acquisition Division
Operations Branch-Section 1
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**b. STREET ADDRESS**
3381 SKYWAY DR
P O BOX 311

| c. CITY<br>AUBURN | d. STATE<br>AL | e. ZIP CODE<br>36830 |
|---|---|---|

**7. TO:** Sridhara Gutti

**f. SHIP VIA**

**a. NAME OF CONTRACTOR**
ESSNOVA SOLUTIONS INC

**b. COMPANY NAME**

**8. TYPE OF ORDER**

[X] **a. PURCHASE**

REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] **b. DELIVERY**

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**c. STREET ADDRESS**
3710 CHALYBE WALK
1102505580#

| d. CITY<br>BIRMINGHAM | e. STATE<br>AL | f. ZIP CODE<br>35226-6282 |
|---|---|---|

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10. REQUISITIONING OFFICE**
USDA-NRCS ALABAMA STATE OFFICE

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

[X] a. SMALL    [ ] b. OTHER THAN SMALL    [ ] c. DISADVANTAGED    [ ] d. WOMEN-OWNED    [ ] e. HUBZone

[ ] f. SERVICE-DISABLED VETERAN-OWNED    [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    [ ] h. EDWOSB

**12. F.O.B. POINT**

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*<br>09/30/2020 | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION<br>Destination | b. ACCEPTANCE<br>Destination | | | |

## 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 20-2434243<br>DUNS Number: 963004986<br>Requirement for contract employees(s) to<br>provided administrative and support<br>services (Secretary Clerk III, General Clerk III,<br>and Administrative Assistant) to the USDA<br>Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h)<br>TOTAL<br>*(Cont. pages)* |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

**a. NAME**
Invoice Processing Platform (IPP)

$561,813.33

**b. STREET ADDRESS** (or P.O. Box)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|

**17(i)<br>GRAND TOTAL**

$561,813.33

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)*<br>DANNY G. MANDELL<br>TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0054586

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | NRCS State Office and seven (7) Service Centers/Field Offices throughout the State of Alabama. | | | | | |

NRCS State Office and seven (7) Service
Centers/Field Offices throughout the State
of Alabama.

Performance Period.
1. Base Year. October 1, 2019 - September
30, 2020,
2. Option Year 1 - October 1, 2020 -
September 30, 2021,
3. Option Year 2 - October 1, 2021 -
September 30, 2022,
4. Option Year 3 - October 1, 2022 -
September 30, 2023,
5. Option Year 4 - October 1, 2023 -
September 30, 2024.

Estimated Travel and Training Cost
$5,500.00 these costs are estimated by the
Government. These costs will be separately
reimbursed from associated labor rates and
are subject to the limitations included in
the Federal Travel Regulations; the travel
and training costs shall not exceed ceiling
threshold $5,500.00 amount of
travel/training each year without advanced
approval of the Contracting Officer.
Supporting documentation is required to
show actual costs incurred related to the
travel and or training costs billed to
NRCS.  Travel/Training funds are subject to
availability of funds for each Option
Years.

The following Federal Acquisition
Regulation (FAR) Clause is incorporated.
52.207-3 -- Right of First Refusal of
Employment. (May 2006)
(a) The Contractor shall give Government
personnel who have been or will be
adversely affected or separated as a result
of award of this contract the right of
first refusal for employment openings under
the contract in positions for which they
are qualified, if that employment is
consistent with post-Government employment
conflict of interest standards.
Continued ...

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 182 of 225
PageID #: 2881
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054587

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | (b) Within 10 days after contract award, the Contracting Officer will provide to the Contractor a list of all Government personnel who have been or will be adversely affected or separated as a result of award of this contract. | | | | | |
| | (c) The Contractor shall report to the Contracting Officer the names of individuals identified on the list who are hired within 90 days after contract performance begins. This report shall be forwarded within 120 days after contract performance begins. | | | | | |
| | (End of Clause) | | | | | |
| | ATTACHMENT(S). | | | | | |
| | 1. Attachment 1- Essnova Solutions Price Proposal, dated August 16, 2019, | | | | | |
| | 2. Attachment 2 - Performance Work Statement (PWS), | | | | | |
| | 3. Attachment 3 - Quality Assurance Surveillance Plan (QASP), | | | | | |
| | 4. Attachment 4 - SCLS Wage Determination 2015-4635 Pike County, AL, | | | | | |
| | 5. Attachment 5 - SCLS Wage Determination 2015-4613 Marion County, AL, | | | | | |
| | 6. Attachment 6 - SCLS Wage Determination 2015-4623 Marengo County, AL, | | | | | |
| | 7. Attachment 7 - SCLS Wage Determination 2015-4601 Etowah County, AL, | | | | | |
| | 8. Attachment 8 - SCLS Wage Determination 2015-4605 Mobile County, AL, | | | | | |
| | 9. Attachment 9 - SCLS Wage Determination 2015-4591 Jefferson County, AL, | | | | | |
| | 10. Attachment 10 - SCLS Wage Determination 2015-4589 Lee County, AL. | | | | | |
| | Vendor Point of Contact (POC) Sridhara (Sri) Gutti, President, Essnova Solutions, Inc, 1500 1st Avenue N. Suite 47, Birmingham, AL 35203, Tel. 1.888.405.3189, Email. srgutti@essnova.com. | | | | | |
| | Contracting Officer Representative (COR) John Hughes, ASTC (Management & Strategy), USDA NRCS Alabama State Office, 3381 Skyway Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $0.00 | |
|---|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054588

**IMPORTANT**: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Drive, Auburn, AL 36830, Tel. (334) 887-4568, Email. john.hughes@usda.gov | | | | | |
| | FPAC, Section 1 Contracting Officer (CO) Danny Gonzales Mandell USDA Acquisition Division Section 1- East Coast Region Farm Production and Conservation United States Dept of Agriculture 101 South Main Street Suite 200 Temple, TX 76501 Tel. (254) 742-9923 Cell. (254) 718-2751 Email. Danny.mandell@usda.gov | | | | | |
| | INVOICE PROCESSING PLATFORM (IPP). The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury.  All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. Admin Office:     USDA-NCRS-TEXAS STATE OFFICE     101 SOUTH MAIN ST.     TEMPLE TX 76501 Accounting Info: NR00.19.......192019COTAT01000SI0000.2540...  Agency Code: NR00 Budget Yr Start: 19 SHC: 192019COTAT01000SI0000 BOC: 2540 Period of Performance: 10/01/2019 to 09/30/2020 | | | | | |
| 0001 | Base Year (10/01/2019 - 09/30/2020) requirement for 01313 Secretary III for State Office (Lee County/AL)  Continued ... | | | | 70,748.57 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | $70,748.57 | |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054589

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0002 | Base Year (10/01/2019 - 09/30/2020) requirement for 01113  General Clerk III  - State Office (Lee County AL) | | | | 27,276.24 | |
| 0003 | Base Year (10/01/2019 - 09/30/2020) requirement for 01113  General Clerk III  - East Area Office (Pike County AL) | | | | 56,248.96 | |
| 0004 | Base Year (10/01/2019 - 09/30/2020) requirement for 01113  General Clerk III  - Bessemer Field Office (Jefferson County AL) | | | | 66,851.97 | |
| 0005 | Base Year (10/01/2019 - 09/30/2020) requirement for 01113  General Clerk III  - Mobile Field Office (Mobile County, AL) | | | | 62,001.09 | |
| 0006 | Base Year (10/014/2019 - 09/30/2020) requirement for 01113  General Clerk III  - Hamilton Field Office (Marion County, AL) | | | | 60,569.68 | |
| 0007 | Base Year (10/01/2019 - 09/30/2020) requirement for 1113  General Clerk III  - Gadsden Field Office (Etowah County, AL) | | | | 56,699.59 | |
| 0008 | Base Year (10/01/2019 - 09/30/2020) requirement for Administrative Assistant Continued ... | | | | 91,397.93 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | $421,045.46 | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 185 of 225
PageID #: 2884
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054590

