# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF AMY STONEBRAKER

I, Amy Stonebraker, declare as follows under penalty of perjury:

1. I am a Supervisory Section Chief in the Acquisitions Division of the United States Department of Agriculture's ("USDA") Farm Production and Conservation ("FPAC") Business Center. I have held this position since April 2021. From 2004 until June 2019, I was a Contract Specialist at the USDA. As a Section Chief, I have access to various databases and files that contain information related to federal government procurement, including USDA procurements.

2. Exhibit A to the June 17, 2022 declaration I submitted in this matter lists contracts awarded for administrative or technical support services to the USDA's Natural Resources Conservation Service ("NRCS") that were open to offers or quotes from either any size business or all small businesses since NRCS made the decision not to issue any more task orders against the regional IDIQs that had been awarded for administrative support services.

3. Based on my review of the files associated with each of these contracts, Ultima did not submit a bid on any of these contracts.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022

                                                      AMY STONEBRAKER

*Digitally signed by AMY STONEBRAKER*
*Date: 2022.07.11 16:08:39 -04'00'*

                                                      Amy Stonebraker