# EXHIBIT 3

1          UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF TENNESSEE

2

3     _____

                                    :

4     ULTIMA SERVICES CORPORATION    :

                                    :

5              v.                   : Case No.

                                    :  2:2020cv00041

6     U.S. DEPARTMENT OF            :

      AGRICULTURE, et al.,          :

7     _____:

8

9                  Monday, April 25, 2022

10

11             30(b)(6) Zoom Videoconference

12     deposition of JOHN KLEIN, taken with the witness

13     participating from his residence, beginning at

14     9:38 a.m., Eastern Standard Time, before Ryan K.

15     Black, a Registered Professional Reporter,

16     Certified Livenote Reporter and Notary Public.

17

18

19

20

21

22

23

24

25

Case 2:20-cv-00041-DCLC-CRW   Document 72-3   Filed 07/12/22   Page 2 of 8
PageID #: 2980

1   way, right?
2       A.  Part of the business or there have been
3   transactions back and forth between spouses; or
4   if there's community property states and we want
5   to make sure things are evenly divided, all those
6   things come up and we look at those issues.
7       Q.  Does a spouse have to fill out the form
8   regardless of whether those specific issues are
9   relevant in a particular application?
10      A.  I don't think so any longer, but -- I
11  could be mistaken, but I don't think so.
12      Q.  There was, at one time, a requirement
13  that they do, right?
14      A.  I think at one point in time they did it
15  across the board, and I think they've come back
16  from that to a certain degree.  But I don't want
17  to say what the answer is across the board,
18  because, again, that's not something that I look
19  at carefully.
20      Q.  Okay.  If an owner identifies as a
21  member of one of the groups for which there is a
22  presumption of social disadvantage, does that
23  owner have to certify that he or she has been a
24  victim of chronic and substantial discrimination?
25      A.  They do not have to do that in addition

1   to identifying.  They must identify that they
2   actually hold themselves out as that individual.
3   Like, for instance, if you are a Native American
4   and you grew up your entire life not identifying
5   as a Native American, and a week before you
6   applied to the program you finally got a card
7   realizing that your great, great grandfather was
8   a Native American, that may not suffice since
9   you've never held yourself as a Native American
10  and, therefore, no one, in fact, treated you as
11  such or discriminated against you because of that
12  identity.
13      Q.  So is there something on the application
14  that requires an individual to say that they have
15  identified as a member of a presumptive group for
16  a certain period of time?
17      A.  I believe so, yes.
18      Q.  Okay.  And is there a period of time
19  minimum?
20      A.  No, not a period of time.  But you have
21  to affirmatively say that you've held yourself
22  out as.
23      Q.  Okay.  But as long as you can certify
24  that you do, at the time that you fill out the
25  form, identify as a member of a presumptive

1   group, you can so certify, right?
2       A.  That is correct.  And, again, as we were
3   talking about before, these certifications are,
4   in fact, under penalty of perjury, so we are
5   assuming that they are correct.
6       Q.  Right.  But I'm just trying to make
7   sure I understand what they're asking to certify.
8   They're not being asked to certify that they have
9   held themselves out as a member of a presumptive
10  group for the last 10 years.  They're asked --
11      A.  No.  That's correct.  There's no time
12  limit on that question.  That's correct.
13      Q.  Okay.  So if, in fact, they do identify
14  as a member of a presumptive group because they
15  had just received something that identifies
16  themselves as a member of that group, that
17  person can so certify, right?
18      A.  They can certify, yes.  But in the
19  example that we were talking about regarding the
20  Native American, they are required to show their
21  tribal card.  And if their tribal card says, you
22  know, April 1st, 2022, that could be problematic.
23      Q.  Okay.  But there, presumably, is not a
24  analog to a tribal card for, I don't know, Native
25  Hawaiians, right?

1       A.  Yeah.  I don't know of any such thing.
2       Q.  Or Hispanic, right?  There's no analog
3   to a tribal card for Hispanic, right?
4       A.  I think that's true.
5       Q.  Okay.  Does the SBA make any
6   investigation outside the information that's
7   provided in the application to determine whether
8   or not to approve it?
9       A.  I don't think that makes sense.  The
10  application speaks for itself.  If there's things
11  missing from the application, the SBA would ask
12  for clarity.  Again, the burden is on the
13  applicant to demonstrate that he or she is, in
14  fact, eligible for the program.  If that burden
15  has not been met, we would either decline
16  the application or we would ask for further
17  information to make it clear that they are, in
18  fact, eligible or not.  We wouldn't just make
19  things up on our own.
20      Q.  Okay.  So I think that answers my
21  question, but I want to make sure I understand
22  it.  The SBA wouldn't go looking for information
23  that might contradict something that is in the
24  application?
25      A.  No, we do do that.  We definitely do

