# EXHIBIT 1

1              UNITED STATES DISTRICT COURT FOR THE

                 EASTERN DISTRICT OF TENNESSEE

2

3    _____

                                    :

4    ULTIMA SERVICES CORPORATION    :

                                    :

5            v.                     : Case No.

                                    :  2:2020cv00041

6    U.S. DEPARTMENT OF             :

     AGRICULTURE, et al.,           :

7    _____:

8

9                Monday, April 25, 2022

10

11           30(b)(6) Zoom Videoconference

12   deposition of JOHN KLEIN, taken with the witness

13   participating from his residence, beginning at

14   9:38 a.m., Eastern Standard Time, before Ryan K.

15   Black, a Registered Professional Reporter,

16   Certified Livenote Reporter and Notary Public.

17

18

19

20

21

22

23

24

25

1  A P P E A R A N C E S :
2
3  THE CENTER FOR INDIVIDUAL RIGHTS
   BY:  MICHAEL E. ROSMAN, ESQ. - Via Zoom
4      MICHELLE A. SCOTT, ESQ. - Via Zoom
   1100 Connecticut Ave., N.W.
5  Suite 625
   Washington, DC  20036
6  202.833.8400
   rosman@cir-usa.org
7  scott@cir-usa.org
8  Representing - Ultima Services Corporation
9  UNITED STATES DEPARTMENT OF JUSTICE
   CIVIL RIGHTS DIVISION
10 BY:  K'SHAANI SMITH, ESQ. - Via Zoom
   950 Pennsylvania Avenue NW
11 Washington, DC  20530
   k'shaani.smith@usdoj.gov
12
      - and -
13
   UNITED STATES DEPARTMENT OF JUSTICE
14 CIVIL RIGHTS DIVISION
   BY:  JULIET GRAY, ESQ. - Via Zoom
15     CHRISTINE DINAN, ESQ. - Via Zoom
   150 M Street NE
16 Washington, DC  20002
   juliet.gray@usdoj.gov
17 christine.dinan@usdoj.gov
18 Representing - U.S. Department of Agriculture
19 SMALL BUSINESS ADMINISTRATION
   BY:  DAVID FISHMAN, ESQ. - Via Zoom
20     KAREN HUNTER, ESQ. - Via Zoom
   409 3rd Street SW
21 Washington, DC  20416
   800.827.5722
22 david.fishman@sba.gov
   karen.hunter@sba.gov
23
   Representing - Small Business Administration
24
25

1              I N D E X
2  TESTIMONY OF:  JOHN KLEIN            PAGE
3  By Mr. Rosman.............................6, 211
4  By Ms. Smith.................................206
5
6          E X H I B I T S
7  EXHIBIT       DESCRIPTION          PAGE
8  Klein 1    a document Bates Numbered US0050764
9          through US0050774..................26
10 Klein 2   a document Bates Numbered US0071620
11          through US0071621..................37
12 Klein 3    a document titled Federal Register,
13          dated Thursday, October 12, 2002,
14          Executive Order 13170 - Increasing
15          Access and Opportunities for
16          Disadvantaged Businesses............41
17 Klein 4   a document titled Form 1010, 8(a)
18          Application........................61
19 Klein 5   a document titled Form 1010-IND.....61
20 Klein 6   a document Bates Numbered US0051094
21          through US0051215.................122
22 Klein 7    a document Bates Numbered US0050780
23          through US0050923.................122
24 Klein 8   a document Bates Numbered US0050948
25          through US0050970.................122

1          I N D E X (Cont'd)
2  EXHIBIT       DESCRIPTION          PAGE
3  Klein 9    a document Bates Numbered US104099
4          through US104103.................144
5  Klein 10   a document Bates Numbered US0104107
6          through US0104108.................145
7  Klein 11   a document Bates Numbered US0063188
8          through US0063190.................151
9  Klein 12   a document Bates Numbered US0063899
10          through US0063905.................151
11 Klein 13   a document Bates Numbered US0062817
12          through US0062818.................155
13 Klein 14   a document Bates Numbered US0052929
14          through US0052938.................155
15 Klein 15   a document Bates Numbered US0054376
16          through US0054378.................163
17 Klein 16   a document Bates Numbered US0054351
18          through US0054352.................166
19 Klein 17   a document Bates Numbered US0063192
20          through US0063194.................168
21 Klein 18   a document Bates Numbered US0114698
22          through US0114701.................171
23 Klein 19   a document Bates Numbered US0063336
24          through US0063339.................172
25

