# EXHIBIT 3

 1            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TENNESSEE
 2                 GREENEVILLE DIVISION
 3    - - - - - - - - - - - - - - - - :
                                      :
 4    ULTIMA SERVICES CORPORATION,    :
                                      :
 5            Plaintiff,              :   CASE NO.
                                      :
 6            vs.                     :   2:20-cv-00041
                                      :
 7    U.S. DEPARTMENT OF              :
      AGRICULTURE, et al.,            :
 8                                    :
              Defendants.             :
 9                                    :
      - - - - - - - - - - - - - - - - :
10
11            DEPOSITION OF JONATHAN GURYAN
12
13    DATE:             April 27, 2022
14    TIME:             9:30 a.m.
15    LOCATION:         Via Zoom Videoconference
16
      REPORTED BY:      Constance H. Rhodes
17                      Reporter, Notary
18
19
20
21
22    Job No. CS5185100

www.CapitalReportingCompany.com
202-857-3376

Page 2

1     A P P E A R A N C E S
2
3 On behalf of Plaintiff:
4    MICHAEL ROSMAN, ESQUIRE
   MICHELLE SCOTT, ESQUIRE
5    Center for Individual Rights
   1100 Connecticut Avenue, Northwest
6    Suite 625
   Washington, DC 20036
7    Rosman@cir-usa.org
8
9 On behalf of Defendants:
10    CHRISTINE T. DINAN, ESQUIRE
   JULIET GRAY, ESQUIRE
11    United States Department of Justice
   Employment Litigation Section
12    150 M Street, Northeast
   Washington, DC 20002
13    (202) 598-1600
   Christine.dinan@usdoj.gov
14
15      * * * * *
16
17
18
19
20
21
22

Page 3

1     C O N T E N T S
2 EXAMINATION BY:         PAGE
3   Counsel for Defendants      4
4   Counsel for Plaintiff     238
5
6
7     E X H I B I T S
8 1 Expert Report of Jonathan Guryan    22
9 2 Expert Report of Jon Wainwright    129
10 3 Update to the Assessment of Contracting
11   Outcomes for Small Disadvantaged
12   Businesses      209
13
14
15
16
17
18
19
20
21
22 (*Exhibits attached to transcript.)

Page 4

1     P R O C E E D I N G S
2 WHEREUPON,
3     JONATHAN GURYAN
4 called as a witness, and having been first duly
5 sworn, was examined and testified as follows:
6    EXAMINATION BY COUNSEL FOR DEFENDANTS
7 BY MS. DINAN:
8   Q   Good morning.  My name is Christine
9 Dinan.  I'm an attorney with the Department of
10 Justice and I represent the defendants in this
11 matter.  This deposition is being taken pursuant
12 to the Federal Rules of Civil Procedure.
13    Dr. Guryan, can you please state and spell
14 your full name for the record?
15   A   Jonathan Guryan, J-O-N-A-T-H-A-N,
16 G-U-R-Y-A-N.
17   Q   I understand you have been deposed
18 before; is that right?
19   A   That's correct.
20   Q   Approximately how many times have you
21 been deposed?
22   A   I think approximately 25 to 30 times.

Page 5

1   Q   Since you've been deposed before, I'm
2 not going to spend time going over all the rules
3 and reminders, but I do want to go over just a few
4 things.
5    First, if I ask you a question that you
6 don't understand, please ask me to rephrase or
7 clarify before answering.  If you answer the
8 question I will assume that you understood it.
9    Second, are you on any medications that
10 might affect your ability to give complete and
11 accurate testimony today?
12   A   No.
13   Q   Is there anything else that might affect
14 your ability to give complete and accurate
15 testimony today?
16   A   No.
17   Q   And I'd also like to ask for your
18 agreement to certain things since this deposition
19 is being taken remotely via Zoom.  Will you agree
20 that you not make a recording of any kind of
21 today's deposition?
22   A   I do.

