# EXHIBIT 4

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF TENNESSEE

 3                    GREENVILLE DIVISION

 4    _____

 5    ULTIMA SERVICES CORPORATON,

 6            Plaintiff,

 7       v.                        Case No.

 8    U.S. DEPARTMENT OF           2:20-cv-00041-DCLC-CRW

 9    AGRICULTURE, ET AL.,

10            Defendants.

11    _____

12              DEPOSITION OF CELESTE BENNETT

13    DATE:          Wednesday, March 16, 2022

14    TIME:          9:34 a.m.

15    LOCATION:      Remote Proceeding - DC

16                   Virtual Zoom

17                   Washington, DC 20005

18    REPORTED BY:   Shondra Dawson, Notary Public

19    JOB No.:       5106847

20

21

22
```

Case 2:20-cv-00041-DCLC-CRW   Document 74-4   Filed 07/19/22   Page 2 of 4
PageID #: 3077
www.CapitalReportingCompany.com
202-857-3376

Page 2

1         A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF:
3       MICHAEL E. ROSMAN, ESQUIRE
4       Center for Individual Rights
5       1100 Connecticut Avenue NW, Suite 635
6       Washington, DC 20036
7       rosman@cir-usa.org
8       202-833-8402
9
10 ON BEHALF OF DEFENDANTS:
11      JULIET GRAY, ESQUIRE
12      Department of Justice Civil Rights Division
13      Employment Litigation Section
14      150 M Street, NE
15      Washington, DC 20530
16      Juliet.gray@usdoj.gov
17      202-598-1600
18
19 ALSO PRESENT:
20      K'Shaani Smith, Counsel for Plaintiff
21      Michelle Scott, Counsel for Defendant
22

Page 3

1              I N D E X
2                              PAGE
3  By Ms. Gray                  11
4
5            E X H I B I T S
6  NO.       DESCRIPTION         PAGE
7  Exhibit 1   Lusa SAM.gov Entry         35
8  Exhibit 2   3/16/18 Email from Ms. Bennett
9             To NRCS                149
10 Exhibit 3   4/20/18 Email to
11            NRCS South Dakota        153
12 Exhibit 4   Complaint              158
13 Exhibit 5   Plaintiff Initial Disclosure   170
14 Exhibit 6   3/28/18 USDA Memorandum    174
15 Exhibit 7   2016 to 2021 Financial
16            Documents for Ultima and Lusa   185
17 Exhibit 8   Spreadsheet           206
18 Exhibit 9   5/30/20 Wells Fargo
19            Credit Application       222
20
21         (*Exhibits attached.)
22

Page 4

1          P R O C E E D I N G S
2        REPORTER:  This is an audio test of
3  5106487.  This is an audio test.  Ultima Services
4  Corporation versus U.S. Department of Agriculture, et
5  al.  This is an audio test.  This is a second audio
6  test.  This is a second audio test.
7        ELECTRONIC FEMALE VOICE:  Recording in
8  progress.
9        REPORTER:  Good morning.  My name is
10 Shondra Dawson.  I am the reporter assigned by
11 Veritext to take the record of this proceeding.  We
12 are now on the record at 9:34 a.m.  This is the
13 deposition of Celeste Bennett/Ultima Services
14 Corporation taken in the matter of Ultima Services
15 Corporation versus the U.S. Department of Agriculture,
16 et. al, on March 16, 2022, remote via Zoom.
17       I am a notary authorized to take
18 acknowledgements and administer oaths in the District
19 of Columbia.  Parties agree that I will swear in the
20 witness remotely outside of his or her presence.
21       Additionally, absent an objection on
22 the record before the witness is sworn, all parties

Page 5

1  and the witness understand and agree that any
2  certified transcript produced from the recording
3  virtually of this proceeding is intended for all uses
4  permitted under applicable, procedural and evidentiary
5  rules and laws in the same manner as a deposition
6  recorded by stenographic means and shall constitute
7  written stipulation of such.
8        At this time, will everyone in
9  attendance, please identify yourself for the record?
10       MS. GRAY:  My name is Juliet Gray, and
11 I represent the defendants in this matter.
12       MR. ROSMAN:  My name is Michael Rosman.
13 I represent the plaintiff and the witness in this
14 matter.
15       MS. SMITH:  My name is K'Shaani Smith -
16 - sorry.
17       THE WITNESS:  Pardon me, K'Shaani.
18       MS. SMITH:  My name is K'Shaani Smith.
19 I represent the defendant in this matter.
20       THE WITNESS:  And I'm Celeste Bennett,
21 and I represent the plaintiff in this matter.
22       MS. SCOTT:  I'm Michelle Scott, and I

