# EXHIBIT 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

_____

ULTIMA SERVICES CORPORATION,

      Plaintiff,

  v.                                       No.

U.S. DEPARTMENT OF AGRICULTURE,      2:20-cv-00041-

U.S. SMALL BUSINESS                  DCLC-CRW

ADMINISTRATION, SECRETARY OF

AGRICULTURE, and ADMINISTRATOR

OF THE SMALL BUSINESS

ADMINISTRATION,

      Defendants.

_____

          VIDEOCONFERENCE DEPOSITION OF

                 DANNY MANDELL

DATE:          Monday, May 16, 2022

TIME:          9:26 a.m.

LOCATION:      Remote Proceeding

              Washington, D.C. 20005

REPORTED BY:   Richard Livengood, Notary Public

JOB NO.:       5230091

## Page 2

APPEARANCES

ON BEHALF OF PLAINTIFF ULTIMA SERVICES CORPORATION:

MICHAEL E. ROSMAN, ESQUIRE (by videoconference)
MICHELLE SCOTT, ESQUIRE (by videoconference)
Center for Individual Rights
1100 Connecticut Avenue Northwest, Suite 625
Washington, D.C. 20036
rosman@cir-usa.org
scott@cir-usa.org
(202) 833-8400

ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE, U.S. SMALL BUSINESS ADMINISTRATION, SECRETARY OF AGRICULTURE, and ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION:

JULIET GRAY, ESQUIRE (by videoconference)
Department of Justice Civil Rights Division
Employment Litigation Section
150 M Street Northeast
Washington, D.C. 20530
juliet.gray@usdoj.gov

## Page 3

INDEX

| EXAMINATION: | PAGE |
|---|---|
| By Mr. Rosman | 7 |
| By Ms. Gray | 146 |
| By Mr. Rosman | 154 |
| By Ms. Gray | 158 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 0001 | Decision Memo | 46 |
| Exhibit 0002 | Document Signed by Witness, Offer Letter | 61 |
| Exhibit 0003 | E-mail Chain | 66 |
| Exhibit 0004 | Adverse Impact Determination Letter | 75 |
| Exhibit 0005 | Offer Letter for Kentucky NRCS | 87 |
| Exhibit 0006 | Acceptance Letter from SBA Allowing to Proceed | 99 |
| Exhibit 0007 | Letter, July 9 to Mr. White, Sole Source Offer Letter | 102 |
| Exhibit 0008 | Letter of Service and Acceptance of Offer | 108 |

## Page 4

EXHIBITS (Cont'd)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 0009 | Alabama Offer Letter to SBA in Alabama | 109 |
| Exhibit 0010 | Acceptance Letter from Alabama to Use the Contractor | 112 |
| Exhibit 0011 | Sole Source Letter to Ms. Mackin, General Clerk | 118 |
| Exhibit 0012 | Acceptance Letter | 121 |
| Exhibit 0013 | Offer Letter to State of Virginia, Administrative Support | 125 |
| Exhibit 0014 | Acceptance Letter | 133 |
| Exhibit 0015 | Order for Supplies or Services | 133 |
| Exhibit 0016 | Letter Written by Mr. Mandell | 128 |
| Exhibit 0017 | Contract for Support Services, State of Tennessee | 130 |
| Exhibit 0018 | Offer Letter | 132 |
| Exhibit 0019 | Modification to Contract | 139 |

(Exhibits attached.)

## Page 5

PROCEEDINGS

THE REPORTER: My name is Richard Livengood; I am the reporter assigned by Veritext to take the recording of this proceeding. We are now on the record at 9:26 a.m.

This is the deposition of Danny Mandell taken in the matter of Ultima Services Corporation vs. United States Department of Agriculture, United States Small Business Administration, Secretary of Agriculture, and Administrator of the Small Business Administration on May 16, 2022, remote via Zoom meeting.

I am a notary authorized to take acknowledgements and administer oaths in Maryland. Parties agree that I will swear in the witness remotely, outside of his or her presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and witness understand and agree that any certified transcript produced from the recording, virtually, of this proceeding:

- is intended for all uses permitted

5230091

Page 46

1  the right place, but it says, here, share -- "Exhibit
2  Share." I am -- there's a folder that says
3  "deposition."
4      Q   Right. You want to go to your deposition.
5      A   Okay.
6      Q   And then go to marked exhibits.
7      A   Okay.
8      Q   And there'll only be one right in that file
9  at this point, called Exhibit 1.
10          (Exhibit 0001 was marked for
11           identification.)
12     A   Yes. I got it, sir.
13     Q   All right. It's on your screen?
14     A   Yes.
15     Q   And have you seen this document before?
16     A   I believe I have, but I'm not 100 percent
17 sure.
18     Q   Okay. So could you just scroll down to, I
19 guess, page 5?
20     A   Page 5. One. Two. Three. Four. Five.
21 Okay.
22     Q   Sure. And there's a chart there.

Page 47

1      A   The one on the top, sir?
2      Q   Yes. The one on the top. According to this
3  chart, there was, in Region 1, a balance remaining on
4  the IDIQ contract of over $9,000,000.
5          MS. GRAY: Object to form.
6  BY MR. ROSMAN:
7      Q   Is that right?
8      A   Mr. Rosman, did you had a question?
9      Q   I did ask a question. Yes. Are you looking
10 at the chart that says Region 1 at the top?
11     A   Yes. I am.
12     Q   So I'm just asking you to read the chart at
13 this point. It looks like according to this chart
14 there was a balance remaining of over $9,000,000; is
15 that right?
16         MS. GRAY: Object to form.
17     A   Difference from RC allocation. That's what
18 I'm looking, I'm seeing, sir.
19     Q   Okay. And was that your understanding that
20 there was a lot of money remaining on the Region 1
21 IDIQ contract around the time it was cancelled?
22         MS. GRAY: Object to form.

Page 48

1      A   No, sir. I have not seen that.
2      Q   Okay. You haven't --
3      A   -- no -- we were told not to use Ultima
4  anymore.
5      Q   Okay. Were you told why not to use Ultima
6  anymore?
7      A   No. Not specifically.
8      Q   Okay. Prior to -- well, prior to this time
9  had you ever used the 8(a) Business Development
10 Program to award a contract?
11     A   I believe I have.
12     Q   Okay. And when was the first time that you
13 used the 8(a) Business Development Program to award?
14     A   The first time we filed awarding was when I
15 inherited an 8(a) contract from other state. And I
16 believe I also execute another 8(a), but I'm not sure
17 what that requirement was for.
18     Q   Was it an NRCS requirement?
19     A   Yes.
20     Q   Was it an NRCS requirement for
21 administrative services?
22     A   I don't remember, sir.

Page 49

1      Q   Okay. When you issued the task order under
2  the IDIQ for Ultima, was that for administrative
3  services?
4      A   There's -- the IDIQ for Ultima is for
5  services and support, which is administrative
6  services.
7      Q   Okay. And so the prior occasions on which
8  you used the 8(a) Business Development Program for an
9  NRCS requirement, you do not remember whether or not
10 those requirements were for administrative and support
11 services; is that right?
12     A   That's correct. That's right. Yeah.
13     Q   So did anyone at the Department of
14 Agriculture suggest that you use the 8(a) Business
15 Development Program to meet requirements for
16 administrative and support services for NRCS offices?
17     A   One more time, sir, please.
18     Q   Okay. Did anyone at the Department of
19 Agriculture suggest that you use the 8(a) Business
20 Development Program to fulfill requirements for
21 administrative and support services for NRCS offices?
22     A   Yes.