# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) |
| Defendants. | ) |

# DECLARATION OF JOHN W. KLEIN

I, John Klein, declare as follows under penalty of perjury:

1. I am the Acting Deputy General Counsel and Associate General Counsel for Procurement Law at the United States Small Business Administration.

2. Attached is a true and correct copy of an excerpt of All-Pro Placement Service, Inc.'s ("All-Pro") application to be admitted to the 8(a) program.

3. As shown in this document, All-Pro did not qualify as socially disadvantaged based on the rebuttable presumption of disadvantage for designated groups established in 13 C.F.R. § 124.103(b).

4. Rather, the individual owner of All-Pro upon whom admittance to the 8(a) program was based established her individual disadvantaged status based upon gender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2022

*John W. Klein*
John W. Klein

1

# 8(a) Business Development (8(a) & SDB) Application

For ALL PRO PLACEMENT SERVICE INC
Dec 04, 2008

# SECTION III
## Personal Information

*Please provide the following information on all individual applicants who claim social and economic disadvantage (add additional pages if necessary):*

| Name of Individual | Designated Group Membership or Basis of Disadvantage * | U.S. Citizenship Y/N | Place of Birth | Sex M/F | Veteran Y/N |
|---|---|---|---|---|---|
| Nancy Kelbaugh | Woman | Y | United States | F | N |
| Jennifer Quinn | Woman | Y | United States | F | N |
| | | | | | |
| | | | | | |

Each individual claiming disadvantage must submit a narrative statement describing his/her economic disadvantage. Applicants who are not members of a designated group must also submit a narrative statement detailing how he/she personally experienced social disadvantage in American society <u>and</u> any supporting evidence.

*Note: Applicants <u>must</u> attach a detailed explanation, including supporting documentation, noting the section and question number and any supporting documents for each "yes" response to the following questions in this section.*

*With respect to each individual claiming disadvantage:*

21. Is any individual delinquent in filing his/her personal Federal or local tax returns?  [ ] Yes  [X] No
22. Has any individual transferred any personal assets during the last two years to any immediate family member for less than fair market value?  [ ] Yes  [X] No

*Only with respect to each 8(a) individual claiming disadvantage (not SDB applicant):*

23. Has any individual previously used his/her eligibility to qualify a firm for 8(a) BD Program participation?  [ ] Yes  [X] No
24. Does any individual own individually, or in aggregate with the applicant firm and/or immediate family members, more than a 20% ownership interest in a current 8(a) BD Program participant?  [ ] Yes  [X] No
25. Does any individual's immediate family member own individually, or in aggregate with other immediate family members and/or the applicant firm, more than a 20% ownership interest in a current 8(a) BD Program participant?  [ ] Yes  [X] No
26. Does the applicant firm have more than a 20% ownership interest in a current 8(a) BD Program participant?  [ ] Yes  [X] No
27. Has any individual ever been arrested? (If <u>Yes</u>, submit a Fingerprint Card.)  [ ] Yes  [X] No

*Only with respect to 8(a) applicants:*

28. Does any non-disadvantaged owner of the applicant firm own individually, or in the aggregate with immediate family members, more than 10% of a current 8(a) BD Program participant?  [ ] Yes  [X] No
29. Does any non-disadvantaged firm in the same or similar line of business own more than a 10% interest in the applicant firm?  [ ] Yes  [X] No

\* List of Designated Groups: (1)Black Americans, (2)Hispanic Americans, (3)Native Americans, (4)Asian Pacific Americans, and (5)Subcontinent Asian Americans