UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------------------x
ULTIMA SERVICES CORPORATION,                    :
                                                :
    Plaintiff,                              :
                                                :
             -against-                       :
                                                :
                                                : No.2:20-cv-00041
                                                : DCLC-CRW
U.S. DEPARTMENT OF AGRICULTURE,                 :
U.S. SMALL BUSINESS ADMINISTRATION,             :
SECRETARY OF AGRICULTURE, and                   :
ADMINISTRATOR OF THE SMALL BUSINESS             :
ADMINISTRATION,                                 :
                                                :
    Defendants.                             :
                                                :
------------------------------------------------------------------------x

## STATEMENT OF CELESTE BENNETT

Celeste Bennett hereby states:

    1.    I am the owner of Ultima Services Corporation.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Response to Defendants' Second Set of Requests for Admission.

    3.    During the course of discovery in this litigation, I worked with my attorneys and my accountant to calculate my net worth, my personal income, and the fair market value of my assets according to 13 C.F.R. § 124.104(c), in order to respond to Defendants' Second Set of Requests for Admission. Exhibit 1 reflects my true and correct answers to those requests.

4. I qualify as economically disadvantaged under the standards set forth in 13 C.F.R. § 124.104(c).

I state under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2022

_____
Celeste Bennett