UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVS. CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-00041-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEP'T OF AGRIC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Hearing [Doc. 77]. The parties seek a status conference to discuss a potential continuance of various deadlines related to the current trial date of October 11, 2022 [*Id.*, pgs. 1-2]. Therefore, a telephonic status conference is set for **Wednesday, August 3, 2022, at 11:30 a.m. EST.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge