UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVS. CORP., | ) |
| | ) |
| Plaintiff, | ) 2:20-CV-00041-DCLC-CRW |
| | ) |
| vs. | ) |
| | ) |
| U.S. DEP'T OF AGRIC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court conducted a status conference in the instant case on August 3, 2022, at the parties' request [Doc. 77]. During that conference, the parties explained that they did not believe a trial necessary because the Court could resolve all disputed issues based on the parties' pending motions. Therefore, it is hereby **ORDERED** that this matter is **STAYED** pending the resolution of the parties' motions for summary judgment [Docs. 60, 61]. It is furthered **ORDERED** that the final pretrial conference on September 20, 2022, and the trial on October 11, 2022, are **CANCELLED**. The Court may conduct a status conference after resolving the parties' motions, if it is clear that a trial still is necessary.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge