IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00041-DCLC-CRW |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| et al., ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.4(f), notice is given that K'Shaani Smith, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, is withdrawn as attorney of record for Defendants in the above-captioned case. The remaining attorneys of record for Defendants will continue their representation.

Respectfully Submitted,

*/s/ K'Shaani Smith*
K'SHAANI SMITH
(N.Y. Bar No. 5059217)
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 598-6856
k'shaani.smith@usdoj.gov

Dated: November 2, 2022

## CERTIFICATION OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

      */s/ K'Shaani Smith*
      K'SHAANI SMITH
      (N.Y. Bar No. 5059217)
      Employment Litigation Section
      Civil Rights Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington, D.C. 20530
      (202) 598-6856
      k'shaani.smith@usdoj.gov