IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Notice is given that Carlotta P. Wells, Assistant Branch Director, Federal Programs Branch, Civil Division, United States Department of Justice, will appear as counsel for Defendants in the above-captioned case.

Respectfully Submitted,

*/s/ Carlotta P. Wells*
CARLOTTA P. WELLS
(MD Bar No. 8312210011)
Federal Programs Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 514-4522
carlotta.wells@usdoj.gov

Dated: August 29, 2023

## CERTIFICATION OF SERVICE

I hereby certify that on August 29, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Carlotta P. Wells*
CARLOTTA P. WELLS
(MD Bar No. 8312210011)
Federal Programs Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 514-4522
carlotta.wells@usdoj.gov