IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: *STATUS CONFERENCE (VIDEO)***

Case No __2:20-CV-41__ Date __08/31/2023__ Time __1:33 P.M.__ To __1:46 P.M.__

Style __ULTIMA SERVICES CORPORATION VS. U.S. DEPARTMENT OF AGRICULTURE, ET AL__

========================================================================

The Honorable CLIFTON CORKER, U.S. District Judge, Presiding

Courtroom Deputy __KIM OTTINGER__  Court Reporter __KAREN BRADLEY__

**PARTIES**

**COUNSEL**

ULTIMA SERVICES CORPORATION    MICHAEL E ROSMAN

MICHELLE A. SCOTT

vs.

U.S DEPARTMENT OF AGRICULTURE    JULIET E. GRAY

U.S. SMALL BUSINESS ADMINISTRATION

SECRETARY OF AGRICULTURE

ADMINISTRATOR OF THE SMALL BUSINESS ADMIN.

**PROCEEDINGS:**

Opening statements by the Court

Statements by Counsel

Order to enter