UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) 2:20-CV-00041-DCLC-CRW |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to the Court's July 19, 2023, Memorandum Opinion and Order, the Court held a videoconference to discuss what, if any, further remedies Plaintiff was pursuing based on its prayers for relief in its complaint. Based on those discussions, the only pending issues are: (1) Plaintiff's request for an injunction precluding Defendants from reserving Natural Resources Conservation Service contracts for administrative and technical support; and (2) Defendants' compliance with the injunction issued in the Memorandum Opinion and Order. The parties agreed to a final round of briefing to address these issues.

Accordingly, the Court hereby establishes the following briefing schedule: Plaintiff's brief is due within fourteen (14) days of this Order; and Defendants' response brief shall be due fourteen (14) days thereafter, after which Plaintiff shall have seven (7) days to file a reply brief.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge