# EXHIBIT 1

1          UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF TENNESSEE

2

3    _____
                                      :

4    ULTIMA SERVICES CORPORATION    :
                                      :

5              v.                     :  Case No.
                                      :   2:2020cv00041

6    U.S. DEPARTMENT OF              :
     AGRICULTURE, et al.,            :

7    _____:

8

9              Monday, April 25, 2022

10

11          30(b)(6) Zoom Videoconference

12   deposition of JOHN KLEIN, taken with the witness

13   participating from his residence, beginning at

14   9:38 a.m., Eastern Standard Time, before Ryan K.

15   Black, a Registered Professional Reporter,

16   Certified Livenote Reporter and Notary Public.

17

18

19

20

21

22

23

24

25

```
 1          A P P E A R A N C E S:
 2
 3          THE CENTER FOR INDIVIDUAL RIGHTS
            BY:  MICHAEL E. ROSMAN, ESQ. - Via Zoom
 4               MICHELLE A. SCOTT, ESQ. - Via Zoom
            1100 Connecticut Ave., N.W.
 5          Suite 625
            Washington, DC  20036
 6          202.833.8400
            rosman@cir-usa.org
 7          scott@cir-usa.org
 8          Representing - Ultima Services Corporation
 9          UNITED STATES DEPARTMENT OF JUSTICE
            CIVIL RIGHTS DIVISION
10          BY:  K'SHAANI SMITH, ESQ. - Via Zoom
            950 Pennsylvania Avenue NW
11          Washington, DC  20530
            k'shaani.smith@usdoj.gov
12
                 - and -
13
            UNITED STATES DEPARTMENT OF JUSTICE
14          CIVIL RIGHTS DIVISION
            BY:  JULIET GRAY, ESQ. - Via Zoom
15               CHRISTINE DINAN, ESQ. - Via Zoom
            150 M Street NE
16          Washington, DC  20002
            juliet.gray@usdoj.gov
17          christine.dinan@usdoj.gov
18          Representing - U.S. Department of Agriculture
19          SMALL BUSINESS ADMINISTRATION
            BY:  DAVID FISHMAN, ESQ. - Via Zoom
20               KAREN HUNTER, ESQ. - Via Zoom
            409 3rd Street SW
21          Washington, DC  20416
            800.827.5722
22          david.fishman@sba.gov
            karen.hunter@sba.gov
23
            Representing - Small Business Administration
24
25
```

Case 2:20-cv-00041-DCLC-CRW   Document 93-3   Filed 09/15/23   Page 3 of 21   PageID #: 3353

1     things of that sort.  They're also part of --

2     our headquarters in the Office of Business

3     Development has two field offices that deal with

4     8(a) eligibility cases, one in Philadelphia and

5     one from San Francisco.  We also have several

6     disaster offices throughout the country, as well.

7         Q.   Were you done with your answer?

8         A.   Yeah.

9         Q.   Okay.  Are the offices in San Francisco

10    and Philadelphia also called central office duty

11    stations?

12        A.   I think that's probably true, yes.

13        Q.   So the General Contracting and Business

14    Development Office is a division of the Small

15    Business Administration, correct?

16        A.   Yes.

17        Q.   Okay.  And give me a general description

18    of what it does.

19        A.   Well, you know, SBA has three basic

20    functions:  Credit, capital and contracts.  So

21    there's different parts of those things.  The

22    Office of Government Contracting and Business

23    Development has all the government contracting

24    programs, in addition to 8(a) Business

25    Development Program.  It oversees the Small

1      beginning of your response to my last question
2      and I didn't hear it.  Was it a suboffice?
3           A.   Maybe that's what I said, sure.
4           Q.   Ms. Peebles is the administrator of the
5      Office of Business Development; is that right?
6           A.   I'm sorry?
7           Q.   Is Ms. Peebles --
8           A.   Yes.
9           Q.   -- the Administrator of the Office of
10     Business Development?
11          A.   She's the associate administrator for
12     Business Development.
13          Q.   And does she report to Ms. Hidalgo?
14          A.   Yes.
15          Q.   Okay.  Generally, what are her duties?
16          A.   She oversees the running of the Business
17     Development -- 8(a) Business Development Program,
18     all aspects of it, in terms of eligibility, in
19     terms of Business Development 7(j) assistance, in
20     terms of eligibility for contracting.  All those
21     sorts of issues.
22          Q.   Okay.  In the Small Business
23     Act, there's a position called the Associate
24     Administrator for Minority Small Business and
25     Capital Ownership Development.  Is that

Case 2:20-cv-00041-DCLC-CRW   Document 93-3   Filed 09/15/23   Page 5 of 21   PageID #: 3355

1      a different position from the one that

2      Ms. Peebles has?

3          A.    No.  That is the exact position.  They

4      just changed the name in practice.

