# EXHIBIT 2

# Report to the U.S. Congress on Minority Small Business and Capital Ownership Development

*Fiscal Year 2017*



Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 2 of 17   PageID #: 3373

US0050948

# U.S. Small Business Administration
# Office of Business Development

# FY 2017 408 Report to the Congress

**Christopher M. Pilkerton**
**Acting Administrator**
**U.S. Small Business Administration**

**Robb N. Wong**
**Associate Administrator**
**Office of Government Contracting and Business Development**

US0050950

| CONTENTS | Page |
|---|---|

**SECTIONS**
    Statute   1
    Abbreviations   3
    Executive Summary   4
    Program Initiatives   5
    Net Worth of Newly Certified 8(a) BD Program Participants   6
    Benefits and Costs of the 8(a) BD Program to the Economy and Government   9
    Evaluation of Former 8(a) BD Program Participants   11
    Compilation of Fiscal Year 2017 Program Participants   13
    8(a) Revenue and Non 8(a) Revenue for FY 2017   15
    Requested Resources and Program Authorities   16
    Dollar Obligations for 8(a) Contracts by NAICS Code   17

**LIST OF TABLES**
    Table I: Total Personal Net Worth   7
    Table II: Total Adjusted Personal Net Worth   8
    Table III: Firms Completed 8(a) BD Program during Three Previous Fiscal Years   12

**APPENDICES**
    A. 8(a) Contract Dollars Obligated by NAICS Code
    B. Certified 8(a) Participants with Obligated Contract Dollars by Firm
       Name, Region, State, Owner Ethnicity/Race,
       Owner Gender, and Entity-Owned Status
    C. 7(a) Loans to 8(a) BD Program Participants
    D. 504 Loans to 8(a) BD Program Participants

# APPENDIX A

US0050972

Appendix A
FY 2017 8(a) Contract Dollars Obligated by NAICS Showing
Industries Recceiving Largest Amounts (Reported April 6, 2018)

| NAICS | North American Industrial Classification (NAICS) | Action Obligation | Actions |
|---|---|---|---|
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | $2,224,783,748 | 6,905 |
| 236220 | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION | $2,142,637,344 | 15,077 |
| 561210 | FACILITIES SUPPORT SERVICES | $1,230,072,143 | 6,428 |
| 541611 | ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES | $1,138,856,152 | 6,008 |
| 541519 | OTHER COMPUTER RELATED SERVICES | $901,666,226 | 3,370 |
| 541330 | ENGINEERING SERVICES | $785,737,189 | 3,722 |
| 541990 | ALL OTHER PROFESSIONAL, SCIENTIFIC, AND TECHNICAL SERVICE | $632,702,321 | 3,356 |
| 541513 | COMPUTER FACILITIES MANAGEMENT SERVICES | $476,429,451 | 1,226 |
| 561612 | SECURITY GUARDS AND PATROL SERVICES | $449,232,831 | 1,016 |
| 541712 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES (EXCEPT BIOTECHNOLOGY) | $393,751,539 | 786 |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | $372,065,505 | 1,469 |
| 562910 | REMEDIATION SERVICES | $362,728,956 | 1,792 |
| 561110 | OFFICE ADMINISTRATIVE SERVICES | $343,063,437 | 2,435 |
| 237990 | OTHER HEAVY AND CIVIL ENGINEERING CONSTRUCTION | $300,001,047 | 1,205 |
| 336413 | OTHER AIRCRAFT PARTS AND AUXILIARY EQUIPMENT MANUFACTURING | $298,006,595 | 667 |
| 561720 | JANITORIAL SERVICES | $252,528,589 | 1,899 |
| 237310 | HIGHWAY, STREET, AND BRIDGE CONSTRUCTION | $210,381,171 | 1,061 |
| 238220 | PLUMBING, HEATING, AND AIR-CONDITIONING CONTRACTORS | $196,617,853 | 1,619 |
| 561320 | TEMPORARY HELP SERVICES | $166,469,299 | 1,266 |
| 561621 | SECURITY SYSTEMS SERVICES (EXCEPT LOCKSMITHS) | $150,485,996 | 514 |
| 541620 | ENVIRONMENTAL CONSULTING SERVICES | $150,159,418 | 1,120 |
| 541690 | OTHER SCIENTIFIC AND TECHNICAL CONSULTING SERVICES | $147,006,452 | 1,111 |
| 518210 | DATA PROCESSING, HOSTING, AND RELATED SERVICES | $146,428,101 | 503 |
| 238210 | ELECTRICAL CONTRACTORS AND OTHER WIRING INSTALLATION CONTRACTORS | $140,034,718 | 1,127 |
| 238990 | ALL OTHER SPECIALTY TRADE CONTRACTORS | $120,878,802 | 1,417 |
| 488190 | OTHER SUPPORT ACTIVITIES FOR AIR TRANSPORTATION | $118,379,059 | 406 |
| 238160 | ROOFING CONTRACTORS | $111,402,312 | 713 |
| 541614 | PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONSULTING SERVICES | $107,903,279 | 386 |
| 541618 | OTHER MANAGEMENT CONSULTING SERVICES | $95,529,625 | 393 |
| 611430 | PROFESSIONAL AND MANAGEMENT DEVELOPMENT TRAINING | $87,413,042 | 426 |
| 622110 | GENERAL MEDICAL AND SURGICAL HOSPITALS | $86,103,527 | 359 |
| 561730 | LANDSCAPING SERVICES | $72,300,132 | 782 |
| 237110 | WATER AND SEWER LINE AND RELATED STRUCTURES CONSTRUCTION | $71,704,253 | 488 |
| 621111 | OFFICES OF PHYSICIANS (EXCEPT MENTAL HEALTH SPECIALISTS) | $69,497,513 | 250 |
| 336411 | AIRCRAFT MANUFACTURING | $67,177,391 | 60 |
| 541219 | OTHER ACCOUNTING SERVICES | $66,444,316 | 432 |
| 237120 | OIL AND GAS PIPELINE AND RELATED STRUCTURES CONSTRUCTIO | $61,759,552 | 125 |
| 611710 | EDUCATIONAL SUPPORT SERVICES | $59,954,848 | 384 |
| 238910 | SITE PREPARATION CONTRACTORS | $58,586,673 | 312 |
| 493110 | GENERAL WAREHOUSING AND STORAGE | $56,817,324 | 239 |
| 337127 | INSTITUTIONAL FURNITURE MANUFACTURING | $56,132,652 | 158 |
| 624190 | OTHER INDIVIDUAL AND FAMILY SERVICES | $51,974,590 | 78 |

