UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00041-DCLC-CRW |

## [PROPOSED] ORDER

Before the Court is the motion of the Tunica-Biloxi Tribe of Louisiana and the National Center for American Indian Enterprise Development (tribal amici) for leave to file an amicus curiae brief in response to Plaintiff's motion for additional equitable relief. Amicus participation "is a privilege within 'the sound discretion of the courts.'" *Graham v. Potter*, No. 1:06-CV-166, 2006 WL 3740851, at *1 n.1 (E.D. Tenn. Dec. 15, 2006) (quoting *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). For good cause shown, including the reasons stated in tribal amici's motion, the motion is well-taken and is hereby **GRANTED**. The Clerk is **DIRECTED** to docket tribal amici's amicus curiae brief, attached to their motion, as a separate entry.

IT IS SO ORDERED.

_____
Hon. Clifton L. Corker
United States District Judge