Plaintiff,

v.

Case No.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for                                    , moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**AND** I am a member in good standing of another U.S. District Court.  <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C).  **NO FILING FEE REQUIRED.**

An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature–hand signed)

Name:
Firm:
Address:



Email address:

**Once your motion is granted, you must register as an E-Filer with this Court.  For instructions visit the Court's website.**