UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Ultima Services Corporation

    Plaintiff,

v.                                              Case No. 2:20-CV-00041

U.S. Department of Agriculture, et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for tribal amici, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

District of Columbia, California

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/2/23

*/s/ Leonard Powell/*

(Signature–hand signed)

Name: Leonard R. Powell
Firm: Jenner & Block, LLP
Address:
    1099 New York Ave. NW, Suite 900, Washington, DC 20001

Email address: leonardpowell@jenner.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.