

# United States District & Bankruptcy Courts
## for the District of Columbia

CLERK'S OFFICE

333 Constitution Avenue, NW

Room 1225

Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## LEONARD  R.  POWELL

was, on the __5th__ day of __March__ A.D. __2018__ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this __2nd__ day of __October__

A.D. __2023__.



**ANGELA D. CAESAR,** Clerk of Courts

By: ___Marquia Langford___

**Deputy Clerk**