UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) 2:20-CV-00041-DCLC-CRW |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Motion for Leave to File Amicus Brief [Doc. 95] filed by non-parties the Tunica-Biloxi Tribe of Louisiana and the National Center for American Indian Enterprise Development ("Amici"), seeking leave to file an Amicus Brief to assist the Court in considering the issues raised in Plaintiff's Motion for Additional Equitable Relief [*Id.*, pgs. 1-3; *see* Doc. 93]. Leave to participate as amicus curiae is a "privilege within the sound discretion of the courts." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991) (internal quotation marks and citations omitted). Exercise of that discretion is appropriate when the non-party has "an important interest and valuable perspective on the issues presented." *Board of Educ. v. U.S. Dep't of Educ.*, 208 F. Supp. 3d 850, 860 n.1 (S.D. Ohio 2016) (internal quotation marks omitted); *see also* Fed.R.App.P. 29(b). Upon consideration, Amici's Motion [Doc. 95] well-taken and hereby **GRANTED**. The Clerk is **DIRECTED** to file Amici's Proposed Amicus Brief [Doc. 95-1] on the docket.

**SO ORDERED:**

/s Clifton L. Corker
United States District Judge