UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ULTIMA SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Amici curiae Tunica-Biloxi Tribe of Louisiana and National Center for American Indian Enterprise Development have filed a Motion for the admission of Charles W. Galbraith, Esq. *pro hac vice* in this action [Doc. 96]. This Motion is **GRANTED**. Counsel *MUST* register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

    SO ORDERED:

                                                     /s/Cynthia Richardson Wyrick
                                                   United States Magistrate Judge