

FedEx Ground

G

37743

FROM
FedEx Office
1301 Professional Pkwy
Gordon TN 38016
TO: Jason Stevenson
220 W. Depot Street, Suite 200
Greeneville TN 37743
(423) 783-2626

TRK# 2803 4420 9058

9622 0417 3 000 000 0000 0 00 2803 4420 9058

530-2068

37743-1190