


Please recycle. See how we're connecting the world in responsible and resourceful ways at **fedex.com/sustainability**.

© 2021 FedEx 820001 REV 5/21



FedEx Office
Johnson City TN Roan St Node # 0531
(423) 283-9503 fax (423) 283-9603
CALL WHEN DONE ☐

0531-02NPM-1

Jason Keeton

423.783.2626
BIN# Delivery    PIECES 1 of 1