PEEL HERE ▶

FROM:
FedEx Office
1130 N German...way
Cordova TN 38...

TO Jason C. Keeton

220 West Depot Street

Greeneville TN 37743
(423) 787-7400
INV
PO

REF

(US)

DEPT

FedEx
Ground

G

TRK# 2813 6539 8734

37743

9622 0417 3 (000 000 0000) 0 00 2813 6539 8734

Put a c...
do...um
details
steps
the pa

© 2021
U.S. Pat...