FROM
FedEx Office
1130 N Germantown Pkwy
Cordova TN 38018
US
901-752-0200

TO Jason C. Keeton

220 West Depot Street

Greeneville TN 37743
(423) 787-7400

TRK# 2813 6539 8734

37743

9622 0417 3 (000 000 0000) 0 00 2813 6539 8734

FedEx Ground