FROM: (901) 752-0200
FedEx Office
1130 N Germantown Pkwy
Cordova TN 38016
US

SHIP DATE: 05JAN25
ACTWGT: 1.20 LB
CAD: 251115902/WSXI3600

BILL 3rd PARTY

TO Jason C. Keeton
220 West Depot Street Suite 200
Greeneville TN 37743
(423) 783-2626
REF:
INV:
PO:                    DEPT:

FedEx Ground

TRK# 2840 0416 4902

37743

9622 0417 3 (000 000 0000) 0 00 2840 0416 4902

Handwritten annotations:
- 1/2/11 (crossed out)
- 32 (red)
- 34/530 (crossed out)
- Not van scanned
- 220 W. Depot