Outlook

---

## Re: New Offer Welcome Letter

---

**From** Lynette Stevenson <ls@dalscreditsolutions.com>
**Date** Tue 19-Apr-22 3:13 PM
**To** kelly.perry@gsa.gov <kelly.perry@gsa.gov>

Good Afternoon, Kelly. I can't stop crying. Thank you so much. We will serve you and bring the highest to the Federal Government. Dals Credit Solutions is beyond greatful.

Respectfully,

Lynette T. Stevenson-Owner

DALS Credit Solutions Co. LLC

D.A.L.S Notary Services

D.A.L.S Development & Infrastructure Co

DUNS:111695682

Pennsylvania COSTARS Awarded Contract Numbers: 4400024541, 4400024542, 4400024608

CAGE: 8N9Y9

Website: https://www.dalscredit.solutions/government

Website: https://www.dalscredit.solutions

Email: LS@Dalscreditsolutions.com

Email: LS@DALSFED@onmicrosoft.com

Phone: 717-421-1445

Good Early Morning Grind.

One must learn to stay so hungry that one is afraid of starving.

#CreditTipTuesday #TheBrand™

---

**From:** kelly.perry@gsa.gov <kelly.perry@gsa.gov>
**Sent:** Tuesday, April 19, 2022 2:00:09 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>; Lynette Stevenson <ls@dalscreditsolutions.com>
**Cc:** kelly.perry@gsa.gov <kelly.perry@gsa.gov>
**Subject:** New Offer Welcome Letter

Management Services Acquisition Center (QR)

NEW OFFER WELCOME LETTER

Lynette Stevenson
DALS CREDIT SOLUTIONS CO.
22 S CHESTNUT ST
MECHANICSBURG, PA 17055-6549


Dear Lynette Stevenson


Welcome to the Management Services Acquisition Center (QR). This is to notify you that we received your offer 1077523 under the Solicitation No. 47QSMD20R0001, on 14 Apr 2022 and to briefly explain what will happen in the coming weeks.

Your offer has been assigned to Contract Specialist, Kelly Perry. This individual will be your point of contact for any questions.

(Note)

Kelly Perry is NOT the assigned Contract Specialist and is listed because this is an auto-generated letter. This offer will be assigned to a Contracting Team, and the assigned Contract Specialist will be the owner of this Offer. Once the assigned Contract Specialist
completes the review of the offer, s/he will contact you. Please be aware that award for offers under the new MAS Consolidation solicitation is not until after GSA issues the modification moving all existing contractors to the new MAS Consolidation solicitation. Please
feel free to follow GSA Interact MAS Group. If you need to contact GSA in regard to your pending offer, and you have not yet heard back from the assigned Contract Specialist, then please do so via Kelly Perry VIA EMAIL at Kelly.perry@gsa.gov. (End note)

Again, AFTER review the contract specialist will either contact you via telephone, e-mail or letter notifying you of any deficiencies associated with your offer. Once all administrative issues are addressed, the contract specialist will continue the review to determine that
you are a responsible contractor and the prices you offer are fair and reasonable. Once this review is completed and all administrative issues are addressed, the contract specialist will contact you to begin negotiations, if necessary.

While you are waiting for GSA to process your offer, we encourage you to make the most of this time by continuing to educate yourself about the (1) GSA Schedules program, (2) GSA Schedule contract holders whose offerings complement yours, and (3) marketing
and networking to prospective federal clients.

GSA has provided resources to review in the meantime:

(1)    GSA Schedules (https://www.gsa.gov/buying-selling/purchasing-programs/gsa-schedules

We particularly invite you to read the Multiple Award Schedules (MAS) Desk Reference guide, which provides detailed information about the MAS program. This information is primarily intended for GSA?s customers but provides valuable information about how
agencies use MAS contracts.

(2)    Schedule Contract Holders and Catalogs (https://www.gsaelibrary.gsa.gov)

(3)    Marketing to Federal Government (http://interact.gsa.gov/groups/contractor-success)

We encourage you to read material and view videos via the link above so that you may begin actively marketing your services to prospective federal clients and have a running start at winning business if a contract is awarded.

