UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| ULTIMA SERVICES CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:20-CV-00041-DCLC-CRW |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is a Motion to Request Reassignment of Judge and Expedited Status Conference [Doc. 129] and Motion for Immediate Financial Reparations and Injunctive Relief [Doc. 131] filed by Lynette T. Stevenson and Nicole Stewart. Twice now, the Court has denied Stevenson and Stewart's motions to intervene in this action [Docs. 113, 128]. Because neither Stevenson nor Stewart are parties to the instant action, they lack standing to file motions or other documents in the case. Accordingly, the pending motions [Docs. 129, 131] shall be **STRICKEN** from the record.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge