IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ULTIMA SERVICES CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00041-DCLC-CRW |
| | ) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.4(f), notice is given that Juliet E. Gray, Senior Trial Attorney, United States Department of Justice, is withdrawn as attorney of record for Defendants. The remaining attorneys of record for Defendants will continue their representation.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Juliet E. Gray*
JULIET E. GRAY, DC Bar #985608
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E.
Washington, DC 20530
Phone: (202) 598-1600
Juliet.Gray@usdoj.gov

# **CERTIFICATE OF SERVICE**

       I hereby certify that on April 30, 2025, I electronically filed the above document and with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

                                                   */s/ Juliet E. Gray*
                                                     Juliet E. Gray
                                                Senior Trial Attorney