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | 01020 - State Office (Lee County AL) | | | | | |
| 0009 | Base Year (10/01/2019 - 09/30/2020) requirement for 1113  General Clerk III  - Linden Field Office (Marengo County, AL) | | | | 64,519.30 | |
| 0010 | Base Year (10/01/2019 - 09/30/2020) Estimated Travel & Training expense ceiling threshold $5,500.00. Contractor shall not exceed the Base Year Travel and Training dollar threshold ceiling of $5,500.00 without the prior approval of the Contracting Officer | | | | 5,500.00 | |
| 0011 | Option Year 1 (10/01/2020 - 09/30/2021) Requirement for contract employees(s) t0 provided administrative and support services (Secretary III, General Clerk III, and Administrative Assistant to the State Office and seven (7) Service Centers/Field Offices throughout the State of Alabama. Work will be performed in accordance with the Performance Work Statement (PWS). Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Option Years are subject to availability of funds. Contractor's proposal $567,439.59. Amount: $0.00(Option Line Item) 09/01/2020 Product/Service Code:  R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 10/01/2020 to 09/30/2021 | | | | 0.00 | |
| 0012 | Option Year 2 (10/01/2021 - 09/30/2022) Continued ... | | | | 0.00 | |

| | | | | |
|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | $70,019.30 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054591

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Requirement for contract employees(s) t0 provided administrative and support services (Secretary III, General Clerk III, and Administrative Assistant to the State Office and seven (7) Service Centers/Field Offices throughout the State of Alabama. Work will be performed in accordance with the Performance Work Statement (PWS). Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Option Years are subject to availability of funds. Contractor's proposal $578,788.38. Amount: $0.00(Option Line Item) 09/01/2021 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 10/01/2021 to 09/30/2022 | | | | | |
| 0013 | Option Year 3 (10/01/2022 - 09/30/2023) Requirement for contract employees(s) to provided administrative and support services (Secretary III, General Clerk III, and Administrative Assistant to the State Office and seven (7) Service Centers/Field Offices throughout the State of Alabama. Work will be performed in accordance with the Performance Work Statement (PWS). Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Option Years are subject to availability of funds. Contractor's proposal $590,364.15. Amount: $0.00(Option Line Item) 09/01/2022 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 10/01/2022 to 09/30/2023 | | | | 0.00 | |
| 0014 | Option Year 4 (10/01/2023 - 09/30/2024) Continued ... | | | | 0.00 | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 187 of 225
PageID #: 2886
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054592

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/28/2019 | | | 12FPC119P0222 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Requirement for contract employees(s) to provided administrative and support services (Secretary III, General Clerk III, and Administrative Assistant to the State Office and seven (7) Service Centers/Field Offices throughout the State of Alabama. Work will be performed in accordance with the Performance Work Statement (PWS). Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Option Years are subject to availability of funds. Contractor's proposal $602,171.43. Amount: $0.00(Option Line Item) 09/01/2023 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 10/01/2023 to 09/30/2024 The total amount of award: $561,813.33. The obligation for this award is shown in box 17(i). | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054593

# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| | |
|---|---|
| **1. DATE OF ORDER** 08/27/2019 | **2. CONTRACT NO.** *(If any)* |
| **3. ORDER NO.** 12FPC119P0218 | **4. REQUISITION/REFERENCE NO.** 965905 |

**5. ISSUING OFFICE** *(Address correspondence to)*
FPAC Acquisition Division
Operations Branch-Section 1
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
USDA-NRCS-SOUTH CAROLINA STATE OFC

**b. STREET ADDRESS**
1835 ASSEMBLY ST
SUITE 950

| **c. CITY** COLUMBIA | **d. STATE** SC | **e. ZIP CODE** 29201 |
|---|---|---|

**7. TO:** Karen Jenkins

**a. NAME OF CONTRACTOR**
KRJ CONSULTING LLC

**b. COMPANY NAME**

**c. STREET ADDRESS**
P.O. BOX 290956

1102595652#

| **d. CITY** COLUMBIA | **e. STATE** SC | **f. ZIP CODE** 29229-0016 |
|---|---|---|

**f. SHIP VIA**

**8. TYPE OF ORDER**

[X] **a. PURCHASE**

REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] **b. DELIVERY**

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10. REQUISITIONING OFFICE**
USDA-NRCS-SOUTH CAROLINA STATE OFC

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

[X] a. SMALL  [ ] b. OTHER THAN SMALL  [ ] c. DISADVANTAGED  [ ] d. WOMEN-OWNED  [ ] e. HUBZone

[ ] f. SERVICE-DISABLED VETERAN-OWNED  [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  [ ] h. EDWOSB

**12. F.O.B. POINT**

| **13. PLACE OF** | | **14. GOVERNMENT B/L NO.** | **15. DELIVER TO F.O.B. POINT ON OR BEFORE** *(Date)* 08/31/2020 | **16. DISCOUNT TERMS** |
|---|---|---|---|---|
| **a. INSPECTION** Destination | **b. ACCEPTANCE** Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 26-2378537 DUNS Number: 021614864 FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be Continued ... | | | | | |

| | | |
|---|---|---|
| **18. SHIPPING POINT** | **19. GROSS SHIPPING WEIGHT** | **20. INVOICE NO.** |

**21. MAIL INVOICE TO:**

**a. NAME** Invoice Processing Platform (IPP)

**17(h) TOTAL** *(Cont. pages)*

**b. STREET ADDRESS** *(or P.O. Box)* All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov

$205,088.50

| **c. CITY** | **d. STATE** | **e. ZIP CODE** |
|---|---|---|

**17(i) GRAND TOTAL**

$205,088.50

*SEE BILLING INSTRUCTIONS ON REVERSE*

**22. UNITED STATES OF AMERICA BY** *(Signature)*

**23. NAME** *(Typed)*
DANNY G. MANDELL
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054345

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2019 | | | 12FPC119P0218 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | performed in accordance with the Performance Work Statement (PWS). | | | | | |

performed in accordance with the
Performance Work Statement (PWS).

PERFORMANCE PERIOD.
1. BASE YEAR. September 1, 2019 - August
31, 2020,
2. OPTION YEAR 1 - September 1, 2020 -
August 31, 2021,
3. OPTION YEAR 2 - September 1, 2021 -
August 31, 2022,
4. OPTION YEAR 3 - September 1, 2022 -
August 31, 2023,
5. OPTION YEAR 4 - September 1, 2023 -
August 31, 2024.

ATTACHMENT(S)
1. Attachment 1 - KRJ Consulting, LLC price
proposal dated, August 23, 2019, with
Volume I and Volume II,
2. Attachment 2 - Performance Work
Statement (PWS) Revision 0, dated January
20, 2016,
3. Attachment 3 - Quality Assurance
Surveillance Plan (QASP) Revision , dated
May 2019,
4. Attachment 4 - SCLS Wage Determination
2015-4458, County of Clarendon, State of
South Carolina,
5. Attachment 5 - SCLS Wage Determination
2015-4463, County of Newberry, State of
Carolina.

Vendor Point of Contact (POC) Karen
Jenkins, KRJ Consulting, LLC, 400 Northwest
Drive, Suite J, Columbia SC 29203, Tel.
(803) 727-9036, Email.
kjenkins@krjconsulting.com

USDA NRCS South Carolina State Office
Primary Point of Contact (POC) Ingrid T.
Vereen, Conservation Program Manager, 17 W
Rigby Street, Manning, SC 29102, Tel. (803)
433-0032, Email. trinette.vereen@usda.gov

USDA NRCS South Carolina State Office
Alternate Point of Contact (POC) Curtis
Continued ...

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | $0.00 | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 190 of 225
PageID #: 2889
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054346

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2019 | | | 12FPC119P0218 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | hall, Business Services Specialist, 1835 Assembly Street, Room 950, Columbia, SC 29201, Tel. (803) 253-3265, email. curtis.hall@usda.gov. | | | | | |

FPAC, Section 1 Contracting Officer (CO)
Danny Gonzales Mandell USDA Acquisition
Division Section 1- East Coast Region Farm
Production and Conservation United States
Dept of Agriculture
101 South Main Street Suite 200 Temple, TX
76501 Tel. (254) 742-9923 Cell. (254)
718-2751 Email. Danny.mandell@usda.gov

INVOICE PROCESSING PLATFORM (IPP). The
"Submit Invoice-to" address for USDA orders
is the Department of Treasury's Invoice
Processing Platform (IPP). The contractor
must follow the instructions on how to
register and submit invoices via IPP as
prescribed in the previous communications
from USDA and Treasury. All invoices are
to be submitted via the electronic Invoice
Processing Platform. This is a mandatory
requirement initiated by the U.S.
Department of Treasury and you can find
more information at this website
https://www.ipp.gov/index.htm. Please make
sure that your company has registered at
https://www.ipp.gov/vendors/enrollment-vendo
rs.htm to establish your account.