19 (Pages 70 - 73)

1                                    E R R A T A

2 PAGE LINE CHANGE

3 _ P. 11; Line 24; insert the word "the" between the words "to" and "8(a)" _ _ _ _ _ _ _ _ _ _ _ _ _

4 Reason for

5 Change:____Typo_____

6 PAGE LINE CHANGE

7 _ _ P. 13; Line 12 and Line 13; change the word "cell" to "sub" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

8 Reason for

9 Change:____Typo_____

10 PAGE LINE CHANGE

11 _ _ P. 17; Lines 2-3: insert the word "and" between the words "Management" and "Technical" _ _ _ _

12 Reason for

13 Change:____Typo_____

14 PAGE LINE CHANGE

15 _ _ P. 21; Lines 17-18; change "of participants in a program, dollars," to "participants in the 8(a) program, contract dollars,".___ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16 Reason for

17 Change:_____Typo; clarity_____

18 PAGE LINE CHANGE

19 _ _ P. 40; Lines 8-9; First sentence should read: "I'm sure there are several agencies whose goals for SDBs are greater than 5 percent." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

20 Reason for

21 Change:____Typos_____

22 PAGE LINE CHANGE

23 _ P. 54; Line 14; Change "certified.gov" to "certify.gov" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

24 Reason for

25 Change:____Typo_____

Veritext Legal Solutions

1 PAGE LINE CHANGE

2 _ _P. 59; Lines 9-10; change "but on the science part, many times it's" to "but if something is incorrect, many times it's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____Transcription error_____

5 PAGE LINE CHANGE

6 _ _P. 59; Lines 17-20; sentence should read as follows: "And they do it based upon a certain size standard. Each NAICS code is assigned a corresponding size standard. So I can register as a small business for NAICS Code 123456, and as an other than small business for NAICS Code 123457, depending upon the corresponding size standard corresponding to the NAICS Code." _ _ _ _ _

7 Reason for

8 Change:_____Typos and Clarification_____

9 PAGE LINE CHANGE

10 _ _P. 60; Line 10; change the word "primary" to "apparent" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ P. 74; Lines 3-4; should read "or they look for things as to whether there are any outstanding debts or things of that sort." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Transcription error_____

17 PAGE LINE CHANGE

18 _ P. 83; Line 7; should read "Alaska", not "Alaskan" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo_____

21 PAGE LINE CHANGE

22 _ _P. 83; Line 9; delete "or it's - -" and add the word "be" between the words "deemed to" and "owned and" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____Typo_____

1 PAGE LINE CHANGE

2 _ _ P. 87; Line 4; change "the ANC owns X and Joe Smith owns 400 percent of one company" to "the ANC owns 51% of X and Joe Smith owns 49 percent of that company" _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:___Typo_____

5 PAGE LINE CHANGE

6 _ __P. 107; Line 22; change "company Y" to "country Y" _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 _ P. 127; Line 13: change the word "graduate" to "graduation" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ P. 138; Line 24; Change "SDBO" to "SDVO"; change "SWB" to "WOSB" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Typos_____

17 PAGE LINE CHANGE

18 _ _P. 140; Line 12; change "JCBD" to "GCBD" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo_____

21 PAGE LINE CHANGE

22 _ P. 140; Line 23; Change "4" to "4.5 million" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:___Typo/clarification_____

1 PAGE LINE CHANGE

2 _ _ P. 153; Line 18; change "an it" to "it an" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____Typo_____

5 PAGE LINE CHANGE

6 _ _ P. 194; Lines 18-19; "7(j) is management technical assistance" should be changed to read "7(j) is a management and technical assistance program" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 _ _ P. 195; Line 15; Change "with grants" to "or grants" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ _ P. 195; Lines 22-23; Change "these contractor grantees" to "these contractors or grantees" _ _ _

15 Reason for

16 Change:____Typo_____

17 PAGE LINE CHANGE

18 _ _ P. 199; Line 18; Change "as SBA's" to "of SBA's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:____Typo_____

21 PAGE LINE CHANGE

22 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____

1      ACKNOWLEDGMENT OF DEPONENT

2          I, _John W. Klein_____, do

3      hereby certify that I have read the foregoing

4      pages _i_ to _212_ and that the same is a

5       correct transcription of the answers given by

6      me to the questions therein propounded,

7      except for the corrections or changes in form

8      or substance, if any, noted in the attached

9      Errata Sheet.

10

11     _6-10-22_

12     DATE             SIGNATURE

13

14                Subscribed and sworn to before

15     me this _____ day of _____, 2022.

16

17                My commission expires:

18                _____

19

20                _____

21                Notary Public