1          I N D E X (Cont'd)
2  EXHIBIT       DESCRIPTION          PAGE
3  Klein 20   Incorrectly marked.................173
4  Klein 21   a document Bates Numbered US063333
5          through US063335..................173
6  Klein 22   a document Bates Numbered US0052868
7          through US0052870.................176
8  Klein 23   a document Bates Numbered US0063537
9          through US0063538.................177
10 Klein 24   a document Bates Numbered US0052943
11          through US0052945.................181
12 Klein 25   Incorrectly marked.................181
13 Klein 26   a document Bates Numbered US0053299
14          through US0053300.................181
15
16
17
18
19
20
21
22
23
24
25

Page 58

1    MR. ROSMAN: Why don't we take 10
2 minutes at this time.
3    MS. SMITH: Okay.
4    (Recess taken -- 10:52 a.m.)
5    (Resume testimony -- 11:03 a.m.)
6 BY MR. ROSMAN:
7    Q. I think we discussed previously that
8 there's a small business goal of 23 percent.
9 Agencies can reserve contracts for small
10 businesses, right?
11    A. Yes.
12    Q. And how does a company become eligible
13 to bid on a contract that is reserved for small
14 businesses.
15    A. Well, normally, we call them a
16 set-aside. So if it's a small business
17 set-aside, which is set-aside for small
18 businesses, then you self-certify that you are,
19 in fact, a small business. You know, just like
20 we said before, you're self-certifying for SDB
21 status, you're also certifying for small status
22 for a small business set-aside.
23    And in both of those cases, you know,
24 the firm is certifying their status under penalty
25 of perjury, so we accept those certifications

Page 59

1 absent information to the contrary.
2    And on the small business size status
3 part of it, you know, some of the affiliation
4 rules can be complex and confusing. So the mere
5 fact that someone is certifying as small does not
6 necessarily mean that they did something,
7 you know, wrong, per se; they just, maybe,
8 misunderstand the rules. So, yes, they do it
9 under the penalty of perjury, but on the science
10 part, many times it's more confusion than it is
11 an outright miscertification.
12    Q. Okay. So is it like the SDB in that
13 they just identify themselves as small in, say, a
14 SAM registration?
15    A. That's correct.
16    Q. Okay.
17    A. And they do it based upon a certain size
18 standard. So I can register small, or Code 1, 2,
19 3, 4, 5, 6, or I'm other than small, Code 1, 2,
20 3, 4, 5, 6, 7. Because, you know, one's $3.5
21 million size standard, and one's a $35 million
22 size standard. I'm eligible for one
23 but not for the other.
24    Q. Got it. Okay.
25    And the SBA doesn't check that until

Page 60

1 that company wins a contract that was reserved
2 for small businesses, right?
3    A. SBA does not check it themselves.
4 That's correct.
5    In terms of submitting an offer for a
6 contract, the contracting officer will accept
7 that certification as accurate, unless he or she
8 has reason to believe otherwise. And he or she
9 or an interested party who also submitted an
10 offer and was not the primary successful offeror
11 can always challenge that status with SBA.
12    Q. Okay. Let's turn to the 8(a) Business
13 Development Program. How does one go about
14 applying to be a participant in that program?
15    A. So today everything is done online
16 through the Certify.gov system.
17    MR. ROSMAN: Okay. Michelle, could you
18 put Form 1010 into Exhibit Share?
19    THE WITNESS: Which 1010?
20    MR. ROSMAN: This is the first 1010.
21    And then, Michelle, if you could put
22 1010-IND also in Exhibit Share after that, we'll
23 go through things, hopefully, with some
24 expedition.
25    MR. FISHMAN: We're all for that.

Page 61

1    MR. ROSMAN: Good. Me too.
2    When you've got the first one there,
3 just let us know.
4    THE WITNESS: I still just have 1, 2 and
5 3 only right now.
6    MR. ROSMAN: Me too.
7    MS. SCOTT: Four should be on its way.
8    MR. ROSMAN: On its way.
9    Okay.
10    (Klein Exhibit No. 4, a document titled
11 Form 1010, 8(a) Application, was introduced
12 electronically.)
13    THE WITNESS: There it is. All right.
14 BY MR. ROSMAN:
15    Q. If you could open up -- now it's telling
16 me to wait.
17    A. It's telling me to wait, as well.
18    Q. All right.
19    Let's try it again.
20    It still says wait.
21    MS. SCOTT: Five should be there pretty
22 soon now. It's on its way.
23    (Klein Exhibit No. 5, a document titled
24 Form 1010-IND, was introduced electronically.)
25    MR. ROSMAN: All right. Well, we're