Case 2:20-cv-00041-DCLC-CRW    Document 74-3    Filed 07/19/22    Page 3 of 8
PageID #: 3070
2 (Pages 2 - 5)
www.CapitalReportingCompany.com

1 the cause of the differences in pay or the
2 disparities.
3    Q    I just want to make sure I understand
4 that.  The model -- I'm not a economist, I
5 apologize for that -- but the model distinguishes
6 between discrimination inside the market and
7 outside the market; is that right?
8    A    The model makes predictions about what
9 you would expect to see in the data if there is
10 discriminations inside the market as opposed to if
11 differences in pay are caused by nondiscriminatory
12 factors or discrimination outside the market.  And
13 so we test whether those predictions of the model
14 show up in the data and whether other associations
15 in the data show up that you might see if they
16 were caused by discrimination outside the market
17 or nondiscriminatory factors.
18    Q    When you were running the study did you
19 run one test or more than one?
20        MR. ROSMAN:  Objection to the form of the
21 question.  You may answer.
22        THE WITNESS:  There are multiple forms of

1 the tests.  It's hard to say how you would count how
2 many tests there are.  There certainly are --
3 there's more than one result in the paper, and the
4 test is run in different ways that are both -- those
5 tests are all derived from the economic model.
6 BY MS. DINAN:
7    Q    So is it accurate to say you ran several
8 tests using the same model, the same economic
9 model, as you've described it?
10        MR. ROSMAN:  Same objection.  You may
11 answer.
12        THE WITNESS:  The same theoretical model
13 makes more than one prediction, and we tested more
14 than one prediction.
15 BY MS. DINAN:
16    Q    And so you said also ran a regression
17 analysis as part of that study, correct?
18    A    There are regressions run in that study,
19 yes.
20    Q    That's two types of analyses --
21 regressions and tests -- using this model, is that
22 accurate?  Am I understanding that correctly?

1    A    No.  We don't -- we don't draw
2 conclusions about discrimination based on
3 regressions of the type that Dr. Wainwright used.
4    Q    That wasn't my question.  You said you
5 ran regressions in addition to tests using this
6 model.  Those are different things, correct?
7    A    Regressions are useful tools for some
8 things.  So I certainly have run regressions in
9 lots of papers.  My criticism of regression is not
10 that regressions are flawed fundamentally.  It's
11 that using a regression of the form that
12 Dr. Wainwright used to try to test for
13 discrimination is flawed.
14    Q    That wasn't my question.  I'm talking
15 about this study that you've described where you
16 were studying the role that racial prejudice plays
17 on pay.  As I understand it, just to be clear, you
18 ran regressions as part of that study, and you
19 also ran some tests using Becker's economic model.
20        Is that correct, or am I misunderstanding
21 something?
22    A    The only analyses in the paper that are

1 testing for discrimination are the ones that are
2 based on Becker's economic model.  In performing
3 the analyses in the paper for other purposes,
4 there are some regressions that we used.
5    Q    And what were those other purposes that
6 regressions were run for?
7    A    Well, so in order to calculate what the
8 wage gaps are between black and white workers at
9 the state level, we ran regressions to calculate
10 those differences in pay.
11    Q    Okay.  So I guess my question is, it
12 sounds like you ran more than one test.  I
13 understand the regressions were studying something
14 different than the economic model was, but you
15 also said you tested several predictions.  So is
16 it fair to say that were several tests or analyses
17 run as part of this study?
18    A    It is fair to say that there were --
19 there was more than one test done or analysis
20 that's in that paper.
21    Q    Does the fact that multiple tests were
22 run give you greater confidence in the conclusions

Case 2:20-cv-00041-DCLC-CRW    Document 74-3    Filed 07/19/22    Page 4 of 8
PageID #: 3071
16 (Pages 58 - 61)
www.CapitalReportingCompany.com

Page 62

1  that were reached in that study?
2     A    So in that study we ran the tests in
3  different ways that were predicted by the -- and
4  implied by the economic model.  And yes, the fact
5  that the results are consistent across those
6  different ways of running the test did give me
7  more confidence that the conclusion was correct.
8        MS. DINAN:  Okay.  I'm happy to move on.
9  We've been going for about an hour and a half now.
10  Do folks need a break or do you want to go a little
11  further before we take one?  How is everyone doing,
12  including Ms. Rhodes.
13        THE REPORTER:  I'm okay.
14  BY MS. DINAN:
15     Q    Okay.  So paragraph 6 is the next one I
16  want to test in your report.  "Statistical Tests
17  for the Existence of Discrimination."  That's on
18  page 8.
19        You note in your report that if a social
20  scientist can't reject the possibility that a
21  disparity in outcomes between two groups could have
22  been generated in the absence of the type of