Case 2:20-cv-00041-DCLC-CRW    Document 74-4    Filed 07/19/22    Page 3 of 4
PageID #: 3078                                           2 (Pages 2 - 5)
www.CapitalReportingCompany.com

Page 62

1  A   Yes.
2  Q   Is there a maximum number of people you
3 think Lusa could employ based on your current business
4 operation?
5  A   I would employ as many people as I could,
6 because that's more work.  So, I want to be
7 successful.  There are some instances where you might
8 not want to do that.  So, you might want to maintain
9 your size.  So, there are some cases where maybe I
10 wouldn't have done that, or I wouldn't have sought out
11 more work, because I was trying to preserve work that
12 I had and didn't want to lose that in the future.  So,
13 that's a kind of, "It depends" answer.
14      If we have the capability to hire more
15 people, yes, we have systems that are scalable, and we
16 are able to do that.  It doesn't necessarily mean we
17 would choose to do that.
18  Q   So, what do you mean by maintain your size?
19  A   So, if you have work with an agency that
20 you've done business with for a long time like with,
21 let's say, with NRCS.  I had always tried to make sure
22 that we could continue to bid on that type of work,

Page 63

1 because they were such an important client to us.  So,
2 that's an example for me.
3      But in general, I'm aware there's some NAICS
4 codes that are not -- The large/small business
5 designation is not based on revenue but based on
6 employee count.  I don't know if those apply to me or
7 not, but that's a scenario where a company might not
8 want to increase their size, because it changes the
9 competitive landscape for them.
10  Q   So, is it fair to say that, in some
11 instances at least, the benefits of maintaining your
12 size as a small business are better than increasing
13 your business revenue and size?
14  A   Yes.  That would be a decision you would
15 make -- That could be a day-to-day business decision.
16 It really just depends, because size standards are
17 fluid also.  So, you could conceivably be out of a
18 size standard today, and in it tomorrow, and I mean
19 that by year.  So, it's not something that once you're
20 out of it, you're just out of it.  You can always go
21 back to it.
22      And also, size standards also might

Page 64

1 increase.  So, you could become smaller and reenter
2 your size standard and be able to compete the size
3 standard you want to compete under, or the size
4 standard can become bigger.  And I don't know the
5 methodology for that, but I know that size standards
6 for NAICS codes have increased over time.  And so, you
7 can also hope for that, too.
8  Q   Do you think you could scale up your
9 operation if you were successful at winning more bids?
10  A   Yes, I could.  All of our operations, for
11 the most part, are Cloud-based.  So, that would be
12 very easy to do.
13  Q   What do you mean by Cloud-based?
14  A   Sorry, system.  I said operations.  Our
15 systems are Cloud-based.  So, we could continue to use
16 our existing payroll service.  We wouldn't have to
17 change that necessarily.  We could use our existing
18 benefits providers.  We could use the offices that we
19 have available.  We could hire more people.  We could,
20 yes, because don't create anything.  We have services
21 business, so it is very scalable just by its nature.
22      MS. GRAY:  We've been going for about

Page 65

1 an hour and a half.  So, why don't we take a short
2 break, about 10 minutes.  Does that work for everyone?
3      THE WITNESS:  That would be great.
4 Thank you.
5      MS. GRAY:  Okay.  So, why don't we meet
6 back here at 11:05.
7      THE WITNESS:  Do we need to stop video,
8 or do I do anything on my end?
9      MS. GRAY:  Probably just mute.  You can
10 turn your video off if you want privacy, and then you
11 can come back at 1:05.  I mean -- I'm sorry -- 11:05.
12      REPORTER:  Okay.  We are off the
13 record.
14      (Off the record.)
15      ELECTRONIC FEMALE VOICE:  Recording
16 stopped.
17      REPORTER:  We are back on the record at
18 11:06 a.m.
19 BY MS. GRAY:
20  Q   Ms. Bennett, do you understand that you're
21 still under oath?
22  A   Yes.

Case 2:20-cv-00041-DCLC-CRW    Document 74-4    Filed 07/19/22    Page 4 of 4
PageID #: 3079
17 (Pages 62 - 65)
www.CapitalReportingCompany.com