5          Q.    When was the name changed in practice?

6          A.    Many years ago.

7          Q.    Do you know why?

8          A.    I do not know why.  That's a political

9      issue.

10         Q.    Okay.  Oh, I should have asked this at

11     the outset:  Are you a political appointee?

12         A.    No.

13         Q.    Are you in the senior executive service?

14         A.    Yes.

15         Q.    Is there something within the Office

16     of Business Development called the Office of

17     Certification and Eligibility?

18         A.    Yes.

19         Q.    And can you tell me what that is?

20         A.    That is the office that processes all

21     8(a) applications to be admitted to the program.

22     It also oversees certain annual reviews to ensure

23     continued 8(a) eligibility, and it initiates

24     termination and suspension actions when

25     firms should no longer be in the program.

1      Q.   There's something in the Small Business
2      Act called the Division of Program Certification
3      and Eligibility.  Is that different from the
4      Office of Certification and Eligibility?
5      A.   No.
6      Q.   There was a name change at some point?
7      A.   From time to time, depending upon -- you
8      know, sometimes different administrations called
9      it an office, sometimes they called it a
10     division, but it is the same office.
11     Q.   Who's the current director of that
12     office?
13     A.   Sandra Barrett.
14     Q.   I referred earlier to the central office
15     duty stations.  Are they a part of the Office of
16     Certification and Eligibility?
17     A.   Yes.  Those two are.
18     Q.   I'm sorry.  Those two ... I didn't hear
19     the last word.
20     A.   Yes.  They are part of that office, yes.
21     Q.   Okay.  Is there something within the
22     Office of Business Development called the Office
23     of Management and Technical Assistance?
24     A.   That is a suboffice underneath the
25     Office of Business Development, correct.

Case 2:20-cv-00041-DCLC-CRW   Document 93-3   Filed 09/15/23   Page 7 of 21   PageID #:
3357

1      Development Program Application.

2              If someone is applying to the 8(a)

3      Business Development Program online, is this what

4      they would see?

5          A.   No.

6          Q.   No?

7          A.   Online they just get questions.

8          Q.   Oh, they don't see a form?  Does anyone

9      ever fill out this form anymore?

10         A.   I don't think so, but, again, I'm not

11     the tech person so I don't pay attention to that

12     part of it.

13         Q.   Okay.  I see.

14         A.    I mean, I think we just have questions

15     right now.  You know, each of these questions is

16     now incorporated into the system and all those

17     questions are asked, but the form itself is not

18     there.

19             MR. ROSMAN:  Okay.  All right.  Now, if

20     you could allow me to stop?

21             All right.

22     BY MR. ROSMAN:

23         Q.   So the application is reviewed by a

24     Business Opportunity Specialist; is that right?

25         A.   Yes.

Case 2:20-cv-00041-DCLC-CRW   Document 93-3   Filed 09/15/23   Page 8 of 21   PageID #:
3358

1       Q.   And that would be one of the Business

2   Opportunity Specialists in either San Francisco

3   or Philadelphia?

4       A.   That's the first level, yes.

5       Q.   Okay.

6       A.   Well, actually, the first level is a

7   screener to make sure that the application is, in

8   fact, complete.

9       Q.   Okay.  And, presumably, the screener

10  would let the applicant know if it was not

11  complete, right?

12      A.   Correct.

13      Q.   Okay.  So when an applicant to the 8(a)

14  Business Development Program identifies its

15  primary NAICS code, does the SBA review that

16  choice?

17      A.   Yes.  Based upon the revenues that

18  they've identified over the last few years.

19      Q.   Okay.  Does it ever suggest that the

20  -- well, let me ask it this way:  Does the SBA

21  review that choice deferentially?