Page 1 of 12

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 6 of 17   PageID #: 3377

US0050974

| | | | |
|---|---|---|---|
| 237130 | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION | $48,468,943 | 228 |
| 334220 | RADIO AND TELEVISION BROADCASTING AND WIRELESS COMMUNICATIONS EQUIPMENT MANUFACTURING | $46,465,603 | 260 |
| 562111 | SOLID WASTE COLLECTION | $45,142,740 | 449 |
| 621399 | OFFICES OF ALL OTHER MISCELLANEOUS HEALTH PRACTITIONERS | $44,232,189 | 381 |
| 561990 | ALL OTHER SUPPORT SERVICES | $42,620,431 | 404 |
| 315990 | APPAREL ACCESSORIES AND OTHER APPAREL MANUFACTURING | $39,813,383 | 123 |
| 336611 | SHIP BUILDING AND REPAIRING | $38,446,198 | 478 |
| 315210 | CUT AND SEW APPAREL CONTRACTORS | $34,730,076 | 165 |
| 337215 | SHOWCASE, PARTITION, SHELVING, AND LOCKER MANUFACTURING | $34,317,123 | 374 |
| 811219 | OTHER ELECTRONIC AND PRECISION EQUIPMENT REPAIR AND MAINTENANCE | $34,053,064 | 67 |
| 621999 | ALL OTHER MISCELLANEOUS AMBULATORY HEALTH CARE SERVICES | $33,266,762 | 151 |
| 541612 | HUMAN RESOURCES CONSULTING SERVICES (2007), HUMAN RESOURCES AND EXECUTIVE SEARCH CONSULTING SERVICES (2002) | $32,864,300 | 265 |
| 238120 | STRUCTURAL STEEL AND PRECAST CONCRETE CONTRACTORS | $30,834,009 | 55 |
| 722310 | FOOD SERVICE CONTRACTORS | $29,617,997 | 297 |
| 561499 | ALL OTHER BUSINESS SUPPORT SERVICES | $28,435,979 | 250 |
| 238320 | PAINTING AND WALL COVERING CONTRACTORS | $28,067,923 | 562 |
| 511210 | SOFTWARE PUBLISHERS | $27,685,738 | 249 |
| 335311 | POWER, DISTRIBUTION, AND SPECIALTY TRANSFORMER MANUFACTURING | $27,309,642 | 36 |
| 115310 | SUPPORT ACTIVITIES FOR FORESTRY | $26,021,878 | 455 |
| 522390 | OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIATION | $24,272,446 | 19 |
| 334112 | COMPUTER STORAGE DEVICE MANUFACTURING | $22,506,298 | 78 |
| 541820 | PUBLIC RELATIONS AGENCIES | $21,922,611 | 203 |
| 519190 | ALL OTHER INFORMATION SERVICES | $21,879,812 | 71 |
| 519190 | ALL OTHER INFORMATION SERVICES | $20,060,037 | 60 |
| 541930 | TRANSLATION AND INTERPRETATION SERVICES | $19,951,518 | 191 |
| 611519 | OTHER TECHNICAL AND TRADE SCHOOLS | $19,624,494 | 31 |
| 532420 | OFFICE MACHINERY AND EQUIPMENT RENTAL AND LEASING | $19,009,867 | 420 |
| 238110 | POURED CONCRETE FOUNDATION AND STRUCTURE CONTRACTORS | $18,702,718 | 115 |
| 485999 | ALL OTHER TRANSIT AND GROUND PASSENGER TRANSPORTATION | $18,124,490 | 94 |
| 811310 | COMMERCIAL AND INDUSTRIAL MACHINERY AND EQUIPMENT (EXCEPT AUTOMOTIVE AND ELECTRONIC) REPAIR AND MAINTENANCE | $18,110,608 | 255 |
| 423430 | COMPUTER AND COMPUTER PERIPHERAL EQUIPMENT AND SOFTWARE MERCHANT WHOLESALERS | $17,623,503 | 127 |
| 519120 | LIBRARIES AND ARCHIVES | $17,173,423 | 95 |
| 517110 | WIRED TELECOMMUNICATIONS CARRIERS | $16,887,342 | 400 |
| 541310 | ARCHITECTURAL SERVICES | $16,769,099 | 276 |
| 611699 | ALL OTHER MISCELLANEOUS SCHOOLS AND INSTRUCTION | $16,178,663 | 55 |
| 561330 | PROFESSIONAL EMPLOYER ORGANIZATIONS (FORMERLY EMPLOYEE LEASING SERVICES) | $16,089,798 | 92 |
| 332420 | METAL TANK (HEAVY GAUGE) MANUFACTURING | $15,689,205 | 11 |
| 336992 | MILITARY ARMORED VEHICLE, TANK, AND TANK COMPONENT MANUFACTURING | $15,537,744 | 40 |
| 541430 | GRAPHIC DESIGN SERVICES | $15,254,678 | 100 |
| 484210 | USED HOUSEHOLD AND OFFICE GOODS MOVING | $15,153,467 | 287 |
| 337214 | OFFICE FURNITURE (EXCEPT WOOD) MANUFACTURING | $14,032,507 | 376 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 7 of 17   PageID #: 3378

US0050975

| | | | |
|---|---|---|---|
| 236116 | NEW MULTIFAMILY HOUSING CONSTRUCTION (EXCEPT FOR-SALE BUILDERS) | $13,948,715 | 6 |
| 238390 | OTHER BUILDING FINISHING CONTRACTORS | $13,868,930 | 160 |
| 517919 | ALL OTHER TELECOMMUNICATIONS | $13,606,348 | 73 |
| 511130 | BOOK PUBLISHERS | $13,412,330 | 70 |
| 238190 | OTHER FOUNDATION, STRUCTURE, AND BUILDING EXTERIOR CONTRACTORS | $13,180,068 | 95 |
| 541613 | MARKETING CONSULTING SERVICES | $12,699,348 | 87 |
| 541211 | OFFICES OF CERTIFIED PUBLIC ACCOUNTANTS | $12,676,370 | 130 |
| 517410 | SATELLITE TELECOMMUNICATIONS | $12,640,046 | 24 |
| 811212 | COMPUTER AND OFFICE MACHINE REPAIR AND MAINTENANCE | $12,580,057 | 91 |
| 238290 | OTHER BUILDING EQUIPMENT CONTRACTORS | $12,325,077 | 150 |
| 339113 | SURGICAL APPLIANCE AND SUPPLIES MANUFACTURING | $12,184,904 | 30 |
| 541380 | TESTING LABORATORIES | $12,038,936 | 147 |
| 621340 | OFFICES OF PHYSICAL, OCCUPATIONAL AND SPEECH THERAPISTS, AND AUDIOLOGISTS | $11,822,329 | 65 |
| 238330 | FLOORING CONTRACTORS | $11,784,128 | 262 |
| 512110 | MOTION PICTURE AND VIDEO PRODUCTION | $11,581,118 | 80 |
| 561920 | CONVENTION AND TRADE SHOW ORGANIZERS | $11,558,874 | 197 |
| 334210 | TELEPHONE APPARATUS MANUFACTURING | $11,445,388 | 51 |
| 611420 | COMPUTER TRAINING | $11,134,167 | 19 |
| 611310 | COLLEGES, UNIVERSITIES, AND PROFESSIONAL SCHOOLS | $11,133,310 | 94 |
| 493190 | OTHER WAREHOUSING AND STORAGE | $10,751,070 | 49 |
| 611512 | FLIGHT TRAINING | $10,697,439 | 127 |
| 311999 | ALL OTHER MISCELLANEOUS FOOD MANUFACTURING | $10,443,512 | 44 |
| 621330 | OFFICES OF MENTAL HEALTH PRACTITIONERS (EXCEPT PHYSICIAN | $10,148,225 | 55 |
| 562211 | HAZARDOUS WASTE TREATMENT AND DISPOSAL | $10,075,148 | 1,697 |
| 524298 | ALL OTHER INSURANCE RELATED ACTIVITIES | $9,890,235 | 5 |
| 488310 | PORT AND HARBOR OPERATIONS | $9,200,773 | 36 |
| 561410 | DOCUMENT PREPARATION SERVICES | $8,650,799 | 122 |
| 541810 | ADVERTISING AGENCIES | $8,650,254 | 58 |
| 334118 | COMPUTER TERMINAL AND OTHER COMPUTER PERIPHERAL EQUIPMENT MANUFACTURING | $8,406,219 | 43 |
| 561790 | OTHER SERVICES TO BUILDINGS AND DWELLINGS | $8,272,764 | 160 |
| 541720 | RESEARCH AND DEVELOPMENT IN THE SOCIAL SCIENCES AND HUMANITIES | $8,214,576 | 62 |
| 334310 | AUDIO AND VIDEO EQUIPMENT MANUFACTURING | $8,204,921 | 126 |
| 531120 | LESSORS OF NONRESIDENTIAL BUILDINGS (EXCEPT MINIWAREHOUSES) | $8,061,026 | 55 |
| 423210 | FURNITURE MERCHANT WHOLESALERS | $7,979,951 | 19 |
| 336412 | AIRCRAFT ENGINE AND ENGINE PARTS MANUFACTURING | $7,905,704 | 12 |
| 611630 | LANGUAGE SCHOOLS | $7,813,279 | 88 |
| 333924 | INDUSTRIAL TRUCK, TRACTOR, TRAILER, AND STACKER MACHINERY MANUFACTURING | $7,733,987 | 119 |
| 332311 | PREFABRICATED METAL BUILDING AND COMPONENT MANUFACTURING | $7,622,171 | 45 |
| 541350 | BUILDING INSPECTION SERVICES | $7,599,819 | 44 |
| 334519 | OTHER MEASURING AND CONTROLLING DEVICE MANUFACTURING | $7,413,677 | 16 |
| 519130 | INTERNET PUBLISHING AND BROADCASTING AND WEB SEARCH PORTALS | $7,275,336 | 26 |
| 517911 | TELECOMMUNICATIONS RESELLERS | $6,956,014 | 36 |
| 238140 | MASONRY CONTRACTORS | $6,916,781 | 40 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 8 of 17   PageID #: 3379