(4)  Join GSA's Interact.gov forum, particularly the Multiple Award Schedules group.  Here you will find the latest news about the MAS program, including industry webinars, MAS solicitation announcements, and other newsworthy items.  Registration is free and open to the public.

Once again, the GSA Contract Specialist assigned to your offer will be in contact with you when the evaluation of your offer commences (Kelly Perry is not the offer owner).  Between receipt of this letter and first contact from your assigned Contract specialist, an appropriate point of contact will be NCSCcustomer.service@gsa.gov.

We appreciate your patience and look forward to working with you on your offer!

Sincerely,

Kelly Perry
Offer Owner
(P) 000-000-0000, (F) 000-000-0000, kelly.perry@gsa.gov



## Fw: New Offer Welcome Letter

From Lynette Stevenson <ls@dalscreditsolutions.com>
Date Wed 11-May-22 11:43 AM
To sheryl.welch@usda.gov <sheryl.welch@usda.gov>

Good Morning, Sheryl and I hope all is well. Below is the welcome letter received from the GSA

**Respectfully,**
**Lynette T. Stevenson-Owner**
**DALS Credit Solutions Co. L.L.C.**
**D.A.L.S. Notary Services**
**UEI W9MKGJS85B81**
**CAGE:8N9Y9**
**www.dalscredit.solutions**
**717-421-1445**







**From:** kelly.perry@gsa.gov <kelly.perry@gsa.gov>
**Sent:** Tuesday, April 19, 2022 2:00 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>; Lynette Stevenson <ls@dalscreditsolutions.com>
**Cc:** kelly.perry@gsa.gov <kelly.perry@gsa.gov>
**Subject:** New Offer Welcome Letter

NEW OFFER WELCOME LETTER

04/19/2022

Lynette Stevenson
DALS CREDIT SOLUTIONS CO.
22 S CHESTNUT ST
MECHANICSBURG, PA 17055-6549

Dear Lynette Stevenson

Welcome to the Management Services Acquisition Center (QR). This is to notify you that we received your offer 1077523 under the Solicitation No. 47QSMD20R0001, on 14 Apr 2022 and to briefly explain what will happen in the coming weeks.

Your offer has been assigned to Contract Specialist, Kelly Perry. This individual will be your point of contact for any questions.

(Note)
Kelly Perry is NOT the assigned Contract Specialist and is listed because this is an auto-generated letter. This offer will be assigned to a Contracting Team, and the assigned Contract Specialist will be the owner of this Offer. Once the assigned Contract Specialist
completes the review of the offer, s/he will contact you. Please be aware that award for offers under the new MAS Consolidation solicitation is not until after GSA issues the modification moving all existing contractors to the new MAS Consolidation solicitation. Please
feel free to follow GSA Interact MAS Group. If you need to contact GSA in regard to your pending offer, and you have not yet heard back from the assigned Contract Specialist, then please do so via Kelly Perry VIA EMAIL at Kelly.perry@gsa.gov. (End note)

Again, AFTER review the contract specialist will either contact you via telephone, e-mail or letter notifying you of any deficiencies associated with your offer. Once all administrative issues are addressed, the contract specialist will continue the review to determine that
you are a responsible contractor and the prices you offer are fair and reasonable. Once this review is completed and all administrative issues are addressed, the contract specialist will contact you to begin negotiations, if necessary.

While you are waiting for GSA to process your offer, we encourage you to make the most of this time by continuing to educate yourself about the (1) GSA Schedules program, (2) GSA Schedule contract holders whose offerings complement yours, and (3) marketing
and networking to prospective federal clients.

GSA has provided resources to review in the meantime:

(1)    GSA Schedules (https://www.gsa.gov/buying-selling/purchasing-programs/gsa-schedules

We particularly invite you to read the Multiple Award Schedules (MAS) Desk Reference guide, which provides detailed information about the MAS program. This information is primarily intended for GSA?s customers but provides valuable information about how
agencies use MAS contracts.