KRJ CONSULTING, LLC
ACCEPTANCE OF Purchase Order 12FPC119P0218
Requirement for 2 administrative assistant
for the following counties, Newberry and
Clarendon for USDA NRCS South Carolina.

NAME.
_____

DATE. _____

Continued ...

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))                    $0.00

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054347

**IMPORTANT**: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2019 | | | 12FPC119P0218 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | SIGNATURE. _____ TITLE. _____ Admin Office: USDA-NCRS-TEXAS STATE OFFICE 101 SOUTH MAIN ST. TEMPLE TX 76501 Accounting Info: NR00.19.......19XX19EQP8T45000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19EQP8T45000SI0000 BOC: 2540 Period of Performance: 09/01/2019 to 08/31/2020 | | | | | |
| 0001 | BASE YEAR (09/01/2019 - 08/31/2020) FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be performed in accordance in the Performance of Work (PWS). Work is expected to begin on or about September 1, 2019 through August 31, 2020 (1 calendar year /12 calendar months). The wage determination for both counties are included in this contractual award documents. Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER | | | | 205,088.50 | |
| 0002 | OPTION YEAR 1 (09/01/2020 - 08/31/2021) FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be performed in accordance in the Performance of Work (PWS). Work is expected to begin on or about September 1, 2020 through August 31, 2021 (1 calendar year /12 calendar months). Option Years are not guaranteed. Continued ... | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | $205,088.50 | |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054348

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2019 | | | 12FPC119P0218 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Option Years will be exercised in accordance with FAR 52.217-9 (Option to Extend the Term of the Contract (Mar 2000). Option Year are Subject to Availability of Funds. Contractor's proposal $210,204.80. Amount: $0.00(Option Line Item) 08/01/2020 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2020 to 08/31/2021 | | | | | |
| 0003 | OPTION YEAR 2 (09/01/2021 - 08/31/2022) FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be performed in accordance in the Performance of Work (PWS). Work is expected to begin on or about September 1, 2021 through August 31, 2022 (1 calendar year /12 calendar months). Option Years are not guaranteed. Option Years will exercise in accordance with FAR Part 52.217-9 (Option to Extend the Term of the Contract (Mar 2000)). Option Years are Subject to Availability of Funds. Contractor's proposal $215,467.20. Amount: $0.00(Option Line Item) 08/01/2021 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2021 to 08/31/2022 | | | | 0.00 | |
| 0004 | OPTION YEAR 3 (09/01/2022 - 08/31/2023) FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be performed in accordance in the Performance of Work (PWS). Work is expected to begin on or about September 1, 2022 through August 31, 2023 (1 calendar year /12 calendar months). Option years are not guaranteed. Continued ... | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0054349

**IMPORTANT**: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2019 | | | 12FPC119P0218 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Option Years will exercise in accordance with FAR Part 52.217-9 (Option to Extend the Term of the Contract (Mar 2000)). Option Years are Subject to Availability of Funds. Contractor's proposal $220,854.40. Amount: $0.00(Option Line Item) 08/01/2022 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2022 to 08/31/2023 | | | | | |
| 0005 | OPTION YEAR 4 (09/01/2023 - 08/31/2024) FY20 Area 1 & Area 2 Program Support Specialist (Administrative Assistants) for the counties of Newberry and Clarendon, State of South Carolina. The work will be performed in accordance in the Performance of Work (PWS). Work is expected to begin on or about September 1, 2023 through August 31, 2024 (1 calendar year /12 calendar months). Option years are not guaranteed. Option Years will exercise in accordance with FAR Part 52.217-9 (Option to Extend the Term of the Contract (Mar 2000)). Option Years are Subject to Availability of Funds. Contractor's proposal $226,366.40. Amount: $0.00(Option Line Item) 08/01/2023 Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2023 to 08/31/2024

The total amount of award: $205,088.50. The obligation for this award is shown in box 17(i). | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0054350

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | | 1. REQUISITION NUMBER<br>971410 | | PAGE<br>1 | OF<br>3 |
|---|---|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | | | | |

| 2. CONTRACT NO. | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC219P0232 | | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>RICHARD RANGEL | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE `FPAC-HQ-12FPC`

FPAC Acquisition Division
Operations Branch-Section 2
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS  ☒ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ HUBZONE SMALL BUSINESS  ☐ EDWOSB
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS  ☒ 8(A)

NAICS: 541611
SIZE STANDARD: $16.5

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ  ☐ IFB  ☐ RFP |

**15. DELIVER TO** CODE `NRCS-HQ-ST-CED`

NRCS Conservation Engineering Divis
1400 Independence Ave., SW
Room 6136-S
Washington DC 20250

**16. ADMINISTERED BY** CODE `FPAC-HQ-APD`

FPAC Business Center
Acquisition Division - Operations B
1400 Independence Ave. SW
Washington DC 20250

**17a. CONTRACTOR/ OFFEROR** CODE `1100299714#` FACILITY CODE

LEWIS-PRICE & ASSOCIATES INC
Attn: Ken Coleman
8200 GREENSBORO DRIVE SUITE 805
1100299714#
MCLEAN VA 22102

TELEPHONE NO. 703-727-9182 x101

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE `IPP`

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  20-0376788<br>DUNS Number:  132086633<br>Task order NHQ order for Services (Sept 2019 to<br>Sept 2020)<br>Technical Writer & Executive Assistant<br>Agency Code: NR00 Budget Yr Start: ZZ SHC:<br>191919COTATHQCE0CA0000 BOC: 2540<br>Period of Performance: 09/30/2019 to 09/29/2020<br><br><br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.ZZ......191919COTATHQCE0CA0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$244,400.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT:  Quote  OFFER
DATED  09/12/2019  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:  YES

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>COLEMAN.KEN.D EON.1507703654 | Digitally signed by<br>COLEMAN.KEN.DEON.150770365<br>Date: 2019.09.30 11:29:25 -04'00' | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>JEREMIAH KEENAN | Digitally signed by JEREMIAH KEENAN<br>Date: 2019.09.30 10:54:09 -04'00' |
|---|---|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>JEREMIAH E. KEENAN | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   US0103778

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 0001 | Tech Writer/Executive Assistant Services<br><br>Delivery: 09/30/2019 | | | | 244,400.00 |
| 0002 | Option Year 1 Tech Writer/Executive Assistant<br>Amount: $244,400.00(Option Line Item)<br>09/30/2020<br>Product/Service Code:  R799<br>Product/Service Description: SUPPORT- MANAGEMENT:<br>OTHER<br><br>Period of Performance: 09/30/2020 to 09/29/2021 | | | | 0.00 |
| 0003 | Option Year 2 Tech Writer/Executive Assistant<br>Amount: $245,810.00(Option Line Item)<br>09/30/2021<br>Product/Service Code:  R799<br>Product/Service Description: SUPPORT- MANAGEMENT:<br>OTHER<br><br>Period of Performance: 09/30/2021 to 09/29/2022 | | | | 0.00 |
| 0004 | Option Year 3 Tech Writer/Executive Assistant<br>Amount: $246,280.00(Option Line Item)<br>09/30/2022<br>Product/Service Code:  R799<br>Product/Service Description: SUPPORT- MANAGEMENT:<br>OTHER<br>Continued ... | | | | 0.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| | | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)*  \| 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103779

NAME OF OFFEROR OR CONTRACTOR
LEWIS-PRICE & ASSOCIATES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 09/30/2022 to 09/29/2023 The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $980,890.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103780

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1 REQUISITION NUMBER<br>972433 | | PAGE OF | |
|---|---|---|---|---|---|
| | | | | 1 | 30 |

| 2 CONTRACT NO<br>0353/19/1385 | 3 AWARD/<br>EFFECTIVE DATE<br>09/30/2019 | 4 ORDER NUMBER<br>12FPC219P0252 | 5 SOLICITATION NUMBER | 6 SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION<br>INFORMATION CALL: ▶ | a NAME<br>JOEL BERISH | | b TELEPHONE NUMBER *(No collect calls)* | 8 OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9 ISSUED BY                           CODE | FPAC-HQ-12FPC | 10. THIS ACQUISITION IS | UNRESTRICTED OR | X SET ASIDE.    % FOR: |

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

SMALL BUSINESS
HUBZONE SMALL BUSINESS
SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
EDWOSB
X 8(A)