16 (Pages 58 - 61)

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830
Case 2:20-cv-00041-DCLC-CRW   Document 73   Filed 07/12/22   Page 4 of 11   PageID #: 3012

1       MR. ROSMAN: Okay. All right.
2       (Klein Exhibit No. 6, a document Bates
3 Numbered US0051094 through US0051215, was
4 introduced electronically.)
5       (Klein Exhibit No. 7, a document Bates
6 Numbered US0050780 through US0050923, was
7 introduced electronically.)
8       (Klein Exhibit No. 8, a document Bates
9 Numbered US0050948 through US0050970, was
10 introduced electronically.)
11 BY MR. ROSMAN:
12   Q. So, Mr. Klein, my question is, I didn't
13 include all of the appendices to this document,
14 but is this a document you recognize as the
15 Fiscal Year 2015 408 report?
16   A. I haven't opened seven yet.
17   Q. Okay.
18   A. It takes a while.
19     Okay. Seven. Okay. It looks like the
20 408 report, yes.
21   Q. Okay. If we can just turn to the page
22 marked 12, which is, I think, actually, the 14th
23 -- 15th page of the document, but it says 12 at
24 the bottom.
25       MS. SCOTT: I'm sorry, Michael. Are you

1 on Exhibit 6 or 7?
2       MR. ROSMAN: Six, right, Michelle?
3       THE WITNESS: Oh, I'm on 7. I thought
4 you said 7. I'm sorry.
5       MR. ROSMAN: I said 7 at first, and then
6 I corrected myself.
7       MS. SCOTT: Yeah. It should be 6, 7 and
8 8, Michael. Sorry.
9       MR. ROSMAN: Okay.
10       THE WITNESS: Okay. Page Number 12?
11 BY MR. ROSMAN:
12   Q. It says 12 at the bottom. There's a
13 Table 3 at the top. That's what I'm going to ask
14 you about.
15   A. Okay.
16   Q. So in Table 3, we have identity of
17 those who reached various actions in the program,
18 right?
19   A. Okay.
20   Q. Okay. And if I'm reading this
21 correctly, it indicates that in, for example,
22 fiscal year 2014, 870 participants completed the
23 program, but only two either graduated or early
24 graduated; is that right?
25   A. That's what it says.

1   Q. Okay. And just so we're going back to
2 the testimony that you said previously, that
3 would mean the vast majority of people who
4 finished the program in 2014 did not meet the
5 objectives of their business plan, right?
6   A. I don't necessarily think that's true.
7 I think people are -- when it says this, I'm
8 thinking it's early graduation, is my guess,
9 only because when firms are leaving the program,
10 sometimes they do an analysis of the business
11 plan and sometimes they do not. So I don't think
12 it's fair to say that 868 firms did not meet
13 their plan. I don't think that's fair. I think
14 that two firms probably graduated early and SBA
15 didn't necessarily do a full analysis of every
16 other firm coming through or not coming through.
17   Q. Well, how would you know that to be
18 true?
19   A. Based upon this table, you probably
20 would not know that.
21   Q. Okay. And the term "graduated"
22 indicates that it includes both those firms that
23 left the program early and those programs that
24 left the program after nine years, right?
25   A. In theory, yes.

1   Q. Well, do you have some reason -- well, I
2 guess you've described some reasons you have to
3 doubt the accuracy of this, correct?
4   A. I just don't believe that the BOSs, on a
5 case-by-case basis for every firm leaving the
6 program, have compared every one. Many
7 firms -- as I said before, many BOS, Business
8 Opportunity Specialists, have many firms that
9 they're following and they're doing work with.
10 When one leaves the program, it leaves the
11 program, and they're on to the next firm.
12 They're not really looking at why they left the
13 program, how they left the program. Could they
14 do that if they have time? Yes, they could. But
15 many of them don't have the time to do that. So
16 I'm doubting that number in terms of two only.
17   Q. Okay. Well, let me ask you this: Why
18 would the SBA in its report to Congress bother
19 separating out those who completed the program
20 and those who graduated from the program, if, in
21 fact, they don't have faith in the numbers that
22 they're putting down?
23   A. Again, I think they really meant early
24 graduation, but I don't know for -- I can't say,
25 specifically, if that's the case, but that's just