Page 63

1  discrimination in question, then he can't conclude
2  that the particular type of discrimination caused
3  the disparity.
4        What do you mean here when you say "the
5  type of discrimination in question"?
6     A    You are referring to the middle
7  paragraph on page 9?  That's where you are reading
8  from?
9     Q    Yes.
10     A    What I'm referring to there is that
11  there is some question that the researcher-analyst
12  is trying to answer and that question might be
13  that they are trying to answer whether, say,
14  discrimination by employers in a labor market
15  causes differences in pay.  That is a particular
16  type of discrimination.  There's other types of
17  discrimination that one might test for that might
18  exist in the world.  That is the type of
19  discrimination in that example that the researcher
20  is trying to test for.
21        If that is the question that the
22  researcher is trying to answer, then it's necessary

Page 64

1  to consider whether both nondiscriminatory factors
2  and other types of discrimination other than the
3  type that the researcher is trying to test for
4  contributed to or caused the disparity that the
5  researcher observes.
6     Q    If a social scientist, as you said,
7  can't reject the possibility that a disparity
8  could have been generated in the absence of
9  whatever discrimination you are testing for -- I
10  understand you are saying he can't conclude that
11  that type of discrimination caused a disparity --
12  can he conclude that some type of discrimination
13  caused the disparity or may have caused the
14  disparity?
15        MR. ROSMAN:  Objection to the form of the
16  question.  Compound.  Go ahead.
17        THE WITNESS:  Now you have changed the
18  question that the researcher is asking.  Now, as I
19  understand the question, it's whether a disparity
20  was caused by any discrimination of any type.  If
21  that is --
22

Page 65

1  BY MS. DINAN:
2     Q    Yes.
3     A    If that is the question, then one must
4  consider whether a disparity was caused by any
5  nondiscriminatory factor.
6     Q    Okay.  Same question.  But could he
7  conclude that the results are consistent with
8  discrimination?
9     A    I think it would be inappropriate and
10  misleading to draw a conclusion that a disparity
11  is consistent with discrimination without
12  considering whether the disparity was caused by
13  factors other than discrimination.
14     Q    Just to clarify, is the standard you are
15  really looking at here causation, trying to
16  determine what caused a disparity?
17     A    I want to be real careful because it may
18  be that that word "causation" has a different
19  meaning in the legal sense than the way I used it
20  as a social science researcher.
21        What I'm saying is that if there's a
22  disparity.  So there's a difference in outcomes

Case 2:20-cv-00041-DCLC-CRW    Document 74-3    Filed 07/19/22    Page 5 of 8
PageID #: 3072
17 (Pages 62 - 65)
www.CapitalReportingCompany.com

Page 158

1 differences in the capacity.

2       How many of the 205 studies that

3 Dr. Wainwright reviewed do you believe failed to

4 control for firm size or capacity?

5    A   I don't know exactly how many, but many

6 of them.

7    Q   How would you measure capacity?

8    A   In the context of calculating a

9 disparity index?

10   Q   No.  In the context of determining the

11 capacity of a business?

12   A   So I couldn't tell you a specific

13 variable that I would use.  This is not a -- I was

14 not -- you know, I didn't design a disparity index

15 or a disparity study myself here, so I haven't

16 gone through all the details of figuring out the

17 exact specifics of how I would try to control for

18 capacity.

19       The idea would be to try to control for

20 differences in the size of firms and features of

21 firms that allow them to take on projects of

22 different size and different numbers of projects at

Page 159

1 the same time.  That, you know, measuring that may

2 be difficult, so I'm not sure I have an obvious

3 solution about the way that I think that that should

4 be done.

5       But my criticism is different.  My

6 criticism is not -- my criticism is that when one

7 sees the disparity that does not fully or at all

8 control for capacity, it's inappropriate to draw a

9 conclusion that that disparity is the result of

10 discrimination as opposed to differences in

11 capacity.

12   Q   Okay.  So I understand it, your

13 criticism is that capacity should have been

14 controlled for and was not, but you don't have an

15 opinion as to the appropriate way to measure

16 capacity.

17   A   I wouldn't agree with that quite in the

18 way that you said it.  What I would say is that

19 it's inappropriate to draw a conclusion about

20 discrimination given the way that capacity either

21 was not controlled for or controlled for

22 insufficiently.  Your question suggested that I'm

Page 160

1 saying that the study should have controlled for

2 capacity.  If the goal of the study was to measure

3 disparity without trying to draw a conclusion

4 about whether that disparity was caused by

5 discrimination, then it may not have been

6 necessary to control for capacity.