22      A.   We look at it to make sure it makes

23  sense.  If we believe that they've indicated an

24  incorrect NAICS code, we would tell them that and

25  they must readjust.

Case 2:20-cv-00041-DCLC-CRW   Document 93-3   Filed 09/15/23   Page 9 of 21   PageID #: 3359

1      A.   Yes.

2      Q.   And one of the elements that is analyzed

3   to determine whether or not an applicant has a

4   potential for success is its access to capital

5   sufficient to maintain its business operations,

6   right?

7      A.   Yes.

8      Q.   Okay.  So the business opportunity

9   specialist in Philadelphia or San Francisco

10  reviews it in the first instance; is that right?

11     A.   Yes.

12     Q.   Okay.  And where does the Office of

13  Certification and Eligibility come in?

14     A.   The Philadelphia and San Francisco units

15  are under that office, so they are part of the

16  Office of Certification and Eligibility.

17     Q.   So the Business Opportunity Specialist

18  that is reviewing the application is part of that

19  office; is that right?

20     A.   Yes.

21     Q.   Okay.  All right.

22          The initial application is supposed to

23  be reviewed in 90 days; is that right?

24     A.   Ninety days after the complete

25  application is filed.

1         Q.   Okay.  Ninety days after it's completed.

2     So if the business opportunity specialist

3     concludes that there's something missing, it

4     could ask for further information and the clock

5     doesn't run until the complete application is in;

6     is that right?

7         A.   That's correct.  Yes.

8         Q.   All right.  And is the time, the 90

9     days, the same regardless of whether an applicant

10    is owned by a member of a presumptive group or

11    someone else?

12        A.   It is across the board for all

13    applications, whether it's individually owned,

14    whether it's entity owned, whether it's presumed

15    or not.

16        Q.   Okay.  Okay.

17         In reviewing the application, the

18    Business Opportunity Specialist looks at the

19    personal financial condition of the owner of an

20    individually owned applicant, right?

21        A.   Yes.

22        Q.   Okay.

23        A.   We look at that status for both those

24    who own and those who are in control for both

25    individuals.

Case 2:20-cv-00041-BCLC-CRW  Document 93-3  Filed 09/15/23  Page 11 of 21  PageID #:
3361

1      approvals differ, correct?

2         A    Yes, sir.

3         Q.   Okay.  Do you know what the Office of

4      Hearings and Appeals is?

5         A.   Do I know what that is?  Is that what

6      the question was?

7         Q.   I just asked you if you could identify

8      what it is?

9         A.   The Office of Hearings and Appeals is

10     the appellate body of SBA, independent appellate

11     body, that, in the substance that we're talking

12     about, would hear and decide appeals of

13     eligibility determinations and they would

14     also hear and decide cases of terminations or

15     graduations from the program, as well.

16        Q.   Okay.  All right.  So the final

17     dec -- well, skipping the Office of Hearings and

18     Appeals for just a second, the final decision on

19     an application -- well, let's start again.

20           The Business Office Specialist makes a

21     decision, right?

22        A.   They make the recommendation, that's

23     correct.

24        Q.   Recommendation.  Okay.  I'm sorry.

25     And I think I may have misspoke.  I meant to say

Case 2:20-cv-00041-BCLC-CRW  Document 93-3  Filed 09/15/23  Page 12 of 21  PageID #: 3362

1        Business Opportunity Specialist.  The Business

2        Opportunity Specialist makes a recommendation,

3        right?

4            A.    Yes.

5            Q.    And to whom is that recommendation made?

6            A.    There's a supervisory business

7        opportunity specialist in both Philadelphia

8        and in San Francisco.  That person would look

9        at every case.  From there it would go to

10       the headquarters in SBA for the director of

11       certification and eligibility, who would look at

12       it at that point in time.  And from there it

13       would go to the associate administrator for

14       business development.

15           Q.    Okay.  So Ms. Peebles -- aside from

16       any appeal to Office of Hearings and Appeals,

17       Ms. Peebles has the final say?

18           A.    Yes.

19           Q.    Okay.  There are eligibility reviews

20       done on an annual basis; is that right?

21           A.    Yes.

22           Q.    Okay.  Are there any specific forms that

23       need to be completed with respect to those annual

24       reviews?