US0050976

| | | | |
|---|---|---|---|
| 522310 | MORTGAGE AND NONMORTGAGE LOAN BROKERS | $6,812,766 | 4 |
| 562112 | HAZARDOUS WASTE COLLECTION | $6,725,735 | 31 |
| 811213 | COMMUNICATION EQUIPMENT REPAIR AND MAINTENANCE | $6,635,478 | 159 |
| 334516 | ANALYTICAL LABORATORY INSTRUMENT MANUFACTURING | $6,214,743 | 56 |
| 221310 | WATER SUPPLY AND IRRIGATION SYSTEMS | $6,013,194 | 42 |
| 522310 | MORTGAGE AND NONMORTGAGE LOAN BROKERS | $5,820,107 | 2 |
| 621498 | ALL OTHER OUTPATIENT CARE CENTERS | $5,480,189 | 42 |
| 561422 | TELEMARKETING BUREAUS AND OTHER CONTACT CENTERS | $5,440,872 | 17 |
| 541199 | ALL OTHER LEGAL SERVICES | $5,425,524 | 50 |
| 561421 | TELEPHONE ANSWERING SERVICES | $5,331,010 | 15 |
| 238350 | FINISH CARPENTRY CONTRACTORS | $5,068,736 | 55 |
| 541410 | INTERIOR DESIGN SERVICES | $4,913,930 | 38 |
| 561611 | INVESTIGATION SERVICES | $4,893,258 | 42 |
| 524292 | THIRD PARTY ADMINISTRATION OF INSURANCE AND PENSION FUN | $4,883,002 | 2 |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | $4,782,255 | 39 |
| 488119 | OTHER AIRPORT OPERATIONS | $4,660,749 | 23 |
| 515120 | TELEVISION BROADCASTING | $4,633,686 | 10 |
| 621112 | OFFICES OF PHYSICIANS, MENTAL HEALTH SPECIALISTS | $4,619,312 | 50 |
| 332999 | ALL OTHER MISCELLANEOUS FABRICATED METAL PRODUCT MANUFACTURING | $4,530,136 | 18 |
| 611692 | AUTOMOBILE DRIVING SCHOOLS | $4,507,230 | 2 |
| 488111 | AIR TRAFFIC CONTROL | $4,494,790 | 10 |
| 541711 | RESEARCH AND DEVELOPMENT IN BIOTECHNOLOGY | $4,310,014 | 85 |
| 332312 | FABRICATED STRUCTURAL METAL MANUFACTURING | $4,299,376 | 24 |
| 485113 | BUS AND OTHER MOTOR VEHICLE TRANSIT SYSTEMS | $4,236,386 | 14 |
| 621512 | DIAGNOSTIC IMAGING CENTERS | $4,013,632 | 22 |
| 334514 | TOTALIZING FLUID METER AND COUNTING DEVICE MANUFACTURIN | $3,955,483 | 1 |
| 561599 | ALL OTHER TRAVEL ARRANGEMENT AND RESERVATION SERVICES | $3,888,258 | 14 |
| 423110 | AUTOMOBILE AND OTHER MOTOR VEHICLE MERCHANT WHOLESALERS | $3,818,124 | 6 |
| 721310 | ROOMING AND BOARDING HOUSES | $3,810,405 | 2 |
| 335313 | SWITCHGEAR AND SWITCHBOARD APPARATUS MANUFACTURING | $3,799,093 | 84 |
| 334517 | IRRADIATION APPARATUS MANUFACTURING | $3,764,351 | 19 |
| 481111 | SCHEDULED PASSENGER AIR TRANSPORTATION | $3,737,488 | 3 |
| 519130 | INTERNET PUBLISHING AND BROADCASTING AND WEB SEARCH PORTALS | $3,683,130 | 13 |
| 334290 | OTHER COMMUNICATIONS EQUIPMENT MANUFACTURING | $3,672,808 | 53 |
| 621910 | AMBULANCE SERVICES | $3,659,430 | 8 |
| 522320 | FINANCIAL TRANSACTIONS PROCESSING, RESERVE, AND CLEARINGHOUSE ACTIVITIES | $3,653,423 | 6 |
| 541910 | MARKETING RESEARCH AND PUBLIC OPINION POLLING | $3,627,020 | 15 |
| 621320 | OFFICES OF OPTOMETRISTS | $3,539,836 | 30 |
| 332216 | SAW BLADE AND HANDTOOL MANUFACTURING | $3,495,466 | 33 |
| 236115 | NEW SINGLE-FAMILY HOUSING CONSTRUCTION (EXCEPT FOR-SALE BUILDERS) | $3,424,700 | 11 |
| 325510 | PAINT AND COATING MANUFACTURING | $3,410,124 | 5 |
| 321920 | WOOD CONTAINER AND PALLET MANUFACTURING | $3,374,156 | 2 |
| 541110 | OFFICES OF LAWYERS | $3,289,139 | 33 |
| 481211 | NONSCHEDULED CHARTERED PASSENGER AIR TRANSPORTATION | $3,215,160 | 37 |
| 621511 | MEDICAL LABORATORIES | $3,175,825 | 22 |
| 212312 | CRUSHED AND BROKEN LIMESTONE MINING AND QUARRYING | $3,093,958 | 5 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 9 of 17   PageID #: 3380