(2)     Schedule Contract Holders and Catalogs (https://www.gsaelibrary.gsa.gov)

(3)     Marketing to Federal Government (http://interact.gsa.gov/groups/contractor-success)

We encourage you to read material and view videos via the link above so that you may begin actively marketing your services to prospective federal clients and have a running start at winning business if a contract is awarded.

(4)  Join GSA's Interact.gov forum, particularly the Multiple Award Schedules group.  Here you will find the latest news about the MAS program, including industry webinars, MAS solicitation announcements, and other newsworthy items.  Registration is free and open to
the public.

Once again, the GSA Contract Specialist assigned to your offer will be in contact with you when the evaluation of your offer commences (Kelly Perry is not the offer owner).  Between receipt of this letter and first contact from your assigned Contract specialist, an
appropriate point of contact will be NCSCcustomer.service@gsa.gov.

We appreciate your patience and look forward to working with you on your offer!

Sincerely,

Kelly Perry
Offer Owner
(P) 000-000-0000, (F) 000-000-0000, kelly.perry@gsa.gov

 **Outlook**

---

## USDA Shery .xlsx

**From** Lynette Stevenson <ls@dalscreditsolutions.com>
**Date** Mon 16-May-22 12:43 PM
**To** sheryl.welch@usda.gov <sheryl.welch@usda.gov>
**Cc** Lynette Stevenson <ls@dalscreditsolutions.com>

📎 1 attachment (17 KB)
USDA Shery .xlsx;

Good morning, Sheryl. Here is a copy of the document you requested. If I missed something, please let me know. Again, thank you so much for everything.
I am looking forward to executing contracts for USDA.

 Outlook

---

**Re: Extension**

---

**From** Lynette Stevenson <ls@dalscreditsolutions.com>

**Date** Thu 26-May-22 2:19 PM

**To** Ashley Rollin - QRADC <ashley.rollin@gsa.gov>

**Cc** sheryl.welch@usda.gov <sheryl.welch@usda.gov>

Follow up via call.

Good Afternoon and Thank you for the good wishes and extension. To complete the required updates, may you unlock the application, so I can edit it? I had assistance from someone within the process, and I am now unable to complete the appointment due to my application being locked. May you please assist? Thank you so much.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







*Focus on the Future*

## WBENC 2021

SURVIVE ı GROW ı THRIVE

---

**From:** Ashley Rollin - QRADC <ashley.rollin@gsa.gov>
**Sent:** Monday, May 23, 2022 9:56 AM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Cc:** sheryl.welch@usda.gov <sheryl.welch@usda.gov>
**Subject:** Re: Extension

Good morning Lynette,

I hope you feel better and yes we can extend the submission date to NLT 12PM Pacific Time on 5/30/2022. However, please keep in mind that due to the deficiencies found the offer should have been rejected. No further extensions will be granted past 5/30/2022. If you're unable to meet this date your offer will be rejected but you will have the opportunity to resubmit once you're ready.

**Ashley Rollin**
Contract Specialist
General Services Administration, Federal Acquisition Service
Office of Professional Services and Human Capital Categories (PSHC)
1301 A St. Suite 610 Tacoma, WA 98402
(253) 315-1266
ashley.rollin@gsa.gov

On Fri, May 20, 2022 at 3:14 PM Lynette Stevenson <ls@dalscreditsolutions.com> wrote:
Good Evening, Ashley Rollin. I wanted to reach out to you regarding the deadline for 05/23/3022. Due to the number of items required and the issues with my fibroids, I am requesting an extension until the 30th of May. We met on the 18th of May. The goal is to submit accurate information for the execution of the award. I have included Sheryl Welch, who is also requesting an expedited review. I look forward to your feedback.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services

UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







 Outlook

---

Re: Proposal rejection notification

---

**From** Lynette Stevenson <ls@dalscreditsolutions.com>

**Date** Wed 01-Jun-22 12:38 PM

**To** ashley.rollin@gsa.gov <ashley.rollin@gsa.gov>; sheryl.welch@usda.gov <sheryl.welch@usda.gov>

Good Afternoon, Ashley. Again, I am requesting a meeting for the rejection of the proposal. I look forward to hearing from and working with you soon.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







**From:** ashley.rollin@gsa.gov <ashley.rollin@gsa.gov>
**Sent:** Wednesday, June 1, 2022 12:30 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>; Lynette Stevenson <ls@dalscreditsolutions.com>
**Cc:** ashley.rollin@gsa.gov <ashley.rollin@gsa.gov>
**Subject:** Proposal rejection notification

Dear Sir/Madam
This is to notify you that your proposal for offer # WPJ7G1YS has been rejected by Contract Specialist assigned to this offer.

Comments are as follows

See email dated 06/01/2022.

This is an autogenerated email from ORS System. Please do not respond to this email.

 Outlook

---

**Re: Offer Rejection Notice Offer e 1077523**

---

**From** Lynette Stevenson <ls@dalscreditsolutions.com>
**Date** Wed 01-Jun-22 12:22 PM
**To** Ashley Rollin - QRADC <ashley.rollin@gsa.gov>; sheryl.welch@usda.gov <sheryl.welch@usda.gov>

Good Morning, Ashley Rollin, and Sheryl Welch. Ashley I am requesting a meeting regarding the rejection. As stated, prior, information was being gathered from past performance due to the holiday the time would be extended. When I requested the extension to the 30th , The portal was locked for three days and was asked to unlock when I had assistance to submit information. Currently working on pricing and undergoing surgery Friday. If a meeting can be scheduled, I will greatly appreciate this.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







**From:** Ashley Rollin - QRADC <ashley.rollin@gsa.gov>
**Sent:** Wednesday, June 1, 2022 12:17 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Subject:** Offer Rejection Notice Offer e 1077523

Dear Offeror:

This letter is in reference to your company's submitted offer under the GSA Multiple Award Schedule (MAS). Thank you for your interest and for taking the time to submit an offer.

GSA has evaluated your company's offer in accordance with the solicitation instructions contained in provisions SCP-FSS-001 Instructions Applicable to All Offerors (MAY 2022) and 552.238-75 Evaluation - Commercial Items (Federal Supply Schedule) (JAN 2022).

GSA has rejected your company's offer because the offer did not successfully meet all of the solicitation requirements. We have identified the specific offer deficiencies in the attached offer review checklist. GSA will take no further action on this offer.

Should you have any questions regarding the evaluation of your offer, please contact the POC CS listed below to schedule a 30-minute conversation to discuss the deficiencies noted in your offer. It is highly recommended that you take the time to review the solicitation requirements, the information submitted with your offer and the noted deficiencies prior to scheduling this conversation, as this is your opportunity to ask specific questions regarding the solicitation requirements.

As previously discussed, you may submit your offer at a later time once all the requirements have been met.

Respectfully,
**Ashley Rollin**
Contract Specialist
General Services Administration, Federal Acquisition Service
Office of Professional Services and Human Capital Categories (PSHC)
1301 A St. Suite 610 Tacoma, WA 98402
(253) 315-1266
ashley.rollin@gsa.gov



## Re: [External Email]Good Morning

**From** Lynette Stevenson <ls@dalscreditsolutions.com>

**Date** Mon 13-Jun-22 3:48 PM

**To** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>

Good Afternoon, Sheryl. Please keep me posted. I don't qualify for this due to not being an 8A or on the CIO SP3. Thank you so much.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







**From:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Sent:** Monday, June 13, 2022 3:22 PM

**To:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Subject:** RE: [External Email]Good Morning

Good afternoon,

The contracting officer confirm this is ASH and will be posted on CIO SP3 8(a) small business set aside.