NAICS 541611
SIZE STANDARD  $16.5

| 11 DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>X SEE SCHEDULE | 12 DISCOUNT TERMS | 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14 METHOD OF SOLICITATION<br>RFQ        IFB        RFP | |

| 15 DELIVER TO                        CODE | NRCS-HQ-PROG | 16 ADMINISTERED BY                CODE | NRCS-NY-122C31 |
|---|---|---|---|

NRCS Dep Chief for Programs
1400 Independence Ave., SW
Room 5109-S
Washington DC 20250

FPAC Acquisitions Division
Operations Branch-Section 2
441 S. SALINA STREET
SUITE 354, ROOM 520
SYRACUSE NY 13202

| 17a. CONTRACTOR/      CODE<br>OFFEROR | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY        CODE | IPP |
|---|---|---|---|

See Schedule

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

| 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW<br>IS CHECKED        SEE ADDENDUM |
|---|---|

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23.<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number:  20-0376788<br>DUNS Number:  132086633<br>PRIME:<br>    Small Business Administration<br>SUB:<br>    1100299714#<br>    LEWIS-PRICE & ASSOCIATES INC<br>    Attn: Ken Coleman<br>    8200 GREENSBORO DRIVE SUITE 805<br>    1100299714#<br>Continued ...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25 ACCOUNTING AND APPROPRIATION DATA<br>NR00.19.......16XX19EG08FPR000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$119,500.00 |
|---|---|

| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52 212-1, 52 212-4  FAR 52 212-3  AND 52 212-5 ARE ATTACHED      ADDENDA | ARE | ARE NOT ATTACHED. |
|---|---|---|
| X 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52 212-4  FAR 52 212-5 IS ATTACHED      ADDENDA | X ARE | ARE NOT ATTACHED. |

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN     ___<br>COPIES TO ISSUING OFFICE  CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | X 29. AWARD OF CONTRACT:      Quote dated 28 Sep  OFFER<br>DATED  09/28/2019   YOUR OFFER ON SOLICITATION (BLOCK 5).<br>INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH<br>HEREIN. IS ACCEPTED AS TO ITEMS      Yes |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|

| 30b NAME AND TITLE OF SIGNER *(Type or print)* | 30c DATE SIGNED | 31b NAME OF CONTRACTING OFFICER *(Type or print)*<br>LAUREEN M. EIPP | 31c DATE SIGNED |
|---|---|---|---|

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

Case 2:20-cv-00041-DCLC-CRW     Document 70-19     Filed 07/12/22     Page 198 of 225
PageID #: 2897
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103948

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| | MCLEAN VA 22102<br>   703-727-9182<br>Project Coordinator_EPD Contractor Support IAW<br>attached SOW.<br><br>Government POC: Danielle Balduff  202-720-6168<br>danielle.balduff@usda.gov<br>Contracting Officer: Lauri Eipp  315-477-6522<br>laureen.eipp@usda.gov<br>Delivery: 09/29/2020<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>16XX19EG08FPR000SI0000 BOC: 2540<br>Period of Performance: 09/30/2019 to 09/29/2020 | | | | |
| 0001 | Project Coordinator_EPD Contractor Support IAW<br>attached SOW. | 2000 | HR | 59.75 | 119,500.00 |
| 1001 | Project Coordinator_EPD Contractor Support IAW<br>attached SOW.<br>Amount: $120,000.00(Option Line Item)<br>08/30/2020<br>Product/Service Code:  R799<br>Product/Service Description: SUPPORT- MANAGEMENT:<br>OTHER | 2000 | HR | 60.00 | 0.00 |
| 2001 | Project Coordinator_EPD Contractor Support IAW<br>Continued ... | 2000 | HR | 60.50 | 0.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

⬜ RECEIVED        ⬜ INSPECTED        ⬜ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ⬜ PARTIAL     ⬜ FINAL | | | ⬜ COMPLETE   ⬜ PARTIAL   ⬜ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103949

NAME OF OFFEROR OR CONTRACTOR
See Schedule

| ITEM NO<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|

attached SOW.
Amount: $121,000.00(Option Line Item)
08/30/2021
Product/Service Code:  R799
Product/Service Description: SUPPORT- MANAGEMENT:
OTHER
The "Submit Invoice-to" address for USDA orders
is the Department of Treasury's Invoice
Processing Platform (IPP). The contractor must
follow the instructions on how to register and
submit invoices via IPP as prescribed in the
previous communications from USDA and Treasury.
All invoices are to be submitted via the
electronic Invoice Processing Platform. This is a
mandatory requirement initiated by the U.S.
Department of Treasury and you can find more
information at this website
https://www.ipp.gov/index.htm. Please make sure
that your company has registered at
https://www.ipp.gov/vendors/enrollment-vendors.htm
 to establish your account.

The total amount of award: $360,500.00. The
obligation for this award is shown in box 26.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0103950

# ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* |
|---|---|
| 07/31/2018 | |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| 121A2318P0137 | 924303 |

**5. ISSUING OFFICE** *(Address correspondence to)*
NRCS-HQ-121A23
USDA-NRCS CONTRACTING TEAM 1
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
USDA-NRCS-SOUTH AGRICULTURE BLDG

**b. STREET ADDRESS**
SOUTH AGRICULTURE BUILDING
1400 INDEPENDENCE AVE., S.W.

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| WASHINGTON | DC | 20024 |

**7. TO:**

**a. NAME OF CONTRACTOR**
LEWIS-PRICE & ASSOCIATES INC

**b. COMPANY NAME**

**c. STREET ADDRESS**
8200 GREENSBORO DRIVE SUITE 805
1100299714#

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| MCLEAN | VA | 22102 |

**f. SHIP VIA**

**8. TYPE OF ORDER**

[X] **a. PURCHASE**
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] **b. DELIVERY**

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10. REQUISITIONING OFFICE**
USDA-NRCS-WASHINGTON DC

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*
[ ] a. SMALL  [X] b. OTHER THAN SMALL  [ ] c. DISADVANTAGED  [ ] d. WOMEN-OWNED  [ ] e. HUBZone
[ ] f. SERVICE-DISABLED VETERAN-OWNED  [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  [ ] h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* 09/30/2019 | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION Destination | b. ACCEPTANCE Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788 DUNS Number: 132086633 Administrative Assistant Services  Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(h) TOTAL *(Cont. pages)* ◄ |
|---|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

**a. NAME** Invoice Processing Platform (IPP)

**b. STREET ADDRESS** *(or P.O. Box)* All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|

$85,560.00

17(i) GRAND TOTAL

$85,560.00 ◄

| 22. UNITED STATES OF AMERICA BY *(Signature)* ► | 23. NAME *(Typed)* |
|---|---|
| ALLEN HUNT  Digitally signed by ALLEN HUNT Date: 2018.07.31 08:20:54 -04'00' | ALLEN HUNT TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 201 of 225
PageID #: 2900
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0137422

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 07/31/2018 | | | 121A2318P0137 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Admin Office: USDA-NRCS-VIRGINIA STATE OFFICE 1606 SANTA ROSA RD SUITE 209 RICHMOND VA 23229 Period of Performance: 09/16/2018 to 09/30/2019 | | | | | |
| 001 | Administrative Assistant Services (one position in Raleigh, NC) for Easement Support Services Branch (EPD) for 1 years (1920 hours) (ID:4365) Accounting Info: NR00.17.......17XX18ACEPTPR000SI0000.2 500... Agency Code: NR00 Budget Yr Start: 17 SHC: 17XX18ACEPTPR000SI0000 BOC: 2500 Funded: $82,560.00 | 1920 | HR | 43.00 | 82,560.00 | |
| 002 | Administrative Assistant Services (one position) for Easement Support Services Branch (EPD) for travel associated costs | 1 | LS | 3,000.00 | 3,000.00 | |
| | PLEASE INDICATE YOUR ACCEPTANCE OF THIS ORDER BY SIGNING AND RETURNING ONE COPY. | | | | | |
| | SIGNATURE: | | | | | |
| | DATE: | | | | | |
| | Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | | $85,560.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 202 of 225
PageID #: 2901
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0137423

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 07/31/2018 | | | 121A2318P0137 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Accounting Info: NR00.17.......17XX18ACEPTPR000SI0000.2 100... Agency Code: NR00 Budget Yr Start: 17 SHC: 17XX18ACEPTPR000SI0000 BOC: 2100 Funded: $3,000.00 | | | | | |
| | The total amount of award: $85,560.00. The obligation for this award is shown in box 17(i). | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0137424

| 2 CONTRACT NO. | 3 AWARD/ | 4 ORDER NUMBER | 5 SOLICITATION NUMBER | 6 SOLICITATION |
|---|---|---|---|---|
| 12FPC219C0027 | EFFECTIVE DATE | | | ISSUE DATE |