Case 2:20-cv-00041-DCLC-CRW   Veritext Legal Solutions   Filed 07/12/22   Page 5 of 11
215-241-1000 ~ 610-434-8588   Page 838 of 1002 ~ 202-571-0510 ~ 202-803-8830

1 my gut on that.
2    Q. Okay. Well, your gut tells you that
3 they shouldn't have put "graduated" in a table
4 that was going to Congress?
5    A. No. It's --
6      MS. SMITH: Objection.
7      THE WITNESS: It's telling me that they,
8 maybe, were imprecise in their words; that they
9 meant early graduated and they put both there.
10 It was certainly no intent by SBA to misconstrue
11 anything or mislabel anything. It was more of,
12 it looks to me, as an imprecise wording.
13 BY MR. ROSMAN:
14    Q. All right. Well, is there any other
15 basis for determining how many firms at the end
16 of nine years have graduated by meeting the
17 objectives of their business plan?
18    A. I don't know the answer to that.
19    Q. Okay. Does the SBA keep track of that?
20    A. I think it's done by some offices, but
21 not by others. Again, as I said, many offices
22 are overworked and do not have the ability to
23 track who's leaving based upon how they're
24 leaving. They're just doing other things at that
25 point in time.

1    Q. Okay. So who usually initiates early
2 graduation, the participant or the SBA?
3    A. The SBA.
4    Q. Is the process the same regardless of
5 which one of them initiates early graduation?
6    A. I'm not understanding that question.
7 "Is the process the same regardless of which one
8 of them." Which one of whom?
9    Q. The SBA or the participant.
10    A. If the -- if the -- if the participant
11 wants to initiate early graduation, it would do
12 something under what we call voluntarily early
13 graduate. And they would say, we've met our
14 program goals, we would like to get out of the
15 program, and that's the end of it. There's no
16 process, per se, other than -- we call it a
17 voluntary withdrawal, if they just want to get
18 out of the program generally, or a voluntary
19 early graduation if they believe that they've
20 met their objective.
21    Q. Okay. Well, if the SBA initiates the
22 early graduation process, are there procedures
23 that are afforded the participant?
24    A. There is a process by which the
25 participant can respond to SBA's initiation of

1 early graduation, yes.
2    Q. Okay. And what is that process?
3    A. SBA will propose early graduation, and
4 the firm can respond to that as to why they
5 should or should not be early graduated.
6    Q. Okay. So it's just --
7    A. If they agree, obviously, then they'll
8 go the faster route and do the voluntary early
9 graduation. If they don't agree, it can end up
10 in the Office of Hearings and Appeals.
11    Q. Okay. So in any given year, how many
12 early graduations are there?
13    A. As you can see from this table, not that
14 many.
15    Q. Okay. Well, that table, at least
16 nominally, says both graduations and early
17 graduations. Are you familiar with the number of
18 early graduations there have been in more recent
19 years?
20    A. I would believe that the number is
21 similar to these numbers.
22    Q. Okay. So fairly few; is that right?
23    A. Fairly few, yes.
24    Q. Okay. So there are various reasons
25 why one can have early graduation that were

1 identified in our notice to the SBA. Is there
2 one reason that's more prevalent than others for
3 early graduation?
4    A. You know, I think -- well, I mean, I've
5 seen on all three those, you know, the reasons.
6 I've seen a reason for, we think that the firm
7 has done so well that the firm achieves its
8 business plan. I've seen where the individual
9 has overcome economic disadvantage. So both of
10 those reasons are reasons that we've done the
11 process.
12    Q. Okay. Is it ever the case that a
13 participant is given early graduation because its
14 size has exceeded the size of the primary NAICS
15 code?
16    A. I don't think that's the normal way of
17 doing it.
18    Q. Okay.
19    A. No, the regulations do not require a
20 firm to be early graduated when that happens.
21 The reg in SBA say, "May early graduate." It
22 doesn't say they "must."
23    Q. Well, I understand. I'm not sure
24 -- okay.
25      So that's not a common means by which

33 (Pages 126 - 129)

1                              E R R A T A

2 PAGE LINE CHANGE

3 _ P. 11; Line 24; insert the word "the" between the words "to" and "8(a)" _ _ _ _ _ _ _ _ _ _ _ _ _