7       What my opinion is is that given that many

8 of the studies don't control for capacity, it's

9 inappropriate to draw a conclusion based on the

10 calculations of disparities from those studies that

11 there was discrimination.

12   Q   Okay.  You don't have an opinion as to

13 the correct way to measure capacity in that

14 context?

15   A   No, I don't.  I don't have a full

16 solution of how one should fully control for

17 capacity.  I think it's difficult, and partly

18 because it is difficult, it's inappropriate to

19 draw a conclusion that the disparity is the result

20 of discrimination as opposed to capacity, which is

21 either not measured or hard to measure.

22   Q   A few moments ago you mentioned size of

Page 161

1 the firm is potentially relevant to this.  Do you

2 believe that firms can vary their size based on

3 demand?

4    A   I believe that they can do that to some

5 extent.  I don't believe that's unlimited, and I

6 believe it's costly.  And I believe it's costly to

7 do so quickly.  And the fact there are differences

8 in firm size can contribute to differences in the

9 likelihood that firms will bid on contracts and

10 also could contribute to the likelihood that they

11 might receive or win a bid if decisions about who

12 wins bids are based on beliefs by the decision

13 maker about whether the firm is going to be able

14 to deliver on the contract that they bid on.

15   Q   If you were attempting to measure

16 capacity how would you account for this, you know,

17 the fact that firms can change their size based on

18 demand?

19   A   That's one of the reasons why measuring

20 capacity is difficult, as I said earlier.  But

21 that's also one of the reasons why, because it's

22 difficult to measure, it's inappropriate to draw a

Case 2:20-cv-00041-DCLC-CRW   Document 74-3   Filed 07/19/22   Page 6 of 8
PageID #: 3073
41 (Pages 158 - 161)
www.CapitalReportingCompany.com

Page 162

1  conclusion based on a disparity that doesn't fully
2  control for capacity that there is discrimination.
3      Q    Did you perform any calculations to
4  determine the effects of differences in a firm's
5  capacity, if they existed, would have on
6  Dr. Wainwright's analysis?
7      A    I did not.
8      Q    Did you attempt to recalculate any of
9  the disparity indexes in the reports that
10 Dr. Wainwright reviewed accounting for capacity?
11     A    No.
12     Q    Do you believe that any differences in
13 the capacity between minority-owned and
14 nonminority-owned firms could be influenced by
15 discrimination?
16     A    I believe that to the extent there's
17 differences in capacity between minority- and
18 nonminority-owned firms, that can be the result of
19 discrimination in some form.  That's a different
20 question than whether it is the result of
21 discrimination in the contracting -- federal
22 contracting market, and it's also a different

Page 163

1  question from whether it is the result of current
2  versus historical discrimination.
3      Q    Okay.  But what if the question is just
4  if there is discrimination in the contracting
5  market nationwide and discrimination of any type?
6      A    Again, I refer to discrimination outside
7  of the contracting market.  So the fact that there
8  are differences in capacity, to the extent that
9  that's true, that could be the result of
10 discrimination outside of the federal contracting
11 market.  It could be the result of discrimination
12 in markets that happened in the past.  It could be
13 the result of other factors.  Without an analysis
14 of that, you know, it's not appropriate to draw
15 conclusions about discrimination in the
16 contracting market.
17     Q    Have you performed any tests or analysis
18 to determine whether there is -- whether
19 differences in capacity of minority- and
20 nonminority-owned firms are influenced by
21 discrimination?
22     A    I haven't.

Page 164

1      Q    In your report you describe a
2  hypothetical industry in which there are many
3  smaller businesses and few -- very few large
4  businesses, and the few large businesses are
5  nonminority-owned.  This is on page 19 of your
6  report, but I'm just paraphrasing.
7           You note that if businesses in this
8  industry bid for contracts that are proportionate to
9  their size and contracts are awarded at equal rates
10 to every business that bids for a contract, the
11 ratio of utilization to availability will be lower
12 for minority than nonminority businesses.
13          My question is what evidence do you have
14 that businesses bid on contracts proportionate to
15 their size?
16          MR. ROSMAN:  I'm going to ask to have just
17 the question, the last sentence, read back.  I
18 didn't really hear it.
19          (Whereupon, the Reporter read the record
20          as requested.)
21          MR. ROSMAN:  I'm going to object to the
22 form of the question then.  Go ahead.