25           A.    They must -- they must certify that

Case 2:20-cv-00041-BCLC-CRW  Document 93-3  Filed 09/15/23  Page 13 of 21  PageID #:
3363

1       there's no changed circumstances, if that's the

2       case.  And if there are changed circumstances,

3       they must identify what those are and demonstrate

4       how, even after those circumstances have changed,

5       the firm continues to be eligible for the

6       program.

7               So they must talk about the revenues;

8       are they still small?  They must talk about

9       their income, their assets, et cetera; is the

10      individual still economically disadvantaged?

11      Are there any who's controlling the company?

12      Are there changes in ownership of the company?

13      All those things we look at in terms of the

14      annual review process.

15          Q.   Okay.  But really what I was asking is

16      is all of that information requested by asking

17      the applicant to fill out a specific form?

18          A.   And I was just trying to say this is

19      the information we collect.  How we collect it

20      is -- can be -- can differ by office, but, yes,

21      that's what we collect from every firm.

22          Q.   Okay.  So is it the case in each year

23      that whatever information the applicant submitted

24      about its owner's economic status has to be

25      resubmitted each year?

1          Q.    Is it the 408 report?

2          A.    I wasn't really following the beginning.

3      Is that what -- tell --

4          Q.    That's okay.  Let's try it again.

5          A.    Yeah.

6          Q.    Let me try it again.

7                So there's a provision of 7(j) that

8      says --

9          A.    7(j).

10         Q.    Right.

11               -- that says the director of the

12     division, but you told me we now call it Office

13     of Certification and Eligibility, that's supposed

14     to report on the new concerns admitted into the

15     program.  And I haven't seen those reports, so I

16     was just asking where they're sent?

17         A.    I think that's just part of the 408

18     report that we're talking about.

19               MR. ROSMAN:  Okay.  All right.  I

20     understand that this witness is not designated to

21     testify about Topic 20; is that right, K'Shaani?

22               MS. SMITH:  Yes.

23               MR. ROSMAN:  K'Shaani?

24               MS. SMITH:  I said yes.

25               MR. ROSMAN:  Oh, I'm sorry.  I didn't

Case 2:20-cv-00041-BCLC-CRW  Document 93-3  Filed 09/15/23  Page 15 of 21  PageID #:
3365

1                       -   -   -

2                   JOHN KLEIN

3                       -   -   -

4               C E R T I F I C A T E

5                       -   -   -

6           I do hereby certify that I am a Notary

7       Public in good standing, that the aforesaid

8       testimony was taken before me, pursuant to

9       notice, at the time and place indicated; that

10      said deponent was by me duly sworn to tell the

11      truth, the whole truth, and nothing but the

12      truth; that the testimony of said deponent was

13      correctly recorded in machine shorthand by me and

14      thereafter transcribed under my supervision with

15      computer-aided transcription; that the deposition

16      is a true and correct record of the testimony

17      given by the witness; and that I am neither of

18      counsel nor kin to any party in said action, nor

19      interested in the outcome thereof.

20

21          WITNESS my hand and official seal this

22      10th day of May, 2022.

23

24

25                          Notary Public

Case 2:20-cv-00041-BCLC-CRW  Document 93-3  Filed 09/15/23  Page 16 of 21  PageID #: 3366

1                                    E R R A T A

2 PAGE LINE CHANGE

3 _ P. 11; Line 24; insert the word "the" between the words "to" and "8(a)" _ _ _ _ _ _ _ _ _ _ _ _ _

4 Reason for

5 Change:_____Typo_____

6 PAGE LINE CHANGE

7 _ _ P. 13; Line 12 and Line 13; change the word "cell" to "sub" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

8 Reason for

9 Change:_____Typo_____

10 PAGE LINE CHANGE

11 _ _ P. 17; Lines 2-3: insert the word "and" between the words "Management" and "Technical" _ _ _ _

12 Reason for

13 Change:_____Typo_____

14 PAGE LINE CHANGE

15 _ _ P. 21; Lines 17-18; change "of participants in a program, dollars," to "participants in the 8(a) program, contract dollars,".___ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16 Reason for

17 Change:_____Typo; clarity_____

18 PAGE LINE CHANGE

19 _ _ P. 40; Lines 8-9; First sentence should read: "I'm sure there are several agencies whose goals for SDBs are greater than 5 percent." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