US0050977

| NAICS | Description | Dollars | Count |
|---|---|---|---|
| 337211 | WOOD OFFICE FURNITURE MANUFACTURING | $3,079,355 | 62 |
| 541370 | SURVEYING AND MAPPING (EXCEPT GEOPHYSICAL) SERVICES | $3,072,159 | 50 |
| 712110 | MUSEUMS | $3,062,557 | 50 |
| 238310 | DRYWALL AND INSULATION CONTRACTORS | $2,992,546 | 481 |
| 531311 | RESIDENTIAL PROPERTY MANAGERS | $2,909,992 | 26 |
| 561312 | EXECUTIVE SEARCH SERVICES | $2,830,603 | 20 |
| 561439 | OTHER BUSINESS SERVICE CENTERS (INCLUDING COPY SHOPS) | $2,792,310 | 13 |
| 532112 | PASSENGER CAR LEASING | $2,761,463 | 9 |
| 491110 | POSTAL SERVICE | $2,729,384 | 37 |
| 337125 | HOUSEHOLD FURNITURE (EXCEPT WOOD AND METAL) MANUFACTURING | $2,723,651 | 4 |
| 322230 | STATIONERY PRODUCT MANUFACTURING | $2,662,769 | 6 |
| 517210 | WIRELESS TELECOMMUNICATIONS CARRIERS (EXCEPT SATELLITE | $2,661,605 | 14 |
| 523110 | INVESTMENT BANKING AND SECURITIES DEALING | $2,661,273 | 3 |
| 532412 | CONSTRUCTION, MINING, AND FORESTRY MACHINERY AND EQUIPMENT RENTAL AND LEASING | $2,532,874 | 50 |
| 334510 | ELECTROMEDICAL AND ELECTROTHERAPEUTIC APPARATUS MANUFACTURING | $2,472,895 | 26 |
| 115112 | SOIL PREPARATION, PLANTING, AND CULTIVATING | $2,471,368 | 8 |
| 562219 | OTHER NONHAZARDOUS WASTE TREATMENT AND DISPOSAL | $2,430,467 | 32 |
| 561710 | EXTERMINATING AND PEST CONTROL SERVICES | $2,362,426 | 47 |
| 812930 | PARKING LOTS AND GARAGES | $2,235,609 | 17 |
| 562998 | ALL OTHER MISCELLANEOUS WASTE MANAGEMENT SERVICES | $2,199,460 | 34 |
| 335931 | CURRENT-CARRYING WIRING DEVICE MANUFACTURING | $2,147,017 | 42 |
| 221122 | ELECTRIC POWER DISTRIBUTION | $2,057,016 | 16 |
| 324121 | ASPHALT PAVING MIXTURE AND BLOCK MANUFACTURING | $2,022,087 | 9 |
| 485410 | SCHOOL AND EMPLOYEE BUS TRANSPORTATION | $1,994,702 | 15 |
| 333318 | OTHER COMMERCIAL AND SERVICE INDUSTRY MACHINERY MANUFACTURING | $1,979,853 | 128 |
| 541940 | VETERINARY SERVICES | $1,950,929 | 13 |
| 332439 | OTHER METAL CONTAINER MANUFACTURING | $1,930,867 | 8 |
| 541890 | OTHER SERVICES RELATED TO ADVERTISING | $1,927,551 | 6 |
| 311421 | FRUIT AND VEGETABLE CANNING | $1,914,408 | 17 |
| 532490 | OTHER COMMERCIAL AND INDUSTRIAL MACHINERY AND EQUIPMENT RENTAL AND LEASING | $1,904,919 | 22 |
| 238340 | TILE AND TERRAZZO CONTRACTORS | $1,832,807 | 13 |
| 323111 | COMMERCIAL PRINTING (EXCEPT SCREEN AND BOOKS) | $1,759,361 | 10 |
| 315220 | MEN'S AND BOYS' CUT AND SEW APPAREL MANUFACTURING | $1,730,479 | 20 |
| 335921 | FIBER OPTIC CABLE MANUFACTURING | $1,715,956 | 25 |
| 484110 | GENERAL FREIGHT TRUCKING, LOCAL | $1,713,290 | 23 |
| 333911 | PUMP AND PUMPING EQUIPMENT MANUFACTURING | $1,679,073 | 15 |
| 541830 | MEDIA BUYING AGENCIES | $1,662,286 | 5 |
| 335110 | ELECTRIC LAMP BULB AND PART MANUFACTURING | $1,654,218 | 24 |
| 492110 | COURIERS AND EXPRESS DELIVERY SERVICES | $1,630,721 | 28 |
| 332994 | SMALL ARMS, ORDNANCE, AND ORDNANCE ACCESSORIES MANUFACTURING | $1,618,791 | 45 |
| 322121 | PAPER (EXCEPT NEWSPRINT) MILLS | $1,610,348 | 7 |
| 541490 | OTHER SPECIALIZED DESIGN SERVICES | $1,531,246 | 33 |
| 321992 | PREFABRICATED WOOD BUILDING MANUFACTURING | $1,524,082 | 12 |
| 336390 | OTHER MOTOR VEHICLE PARTS MANUFACTURING | $1,475,179 | 32 |
| 531390 | OTHER ACTIVITIES RELATED TO REAL ESTATE | $1,462,861 | 4 |
| 335312 | MOTOR AND GENERATOR MANUFACTURING | $1,460,440 | 4 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 10 of 17   PageID #: 3381

US0050978

| NAICS | Description | Amount | Count |
|---|---|---|---|
| 541214 | PAYROLL SERVICES | $1,427,575 | 4 |
| 314910 | TEXTILE BAG AND CANVAS MILLS | $1,417,216 | 16 |
| 332510 | HARDWARE MANUFACTURING | $1,353,110 | 13 |
| 541710 | RESEARCH AND DEVELOPMENT IN THE PHYSICAL, ENGINEERING, AND LIFE SCIENCES | $1,335,042 | 203 |
| 624410 | CHILD DAY CARE SERVICES | $1,333,005 | 1 |
| 339115 | OPHTHALMIC GOODS MANUFACTURING | $1,252,013 | 2 |
| 237210 | LAND SUBDIVISION | $1,250,805 | 2 |
| 336419 | OTHER GUIDED MISSILE AND SPACE VEHICLE PARTS AND AUXILIARY EQUIPMENT MANUFACTURING | $1,228,520 | 2 |
| 512290 | OTHER SOUND RECORDING INDUSTRIES | $1,208,650 | 5 |
| 711190 | OTHER PERFORMING ARTS COMPANIES | $1,205,563 | 37 |
| 541340 | DRAFTING SERVICES | $1,194,455 | 16 |
| 334614 | SOFTWARE AND OTHER PRERECORDED COMPACT DISC, TAPE, AND RECORD REPRODUCING | $1,187,247 | 20 |
| 333120 | CONSTRUCTION MACHINERY MANUFACTURING | $1,171,113 | 8 |
| 333316 | PHOTOGRAPHIC AND PHOTOCOPYING EQUIPMENT MANUFACTURI | $1,136,307 | 49 |
| 711130 | MUSICAL GROUPS AND ARTISTS | $1,135,502 | 11 |
| 532120 | TRUCK, UTILITY TRAILER, AND RV (RECREATIONAL VEHICLE) RENTAL AND LEASING | $1,130,595 | 18 |
| 562119 | OTHER WASTE COLLECTION | $1,089,326 | 19 |
| 541870 | ADVERTISING MATERIAL DISTRIBUTION SERVICES | $1,039,700 | 6 |
| 561431 | PRIVATE MAIL CENTERS | $1,036,145 | 18 |
| 339920 | SPORTING AND ATHLETIC GOODS MANUFACTURING | $1,024,040 | 11 |
| 922160 | FIRE PROTECTION | $1,020,091 | 6 |
| 511120 | PERIODICAL PUBLISHERS | $1,006,600 | 4 |
| 339999 | ALL OTHER MISCELLANEOUS MANUFACTURING | $985,171 | 23 |
| 333111 | FARM MACHINERY AND EQUIPMENT MANUFACTURING | $982,896 | 22 |
| 488999 | ALL OTHER SUPPORT ACTIVITIES FOR TRANSPORTATION | $977,673 | 10 |
| 561910 | PACKAGING AND LABELING SERVICES | $976,431 | 13 |
| 327410 | LIME MANUFACTURING | $959,500 | 1 |
| 238150 | GLASS AND GLAZING CONTRACTORS | $947,315 | 25 |
| 336214 | TRAVEL TRAILER AND CAMPER MANUFACTURING | $942,398 | 19 |
| 337122 | NONUPHOLSTERED WOOD HOUSEHOLD FURNITURE MANUFACTURING | $914,709 | 37 |
| 561311 | EMPLOYMENT PLACEMENT AGENCIES | $903,935 | 13 |
| 334111 | ELECTRONIC COMPUTER MANUFACTURING | $898,429 | 484 |
| 531190 | LESSORS OF OTHER REAL ESTATE PROPERTY | $897,988 | 8 |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING | $896,534 | 4 |
| 561740 | CARPET AND UPHOLSTERY CLEANING SERVICES | $881,333 | 8 |
| 492210 | LOCAL MESSENGERS AND LOCAL DELIVERY | $868,032 | 10 |
| 314999 | ALL OTHER MISCELLANEOUS TEXTILE PRODUCT MILLS | $837,390 | 4 |
| 812990 | ALL OTHER PERSONAL SERVICES | $833,407 | 6 |
| 333415 | AIR-CONDITIONING AND WARM AIR HEATING EQUIPMENT AND COMMERCIAL AND INDUSTRIAL REFRIGERATION EQUIPMENT MANUFACTURING | $817,766 | 22 |
| 812320 | DRYCLEANING AND LAUNDRY SERVICES (EXCEPT COIN-OPERATED | $817,060 | 16 |
| 423690 | OTHER ELECTRONIC PARTS AND EQUIPMENT MERCHANT WHOLESALERS | $799,521 | 11 |
| 221320 | SEWAGE TREATMENT FACILITIES | $764,966 | 24 |
| 336112 | LIGHT TRUCK AND UTILITY VEHICLE MANUFACTURING | $748,669 | 6 |