| FPAC Security Compliance (Ash) | Service contract supporting the following security areas: contingency planning, information risk management, audit response, access reviews and monitoring, A&A and A-123. Goals include unifying the security team and processes. | FY22 Q3 CIO SP3 8(a) Set aside.<br><br>Current work on 12314421F0585, 12314421F0429, 12314421F0646 |
|---|---|---|

Respectfully,

*Sheryl Welch*

Contract Specialist
Small Business Specialist
Ability One Representative (ABOR)
Policy and Procedures Section
Policy, Oversight, and Accountability Branch
Acquisition and Procurement
Farm Production and Conservation, Business Center
U.S. Department of Agriculture
816-926-6108
Sheryl.welch@usda.gov

Acquisitions Division – Customer Resources SharePoint Site
https://usdagcc.sharepoint.com/sites/FBC-ACC

**From:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Sent:** Friday, June 10, 2022 1:17 PM
**To:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Subject:** Re: [External Email]Good Morning

Contingency Planning and Compliance & FPAC A123 FSA FY22 I can submit information to compete while updating the information for the GSA schedule.

Respectfully,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions

717-421-1445







---

**From:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Sent:** Friday, June 10, 2022 12:55 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Subject:** RE: [External Email]Good Morning

Good morning,

I checked current open opportunities and I found the below possible matches. Please let me know which ones you wish me to share your capabilities statement with the buyers.

- To establish IDIQ for Watershed and Flood Preventions Operations in Isabela, Puerto Rico & Bordeaux, St Thomas USVI.
- Contingency Planning and Compliance & FPAC A123 FSA FY22

Thank you,

*Sheryl Welch*

Contract Specialist
Small Business Specialist
Ability One Representative (ABOR)
Policy and Procedures Section
Policy, Oversight, and Accountability Branch
Acquisition and Procurement
Farm Production and Conservation Business Center

U.S. Department of Agriculture
816-926-6108
Sheryl.welch@usda.gov

Acquisitions Division – Customer Resources SharePoint Site
https://usdagcc.sharepoint.com/sites/FBC-ACC


**From:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Sent:** Wednesday, June 8, 2022 12:55 PM
**To:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Cc:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Subject:** RE: [External Email]Good Morning

Good morning,

My sincere apologies.  We had terrible storms and at least one tornado in the Kansas City area that knocked out power until right before noon today.  I will make a note to look for open opportunities and provide those to you as soon as possible.

If you have any questions, then please send them to me via email so that I can respond as soon as I am able.

Respectfully,

*Sheryl Welch*

Contract Specialist
Small Business Specialist
Ability One Representative (ABOR)
Policy and Procedures Section
Policy, Oversight, and Accountability Branch
Acquisition and Procurement
Farm Production and Conservation, Business Center
U.S. Department of Agriculture
816-926-6108
Sheryl.welch@usda.gov

Acquisitions Division – Customer Resources SharePoint Site
https://usdagcc.sharepoint.com/sites/FBC-ACC



**From:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Sent:** Wednesday, June 8, 2022 8:05 AM
**To:** Welch, Sheryl - FPAC-BC, Kansas City, MO <sheryl.welch@usda.gov>
**Subject:** [External Email]Good Morning

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good Sheryl, Happy Wednesday. Please let me know if you are able to join.?

Respectfully,
Lynette T. Stevenson, Owner she/her NMLS #2327554

DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
UEI W9MKGJS85B81
CAGE:8N9Y9
www.dalscredit.solutions
717-421-1445







This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

 Outlook

## AMIS Application App-058282 Submitted

**From** CDFI Fund <ls@dalscreditsolutions.com>
    via 8b7a1f2fuuy60chh.hi5h94wn9pqxjj1t.4c88r.t-gyzteak.na21.bnc.salesforce.com

**Date** Thu 27-May-21 3:15 PM

**To**   Lynette Stevenson <ls@dalscreditsolutions.com>; bcrawford1920@gmail.com <bcrawford1920@gmail.com>


Our records indicate that your application, App-058282 (058282), has been submitted at 2021-05-27 15:15:38 EST.