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a NAME NICHOLAS MASON | b TELEPHONE NUMBER (No collect calls) 2024010436 | 8 OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9 ISSUED BY**     CODE `FPAC-HQ-12FPC`

FPAC Acquisition Division
Operations Branch-Section 2
1400 INDEPENDENCE AVE SW
RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS**    ☐ UNRESTRICTED OR    ☒ SET ASIDE: _____ % FOR:

☐ SMALL BUSINESS    ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ HUBZONE SMALL BUSINESS    ☐ EDWOSB

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    ☒ 8(A)

NAICS 541611

SIZE STANDARD $16.5

| 11 DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED X. SEE SCHEDULE | 12 DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14 METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

**15. DELIVER TO**    CODE

Multiple Destinations

**16. ADMINISTERED BY**    CODE `FPAC-HQ-APD`

FPAC Business Center
Acquisition Division - Operations B
1400 Independence Ave. SW
Washington DC 20250

**17a. CONTRACTOR/OFFEROR**   CODE `1100299714#`   FACILITY CODE

LEWIS-PRICE & ASSOCIATES INC
Attn: Ken Coleman
8200 GREENSBORO DRIVE SUITE 805
1100299714#
MCLEAN VA 22102

TELEPHONE NO.   703.727.9182 Ext 101

**18a. PAYMENT WILL BE MADE BY**    CODE `IPP`

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

☐ 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788 DUNS Number: 132086633 Administrative Assistance Services for Easement Programs Division (Oregon, North Carolina, Maryland) in accordance with the attached Performance Work Statement. The base period is hereby fully funded in the amount of $309,397.44. Period of Performance: 09/29/2019 to 09/28/2022 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25 ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $309,397.44 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52 212-1, 52 212-4 FAR 52 212-3 AND 52 212-5 ARE ATTACHED   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52 212-4 FAR 52 212-5 IS ATTACHED   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☒ 29. AWARD OF CONTRACT: ☐ DATED 09/19/2019 YOUR OFFER ON SOLICITATION (BLOCK 5). INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN. IS ACCEPTED AS TO ITEMS

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| **30b NAME AND TITLE OF SIGNER** (Type or print) | **30c DATE SIGNED** | **31b NAME OF CONTRACTING OFFICER** (Type or print) DALE C. CLARK | **31c DATE SIGNED** |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      US0103628

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| 0001 | Portland, OR - Administrative Assistant Services for Easement Programs Division<br>Obligated Amount: $97,255.68<br>Requisition No: 972429<br><br>Delivery Location Code: NRCS-HQ-PROG-EPD<br>Easement Programs Division<br>1400 Independence Ave., SW<br>Room 5241-S<br>Washington DC 20250 US<br>Amount: $97,255.68<br>Accounting Info:<br>NR00.19.......19XX19ACP8TPR000SI0000.2540...<br>Agency Code: NR00 Budget Yr Start: 19 SHC:<br>19XX19ACP8TPR000SI0000 BOC: 2540<br>Funded: $97,255.68 | | | | 97,255.68 |
| 0002 | Travel - Administrative Assistant Services for Easement Programs Division (Portland, OR)<br>Obligated Amount: $3,000.00<br>Requisition No: 972429<br><br>Delivery Location Code: NRCS-HQ-PROG-EPD<br>Easement Programs Division<br>1400 Independence Ave., SW<br>Room 5241-S<br>Washington DC 20250 US<br>Continued ... | | | | 3,000.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

| ☐ RECEIVED | ☐ INSPECTED | ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED |

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32 g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 205 of 225
PageID #: 2904
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    US0103629

NAME OF OFFEROR OR CONTRACTOR
LEWIS-PRICE & ASSOCIATES INC

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Amount: $3,000.00 Accounting Info: NR00.19.......19XX19ACP8TPR000SI0000.2100... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8TPR000SI0000 BOC: 2100 Funded: $3,000.00 | | | | |
| 0003 | Raleigh, NC - Administrative Assistant Services for Easement Program Division. Requisition No: 972396 | | | | 88,268.16 |
| | Delivery Location Code: NRCS-HQ-121A23 NRCS-HQ-121A23 USDA-NRCS CONTRACTING TEAM 1 1400 INDEPENDENCE AVENUE, SW ROOM 6801-S WASHINGTON DC 20250 US Amount: $88,268.16 Accounting Info: NR00.19.......19XX19ACP8TPR000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8TPR000SI0000 BOC: 2540 Funded: $37,800.96 Accounting Info: NR00.19.......16XX19EG08FPR000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 16XX19EG08FPR000SI0000 BOC: 2540 Funded: $50,467.20 | | | | |
| 0004 | Travel - Administrative Assistant Services for Easement Programs Division (Raleigh, NC) Obligated Amount: $3,000.00 Requisition No: 972396 | | | | 3,000.00 |
| | Delivery Location Code: NRCS-HQ-121A23 NRCS-HQ-121A23 USDA-NRCS CONTRACTING TEAM 1 1400 INDEPENDENCE AVENUE, SW ROOM 6801-S WASHINGTON DC 20250 US Amount: $3,000.00 Accounting Info: NR00.19.......19XX19ACP8TPR000SI0000.2100... Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 206 of 225
PageID #: 2905
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0103630

NAME OF OFFEROR OR CONTRACTOR
LEWIS-PRICE & ASSOCIATES INC

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8TPR000SI0000 BOC: 2100 Funded: $3,000.00 | | | | |
| 0005 | Beltsville, MD - Administrative Assistant Services for Easement Program Division. Obligated Amount: $114,873.60 Requisition No: 971936 | | | | 114,873.60 |
| | Delivery Location Code: NRCS-HQ-PROG-EPD Easement Programs Division 1400 Independence Ave., SW Room 5241-S Washington DC 20250 US Amount: $114,873.60 Accounting Info: NR00.19.......19XX19ACP8TPR000SI0000.2540... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8TPR000SI0000 BOC: 2540 Funded: $114,873.60 | | | | |
| 0006 | Travel - Administrative Assistant Services for Easement Programs Division (Beltsville, MD) Obligated Amount: $3,000.00 Requisition No: 971936 | | | | 3,000.00 |
| | Delivery Location Code: NRCS-HQ-PROG-EPD Easement Programs Division 1400 Independence Ave., SW Room 5241-S Washington DC 20250 US Amount: $3,000.00 Accounting Info: NR00.19.......19XX19ACP8TPR000SI0000.2100... Agency Code: NR00 Budget Yr Start: 19 SHC: 19XX19ACP8TPR000SI0000 BOC: 2100 Funded: $3,000.00 | | | | |
| 0007 | Option Period One - Administrative Assistant Services for Easement Programs Division (Oregon, North Carolina and Maryland. Amount: $300,397.44(Option Line Item) Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103631

NAME OF OFFEROR OR CONTRACTOR
LEWIS-PRICE & ASSOCIATES INC

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 08/31/2020 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | |
| 0008 | Option Period One - Travel Amount: $9,000.00(Option Line Item) 08/31/2020 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |
| 0009 | Option Period Two - Administrative Assistant Services for Easement Programs Division (Oregon, North Carolina and Maryland. Amount: $300,397.44(Option Line Item) 08/31/2021 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |
| 0010 | Option Period Two - Travel Amount: $9,000.00(Option Line Item) 08/31/2021 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER | | | | 0.00 |

The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your accou

The total amount of award: $928,192.32. The obligation for this award is shown in box 26.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0103632

# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 6. SHIP TO | | |
|---|---|---|---|---|
| 09/10/2018 | | a. NAME OF CONSIGNEE | | |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | a. NAME OF CONSIGNEE |
|---|---|---|
| 121A2318P0167 | 924863 | USDA-NRCS-VIRGINIA STATE OFFICE |

**5. ISSUING OFFICE** (Address correspondence to)
NRCS-HQ-121A23
USDA-NRCS CONTRACTING TEAM 1
1400 INDEPENDENCE AVENUE, SW
ROOM 6801-S
WASHINGTON DC 20250

b. STREET ADDRESS
1606 SANTA ROSA RD
SUITE 209

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| RICHMOND | VA | 23229 |

**7. TO:** Ken Coleman

f. SHIP VIA

a. NAME OF CONTRACTOR
LEWIS-PRICE $ ASSOCIATES INC

b. COMPANY NAME

**8. TYPE OF ORDER**

c. STREET ADDRESS
8200 GREENSBORO DRIVE SUITE 805
1100299714#

| X | a. PURCHASE | b. DELIVERY |
|---|---|---|

REFERENCE YOUR

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| MCLEAN | VA | 22102 |

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| See Schedule | USDA-NRCS-VIRGINIA STATE OFFICE |