4 Reason for

5 Change:____Typo_____

6 PAGE LINE CHANGE

7 _ _ P. 13; Line 12 and Line 13; change the word "cell" to "sub" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

8 Reason for

9 Change:____Typo_____

10 PAGE LINE CHANGE

11 _ _ P. 17; Lines 2-3: insert the word "and" between the words "Management" and "Technical" _ _ _ _

12 Reason for

13 Change:_____Typo_____

14 PAGE LINE CHANGE

15 _ _ P. 21; Lines 17-18; change "of participants in a program, dollars," to "participants in the 8(a) program, contract dollars,".___ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16 Reason for

17 Change:_____Typo; clarity_____

18 PAGE LINE CHANGE

19 _ _ P. 40; Lines 8-9; First sentence should read: "I'm sure there are several agencies whose goals for SDBs are greater than 5 percent." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

20 Reason for

21 Change:____Typos_____

22 PAGE LINE CHANGE

23 _ P. 54; Line 14; Change "certified.gov" to "certify.gov" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

24 Reason for

25 Change:____Typo_____

1 PAGE LINE CHANGE

2 _ P. 59; Lines 9-10; change "but on the science part, many times it's" to "but if something is incorrect, many times it's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____ Transcription error_____

5 PAGE LINE CHANGE

6 _ P. 59; Lines 17-20; sentence should read as follows: "And they do it based upon a certain size standard. Each NAICS code is assigned a corresponding size standard. So I can register as a small business for NAICS Code 123456, and as an other than small business for NAICS Code 123457, depending upon the corresponding size standard corresponding to the NAICS Code." _ _ _ _ _

7 Reason for

8 Change:_____ Typos and Clarification_____

9 PAGE LINE CHANGE

10 _ P. 60; Line 10; change the word "primary" to "apparent" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____ Typo_____

13 PAGE LINE CHANGE

14 _ P. 74; Lines 3-4; should read "or they look for things as to whether there are any outstanding debts or things of that sort." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____ Transcription error_____

17 PAGE LINE CHANGE

18 _ P. 83; Line 7; should read "Alaska", not "Alaskan" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____ Typo_____

21 PAGE LINE CHANGE

22 _ P. 83; Line 9; delete "or it's - -" and add the word "be" between the words "deemed to" and "owned and" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____ Typo_____

1 PAGE LINE CHANGE

2 _ _ P. 87; Line 4; change "the ANC owns X and Joe Smith owns 400 percent of one company" to "the ANC owns 51% of X and Joe Smith owns 49 percent of that company" _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:___Typo_____

5 PAGE LINE CHANGE

6 _ __P. 107; Line 22; change "company Y" to "country Y" _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 _ P. 127; Line 13: change the word "graduate" to "graduation" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ P. 138; Line 24; Change "SDBO" to "SDVO"; change "SWB" to "WOSB" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Typos_____

17 PAGE LINE CHANGE

18 _ _ P. 140; Line 12; change "JCBD" to "GCBD" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo_____

21 PAGE LINE CHANGE

22 _ P. 140; Line 23; Change "4" to "4.5 million" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:___Typo/clarification_____

1 PAGE LINE CHANGE

2 _ _P. 153; Line 18; change "an it" to "it an"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:____Typo_____

5 PAGE LINE CHANGE

6 _ _ P. 194; Lines 18-19; "7(j) is management technical assistance" should be changed to read "7(j) is a management and technical assistance program"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 _ _P. 195; Line 15; Change "with grants" to "or grants"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ _P. 195; Lines 22-23; Change "these contractor grantees" to "these contractors or grantees"_ _ _

15 Reason for

16 Change:____Typo_____

17 PAGE LINE CHANGE

18 _ _P. 199; Line 18; Change "as SBA's" to "of SBA's"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:____Typo_____

21 PAGE LINE CHANGE

22 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____

1     ACKNOWLEDGMENT OF DEPONENT

2            I, _John W. Klein_____, do

3     hereby certify that I have read the foregoing

4     pages _i_ to _212_ and that the same is a

5     correct transcription of the answers given by

6     me to the questions therein propounded,

7     except for the corrections or changes in form

8     or substance, if any, noted in the attached

9     Errata Sheet.

10

11     _6-10-22_

12     DATE            SIGNATURE

13

14            Subscribed and sworn to before

15     me this _____ day of _____, 2022.

16

17            My commission expires:

18            _____

19

20            _____

21            Notary Public