Page 165

1          THE WITNESS:  So I'm -- this part of the
2  report that you're pointing to, I'm describing a
3  hypothetical example to make -- to illustrate the
4  broader point that without controlling for or
5  considering the role that capacity might play in
6  determining utilization relative to availability,
7  it's inappropriate to draw a conclusion that the
8  difference in the ratio of utilization to
9  availability is caused by discrimination.  And this
10 is a hypothetical example that would be one
11 situation where capacity would play a role that none
12 of -- sorry, I won't say none -- that many of the
13 studies that Dr. Wainwright relied on don't adjust
14 for.
15          And so my opinion is that a summary of
16 all of those studies that include at least some
17 that don't adjust for differences in capacity
18 can't appropriately lead to a conclusion that the
19 disparity and utilization is the result of
20 discrimination.
21 BY MS. DINAN:
22     Q    I understand it's a hypothetical, but my

Case 2:20-cv-00041-DCLC-CRW    Document 74-3    Filed 07/19/22    Page 7 of 8
PageID #: 3074
42 (Pages 162 - 165)
www.CapitalReportingCompany.com

1  question is do you have any evidence that

2  businesses bid on contracts proportionate to their

3  size? Are you aware of any evidence of that?

4     A   I can't think of a study off the top of

5  my head that says one way or the other, but I

6  haven't seen an analysis by Dr. Wainwright showing

7  that it's not true.

8     Q   Do you recall that capacity is a static

9  notion?

10    A   No. I think firms grow and shrink over

11 time, and they make investments that can change

12 their capacity.

13    Q   Some other criticisms you've made of the

14 disparity studies in your report, you contend that

15 the disparity study that is published by a state

16 or local government as support for a particular

17 DBE program is likely to show disparities that the

18 program is intended to remedy.

19        That's on page 15 of your report. What is

20 the basis for this assertion?

21    A   My understanding from Dr. Wainwright's

22 report and his deposition is that the way he got

1  these 205 studies is that these are the ones that

2  have been published by the entities that are

3  running DBE programs. And I'm raising the

4  possibility that if the DBE program exists, that

5  means it has been justified. And if there are

6  other studies that have been done that didn't show

7  disparities and led to DBE programs not existing,

8  then it's possible that Dr. Wainwright wouldn't

9  see those studies because those studies wouldn't

10 ever be made public.

11    Q   Are you aware of any published studies

12 that show that there were no disparities over all?

13    A   Sorry. The point of my answer to the

14 last question is that the studies that don't find

15 any disparities overall might not ever be

16 published.

17    Q   I understand. You are saying might. I

18 guess I'm saying are you aware of any studies that

19 were not published because they did not show

20 disparities?

21    A   I am not aware of those, and my point is

22 that I would expect that Dr. Wainwright might not

1  be aware of those either.

2     Q   You don't have any actual evidence

3  that's in fact true, that those studies -- you

4  know, studies were not published because they

5  didn't show disparities, correct?

6     A   I couldn't name a specific study, no.

7  I'm talking about the logic of the way that the

8  studies become published so that Dr. Wainwright

9  gets access to them well.

10    Q   Did you review each of the 205 disparity

11 studies that Dr. Wainwright reviewed to determine

12 whether there were disparities overall in the

13 utilization of minority-owned businesses in each

14 of those studies?

15    A   I did not redo Dr. Wainwright's

16 calculations.

17    Q   That wasn't my question. My question

18 was did you review them specifically to determine

19 whether there were any studies that did not find

20 any disparities?

21    A   I don't believe there are any studies in

22 Dr. Wainwright's sample that show no disparities

1  in any of the markets or submarkets that they

2  evaluated. But that's a different point from the

3  point I'm making in the section of the report that

4  you are asking about.

5     Q   Right. I think there are two separate

6  questions. One is whether there were any that

7  were not published because they didn't have

8  disparities. We talked about that.

9         The other is whether, of the studies in

10 the sample, the 205 studies in the sample, is it

11 your understanding that each of those studies had a

12 finding -- and I'm not asking about specific

13 markets -- that they all -- each of those studies

14 had results that show that there were disparities

15 overall in the utilization of minority-owned

16 businesses?

17    A   I did not see any that didn't show any

18 disparity at all such that it would -- could be

19 used to justify the existence of a DBE program.

20    Q   You also criticized Dr. Wainwright's

21 analysis of disparities in the industry that

22 plaintiff operates in is not specific enough