20 Reason for

21 Change:_____Typos_____

22 PAGE LINE CHANGE

23 _ P. 54; Line 14; Change "certified.gov" to "certify.gov" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

24 Reason for

25 Change:_____Typo_____

Veritext Legal Solutions

1 PAGE LINE CHANGE

2 _ P. 59; Lines 9-10; change "but on the science part, many times it's" to "but if something is incorrect, many times it's" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:_____ Transcription error _____

5 PAGE LINE CHANGE

6 _ P. 59; Lines 17-20; sentence should read as follows: "And they do it based upon a certain size standard. Each NAICS code is assigned a corresponding size standard. So I can register as a small business for NAICS Code 123456, and as an other than small business for NAICS Code 123457, depending upon the corresponding size standard corresponding to the NAICS Code." _ _ _ _ _

7 Reason for

8 Change:_____ Typos and Clarification _____

9 PAGE LINE CHANGE

10 _ P. 60; Line 10; change the word "primary" to "apparent" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____ Typo _____

13 PAGE LINE CHANGE

14 _ P. 74; Lines 3-4; should read "or they look for things as to whether there are any outstanding debts or things of that sort." _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____ Transcription error _____

17 PAGE LINE CHANGE

18 _ P. 83; Line 7; should read "Alaska", not "Alaskan" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____ Typo _____

21 PAGE LINE CHANGE

22 _ P. 83; Line 9; delete "or it's - -" and add the word "be" between the words "deemed to" and "owned and" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____ Typo _____

1 PAGE LINE CHANGE

2 _ _ P. 87; Line 4; change "the ANC owns X and Joe Smith owns 400 percent of one company" to "the ANC owns 51% of X and Joe Smith owns 49 percent of that company" _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:___Typo_____

5 PAGE LINE CHANGE

6 _ __P. 107; Line 22; change "company Y" to "country Y" _ _ _ _ _

7 Reason for

8 Change:____Typo_____

9 PAGE LINE CHANGE

10 _ P. 127; Line 13: change the word "graduate" to "graduation" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ P. 138; Line 24; Change "SDBO" to "SDVO"; change "SWB" to "WOSB" _ _ _ _ _ _ _ _ _ _ _ _ _ _

15 Reason for

16 Change:_____Typos_____

17 PAGE LINE CHANGE

18 _ _ P. 140; Line 12; change "JCBD" to "GCBD" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:_____Typo_____

21 PAGE LINE CHANGE

22 _ P. 140; Line 23; Change "4" to "4.5 million"___ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:___Typo/clarification_____

1 PAGE LINE CHANGE

2 _ _P. 153; Line 18; change "an it" to "it an"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

3 Reason for

4 Change:____Typo_____

5 PAGE LINE CHANGE

6 _ _ P. 194; Lines 18-19; "7(j) is management technical assistance" should be changed to read "7(j) is a management and technical assistance program"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7 Reason for

8 Change:_____Typo_____

9 PAGE LINE CHANGE

10 _ _ P. 195; Line 15; Change "with grants" to "or grants"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11 Reason for

12 Change:_____Typo_____

13 PAGE LINE CHANGE

14 _ _ _ P. 195; Lines 22-23; Change "these contractor grantees" to "these contractors or grantees"_ _ _

15 Reason for

16 Change:___Typo_____

17 PAGE LINE CHANGE

18 _ _ P. 199; Line 18; Change "as SBA's" to "of SBA's"_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19 Reason for

20 Change:___Typo_____

21 PAGE LINE CHANGE

22 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23 Reason for

24 Change:_____

1     ACKNOWLEDGMENT OF DEPONENT

2         I, _John W. Klein_, do

3     hereby certify that I have read the foregoing

4     pages _i_ to _212_ and that the same is a

5     correct transcription of the answers given by

6     me to the questions therein propounded,

7     except for the corrections or changes in form

8     or substance, if any, noted in the attached

9     Errata Sheet.

10

11     ___6-10-22___

12     DATE                SIGNATURE

13

14                  Subscribed and sworn to before

15     me this _____ day of _____, 2022.

16

17                  My commission expires:

18                  _____

19

20                  _____

21                  Notary Public