| | | | |
|---|---|---|---|
| 524210 | INSURANCE AGENCIES AND BROKERAGES | $725,070 | 5 |
| 423710 | HARDWARE MERCHANT WHOLESALERS | $713,411 | 11 |
| 336111 | AUTOMOBILE MANUFACTURING | $683,400 | 5 |
| 423450 | MEDICAL, DENTAL, AND HOSPITAL EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | $669,218 | 10 |
| 334419 | OTHER ELECTRONIC COMPONENT MANUFACTURING | $647,047 | 18 |
| 336120 | HEAVY DUTY TRUCK MANUFACTURING | $632,088 | 6 |
| 813110 | RELIGIOUS ORGANIZATIONS | $629,963 | 27 |
| 621210 | OFFICES OF DENTISTS | $595,294 | 40 |
| 323113 | COMMERCIAL SCREEN PRINTING | $585,805 | 6 |
| 238170 | SIDING CONTRACTORS | $566,080 | 11 |
| 812910 | PET CARE (EXCEPT VETERINARY) SERVICES | $564,993 | 3 |
| 811192 | CAR WASHES | $563,454 | 12 |
| 212321 | CONSTRUCTION SAND AND GRAVEL MINING | $562,151 | 5 |
| 541320 | LANDSCAPE ARCHITECTURAL SERVICES | $557,402 | 2 |
| 443120 | COMPUTER AND SOFTWARE STORES | $552,996 | 27 |
| 483113 | COASTAL AND GREAT LAKES FREIGHT TRANSPORTATION | $550,830 | 1 |
| 336211 | MOTOR VEHICLE BODY MANUFACTURING | $521,010 | 13 |
| 339940 | OFFICE SUPPLIES (EXCEPT PAPER) MANUFACTURING | $517,703 | 6 |
| 238130 | FRAMING CONTRACTORS | $514,559 | 18 |
| 315280 | OTHER CUT AND SEW APPAREL MANUFACTURING | $505,454 | 13 |
| 333999 | ALL OTHER MISCELLANEOUS GENERAL PURPOSE MACHINERY MANUFACTURING | $495,261 | 15 |
| 314110 | CARPET AND RUG MILLS | $450,535 | 21 |
| 332710 | MACHINE SHOPS | $446,349 | 19 |
| 111110 | SOYBEAN FARMING | $424,730 | 2 |
| 562991 | SEPTIC TANK AND RELATED SERVICES | $411,935 | 15 |
| 541922 | COMMERCIAL PHOTOGRAPHY | $363,193 | 3 |
| 335122 | COMMERCIAL, INDUSTRIAL, AND INSTITUTIONAL ELECTRIC LIGHTING FIXTURE MANUFACTURING | $360,628 | 7 |
| 333249 | OTHER INDUSTRIAL MACHINERY MANUFACTURING | $359,262 | 1 |
| 332996 | FABRICATED PIPE AND PIPE FITTING MANUFACTURING | $353,692 | 13 |
| 811490 | OTHER PERSONAL AND HOUSEHOLD GOODS REPAIR AND MAINTENANCE | $353,407 | 4 |
| 332313 | PLATE WORK MANUFACTURING | $351,980 | 7 |
| 336999 | ALL OTHER TRANSPORTATION EQUIPMENT MANUFACTURING | $351,601 | 6 |
| 336212 | TRUCK TRAILER MANUFACTURING | $344,915 | 8 |
| 332410 | POWER BOILER AND HEAT EXCHANGER MANUFACTURING | $344,032 | 2 |
| 484220 | SPECIALIZED FREIGHT (EXCEPT USED GOODS) TRUCKING, LOCAL | $337,799 | 12 |
| 339950 | SIGN MANUFACTURING | $335,984 | 15 |
| 424710 | PETROLEUM BULK STATIONS AND TERMINALS | $330,000 | 3 |
| 611513 | APPRENTICESHIP TRAINING | $328,955 | 1 |
| 332721 | PRECISION TURNED PRODUCT MANUFACTURING | $327,234 | 3 |
| 532210 | CONSUMER ELECTRONICS AND APPLIANCES RENTAL | $325,174 | 9 |
| 334515 | INSTRUMENT MANUFACTURING FOR MEASURING AND TESTING ELECTRICITY AND ELECTRICAL SIGNALS | $318,543 | 17 |
| 484230 | SPECIALIZED FREIGHT (EXCEPT USED GOODS) TRUCKING, LONG-DISTANCE | $315,976 | 8 |
| 812332 | INDUSTRIAL LAUNDERERS | $315,446 | 62 |
| 622210 | PSYCHIATRIC AND SUBSTANCE ABUSE HOSPITALS | $314,582 | 3 |
| 423440 | OTHER COMMERCIAL EQUIPMENT MERCHANT WHOLESALERS | $312,561 | 2 |
| 326199 | ALL OTHER PLASTICS PRODUCT MANUFACTURING | $312,315 | 3 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 12 of 17   PageID #: 3383