Thank you for your submission to the Community Development Financial Institutions (CDFI) Fund for Community Development Entity (CDE) Certification. Your application has been received. You should expect to receive a determination from the CDFI Fund within the next 90-days. The CDFI Fund appreciates your interest in the New Markets Tax Credit Program.

Regards,

Certification, Compliance Monitoring and Evaluation
Phone: 202-653-0423
Fax: 202-508-0086
ccme@cdfi.treas.gov
www.cdfifund.gov

 Outlook

**Your interest in doing business with HUD - October Meet and Greet**

**From** HUD OSDBU <SmallBusiness@hud.gov>
**Date** Fri 20-Oct-23 9:21 AM
**To** HUD OSDBU <SmallBusiness@hud.gov>

Hi,

Thank you for reaching out to the Department of Housing and Urban Development's (HUD) Office of Small and Disadvantaged Business Utilization (OSDBU) and sharing your interest in doing business with HUD. We are inviting you to a virtual group Microsoft Teams meeting so that the OSDBU staff can learn more about your firms and provide you an opportunity to meet other businesses. **Please respond by October 25** if you would be available to participate in a 1.5hr group call on **Tuesday, October 31 at 2pm ET.** A meeting invite will follow confirmation and will be sent on or around October 27.

Please do not forward this email outside of your company/organization. Attendance is limited to allow your company/organization to have a meaningful discussion.

The agenda for this meeting is as follows:

- Introductions of the HUD OSDBU team and brief information about HUD (30 mins)
- Introductions of the businesses in attendance and brief information about your company (5 mins each company - adjusted based on companies attending)
- Questions

If you have specific questions for the HUD OSDBU team, please feel free to send your questions ahead of the meeting to SmallBusiness@hud.gov. For your informational purposes, linked are other helpful resources: HUD Business Forecast and HUD OSDBU website. Also, for your awareness HUD is hosting the following event in which you are welcomed to register for:

The U.S Department of Housing and Urban Development's (HUD) Office of Small and Disadvantaged Business Utilization (OSDBU) is hosting a vendor outreach webinar "Live Chat with HUD's OSDBU" on Thursday, October 26, 2023 from 2:00pm – 3:30pm EDT. This meeting will include our special guest Ernst & Young (EY).

"At EY our purpose is building a better working world. The insights and quality services we provide help build trust and confidence in the capital markets and in economies the world order. We develop outstanding leaders who team to deliver on our promises to all our stakeholders. In so doing, we play a critical role in building a better working world for our people, for our clients and for our communities. The EY US Government & Public Sector practice provides a full range of consulting, strategy, tax and audit services. We help government agencies realize their modernization and reform goals while driving accountability, transparency and mission success." – EY.com

Come and join HUD's OSDBU office as we partner with EY to learn more about how to do business with EY. Register here: https://HUDOSDBULiveChat_EY.eventbrite.com

Best



**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

 **Outlook**

---

**Subject: 8a Application Next Steps for DALS Credit Solutions Co**

---

**From** Lynette Stevenson <ls@dalscreditsolutions.com>
**Date** Wed 01-Nov-23 11:07 AM
**To** matt.capucini@sba.gov <matt.capucini@sba.gov>

📎 1 attachment (871 KB)
Social Disadvantage Narrative (2) (2).docx;

Subject: 8a Application Next Steps for DALS Credit Solutions Co
Good Morning, Mr. Matt Capucini
Lynette T. Stevenson, founder of DALS Credit Solutions Co. Mr. Matt, thank you for processing the 8A for DALS Credit Solutions Co. Because we are interested in pursuing this for DALS Credit Solutions Co, I'd appreciate it if you could help us through the following steps. I've attached the Social Disadvantage Narrative.

Understanding the requirements, timelines, and documentation will ensure a seamless application process. We're dedicated to fulfilling any prerequisites and aligning our business operations accordingly.