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))

a. SMALL | X b. OTHER THAN SMALL | c. DISADVANTAGED | d. WOMEN-OWNED | e. HUBZone

f. SERVICE-DISABLED VETERAN-OWNED | g. WOMEN-OWNED SMALL BUSINESS(WOSB) ELIGIBLE UNDER THE WOSB PROGRAM | h. EDWOSB

**12. F.O.B. POINT**
Destination

**13. PLACE OF**

| a. INSPECTION | b. ACCEPTANCE |
|---|---|
| Destination | Destination |

| 14. GOVERNMENT BL NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE(Date) | 16. DISCOUNT TERMS |
|---|---|---|
| | Multiple | |

**17. SCHEDULE** (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788 DUNS Number: 132086633 Requirement for Contract Employees in support of the State of Virginia Administrative and Farm Bill Program ¿ four (4) General Clerks III with Travel/Training Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(h) TOTAL (Cont pages) |
|---|---|---|---|

**21. MAIL INVOICE TO**

SEE BILLING INSTRUCTIONS ON REVERSE

| a. NAME | Invoice Processing Platform (IPP) | $168,952.00 |
|---|---|---|
| b. STREET ADDRESS (or P.O. Box) | All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov | |
| c. CITY | d. STATE | e. ZIP CODE | 17(i) GRAND TOTAL |

$168,952.00

| 22. UNITED STATES OF AMERICA BY (Signature) | DANNY MANDELL Digitally signed by DANNY MANDELL Date: 2018.09.11 11:08:24 -05'00' | 23. NAME (Typed) DANNY G. MANDELL TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM347 (Rev. 2-2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/10/2018 | | | 121A2318P0167 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Miscellaneous Expenses. | | | | | |
| | ATTACHMENT(s).<br>1. Attachment 1 - Lewis-Price Quotation, dated September 6, 2018;<br>2. Attachment 2 - Performance Work Statement (PWS), Revision 0, dated, June 28, 2018;<br>3. Attachment 3 - SCLS Wage Determination, County of Montgomery, State of Virginia;<br>4. Attachment 4 - SCLS Wage Determination, County of Shenandoah, State of Virginia;<br>5. Attachment 5 - SCLS Wage Determination, County of Louisa, State of Virginia;<br>6. Attachment 6 - SCLS Wage Determination, County of Isle of Wright, State of Virginia. | | | | | |
| | VENDOR POINT OF CONTACT. Ken Coleman, President, Lewis-Price & Associates, Inc, 8200 Greensboro Drive, Suite 805, McLean, VA 22102, Tel. (703) 727-9182 Ext. 101, Email. Kcoleman@lewisprice.com. | | | | | |
| | TECHNICAL POINT OF CONTACT. Jackie Alexander, Assistant State Conservationist ¿ Management & Strategy, USDA/Natural Resources Conservation Service, 1606 Santa Rosa Rd, Suite 209, Richmond, VA 23229, Tel. (804) 287-1684, Cell (804) 592-8495, Email. Jackie.alexander@va.usda.gov. | | | | | |
| | CONTRACTING OFFICER (CO). Danny Mandell, Contracting Officer, Team 1, TEAM 1, NORTHEAST REGIONAL CONTRACTING SERVICES BRANCH, ACQUISITIONS, GRANTS & AGREEMENTS DIVISION, Natural Resources Conservation Service (NRCS), U.S. Department of Agriculture (USDA)<br>101 South Main Street, Suite 200, Temple, Texas 76501, Tel. (254) 742-9923, Cell. (254) 718-2751, Email. danny.mandell@wdc.usda.gov. | | | | | |
| | INVOICE PROCESSING PLATFORM (IPP) The "Submit Invoice-to" address for USDA orders Continued ... | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE(ITEM 17(H)) | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM348 (Rev. 4/2006)
Presented by GSA FAR(48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 210 of 225
PageID #: 2909
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052847

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/10/2018 | | | 121A2318P0167 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. Admin Office:     USDA-NCRS-TEXAS STATE OFFICE     101 SOUTH MAIN ST.     TEMPLE TX 76501 Accounting Info: NR00.ZZ.......181918COTAT51000SI0000.2500... Agency Code: NR00 Budget Yr Start: ZZ SHC: 181918COTAT51000SI0000 BOC: 2500 Period of Performance: 10/01/2018 to 09/30/2019 | | | | | |
| 001 | BASE YEAR. 10/01/2018 - 09/30/2019, General Clerk II - VA Isle of Wight County (Smithfield. Contractor will render this service for 1 calendar year/12 calendar months (10/01/2018 - 09/30/2019). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Delivery: 09/30/2019 | | | | 48,318.40 | |
| 002 | BASE YEAR. 10/01/2018 - 09/30/2019 General Clerk II - VA Montgomery County (Christiansburg). Contractor will render Continued ... | | | | 45,427.20 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $93,745.60 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM348 (Rev. 4/2006)
Prescribed by GSA FAR(48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 211 of 225
PageID #: 2910
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0052848

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/10/2018 | | | 121A2318P0167 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | this service for 1 calendar year/12 calendar months (10/01/2018 - 09/30/2019). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work.<br>Product/Service Code:  R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 09/30/2019 | | | | | |
| 003 | BASE YEAR. 10/01/2018 - 09/30/2019 General Clerk II - VA Shenandoah County (Strasburg). Contractor will render this service for 1 calendar year/12 calendar months (10/01/2018 - 09/30/2019). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work.<br>Product/Service Code:  R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 09/30/2019 | | | | 27,435.20 | |
| 004 | BASE YEAR. 10/01/2018 - 09/30/2019 General Clerk II - VA Louisa County (Louisa. Contractor will render this service for 1 calendar year/12 calendar months (10/01/2018 - 09/30/2019). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work.<br>Product/Service Code:  R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 09/30/2019 | | | | 47,091.20 | |
| 005 | BASE YEAR. 10/01/2018 - 09/30/2019 Miscellaneous Travel and Training.<br>Continued ... | | | | 680.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $75,206.40 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR 48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 212 of 225
PageID #: 2911
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052849

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/10/2018 | | | 121A2318P0167 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Estimated Travel and Training Expense Cost $680.0, this costs is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Supporting documentation is required to show actual costs incurred related to the travel and/or training costs billed to NRCS.<br>Product/Service Code: R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 09/30/2019 | | | | | |
| 006 | OPTION YEAR 1. 10/01/2019 - 09/30/2020 Requirement for Contract Employees for the State of Virginia for 4 General Clerks III with Travel/Training Miscellaneous Expenses. Contractor will render this service for 1 calendar year/12 calendar months (10/01/2019 - 09/30/2020) for Option Year 1. To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Subject to Availability of Funds. Contractor's Proposal. $169,288.50.<br><br>Estimated Travel and Training Expense Cost $680.00, this costs is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer.<br><br>Continued ... | | | | 0.00 | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM348 (Rev. 4/2006)
Presented by GSA FAR48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052850

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 09/10/2018 | | | 121A2318P0167 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Supporting documentation is required to show actual costs incurred related to the travel and/or training costs billed to NRCS.<br>Amount: $0.00(Option Line Item)<br>09/01/2019<br>Product/Service Code: R499<br>Product/Service Description: SUPPORT-PROFESSIONAL: OTHER<br><br>Delivery: 09/30/2020<br>Period of Performance: 10/01/2019 to 09/30/2020<br><br>The total amount of award: $168,952.00. The obligation for this award is shown in box 17(i). | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $0.00 | |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM348 (Rev. 4/2006)
Prescribed by GSA FAR48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0052851

# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: |
|---|---|---|
| 08/05/2019 | | |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | a. NAME OF CONSIGNEE |
|---|---|---|
| 12FPC119P0156 | 962901 | USDA-NRCS-VIRGINIA STATE OFFICE |

| 5. ISSUING OFFICE *(Address correspondence to)* | b. STREET ADDRESS |
|---|---|
| FPAC Acquisition Division<br>Operations Branch-Section 1<br>1400 INDEPENDENCE AVE SW<br>RM 6801-S<br>WASHINGTON DC 20250 | 1606 SANTA ROSA RD<br>SUITE 209 |