US0050980

| NAICS | Description | Amount | Count |
|---|---|---:|---:|
| 561492 | COURT REPORTING AND STENOTYPE SERVICES | $308,490 | 166 |
| 326111 | PLASTICS BAG MANUFACTURING | $302,458 | 8 |
| 336320 | MOTOR VEHICLE ELECTRICAL AND ELECTRONIC EQUIPMENT MANUFACTURING | $300,994 | 20 |
| 331110 | IRON AND STEEL MILLS AND FERROALLOY MANUFACTURING | $298,040 | 4 |
| 333244 | PRINTING MACHINERY AND EQUIPMENT MANUFACTURING | $296,872 | 1 |
| 541921 | PHOTOGRAPHY STUDIOS, PORTRAIT | $296,767 | 4 |
| 722320 | CATERERS | $296,311 | 32 |
| 331210 | IRON AND STEEL PIPE AND TUBE MANUFACTURING FROM PURCHASED STEEL | $296,206 | 7 |
| 321918 | OTHER MILLWORK (INCLUDING FLOORING) | $290,240 | 1 |
| 511199 | ALL OTHER PUBLISHERS | $281,243 | 13 |
| 335129 | OTHER LIGHTING EQUIPMENT MANUFACTURING | $268,295 | 9 |
| 485510 | CHARTER BUS INDUSTRY | $265,744 | 2 |
| 221330 | STEAM AND AIR-CONDITIONING SUPPLY | $258,816 | 4 |
| 335929 | OTHER COMMUNICATION AND ENERGY WIRE MANUFACTURING | $251,436 | 4 |
| 221114 | SOLAR ELECTRIC POWER GENERATION | $243,841 | 4 |
| 321912 | CUT STOCK, RESAWING LUMBER, AND PLANING | $230,578 | 2 |
| 561622 | LOCKSMITHS | $226,781 | 5 |
| 488510 | FREIGHT TRANSPORTATION ARRANGEMENT | $219,334 | 12 |
| 611110 | ELEMENTARY AND SECONDARY SCHOOLS | $203,019 | 2 |
| 541213 | TAX PREPARATION SERVICES | $185,345 | 6 |
| 811211 | CONSUMER ELECTRONICS REPAIR AND MAINTENANCE | $183,171 | 11 |
| 323120 | SUPPORT ACTIVITIES FOR PRINTING | $175,545 | 2 |
| 423730 | WARM AIR HEATING AND AIR-CONDITIONING EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | $172,301 | 6 |
| 337124 | METAL HOUSEHOLD FURNITURE MANUFACTURING | $170,432 | 2 |
| 488991 | PACKING AND CRATING | $169,549 | 9 |
| 541850 | OUTDOOR ADVERTISING | $166,628 | 7 |
| 333923 | OVERHEAD TRAVELING CRANE, HOIST, AND MONORAIL SYSTEM MANUFACTURING | $162,289 | 2 |
| 611620 | SPORTS AND RECREATION INSTRUCTION | $160,743 | 6 |
| 621310 | OFFICES OF CHIROPRACTORS | $160,109 | 1 |
| 713940 | FITNESS AND RECREATIONAL SPORTS CENTERS | $151,849 | 6 |
| 212319 | OTHER CRUSHED AND BROKEN STONE MINING AND QUARRYING | $150,789 | 3 |
| 333991 | POWER-DRIVEN HANDTOOL MANUFACTURING | $148,526 | 1 |
| 541840 | MEDIA REPRESENTATIVES | $144,672 | 1 |
| 541360 | GEOPHYSICAL SURVEYING AND MAPPING SERVICES | $141,022 | 6 |
| 333414 | HEATING EQUIPMENT (EXCEPT WARM AIR FURNACES) MANUFACTURING | $140,161 | 7 |
| 531320 | OFFICES OF REAL ESTATE APPRAISERS | $139,000 | 4 |
| 326299 | ALL OTHER RUBBER PRODUCT MANUFACTURING | $138,532 | 11 |
| 812331 | LINEN SUPPLY | $138,496 | 1 |
| 923130 | ADMINISTRATION OF HUMAN RESOURCE PROGRAMS (EXCEPT EDUCATION, PUBLIC HEALTH, AND VETERANS' AFFAIRS PROGRAMS) | $120,000 | 2 |
| 332992 | SMALL ARMS AMMUNITION MANUFACTURING | $119,967 | 9 |
| 488490 | OTHER SUPPORT ACTIVITIES FOR ROAD TRANSPORTATION | $119,845 | 7 |
| 333613 | MECHANICAL POWER TRANSMISSION EQUIPMENT MANUFACTURIN | $119,409 | 8 |
| 333294 | FOOD PRODUCT MACHINERY MANUFACTURING | $103,940 | 50 |
| 335222 | HOUSEHOLD REFRIGERATOR AND HOME FREEZER MANUFACTURII | $100,491 | 59 |
| 332322 | SHEET METAL WORK MANUFACTURING | $91,555 | 3 |

| NAICS | Description | Dollars | Count |
|---|---|---|---|
| 326220 | RUBBER AND PLASTICS HOSES AND BELTING MANUFACTURING | $91,250 | 4 |
| 532299 | ALL OTHER CONSUMER GOODS RENTAL | $88,225 | 3 |
| 115210 | SUPPORT ACTIVITIES FOR ANIMAL PRODUCTION | $84,778 | 4 |
| 327910 | ABRASIVE PRODUCT MANUFACTURING | $82,200 | 1 |
| 331420 | COPPER ROLLING, DRAWING, EXTRUDING, AND ALLOYING | $73,887 | 4 |
| 423390 | OTHER CONSTRUCTION MATERIAL MERCHANT WHOLESALERS | $69,089 | 3 |
| 424720 | PETROLEUM AND PETROLEUM PRODUCTS MERCHANT WHOLESALERS (EXCEPT BULK STATIONS AND TERMINALS) | $64,293 | 6 |
| 339114 | DENTAL EQUIPMENT AND SUPPLIES MANUFACTURING | $62,100 | 1 |
| 331318 | OTHER ALUMINUM ROLLING, DRAWING, AND EXTRUDING | $61,666 | 2 |
| 221111 | HYDROELECTRIC POWER GENERATION | $60,000 | 1 |
| 333992 | WELDING AND SOLDERING EQUIPMENT MANUFACTURING | $58,980 | 2 |
| 336340 | MOTOR VEHICLE BRAKE SYSTEM MANUFACTURING | $58,310 | 2 |
| 333618 | OTHER ENGINE EQUIPMENT MANUFACTURING | $57,756 | 1 |
| 335221 | HOUSEHOLD COOKING APPLIANCE MANUFACTURING | $57,491 | 43 |
| 442110 | FURNITURE STORES | $57,245 | 5 |
| 324110 | PETROLEUM REFINERIES | $57,109 | 2 |
| 441222 | BOAT DEALERS | $56,964 | 1 |
| 333412 | INDUSTRIAL AND COMMERCIAL FAN AND BLOWER MANUFACTURIN | $54,740 | 1 |
| 448210 | SHOE STORES | $50,000 | 1 |
| 711320 | PROMOTERS OF PERFORMING ARTS, SPORTS, AND SIMILAR EVENTS WITHOUT FACILITIES | $50,000 | 1 |
| 213115 | SUPPORT ACTIVITIES FOR NONMETALLIC MINERALS (EXCEPT FUEL | $48,281 | 1 |
| 423820 | FARM AND GARDEN MACHINERY AND EQUIPMENT MERCHANT WHOLESALERS | $48,016 | 3 |
| 339991 | GASKET, PACKING, AND SEALING DEVICE MANUFACTURING | $46,685 | 16 |
| 339112 | SURGICAL AND MEDICAL INSTRUMENT MANUFACTURING | $44,644 | 14 |
| 621420 | OUTPATIENT MENTAL HEALTH AND SUBSTANCE ABUSE CENTERS | $44,443 | 5 |
| 337920 | BLIND AND SHADE MANUFACTURING | $41,400 | 1 |
| 321114 | WOOD PRESERVATION | $41,249 | 1 |
| 562920 | MATERIALS RECOVERY FACILITIES | $40,720 | 2 |
| 326140 | POLYSTYRENE FOAM PRODUCT MANUFACTURING | $37,493 | 3 |
| 336370 | MOTOR VEHICLE METAL STAMPING | $36,820 | 3 |
| 424920 | BOOK, PERIODICAL, AND NEWSPAPER MERCHANT WHOLESALERS | $36,211 | 2 |
| 336360 | MOTOR VEHICLE SEATING AND INTERIOR TRIM MANUFACTURING | $33,847 | 2 |
| 312112 | BOTTLED WATER MANUFACTURING | $33,434 | 2 |
| 325320 | PESTICIDE AND OTHER AGRICULTURAL CHEMICAL MANUFACTURIN | $33,412 | 3 |
| 332722 | BOLT, NUT, SCREW, RIVET, AND WASHER MANUFACTURING | $31,734 | 1 |
| 336612 | BOAT BUILDING | $30,937 | 1 |
| 327390 | OTHER CONCRETE PRODUCT MANUFACTURING | $30,649 | 1 |
| 333112 | LAWN AND GARDEN TRACTOR AND HOME LAWN AND GARDEN EQUIPMENT MANUFACTURING | $30,413 | 1 |
| 334513 | INSTRUMENTS AND RELATED PRODUCTS MANUFACTURING FOR MEASURING, DISPLAYING, AND CONTROLLING INDUSTRIAL PROCESS VARIABLES | $30,248 | 1 |
| 336310 | MOTOR VEHICLE GASOLINE ENGINE AND ENGINE PARTS MANUFACTURING | $30,000 | 1 |
| 926130 | REGULATION AND ADMINISTRATION OF COMMUNICATIONS, ELECTRIC, GAS, AND OTHER UTILITIES | $30,000 | 1 |
| 311119 | OTHER ANIMAL FOOD MANUFACTURING | $28,067 | 2 |
| 327110 | POTTERY, CERAMICS, AND PLUMBING FIXTURE MANUFACTURING | $27,115 | 4 |
| 316210 | FOOTWEAR MANUFACTURING | $26,502 | 4 |