Thank you for your continuous support and assistance. We're eager to proceed with the 8a application process under your expert guidance.

Warm Regards,
Lynette T. Stevenson-Owner she/her-NMLS #2327554
www.dalscredit.solutions
DALS Credit Solutions Co DBA DALS Economic & Strategic Co
DALS Notary Services
5246 Simpson Ferry Road
Mechanicsburg, PA. 17055
717-421-1445
UEI W9MKGJS85B81
CAGE:8N9Y9
CMMC1 & NIST 800-171 Complaint
SPRS Scores 88
PIEE Registered Vendor
Iden-Trust Verified

Disclosure: Website
All information in this email and attachments is the property of DALS Credit Solutions Co DBA DALS Economic & Strategic Co. All actions are strictly forbidden to share any part of this message with any third party without written authorization.

items of the credit profile that are legally bonded. We are a Resilience Financial Training firm that adheres to Federal Consumer and Credit Laws and Identity and Access Management.



**Article**: Why is Financial Literacy Important to Small Business Owners?
Report: Women Business Owners made Strides; Gender Gap remains.

 Outlook

## RE: IV/V

**From** Bullock, Darlene <darlene.bullock@HQ.DHS.GOV>

**Date** Mon 22-Feb-21 6:12 PM

**To** Lynette Stevenson <ls@dalscreditsolutions.com>; Zwiener, Sandra J <Sandra.J.Zwiener@uscis.dhs.gov>; Neiko Stewart <Neiko@aneustrategies.com>

**Cc** Niquette, Heather V <Heather.V.Niquette@uscis.dhs.gov>

Thank you.  We will get back to your shortly.


**E. Darlene Bullock**
**Executive Director**
**Office of Small and Disadvantaged Business Utilization (OSDBU)**
**U.S. Department of Homeland Security**
**www.dhs.gov/openforbusiness**
**darlene.bullock@hq.dhs.gov**

**202-447-5543** **202-731-2894**


**From:** Lynette Stevenson <ls@dalscreditsolutions.com>
**Sent:** Monday, February 22, 2021 6:00 PM
**To:** Zwiener, Sandra J <Sandra.J.Zwiener@uscis.dhs.gov>; Neiko Stewart <Neiko@aneustrategies.com>
**Subject:** IV/V

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Greetings Sandra,
According to the solicitation for the IV/V and your listed as the contacting officer of the Record. The contract vehicle is GWAC CIOSP3
We should be considered for the small business set aside alongside of D.A.L.S. which is vender under
In accordance with Subpart 19.502-1(a)(2) Requirements for setting aside acquisitions states: (2) . . . that a fair proportion of Government contracts in each industry category is placed with small business . . .". Both businesses follow the small business administration's requirements for government contracting, ASG is in a Wisconsin HUBZone area, and we have technical competence and the productivity capacity to satisfy this contract opportunity to full satisfaction.

Respectfully,
Lynette Stevenson
Founder
D.A.L.S.
Credit Solutions Co. LLC
D.A.L.S. Notary Services
D.A.L.S. Real-estate Company
Certified Woman of Business & Economically Disadvantage Small Business -United States Small Business Administration

Certified Small Business. Procurement Services- Bureau of Diversity, Inclusion & Small Business Opportunities.
Certified Small Diverse Business. Procurement Services- Bureau of Diversity, Inclusion & Small Business Opportunities.
Certified Minority Business Enterprise-National Minority Supplier Development Council
Certified Business Partner- Pennsylvania Department of Transportation
Disadvantage Business Enterprise-United States Department of Transportation.
Certified Licensed Notary of Pennsylvania and Leasing Signing Agent-National Notary Association
Global Diverse Supplier- Dun & Bradstreet
Minority-Owned Woman-Owned Small of Business-Minority Woman of Business.
Certified Federal Contract Manager- United States Federal Government

https://www.dalscredit.solutions/
Email: LS@DalsCreditsolutions.com
Phone: 717-379-2504
Phone: 888-232-0601