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| RICHMOND | VA | 23229 |

| 7. TO: Ken Coleman | f. SHIP VIA |
|---|---|

**a. NAME OF CONTRACTOR**
LEWIS-PRICE & ASSOCIATES INC

**b. COMPANY NAME**

| 8. TYPE OF ORDER |
|---|

**c. STREET ADDRESS**
8200 GREENSBORO DRIVE SUITE 805

1100299714#

| | |
|---|---|
| [X] a. PURCHASE<br><br>REFERENCE YOUR:<br><br>_____<br><br>Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated. | [ ] b. DELIVERY<br><br>Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| MCLEAN | VA | 22102 |

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| See Schedule | USDA-NRCS-VIRGINIA STATE OFFICE |

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

[X] a. SMALL    [ ] b. OTHER THAN SMALL    [ ] c. DISADVANTAGED    [ ] d. WOMEN-OWNED    [ ] e. HUBZone

[ ] f. SERVICE-DISABLED VETERAN-OWNED    [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    [ ] h. EDWOSB

| 12. F.O.B. POINT |
|---|

| 13. PLACE OF | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| a. INSPECTION: Destination   b. ACCEPTANCE: Destination | | Multiple | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 20-0376788<br>DUNS Number: 132086633<br>Requirement for Contract Employees for the State of Virginia ¿ 2 General Clerks III with Travel/Training Miscellaneous Expenses.<br>Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

| | a. NAME | Invoice Processing Platform (IPP) | $137,140.80 |
|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | b. STREET ADDRESS (or P.O. Box) | All invoices must be submitted electronically through the Invoice Processing Platform (IPP) via www ipp gov | 17(i) GRAND TOTAL |
| | c. CITY | d. STATE   e. ZIP CODE | $137,140.80 |

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* |
|---|---|
| ▶ DANNY MANDELL   Digitally signed by DANNY MANDELL<br>Date: 2019.08.05 08:46:45 -05'00' | DANNY G. MANDELL<br>TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0138050

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| 08/05/2019 | | | | | 12FPC119P0156 | |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | ATTACHMENT(S)<br>1. Attachment 1 - Lewis-Price Quotation, dated July 8, 2019,<br>2. Attachment 2 - Performance Work Statement (PSW), Revision 0, May 14, 2019,<br>3. Attachment 3 - Quality Assurance Surveillance Plan (QASP), Revision 0, May 2019,<br>4. Attachment 4 - SCL Wage Determination, County of Henrico, State of Virginia<br><br>Lewis-Price Associates Point of Contact (POC) Ken Coleman, President, 8200 Greensboro Drive, Suite 805, McLean, VA 22102, Te. (703) 727-9182 Ext. 101, Email. Kcolemand@lewisprive.com<br><br>USDA NRCS Virginia State Office TECHNICAL POINT OF CONTACT (POC) Jackie Alexander, Assistant State Conservationist & Management & Strategy, 1606 Santa Rose Rd, Suite 209, Richmond, VA 23229, Tel. (804) 287-*1684, Cell (804) 592-8495, Email. Jackie.alexander@usda.gov,<br><br>FPAC SECTION 1 Contracting Officer (CO) Danny Gonzales Mandell USDA Acquisition Division Section 1- East Coast Region Farm Production and Conservation United States Dept of Agriculture<br>101 South Main Street Suite 200 Temple, TX 76501 Tel. (254) 742-9923 Cell. (254) 718-2751 Email. Danny.mandell@usda.gov<br><br>INVOICING PROCESSING PLATFORM (IPP). The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury.  All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S.<br>Continued ... | | | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | $\triangleright$ | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 216 of 225
PageID #: 2915
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138051

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/05/2019 | | | 12FPC119P0156 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. Admin Office: USDA-NCRS-TEXAS STATE OFFICE 101 SOUTH MAIN ST. TEMPLE TX 76501 Accounting Info: NR00.ZZ.......192019COTAT51000SI0000.2570... Agency Code: NR00 Budget Yr Start: ZZ SHC: 192019COTAT51000SI0000 BOC: 2570 Period of Performance: 09/01/2019 to 08/30/2020 | | | | | |
| 0001 | BASE YEAR PERFORMANCE 09/01/2019 - 08/30/2020 Requirement for 1 General Clerk III - VA NRCS State Office, State Res Con Office  Contractor will render this service for 1 calendar year/12 calendar months (09/01/2019 - 08/30/2020). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Product/Service Code:  R499 Product/Service Description: SUPPORT- PROFESSIONAL: OTHER<br><br>Delivery: 08/30/2020 | | | | 68,230.40 | |
| 0002 | BASE YEAR PERFORMANCE 09/01/2019 - 08/30/2020 Requirement for 1 General Clerk III - VA NRCS State Office, State Con Office   Contractor will render this service for 1 calendar year/12 calendar months (09/01/2019 - 08/30/2020). To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Product/Service Code:  R499 Product/Service Description: SUPPORT- Continued ... | | | | 68,230.40 | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $136,460.80 | |

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 217 of 225
PageID #: 2916
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138052

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/05/2019 | | | 12FPC119P0156 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | PROFESSIONAL: OTHER | | | | | |
| | Delivery: 09/01/2019 | | | | | |
| 0003 | BASE YEAR PERFORMANCE TRAVEL AND TRAINING EXPENSE 09/01/2019 - 08/30/2020. Estimated Travel and Training Expense Cost $680.0, this costs is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Supporting documentation is required to show actual costs incurred related to the travel and/or training costs billed to NRCS. Product/Service Code: R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Delivery: 08/30/2020 | | | | 680.00 | |
| 0004 | OPTION YEAR 1 PERFORMANCE. 09/01/2020 - 08/30/2021  Requirement for 1 General Clerk III - VA NRCS State Office, State Res Con Office. Contractor will render this service for 1 calendar year/12 calendar months (09/01/2020 - 08/30/2021) for Option Year 1. To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Subject to Availability of Funds. Contractor's Proposal. $63,356.80. Amount: $0.00(Option Line Item) 08/01/2019 Product/Service Code: R499 Continued ... | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | | $680.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 218 of 225
PageID #: 2917
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138053

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/05/2019 | | | 12FPC119P0156 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2020 to 08/30/2021 | | | | | |
| 0005 | OPTION YEAR 1 PERFORMANCE. 09/01/2020 - 08/30/2021  Requirement for 1 General Clerk III - VA NRCS State Office. Contractor will render this service for 1 calendar year/12 calendar months (09/01/2020 - 08/30/2021) for Option Year 1. To be performed in accordance with the Terms and Conditions of the contract and Statement of Work. Option Years are not guaranteed. Option Years will be exercised in accordance with FAR Part 52.217-9 Option to Extend the Term of the Contract (Mar 2000). Subject to Availability of Funds. Contractor's Proposal. $63,356.80. Amount: $0.00(Option Line Item) 08/01/2020 Product/Service Code:  R499 Product/Service Description: SUPPORT-PROFESSIONAL: OTHER Period of Performance: 09/01/2020 to 08/30/2021 | | | | 0.00 | |
| 0006 | OPTION YEAR PERFORMANCE TRAVEL AND TRAINING EXPENSE 09/01/2020 - 08/30/2021. Estimated Travel and Training Expense Cost $680.0, this costs is estimated by the Government. These costs will be separately reimbursed from associated labor rates and are subject to the limitations included in the Federal Travel Regulations; The travel and training costs shall not exceed the amount for travel/training without advanced approval by the Contracting Officer. Supporting documentation is required to show actual costs incurred related to the travel and/or training costs billed to NRCS. Amount: $0.00(Option Line Item) 08/01/2020 Product/Service Code:  R499 Product/Service Description: SUPPORT-Continued ... | | | | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 219 of 225
PageID #: 2918
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0138054

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/05/2019 | | | 12FPC119P0156 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | PROFESSIONAL: OTHER Period of Performance: 09/01/2020 to 08/30/2021 The total amount of award: $137,140.80. The obligation for this award is shown in box 17(i). | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0138055

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>989215 | PAGE<br>1 | OF<br>47 |
|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>12FPC120P0083 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:**
- a. NAME: NICHOLAS MASON
- b. TELEPHONE NUMBER *(No collect calls)*: 2024010436
- 8. OFFER DUE DATE/LOCAL TIME