| | | | |
|---|---|---|---|
| 335314 | RELAY AND INDUSTRIAL CONTROL MANUFACTURING | $26,258 | 3 |
| 423850 | SERVICE ESTABLISHMENT EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | $26,059 | 8 |
| 424210 | DRUGS AND DRUGGISTS' SUNDRIES MERCHANT WHOLESALERS | $23,217 | 2 |
| 111998 | ALL OTHER MISCELLANEOUS CROP FARMING | $21,361 | 1 |
| 337110 | WOOD KITCHEN CABINET AND COUNTERTOP MANUFACTURING | $20,168 | 1 |
| 531110 | LESSORS OF RESIDENTIAL BUILDINGS AND DWELLINGS | $18,900 | 1 |
| 335932 | NONCURRENT-CARRYING WIRING DEVICE MANUFACTURING | $18,539 | 2 |
| 334613 | BLANK MAGNETIC AND OPTICAL RECORDING MEDIA MANUFACTUR | $18,197 | 1 |
| 423990 | OTHER MISCELLANEOUS DURABLE GOODS MERCHANT WHOLESALERS | $15,918 | 41 |
| 453220 | GIFT, NOVELTY, AND SOUVENIR STORES | $14,800 | 1 |
| 611691 | EXAM PREPARATION AND TUTORING | $14,669 | 3 |
| 327320 | READY-MIX CONCRETE MANUFACTURING | $13,791 | 1 |
| 721199 | ALL OTHER TRAVELER ACCOMMODATION | $13,769 | 1 |
| 333241 | FOOD PRODUCT MACHINERY MANUFACTURING | $13,705 | 27 |
| 334417 | ELECTRONIC CONNECTOR MANUFACTURING | $13,215 | 2 |
| 221112 | FOSSIL FUEL ELECTRIC POWER GENERATION | $12,800 | 1 |
| 334512 | AUTOMATIC ENVIRONMENTAL CONTROL MANUFACTURING FOR RESIDENTIAL, COMMERCIAL, AND APPLIANCE USE | $12,152 | 2 |
| 316998 | ALL OTHER LEATHER GOOD AND ALLIED PRODUCT MANUFACTURII | $11,953 | 1 |
| 332321 | METAL WINDOW AND DOOR MANUFACTURING | $11,149 | 2 |
| 446199 | ALL OTHER HEALTH AND PERSONAL CARE STORES | $9,911 | 1 |
| 711110 | THEATER COMPANIES AND DINNER THEATERS | $9,645 | 3 |
| 624110 | CHILD AND YOUTH SERVICES | $9,513 | 3 |
| 453210 | OFFICE SUPPLIES AND STATIONERY STORES | $9,119 | 3 |
| 512199 | OTHER MOTION PICTURE AND VIDEO INDUSTRIES | $8,180 | 1 |
| 532111 | PASSENGER CAR RENTAL | $7,850 | 2 |
| 333315 | PHOTOGRAPHIC AND PHOTOCOPYING EQUIPMENT MANUFACTURI | $6,720 | 10 |
| 453998 | ALL OTHER MISCELLANEOUS STORE RETAILERS (EXCEPT TOBACCO STORES) | $6,100 | 2 |
| 337212 | CUSTOM ARCHITECTURAL WOODWORK AND MILLWORK MANUFACTURING | $5,291 | 2 |
| 333912 | AIR AND GAS COMPRESSOR MANUFACTURING | $4,819 | 1 |
| 512191 | TELEPRODUCTION AND OTHER POSTPRODUCTION SERVICES | $4,616 | 2 |
| 325120 | INDUSTRIAL GAS MANUFACTURING | $4,316 | 1 |
| 335911 | STORAGE BATTERY MANUFACTURING | $4,300 | 2 |
| 483111 | DEEP SEA FREIGHT TRANSPORTATION | $3,940 | 1 |
| 423610 | ELECTRICAL APPARATUS AND EQUIPMENT, WIRING SUPPLIES, AND RELATED EQUIPMENT MERCHANT WHOLESALERS | $2,742 | 6 |
| 211112 | NATURAL GAS LIQUID EXTRACTION | $2,424 | 1 |
| 485320 | LIMOUSINE SERVICE | $1,090 | 5 |
| 112111 | BEEF CATTLE RANCHING AND FARMING | $0 | 1 |
| 113310 | LOGGING | $0 | 1 |
| 115116 | FARM MANAGEMENT SERVICES | $0 | 1 |
| 213112 | SUPPORT ACTIVITIES FOR OIL AND GAS OPERATIONS | $0 | 1 |
| 233310 | MANUFACTURING AND INDUSTRIAL BUILDING CONSTRUCTION | $0 | 1 |
| 233320 | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION | $0 | 1 |
| 314912 | CANVAS AND RELATED PRODUCT MILLS | $0 | 1 |
| 315299 | ALL OTHER CUT AND SEW APPAREL MANUFACTURING | $0 | 1 |
| 321911 | WOOD WINDOW AND DOOR MANUFACTURING | $0 | 1 |
| 325412 | PHARMACEUTICAL PREPARATION MANUFACTURING | $0 | 1 |

| NAICS | Description | Dollars | Count |
|---|---|---|---|
| 325910 | PRINTING INK MANUFACTURING | $0 | 1 |
| 327211 | FLAT GLASS MANUFACTURING | $0 | 1 |
| 332323 | ORNAMENTAL AND ARCHITECTURAL METAL WORK MANUFACTURIN | $0 | 1 |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | $0 | 2 |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | $0 | 3 |
| 336415 | GUIDED MISSILE AND SPACE VEHICLE PROPULSION UNIT AND PROPULSION UNIT PARTS MANUFACTURING | $0 | 1 |
| 423220 | HOME FURNISHING MERCHANT WHOLESALERS | $0 | 1 |
| 423420 | OFFICE EQUIPMENT MERCHANT WHOLESALERS | $0 | 7 |
| 423860 | TRANSPORTATION EQUIPMENT AND SUPPLIES (EXCEPT MOTOR VEHICLE) MERCHANT WHOLESALERS | $0 | 1 |
| 424120 | STATIONERY AND OFFICE SUPPLIES MERCHANT WHOLESALERS | $0 | 1 |
| 424940 | TOBACCO AND TOBACCO PRODUCT MERCHANT WHOLESALERS | $0 | 1 |
| 424990 | OTHER MISCELLANEOUS NONDURABLE GOODS MERCHANT WHOLESALERS | $0 | 1 |
| 443112 | RADIO, TELEVISION, AND OTHER ELECTRONICS STORES | $0 | 1 |
| 443130 | CAMERA AND PHOTOGRAPHIC SUPPLIES STORES | $0 | 2 |
| 444190 | OTHER BUILDING MATERIAL DEALERS | $0 | 1 |
| 448140 | FAMILY CLOTHING STORES | $0 | 1 |
| 448150 | CLOTHING ACCESSORIES STORES | $0 | 1 |
| 451110 | SPORTING GOODS STORES | $0 | 1 |
| 483212 | INLAND WATER PASSENGER TRANSPORTATION | $0 | 1 |
| 517212 | CELLULAR AND OTHER WIRELESS TELECOMMUNICATIONS | $0 | 5 |
| 517310 | TELECOMMUNICATIONS RESELLERS | $0 | 2 |
| 517510 | CABLE AND OTHER PROGRAM DISTRIBUTION | $0 | 2 |
| 517910 | OTHER TELECOMMUNICATIONS | $0 | 1 |
| 523930 | INVESTMENT ADVICE | $0 | 3 |
| 561510 | TRAVEL AGENCIES | $0 | 1 |
| 562212 | SOLID WASTE LANDFILL | $0 | 1 |
| 621610 | HOME HEALTH CARE SERVICES | $0 | 1 |
| 332919 | OTHER METAL VALVE AND PIPE FITTING MANUFACTURING | $0 | 1 |
| 332993 | AMMUNITION (EXCEPT SMALL ARMS) MANUFACTURING | $0 | 4 |
| 333319 | OTHER COMMERCIAL AND SERVICE INDUSTRY MACHINERY MANUFACTURING | -$1 | 1 |
| 115113 | CROP HARVESTING, PRIMARILY BY MACHINE | -$18 | 1 |
| 423840 | INDUSTRIAL SUPPLIES MERCHANT WHOLESALERS | -$404 | 3 |
| 332995 | OTHER ORDNANCE AND ACCESSORIES MANUFACTURING | -$508 | 3 |
| 423410 | PHOTOGRAPHIC EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | -$1,655 | 1 |
| 621991 | BLOOD AND ORGAN BANKS | -$3,060 | 1 |
| 624120 | SERVICES FOR THE ELDERLY AND PERSONS WITH DISABILITIES | -$6,813 | 1 |
| 327991 | CUT STONE AND STONE PRODUCT MANUFACTURING | -$7,231 | 1 |
| 423320 | BRICK, STONE, AND RELATED CONSTRUCTION MATERIAL MERCHANT WHOLESALERS | -$10,137 | 3 |
| 334416 | CAPACITOR, RESISTOR, COIL, TRANSFORMER, AND OTHER INDUCTOR MANUFACTURING | -$10,692 | 1 |
| 234990 | ALL OTHER HEAVY CONSTRUCTION | -$11,457 | 1 |
| 332618 | OTHER FABRICATED WIRE PRODUCT MANUFACTURING | -$11,723 | 4 |
| 454111 | ELECTRONIC SHOPPING | -$12,625 | 1 |
| 313320 | FABRIC COATING MILLS | -$15,510 | 1 |

| | | | |
|---|---|---|---|
| 711510 | INDEPENDENT ARTISTS, WRITERS, AND PERFORMERS | -$20,247 | 6 |
| 315999 | OTHER APPAREL ACCESSORIES AND OTHER APPAREL MANUFACTURING | -$27,170 | 4 |
| 531312 | NONRESIDENTIAL PROPERTY MANAGERS | -$32,090 | 2 |
| 334119 | OTHER COMPUTER PERIPHERAL EQUIPMENT MANUFACTURING | -$34,775 | 8 |
| 423830 | INDUSTRIAL MACHINERY AND EQUIPMENT MERCHANT WHOLESALE | -$53,078 | 1 |
| 624310 | VOCATIONAL REHABILITATION SERVICES | -$53,299 | 2 |
| 624230 | EMERGENCY AND OTHER RELIEF SERVICES | -$79,064 | 3 |
| 513390 | OTHER TELECOMMUNICATIONS | -$93,700 | 1 |
| 721110 | HOTELS (EXCEPT CASINO HOTELS) AND MOTELS | -$111,730 | 6 |
| 811118 | OTHER AUTOMOTIVE MECHANICAL AND ELECTRICAL REPAIR AND MAINTENANCE | -$143,662 | 3 |
| 523920 | PORTFOLIO MANAGEMENT | -$146,019 | 1 |
| 541191 | TITLE ABSTRACT AND SETTLEMENT OFFICES | -$147,964 | 5 |
| 811412 | APPLIANCE REPAIR AND MAINTENANCE | -$177,578 | 7 |
| 423490 | OTHER PROFESSIONAL EQUIPMENT AND SUPPLIES MERCHANT WHOLESALERS | -$200,681 | 7 |
| 921190 | OTHER GENERAL GOVERNMENT SUPPORT | -$578,474 | 3 |
| 813920 | PROFESSIONAL ORGANIZATIONS | -$585,238 | 3 |
| 811111 | GENERAL AUTOMOTIVE REPAIR | -$595,602 | 18 |
| 811198 | ALL OTHER AUTOMOTIVE REPAIR AND MAINTENANCE | -$631,969 | 1 |
| 325520 | ADHESIVE MANUFACTURING | -$752,919 | 10 |
| 423720 | PLUMBING AND HEATING EQUIPMENT AND SUPPLIES (HYDRONICS) MERCHANT WHOLESALERS | -$865,700 | 3 |
| 333314 | OPTICAL INSTRUMENT AND LENS MANUFACTURING | -$1,280,535 | 7 |
| 331315 | ALUMINUM SHEET, PLATE, AND FOIL MANUFACTURING | -$4,554,284 | 1 |
| 332991 | BALL AND ROLLER BEARING MANUFACTURING | -$6,265,457 | 61 |

Case 2:20-cv-00041-DCLC-CRW   Document 93-4   Filed 09/15/23   Page 17 of 17   PageID #: 3388

US0050985