**9. ISSUED BY** CODE FPAC-HQ-12FPC

FPAC BUS CNTR-ACQ DIV-OPS BRANCH-SE
1400 INDEPENDENCE AVE SW, RM 6801-S
WASHINGTON DC 20250

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:
- ☐ SMALL BUSINESS
- ☐ HUBZONE SMALL BUSINESS
- ☒ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
- ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
- ☐ EDWOSB
- ☒ 8(A)

NAICS: 541611
SIZE STANDARD: $16.5

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☒ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ ☐ IFB ☐ RFP |

**15. DELIVER TO** CODE NRCS-GA-124310

USDA-NRCS GEORGIA STATE OFFICE
355 E HANCOCK AVE.
MAIL STOP 200
ATHENS GA 30601

**16. ADMINISTERED BY** CODE FPAC-HQ-APD

FPAC BUS CNTR-ACQUISITION DIV-DC
Operations Branch
1400 Independence Ave. SW
WASHINGTON DC 20250

**17a. CONTRACTOR/OFFEROR** CODE 1100537354# FACILITY CODE

RIVIDIUM INC
Attn: Dwayne Harris
10530 LINDEN LAKE PLZ, STE 200
1100537354#
MANASSAS VA 20109-6434

TELEPHONE NO. (703) 366-3900 Ext 1

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE IPP

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 26-2936354<br>DUNS Number: 827489035<br>Secretary III Support Services in accordance with<br>the attached Performance Work Statement for the<br>Natural Resource Conservation Service State<br>Office in Athens, Georgia.<br><br>Vendor POC: Dwayne Harris Tel. (703) 366-3900 Ext<br>105 Email. dwayne.harris@rividium.com<br><br>Technical POC: Dale Bogardus Tel. (706) 546-2059 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA<br>NR00.20......202120COTAT13000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$73,728.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___<br>COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: REF _____ OFFER<br>DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5),<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*     30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>BRANTT C. LINDSEY     31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW    Document 70-19    Filed 07/12/22    Page 221 of 225
PageID #: 2920
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
US0097408

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Email. dale.bogardus@usda.gov | | | | |
| | Contracting Officer: Brantt Lindsey Tel. (816) 926-1541 Email. brantt.lindsey@usda.gov Agency Code: NR00 Budget Yr Start: 20 SHC: 202120COTAT13000SI0000 BOC: 2540 Period of Performance: 04/13/2020 to 04/12/2021 | | | | |
| 0001 | 01313 Secretary III Support Services | | | | 73,728.00 |
| 0002 | Option Period One - Secretary III Support Services Period of Performance: 4/13/2021 - 4/12/2022 Amount: $73,728.00(Option Line Item) 04/13/2021 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Period of Performance: 04/06/2020 to 04/05/2021 | | | | 0.00 |
| 0003 | Option Period Two - Secretary III Support Services Period of Performance: 4/13/2022 - 4/12/2023 Amount: $73,728.00(Option Line Item) 04/13/2022 Product/Service Code: R699 Continued ... | | | | 0.00 |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                US0097409

NAME OF OFFEROR OR CONTRACTOR
RIVIDIUM INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Period of Performance: 04/06/2022 to 04/05/2023 | | | | |
| 0004 | Option Period Three - Secretary III Support Services Period of Performance: 4/13/2023 - 4/12/2024 Amount: $73,728.00 (Option Line Item) 04/13/2023 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Period of Performance: 04/06/2023 to 04/05/2024 | | | | 0.00 |
| 0005 | Option Period Four - Secretary III Support Services Period of Performance: 4/13/2024 - 4/12/2025 Amount: $73,728.00 (Option Line Item) 04/13/2024 Product/Service Code: R699 Product/Service Description: SUPPORT-ADMINISTRATIVE: OTHER Period of Performance: 04/06/2024 to 04/05/2025 The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. The total amount of award: $368,640.00. The obligation for this award is shown in box 26. | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

US0097410

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1 REQUISITION NUMBER<br>942788 | | PAGE OF<br>1    14 |
|---|---|---|---|---|---|

| 2 CONTRACT NO.<br>12FPC319C0001 | 3 AWARD/<br>EFFECTIVE DATE | 4 ORDER NUMBER | 5 SOLICITATION NUMBER | 6 SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION<br>INFORMATION CALL: ▶ | a NAME<br>BANCHIAMLAK GIZACHEW | b TELEPHONE NUMBER *(No collect calls)*<br>202-471-2362 | 8 OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9 ISSUED BY | CODE FSA-WDC-DAM-A | 10. THIS ACQUISITION IS | |
|---|---|---|---|

Acquisition Management Division
1400 Independence Ave, SW
Suite 4968
Washington DC 20250-2560

UNRESTRICTED OR   SET ASIDE:   % FOR:

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB   ☐ 8(A)

NAICS 561320

SIZE STANDARD $27.5

| 11 DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12 DISCOUNT TERMS | 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14 METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP | |

| 15 DELIVER TO | CODE NRCS-MI-125D21 | 16 ADMINISTERED BY | CODE FSA-WDC-DAM-AMD |
|---|---|---|---|

USDA-NRCS-MICHIGAN STATE OFFICE
3001 COOLIDGE ROAD
SUITE 250
EAST LANSING MI 48823

Acquisition Management Division
1400 Independence Ave, SW
Suite 4968
Washington DC 20250-2560

| 17a. CONTRACTOR/<br>OFFEROR | CODE 1100056919# | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP |
|---|---|---|---|---|

WINSAY INC
P. O. BOX 55
1100056919#
HARLEM GA 30814-0055

Invoice Processing Platform (IPP)
All invoices must be submitted
electronically through the
Invoice Processing Platform (IPP)
via www ipp gov

TELEPHONE NO.

☐ 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| | Tax ID Number: 58-2549766<br>DUNS Number: 051335508<br>This contract is awarded for ECS Program Support<br>& Documentation Specialist. this is a performance<br>based service contract to<br>assist with FY18 training documents with a Base<br>year and Two Option Years.<br><br>Bae Year : 12/18/2018 through 12/17/2019<br>Option Year One: 12/18/2019 through 12/17/2020<br>Option Year Two: 12/18/2020 through 12/17/2021<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25 ACCOUNTING AND APPROPRIATION DATA<br>NR00.ZZ.......192019COTAT26000SI0000.2540... | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$10,682.50 |
|---|---|

| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52 212-1, 52 212-4   FAR 52 212-3 AND 52 212-5 ARE ATTACHED   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED. |
|---|
| 27b CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52 212-4   FAR 52 212-5 IS ATTACHED   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED |

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | 29. AWARD OF CONTRACT: ___ OFFER<br>DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5).<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN. IS ACCEPTED AS TO ITEMS |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b NAME AND TITLE OF SIGNER *(Type or print)*    30c DATE SIGNED | 31b NAME OF CONTRACTING OFFICER *(Type or print)*<br>BANCHIAMLAK GIZACHEW    31c DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Case 2:20-cv-00041-DCLC-CRW   Document 70-19   Filed 07/12/22   Page 224 of 225
PageID #: 2923
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     US0140130

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21<br>QUANTITY | 22<br>UNIT | 23<br>UNIT PRICE | 24<br>AMOUNT |
|---|---|---|---|---|---|
| | All services shall be provided in accordance with the attached Statement of Work and Vendor's proposal dated 12/13/2018.<br>Delivery: 11/30/2019<br>Agency Code: NR00 Budget Yr Start: ZZ SHC: 192019COTAT26000SI0000 BOC: 2540<br>Period of Performance: 12/18/2018 to 12/17/2019 | | | | |
| 001 | Program Support & Documentation Specialist 12/1/18 - 11/30/19 with 1 option year.<br>Obligated Amount: $10,682.50 | 250 | HR | 42.73 | 10,682.50 |
| | The total amount of award: $10,682.50. The obligation for this award is shown in box 26. | | | | |

32a QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED _____

| 32b SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c DATE | 32d PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32 g E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33 SHIP NUMBER | 34 VOUCHER NUMBER | 35 AMOUNT VERIFIED CORRECT FOR | 36 PAYMENT | | 37 CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | | |
| 38 S/R ACCOUNT NUMBER | 39 S/R VOUCHER NUMBER | 40 PAID BY | | | |

| 41a I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a RECEIVED BY (Print) | |
|---|---|---|---|
| 41b SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c DATE | 42b RECEIVED AT (Location) | |
| | | 42c DATE REC'D (YY/MM/DD) | 42d TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK